1  JAMES C. YOON, State Bar No. 177155
   RYAN SMITH, State Bar No. 229323
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5  jyoon@wsgr.com
   rsmith@wsgr.com
6
   Attorneys for Plaintiff
7  DISPLAYLINK CORPORATION.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  DISPLAYLINK CORPORATION,  a            )   CASE NO.:  C 07-01998-EMC
    Washington corporation,                )
13                                         )   **DECLINATION TO PROCEED**
                      Plaintiff,           )   **BEFORE A MAGISTRATE JUDGE**
14                                         )   **AND REQUEST FOR REASSIGNMENT**
              v.                           )   **TO A UNITED STATES DISTRICT**
15                                         )   **JUDGE**
    MAGIC CONTROL TECHNOLOGY,              )
16  CORPORATION, a Taiwanese corporation;  )   Submitted:  April 11, 2007
                      Defendant.           )   Court:      Hon. Edward M. Chen.
17                                         )
                                           )
18                                         )
                                           )
19  _____ )

20       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

21          The undersigned party in the above-captioned civil matter hereby declines to consent to

22  the assignment of this case to a United States Magistrate Judge for trial and disposition and

23  hereby requests the reassignment of this case to a United States District Judge.

24  Dated: April 11, 2007            WILSON SONSINI GOODRICH & ROSATI

25

26                             By: _____/s/ James C. Yoon_____

27                                         James C. Yoon

28                                 Attorneys for Plaintiff
                                   DISPLAYLINK CORPORATION