JAMES C. YOON, State Bar No. 177155
RYAN SMITH, State Bar No. 229323
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
jyoon@wsgr.com
rsmith@wsgr.com

Attorneys for Plaintiff
DISPLAYLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation,<br><br>             Plaintiff & Counter Defendant,<br><br>      v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>             Defendants and Counterclaimants. | CASE NO.: 3:07-CV-01998-EMC<br><br>**REPLY TO DEFENDANT MCT'S COUNTERCLAIM FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Rule 7(a) of the Federal Rules of Civil Procedure plaintiff DisplayLink Corporation ("DisplayLink") submits the following Reply to defendant Magic Control Technology Corporation's ("MCT") counterclaims as pleaded in MCT's Answer to Complaint for Declaratory Judgment and Counterclaim for Patent Infringement ("MCT's Answer"), as follows:

### REPLY TO COUNTERCLAIM

**Jurisdiction and Venue**

1.   DisplayLink admits the allegations of paragraph 1.

2.   DisplayLink admits the allegations of paragraph 2.

**Facts**

3. DisplayLink admits that what purports to be a true and correct copy of U.S. Patent No. 7,203,788 (the "'788 patent") was attached to MCT's Answer. DisplayLink lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in paragraph 3 and on this basis denies them.

4. DisplayLink offers a reference design board called Merlin. DisplayLink denies all other allegations of paragraph 4, whether such allegations may be express or implied.

5. DisplayLink offers a version of its Merlin reference design board which incorporates a DisplayLink DL-160 application specific integrated circuit. DisplayLink denies all other allegations of paragraph 5, whether such allegations may be express or implied.

6. DisplayLink's Merlin reference design board that may be used to connect a computing system having at least one USB 2.0 port to a VGA display device. DisplayLink denies all other allegations of paragraph 6, whether such allegations may be express or implied.

**First Counterclaim**
**(Patent Infringement by DisplayLink)**

7. DisplayLink repeats and realleges the allegations of paragraphs 1 through 6 in their entirety.

8. DisplayLink denies the allegations of paragraph 8.

9. DisplayLink denies the allegations of paragraph 9.

10. DisplayLink denies the allegations of paragraph 10.

11. DisplayLink denies the allegations of paragraph 11.

**Prayer for Relief**

DisplayLink denies that MCT is entitled to any of the relief it has requested.

**AFFIRMATIVE DEFENSES**

1. Each claim of the '788 patent is invalid for failing to comply with the conditions and requirements for patentability set forth in the U.S. Patent Statutes, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

2. Upon information and belief, MCT's remedies are limited by 35 U.S.C. § 287.

3. Upon information and belief, MCT's is barred by 35 U.S.C. § 288 from recovering any costs associated with this suit.

4. DisplayLink reserves the right to modify, amend, and/or expand upon these defenses as discovery proceeds.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff DisplayLink requests entry of judgment in its favor and against defendant MCT as follows:

    a. dismissing MCT's counterclaims;

    b. granting DisplayLink relief as requested in DisplayLink's Complaint for Declaratory Judgment;

    c. ordering MCT to pay costs, disbursements and attorneys' fees to DisplayLink; and

    d. granting such other and further relief as this Court may deem just and appropriate.

Dated: June 28, 2007

WILSON SONSINI GOODRICH & ROSATI  
Professional Corporation

By: /s/James C. Yoon  
      James C. Yoon

Attorneys for Plaintiff  
DISPLAYLINK CORPORATION

REPLY TO DEFENDANT MCT'S COUNTERCLAIM     -3-  
FOR PATENT INFRINGEMENT  
CASE NO: 3:07-CV-01998-EMC

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Rule 3-6(a) of the Local Rules of the United States District Court for the Northern District of California, plaintiff DisplayLink demands a trial by jury of this action.

Dated: June 28, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/James C. Yoon
      James C. Yoon

Attorneys for Plaintiff
DISPLAYLINK CORPORATION