# EXHIBIT A

# EXHIBIT A

# PROPOSED SCHEDULE

| Event | Date |
|---|---|
| All named parties shall make their initial disclosures pursuant to F.R.Civ.P. 26(a)(1) | August 24, 2007 |
| MCT shall serve Disclosure of Asserted claims and Preliminary Infringement Contentions (Pat. L.R. 3-1) and accompanying document production (Pat. L.R. 3-2) | August 24, 2007 |
| DisplayLink shall serve the Preliminary Invalidity Contentions (Pat. L.R. 3-3) and accompanying document production (Pat. L.R. 3-5) | October 8, 2007 |
| Parties shall exchange Proposed Terms and Claim Elements for Construction (Pat. L.R. 4-1) | October 22, 2007 |
| Parties shall exchange Preliminary Claim Constructions and Extrinsic Evidence (Pat. L.R. 4-2) | November 19, 2007 |
| Parties shall file Joint Claim Construction and Prehearing Statement (Pat. L.R. 4-3) | December 14, 2007 |
| Claim Construction Discovery shall be completed (Pat. L.R. 4-4) | January 14, 2008 |
| Opening Claim Construction Brief shall be filed (Pat. L.R. 4-5) | January 28, 2008 |
| Claim Construction Opposition Brief shall be filed (Pat. L.R. 4-5(b)) | February 11, 2008 |
| Claim Construction Reply Brief shall be filed (Pat. L.R. 4-5(c)) | February 18, 2008 |
| The Court Shall hold a Claim Construction Hearing (Pat. L.R. 4-6) | March 3, 2008 |
| Factual Discovery Closes | April 25, 2008 |
| Parties shall serve Opening Expert Reports | May 9, 2008 |
| Parties shall serve Rebuttal Expert Reports | May 23, 2008 |
| Expert Discovery closes | June 20, 2008 |

| Event | Date |
|---|---|
| Last day to file summary judgment motions | July 9, 2008 |
| Last day to file oppositions to summary judgment motions | July 23, 2008 |
| Last day to file replies to summary judgment motions | July 30, 2008 |
| Parties shall file motions *in limine* and *Daubert* motions | August 13, 2008 |
| Parties shall file pretrial disclosures and proposed jury instructions | August 27, 2008 |
| The Court will hold the final pre-trial conference | September 3, 2008 |
| A jury trial shall commence. | September 10, 2008 |