# EXHIBIT A

# EXHIBIT A

## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

The undersigned, _____, (print or type name), hereby acknowledges that he/she received a copy of the Protective Order entered in the action titled <u>DisplayLink Corporation v. Magic Control Technology Corporation</u>, CV07-01998-RMW, pending in the United States District Court for the Northern District of California, has read same and agrees to (1) be bound by all of the provisions thereof, (2) submit to the jurisdiction of the United States District Court for the Northern District of California for matters relating to this action, and (3) hereby appoints _____, (print or type name), at_____ (print or type address), as his/her California agent for service of process in connection with this action.

Dated: _____    _____