1  JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
   RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
5
   Attorneys for Plaintiff/Counterclaim Defendant
6  DisplayLink Corporation

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11 DISPLAYLINK CORPORATION, a Washington )   CASE NO.: CV07-01998-RMW
   corporation,                          )
12                                       )   **STIPULATION AND [PROPOSED]**
            Plaintiff,                   )   **ORDER TO CONTINUE INITIAL**
13                                       )   **CASE MANAGEMENT**
        v.                               )   **CONFERENCE UNTIL AUGUST 31,**
14                                       )   **2007**
   MAGIC CONTROL TECHNOLOGY              )
15 CORPORATION, a Taiwanese corporation; )
                                         )
16          Defendant.                   )
   _____)
17 MAGIC CONTROL TECHNOLOGY              )
   CORPORATION, a Taiwanese corporation, )
18                                       )
            Counterclaim Plaintiff,      )
19                                       )
        v.                               )
20                                       )
   DISPLAYLINK CORPORATION, a Washington )
21 corporation;                          )
                                         )
22          Counterclaim Defendant.      )
   _____)
23

24      It is hereby stipulated, subject to the approval and order of the Court, that the Initial Case

25 Management Conference, currently scheduled for Friday, August 10, 2007, at 10:30 a.m., shall

26 be continued until **Friday, August 31, 2007, at 10:30 a.m.**, before the Honorable Judge Whyte.

27

28

1  The information required by Civil Local Rules 6-2(a)(1) to (3) is set forth in the
2  accompanying Declaration of Ryan R. Smith in Support of the Parties' Stipulation to Continue
3  Initial Case Management Conference Until August 31, 2007.

4  The filing attorney attests that the content of this document is acceptable to all persons
5  required to sign this document.

Dated: August 1, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ James C. Yoon
       James C. Yoon

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation


Dated: August 1, 2007

WANG, HARTMAN & GIBBS
A Professional Law Corporation


By: /s/ Richard F. Cauley
       Richard F. Cauley

Attorneys for Defendant and
Counterclaim Plaintiff
Magic Control Technology Corporation


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

I, James C. Yoon, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order to Continue Initial Case Management Conference Until August 21, 2007. In compliance with General Order 45.X.B, I hereby attest that Richard F. Cauley has concurred in this filing.

DATED: August 1, 2007								WILSON SONSINI GOODRICH & ROSATI
											Professional Corporation


											By:   /s/ James C. Yoon
												James C. Yoon
											Attorneys for Plaintiff and Counterclaim
											Defendant DisplayLink Corporation