1  JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
   RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5
   Attorneys for Plaintiff/Counterclaim Defendant
6  DisplayLink Corporation

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN JOSE DIVISION
10

11 DISPLAYLINK CORPORATION, a Washington )    CASE NO.:  CV07-01998-RMW
   corporation,                          )
12                                       )    **DECLARATION OF RYAN R.**
                Plaintiff,               )    **SMITH IN SUPPORT OF THE**
13                                       )    **PARTIES' STIPULATION TO**
        v.                               )    **CONTINUE INITIAL CASE**
14                                       )    **MANAGEMENT CONFERENCE**
   MAGIC CONTROL TECHNOLOGY              )    **UNTIL AUGUST 31, 2007**
15 CORPORATION, a Taiwanese corporation; )
                                         )
16              Defendant.               )
   _____)
17 MAGIC CONTROL TECHNOLOGY              )
   CORPORATION, a Taiwanese corporation, )
18                                       )
                Counterclaim Plaintiff,  )
19                                       )
        v.                               )
20                                       )
   DISPLAYLINK CORPORATION, a Washington )
21 corporation;                          )
                                         )
22              Counterclaim Defendant.  )
   _____)
23

24

25

26

27

28

                                  -1-

1    I, Ryan R. Smith, declare as follows:

2    1.    I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, counsel

3    to Plaintiff DisplayLink Corporation.  The following matters are true of my own personal

4    knowledge.

5    2.    The parties' proposed stipulation, set forth in the accompanying Stipulation and

6    [Proposed] Order to Continue Initial Case Management Conference Until August 31, 2007,

7    continues by three weeks the date of the Initial Case Management Conference.

8    3.    The parties request this continuation to accommodate the availability of their

9    respective lead counsels, James C. Yoon and Richard F. Cauley.  On August 10, 2007, Mr.

10   Yoon, lead counsel for DisplayLink, is scheduled to appear at a hearing in Atlanta on another

11   matter.  During the week of August 10, 2007, Mr. Cauley, lead counsel for Magic Control

12   Technology, is scheduled to try a case in Mississippi.

13   4.    The requested modification of time will have no effect on the schedule for this

14   case.  The parties have agreed to a proposed scheduled which is included in the parties' Joint

15   Case Management Statement.  *See* Docket No. 15.

16   5.    Neither party has previously sought to modify the schedule in this case.

17   I declare under penalty of perjury that the foregoing is true and correct.  Executed on

18   August 1, 2007, at Palo Alto, California.

19

20

21                              _____/s/ Ryan R. Smith_____
                                     Ryan R. Smith

22

23

24

25

26

27

28

-2-

3166185_1.DOC

[Click and Enter Pleading Title]