1  JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
   RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Plaintiff/Counterclaim Defendant
6  DisplayLink Corporation

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION          *E-FILED - 8/3/07*
10

11  DISPLAYLINK CORPORATION, a Washington  )  CASE NO.: CV07-01998-RMW
    corporation,                           )
12                                         )  STIPULATION AND [xxxxxxxxxxxxxxxxx]
              Plaintiff,                   )  ORDER TO CONTINUE INITIAL
13                                         )  CASE MANAGEMENT
       v.                                  )  CONFERENCE UNTIL AUGUST 31,
14                                         )  2007
    MAGIC CONTROL TECHNOLOGY               )
15  CORPORATION, a Taiwanese corporation;  )
                                           )
16            Defendant.                   )
                                           )
17  MAGIC CONTROL TECHNOLOGY               )
    CORPORATION, a Taiwanese corporation,  )
18                                         )
              Counterclaim Plaintiff,      )
19                                         )
       v.                                  )
20                                         )
    DISPLAYLINK CORPORATION, a Washington  )
21  corporation;                           )
                                           )
22            Counterclaim Defendant.      )

23

24      It is hereby stipulated, subject to the approval and order of the Court, that the Initial Case

25  Management Conference, currently scheduled for Friday, August 10, 2007, at 10:30 a.m., shall

26  be continued until **Friday, August 31, 2007, at 10:30 a.m.**, before the Honorable Judge Whyte.

27

28

The information required by Civil Local Rules 6-2(a)(1) to (3) is set forth in the accompanying Declaration of Ryan R. Smith in Support of the Parties' Stipulation to Continue Initial Case Management Conference Until August 31, 2007.

The filing attorney attests that the content of this document is acceptable to all persons required to sign this document.

Dated: August 1, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ James C. Yoon
      James C. Yoon

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation

Dated: August 1, 2007

WANG, HARTMAN & GIBBS
A Professional Law Corporation

By: /s/ Richard F. Cauley
      Richard F. Cauley

Attorneys for Defendant and
Counterclaim Plaintiff
Magic Control Technology Corporation

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/3/07

*Ronald M. Whyte*
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

I, James C. Yoon, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order to Continue Initial Case Management Conference Until August 21, 2007. In compliance with General Order 45.X.B, I hereby attest that Richard F. Cauley has concurred in this filing.

DATED: August 1, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ James C. Yoon
     James C. Yoon
Attorneys for Plaintiff and Counterclaim
Defendant DisplayLink Corporation