UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 31, 2007

Case No. C-07-01998 RMW        JUDGE: Ronald M. Whyte

DISPLAYLINK CORP.              -v- MAGIC CONTROL TECHNOLOGY, ET AL.,
Title

James Yoon                         Richard Cauley
Attorneys Present                  Attorneys Present

COURT CLERK: Corinne Lew           COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Case Management Conference Held.  Claims Construction Hearing set for 3/3/08 at 1:30 p.m. at the Claims Construction Hearing the Court will schedule a Further Case Management Conference.  Plaintiff will prepare order following the conference.