1  JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
   STEFANI E. SHANBERG, State Bar No. 206717 (sshanberg@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
5
6  Attorneys for Plaintiff
   DISPLAYLINK CORPORATION



Filed
NOV 0 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation;<br><br>    Defendant. | CASE NO.: CV07-01998-RMW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>DISPLAYLINK CORPORATION, a Washington corporation;<br><br>    Counterclaim Defendant. | |

1  Pursuant to Civil LR. 11-3, Woo J. Kim, an active member in good standing of the State
2  Bar of Texas, hereby applies for admission to practice in the Northern District of California on a
3  pro hac vice basis representing DISPLAYLINK CORPORATION in the above-entitled action.
4  In support of this application, I certify on oath that:
5  1. I am an active member in good standing of a United States Court or of the highest
6  court of another State or Texas, as indicated above;
7  2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local
8  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
9  become familiar with the Local Rules and the Alternative Dispute Resolution
10  programs of this Court; and,
11  3. An attorney who is a member of the bar of this Court in good standing and who
12  maintains an office within the State of California has been designated as co-
13  counsel in the above-entitled action. The name, address and telephone number of
14  that attorney is:

Stefani E. Shanberg
Wilson Sonsini Goodrich & Rosati, a Professional Corporation
650 Page Mill Road
Palo Alto, CA 93404
Telephone: (650) 493-9300

18  I declare under penalty of perjury that the foregoing is true and correct.
19  Dated:    October 30, 2007                                    _____
                                                                   Woo J. Kim