1  JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
   STEFANI E. SHANBERG, State Bar No. 206717 (sshanberg@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
5
   Attorneys for Plaintiff
6  DISPLAYLINK CORPORATION
7



Filed

NOV 0 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | DISPLAYLINK CORPORATION, a Washington ) | CASE NO.:  CV07-01998-RMW
   | corporation,                          )
12 |                                       ) | **CERTIFICATE OF SERVICE**
   |              Plaintiff,               )
13 |                                       )
   |       v.                             )
14 |                                       )
   | MAGIC CONTROL TECHNOLOGY             )
15 | CORPORATION, a Taiwanese corporation; )
16 |              Defendant.              )
   |                                       )
17 | MAGIC CONTROL TECHNOLOGY             )
   | CORPORATION, a Taiwanese corporation, )
18 |                                       )
   |       Counterclaim Plaintiff,        )
19 |                                       )
   |       v.                             )
20 |                                       )
   | DISPLAYLINK CORPORATION, a Washington )
21 | corporation;                          )
22 |       Counterclaim Defendant.        )

23

24

25

26

27

28

C:\NrPortbl\PALIB1\FB1\3228710_1.DOC

## CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1.  **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and**

2.  **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Richard F. Cauley, Esq.
Peter O. Huang, Esq.
Franklin E. Gibbs, Esq.
Faiza Anwar
**Wang Hartmann & Gibbs, P.C.**
1301 Dove Street, Suite 1050
Newport Beach, CA 92660

☒ By forwarding the document(s) by electronic transmission on this date to the addresses listed below:

Richard F. Cauley, Esq.
   rcauley@whglawfirm.com
Peter O. Huang, Esq.
   phuang@jcpw.com
Franklin E. Gibbs, Esq.
   fegibbs@jcpw.com
Faiza Anwar
   faiza@jcpw.com
**Wang Hartmann & Gibbs, P.C.**
1301 Dove Street, Suite 1050
Newport Beach, CA 92660

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

1   ☐   By forwarding the document(s) by electronic transmission on this date, in
        compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

2

3   I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

4   processing of documents for delivery according to instructions indicated above. In the ordinary

5   course of business, documents would be handled accordingly.

6   I declare under penalty of perjury under the laws of the State of California and the United

7   States that the foregoing is true and correct. Executed at Palo Alto, California on October 31

8   2007.

9

10                                                              Franchette Garcia

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28