ORIGINAL

ORIGINAL FILED

NOV 0 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



FILED

NOV - 7 2007

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation;<br><br>Defendant. | CASE NO.: CV07-01998-RMW<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>DISPLAYLINK CORPORATION, a Washington corporation;<br><br>Counterclaim Defendant. | |

Woo J. Kim, an active member in good standing of the State Bar of Texas whose business address and telephone number (particular court to which applicant is admitted) is:

Wilson Sonsini Goodrich & Rosati, a Professional Corp.
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512)-338-5400

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*,
CASE NO. CV07-01998-RMW

1 | having applied in the above-entitled action for admission to practice in the Northern District of
2 | California on a *pro hac vice* basis, representing DISPLAYLINK CORPORATION.
3 |       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro*
5 | *hac vice*. Service of papers upon and communication with co-counsel designed in the
6 | application will constitute notice to the party. All future filings in this action are subject to the
7 | requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/7/07

*Ronald M. Whyte*
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*,
CASE NO. CV07-01998-RMW

-2-

3224849_1.DOC