JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
STEFANI E. SHANBERG, State Bar No. 206717 (sshanberg@wsgr.com)
WOO J. KIM, *Admitted Pro Hac Vice* (wkim@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation; <br><br> Defendant. | CASE NO.: CV07-01998-RMW <br><br> **NOTICE OF ENTRY OF ORDER** |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> DISPLAYLINK CORPORATION, a Washington corporation; <br><br> Counterclaim Defendant. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that on November 7, 2007, the Court entered the Order

3  Granting Application for Admission of Attorney *Pro Hac Vice* for Woo J. Kim, a copy of which

4  is attached hereto as Exhibit A.

5  Dated: November 12, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim
Defendant DisplayLink Corporation

# EXHIBIT A

ORIGINAL
FILED

NOV 0 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE


FILED
NOV - 7 2007
CLERK...
NORTHERN...
...COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation; <br><br> Defendant. | CASE NO.: CV07-01998-RMW <br><br> ~~(Proposed)~~ <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> DISPLAYLINK CORPORATION, a Washington corporation; <br><br> Counterclaim Defendant. | |

Woo J. Kim, an active member in good standing of the State Bar of Texas whose business address and telephone number (particular court to which applicant is admitted) is:

    Wilson Sonsini Goodrich & Rosati, a Professional Corp.
    8911 Capital of Texas Highway North
    Westech 360, Suite 3350
    Austin, Texas 78759-8497
    Telephone: (512)-338-5400

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*,
CASE NO. CV07-01998-RMW

1 | having applied in the above-entitled action for admission to practice in the Northern District of
2 | California on a *pro hac vice* basis, representing DISPLAYLINK CORPORATION.
3 |      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro*
5 | *hac vice*. Service of papers upon and communication with co-counsel designed in the
6 | application will constitute notice to the party. All future filings in this action are subject to the
7 | requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/7/07

*/s/ Ronald M. Whyte*
United States District Judge

# CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **NOTICE OF ENTRY OF ORDER**

☒ By forwarding the document(s) by electronic transmission on this date to the addresses listed below:

Richard F. Cauley, Esq.
   rcauley@whglawfirm.com
Peter O. Huang, Esq.
   phuang@jcpw.com
Franklin E. Gibbs, Esq.
   fegibbs@jcpw.com
Faiza Anwar
   faiza@jcpw.com
**Wang Hartmann & Gibbs, P.C.**
1301 Dove Street, Suite 1050
Newport Beach, CA  92660

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States that the foregoing is true and correct. Executed at Palo Alto, California on November 12,
3  2007.

           /s/ Franchette Garcia
           Franchette Garcia