1  JAMES C. YOON, State Bar No. 177155
      Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
      Email: sshanberg@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Plaintiff and Counterclaim Defendant
7  DISPLAYLINK CORPORATION

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  DISPLAYLINK CORPORATION, a Washington  )   CASE NO.: 5:07-CV-01998-RMW
    Corporation,                           )
13                                         )   STIPULATED NOTICE OF RELATED
              Plaintiff,                   )   CASE PURSUANT TO CIVIL LOCAL
14                                         )   RULE 3-12 AND ADMINISTRATIVE
        v.                                 )   MOTION PURSUANT TO LOCAL
15                                         )   RULE 7-11
    MAGIC CONTROL TECHNOLOGY,              )
16  CORPORATION, a Taiwanese Corporation;  )
                                           )
17            Defendant.                   )
                                           )
18  _____    )
                                           )
    MAGIC CONTROL TECHNOLOGY,              )
19  CORPORATION, a Taiwanese Corporation,  )
                                           )
20            Counterclaim Plaintiff,      )
                                           )
21      v.                                 )
                                           )
22  DISPLAYLINK CORPORATION, a Washington  )
    Corporation,                           )
23                                         )
              Counterclaim Defendant.      )
24                                         )
                                           )
25  _____    )

26

27

28

STIPULATED NOTICE OF RELATED CASE AND         -1-                                3233549_1.DOC
ADMINISTRATIVE MOTION
CASE NO. 5:07-CV-01998-RMW

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff and Counterclaim Defendant DisplayLink Corporation ("DisplayLink") hereby notifies the Court that the above-entitled matter is related to an action that is currently pending in this district and moves the Court to relate and consolidate the actions. Civil Action No. 3:07-05707-MEJ, *Magic Control Technology, Corp. v. Kensington Computer Products Group, et al.*, was received on November 9, 2007, after transfer for consolidation from the Central District of California. The action is pending in the San Francisco Division of this Court before U.S. Magistrate Judge Maria-Elena James.

In the Case Management Order dated September 13, 2007, the parties agreed to "promptly inform this Court if DisplayLink's motion to transfer the Central District of California litigation to the Northern District of California is granted so that this Court my consolidate the related actions." Declaration of Stefani E. Shanberg ("Shanberg Decl.") ¶ 3 & Ex. A. The parties and the Court thereby indicated their agreement that the cases were in fact related and should be consolidated in this Court once the transfer occurred.

These two actions concern substantially the same parties, substantially similar transactions or events, and call for the determination of the same questions of law and fact. Furthermore, litigation of these cases before different judges would result in the duplication of labor and expense for both the parties and the Court.

DisplayLink and MCT are parties to both actions. On July 20, 2007, Magic Control Technology ("MCT") filed suit against DisplayLink's customers Kensington Computer Products Group ("Kensington"), GWC Technology, Inc., Good Way Technology Co., Ltd, and Good Way Electronics (collectively "Good Way") in the Central District of California. DisplayLink intervened in the Central District of California suit and was granted leave to intervene. DisplayLink filed its Complaint-in-Intervention on September 10, 2007. Furthermore, DisplayLink has agreed to indemnify its customers. Shanberg Decl. ¶ 4 & Ex. B. Therefore, both suits involve substantially the same parties.

Both actions also involve the same set of events and require resolution of the same questions of law and fact. In the suit against DisplayLink's customers, MCT alleges infringement of U.S. Patent 7,203,788 ("the '788 patent") based upon use of DisplayLink's products and technology. The present action is for declaratory judgment of non-infringement and invalidity of the '788 patent filed by DisplayLink against MCT. Therefore, both of these cases involve the same issues concerning the validity and infringement of the '788 patent. Furthermore, the technology at issue is the same. Finally, resolution of the present action could render the suit against DisplayLink's customers moot if MCT prevails since MCT is entitled to damages only once. Shanberg Decl. ¶ 4 & Ex. B.

Given the identical issues in these actions, conducting these cases before different judges would result in an unduly burdensome duplication of labor and expense. There would be considerable overlap in most aspects of the case, including identical document discovery, duplication of depositions, and many of the same witnesses and experts for trial. Judicial efficiency would also be served, for example, by avoiding construing the same claims twice, if the suit against DisplayLink's customers was reassigned and both actions were able to proceed before the same judge.

Accordingly, DisplayLink requests that Case No. 3:07-05707-MEJ be related to this action and reassigned to the Honorable Ronald M. Whyte. MCT stipulates to this Notice of Related Case and Administrative Motion.

Dated: November 14, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff/Counterclaim Defendant
DISPLAYLINK CORPORATION