1   JAMES C. YOON
      State Bar No. 177155 (jyoon@wsgr.com)
2   STEFANI E. SHANBERG
      State Bar No. 206717 (sshanberg@wsgr.com)
3   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4   650 Page Mill Road
    Palo Alto, CA 94304-1050
5   Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100

6

7   Attorneys for Plaintiff and Counterclaim
    Defendant
    DISPLAYLINK CORPORATION
8

RICHARD F. CAULEY
   State Bar No. 109194
FRANKLIN E. GIBBS
   State Bar No. 189015
WANG, HARTMANN & GIBBS, P.C.
A Professional Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA  92660
Telephone: (949) 833-8483
Facsimile:  (949) 833-2281

Attorneys for Defendant and Counterclaim
Plaintiff
MAGIC CONTROL TECHNOLOGY
CORPORATION

9

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15  DISPLAYLINK CORPORATION, a Washington )    CASE NO.: 5:07-CV-01998-RMW
    Corporation,                          )
16                                        )    STIPULATION TO
               Plaintiff,                 )    ADMINISTRATIVE MOTION
17                                        )    RELATING CASES PURSUANT TO
           v.                             )    CIVIL LOCAL RULES 3-12 AND 7-11
18                                        )
    MAGIC CONTROL TECHNOLOGY,             )
19  CORPORATION, a Taiwanese Corporation; )
                                          )
20             Defendant.                 )
                                          )
21  _____)
    MAGIC CONTROL TECHNOLOGY,             )
22  CORPORATION, a Taiwanese Corporation, )
                                          )
23         Counterclaim Plaintiff,        )
                                          )
24         v.                             )
                                          )
25  DISPLAYLINK CORPORATION, a Washington )
    Corporation,                          )
26                                        )
           Counterclaim Defendant.        )
27                                        )
                                          )
28  _____)

STIPULATION
CASE NO. 5:07-CV-01998-RMW

3237342_1.DOC

1  WHEREAS, at the Case Management Conference on August 31, 2007, Plaintiff and

2  Counterclaim Defendant DisplayLink Corporation ("DisplayLink") and Defendant and

3  Counterclaim Plaintiff Magic Control Technology Corporation ("MCT") (together the "Parties")

4  agreed that if the action pending between MCT and certain DisplayLink customers in the Central

5  District of California entitled *Magic Control Technologies v. Kensington Computer Products*

6  *Group, et al.*, Case No. 8:07-CV-00833 AG (MLG) (the "Customer Suit") was transferred to the

7  Northern District of California, it should be consolidated with the present action;

8  WHEREAS, on September 6, 2007, the Parties filed their Case Management Order,

9  which was entered by this Court on September 13, 2007;

10  WHEREAS, the Case Management Order requires the Parties to "promptly inform this

11  Court if DisplayLink's motion to transfer the Central District of California litigation to the

12  Northern District of California is granted so that this Court may consolidate the related actions;"

13  WHEREAS, the DisplayLink's Unopposed Refiled Motion to Transfer the Customer Suit

14  was granted on October 19, 2007;

15  WHEREAS, the Customer Suit was received in the Northern District of California on

16  November 11, 2007 and assigned to U.S. Magistrate Judge Maria-Elena James as Case No. 3:07-

17  05707-MEJ in the San Francisco Division;

18  WHEREAS, this suit and the Customer Suit concern substantially the same parties,

19  substantially similar transactions or events, and call for the determination of the same question of

20  law and fact;

21  WHEREAS, litigation of these two actions before different judges would result in the

22  duplication of labor and expense for both the parties and the Court;

23

24

25

26

27

28

1

2      THE PARTIES, by and through their counsel, hereby request, stipulate, and agree that

3   Customer Suit is related to this suit and that the Customer Suit should be reassigned to the

4   Honorable Ronald M. Whyte.

5

6   Dated: November 14, 2007                      WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation
7

8
                                                   By:___/s/ Stefani E. Shanberg_____
9                                                        Stefani E. Shanberg

10                                                 Attorneys for Plaintiff/Counterclaim Defendant
                                                   DisplayLink Corporation
11

12   Dated: November 14, 2007                      WANG, HARTMANN & GIBBS, P.C.
                                                   A Professional Corporation
13

14
                                                   By:___/s/ Richard F. Cauley_____
15                                                       Richard F. Cauley

16                                                 Attorneys for Defendant/Counterclaim Plaintiff
                                                   Magic Control Technology Corporation
17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION CLAUSE**

2      I, Stefani E. Shanberg, am the ECF User whose identification and password are being

3   used to file this Joint Stipulation.  In compliance with General Order 45.X.B., I hereby attest that

4   Richard F. Cauley of Wang, Hartmann & Gibbs, P.C. has concurred in this filling

5

6   Dated:  November 14, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
7

8
                                               By:___/s/ Stefani E. Shanberg_____
9                                                    Stefani E. Shanberg

10                                             Attorneys for Plaintiff/Counterclaim Defendant
                                               DisplayLink Corporation
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28