1  JAMES C. YOON, State Bar No. 177155
      Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
      Email: sshanberg@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Plaintiff and Counterclaim Defendant
7  DISPLAYLINK CORPORATION

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>Defendant.<br><br>―――――――――――――――――――<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>Counterclaim Defendant. | CASE NO.: 5:07-CV-01998-RMW<br><br>[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION RELATING CASES PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 |

   Having considered the Stipulated Administrative Motion Relating Cases and the papers submitted in support of such notice and motion, and good cause appearing:

1  IT IS HEREBY ORDERED that the parties' Stipulated Administrative Motion to Relate
2  Cases is granted pursuant to L.Rs. 3-12 and 7-11. The Court finds that the present action is
3  related to Civil Action No. 3:07-05707-MEJ, *Magic Control Technology, Corp. v. Kensington*
4  *Computer Products Group*, pending in the San Francisco Division of this Court before U.S.
5  Magistrate Judge Maria-Elena James. The Court, therefore, orders that Civil Action No. 3:07-
6  05707-MEJ is reassigned pursuant to L.R. 3-12(f)(3) to the Honorable Ronald M. Whyte.

8  Dated:   November ___, 2007   _____
                                  The Honorable Ronald M. Whyte
9                                 United States District Court Judge

11 Presented by:

12  /s/ Stefani E. Shanberg
        Stefani E. Shanberg

14 JAMES C. YOON, State Bar No. 177155
       Email: jyoon@wsgr.com
15 STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
16 Professional Corporation
   650 Page Mill Road
17 Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
18 Facsimile: (650) 565-5100

19 Attorneys for Plaintiff and Counterclaim Defendant
   DISPLAYLINK CORPORATION