1
**WANG, HARTMANN & GIBBS, P.C.**
A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
Franklin E. Gibbs (SBN: 189015)
3  Erick P. Wolf (SBN: 224906)
1301 Dove Street, Suite 1050
4  Newport Beach, CA 92660
Telephone: (949) 833-8483
5  Facsimile: (949) 833-2281

6

7                    **UNITED STATES DISTRICT COURT**

8                 **NORTHERN DISTRICT OF CALIFORNIA**

9

10  DISPLAYLINK CORPORATION, a Washington )    CASE NO.: 5:07-CV-01998-RMW
corporation,                          )
11                                        )
                                        )    **DECLARATION OF ERICK P.**
12              Plaintiff,               )    **WOLF IN SUPPORT OF**
                                        )    **DEFENDANT AND**
13         v.                            )    **COUNTERCLAIM PLAINTIFF**
                                        )    **MAGIC CONTROL**
14  MAGIC CONTROL TECHNOLOGY            )    **TECHNOLOGY'S OPENING**
CORPORATION, a Taiwanese corporation; )    **CLAIM CONSTRUCTION BRIEF**
15                                        )    **PURSUANT TO LOCAL RULE 4-5**
           Defendant.                   )
16  ———————————————————————              )
                                        )
17  AND RELATED COUNTERCLAIMS            )
    ———————————————————————              )

18

19         I, Erick P. Wolf, herby declare that:

20         1.      I am over the age of 18 and have personal knowledge about the facts described

21  below.

22         2.      I am an attorney at Wang, Hartmann & Gibbs, PC, counsel for Defendant and

23
Counterclaim Plaintiff, Magic Control Technology Corporation. I submit this declaration in
24
support of Magic Control Technology's Opening Claim Construction Brief Pursuant to Local

25

26  Rule 4-5.

27         3.      Attached as Exhibit A is a true and correct copy of U.S. Patent No. 7,203,788.

28

---

1    4.    Attached as Exhibit B is a true and correct copy of the deposition of Alan Jones,

2  taken January 8, 2008.

3    5.    Attached as Exhibit C is a true and correct copy of the Supplemental Amendment

4  and Statement of the Substance of Interview, dated March 2, 2006.

5

6

7    I declare under penalty of perjury under the laws of the United States that the foregoing is

8  true and correct.

9    Executed on January 28, 2008, at Newport Beach, California.

10

11

12

Erick P. Wolf

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF ERICK P. WOLF IN SUPPORT OF DEFENDANT AND
COUNTERCLAIM PLAINTIFF MAGIC CONTROL TECHNOLOGY'S
OPENING CLAIM CONSTRUCTION BRIEF PURSUANT TO LOCAL RULE 4-5**

# Exhibit A

Exhibit A

US007203788B2

## (12) United States Patent
### Liu

(10) Patent No.: **US 7,203,788 B2**
(45) Date of Patent: **Apr. 10, 2007**

| | | | | |
|---|---|---|---|---|
| 2002/0135584 A1 * | 9/2002 | Lee | | 345/531 |
| 2004/0021615 A1 | 2/2004 | Benson et al. | | |
| 2004/0153778 A1 * | 8/2004 | Cheng | | 714/25 |

(54) **USB-TO-VGA CONVERTER**

(75) Inventor: **Pei Chung Liu**, ChungHo (TW)

(73) Assignee: **Magic Control Technology Corporation**, Taipei (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 392 days.

(21) Appl. No.: **10/316,013**

(22) Filed: **Dec. 11, 2002**

(65) **Prior Publication Data**

US 2004/0117538 A1    Jun. 17, 2004

(51) **Int. Cl.**
*G06F 13/36* (2006.01)

(52) **U.S. Cl.** ..................... **710/315**; 710/107; 710/100; 710/305; 710/306

(58) **Field of Classification Search** ................ 710/315, 710/22, 308, 310, 100, 305–306
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,175,789 B1 * | 1/2001 | Beckert et al. | ............... | 701/33 |
| 6,202,008 B1 * | 3/2001 | Beckert et al. | ............... | 701/33 |
| 6,285,398 B1 * | 9/2001 | Shinsky et al. | .......... | 348/223.1 |
| 6,624,797 B1 * | 9/2003 | Wheeler et al. | ............. | 345/1.2 |
| 6,629,926 B1 * | 10/2003 | Finger et al. | ............... | 600/437 |
| 2001/0032280 A1 * | 10/2001 | Osakada et al. | ............ | 710/129 |

OTHER PUBLICATIONS

Subramaniam, K, "VinChip Announces Release of USB-PCI Device Bridge IP", San Jose, CA.
National Semiconductor, USBN9602 (Universal Serial Bus) Full Speed Function Controller With DMA Support, Nov. 1998.

* cited by examiner

*Primary Examiner*—Rehana Perveen
*Assistant Examiner*—Kim T. Huynh
(74) *Attorney, Agent, or Firm*—Rosenberg, Klein & Lee

(57)    **ABSTRACT**

A USB-to-VGA converter includes a USB controller connectable to a USB port of a computer for receiving USB based display signals from the computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller. The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner. The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn applies the VGA signals to the display device. No display interface card is required inside the host computer for generation of the VGA signals.

**19 Claims, 6 Drawing Sheets**



Case 5:07-cv-01998-RMW     Document 34     Filed 01/28/2008     Page 5 of 55



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6

US 7,203,788 B2

1

## USB-TO-VGA CONVERTER

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a USB (Universal Serial Bus) to VGA (Video Graphics Array) converter, and in particular to a USB-to-VGA converter connectable between a USB port of a computer and a VGA display device.

2. The Related Art

A computer system comprises a display device connected to a host machine of the computer system for receiving display signals from the host computer and displaying messages associated with the display signals. The connection between the display device and the host computer is provided by an interface circuit built in the host computer, such as a PCI (Peripheral Component Interconnect) display interface and an AGP (Accelerated Graphics Port) display interface. A display interface card is mounted on a main board of the host computer for transmission of VGA signals to the display device. The display interface card occupies a portion of the limited space inside the host computer and in addition, increases the overall costs of the computer system. The display interface card is often connected to the display device by a cable for transmission of the display signals. The cable is adverse to the management of peripheral devices of the computer system and limits the distance that the display signals can be transmitted therethrough.

### SUMMARY OF THE INVENTION

Thus, an object of the present invention is to provide a USB-to-VGA converter which converts USB based display signals issued from a host computer into VGA signals that can be received and recognized by a display device whereby image to be displayed can be transmitted from the host computer in USB form.

Another object of the present invention is to provide a USB-to-VGA converter that converts USB based display signals from a host computer into VGA signals in a first-in-first-out manner for display in a VGA display device.

A further object of the present invention is to provide a USB-to-VGA converter that allows for direct transmission of USB signals from a host computer to a display device without adding any display interface card inside the host computer.

To achieve the above objects, in accordance with the present invention, there is provided a USB-to-VGA converter comprising a USB controller connectable to a USB port of a computer for receiving USB based display signals from the computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller. The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner. The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn applies the VGA signals to the display device. No display interface card is required inside the host computer for generation of the VGA signals.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be apparent to those skilled in the art by reading the following description of preferred embodiments thereof, with reference to the attached drawings, in which:

2

FIG. 1 is a system block diagram of a USB-to-VGA converter constructed in accordance with the present invention;

FIG. 2 is a block diagram of a bridge circuit of the USB-to-VGA converter of the present invention;

FIG. 3 is a block diagram of a bridge circuit of the USB-to-VGA converter in accordance with a different embodiment of the present invention;

FIG. 4 is a flow chart illustrating a process for a host computer to issue USB display signals to a USB controller;

FIG. 5 is a schematic view illustrating an application of the USB-to-VGA converter in connecting a display device to a host computer; and

FIG. 6 is a schematic view illustrating a different application of the USB-to-VGA converter in connecting a display device to a host computer.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to the drawings and in particular to FIG. 1, a USB-to-VGA converter constructed in accordance with the present invention, generally designated with reference numeral 100, comprises a USB controller 10, a VGA controller 20 and a bridge 30 connected between the USB controller 10 and the VGA controller 20. The USB controller 10 is connectable to a USB port 210 of a host computer 200 for receiving USB based display signals from the host computer 200. The VGA controller 20 is connectable to a display device 300 whereby the USB-to-VGA converter 100 provides a signal conversion and connection between the host computer 200 and the display device 300.

The bridge 30 that is connected between the USB controller 10 and the VGA controller 20 receives the USB based display signals from the USB controller 10 in a first-in-first-out (FIFO) manner and converts the USB based display signals into corresponding standard VGA signals which is then applied to the VGA controller 20. The VGA controller 20 in turn forwards the VGA signals to the display device 300 for display by the display device 300.

Also referring to FIG. 2, the bridge 30 comprises a firmware interface 31, a first-in-first-out (FIFO) controller 32 and a display interface conversion device 33. The firmware interface 31 is connected to the USB controller 10 and receives a bus control command A from the USB controller 10. The firmware interface 31 is also connected to the display interface conversion device 33 by a control bus B and a data bus C for transmission of a DMA control signal, a firmware control signal and a control command therebetween for allowing the display interface conversion device 33 to convert the USB based display signals into the corresponding VGA signals D which can be of PCI type or AGP type, but is not limited thereto.

The FIFO controller 32 is connected to the USB controller 10 by a data bus E and a control line F. The FIFO controller 32 issues control instructions to the USB controller 10 via the control line F for controlling the USB controller 10 to forward the USB based display signals received from the host computer 200 to the FIFO controller 32 in a FIFO manner via the data bus E. The FIFO controller 32 is connected to the display interface conversion device 33 by a data bus G and a control line H whereby the FIFO controller 32 issues FIFO control instruction to the display interface conversion device 33 via the control line H in order to convey the USB based display signals from the FIFO controller 32 to the display interface conversion device 33 in a FIFO manner via the data bus G. The display interface

US 7,203,788 B2

3

conversion device 33 then converts the USB based display signals into the corresponding VGA signals D and applies the VGA signals D to the display device 300.

FIG. 3 shows a block diagram of a different embodiment of the bridge 30 in which the display interface conversion device, which is designated with reference numeral 33' for distinction, is embodied as a PCI interface. The firmware interface 31 receives a PIO bus control command A' that is issued by the USB controller 10. The firmware interface 31 is connected to the display interface conversion device 33' by a DMA address control line B1, a DMA length control line B2, a DMA trigger control line B3, a firmware trigger control line B4 and a data bus C whereby the firmware interface 31 controls DMA address, data length and trigger signal of the display interface conversion device 33' and the triggering of the firmware by means of the DMA address control line B1, the DMA length control line B2, the DMA trigger control line B3, and the firmware trigger control line B4 and forwards control instructions and data to the display interface conversion device 33' via the data bus C.

In the embodiment illustrated in FIG. 3, similar to that shown in FIG. 2, the FIFO controller 32 is connected to the USB controller 10 by a data bus E and a control line F. The FIFO controller 32 issues control instructions to the USB controller 10 via the control line F for controlling the USB controller 10 to forward the USB based display signals received from the host computer 200 to the FIFO controller 32 in a FIFO manner via the data bus E. The FIFO controller 32 is connected to the display interface conversion device 33' by a data bus G and a control line H whereby the FIFO controller 32 issues a FIFO control instruction to the display interface conversion device 33' via the control line H in order to convey the USB based display signals from the FIFO controller 32 to the display interface conversion device 33' in a FIFO manner via the data bus G. The display interface conversion device 33', based on the control signals including the DMA address, the data length, the trigger signal and the firmware triggering signal issued by the firmware interface 31 via the DMA address control line B1, the DMA length control line B2, the DMA trigger control line B3 and the firmware trigger control line B4, converts the USB based display signals into the corresponding PCI type VGA signals D' and applies the VGA signals D' to the display device 300.

The bridge 30 comprised of the USB-to-VGA converter 100 of the present invention is embodied in for example a FPGA (Field Programmable Gate Array) chip. However, it can also be embodied in a single chip integrated circuit of different form, such as an ASIC, in which the firmware interface 31, the FIFO controller 32 and the display interface conversion device 33 (33') are integrated.

FIG. 4 shows an operation process of the USB-to-VGA converter 100 working with a host computer 200 to control the display device 300. The operation process discussed herein is based on the WINDOWS operation system released by Microsoft Company, comprising the following steps: In step 400, application software of the host computer 200 issues a request for display of messages. In step 410, the host computer 200 initiates GDI32 display control function and forward the display messages of the application software to a graphics engine. The graphics engine is started in step 420 for processing the messages to be displayed. In step 430, a graphics driver is actuated to process and drive the displayed screen information. In step 440, the information is transmitted via the USB interface.

Based on the above description of the operation process of the USB-to-VGA converter 100, the USB-to-VGA converter

4

100 can work with any computer systems running under any operation systems. No hardware based display card is required inside the computer 200. The space that is traditionally occupied by the display card inside the computer 200 is thus saved. In addition, no large cable connected between the display device and the host computer is needed.

FIG. 5 shows an application of the USB-to-VGA converter of the present invention in a computer system comprising a display device 300 and a host computer 200. The USB-to-VGA converter 100 is encased in and embodied as an "adaptor" 600. In other words, the USB controller 10, the VGA controller 20 and the bridge 30 are arranged inside the adaptor 600. The adaptor 600 forms a VGA plug 620 releasably mating a signal inlet port 310 of the display device 300 and a USB socket 610 into which a USB plug 510 formed on an end of a USB cable 500 is plugged. An opposite end of the USB cable 500 forms another USB plug 510 for engaging a USB port 210 of the host computer 200 thereby connecting the host computer 200 to the display device 300.

FIG. 6 shows a different application of the USB-to-VGA converter of the present invention in a computer system comprising a display device 300 and a host computer 200 connected by a USB cable 500. The USB controller 10, the VGA controller 20 and the bridge 30 of the USB-to-VGA converter 100 of the present invention are integrated with a display control circuit 320 built inside the display device 300. The display control circuit 320 comprises a USB socket 330 exposed for engagement with a USB plug 510 formed on an end of the USB cable 500. An opposite end of the USB cable 500 forms another USB plug 510 for engaging a USB port 210 of the host computer 200 thereby connecting the host computer 200 to the display device 300. The VGA controller 20 is coupled to the display control circuit 320 for direct supply of VGA signals to the display device 300.

The present invention is aimed to provide a simple and low cost measure for connecting a host computer to a display device without a hardware based display interface card mounted inside the host computer. A USB cable can simply connect the display device to the host computer and allows for transmission of display signals in USB form that has a broad bandwidth and low signal lose. The USB signal is then converted into a VGA signal for proper display by the display device. Costs of the cable itself and the installation of the cable between the computer and the display device are thus substantially reduced. Flexibility of the arrangement of the display device with respect to the computer is also enhanced.

Although the present invention has been described with reference to the preferred embodiments thereof, it is apparent to those skilled in the art that a variety of modifications and changes may be made without departing from the scope of the present invention which is intended to be defined by the appended claims.

The invention claimed is:

1. A USB-to-VGA converter interconnecting through a USB port of a computer a display device controlled the computer comprising:

   a USB controller disposed external to the computer and adapted to detachably connect to a USB port of the computer for receiving exclusively therethrough USB based display signals from the computer, the USB controller issuing a bus control command;

   a VGA controller disposed external to the computer and adapted to connect to the display device for conveying VGA signals to the display device; and

US 7,203,788 B2

5

a bridge disposed external to the computer and connecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

2. The USB-to-VGA converter as claimed in claim 1, wherein the USB controller comprises a USB socket.

3. The USB-to-VGA converter as claimed in claim 1, wherein the VGA controller comprises a VGA plug.

4. The USB-to-VGA converter as claimed in claim 1, wherein the converter is encased in an adaptor which comprises a USB socket for connection with the USB port of the computer.

5. The USB-to-VGA converter as claimed in claim 4, wherein the adaptor further comprises a VGA plug for connection with the display device.

6. The USB-to-VGA converter as claimed in claim 1, wherein the USB controller, the bridge circuit and the VGA controller are integrated with a display control circuit built inside the display device.

7. The USB-to-VGA converter as claimed in claim 6, wherein the USB controller comprises a USB socket for connection with the USB port of the computer.

8. The USB-to-VGA converter as claimed in claim 6, wherein the VGA controller is directly connected to the display control circuit of the display device.

9. The USB-to-VGA converter as claimed in claim 1, wherein the bridge circuit comprising:

a firmware interface connected to the USB controller for receiving the bus control signal from the USB controller and issuing a DMA control signal, a firmware control signal and control command data;

a first-in-first-out controller connected to the USB controller for issuing the first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner; and

a display interface conversion device connected to the firmware interface, the first-in-first-out controller and the VGA controller for receiving the DMA control signal, the firmware control signal and the control command data from the firmware interface and being controlled by the first-in-first-out control signal from the first-in-first-out controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the display interface conversion device converting the USB based display signals into the corresponding VGA signals and forwarding the VGA signals to the VGA controller.

10. The USB-to-VGA converter as claimed in claim 9, wherein the bus control signal from the USB controller to the firmware interface comprises a PIO bus control signal.

6

11. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface is connected to the display interface conversion device by a control bus and a data bus.

12. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface is connected to the display interface conversion device by a DMA address control line, a DMA length control line, a DMA trigger control line, a firmware trigger control line and a data bus.

13. The USB-to-VGA converter as claimed in claim 9, wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus.

14. The USB-to-VGA converter as claimed in claim 9, wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus.

15. The USB-to-VGA converter as claimed in claim 9, wherein the VGA signals comprise PCI type VGA display signals.

16. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a single chip integrated circuit.

17. The USB-to-VGA converter as claimed in claim 16, wherein the integrated circuit comprises a field programmable gate array integrated circuit.

18. The USB-to-VGA converter as claimed in claim 16, wherein the integrated circuit comprises an ASIC integrated circuit.

19. A discrete USB-to-VGA converter externally interconnecting in detachable manner through a USB port of a computer a display device controlled the computer comprising:

a USB controller disposed external to the computer and detachably connected to a USB port of the computer for receiving exclusively therethrough USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer for connection to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and interconnecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

*  *  *  *  *

# Exhibit B

Exhibit B

# Deposition of
# **ALAN JONES, PhD**

**Date:** January 8, 2008
**Volume:** 1

**Case:** DISPLAYLINK v. MCT

SHARI MOSS & ASSOCIATES
877 Cowan Road, Suite A
Burlingame, California 94010
(650) 692-8900
(415) 402-0004
FAX: (650) 692-8909

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


DISPLAYLINK CORPORATION,
a Washington corporation,

      Plaintiff,

    vs.                No. 5:07-CV-01998-RMW

MAGIC CONTROL TECHNOLOGY,
CORPORATION, a Taiwanese
corporation,

      Defendant,
_____/
AND RELATED CROSS-ACTION
_____/



Videotaped Deposition of

ALAN JONES, Ph.D.

January 8, 2008


Pages 1-109
Reported by:
SHARON LANCASTER
CSR No. 5468


SHARI MOSS & ASSOCIATES
Certified Shorthand Reporters
877 Cowan Road, Suite A
Burlingame, California 94010-1204
(415) 402-0004
(650) 692-8900
FAX:  (650) 692-8909

Page 2

```
 1              I N D E X
                - - - - -
 2
 3                  Page Number
 4     EXAMINATION BY MR. CAULEY............ 6
 5
 6
 7              --oOo--
 8
 9              EXHIBITS
10     Defendant's:
11     1    Curriculum Vitae of Dr. Jones; 4 pages..... 9
12     2    U.S. Patent No. 7,203,788 B2, dated........ 9
            April 10, 2007; 10 pages
13          (No Bates numbers)
14     3    Joint Claim Construction and Prehearing.... 9
            Statement Pursuant to Patent Local
15          Rule 4-3; 10 pages  (No Bates numbers)
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1          BE IT REMEMBERED that, pursuant to the laws
 2     governing the taking and use of depositions, and on
 3     Tuesday, January 8, 2008, commencing at 4:15 a.m.
 4     U.K. time, where the witness was located, and
 5     teleconferenced to the offices of Wilson, Sonsini,
 6     Goodrich & Rosati, 650 Page Mill Road, Palo Alto,
 7     California, before me, SHARON LANCASTER, a Certified
 8     Shorthand Reporter in the State of California,
 9     personally appeared
10
11          ALAN JONES, Ph.D.,
12
13     called as a witness by the Defendant/Cross-Plaintiff,
14     who, being by me first duly sworn, was examined and
15     testified as is hereinafter set forth.
16
17          WILSON, SONSINI, GOODRICH & ROSATI,
18     8911 Capital of Texas Highway North, Westech 360,
19     Suite 3350, Austin, Texas 78759-8497, Telephone:
20     (512) 338-5423, represented by BRIAN A. DIETZEL,
21     Attorney at Law, appeared as counsel on behalf of
22     Plaintiff and Counterclaim Defendant Displaylink
23     Corporation.
24     ///
25     ///
```

Page 4

```
 1     APPEARANCES:  (Continued)
 2
 3          WING, HARTMANN & GIBBS, PLC, 2033 Gateway
 4     Place, Suite 500, San Jose, California, Telephone:
 5     (408) 451-3935, represented by RICHARD F. CAULEY,
 6     Attorney at Law, appeared as counsel on behalf of
 7     Defendant and Counterclaim Plaintiff MTC, Corp.
 8
 9
10     ALSO PRESENT:
11          MAC MacARTHUR, Videographer in the U.K.
12          PAUL S. MIN, Ph.D.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1     TUESDAY, JANUARY 8, 2008          4:15 P.M. UK TIME
 2
 3          P R O C E E D I N G S
 4
 5          (Note:  The witness and videographer
 6     appeared via video teleconference from London,
 7     England.)
 8
 9          THE VIDEOGRAPHER:  This is the beginning of
10     recording No. 1 in the deposition of Dr. Alan Jones
11     in the matter of DisplayLink Corporation, Plaintiff,
12     vs. Magic Control Technology Corporation, Defendant.
13     The case number is 5:07-CV-01998-RMW.  We're at the
14     offices of DisplayLink, Ltd., Cambridge,
15     United Kingdom.  The time is 16:15.  The date is
16     January 8th, 2008, as shown on the video screen.
17          Would counsel please introduce themselves
18     and state whom they represent.
19          MR. CAULEY:  Richard Cauley, C-A-U-L-E-Y,
20     representing Magic Control Technology.  And with me
21     is Dr. Paul Min.
22          MR. DIETZEL:  Brian Dietzel, Wilson,
23     Sonsini, Goodrich & Rosati, representing DisplayLink.
24          THE VIDEOGRAPHER:  Are there any objections
25     or stipulations?
```

2  (Pages 2 to 5)

Page 6

1    MR. CAULEY: No.
2    MR. DIETZEL: I don't believe so.
3    MR. CAULEY: I don't think so.
4    THE VIDEOGRAPHER: Okay. Would the Court
5    Reporter please swear the witness.
6
7        ALAN JONES, Ph.D,
8    having been first duly administered the oath, under
9    penalty of perjury, testified as follows:
10
11        EXAMINATION
12    BY MR. CAULEY:
13    Q. Good afternoon, Dr. Jones.
14    A. Good afternoon.
15        Can we shoot the volume slightly higher?
16        (Remarks off the record.)
17    BY MR. CAULEY:
18    Q. Good afternoon, Dr. Jones.
19    A. Good afternoon.
20    Q. And I'll just get started.
21        Have you ever had your deposition taken
22    before?
23    A. No, I haven't.
24    Q. Have you ever acted as an expert witness in
25    a lawsuit in the United States before?

Page 7

1    A. No, I haven't.
2    Q. All right. Has your counsel had a chance to
3    explain to you the deposition process?
4    A. Yes.
5    Q. All right. I'll just add a few things just
6    because you haven't had your deposition taken before.
7        Given the delay, I don't think there is
8    probably much chance that we're going to be talking
9    over each other. But, just for general form sake,
10    you should wait until I finish my question before you
11    start answering, because I think with the delay, it
12    will probably make it even harder for the court
13    reporter to take everything down.
14        If you don't understand one of my questions,
15    just ask for me to repeat it or reword it. If you
16    don't ask me to do that, then I'm going to assume
17    that you understand it.
18        Do you understand that?
19    A. Yes, I do.
20    Q. All right. One thing that sort of normal
21    people have to get used to in these depositions is
22    that your responses have to be audible and nods of
23    the head and, you know, shakes of the head can't be
24    taken down, so that if you answer a question, you
25    have to answer it audibly. And, you know, everybody

Page 8

1    forgets that; so if you don't answer audibly, I'll
2    just remind you. That will just make it go a little
3    bit faster.
4    A. Thank you.
5    Q. One, I understand from counsel that you do
6    have some medical issues so that -- I want to make
7    sure that, you know, that any time you want to take a
8    break, just say so. I normally take a break --
9    although I don't think this deposition is going to go
10    that long. But I normally take a break every about
11    an hour and a quarter. But any time you want to take
12    a break, just say, "I'd like to take a break." And
13    don't be shy about it, either.
14    A. I shall do that.
15    Q. Okay. Are you under -- and this is a
16    standard question. Are you under any medication
17    which would prevent you or interfere with your
18    ability to answer fully the questions you're being
19    asked today?
20    A. No, I am not.
21    Q. All right. Why don't we get started.
22        I have marked as Exhibit 1 -- and I
23    understand you have with you probably all the
24    exhibits I'm going to use. So I've had the court
25    reporter mark as Exhibit 1 your CV. And could you

Page 9

1    get that in front of you.
2        (Jones Deposition Exhibit No. 1 was marked
3    for identification.)
4        THE WITNESS: I don't have my CV with me.
5    BY MR. CAULEY:
6    Q. All right. All right. I'll bet you have it
7    memorized, though.
8    A. I should know most of it by heart, yes.
9    Q. I'm not going to ask you very many questions
10    on it anyway.
11        Just so I can verify the -- probably the
12    other two exhibits I'm going to use are the patent
13    and the Joint Claim Construction and Prehearing
14    Statement.
15        Do you have those with you?
16    A. I have those. Do you want to number them?
17    Q. I've already -- I think we've numbered
18    those. The patent is No. 2, and the Joint Claims
19    Construction and Prehearing Statement is No. 3. And
20    we've already marked them here for the reporter. So
21    you should just put a number on them so you'll know
22    which one we're on.
23        (Jones Deposition Exhibits Nos. 2 and 3 were
24    marked for identification.)
25        THE WITNESS: I have numbered them.

3 (Pages 6 to 9)

Page 10

1  BY MR. CAULEY:
2     Q. Very good.
3        I wanted to -- let me ask you first. Is the
4  CV that you provided to counsel, that they provided
5  to us, a current CV?
6     A. Yes, it is. It's my most recent CV.
7     Q. All right. So you don't have any published
8  patents that are after the ones that is in here?
9     A. We may do. We have three -- perhaps, would
10 it help if I explained what our patents are?
11    Q. Yes. And --
12    A. Because I'm not sure of the publication
13 date.
14    Q. All right. And I guess --
15    A. We have patents to do with vehicle
16 navigation systems. Certainly, in my CV there should
17 be patents to do with automatic navigation and
18 familiar routing. And we have a third chain of
19 patents now that we started just over a year ago to
20 do with choice routine, which is a way of finding
21 multiple routes for road vehicles.
22    Q. All right.
23       Dr. Jones, are you presently employed?
24    A. Yes. I'm employed by a company that I'm
25 also a director of with one other person.

Page 11

1     Q. What is the name of that company?
2     A. That company is called Cotares Limited,
3  C-O-T-A-R-E-S, Limited.
4     Q. And I see that now on your resume. Is
5  that -- what is your position there?
6     A. I'm a director.
7     Q. And what are your duties as the director of
8  Cotares, Ltd.?
9     A. Firstly, to run the company and, secondly,
10 to do research in navigation systems, including
11 putting together hardware and writing the software;
12 and, thirdly, to perform consultancy work to bring in
13 income that pays our salaries while we do the
14 research.
15    Q. Have you ever done any -- I'm sorry. Has
16 Cotares ever done any consulting work for Newnham
17 Technology, N-E-W-N-H-A-M?
18    A. No.
19    Q. And have you ever done any consulting
20 work -- other than for this case -- for DisplayLink?
21    A. Oh, yes. I have done consulting work for
22 several different companies.
23    Q. No, I was wondering whether you had done
24 consulting work for DisplayLink, other than being an
25 expert on this case.

Page 12

1     A. No, I have not.
2     Q. All right. When were you first contacted by
3  DisplayLink to be an expert in this case?
4     A. I don't have the exact date with me, but it
5  was late last year.
6     Q. Do you remember who contacted you?
7     A. I think the introduction was -- I think the
8  first person was Brian Dietzel. I think the
9  introduction came via DisplayLink.
10    Q. And that's Mr. Dietzel, who is setting here
11 to my right?
12    A. Yes.
13    Q. There couldn't be two Brian Dietzels.
14       MR. DIETZEL: Probably not.
15       MR. CAULEY: Probably not.
16 BY MR. CAULEY:
17    Q. What did Mr. Dietzel tell you that he wanted
18 you to do?
19    A. He said they would like me to assist them as
20 an expert in the field and an expert witness in this
21 case.
22    Q. All right. Did they tell you what the case
23 was about?
24    A. Yes. Yes. In an overview fashion, yes.
25    Q. Do you remember what -- you know, in general

Page 13

1  what they told you, or what Mr. Dietzel told you?
2     A. I believe there is a claim of infringement
3  of technology. And I believe this particular claim
4  is about -- I forget the exact term -- annulment or
5  construction of the patent that Magic Control
6  Technology owned.
7     Q. Could you characterize the technology that
8  you understand is involved in the patent that is at
9  issue in this case?
10    A. Yes. This is a technology for replacing
11 what would normally be a video card in a computer
12 system, with -- where the video card or controller is
13 placed remotely from the computer system and is
14 driven from a USB port that is on that computer
15 system.
16    Q. Would you call this "patent display
17 technology"?
18    A. Yes.
19    Q. When Mr. Dietzel first approached you, did
20 you think that your experience and background was
21 appropriate to be an expert in this kind of case, for
22 this kind of technology?
23    A. Yes.
24    Q. And why was that?
25    A. I have a background, first of all, in

4 (Pages 10 to 13)

Page 14

1  digital systems, including networks and communication
2  systems, and also in systems handling audio and
3  video.
4      In my CV, there should be references to --
5  or there may be references to projects such as Madora
6  and Medusa multimedia projects, all of that at
7  Research, Ltd., as well as earlier work on -- I'm
8  sorry.
9      Q. Oh, go ahead.
10     A. Yeah. And then there is earlier work on
11 computer networks such as the Cambridge Fast Ring,
12 which is a computer network designed for the --
13 amongst other things, for the transmission of audio
14 and video data.
15     Q. All right. All right. Very good.
16        Let's look at Exhibit 3, which is the Joint
17 Claims Construction Prehearing Statement.
18     A. Yes.
19     Q. Keep the patent near you.
20     A. Okay.
21     Q. Did you consult with Mr. Dietzel or anyone
22 else at DisplayLink's counsel with regard to the --
23 DisplayLink's proposed definitions -- well, yeah --
24 proposed constructions of the terms of the patent
25 that are set forth in Exhibit 3?

Page 15

1      A. Yes.
2      Q. Did you consult with them at a time prior to
3  when DisplayLink was initially proposing definitions?
4      A. I don't know when that time was, when they
5  initially proposed the definitions.
6      Q. Did you understand that you were helping
7  DisplayLink in coming up with definitions for these
8  terms?
9      A. Yes.
10     Q. And have you had a chance to review the
11 proposed definitions that DisplayLink gave to Magic?
12     A. Insofar as they are the ones mentioned in
13 Exhibit 3, yes.
14     Q. And did you have a chance to look at the
15 intrinsic and extrinsic evidence which is cited in
16 Exhibit 3?
17     A. Yes.
18     Q. And do you agree with, first, those proposed
19 constructions?
20     A. Yes.
21     Q. And do you agree with the citations of the
22 intrinsic and extrinsic evidence that DisplayLink
23 proposed to support those definitions?
24     A. Yes.
25     Q. Do you understand that -- as to whether

Page 16

1  you're going to be testifying at the Markman hearing
2  in this case?
3      A. I presume that I may be, yes.
4      Q. Do you understand as to whether your
5  testimony is going to be presented in support of any
6  of these definitions at that hearing?
7      A. I don't know.
8      Q. You haven't been told yet? You haven't been
9  told yet?
10     A. No. I'm not familiar with that part of the
11 procedure.
12     Q. Okay. But if DisplayLink asks you to
13 testify, then you will, I guess?
14     A. Yes. If it's physically possible, I will,
15 yes.
16     Q. All right. Very good. Why don't we just
17 start out with the first one.
18        All right. Now, look at "USB controller."
19 Now, do you agree -- I'm just going to go down one by
20 one, so I'll be sort of repeating myself.
21     A. Yes.
22     Q. Do you agree with the definition of USB
23 controller as "Component(s) that" -- or component
24 "that controls the receipt, storage and routing of
25 USB encoded data"?

Page 17

1      A. Yes.
2      Q. And what's your basis for saying that that's
3  an appropriate construction of that term?
4      A. Well, this -- the controller is the entity
5  that has to control the -- usually that controls
6  multiple other system elements. And in the case of
7  USB, it will be receiving USB data, it will be
8  storing -- doing things with that data that involves
9  storing it and routing it. And a generic term for
10 that data is "USB encoded data."
11     Q. Now, I'm just curious; what is "USB encoded
12 data"? What does that mean?
13     A. That means data that is encoded in one of
14 the USB formats.
15        USB has four main data transport formats in
16 which you can encode data. So you place it in a
17 wrapper according to whether it's bulk transfer data
18 or isochronous data, for instance, and they are
19 defined encodings, packet formats, if you like, where
20 you can place data into USB transactions.
21     Q. If you could look at the patent. And I'm
22 looking at Figure 1.
23     A. Yes.
24     Q. And I'm looking at -- Do you understand that
25 the term "USB controller" is represented by the block

SHARI MOSS & ASSOCIATES          (415 ) 402-0004
        (415) 402-0004

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 18

1   that is labeled "10" in sort of the middle?
2       A.  Yes.
3       Q.  I was curious as to why you think that the
4   USB controller controls the storage of USB encoded
5   data.  Could you explain that?
6       A.  Yes.  In order to transport data over USB, a
7   device must provide buffers into which that data is
8   received, for instance, and then the USB controller
9   is responsible for allocating and deallocating that
10  buffer memory as packets come in.
11          That memory need not be direct access
12  memory.  That memory can be any form of memory, but
13  it has to be some form of memory.
14      Q.  Now, is the USB controller storing that data
15  itself, or is it controlling some other -- something
16  else's storage of that data?
17      A.  A component of the USB controller is storing
18  that data, as shown in this patent and this diagram.
19  There is no separate unit.  So the USB controller
20  must incorporate that packet buffering.
21      Q.  So you're using the term "storage" in this
22  definition to mean buffering?
23      A.  Some form of storage.  There are many
24  different forms in which you could implement the USB
25  controller.  But they would all involve some element

Page 19

1   of storage.
2       Q.  But are you referring to a form of storage
3   other than buffering?
4       A.  Yes, it could be.  Well, buffering itself
5   could be stored in normal RAM memory or in a hardware
6   FIFO or -- there are different forms of storage.  And
7   USB controller could make use of any of those.
8       Q.  All right.  Now, I was wondering where in
9   the patent you find the -- I guess a reference to
10  "storage," that the USB controller is controlling
11  storage.  Because we're talking about the USB
12  controller in the patent, that's claimed in the
13  patent.
14      A.  Yes.
15          I think to start with, by virtue of it being
16  a USB controller, and in the Universal Serial Bus
17  specification, when you look at the device interface
18  as they provide for it, they specify that the device
19  interface must provide buffering.
20      Q.  Can you find that in the patent for me?
21      A.  Well, it's intrinsic in USB -- in being a
22  USB controller, so it's part of USB.  I don't know if
23  you have gone down into the patent, into the level of
24  how you implement a USB controller.  But I could have
25  a look.

Page 20

1       Q.  Okay.  If you could, please.
2       A.  It's a USB controller, by its nature,
3   incorporates storage just as a PC incorporates
4   storage.
5       Q.  So is it your opinion that the support that
6   you find for the USB controller controlling storage
7   is that storage is intrinsic to a USB controller?  Is
8   that your opinion?
9       A.  Yes.
10      Q.  All right.  Okay.  Let's go to routing.
11  "The USB controller is a component that controls the
12  routing of USB encoded data."
13          Is that also your opinion?
14      A.  Yes.
15      Q.  Okay.  And could you tell me where you find
16  support for that in the patent.  And I'm just talking
17  about --
18      A.  Again -- Yes.  Again, I refer back to the
19  USB specification, on the way a USB bus has to work.
20  USB devices have to implement, for instance, a
21  control channel, which is called "end point zero,"
22  and has to respond to packets that come in over that
23  channel.  So those command packets are handled by the
24  USB controller itself, and they are routed to some
25  piece of logical storage on the controller and

Page 21

1   replied to by the controller.
2           Other packets that come in will be on the
3   end points that are established for the transmission
4   of audio or video or other data.  Those end points --
5   the traffic on those ends points will be routed to an
6   external interface.  In this particular case, it's
7   the interface to the bridge.  So packets that contain
8   data to be displayed will be routed to the bridge.
9   Whereas, packets that are the USB control packets
10  will be routed internally to the USB controller.  And
11  that's how all USB controllers have to work, in that
12  way.
13      Q.  I just wanted to make sure I understood your
14  definition of "routing," as you use it there.
15      A.  Yes.
16      Q.  How would you use -- how would you define
17  the term "routing," as you use it in that definition?
18      A.  The USB encoded data is routed to an point,
19  and that end point is -- those end points are
20  connected to different systems.  So one of end point
21  zero would usually be handled internally to the
22  controller for setting up the buffers and handling
23  the tokens of control.  And typically, you have
24  another end point, perhaps end point one, that the
25  controller would specify as a -- as some sort of

SHARI MOSS & ASSOCIATES                    (415 ) 402-0004
            (415) 402-0004

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 22

1   video end point. And USB encoded data that had that
2   end point in its protocol would be sent somewhere
3   else, and, in this particular case, that somewhere
4   else would be to the external bridge interface.
5        Q. Okay. And --
6        A. So you're -- Go ahead.
7        Q. No, go ahead.
8        A. Yeah, go ahead.
9        Q. I was just going to ask you another
10  question.
11       A. Yes. The packets that come over the USB
12  bus, which I can refer to -- actually, the USB bus
13  isn't numbered in your Figure 1.
14       But the packets that come between the USB
15  port and the USB controller have a device address and
16  an end point address that identifies where they're
17  supposed to be routed by the USB controller. And
18  that is part of the USB specification.
19       Q. Okay. So is the "routing" part of that
20  definition, that like storage implicit in a USB
21  controller, that every USB controller would do
22  routing?
23       A. Yes. And, specifically, this is the USB
24  controller on a device rather than on a host.
25       Q. Very good.

Page 23

1        I wanted you to look at MTC's proposed
2   construction. And I'll just read it into the record.
3        A Device that -- and this is for USB
4   controller.
5        A. Yes.
6        Q. "A device that communicates with the
7   computer according to the USB standard and
8   communicates with the bridge in the signal form
9   understood by the bridge."
10       Do you disagree with that construction?
11       A. As a construction of what a USB controller
12  is, I would disagree.
13       Q. Why is that?
14       A. However, what you may have there is
15  something that could be described as a USB controller.
16  But not all USB controllers could be described by
17  that.
18       Q. Okay. I guess we're just talking about the
19  USB controller that's claimed in the patent. So
20  could the USB controller that's claimed in the patent
21  be described like that?
22       A. Yes, that description is compatible with the
23  USB controller in the patent.
24       Q. All right. Let's go on to the next one.
25       Okay. It is ...for receiving exclusively

Page 24

1   therethrough USB based display signals. And, of
2   course, just like lawyers, we have taken parts of
3   sentences and phrases out, so we'll -- And I can look
4   at the patent. But I'll just read it into the record
5   so people know what we're talking about.
6        This is part of the second paragraph of
7   Claim 1. And the full paragraph, just to put it in
8   context, is: "A USB controller disposed external to
9   the computer and adapted to detachably connect to a
10  USB port of the computer for receiving exclusively
11  therethrough USB based display signals from the
12  computer, the USB controller issuing a bus control
13  command."
14       So the only part that we're construing here
15  is sort of the middle part of that: "...for
16  receiving exclusively therethrough USB based display
17  signals." So that is just for the record, just in
18  case somebody that5 we don't know picks this up.
19       Okay. Is it your opinion that the
20  appropriate definition for this phrase is "for
21  receiving only USB based display signals into the USB
22  controller"? Is that your opinion?
23       A. Yes.
24       Q. And what's the basis for that opinion?
25       A. Because you're receiving through it

Page 25

1   exclusively USB based display signals into the USB
2   controller from the host computer.
3        Q. So it would be just USB based display
4   signals and nothing else?
5        A. And nothing else, no.
6        Q. Now, would it be -- is it that the only
7   signals that come -- that are received by the USB
8   controller are USB based display signals? Or is it
9   the only display signals that are received by the USB
10  controller are USB based, meaning that it could have
11  some other --
12       A. I take it -- Yes, I take to mean that it's
13  exclusively USB based display signals.
14       Q. So that no other kind of signals at all
15  could be received by the USB controller? It's not
16  just a subset of display signals, it's a subset of
17  all signals.
18       A. Yes. It's exclusively USB based -- those
19  signals would include the USB control signals.
20       Where you say "USB based display signals," I
21  take that to mean all the control setup signals that
22  have to go on the USB bus for the movement of those
23  display signals, and also the tokens that control the
24  flow of those display signals.
25       So "USB based display signals" means that

SHARI MOSS & ASSOCIATES                    (415 ) 402-0004
        (415) 402-0004

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 26

1   the packets containing the display data and the
2   associated USB control packets. And that altogether
3   makes up what I -- the way I would construe
4   "a USB based display signal."
5       Q. And I'll just --
6       A. And then -- Yes.
7       THE REPORTER: Guys, slow down.
8   BY MR. CAULEY:
9       Q. Okay. I just wanted to refer you quickly
10  down to the next one, which is, in fact, USB based
11  display signals, which I think --
12      A. Yes.
13      Q. So those two are consistent?
14      A. I think I have just given a definition of
15  that, yes.
16      Q. Okay. I just wanted to make sure, since you
17  were talking about that.
18      All right. Why don't we go back up to the
19  "...for receiving exclusively therethrough USB based
20  display signals" and asking where you find support
21  for that in the patent.
22      A. Well, the patent talks about receiving
23  display signals over the USB bus and does not talk
24  about receiving any other signals over the USB bus.
25      Q. And where do you find that in the -- if you

Page 27

1   could just point where that is to me in the patent.
2       A. No. The patent -- I'm saying the patent
3   doesn't -- as far as I can see, the patent contains
4   no references to any signals other than display
5   signals being transported across the USB bus. So
6   there are no references to audio signals or other
7   signals.
8       Q. So is the basis for your opinion that the
9   only signals that are received into the USB
10  controller are USB based display signals based on the
11  fact that the patent doesn't mention any other
12  signals?
13      Did I get you right?
14      A. Yes. The fact that it doesn't mention other
15  signals and the wording of "exclusively therethrough."
16      Q. And before I ask you about MTC's definition,
17  let's just clear out USB based display signals.
18      When you use the term "USB based display
19  signals," are you referring to that packet with all
20  of the packet information? Is that what you mean by
21  "USB encoded"?
22      A. Yes. Yes. Display signals encoded and
23  transported, according to the USB specification.
24      Q. Right.
25      And that's a -- I ran into that in a

Page 28

1   different context in a different case, where you have
2   a certain kind of a signal and it's surrounded by
3   various headers and footers which tell whatever piece
4   of machinery it's receiving, like, what it is and,
5   you know, what to do with it.
6       Are those the kinds of things you're talking
7   about, sort of encapsulated?
8       A. Yes, it's encapsulated in other headers.
9   For instance, it has an address that says this a data
10  packet rather than a control token. And also, the
11  data will be encoded for line transmission on USB.
12      USB implements something called "bit
13  stuffing," where the actual bits of the data
14  themselves will be modified to make sure that they
15  can transit the wires correctly. And that is also an
16  encoding.
17      Q. Let's look at the -- Actually, as long as
18  we're at USB based display signals, why don't we look
19  at Magic's definition for that: "USB signals
20  containing display information."
21      Do you disagree with that definition?
22      A. I suppose if -- in the context of what we
23  were talking about before, possibly audio or other
24  forms of information, I would say USB based display
25  signals, for example, would not contain audio. If

Page 29

1   you said this is a USB based display signal and I
2   found out it had audio as well, I would say no, it's
3   a display and audio signal.
4       So I think the MTC construction, "USB
5   signals containing display information," would imply
6   that they could contain all sorts of other
7   information as well, which I would not expect in
8   something called a "USB based display signal."
9       Q. Now, is your definition and your
10  understanding of the term "USB display signals" as I
11  guess not including audio, for example, is that
12  based on something you're finding in the patent, or
13  is that something based on your understanding of, I
14  guess, USB?
15      A. Yes. In constructing what I think "USB
16  based display signals" means, I'm using my
17  understanding of USB and my -- and what I take the
18  terms "USB based display signals" to be both
19  extrinsically and intrinsically from anything I found
20  in the patent. So I haven't found parts of the
21  patent that would say that a USB based display signal
22  encodes anything other than display signals.
23      Q. Have you found anything in the patent that
24  would exclude the possibility that a USB display
25  signal could include something like audio?

SHARI MOSS & ASSOCIATES          (415 ) 402-0004
(415) 402-0004

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 30

1    A. I would have to think carefully about that,
2  whether that was excluded by the form of this bridge
3  interface, and so on.
4    I would think it's -- if there were going to
5  be different streams of video and audio coming out of
6  that USB controller, I would expect to see them going
7  somewhere other than just a VGA controller. So if
8  you take Figure 2 as an example, there is no
9  provision for an audio stream or other data stream to
10  come out of that USB controller.
11    Q. Is there anything else that could possibly
12  be part of a USB signal -- I'm sorry, that might
13  go -- is from a USB controller other than -- we
14  talked about audio as being something else that might
15  go through.
16    Is there anything else that might go
17  through, that you think might also -- you know, that
18  theoretically could go through but wouldn't, in your
19  mind, be included in the USB based display signals in
20  the patent?
21    A. Yes. Potentially, it could be USB signals
22  containing display information that could potentially
23  then contain other information that USB can transport,
24  such as file transfers, bulk file transfers.
25    Q. What about images that weren't video, just a

Page 31

1  static image?
2    A. That would be covered by a bulk file
3  transfer. So a JPEG image taken by a digital camera.
4    Q. Yes, for example.
5    A. All of these forms of data can be
6  transported across a USB bus.
7    Q. So would you consider, for example, a JPEG
8  image file -- would you consider that to be a display
9  signal?
10    A. No, I would not.
11    Q. And I'm just talking about USB display
12  signals as used in the patent. And that's still your
13  opinion?
14    A. Yes.
15    Q. And why is that?
16    A. Yes.
17    Q. And what's the basis for that opinion?
18    A. Yes. Again, we have here a USB controller
19  talking to a VGA controller and not, for example,
20  decompressing a JPEG image or any of the other still
21  image formats.
22    MR. CAULEY: Could you read back his answer?
23    (Record read by the Reporter:
24    "Answer: Yes. Again, we have here a USB
25  controller talking to a VGA controller and not, for

Page 32

1  example, decompressing a JPEG image or any of the
2  other still image formats.")
3  BY MR. CAULEY:
4    Q. And what's your basis for saying that the
5  USB controller -- strike that.
6    What about if it wasn't a JPEG image, but
7  just the image of the screen; would you consider that
8  to not be a display signal?
9    A. Yes. I should say here I was using, yes,
10  JPEG here -- we're using an example of a file
11  transfer, bulk file transfer.
12    Q. Right.
13    A. So a better example might be something that
14  is not rendered as video. Perhaps a set of meter
15  readings is more what I'm thinking of for bulk file
16  transfer.
17    I realize there is confusion here in that
18  the format you might use for the display signal
19  themselves to be sent to the VGA controller, you may
20  wish -- you may think of encoding them as JPEG
21  images.
22    Again, nowhere in the patent itself -- I
23  will say, USB based display signals themselves could
24  be of different forms.
25    THE REPORTER: I'm sorry. Could you repeat

Page 33

1  that again?
2    THE WITNESS: Yes. USB based display
3  signals, it's not specified exactly what the format
4  of that display signal should be.
5  BY MR. CAULEY:
6    Q. So if it doesn't specify the format then,
7  it's still your opinion that it would exclude
8  something like JPEG. Is that correct?
9    A. In -- I think other things in the patent
10  would exclude JPEG. The term USB based display
11  signals itself, taken outside the patent, could
12  include a JPEG encoding of display signals sent over
13  the USB.
14    Q. Okay. But are you finding something in the
15  patent that would narrow that term to exclude
16  something like JPEG?
17    A. Yes. An absence of the -- of any mention of
18  JPEG decompression hardware, and also that it's
19  driving a VGA controller, which implies that it's
20  more of a -- instead of just a single still image,
21  that it's a series of images being sent.
22    Q. What about things that weren't images at
23  all, but they might -- you might have information
24  that went along with some sort of display image, you
25  know, like, say, instant messages or something like

Page 34

1  that, or some sort of text that --
2      A. Or -- yes.
3          No. I think they have to be display
4  signals, but they do not have to be pixel-by-pixel
5  elements of the display.
6      Q. And just so I'm clear and so -- let me say
7  what I think you said, and you can correct me if I'm
8  wrong. They --
9      A. Yes.
10     Q. That your basis for the exclusion of these
11 other kinds of information in USB based display
12 signals is based on the fact that they are not
13 mentioned in the patent. Is that correct?
14     A. There is no provision for them in -- I
15 suppose there are several things: There is no
16 provision for them in the patent; an audio signal
17 could not be described as a display signal; and a VGA
18 controller could not accept an audio signal.
19 Similarly, if it was a file of electricity meter
20 readings, you could not call that a display signal,
21 and a VGA controller could not accept that.
22         So I think both the use of the term "display
23 signals" and the presence of a VGA controller rules
24 out these other forms of data that are not destined
25 to be displayed by the VGA controller.

Page 35

1      Q. Could you have in a USB signal -- and I
2  guess that's what where you're talking about where
3  you had data that had the USB encapsulation -- and
4  I'm talking about sort of just outside the patent,
5  just out in the world -- could you have what you
6  would call a USB signal that contained something
7  other than display information?
8      MR. DIETZEL: Objection. Form.
9  BY MR. CAULEY:
10     Q. And if you don't understand --
11     A. Yes. Yes. In the outside world --
12     Q. Yes.
13     A. In the outside world, outside the patent, a
14 USB signal will produce the signals, will transport
15 all sorts of data.
16     Q. It's basically anything that comes over --
17     A. As I mentioned --
18     Q. It's anything that comes out of the USB port
19 would have to have that USB encoding; correct?
20     A. Yes.
21     Q. And that can be pretty much anything;
22 correct?
23     A. There are limitations. But in USBs designed
24 for the transport of certain sorts of data, which
25 they define, for instance, as bulk data, isochronous

Page 36

1  data, interrupt data -- there are some forms of data
2  which you would not send in one of those four ways,
3  although I'd probably have to think quite hard to
4  find out what they are -- but those four ways cover
5  the ability to send, yes, many different forms of
6  data, such as, as we mentioned, audio streams,
7  filing -- they can remote a filing system typically
8  by USB hard drives, where files are transferred to
9  and from that hard drive using a filing system
10 protocol which is carried as USB encoded packets.
11     Q. Is it possible to have more than one kind of
12 data within one USB packet?
13     A. Yes, it is.
14     Q. And so it would be -- out in the world, it
15 would be possible to have a USB packet that had
16 display information and something else in it; is that
17 correct? Out in the world, outside of the patent.
18     A. Yes.
19     Q. So it's your opinion --
20     A. Outside of the patent?
21     Q. Yes.
22     A. Yes.
23     Q. Okay. So it's your opinion that there is
24 something in the patent that restricts the kinds of
25 USB display -- I guess that restricts USB display

Page 37

1  signals to just having display information in that
2  packet. Did I understand your opinion right?
3      A. Yes. Yes.
4          I think there's two things. One is the use
5  of the term "display signals" restricts it to display
6  information. And, secondly, I cannot find anywhere
7  in the patent anything that would handle data other
8  than display signals.
9      Q. Okay. So did I get the whole basis for your
10 opinion on that? I think I did. But I just want to
11 make sure that there's no other basis for your
12 opinion that the USB packets could only contain
13 display information as used in the patent, other than
14 what you just said.
15     A. Yes, that's correct.
16     Q. All right. Okay. Let's go -- I'm going to
17 hit Magic's definition of the "for receiving
18 exclusively therethrough," and then I'm going to take
19 a break.
20         So let's go back to -- we sort of going
21 around the circle here -- Magic's definition of the
22 term "for receiving exclusively therethrough USB
23 based display signals."
24         Do you disagree with Magic's definition of
25 that term?

Page 38

1    A.  Just check one of the figures.
2        I'm just checking that -- we're talking here
3    about the USB controller; is that right?  I just need
4    to check --
5    Q.  Yes.
6    A.  -- the context of "for receiving
7    exclusively."
8    Q.  Yes.  It's the first indented paragraph in
9    Claim 1.
10   A.  Yes.  Yes.
11       Again, I think the Magic definition is
12   consistent with what is shown in the patent, in that
13   what is shown in the patent is that all of the USB
14   signals containing display information are forwarded
15   to the USB controller, and it does forward them to
16   the bridge in an understandable signal form.
17   Q.  But do you disagree with that definition?
18   A.  I wouldn't say that that definition is
19   untrue.
20   Q.  Do you think that Magic's definition is
21   inconsistent with DisplayLink's definition?
22   A.  No.  In the context of the patent, where
23   we're only talking about display signals, then --
24   just be careful here.  Receiving only --
25       Yes.  I think given that we're sending USB

Page 39

1    based display signals, then, yes, the two definitions
2    are consistent.
3    Q.  All right.
4    A.  I would not say that either -- both of them
5    can be said to be true in a logical sense.
6        MR. CAULEY:  Okay.  I'm going to take a
7    break, About five or ten minutes.
8        THE VIDEOGRAPHER:  Going off the record.
9    The time is 17:09.
10       (Brief recess taken.)
11       THE VIDEOGRAPHER:  Back on the record.  The
12   time is 17:24.
13   BY MR. CAULEY:
14   Q.  Dr. Jones, let's just keep on moving.
15   A.  Yes.
16   Q.  Let's go down to the next term, which is
17   "bridge."  And I'll just read the definition that
18   DisplayLink has provided for the term "bridge," which
19   is component -- it's component -- Do you see, it's on
20   page 4?
21   A.  Yes.  Oh.  We moved over the other terms on
22   page 3?
23   Q.  I think we did -- Oh, I'm sorry.  Thank you
24   very much.  I flipped a page.  I was closer to the
25   end than I was.  Yes, let's go to page 3.  Thank you.

Page 40

1        All right.  Page 3.  The next term is "USB
2    based display signals from the computer."
3        And DisplayLink's definition of that term
4    is: "USB encoded display signals representing the
5    image rendered by the computer."
6        And I think we have already -- I assume that
7    we're all in agreement as to what your opinion is
8    about the USB display signals part of that
9    definition, so we'll just talk about the rest of it.
10       So DisplayLink's definition, "USB encoded
11   display signals representing the image rendered by
12   the computer," is that your opinion as to what the
13   appropriate definition of that term should be?
14   A.  Yes, it is.
15   Q.  So I guess we're just talking about the
16   "...representing the image rendered by the computer."
17       And that's your opinion, correct, that part?
18   A.  Yes, it is.
19   Q.  And I was wondering, sort of, what the
20   meaning were to a couple of those terms.  What do you
21   mean there by the term "image"?
22   A.  That is, the image is the information that
23   is going to be used to construct the display.  Or
24   it's the information that is going to be used -- it's
25   hard to define it without saying "image data."

Page 41

1        It's the information that is going to be
2    used to make the image that shows up on the display.
3    So it's the thing that is going to eventually result
4    in the correct pixels being set in the correct places
5    on the display.
6    Q.  Okay.  Then I guess before I ask you another
7    question about image, I'll ask you what you mean by
8    the term "rendered."
9    A.  That means given, given by the computer.
10   So, you see, it's rather the -- it's the image
11   rendered by the computer.  So if you like, it's the
12   display signals are representing the two-dimensional
13   sets of pixels that you want to show up on the
14   display eventually.
15   Q.  Now, we were talking about JPEGs and bitmaps
16   earlier.  Why aren't those images, the way you use
17   the term "image" here?
18   A.  It -- it could be.  You could represent
19   the -- the image itself could be represented in a
20   format which used JPEG.
21   Q.  I had thought that you --
22   A.  In this part -- in this part alone, just
23   taking USB display signals from the computer in its
24   generality, so we're not restricting this to
25   something that a VGA controller would process.  We're

11 (Pages 38 to 41)

Page 42

1  now saying it could be something that a JPEG
2  decompressor could process, something that is not
3  referred to in the patent.
4      Q. Okay. I'm --
5      A. But an image itself could be encoded in
6  JPEG. I think the points about the images is it's --
7  is what I'm taking to mean were these display signals
8  from the computer. So the computer is not giving you
9  a three-dimensional wire frame model to be rendered
10  by the display.
11      Q. Now, if you're reading the USB based display
12  signals from the computer as used in Claim 1 of the
13  patent, would that exclude JPEGs?
14      A. On its own, that would not exclude JPEGs.
15      Q. And I'm only talking about as used in the
16  patent, as opposed to out in the world.
17      A. Yes.
18      Q. So it would include JPEGs?
19      A. Oh. No. No, the patent itself does not --
20  does not make provision for JPEGs because of the way
21  that the bridge is attached to the VGA controller.
22      Q. So your use of the term "image" in this
23  definition excludes like JPEGs and screen images and
24  bitmaps, like we discussed, for USB based display
25  signals; is that right?

Page 43

1      A. Yes. Yes. Yes, yes, yes, yes.
2          In terms -- in the context of the patent, it
3  excludes JPEG -- yes, other formats.
4      Q. And is your reason for excluding those other
5  formats from your definition of the term "image" in
6  this definition the same reasons that you excluded
7  those kinds of things from the definition of the term
8  "USB display signals" in the previous definition?
9  Because we went through that for quite a while.
10      A. Yes. Yes, it is. Yes.
11      Q. And I guess just to tie it up, is there
12  anything else other than the reasons you gave for
13  excluding those kinds of files from the previous
14  definition that you would use to exclude those other
15  kinds of image kind of files from your use of the
16  term "image" in this definition?
17      A. Not that I can think of at the moment.
18      Q. All right. If you could look at Magic's
19  definition of USB display signals -- I'm sorry --
20  "USB based display signals from the computer." And
21  that definition is: "USB signals containing display
22  information from the computer."
23          Do you disagree with that definition?
24  Although, I guess, basically all that --
25      A. Yes.

Page 44

1      Q. All that is is just --
2      A. Yes.
3      Q. It's just the same as our definition of the
4  term USB display signals with "from the computer" on
5  it.
6      A. That's right. And, again, the objection is
7  that a USB signal containing display information
8  could potentially have a lot of other information in
9  it. And there is no way -- there is no mention and
10  no hardware in this example where something other
11  than display information could be handled. So the
12  objection to that is that it's not -- that your
13  construction would allow USB signals that contained
14  things other than display information.
15      Q. Okay. Did you have anything to add with
16  regard to Magic's definition for this particular term
17  "from the computer" that we didn't already discuss in
18  the term without the "from the computer" in the
19  previous definition?
20          Because I think, as with DisplayLink's
21  definition, I think we went through that pretty
22  extensively before. I just wanted to make sure there
23  wasn't anything else that we needed to discuss with
24  regard to Magic's definition of this term.
25      A. Not that I can see at the moment, no.

Page 45

1      Q. We should have numbered these things. Ah,
2  too late.
3          All right. The next term is "VGA
4  controller." And DisplayLink's definition of that
5  is: "Component or component(s) that controls the
6  routing of VGA signals pursuant to the VGA standard."
7          Is that your definition?
8      A. Yes.
9      Q. I'm sorry. That's your opinion, that's your
10  opinion that that definition is correct; correct?
11      A. Yes.
12      Q. And what's the basis for that opinion?
13      A. This is the -- a VGA controller is a
14  specific piece of hardware and software that operates
15  in order to control the routing of VGA signals.
16          The term "VGA" means "video graphics array."
17  This is a hardware and possibly software implemented
18  system defined by IBM. And the VGA controller is the
19  thing that controls that video graphics array.
20          It was in common use as a term you -- for
21  instance, you could buy a VGA controller chip, which
22  is a chip that is programmed by registers and a
23  memory aperture on a computer and generates video
24  signals according to the VGA standard.
25      Q. What do you mean by the term "routing" in

12 (Pages 42 to 45)

SHARI MOSS & ASSOCIATES          (415 ) 402-0004
(415) 402-0004

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 46

1  that definition?
2      A. The controller is the thing that decides
3  where the VGA signals will go. So when they are
4  addressing data signals to place a character at a
5  particular location in the screen, the VGA controller
6  will make sure it gets to the right place in the
7  memory chip. From that memory chip, the VGA
8  controller will arrange for the character byte to be
9  read and translate it into pixels that will go on the
10  screen through a translator. So the VGA controller
11  moves data from one place to another, routes it
12  around on the chip or on the VGA adapter card
13  according to the VGA standard.
14      Q. And what's your basis for your opinion that
15  that's what the -- I guess, that definition of
16  "routing" would apply to the VGA controller that's
17  claimed in the patent?
18      A. Well, the patent is placing the -- is giving
19  you a way to place the -- take the VGA controller out
20  of the PC and place it remotely. And the VGA
21  controller is something that controls the routing of
22  VGA signals pursuant to the VGA standard. If you buy
23  a VGA adapter card as made by IBM, the VGA controller
24  is one of the components on that card that controls
25  the routing of the VGA signals.

Page 47

1      And in the patent, we see that the VGA
2  controller is effectively the remote, a remote copy
3  of that card, or chip, or system that implements the
4  VGA standard.
5      Q. If you could look at the patent at column 2,
6  line 39. It's the sentence that's from 38 to 40,
7  column 2.
8      A. Column 2, 38 to 40. "The VGA controller in
9  turn forwards..."
10      Q. Yes. Is there a difference between the term
11  "forwards," as used in that sentence, and what you
12  mean by "routing"?
13      A. No, I think it -- in principle, it depends
14  whether it should -- you could take the term
15  "forwards" to mean forwards directly or forwards via
16  some other -- well, forwards via the VGA memory
17  buffer.
18      So I would say that the term "forwards"
19  includes -- does cover routing.
20      Q. Now, is your opinion that a VGA controller
21  routes VGA -- I guess, a VGA controller controls the
22  routing of VGA signals, is that intrinsic to VGA
23  controllers? Remember, we talked about the same sort
24  of thing with USB controllers.
25      Is it your knowledge of how a VGA controller

Page 48

1  has to work?
2      A. Yes, Yes. A VGA controller is the entity
3  that -- in hardware terms, it decouples the detailed
4  display timing from the rest of the hardware. So the
5  VGA -- one of the VGA controller's responsibilities
6  is to keep the display refreshed at the correct rate
7  at all times.
8      Q. So your definition of the term "VGA
9  controller" is something that is inherent in every
10  VGA controller, I guess, inside or outside the
11  patent. Is that right?
12      A. Yes.
13      Q. All right. Is that the same thing as -- I
14  guess, the VGA controller, is that the same thing as
15  a VGA graphics card?
16      A. No, no. The VGA controller will be
17  implemented on a VGA graphics card. But a VGA
18  graphics card also consists of other components, such
19  as a bus interface. So it might be an ISA graphics
20  card or a PCI graphics card, and that graphics card
21  will implement on it a VGA controller.
22      But the card itself -- it would be bad usage
23  to call the card a VGA controller. You would
24  normally call it a VGA card or a VGA adapter.
25      Q. In your definition here, you talk about the

Page 49

1  "VGA standard." What does that mean?
2      A. That means the definition of the video
3  graphics array as defined by IBM.
4      Q. Now, I see here extrinsic evidence is "PS/2
5  Video Subsystem Technical Reference Manual (May 19,
6  1992)."
7      Is that the VGA standard you're referring
8  to?
9      A. Yes, it is.
10      Q. Now, that standard is -- I guess, now it's
11  16 years old. Are you restricting your definition of
12  the term "VGA standard" just to the 1992 one?
13      A. I -- Yes. Yes, I am here.
14      I don't actually know if there were previous
15  or subsequent VGA standards. But they would all be
16  very similar to this one. The standards are such
17  that sometimes they are revised in minor ways and
18  reissued. But this one seems to accord with all of
19  my knowledge of VGA.
20      Q. Are you familiar with, I guess -- I've heard
21  the term "SVGA" and other --
22      A. Yes.
23      Q. I guess there are other acronyms that end
24  with VGA and have other letters in front of them,
25  which probably somebody will tell me what they are.

13 (Pages 46 to 49)

Page 50

1    A. Yes.
2    Q. Would you not include those as part of VGA
3 in your definition where you're talking about VGA
4 controller here?
5    A. A VGA controller, I would not include SVGA
6 or XGA or NVIDIA chipsets as a VGA controller.
7 A particular piece of hardware might include a VGA
8 controller, you know, an advanced modern graphics
9 card, but you would not call it a VGA controller
10 itself.
11    So, for example, once VGA was -- a later
12 standard was SVGA, as you mentioned, and you would
13 then go out and buy an SVGA controller, or an XGA
14 controller.
15    Q. Do video controller chips these days support
16 SVGA? Do you know?
17    A. Some do and some don't.
18    Q. Now, I guess we're talking about the way the
19 term VGA is used in the patent.
20    What's your basis for restricting the term
21 VGA to the one that's disclosed in 1992 and excluding
22 all of the other ones?
23    A. I think that's one -- that's one of the
24 latest definitions of the VGA standard. I don't know
25 if there is a more recent version of the standard

Page 51

1 after 1992. But it would only -- it would be -- it
2 would differ only in very minor ways. So the 1992
3 standard seems to be a particularly good one to
4 define what the VGA standard means.
5    Q. Just so we're all clear, what does "VGA"
6 stand for?
7    A. Video graphics array.
8    Q. And so what does -- I asked my buddy here to
9 see how many of these other ones there were. I guess
10 there's SVGA and SGA and SXGA.
11    Do you know of any other graphics array
12 standards? There are a lot of them.
13    A. Oh, there's -- you know, these days there
14 are all sorts of different terms like UXGA, WXGA.
15 Manufacturers invent new standards and give them
16 different acronyms like that as the years go by.
17    Q. But it's your opinion that the term VGA, as
18 used in the patent, just refers to that one 1992
19 standard; is that right? And doesn't refer to, say,
20 SVGA?
21    A. No, no. If you say something is a VGA
22 controller then -- if you meant an SVGA controller,
23 you would say "SVGA controller."
24    There are chips -- you know, a manufacturer
25 might have in their catalog a VGA controller, an SVGA

Page 52

1 controller, an XGA controller; and these chips have
2 different functionalities, support different pixel
3 rates and different resolutions. But VGA controller
4 is well defined by the IBM VGA standard.
5    Q. Now, the VGA standard has a certain
6 resolution rate, supports a certain size screen?
7    A. It supports a number of modes. Off the top
8 of my head, I think about 14 different modes, which
9 have different resolutions and different color
10 depths. But the highest resolution that the VGA
11 standard supports is 640 by 480.
12    Q. So the highest resolution that the VGA
13 standard supports a 640 by 480.
14    What is the standard resolution for screens
15 used these days?
16    A. They don't really have a standard. They can
17 be of all sorts of different resolutions; 1028 by
18 768, 1280 by 1024. Those are to accommodate the
19 later standards such at SVGA or XGA. And indeed,
20 those resolutions are named by those later standards.
21 So you might have an XGA display, for example, on a
22 laptop.
23    Q. Now, is it your opinion that in December of
24 2002, which is when the patent was applied for, that
25 the term VGA was not used generically by persons of

Page 53

1 ordinary skill in the art to describe all of these
2 graphics array standards?
3    A. No. The term "VGA controller" meant a
4 controller that implemented the VGA standard which,
5 for example, is restricted to a maximum resolution of
6 640 by 480.
7    Q. And my question was actually not about VGA
8 controller. And you can flip down to the last -- we
9 might as well -- we might as well deal with it now,
10 since --
11    A. Okay. Yes.
12    Q. So just turn to the very last definition of
13 VGA. Your definition --
14    A. Page 7. Yes.
15    Q. Your definition of the term VGA is
16 consistent with the way you're using -- you're
17 restricting the term "VGA" in "VGA controller";
18 correct?
19    A. Yes. Yes.
20    Q. So we might as well talk about them both at
21 the same time.
22    A. Yes.
23    Q. So just divorcing this, for the moment, from
24 VGA controller and just talking about the term VGA --
25 so we're just talking about the last term -- is it

14 (Pages 50 to 53)

Page 54

1  your opinion that in 2002, that persons of ordinary
2  skill in the art would not have used the term VGA
3  generically to describe all of the different graphics
4  array standards?
5    A. Yes.
6    Q. And what's your basis?
7    A. They would not have used the term VGA -- for
8  example, an extended graphics array, an XGA system,
9  you would not call it VGA, you would call it XGA.
10   Q. Actually, let me ask you -- this is probably
11 something I should have asked you at the beginning.
12     Do you have an opinion as to the academic
13 and experience background of a person of ordinary
14 skill in the art for purposes of this case?
15   A. Yes. I was asked to consider that. And I
16 think the -- Well, first of all, I would try to give
17 a name to the person, and I would suspect they would
18 be a digital systems architect.
19     In English law, I guess we're trying to
20 say -- I'm trying to say who the patent is addressed
21 to. Is that correct?
22   Q. Well, we'll go with that.
23   A. Yes.
24   Q. I'm not sure that's --
25   A. And for that I -- yes. I think that I would

Page 55

1  call them a digital systems architect.
2     In order to implement the system according
3  to the patent, they would have to have skills in
4  understanding, for instance, all the different timing
5  constraints in the system; they would have to
6  understand how to synchronize between the different
7  pieces of hardware, because that's not spelled out
8  here; they would have to understand the constraints
9  and capabilities of VGA and USB.
10     And the person who has those -- and they
11 would have to have a certain understanding of
12 software: How this was going to be driven at each
13 end in order to work out whether the timing was going
14 to work, whether the whole thing was going to work.
15 So for that reason, I call them a systems architect.
16     They don't have to be a general electronic
17 systems architect; they don't have to necessarily
18 know about the impedance levels and such of the
19 analog signals. So I would call them -- I would
20 restrict it to be a digital systems architect, who
21 would be trying to implement the system based upon
22 this patent.
23     Is that the sort of answer you were after?
24   Q. That's part of it. Let me ask you just a
25 little bit more.

Page 56

1     Would this person have a certain -- would
2  they have an academic degree of -- in a certain field
3  and of a certain, you know, like bachelor's degree,
4  master's degree, Ph.D. --
5    A. Yes.
6    Q. -- for this type of person?
7    A. It's very likely. I would think that a
8  person who is a digital systems architect is likely
9  to have a degree in electrical engineering or
10 computer science.
11   Q. All right. And would that person have a
12 certain level of experience in the industry?
13   A. Yes. That person would need to have
14 experience in, let's say, in specifying hardware
15 design and working out the high-level system concepts
16 such as timing and data throughputs. And they would
17 have to have an awareness of both the software and
18 the hardware side, so they would need to understand
19 how a device driver was going to need to interact
20 with this system.
21   Q. Now, do you have an understanding of
22 DisplayLink's products?
23   A. Not a deep understanding, no.
24   Q. Do you have an understanding as to whether
25 the DisplayLink products only work with the displays

Page 57

1  that use the -- with the resolution that is provided
2  for by VGA, or do they work with other types of
3  screen resolution?
4    A. I don't know that.
5    Q. In your mind, would a USB-to-VGA product
6  that only worked with screens that used just the VGA
7  standard, would that be competitive in the
8  marketplace?
9    A. I don't know.
10   Q. Does anybody really use screens that just
11 use the VGA resolution anymore?
12   A. Oh, yes. The -- well, the VGA -- the VGA
13 resolution has a special place in that many computer
14 systems, when they first start up, will only have the
15 device -- will only have the capability of displaying
16 graphics using the IBM VGA standard. So when the
17 bios itself boots and needs to tell you things that
18 it's doing, it can't drive the clever graphics chips
19 or XGA controller, and so on, in many systems. Not
20 all systems. But in many systems, the common
21 denominator is to drive a VGA chipset.
22   Q. Now, you're aware, are you not, that
23 DisplayLink uses the term VGA generically in its
24 promotional material?
25   A. I'm not aware of that.

SHARI MOSS & ASSOCIATES            (415 ) 402-0004
         (415) 402-0004

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 58

1    Q. I'm going to read to you from a --
2    A. I haven't looked at DisplayLink's
3 promotional material or their technology in detail.
4    Q. Let me read to you from a press release that
5 was released yesterday, that was on DisplayLink's
6 website. I'll just read to you the first paragraph.
7        It's announcing the 2008 Consumer
8 Electronics System. "2008 International CES," press
9 release dated January 7th, 2008: "IOGEAR and
10 DisplayLink announced today they will showcase
11 IOGEAR's Wireless USB to VGA Video Card."
12        Does that change your opinion as to whether
13 the term VGA is used generically in the industry?
14    A. No. It could mean that they are restricting
15 to VGA graphics standards, or it could mean that they
16 are using VGA loosely for the consumer to refer to
17 other graphics standards as well. But that's a loose
18 definition of the term that I would not expect to be
19 used by a digital systems architect.
20    Q. So it's your understanding that a person of
21 ordinary skill in the art, as you have defined them,
22 when they looked at the '788 patent, would understand
23 that the term VGA only referred to the VGA
24 standard -- that one VGA standard which is very
25 restrictive? Is that your understanding and your

Page 59

1 opinion?
2    A. Yes, I think the person -- a person with the
3 skills necessary to implement this patent would have
4 the understanding to know that VGA meant that
5 original IBM VGA standard.
6    Q. What is your basis for that, for that
7 opinion?
8    A. That's my experience. I have had several
9 computers that work with VGA controllers to a VGA
10 standard. They were later upgraded to work with SVGA
11 controllers to drive screens at high resolutions,
12 such as 800 by 600, and those were not referred to as
13 VGA controllers; they were SVGA controllers, they
14 were SVGA screens, They were SVGA everything.
15    Q. Is there anything in the patent that would,
16 in your mind, restrict the definition of VGA just to
17 the original VGA standard?
18    A. The use of the term VGA -- there is nothing
19 in the patent that widens it to SVGA, XGA, or other
20 standards. It --
21    Q. So it's your --
22    A. So there is nothing -- I mean, there's
23 nothing to say that the term VGA doesn't mean "coffee
24 pot." But there is no evidence that the term VGA
25 means anything other than the IBM VGA standard.

Page 60

1    Q. Let's look at -- on page 7, at Magic's
2 definition, which is: "VGA has an ordinary and
3 customary meaning to a person of ordinary skill in
4 the art. VGA generically refers to all video display
5 standards compatible with any 15-pin VGA port/plug."
6        I take it that you disagree with that
7 definition?
8    A. Yes. Yes, I do.
9    Q. What is the basis for your -- other than
10 what you've just told me --
11    A. Yes.
12    Q. -- for disagreeing with that definition?
13    A. Yes. Well, I could -- that would apply
14 to anything that is compatible with any 15-pin VGA
15 port or plug.
16        Now, the 15-pin VGA port or plug is defined
17 by the IBM VGA standard. But to be compatible with
18 that port or plug, you don't have to send RGB signals
19 on it, you don't have to send timing. You could do
20 any signals at all that could go through that 15-pin
21 plug electrically, and they would come under your
22 definition. So you wouldn't have to have the same
23 signals in the same ordering. I mean, they would
24 just be a set of 15 signals that were a video display
25 standard that could be pushed through that 15-pin

Page 61

1 plug. And I would not say that they are VGA, because
2 they could -- they could even be a digital video
3 standard being pushed through that plug and nothing
4 to do with, as I say, with the IBM VGA standard.
5    Q. Now, let me summarize what I think is the
6 basis for your opinion about VGA, and let me see if I
7 got it right. That it's your experience, as to the
8 use of the term VGA and also the use of the term SVGA
9 and all of the other ones, and the fact that the
10 patent just mentions VGA and doesn't mention any of
11 the other standards.
12        Did I get the basis for your opinion right?
13    A. Yes. Yes.
14    Q. All right. Good.
15        Let's go back, then, to VGA controller. And
16 we -- I think we have exhausted VGA standards, so
17 we'll talk about the rest of the VGA controller.
18        And I'm going to look at Magic's definition.
19 "Device that communicates with the display device
20 according to the VGA standard and communicates with
21 the bridge in the signal form understood by the
22 bridge."
23        Now, other than VGA standard, do you
24 disagree with that definition?
25    A. I should just check the diagram in the

16 (Pages 58 to 61)

Page 62

1  patent.
2      Yes, that's -- the MTC definition is
3  consistent with the patent.
4      Q. All right. Okay. Then let's go down to
5  display device. Okay.
6      DisplayLink's definition is: "Electronic
7  device for visually representing VGA signals."
8      And I think we've -- Okay. Do you agree
9  with that definition?
10     A. Yes, I do.
11     Q. And what's the basis for that opinion?
12     A. My understanding of what a display device is
13  in the context of this patent.
14     Q. And I think it might make more sense to just
15  compare the two definitions. And Magic's definition
16  is: "Device that converts electric signals to
17  images."
18      Do you disagree with that definition?
19     A. That's a generic definition of a display
20  device. On its own, I do not disagree with that
21  definition.
22      Well, I probably should. Because it needn't
23  be fed by electrical signals. A display device, in
24  general, is something that displays images and it
25  needn't come from electrical signals for a generic

Page 63

1  display device.
2      But in the context of this patent, yes, they
3  are converting electrical signals to images; and in
4  particular in the context of this patent, they are
5  VGA signals.
6      Q. So, I guess, would your disagreement with
7  that be to the extent that it might include signals
8  that didn't comply with the VGA standard?
9      A. Yes.
10     Q. And so when we're talking about VGA signals,
11  then, why don't I make sure that I understand what
12  your definition of the term "VGA signals" in your
13  definition means.
14     A. Yes. By "VGA signals," I mean signals as
15  defined in the IBM VGA specification that we have
16  referred to. So that specification defines the
17  layout of the signals and the timing of the signals
18  and so forth. So it defines what a VGA signal is.
19     Q. So, do you have a disagreement with Magic's
20  definition other than, I guess, the implicit
21  inclusion of signals other than VGA signals as you
22  define them?
23     A. Yes, that would be correct.
24     Q. So that's the only difference?
25     A. I -- I don't -- Yes.

Page 64

1      Q. Yes, that's the only point of disagreement?
2      A. Well, actually, no. There is a slight
3  other -- there is another one, there is another
4  slight difference in that a device that converts
5  electrical signals to images could be doing them for
6  purposes other than display. It could be converting
7  electrical signals to images for the purposes of
8  motion analysis for security alarms or things like
9  that.
10     Q. Okay.
11     A. Whereas, a display device implicitly is
12  going to visually represent those signals for a human
13  to see. Or it's going to visually represent them for
14  something to see. So I think the visually
15  representing VGA signal -- the "visually representing"
16  is another important part.
17     Q. Okay.
18     A. Because if those images are going to be
19  displayed rather than further processed by other
20  computer systems and so forth. So it's a detailed
21  point, but it's important.
22     Q. Okay. Do I have all of your disagreements
23  between your definition and Magic's?
24     A. Yes. The visually -- yes. The visually
25  representing and the VGA, yes.

Page 65

1      Q. All right. Very good. Okay. Let's go on
2  to the next one, "bridge."
3      DisplayLink's definition is: "Component or
4  component(s) for communicating between two or more
5  buses each using different interface standards."
6      Do you agree with that definition?
7      A. Yes, I do.
8      Q. And what's the basis for that?
9      A. My knowledge of what a bridge is in the
10  context of this patent.
11     Q. And what's your understanding of what a
12  bridge is in the context of this patent?
13     A. Well, this bridge is a bridge that is
14  bridging buses. So it's not -- it's not a bridge as
15  in road bridge or network bridge. It's a bridge that
16  is going between two buses which are using different
17  interface standards.
18     Q. And is the term bridge a term that would be
19  familiar to a person of ordinary skill in the art?
20     A. Yes, it would. Yes.
21     Q. Do you understand that it's being used in
22  the patent in that context?
23     A. Yes.
24     Q. And so what is your understanding of what a
25  bridge is or does?

SHARI MOSS & ASSOCIATES                    (415 ) 402-0004
        (415) 402-0004

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 66

1    A. A bridge allows data to flow from one bus to
2  another bus when they have different standards.
3    Q. Does a bridge do routing?
4    A. A bridge, in general, does not do routing,
5  not in terms -- it depends on what you mean by
6  "routing." But in terms of -- if it's bridging, yes,
7  if it's actually bridging between more than two
8  buses, then it will have to do routing. But this is
9  a very simple form of routing.
10    There are bridges where they learn about the
11  peripherals that might be attached to the buses on
12  either side and only forward packets that they know
13  to be for something that's on the bus on the other
14  side. That's a common attribute to a bridge. So it
15  does do some routing in that it examines something
16  very simple in the packet and decides whether to put
17  it on one bus or another bus.
18    Q. Okay. If you could look at Figure 1 of the
19  patent.
20    A. Yes. Yes.
21    Q. And I'll just refer you back, just in
22  column 2, line 33, where it talks -- and I guess
23  line 25, where it says a "bridge 30." And that's
24  the "30" in Figure 1.
25    A. Sorry. Column 2, line 41.

Page 67

1    Q. No, line 25, line 31, Or in any of the
2  places where it says "bridge 30."
3    A. Yes. Yes.
4    Q. So do you understand that the square that is
5  denoted "30" in Figure 1 is the bridge that we're
6  talking about in this definition?
7    A. Yes.
8    Q. Now, is that bridge doing routing?
9    A. I have to look in more detail to see whether
10  it is doing routing. If there are some transactions
11  that come from the USB controller that do not cause a
12  transaction to a corresponding transaction to the VGA
13  controller. So if the USB controller is sending a
14  transaction to the bridge which configures it in some
15  way or warns it about data to come, or something like
16  that, then that bridge could be said to be doing
17  routing of that rudimentary form.
18    It cannot be said to be doing routing
19  between multiple buses, Because in this particular
20  usage, it is bridging only between only two buses:
21  the bus to the USB controller and the bus to the VGA
22  controller. But inside itself, it can be doing
23  routing of transactions, because some of them may
24  terminate at the bridge and some of them may go
25  through to the VGA controller. I would have to look

Page 68

1  at a lot more detail to answer that fully.
2    Q. Okay. If you could look at Magic's
3  definition: "Device that converts electrical signals
4  between different domains in the form understood by
5  the receiving domains, through which each signal
6  travels over a fixed path."
7    Now, I think -- and correct me if I'm
8  wrong -- that the part that is before the comma is
9  pretty much what you said in different words.
10    Is that consistent?
11    A. Yes. I mean, the intention is to
12  convert not so much electrical signals, but it's to
13  convert transactions between different domains.
14    The electrical signals are converted and
15  changed everywhere all the time, because there might
16  be 500 electrical signals involved from one side of
17  the bridge to the other. But what the bridge is
18  doing is converting transactions on one bus into
19  transactions on another bus.
20    Q. Okay. So would you -- just looking at the
21  part before the comma, would you have a disagreement
22  with Magic's definition, the part of it before the
23  word "through"?
24    A. Yes. Yes. If I was going to try and --
25  Yes, I do. Yes.

Page 69

1    Q. And so what is that disagreement?
2    A. It's that the bridge is converting bus
3  transactions between the different domains, not
4  directly converting electrical signals. So there may
5  be an electrical signal coming from the USB
6  controller which is not converted and sent on to the
7  VGA controller.
8    Q. Are these --
9    A. In your own diagram, you have many electrical
10  signals that come into the bridge from the USB
11  controller that do not go out, that do not have
12  corresponding signals going out the VGA controller.
13    You could take my -- if you look at
14  Figure 3, line F, there is an electrical signal. And
15  it's not converted into the other domain. So what
16  I'm saying is the electrical signals, the two lower
17  levels to describe this, the bridge converts
18  transactions between different domains.
19    Q. Would you classify terminating an electrical
20  signal as a type of conversion?
21    A. No.
22    Q. And why not?
23    A. A simple device that converts electrical
24  signals might be something that amplifies them, so
25  doubles -- maybe perhaps doubles the voltage of an

18  (Pages 66 to 69)

af678f30-7958-4ad3-8aa9-421d0ac1cf44

1 electrical signal.
2    Q. So, if I understand you correctly, your
3 disagreement with the first part of this is that you
4 think the term "electrical signals" is too broad, and
5 it should be restricted to just transactions?
6    A. Yes. I wouldn't say one is necessarily
7 broader or narrower than the other. It's different.
8 I think the bridge is not directly converting
9 electrical signals; it's converting transactions on
10 one bus to transactions on another bus. So they may
11 have different timing, they may have different
12 voltage levels, they may have different layouts of
13 the number of pins.
14    Q. All right. Okay. Let's go through to
15 the --
16    A. I should say, a bridge could bridge an 8-bit
17 bus onto a 16-bit bus by breaking a 16-bit
18 transaction into two 8-bit transactions. And I
19 wouldn't describe that as converting electrical
20 signals. I would describe that as converting a
21 transaction. And then more generically, it's
22 communicating between the two buses.
23    Q. Okay. All right. Let's look at the second
24 part of this: "...through which each signal travels
25 over a fixed path." Do you disagree with that?

1    A. Yes. Yes.
2    Q. And why do you disagree with that?
3    A. Because in digital hardware, the signals
4 travel through all sorts of different paths, even
5 though they might be destined to end up on a
6 particular interface. They -- the way logic elements
7 work, the signals go through different parts
8 according to which cycle of a clock they have come in
9 on and many other things.
10    Q. Okay. So I wanted to --
11    A. It's a strange way of trying to define it.
12    Q. If I were to refer you back to Figure 1
13 again --
14    A. Yes.
15    Q. And I guess we're talking these, I guess,
16 signal by signal. Not various different kinds of
17 signals. But like one particular signal --
18    A. Yes.
19    Q. -- one at a time.
20    A. But -- Yes. Yes.
21    Q. So I guess I'm trying to figure out, on
22 Figure 1, what kind of a path it would go on that
23 didn't sort of go right straight through.
24    A. I would refer you -- perhaps it might help
25 if we look at Figure 2, which breaks it down into a

1 little more detail what the bridge does.
2    And if you take one of the signals from
3 Bus E -- you have a collection of signals marked as
4 "E" in Figure 2. One of the electrical signals there
5 does not travel over a fixed path to one of the
6 signals coming out on "D" to the VGA controller.
7    Q. And what's your basis for saying that?
8    A. It's going through many hundreds of logic
9 gates, and depending on exactly when it comes in and
10 how full the FIFO was or what state the buffer was,
11 it would take a different signal path.
12    But What I'm saying is, it's not the
13 electrical signals that are being converted here;
14 it's the transactions that are being converted.
15    Q. So I guess what you're saying is that the
16 transactions, when they come in from 10, go out to
17 20, and they go through 30 in Figure 2, they don't
18 follow a fixed path within the bridge.
19    A. That's right. Not necessarily.
20    Q. But if you have -- let's talk about -- I
21 guess, so the path that isn't fixed is within the
22 bridge, is within 30?
23    A. Well, there isn't -- No, it's more than
24 that.
25    There isn't a fixed path from every signal

1 from the USB controller to every -- to a
2 corresponding signal on the VGA controller. They are
3 different sets of signals. So there are signals
4 coming out to the VGA controller that have no
5 counterpart on the USB controller, and these are
6 electrical signals. There are no electrical -- there
7 are electrical signals on the USB controller that
8 have no counterpart going into the VGA controller.
9 The signals have different names and different
10 functions and the bridge is converting between them,
11 between the transactions that are represented by
12 those collections of signals.
13    Q. So it's the conversion --
14    THE VIDEOGRAPHER: Sorry. This is the video
15 operator. We just have five minutes left on this
16 tape.
17    MR. CAULEY: Okay. Shouldn't be a problem.
18 BY MR. CAULEY:
19    Q. So it's the conversion that's being done by
20 the bridge that makes it not a fixed path. Is that
21 my understanding of what you were just talking about?
22    A. Well, no. It's that the bridge simply
23 converts electrical signals. It translates
24 transactions on one bus to transactions on another
25 bus. And these are different electrical signals on

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 74

1  each one, and there is not a one-to-one mapping
2  between them.
3      So it cannot be said to be converting an
4  electrical signal -- one electrical from the USB
5  controller into a -- into some other electrical
6  signal on the VGA controller. A bridge is converting
7  transactions on one bus to transactions on another
8  bus.
9      MR. CAULEY: Okay. Why don't we change
10 tape.
11     THE VIDEOGRAPHER: Going off the record, the
12 time is 18:21. And this is the end of recording
13 No. 1.
14     (Brief recess taken.)
15     THE VIDEOGRAPHER: Back on the record. The
16 time is 18:44. And this is the beginning of
17 recording No. 2.
18 BY MR. CAULEY:
19     Q. We're going to go to the next term which is
20 at the top of page 5, which is: "Connecting the USB
21 controller and the VGA controller one to the other
22 for the passage of data therebetween."
23     And DisplayLink's definition is:
24 "Connecting the USB controller to the VGA controller
25 such that the VGA controller can receive video data

Page 75

1  only from the USB controller via the bridge."
2      And I guess there's one thing in here that I
3  wasn't -- I thought was a little bit confusing, is
4  that what the term "only" is modifying. I guess you
5  should just --
6      A. Yes.
7      Q. For form sake, let me ask you: Do you agree
8  with this definition?
9      A. Yes, I do.
10     Q. And what does the term "only" modify?
11     A. Only. That's video only from the USB
12 controller.
13     Q. So it might be like solely from the USB --
14 it's not like it's only video data; it's video data
15 only from the USB controller via the bridge?
16     A. Yes. We're talking about for the passage --
17 yes, that's the particular thing in this instance;
18 the "only" is only from the USB controller via the
19 bridge, not via some other mechanism.
20     Q. Okay. So the VGA controller could receive
21 something other than video data under this definition.
22 If it's going to receive video data, it can only
23 receive it from the USB controller via the bridge.
24 Is the way this -- that's the meaning of this
25 sentence; is that correct?

Page 76

1      A. Yes. Yes. Yes.
2      Q. All right. Okay. What do you mean by the
3  term "video data"?
4      A. It's data that represents an image. If you
5  like, it's data that represents -- yes, any data that
6  represents an image.
7      Q. Now, I just refer you back to our previous
8  discussion of JPEGs and screen images and bitmaps.
9  Would video data include those kinds of images?
10     A. "Video data" as a generic term would include
11 things like MPEGs or, yes, motion JPEG standards or
12 things like that.
13     But as narrowed to be something that a VGA
14 controller would receive, obviously, then it's image
15 data that is compatible with one of the VGA display
16 modes. So on its own, without the VGA qualification,
17 "video data" could include other formats.
18     Q. But in the context of this patent, the term
19 "data" in this definition you understand as meaning
20 video data, and then you further understand the term
21 "video data" as excluding the kind of static images
22 that would be JPEGs and bitmaps and screen images?
23     A. Yes. It's -- Yes. It's video data that is
24 compatible with a VGA controller.
25     Q. Okay. So just to be perfectly clear, but

Page 77

1  perhaps redundant, the term "data" in the claim
2  that's in this definition means data that is
3  compliant with the VGA standard. Is that right?
4      A. Yes.
5      Q. Great. Okay.
6      A. Yes. VGA -- yes, yes. Or data that
7  represents an image that is compliant with the VGA
8  standard.
9      Q. Okay.
10     A. The data itself may be transported over a
11 PCI bus or something like that. But it represents an
12 image that is compatible with the VGA standard, yes.
13     Q. Now, what's the basis for your opinion that
14 that definition is correct?
15     A. Well, Figure 1 of the patent is what the --
16 the words almost describe the image of box 100 in
17 Figure 1, where the bridge is connecting the USB
18 controller to the VGA controller. So that the video
19 data, which is represented by the horizontal arrows
20 going right through the middle of the area, is only
21 coming from the USB controller via the bridge.
22     Q. Isn't that a fixed path?
23     A. This is a high-level fixed path. This is
24 not -- it's not a fixed path for electrical signals
25 to follow, no. Each of those double pairs of arrows

20 (Pages 74 to 77)

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 78

1   is completely -- or can be very different sets of
2   electrical signals.
3         But, yes, it's a fixed path for the video
4   data to go from one set of arrows to another, to
5   another, to the display device. There isn't a
6   different branching path outside the box. So at a
7   high level, it's a fixed path. But it's not a fixed
8   path for electrical signals.
9         Q. Got it. Okay. All right.
10         I wanted to ask you another question, but I
11   need to give you Magic's definition to do it.
12         So Magic's definition is: "Connecting the
13   USB controller and the VGA controller to exchange
14   electrical signals."
15         Now, I take it that you disagree with that
16   definition?
17         A. Yes. Yes, because it's not a -- it's not --
18   it's not really a one-to-one exchange of electrical
19   signals, in a sense. It's not the electrical signals
20   that are being exchanged, it's data. Data is moving
21   from one to another, and there are many different
22   electrical signals involved.
23         Q. So would you, instead of "electrical
24   signals," prefer "video data," the way you've defined
25   it?

Page 79

1         A. Yes.
2         Q. And I guess the reason I want to ask you
3   this is that it looks like in the Magic definition,
4   it's referring to exchanging in that the -- whatever
5   it is going -- electrical signals in that definition
6   are going both ways.
7         And I wanted to ask you whether in
8   DisplayLink's definition, the video data is only
9   going in one direction. That's what it looked like
10   to me, but I wasn't sure whether that's what you
11   meant. But I wanted to put it in context.
12         A. Yes. In DisplayLink's definition, the video
13   is going in one direction, yes.
14         Q. Now, in your understanding of, I guess, the
15   system that's being described in the patent, I guess,
16   in box 100, is -- are there any kind of electrical
17   signals going from the VGA controller back to the USB
18   controller via the bridge, whether they're video --
19         A. No.
20         Q. So there is nothing going, I guess,
21   downstream?
22         A. As far as I can see, no. There -- No, there
23   wouldn't be a signal that goes directly from the VGA
24   controller back to the USB controller.
25         There would be signals, electrical signals

Page 80

1   that are driven by the VGA controller and read -- and
2   read at the bridge, like bus control signals. And
3   there would be signals generated by the bridge that
4   are controlling things in the USB controller, again,
5   the bus control signals.
6         But, in general, there will not be an
7   electrical signal from the VGA controller going back
8   to the USB controller; there isn't a one-to-one
9   mapping. And neither is there data, neither is there
10   video data going backwards from the VGA controller to
11   the USB controller.
12         Q. Aren't there kind of -- other kinds of like
13   system-related kind of signals that would have to go
14   between like, I guess, 200 and 300, that would have
15   to go from the display device back to the computer?
16   It would have to go through the USB-to-VGA converter.
17         Aren't there signals that would have to go
18   downstream? There'd be quite a few, I would think>?
19         A. No. No. The signals are always converted
20   by each of these things. So the display device may
21   have -- the display device may have signals coming
22   back to the VGA controller, but they don't go back to
23   the bridge and so on. The electrical signals at each
24   of these double arrows are a different set of
25   electrical signals from each other.

Page 81

1         Q. So your disagreement with Magic's definition,
2   in that they are not going both ways, is the fact
3   that these signals are converted by the bridge to
4   something else, and they are no longer the same
5   signal. Did I get you right?
6         A. That's right, yes. Yes. Yes, that's right.
7         In fact, it doesn't make any sense to say
8   the electrical signals aren't converted. It's the
9   bus transactions that are converted by the bridge.
10   And the bus transactions [audio cut out] by a whole
11   set of changing value, timing, a lot of associated
12   electrical signals.
13         THE REPORTER: Brian, he needs to repeat
14   that last answer.
15         MR. DIETZEL: Dr. Jones, can you repeat your
16   answer, please.
17         THE WITNESS: Yes. Yes. They are
18   exchanging -- the bridge is exchanging bus trans --
19   is translating bus transactions from one bus to
20   another, and those bus transactions are
21   (unintelligible) by the detailed timing and voltage
22   levels on a whole set of signals that comprise each
23   bus.
24         THE REPORTER: I think I lost one word. I
25   didn't get it.

SHARI MOSS & ASSOCIATES          (415 ) 402-0004
         (415) 402-0004

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 82

1    MR. CAULEY: I think that's what he said.
2    MR. DIETZEL: I think it's "are read by the
3 details."
4    MR. CAULEY: Could you read that back to
5 him? I'm looking at something else.
6    THE REPORTER: Doctor, I missed a word. You
7 said, "...and those bus transactions are" something
8 "by the detailed timing..." Was the word "read"?
9    THE WITNESS: "Defined" by. The information
10 in those signals is defined by the detailed timing
11 and voltage levels.
12    THE REPORTER: Thank you. Sometimes when
13 you're speaking quickly, it -- a word gets chopped
14 out.
15    THE WITNESS: I shall try and speak a little
16 more slowly. I'm sorry.
17 BY MR. CAULEY:
18    Q. Now, I take it that you understand the word
19 "therebetween" to not refer to signals going in both
20 directions, because of the reasons you gave me
21 before. Is that correct?
22    A. Yes. I think what -- it's data that goes in
23 one direction. The signals -- Yes, the signals do
24 not pass from the USB controller to the VGA
25 controller or backwards. The electrical signals

Page 83

1 don't pass all the way through the bridge. The
2 bridge has all sorts of complex things. But data
3 moves from the USB controller to the VGA controller
4 via the bridge. So the data passes between them and
5 in one direction; that is, the video data.
6    Q. And I'm going to go back, because I don't
7 think I asked you precisely this question.
8    In your definition, where do you find
9 support for your definition in the patent?
10    A. Figure 1 is a good -- is a good place, I
11 think; where box 100 contains the USB controller and
12 the VGA controller, with the bridge connecting them
13 for the passage of video data between them.
14    And as is quite clear from the other devices
15 here, the video data is coming from the USB
16 controller to the bridge to the VGA controller and
17 not in the other direction.
18    Q. And that's even given the fact that the
19 arrows between 10 and 30 and 30 and 20 point both
20 directions?
21    A. Yes, that's --
22    Q. Your understanding is that the video data
23 only goes to the right?
24    A. That's right. The video data goes to the
25 right.

Page 84

1    There are electrical signals -- which those
2 double arrows, I guess, represent -- which go in both
3 directions. There are control signals. Although the
4 data is going one way, there are flow control
5 signals, for example, and saying, you can go ahead
6 and send me another byte now that have to go back in
7 the other direction. So that's what I assume those
8 double-headed arrows are representing.
9    Q. Okay. Is there any other basis in the
10 patent for your opinion that the data only goes in
11 one direction?
12    A. Well, for example, here in Figure 1, the
13 display device is not a source of video data. It's a
14 sync of video data. So there is nothing that is
15 producing video data to go the other way up that
16 pipe, for example.
17    Q. Okay. Is there any other --
18    A. And you would not --
19    Q. No, go ahead. I was going on to something
20 else.
21    A. No, I think it's all right. Otherwise,
22 we just try to go into more detail on the hardware
23 itself. But I think Figure 1, that shows it
24 sufficiently.
25    Q. And just because I have to tie it up, is

Page 85

1 there anything else in the patent that you base that
2 opinion on other than --
3    A. Yes. The detailed implementation and
4 description of Figure 2; Figure 4, which shows a
5 graphics pipeline where DVR-32, a well-known Windows
6 graphics device interface library is being used to
7 produce video; and all the arrows, you'll notice,
8 point down in Figure 4.
9    So there are many things that point to
10 unidirectional data. And everything in the patent is
11 consistent with only unidirectional data. And I
12 haven't found anything in the patent that describes
13 data going in the other direction, video data going
14 in the other direction.
15    Q. Okay. So is there anything else you want to
16 refer to in the patent to support that? I just need
17 to get everything that you have.
18    A. I'd have to -- I think there are many, many
19 things in the patent that support it. I couldn't
20 enumerate them all now. But I think you have some of
21 them in those -- in what is shown in those figures
22 and the accompanying descriptions.
23    Q. Isn't Figure 4 --
24    A. The descriptions that go with the figures do
25 clearly show video data going in one direction, and

22 (Pages 82 to 85)

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 86

1   do not describe video data going in the other
2   direction. But there are probably many other things
3   in the patent which show it going in that one
4   direction. I mean, the whole patent is written
5   towards the passage of video data. So most things in
6   the patent do show video data moving in one
7   direction. But I cannot find anything in the patent
8   that shows video data moving in the other direction.
9       Q. Now, I just wanted to take you back to
10  Figure 4 for a second. And it's described on
11  column 3, starting at line 52, if you wanted to look
12  there.
13      Doesn't that describe an operation that is
14  going on inside the computer?
15      A. Yes.
16      Q. So that's not going on within the USB-to-VGA
17  converter?
18      A. No. No. But the point about it is, it's
19  producing video data, this in Figure 4; it's not
20  consuming video data.
21      So there is no corresponding figure showing
22  video data being received over the USB link by the
23  computer, and doing something with it. And there is
24  no description of any such thing in the patent, or
25  how you would do it.

Page 87

1       Q. Okay. I wanted to focus on the word "data"
2   in the claim element there. And, as we said before,
3   you're defining the term "data" as referring to video
4   data. And you're referring to "video data" as data
5   that is compliant with the VGA standard. Did I get
6   that right?
7       We've been over that. I'm just --
8       A. Yes. Yes, yes, yes. In the context -- yes,
9   in the context of the patent, yes, that's what I
10  understand.
11      Q. And so I'm going to ask you what your
12  basis -- in the patent -- is for defining the term
13  "data" in that manner.
14      A. Again, it's that we -- in the patent, we are
15  driving a VGA controller. So the data that we are
16  providing to the VGA controller must be data that
17  represents an image according to the VGA standard.
18      Q. So is there anything in particular in the
19  patent that you're looking at that restricts the term
20  "data" in that manner?
21      A. Yes. The use of the term VGA controller.
22      Again, this is video graphics array, and
23  it's designed to handle video data in a set of
24  prescribed formats.
25      Q. All right. Let's move on to the next one.

Page 88

1       The bridge issuing -- let's see. This is
2   "the bridge...issuing a first-in-first-out control
3   signal to the USB controller."
4       And DisplayLink's definition is: "The
5   bridge generating signals instructing the USB
6   controller to read data in the order in which it was
7   received by the USB controller."
8       Is it your opinion that that's the
9   appropriate definition for that term?
10      A. Yes, it is.
11      Q. All right. I wanted to ask you what you
12  meant by the term "read data," or even just "read."
13  What the USB controller is supposed to be doing.
14      A. Oh, it's -- yes, It -- it's to transfer
15  data, but in a particular direction.
16      Yes, here -- the way this reads is that
17  there is a -- it reads as though there is a FIFO in
18  the USB controller which is being read rather than
19  written. So the USB controller is being instructed
20  to read a piece of data from its FIFO and to present
21  it on the firmway interface to the firmway interface,
22  or to the FIFO controller.
23      So the FIFO control signal is being sent to
24  the USB controller, and a FIFO control signal will be
25  on the -- a FIFO has two sides; it has the side at

Page 89

1   which you write the FIFO, and it has the side at
2   which you read from the FIFO. And this signal will
3   be going to the side where you read from the FIFO.
4       Q. So in your definition, what is the USB
5   controller doing here?
6       A. It's reading a piece of data from a FIFO and
7   presenting it to whatever the other part of the
8   bridge is that is supposed to be receiving it.
9       Q. So is the USB controller doing anything more
10  with the data than passing it on in a particular
11  order? Is it doing anything --
12      A. The FIFO control signal -- yes, it's what
13  the FIFO control signal is doing, or what the FIFO
14  control signal is. And a FIFO control signal is a
15  signal that says, "Read me a unit of data from the
16  FIFO," or "Write me a unit of data to the FIFO." And
17  in this particular direction, it's reading a unit of
18  data from the FIFO.
19      So that's what I take the FIFO control
20  signal here that's issued to the USB controller to be
21  doing: it's saying, "I want a piece of data read
22  from the FIFO."
23      Q. Now, if you could just look at Figure 1.
24      Where is the FIFO in Figure 1?
25      A. In the USB controller.

23 (Pages 86 to 89)

Page 90

1    Q.  All right.  So that the bridge is telling
2  the USB controller to read data from -- I guess
3  the USB controller gets --
4    A.  Yeah, it -- sorry.  Go ahead.
5    Q.  No, no, no.  I'm just trying to reformulate
6  my question.
7    A.  Yes.  It needn't be -- it needn't be from a
8  FIFO.  It's just in a FIFO manner, in a first -- in
9  the order in which it was received.
10     By first-out by first-in-first-out
11  control signal to the USB controller, I'm taking that
12  to mean a signal that requests the unit of data from
13  the USB controller in the order in -- to be presented
14  in the same order that those items of data were
15  received by the USB controller.
16    Q.  And I guess --
17    A.  That is, the items of data that went in
18  first are the ones that come out first.
19    Q.  Right.  Is the USB controller -- and I may
20  have asked you this question already, but I may not
21  have understood it.
22     Is the USB controller doing anything with
23  the data other than receiving it and sending it on,
24  when it reads it?
25    A.  I would have to analyze the patterns in more

Page 91

1  detail to answer that question.
2    Q.  I guess what my next question is, is that I
3  think that the -- when you're talking about a
4  first-in-first-out control signal to the USB
5  controller, you're talking about the -- you know, it
6  would be the first -- the first data into the USB
7  controller would also be the first one to leave it.
8  And that would be first-in-first-out; correct?
9    A.  Yes.  Yes, that's if -- yes.  That's if the
10  first-in-first-out refers to the USB controller as a
11  whole, yes.  And that's what I take this to mean,
12  yes.
13    Q.  And so what I was asking you, at least, is:
14  Do you think that the phrase that we're looking at
15  requires the USB controller to also internally read
16  that data in that same order in addition to, you
17  know, sending out the data in the order in which it
18  received it, and internally also has to process it in
19  that order?  Which is I think --
20    A.  Yes, I think because it's -- Yes, I think
21  with FIFO, yes, the first-in-first-out control
22  signal, yes, implies that.  Otherwise, it would just
23  be a READ control signal.
24    Q.  And I guess, is there a -- Outside of the
25  patent, is there a situation in which you had like a

Page 92

1  FIFO controller where it would say, Okay, the first
2  signal I got in is the first one I'm going to send
3  out, but I'm going to accumulate, you know, ten
4  signals internally, read them in any order I feel
5  like, as long as I send the first one out was the
6  first one I got in.  Is that technologically
7  possible?
8    A.  Sort of.  It's getting a bit deep.
9     But you can implement -- a FIFO can be
10  implemented in different ways, so long as externally,
11  the data that comes out in the same order that it
12  went in, it's a FIFO.
13     But, in fact, the data can be stored in
14  different locations inside that FIFO.  So you might
15  even have an addressable memory array and you write
16  them in, and you keep a couple of pointers to know
17  where to get the next one out and where to put the
18  next one in on that array.  I think that's the way
19  many high-speed FIFOs are done these days.
20     In the old days, sometimes you have a FIFO
21  where the data trickled down through a second storage
22  element and passed through each one of them till it
23  dropped to the output.  But that's too slow for a lot
24  of FIFOs.
25     But the main thing about a FIFO is -- the

Page 93

1  internals of the FIFO are somewhat irrelevant so long
2  as the data comes out in the order in which it went
3  in.  That's the important thing.
4    Q.  Now, but --
5    A.  One of the -- yes.  Yes.  One of the
6  distinguishing features of a FIFO system is that you
7  don't have to present it with an address in order to
8  read data.  You don't say, "I want the data element
9  in address 5;" you just say, "Give me a data element."
10  That is one of the characterizing features of a FIFO.
11     But that could also -- that also could be a
12  last-in-first-out system.  So one of the other
13  characterizing features of a FIFO is that data is
14  read out in the order in which it was put in.
15    Q.  Now, is it your understanding that the term
16  that we're looking at here, "the bridge...issuing a
17  first-in-first-out control signal to the USB
18  controller," would exclude the kind of situation you
19  were describing where there might be some processing
20  going on within the device that's doing FIFO, where
21  it might have different addresses and point to
22  different places -- that that sort of device isn't
23  covered by this patent?
24     Did I get -- Is that your opinion?
25    A.  No.  No.  No.  A device where the FIFO is

24  (Pages 90 to 93)

Page 94

1  implemented by memory and pointers internally could
2  be covered by this.
3      Q.  So, would --
4      A.  The important thing about the FIFO is the
5  order in which the data is put in compared to the
6  order in which it comes out.
7      Q.  So if you had a situation in which you had
8  these different memories and different pointers, that
9  it wouldn't necessarily be read in that order.  As
10 long as it came out in the same order it came in, it
11 wouldn't really matter; is that right?
12     A.  Yes.
13     Q.  Okay.
14         Okay.  Let's go on to the next one:  "To
15 receive the USB based display signals from the USB
16 controller in a first-in-first-out manner."
17     I think that may be pretty close to what we
18 were talking about.  But I'll go through --
19     A.  I think it's very similar again, yes.
20     Q.  Let me go through the exercise of asking you
21 whether that's your opinion.
22         Is that your opinion as to whether that's
23 the correct definition?
24     A.  Yes, it is.
25     Q.  Okay.  And let me just look here.

Page 95

1  '       And so I'll just ask you, what is the basis
2  for that opinion?  I think I understand it.
3      A.  Again, it's the language of in a
4  first-in-first-out manner.  "First-in-first-out"
5  defines the ordering in which they come out compared
6  to the ordering in which they went in, and it says
7  it's the same order.  That's what FIFO means.
8      Q.  Now, the Magic definitions for the last one
9  and this one use the term "time sequence."
10         Do you have a disagreement with that term?
11     A.  Yes, because a time sequence -- for
12 instance, if you have a LIFO, a last-in-first-out --
13 which a "stack" is a term for something like that --
14 then, again, you write to the stack and you read from
15 the stack, and the order in which things come off the
16 stack is the reverse of the order in which they were
17 put on, if you like.  It's a little more complex than
18 that.  But it is in a time sequence manner, but it
19 certainly isn't a FIFO.  So a stack is an example of
20 something which would come under your definition,
21 which is not a FIFO.
22     Q.  So your disagreement with the term "time
23 sequence," in those two, is that it would include
24 time sequences that weren't FIFO.  Is that right?
25     A.  Yes.

Page 96

1      Q.  Okay.
2      A.  Yes, that's right.
3      Q.  If you were to assume that the term "time
4  sequence" was restricted to FIFO, would you have a
5  disagreement with the use of that term to refer to
6  FIFO, in that is FIFO a time sequence?
7      A.  No.  I think if you change "time sequence"
8  into FIFO, you'd have almost the sentence you've got
9  anyway.  So I think that is -- to receive the USB
10 signals -- in a FIFO time sequence manner is fine,
11 yes.  I think that is equivalent to the DisplayLink
12 definition, if you say it's a FIFO time sequence
13 manner.
14     Q.  And I think we've already dealt with the USB
15 based display signals before in previous depositions,
16 so I'm not going to revisit that.  Okay.
17         Let's go on the next one.  Okay.  We're
18 almost done.  "Converting the USB based display
19 signals into corresponding VGA signals."
20         MR. DIETZEL:  It actually starts on the
21 bottom of page 5.
22         MR. CAULEY:  I'm sorry.  See.
23         MR. DIETZEL:  There's just a few terms
24 missing.
25         MR. CAULEY:  Yes, I completely screwed that

Page 97

1  up.  Let me start over.
2          MR. DIETZEL:  In case you want to cover
3  that.
4          MR. CAULEY:  Yes, in case I want to cover
5  the first three words.  Okay, That's right.
6          THE WITNESS:  Okay.
7          MR. CAULEY:  All right.  Let's start over.
8  BY MR. CAULEY:
9      Q.  The next term is:  "The bridge circuit
10 converting the USB based display signals into
11 corresponding VGA signals."  That makes a lot more
12 sense.
13         And the DisplayLink definition is:  "The
14 bridge circuit converting the USB based display
15 signals into" -- take that out -- "PCI type or AGP
16 type, or equivalent bus topology, encoded display
17 signals for passage to the VGA controller."
18         And is it your opinion that is the proper
19 definition for that term?
20     A.  Yes, it is.
21     Q.  And what's the basis for that?
22     A.  That the VGA controller itself is mentioned
23 in the patent as being interfaced via a bus.  And the
24 two examples given -- examples of buses are PCI type
25 or AGP type.  Would you like me to find that?

25 (Pages 94 to 97)

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 98

1    Q. Yes, please.
2    A. It's column 2, line 52.
3       So what I'm saying is that it's actually
4  the -- the bridge is converting the USB based display
5  signals into actually corresponding PCI or AGP or
6  other bus transactions which contain the display
7  information.
8       Display signals, according to the VGA
9  standard, could mean the analog signals coming out of
10 the VGA controller after the digital-to-analog
11 converters you see. "Bridge" is certainly not
12 generating the analog (audio interrupted), for
13 example.
14   Q. You broke up there. Could you say that
15 again?
16   A. Yes. The bridge is not -- for example, the
17 bridge is not generating the analog VGA signals. But
18 your definition would cover that.
19   Q. Okay. When you use the term "equivalent bus
20 topology," what do you mean by that?
21   A. Other buses that are similar to the PCI or
22 the AGP type. They have broadly equivalent sets of
23 bus operations for transferring data.
24   Q. I wanted to refer you to, I guess, the place
25 where you were just looking in column 2 --

Page 99

1    A. Yes.
2    Q. Line -- oh, start at 51. And it says, "to
3  convert the USB based display signals into the
4  corresponding VGA signals "D" which can be of PCI
5  type or VGA type, but is not limited thereto."
6       Now --
7    A. Yes.
8    Q. -- aren't you limiting that in your
9  definition?
10   A. No. It's really -- it's what is usually --
11 a VGA controller -- for example, another thing that
12 you might want here is an ISA bus.
13      Originally, lot of the VGA cards were not
14 made for PCI or VGA. So I quite appreciate why the
15 patent does not wish itself to limit -- it does not
16 wish to limit itself to that. I have in my car a VGA
17 graphics card that sits on an ISA bus.
18      But the main thing is that the bridge is not
19 converting these USB based display signals into any
20 signal according to the VGA standard. It's not
21 converting them into the video signals. It's
22 converting them into a form that would normally go
23 into a VGA controller.
24   Q. And that's VGA controller as you've defined
25 it earlier, when we talk about VGA and VGA

Page 100

1  controller?
2    A. Yes. Yes. Yes, that's right.
3    Q. Now, you said that "it wouldn't convert it
4  to analog VGA signals."
5       Are there, I guess, digital VGA signals that
6  are not PCI type or AGP type or equivalent bus
7  topologies?
8    A. No. Well, it's not -- here, it's really
9  what the bridge is converting the USB based display
10 signals into. And the bridge is converting the USB
11 based display signals into transactions that the VGA
12 controller understands, and they are bus
13 transactions. And examples are given of PCI or AGP
14 type. But other equivalent buses such as ISA or
15 maybe -- I don't know of any other particular, more
16 modern ones -- could be accepted by a VGA controller.
17   Q. So, is what -- if I understand --
18   A. But it's not -- it's not -- Yes.
19   Q. If I understand this, what you're saying is
20 that the bridge converts the USB display signals into
21 something that the VGA controller understands. Is
22 that pretty close to what you said?
23   A. Yes, that's right. And, in particular, it's
24 also wrapping them in the other information that they
25 need to transit to the VGA controller. So the PCI or

Page 101

1  AGP bus sends not only the video data, but it sends
2  addressing data. They may send -- they may send
3  error correction fields. I'm not sure about the PCI
4  or the AGP buses. So they wrap extra -- extra data
5  for PCI and AGP is wrapped around the video
6  information and transferred to the video controller.
7    Q. And the video controller, that's information
8  it needs to work; is that right? In order to work
9  properly, it's going to have --
10   A. Yes. Yes, that's right. The bus -- yes,
11 the PCI and AGP bus wrappings are the information
12 that the VGA needs -- the controller needs in order
13 to receive the data in a timely and correct manner.
14   Q. So if I'm understanding correctly -- I think
15 this is sort of what I said before -- is that the
16 bridge is converting the USB signals into a form that
17 the VGA controller can understand with whatever
18 information the VGA controller needs to work
19 properly.
20      Is that pretty close to what your
21 understanding of this is?
22   A. Yes, that's right. And further, that
23 it's -- and that it's being done over a bus.
24   Q. Right. A bridge or a bus?
25   A. Yeah.

26 (Pages 98 to 101)

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 102

1    Q. Which? Or have I confused the two? Is it
2  a -- It's being done over a bridge?
3    A. Well, no. In this case, it's a bus.
4  Because it's -- PCI and AGP are buses. You don't
5  specify whether they are intended to be used in a
6  point-to-point manner or whether they might be buses
7  shared with other transactions.
8      From the design of the USB-to-VGA converter,
9  I wouldn't think they are shared with any other
10  transactions. So it's simply a PCI bus with two
11  slots. They're transferring data from the bridge to
12  the VGA controller.
13    Q. Is the bus inside the bridge?
14    A. There is a bus -- the bus interface that is
15  part of the bridge, and a bus interface that is part
16  of the VGA controller. And the bus itself is within
17  box 100 on Figure 1, which is your USB-to-VGA
18  converter.
19    Q. Got it.
20      Now, if the term VGA controller was not --
21  If a court decides the term "VGA" or "VGA controller"
22  are not going to be defined the way you want to
23  define them but defined some other way, would you
24  still apply that definition of VGA controller inside
25  this definition, you know, just replace it with

Page 103

1  whatever the court decides VGA controller is?
2      MR. DIETZEL: Objection.
3  BY MR. CAULEY:
4    Q. And if that wasn't understandable, I can see
5  why.
6      Let me -- I think that your definition of
7  the term VGA controller is related to your definition
8  of the term VGA, is my understanding.
9    A. Yes.
10    Q. So you're using the term VGA controller --
11  using your definitions of the term VGA and VGA
12  controller.
13      And let's assume that the court were to
14  adopt Magic's definition of the term "VGA" and
15  Magic's definition of the term "VGA controller."
16  Would you then still keep your same definition, just
17  reading in the court's definition of the term "VGA
18  controller," or would you need to change it?
19    A. No. I think the definition would still be
20  the same, because it's the PCI and AGP have come from
21  the patent. They haven't come from the definition of
22  the VGA controller.
23    Q. The reason why I say that, I guess, is my
24  understanding of -- basically, what you mean by that
25  is that the bridge converts the data it gets from the

Page 104

1  USB to whatever it is that the VGA controller --
2  whatever it is -- needs to work.
3    A. Yes, it converts them into bus transactions
4  that will be understood by the VGA controller.
5    Q. So whatever VGA controller you put in there,
6  it still has to work that way. Otherwise, the --
7    A. It still has to understand those bus
8  transactions. Yes.
9    Q. And that's what's really going on in this
10  definition, is just converting it to something that
11  this VGA controller, or whatever it is, can
12  understand and work with and, you know, make the
13  system work. Is that pretty --
14    A. Yes.
15    Q. Okay. Good.
16      So just to be complete here, when we talk
17  about Magic's definition: "The bridge circuit
18  translating the USB signals containing display
19  information into corresponding display signals
20  according to the VGA standard" -- I think what the
21  real -- other than things that we have already
22  discussed, the "corresponding display signals" is the
23  real difference. Is that correct?
24    A. No, not just corresponding. But they are
25  more than the VGA standard. You need -- they are

Page 105

1  actually signals that are encoded in whatever
2  transport standard, whatever bus standard is being
3  used between the bridge and the VGA controller.
4      So you would not say that they are made into
5  corresponding display signals according to the VGA
6  standard. They are encapsulating the USB display
7  signals into transactions according to the PCI or AGP
8  bus standards, or equivalent buses.
9    Q. Okay, I'm done with that one.
10      Last one, converter to VGA.
11    A. Okay.
12    Q. USB. Your definition is: "Universal Serial
13  Bus; the technology described in the Universal Serial
14  Bus Specification Revision 2.0 and its predecessor
15  revisions."
16      And is it your opinion that that's the
17  proper definition of "USB"?
18    A. Yes, it is.
19    Q. And what's your basis for that?
20    A. That USB, if it means anything, it means
21  technology that meets that USB standard. And there
22  have been several USB standards, and the latest one
23  at the time that this patent was filed was USB2.0.
24      So USB at the time that this patent was
25  written must refer to USB2.0 and its predecessor

27 (Pages 102 to 105)

af678f30-7958-4ad3-8aa9-421d0ac1cf44

Page 106

1    revisions.
2        Q.  Is there a subsequent revision of USB spec?
3        A.  I don't think so, at the moment, no.  There
4    are other putative versions of USB being talked
5    about.  I don't know what stage they've reached.
6        Q.  Okay.  Let me read you Magic's definition.
7    "USB has an ordinary and customary meaning to a
8    person of ordinary skill in the art.  USB generically
9    refers to any serial bus specifications which support
10   USB based display signals from the host computer and
11   which are compatible with any USB port/plug."
12       Now, do you disagree with that definition?
13       A.  I just think that definition hasn't defined
14   what USB is.
15       Q.  Now, if there was a USB specification
16   revision 2.5, would it be your opinion that the
17   patent would not cover that?
18       A.  Not directly, no.  The patent would not
19   cover it directly.  You may have an argument in court
20   that it is obvious to extend the patent, or something
21   like that you might try.
22       But at the time the patent was filed, the
23   latest USB -- there were certain -- USB meant one of
24   those USB standards that had been published up to
25   that date.  And something that is named USB2.5 may be

Page 107

1    nothing to do with serial buses; it might be
2    ultrasonic bus.  Just because it has the name USB2.5
3    does not necessarily bring it into the scope of this
4    patent, I wouldn't have thought.
5        Q.  If you had a subsequent revision of the
6    Universal Serial Bus specification after 2.0, would
7    it be your opinion that that would not be covered by
8    the term USB as used in the patent?
9        A.  It depends how close that standard is to the
10   USB2.0.
11       Q.  And what do you mean by "close"?
12       A.  Well, something that is called "USB2.5"
13   might be a very different form of technology.  It
14   might connect to multiple machines or millions of
15   machines or something else, and it need have nothing
16   to do with what is claimed in this patent.
17       MR. CAULEY:  I'm going to take a short break
18   to talk to my friend here.  And then I think we're
19   done.
20       MR. DIETZEL:  Okay.
21       MR. CAULEY:  So just give me a couple
22   minutes.
23       THE VIDEOGRAPHER:  Going off the record.
24   The time is 19:35.
25       (Brief recess taken.)

Page 108

1        THE VIDEOGRAPHER:  Back on the record.
2    The time is 19:39.
3        MR. CAULEY:  I have no further questions.
4    Thank you, Dr. Jones.
5        THE WITNESS:  Okay.  Thank you.
6        MR. CAULEY:  Thank you.
7    Your witness, if you want.
8        MR. DIETZEL:  No questions.
9        THE VIDEOGRAPHER:  This is the end of the
10   deposition.  The number of recordings made was two.
11       Going off the record, the time is 19:39.
12       MR. CAULEY:  Thank you so much, Dr. Jones.
13       (ENDING TIME:  7:40 p.m. U.K. time.)
14
15
16
17
18   _____
19       ALAN JONES, Ph.D.
20
21
22
23
24
25

Page 109

1            CERTIFICATE OF REPORTER
2
3
4        I, SHARON LANCASTER, do hereby certify that
5    the witness in the foregoing deposition was present
6    and by me sworn as a witness in the above-entitled
7    action at the time and place therein specified;
8        That said deposition was taken before me, a
9    Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct record of said
13   deposition and of the proceedings which took place;
14       That I am a disinterested person in the said
15   action.
16       IN WITNESS WHEREOF, I have hereunto set my
17   hand this_____, 2008.
18
19
20
21   _____
22       SHARON LANCASTER, CSR No. 5468
23
24
25

CERTIFICATE OF REPORTER

I, SHARON LANCASTER, do hereby certify that the witness in the foregoing deposition was present and by me sworn as a witness in the above-entitled action at the time and place therein specified;

That said deposition was taken before me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct record of said deposition and of the proceedings which took place;

That I am a disinterested person in the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this_____ *January 18* _____, 2008.

_____ *Sharon Lancaster* _____

SHARON LANCASTER, CSR No. 5468

# EXHIBIT C

EXHIBIT C

MR1115-429

2112

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Applicant: | Pei-Chung Liu | : | Group |
| Serial No: | 10/316,013 | : | Art Unit #2112 |
| Filed: | 11 December 2002 | : | Examiner: |
| Title: | USB-TO-VGA CONVERTER | : | K.T. Huynh |

**SUPPLEMENTAL AMENDMENT AND STATEMENT
OF THE SUBSTANCE OF INTERVIEW**

Mail Stop - AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

An interview of the Examiner her supervising Examiner was conducted by the undersigned Attorney at the U.S. Patent and Trademark Office on 1 March 2006. Responsive to the discussions had at the interview, and as a supplement to the earlier-filed 16 January 2006 Amendment, please further amend the above-referenced Patent Application as follows:

**Amendments to the Claims** are reflected in the Listing of Claims which begins on page 2 of this paper.

**Remarks** begin on page 8 of this paper.

Page 1 of 10

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

## IN THE CLAIMS:

This Listing of Claims will replace all prior versions, and listings, of claims in the subject Patent Application:

Listing of Claims:

1.    (Currently amended)  A USB-to-VGA converter ~~for~~ interconnecting <u>through</u> <u>a USB port of</u> a computer ~~and~~ a display device controlled ~~thereby~~ <u>the</u> <u>computer</u> comprising:

a USB controller disposed external to the computer and adapted to detachably connect to a USB port of the computer for receiving <u>exclusively</u> <u>therethrough</u> USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer and adapted to connect to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and connecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

MRI115-429
Serial Number: 10/316,013
Supplemental Reply

2.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the USB controller comprises a USB socket.

3.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the VGA controller comprises a VGA plug.

4.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the converter is encased in an adaptor which comprises a USB socket for connection with the USB port of the computer.

5.   (Original)  The USB-to-VGA converter as claimed in Claim 4, wherein the adaptor further comprises a VGA plug for connection with the display device.

6.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the USB controller, the bridge circuit and the VGA controller are integrated with a display control circuit built inside the display device.

7.   (Original)  The USB-to-VGA converter as claimed in Claim 6, wherein the USB controller comprises a USB socket for connection with the USB port of the computer.

8.   (Original)  The USB-to-VGA converter as claimed in Claim 6, wherein the VGA controller is directly connected to the display control circuit of the display device.

MRI115-429
Serial Number: 10/316,013
Supplemental Reply

9.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the bridge circuit comprising:

a firmware interface connected to the USB controller for receiving the bus control signal from the USB controller and issuing a DMA control signal, a firmware control signal and control command data;

a first-in-first-out controller connected to the USB controller for issuing the first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner; and

a display interface conversion device connected to the firmware interface, the first-in-first-out controller and the VGA controller for receiving the DMA control signal, the firmware control signal and the control command data from the firmware interface and being controlled by the first-in-first-out control signal from the first-in-first-out controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the display interface conversion device converting the USB based display signals into the corresponding VGA signals and forwarding the VGA signals to the VGA controller.

10. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the bus control signal from the USB controller to the firmware interface comprises a PIO bus control signal.

MRI115-429
Serial Number: 10/316,013
Supplemental Reply

11. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a control bus and a data bus.

12. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a DMA address control line, a DMA length control line, a DMA trigger control line, a firmware trigger control line and a data bus.

13. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus.

14. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus.

15. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the VGA signals comprise PCI type VGA display signals.

16. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a single chip integrated circuit.

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

17. (Original)  The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises a field programmable gate array integrated circuit.

18. (Original)  The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises an ASIC integrated circuit.

19. (Currently amended)   A discrete USB-to-VGA converter ~~for~~ externally interconnecting in detachable manner through a USB port of a computer ~~and~~ a display device controlled ~~thereby~~ the computer comprising:

a USB controller disposed external to the computer and detachably connected to a USB port of the computer for receiving exclusively therethrough USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer for connection to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and interconnecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

corresponding VGA signals and forwarding the VGA signals to the VGA

controller which in turn applies the VGA signals to the display device.

MRI115-429
Serial Number: 10/316,013
Supplemental Reply

## REMARKS

At the outset, the courtesies extended by the Examiner and her supervising Examiner in granting the 1 March 2006 interview are appreciatively noted. At the interview, certain of the references cited by the Examiner in the 1 September 2005 Office Action were discussed in light of the Claims amendments incorporated by the 16 January 2006 Amendment, and the further clarifying amendments to Claims 1 and 19 proposed by the undersigned Attorney, as set forth herein.

As Claims 1 and 19 each now even more clearly recite, Applicant's USB-to-VGA converter "interconnect[s] through a USB port of a computer a display device" that is then controlled by such computer. The converter includes among its combination of features that of a USB controller "external to the computer" which "detachably" connects to the computer's USB port for "receiving exclusively therethrough" the "USB based display signals from the computer," as each of these independent Claims 1 and 19 also now more clearly recites.

The Examiners acknowledged at the interview that the primarily-cited Finger, et al. reference fails to actually disclose the full combination of features recited by the pending Claims, as distinguished in the earlier-filed Amendment. The Examiners further acknowledged that the Beckert, et al. reference appears to be overcome by the Claims as amended.

MRI115-429
Serial Number: 10/316,013
Supplemental Reply

Turning more specifically to Beckert et al., the reference is generally directed to an in-dash computer system 22 for a vehicle, within which the support module 62 and computer module 64 are fixedly integrated. Apart from the fact that the disclosed in-dash structure explicitly negates any detachability feature between the computer module 64 and any component of support module 62 (as addressed in the 16 January 2006 Amendment), the modules 62 and 64 are coupled specifically through a PCI bus interconnect 66. The full interoperability prescribed for these modules contemplate and depend as much on such interconnect means. Quite telling in this regard is that the reference explicitly notes the VGA controller 94 itself to be directly "driven from the PCI bus" (column 5, line 64), rather than through any USB-to-VGA converter interconnected to a computer "through a USB port of ...[that] computer," as Claims 1 and 19 recite. Hence, the reference hardly teaches the claimed converter, much less one connected through a USB port of the given computer to receive the computer's "USB based display signals" "exclusively therethrough," as Claims 1 and 19 further clarify.

As pointed out in the earlier-filed Amendment, moreover, Beckert et al.'s USB interface 92 and VGA controller 94 are not themselves interconnected "one to the other for the passage of data therebetween" (as Claims 1 and 19 also recite). They are specified to serve separate, not necessarily related, purposes, with the USB interface 92 – like the VGA controller 94 – being "driven from the PCI bus

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

66," so as to "provide[ ] the interconnection to the various USB peripherals shown

in Fig. 2," while the "VGA controller 94" serves separately "to drive the display

24," (column 5; lines 57-59 and lines 62-63).

It is now believed that the subject Patent Application has been placed fully

in condition for allowance, and such action is respectfully requested.

Respectfully submitted,
For:    ROSENBERG, KLEIN & LEE

Jun Y. Lee
Registration #40,262

Dated:  3/2/2006

Suite 101
3458 Ellicott Center Drive
Ellicott City, MD 21043
(410) 465-6678
Customer No. 04586