UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DISPLAYLINK CORPORATION,
a Washington corporation,

        Plaintiff,

   v.

MAGIC CONTROL TECHNOLOGY CORPORATION,
a Taiwanese corporation;

        Defendant.

AND RELATED COUTERCLAIMS

CASE NO.: 5:07-CV-01998-RMW

DECLARATION OF PAUL S. MIN, PH.D.
REGARDING DISPUTED CLAIM ELEMENTS
IN U.S. PATENT NO. 7,203,788

I, Paul S. Min, Ph.D., declare as follows:

**Background**

1.      I have been retained by Magic Control Technology Corporation ("Magic") to provide my opinions related to Case No. 5:07-CV-01998-RMW in the United States District Court, Northern District of California, San Francisco Division. If called, I am prepared to testify in deposition and/or at the trial regarding the subject matters set forth in this declaration.

2.      I understand that U.S. Patent No.7,203,788 entitled "USB-to-VGA Converter" ("the '788 Patent") listing Pei Chung Liu as the inventor is the patent-in-suit in this litigation.

3.      I understand that the '788 Patent is assigned to Magic.

4.      I understand that Magic has asserted Claims 1 and 19 of the '788 Patent against certain products from Displaylink Corporation ("Displaylink").

5.      I am being paid an hourly rate of $300 plus expenses by Magic for my work performed in connection with this litigation.  I have received no additional compensation for my work, and my compensation in this litigation does not depend upon the contents of this declaration, any testimony I may provide, or the ultimate outcome of this litigation.

6.      In the past four years, I have testified as an expert in *Broadcom Corporation v. Qualcomm Incorporated* (United States District Court, Central District of California, Southern Division, Case No.SACV05-467-JVS (RNBx)), and in *Certain Switches and Products Containing Same* (United States International Trade Commission, Investigation No. 337-TA-589).

## Qualifications

7.      I received a B.S. in Electrical Engineering in 1982, an M.S. in Electrical Engineering in 1984, and Ph.D. in Electrical Engineering in 1987, all from the University of Michigan in Ann Arbor.  All of my degrees from the University of Michigan in Ann Arbor are with distinction.  In addition, I received several academic awards including a best graduate student award and a best teaching assistant award during my study at the University of Michigan in Ann Arbor.  I have also received a best paper award at the 1988 International Symposium on Allied Technology and Automation (Florence, Italy, June 1988), based on the study I preformed during my Ph.D. study.

8.      After receiving my Ph.D., I worked at Bellcore (now Telcordia) in New Jersey from August 1987 until August 1990, as one of the lead engineers in major projects for the Regional Bell Operating Companies.

9.      In September 1990, I joined the faculty at Washington University in St. Louis.  I was an Assistant Professor of Electrical Engineering until June 1996.  In July 1996, I was promoted to an Associate Professor of Electrical Engineering with tenure.  I am currently an Associate Professor of Electrical and Systems Engineering at Washington University.

2

10.    While at Washington University, I have conducted research activities in high-speed communication and computing, switching, content searching, and Internet traffic management. My research group has pioneered the realization of multi-channel switching that can alleviate the speed and performance constraints of electronic switches. In several projects, I was responsible for the development of semiconductor chips.

11.    I received several grants from the U.S. Federal Agencies, including the National Science Foundation and the Defense Advanced Research Project Agency, and numerous contracts from the companies and organizations around the world.

12.    As a professor at Washington University, I have supervised more than 50 students, 10 of whom received a doctoral degree under my supervision. The doctoral thesis topics I have supervised are related to switching, routing, traffic theory, reliability, wireless networks, and network management.

13.    As of December 11, 2001, *i.e.,* one year before the filing date of the '788 Patent application, I had been designing electronic circuits and semiconductor chips for twenty years.

14.    In addition to my responsibilities as a university faculty member, I have founded two companies. In May 1997, I founded MinMax Technologies, Inc., a fabless semiconductor company that developed switch fabric semiconductor chips for the Internet. In March 1999, I founded Erlang Technology, Inc. ("Erlang"). Erlang focuses on the design and development of semiconductor chips, electronic circuits, and software for the Internet. Erlang's switch fabric chips received a best product of the year award in that product category in 2004 from a major trade journal for the Internet industry.

15.    Since 1990, I have served various technology and business advisor roles. For example, I was the main technical author for one of two (out of more than 100 entries) winning proposals to the Korean government for the wireless service licenses. I provided a design for the CDMA network in Korea in 1996, which required comprehensive analysis of electronic circuits associated with the CDMA technology. The

3

network I designed was one of the earliest commercially deployed CDMA networks in the world, if not the earliest one. After this design, I served as an advisor to several major CDMA service providers and CDMA equipment makers in Korea and in the United States.

16.     I am a named inventor on nine U.S. patents. These patents relate generally to high performance switching, Internet traffic management, quality of service assurance for high speed networks, switching and multiplexing equipment modeling, CDMA network design and analysis, and Internet traffic scheduling.

17.     I have authored more than 80 technical publications in the fields of high performance switching, Internet traffic management, quality of service assurance for high speed networks, switching and multiplexing equipment modeling, and Internet traffic scheduling.

18.     I have presented at dozens of conferences, invited seminars, and workshops around the world. I have organized several international conferences and served as an international journal editor. I have also received several professional awards such as Wall Street Journal Businessmen of Year (2003), Outstanding Achievement Award from Bellcore (1990), and Rockwell Fellowship (1985 and 1986).

19.     I am a member of and have been actively involved in a number of professional organizations. For example, I am a Senior Member of the Institute of Electrical and Electronics Engineers ("IEEE") and a member of the Eta Kappa Nu Honor Society for electrical engineers.

20.     A complete list of my qualifications is set forth in my curriculum vitae, a copy of which is attached as Exhibit A. I have also attached a list of my publications as Exhibit B.

### Scope of This Declaration

21.     I have been asked to consider two of the disputed claim elements, *i.e.,* "USB" and "VGA," in the '788 Patent, and express my opinions regarding how these claim elements would have been understood by a person of ordinary skill in the art in light of the information available to such a person in 2001. Again, I understand that the year 2001 is one year before the application for the '788 Patent was filed.

4

22.     In connection with forming the opinions expressed in this declaration, I have reviewed the following materials:

- '788 Patent and its file history

- Displaylink's Disclosure of Proposed Terms and Claim Elements for Construction Pursuant to Patent Local Rule 4-1.

- Joint Claim Construction and Prehearing Statement Pursuant to Patent Local Rule 4-3 ("Joint Claim Construction")

- Transcript of Deposition for Dr. Alan Jones on January 8, 2008

- Universal Serial Bus Specification Revision 2.0 ("USB Spec")

- Various websites related to USB and VGA products

### A Person of Ordinary Skill in the Art

23.     It is my opinion that a person of ordinary skill in the art in 2001 had a minimum of Bachelor of Science degree in Electrical Engineering, Computer Science, or Computer Engineering, and one year experience in the electronics industry.

Dr. Alan Jones, during his deposition on January 8, 2008, stated that a person of ordinary skill in the art is a "digital systems architect" and "is likely to have a degree in electrical engineering or computer science." (Dr. Jones' deposition transcript, page 46, lines 13-15) I disagree. Firstly, someone with a B.S. degree in Computer Engineering in 2001 would also have been more than suited to understand the teaching of the '788 Patent and appreciate, among other things, its pros and cons, and possible variations and alternatives. Secondly, a "digital systems architect" would have had extensive product development experiences in 2001, much more so than the minimum required for the '788 Patent. Such a person might have supervised a team of engineers and closely worked with the company management and marketing team.

5

Clearly, a "digital systems architect" is not a necessary requirement for understand the teaching of the '788 Patent.

### Disputed Claim Elements

*24.*     *Claim Element "USB"*

I understand that Displaylink has interpreted the claim element "USB" cited in Claims 1 and 19 to mean the "Universal Serial Bus, the technology described in the Universal Serial Bus Specification Revision 2.0 and its predecessor revisions." (Joint Claim Construction, 6:10) I disagree. When properly constructed, this claim element means "any serial bus specifications which support USB based display signals from the host computer and which are compatible with any USB port/plug."

Granted that in 2001, Revision 2.0 was the latest approved specification for the USB, the term "USB" was well known to one of ordinary skill in the art, and had an ordinary and customary meaning that was part of widely used vocabularies among those with ordinary skill in the art. While various versions of the USB differed in specific features provided, they all used the same connectors (known as the USB port/plug, shown below) and the signals assigned to each of the pins in the connectors were the same among all versions.



When a person of ordinary skill in the art in 2001 saw a connector plug/port shown above, the person would have immediately associated the connector plug/port with the USB, without

considering specific versions of the USB -- the USB connector plug and port shown above were and are continuously to be common to all versions of the USB. Indeed, such a person would have associated the term "USB" with its characteristic USB port/plug, which was not limited to any particular version of USB. The person would have used the term "USB" generally to include all versions of the USB.

In addition, a person of ordinary skill in the art in 2001 would not have limited the USB-to-VGA converter disclosed in the '788 Patent to any particular version of the USB. Instead the person would have understood that the USB was continuously evolving and its later versions would be more than likely (backward) compatible with the USB port/plug defined prior to 2001, which was a standard practice for popular technologies like the USB.

Indeed, the '788 Patent makes it clear that the term "USB" is used generally and generically.

> The present invention relates *generally* to a USB (Universal Serial Bus) to VGA (Video Graphics Array) converter ('788 Patent, 1:6-7. Emphasis added.)

> Based on the above description of the operation process of the USB-to-VGA converter 100, the USB-to-VGA converter 100 can work with *any* computer systems running under *any* operation systems. ('788 Patent, 3:66 – 4:2. Emphasis added.)

In conclusion, a person of ordinary skill in the art in 2001 would have understood that the term "USB" means "any serial bus specifications which support USB based display signals from the host computer and which are compatible with any USB port/plug" shown in the pictures above, not limited to the "Universal Serial Bus, the technology described in the Universal Serial Bus Specification Revision 2.0 and its predecessor revisions" as asserted by Displaylink.

7

*25.*    ***Claim Element "VGA"***

I understand that Displaylink has interpreted the claim element "VGA" cited in Claims 1 and 19 to mean the "Video Graphics Array, the technology described in IBM Corporation, *Personal System/2 Hardware Interface Technical Reference* (1988 and as updated in 1991) and in *IBM Personal System/2 and Personal Computer BIOS Interface Technical Reference* (1991)." (Joint Claim Construction, 7:11) I disagree. When properly constructed, this claim element means "all video display standards compatible with any 15-pin VGA port/plug."

In 2001, the term "VGA" was well known to a person of ordinary skill in the art and had an ordinary and customary meaning that was part of widely used vocabularies to such a person. While the original VGA was developed by IBM in late 1980s ("the Original VGA"), many companies have developed and sold VGA products around the world. As the electronic technologies evolved over the years, the VGA products also evolved to improve the resolutions and colors in the display devices for increasingly advanced computer applications. Today, there are many variations of the VGA, including the SVGA, the XGA, , the SXGA, the UXGA, and the QXGA and their counterparts for widescreen display devices (if available).

While these variations of the VGA differ in specific features provided, they all use the same characteristic connectors (known as the VGA port/plug or the HDDB 15 port/plug, shown below) and the signals assigned to each of the pins in the connectors are the same as the Original VGA.



8

In 2001, different VGA products supported different variations of the VGA. However, *all* of such products also supported the Original VGA. Even today, the Original VGA is still supported by most computers and display devices -- most of the computers and display devices support the Original VGA as well as certain newer variation(s) of the VGA.

A person of ordinary skill in 2001 would have known that a common feature among all variations of the VGA, including the XGA and the SVGA, was the use with the characteristic VGA connector port/plug, which is also known as the HDDB 15 port/plug. Such a person would have known that the VGA connector port/plug had been specified in the Original VGA and all variations of the VGA including the SVGA and the XGA incorporated the same connector port/plug.

Consequently, when a person of ordinary skill in the art in 2001 saw a connector plug/port shown above, the person would have associated it with the VGA, generally and generically, regardless of specific variations of the VGA being supported. -- there is no such a thing called, for example, the "SVGA connector." The "VGA connector" represents connectors for all different variations of the VGA including the SVGA and the XGA.

In 2001, the use of the Internet was widespread. A person of ordinary skill in the art would have known that the resolutions and colors supported by the Original VGA were not adequate to display typical web pages, games, and pictures, for example. In my opinion, it would have been inconceivable for such a person in 2001 to limit the use of the term "VGA" to the Original VGA, which was then 13 years old, and was not even in general use for the popular computer applications at that time. Such a person would have known that the Original VGA had to be improved to support the higher resolutions and colors that the computer applications demanded, and that the Original VGA could easily extend to the likes of the XGA and the SVGA as the computers and display devices improved. Displaylink has ignored these drastic changes in the computer industry, which anyone of

9

ordinary skill in the art would have been aware of, in their construction of the term "VGA" by excluding widely available variations of the VGA in 2001, such as the XGA and the SVGA.

There is ample evidence that a person of ordinary skill in the art in 2001 would have known that the term "VGA" was not limited to the Original VGA. Such a person would have known that all VGA signals, regardless of specific variations like the XGA or the SVGA, were based on combining three colors of red, green, and blue (collectively "RGB"). The person would have known that the RGB scheme and the 15-pin VGA connector port/port were the basis for all variations of the VGA, which evolved from and ultimately based upon the Original VGA. To such a person, the term "VGA" in the '788 Patent included all different variations of the VGA such as the XGA and the SVGA that used the RGB scheme and the 15-pin VGA connector plug/port.

Indeed, the '788 Patent makes it clear that the term "VGA" is used generally in the '788 Patent.

> The present invention relates *generally* to a USB (Universal Serial Bus) to VGA (Video Graphics Array) converter ('788 Patent, 1:6-7. Emphasis added.)

> Based on the above description of the operation process of the USB-to-VGA converter 100, the USB-to-VGA converter 100 can work with *any* computer systems running under any operation systems. ('788 Patent, 3:66 – 4:2. Emphasis added.)

In conclusion, when a person of ordinary skill in the art read the '788 Patent in 2001, the person would have known that the term "VGA" to mean "all video display standards compatible with any 15-pin VGA port/plug," not limited to the antiquated, original VGA defined by IBM in 1988 and 1991 as asserted by Displaylink.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this twenty seventh day of January, 2008 in St. Louis, Missouri.

Paul S. Min, Ph.D

# EXHIBIT A

EXHIBIT A

**Exhibit A**

| |
|---|
| **Paul S. Min, Ph.D.**<br>**Curriculum Vitae** |

## Professional Summary

Dr. Min is an internationally known expert in the areas of high speed communication, switching, routing, Internet, network security, and semiconductor technology including packaging. He has published more than 80 technical papers in these areas and is a named inventor in nine U.S. patents. Dr. Min was a lead systems engineer at Bellcore (now Telcordia) from 1987 to 1990 and was also the main architect for one of the first 3G wireless networks (1996) based on the CDMA technology. Currently, Dr. Min is a (tenured) Associate Professor of Electrical and Systems Engineering at Washington University in St. Louis. He co-founded two companies in communication and semiconductor industries and raised more than $30M in capital.

## Expertise

- Switching/Routing
- Internet Services and Applications
- Wireless Communication
- Communication System and Technology
- Network Security
- Semiconductor Technology

## Education

| Year | Institution | Degree |
|------|-------------|--------|
| 1987 | The University of Michigan | Ph.D. in Electrical Engineering |
| 1984 | The University of Michigan | M.S. in Electrical Engineering |
| 1982 | The University of Michigan | B.S. in Electrical Engineering |

## Professional Experience

From:          1990
To:            Present
Organization:  Washington University, St. Louis
Summary:
2006- Present  Associate Professor - Department of Electrical and Systems Engineering

1996-2005      Associate Professor - Department of Electrical Engineering

1990 – 1996    Assistant Professor - Department of Electrical Engineering
               Teaching Experience:
               - "Introduction to Electronic Circuits," Washington University, ESE 232
               - "Reliability and Quality Control," Washington University, ESE 405/505

## Paul S. Min, Ph.D.
## Curriculum Vitae

- "Transmission System and Multiplexing," Washington University, ESE 571
- "Electrical Laboratory I," Washington University, EE 250.
- "Communication Theory," Washington University, ESE 471.
- "Signaling and Control of Communications Networks," Washington University, ESE 572.
- "Queueing Systems and Discrete Stochastic Processes," Washington University, EE 536 / CS 567.
- "Digital Computer," Washington University, EE 260M / CS 260.
- "Data Networks," Washington University, EE 530.
- "Electrical Circuit Analysis," Washington University, ESE 230.
- "Computer/Communications System Analysis I," Washington University, EE 557/ CS 557.
- "Computer/Communications System Analysis II," Washington University, EE558 / CS 558.

| | |
|---|---|
| From: | 1989 |
| To: | 1989 |
| Organization: | Department of Mathematics, Kean College, New Jersey |
| Title: | Adjunct Professor |
| Summary: | Part time instructor for graduate level mathematics courses |

| | |
|---|---|
| From: | 1983 |
| To: | 1987 |
| Organization: | Department of Electrical Engineering, The University of Michigan |
| Title: | Graduate Instructor |
| Summary: | Instructor for senior level Electrical Engineering Laboratory Class. Received a "Best Graduate Instructor Award" from the Department of Electrical Engineering |

| | |
|---|---|
| From: | 1999 |
| To: | Present |
| Organization: | Erlang Technology, Inc., St. Louis, Missouri |
| Title: | Founder, President, and CEO |
| Summary: | Up to 70 employees, $30M in total capital raised from 5 VCs and 3 Corporations. "Product of Year" Award from Analog Zone Magazine in 2004 |

| | |
|---|---|
| From: | 1997 |
| To: | 1999 |
| Organization: | MinMax Technologies, Inc., St. Louis, Missouri |

## Paul S. Min, Ph.D.
## Curriculum Vitae

| | |
|---|---|
| Title: | Founder, President , and CEO |
| Summary: | Fabless semiconductor company, designing high performance switching ASICs |

| | |
|---|---|
| From: | 1992 |
| To: | 1994 |
| Organization: | Access America Telemanagement, St. Louis, Missouri. |
| Title: | Consultant |
| Summary: | Provided consulting services for determining optimal call-by-call telephone services based on tariff analysis |

| | |
|---|---|
| From: | September 1987 |
| To: | August 1990 |
| Organization: | Bellcore, New Jersey |
| Title: | Member of Technical Staff |
| Summary: | Lead systems engineer responsible for planning and analyzing the performance of Regional Bell Operating Companies next generation networks |

## Litigation Support Experience

| | |
|---|---|
| Type of Matter: | Patent Infringement for Dual Mode Communication |
| Law Firm: | Wilmer Cutler Pickering Hale and Dorr, LLP |
| Case Name: | Broadcom Corporation v. Qualcomm Incorporated SACV05-467-JVS (RNBx) |
| Services Provided: | Testifying Expert Witness for Broadcom Corporation |
| Testimony: | January 30, 2007 (Deposition), May 4-8 (in Court) |
| Engagement Date: | September 2006 – May 2007 |
| Outcome: | Winning Verdict of Willful Infringement |

| | |
|---|---|
| Type of Matter: | Patent Infringement for Unified Messaging System |
| Law Firm: | Banner & Witcoff, Ltd. |
| Case Name: | Avaya Inc. v. Mitel Networks Corporation 1:06cv736 TSE/TCB |
| Services Provided: | Testifying Expert for Avaya Inc. |
| Engagement Date: | October 2006 – March 2007 |
| Outcome: | Settled |

| | |
|---|---|
| Type of Matter: | Patent Infringement for Automatic Switching System |
| Law Firms: | Jones Day and Heller Ehrman, LLP. |
| Case Name: | Certain Switches and Products Containing the Same. US International Trade Commission Investigation No. 337-TA-589 |
| Services Provided: | Testifying Expert for Belkin Corporation, Belkin Logistics, Inc., and Emine |

## Paul S. Min, Ph.D.
## Curriculum Vitae

|              |                                                      |
|--------------|------------------------------------------------------|
|              | Technology Co., Ltd.                                 |
| Testimony:   | June 13-14 (Deposition).  July 19-20 (Hearing).      |
| Engagement Date: | February 2007 – July 2007                        |
| Outcome:     | Winning Verdict of Non-Infringement                  |

## Professional Affiliations, Achievements & Awards

- Wall Street Journal Businessmen of Year, 2003.
- Gold Medal Winner, Republican Congressional Committee, August 2002.
- American Men and Women of Science, listed in 1997.
- Outstanding Achievement Award, Bellcore, 1990.
- 18th ISATA Award of Technical Excellence, The best paper award at ISATA 1988.
- Rockwell Fellow, Rockwell International, 1985, 1986.
- Outstanding Graduate Student Award, The University of Michigan, 1985.
- Outstanding Teaching Award, The University of Michigan, 1984, 1986.
- Member of Honor's College, The University of Michigan, 1979, 1980.
- Honor's Convocation, The University of Michigan, 1979.
- Outstanding Freshman Award, The University of Michigan, 1979.
- Woodhaven Rotary Club Scholarship, Woodhaven Rotary Club, 1978.
- Second Place Winner, The State of Michigan Mathematics Prize Competition, 1977.
- International Program Committee, *IASTED International Conference on Communications, Internet and Information Technology (CIIT 2005)*, Cambridge, Massachusetts from October 31-November 2, 2005
- International Program Committee, *IASTED International Conference on Communications 2003*, Scottsdale, Arizona, 2003
- International Program Committee, *Wireless and Optical Communications 2003*, Banff, Canada, 2003.
- International Program Committee, Session Chair, *Wireless and Optical Communications 2002*, Banff, Canada, 2002.
- Invited participant, *NSF Workshop on Enhancing International Cooperation in CS/CE Research and Education*, Portland, 1997.
- Session Chair, *The 1993 Conference on Information Sciences and Systems*, Baltimore, March 1997.
- Member, Board of Editors, *Journal of Network and Systems Management*, 1996-1998.
- Program Committee, *International Symposium on Integrated Network Management*, San Diego, 1997.
- Guest Editor, *Journal of Network and Systems Management, Special Issue on Routing in Broadband Networks*, December 1995 and June 1996.

**Paul S. Min, Ph.D.
Curriculum Vitae**

- Invited participant, *ARPA Workshop on Survivability of Large Scale Systems*, Washington D.C., 1996.
- Special Event Organizer, *International Symposium on Integrated Network Management,* Santa Barbara, 1995.
- Organizing Committee, *International Symposium on Integrated Network Management*, Santa Barbara, 1995.
- Local Arrangements Chair, *IEEE Information Theory Workshop on Information Theory Multiple Access and Queueing*, St. Louis, 1995.
- Chair, *Communications Chapter, St. Louis Section of the IEEE*, 1995.
- Participant, *IEEE Information Theory Workshop on Information Theory, Multiple Access and Queueing*, St. Louis, 1995.
- Participant, *ARPA/AFOSR Non-Linear Optics and Communication Workshop,* Denver, 1994.
- Participant, *CNRI Giga Bit Network Workshop*, Washington D.C., 1993.
- Participant, *IFIP/IEEE International Workshop on Distributed Systems*, New Jersey, 1993.
- Program Committee, *International Conference on Computer Communications and Networks,* San Diego, 1992.
- Session Chair, *ISMM International Conference*, New Orleans, 1990.
- Senior Member, *IEEE.*
- Member, *IEEE Committee on Network Operations and Management.*
- Member, *IEEE Committee on Computer Communications.*
- Registered Specialist, *Hong Kong Research Grant Council.*
- Reviewer, *IEEE Transactions on Communications.*
- Reviewer, *IEEE Transactions on Networking.*
- Reviewer, *IEEE Journal on Selected Areas in Communications.*
- Reviewer, *Journal of Network and Systems Management.*
- Reviewer, *Telecommunication Systems.*
- Reviewer, Computers and Electrical Engineering.
- Reviewer, *ETRI Journal.*
- Reviewer, *IEEE Transactions on Automatic Control.*
- Reviewer, *IEEE Communications.*
- Book Reviewer, *Prentice Hall.*
- Book Reviewer, *Morgan Kaufmann Publishers, Inc.*
- Book Reviewer, *Irwin Publishing Co.*

| Paul S. Min, Ph.D. |
| Curriculum Vitae |

**Doctoral Theses Supervision**

(As the main advisor and the Chair of thesis committee)
- Hossein Saidi (Completed in February 1994.)
- Mark A. Rayes (Completed in January 1994.)
- Anurag Maunder (Completed in February 1997.)
- Peter Y. Yan (Completed in March 1997.)
- Seong Won Shin (Completed in May 1997.)
- Min Seok Oh (Completed in April 1998.)
- Bob Akl (Completed in May 2000.)
- Chunhua Hu (Completed in May 2004.)
- Yoon Geun Kim (Completed in February 2005)
- Afshin Shiravi (Completed in February 2006.)

(As a committee member)
- Ellen Witte Zegura (Computer Science, Chair: J.S. Turner)
- J. Andrew Fingerhut (Computer Science, Chair: J.S. Turner)
- Einir Valdirmasson (Electrical Engineering, Chair: J.S. Turner)
- Dequan Zou (Mechanical Engineering, Chair: T. Korakianitis)
- Sayyed Madhavian (Electrical Engineering, Chair: J.S. Turner)
- Vasudha Govindan (Electrical Engineering, Chair: M. Franklin)
- Ann Pheng Liu (Systems Science and Mathematics, Chairs: M. Amin and I. Rodin)
- Saidi Hosseini (Electrical Engineering, Chair: J. Cox, Jr.)
- Tzann-Shinn Yang (Systems Science and Mathematics, Chair: L. Dai)
- Dakang Wu (Computer Science, Chair: J.S. Turner)
- Erbil Akbudak (Physics, Chairs: R. Norberg and T. Conturo)
- Long Duan (Electrical Engineering, Chair: B. Rimoldi)
- Peter McCann (Computer Science, Chair: C. Roman)
- Atsushi Yamada (Electrical Engineering, University of Waterloo, Chair: J. Mark)

**University Activities:**
- Ambassador of McDonnell International Scholar Academy (2007 -- Present)
- Graduate Curriculum Committee (1990 - Present)
- Undergraduate Curriculum Committee (2006 - Present)

Page 6

| Paul S. Min, Ph.D. |
| Curriculum Vitae |

- Web Development Committee (2006 – Present)
- University Judicial Board (1998 - 2000)
- Resource Generation Committee (1994 - 1995)
- Top 20 Committee (1992 - 1995)
- Telecommunications Committee, Chair (1991 - 1997)
- Library Planning Committee (1991 - 1992)
- Computer Engineering Committee (1990 - 1996)
- Communications Curriculum Committee (1990 - 1992)
- Resources Committee (1990 - 1992)

## Patents

**Patents**

| Number | Date | Title |
|---|---|---|
| 7,110,411 | 9/19/06 | Method of and Apparatus for WFQ Scheduling Using a Plurality of Scheduling Queues to Provide Fairness, High Scalability, and Lowe Computational Complexity |
| 7,106,738 | 9/12/06 | Method of and Apparatus for High Speed Packet Switching Using Train Packet Queuing and Providing High Scalability |
| 6,859,455 | 2/22/05 | Method of and Apparatus for Building and Using Multi-Dimensional Index Trees for Multi-Dimensional Data Objects |
| 6,614,789 | 9/2/03 | Method of and Apparatus for Matching Strings of Different Lengths |
| 6,359,885 | 3/19/02 | Multi-Channel Packet Switching Apparatus Having Traffic Flow Controlling and Checking Functions |
| 6,128,292 | 10/3/00 | Packet Switching Apparatus with Multi-Channel and Multi-Cast Switching Functions and Packet Switching System Using the Same |
| 5,787,161 | 12/13/98 | Network Designer for Communication Networks |
| 5,526,352 | 6/11/95 | Integrable Low Complexity Multi-Channel Switch |
| 5,440,549 | 8/8/95 | Nonblocking Multi-Channel Switching with Multicasting Capability |

# EXHIBIT B

EXHIBIT B

# Exhibit B
# Publication List of Paul S. Min, Ph.D.

1. A. Shiravi, P. S. Min, "On the Latency Bound of Proportional Nested-DRR with Credit Adjusting", *2007 Workshop on High Performance Switching and Routing HPSR 2007*, July 2007.

2. Shiravi, A. and Min, P. S., "LOOFA-PB: A Modified LOOFA Scheduler for Variable-Length Packet Switching." *2007 IEEE International Conference on Communications (ICC 2007)*, Glasgow, June 2007.

3. Shiravi, A., Kim, Y. G., and Min, P. S., "Congestion Prediction of Self-Similar Network through Parameter Estimation," *Proceedings of 2006 IEEE/IFIP Network Operations & Management Symposium*, April 2006, Vancouver.

4. Shiravi, A., Kim, Y. G., and Min, P. S., "Traffic Dispatching Algorithm in Three-Stage Switch", *Proceedings of 5th International Conference on Networking*, April 2006, Mauritius.

5. Shiravi, A., Kim, Y. G., and Min, P. S., "Proportional Nested Deficit Round Robin with Credit Adjusting," *Proceedings of 2nd Int'l Conf. on Quality of Service in Heterogeneous Wired/Wireless Networks (QShine 2005)*, Orlando, August 2005.

6. Shiravi, A., Kim, Y. G., and Min, P. S., "Proportional Nested Deficit Round Robin: Improving the Latency of Packet Scheduler with an O(1) Complexity," *Proceedings of International Workshop on Advanced Architectures and Algorithms for Internet Delivery and Applications (AAA-IDEA 2005)*, Orlando, June 2005

7. Kim, Y. G., Shiravi, A., and Min, P. S., "Prediction-Based Routing through Least Cost Delay Constraint," *Proceedings of IEEE IPDPS 2004*, Santa Fe, April 2004.

8. Kim, Y. G. and Min, P. S., "On the Prediction of Average Queuing Delay with Self-Similar Traffic," *Proceedings of IEEE GLOBECOM 2003*, San Francisco, December 2003.

9. Hu, C., Saidi, H., Yan, P. Y., and Min, P.S., "A Protocol Independent Policer And Shaper Using Virtual Scheduling Algorithm," *Proceedings of ICCCAS 2002*.

10. Hu, C., Saidi, H., and Min, P.S., "DB_WFQ: An Efficient Fair Queueing Using Binary Counter," *Proceeding of Coins 2002*.

11. Akl, B., Hegde, M.V., Naraghi-Pour, M., and Min, P.S., "Multi-Cell CDMA Network Design," *IEEE Transaction on Vehicular Technology*, Volume 50, No. 3, pp. 711-722, May 2001.

12. Yoon, U., Park, S., Min, P.S., "Performance Analysis of Multiple Rejects ARQ at RLC (Radio Link Control) for Packet Data Service in W-CDMA System", *IEEE Globecom*, November 2000, San Francisco.

13. Yoon, U., Park, S., Min, P.S., "Performance Analysis of Multiple Rejects ARQ for RLC (Radio Link Control) in the Third Generation Wireless Communication", *WCNC*, September 2000, Chicago.

14. Yoon, U., Park, S., Min, P.S., "Network Architecture and Wireless Data Service Protocol based on Mobile IP toward the Third Generation Wireless Communication", *3G Wireless*, June 2000, San Francisco, pp. 211-215

15. R.G. Akl, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "Multi-Cell CDMA Network Design," *IEEE International Conference on Communications*, June 2000.

16. R.G. Akl, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "CDMA Network Design to Meet Non-uniform User Demand," *International Teletraffic Congress*, March 2000.

17. R.G. Akl, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "CDMA Network Design," *IEEE Transactions on Vehicular Technology*.

18. R.G. Akl, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "Cell Placement in a CDMA Network," *IEEE Wireless Communications and Networking Conference*, September 1999, Volume 2, pp. 903-907.

19. R.G. Akl, M.V. Hegde, P.S. Min, "Effects of Call Arrival Rate and Mobility on Network Throughput in Multi-Cell CDMA," *IEEE International Conference on Communications*, June 1999, Volume 3, pp. 1763-1767.

20. Hegde, M.V., Schmid, O.A., Saidi, H., and Min, P.S., "Real-Time Adaptive Bandwidth Allocation for High-Speed ATM Switches," accepted, *International Conference on Communications*, June 1999.

21. Akl, B.G., Hegde, M.V., and Min, P.S., "Effects of Mobility on Network Throughput in Multicell CDMA Networks," accepted, *International Conference on Communications*, June 1999.

22. Akl, B.G., Hegde, M.V., Min, P.S., and Naraghi-Pour, M., "Flexible Allocation of Capacity in Multi-Cell CDMA Networks," accepted, *Vehicular Technology Conference*, June 1999.

23. R.G. Akl, M.V. Hegde, M. Naraghi-Pour, P.S. Min, "Flexible Allocation of Capacity in Multi-Cell CDMA Networks," *IEEE Vehicular Technology Conference*, May 1999, Volume 2, pp. 1643-1647.

24. Oh, M.S., and Min, P.S., "Reliability Analysis for One-Turn and Deflection Crossbar Architectures and Distributed Fault Recovery Scheme," *Proceedings of GLOBECOM 97*, Phoenix, November 1997.

25. Kim, K.B., Yan, P.Y., Kim, K.S., Schmid, O., and Min, P.S., "A Growable ATM Switch with Embedded Multi-Channel Multicasting Property," *Proceedings of GLOBECOM 97*, pp. 222-226, Phoenix, November 1997.

26. Kim, K.B., Yan, P.Y., Kim, K.S., Schmid, O., and Min, P.S., "MASCON: A Single IC Solution to ATM Multi-Channel Switching with Embedded Multicasting," *Proceedings of ISS 97*, pp. 451-458, Toronto, September 1997.

27. Maunder, A.S., and Min, P.S., "Investigation of Rate Control in Routing Policies for B-ISDN Networks," *Proceedings of the 15th International Teletraffic Congress*, Washington D.C., June 1997.

28. Yan, P.Y., Kim, K.B., Kim, K.S., and Min, P.S., "A Large Scale ATM Switch System Using Multi-Channel Switching Paradigm," *Proceedings of ATM Workshop*, Lisbon, Portugal, May 1997.

29. Yan, P.Y., Kim, K.S., Min, P.S., and Hegde, M.V., "Multi-Channel Deflection Crossbar (MCDC): A VLSI Optimized Architecture for Multi-Channel ATM Switching," *Proceedings of IEEE INFOCOM 97*, Kobe, Japan, April 1997.

30. Maunder, A., Rayes, A., and Min, P.S., "Analysis and Rate Controlling Link: Leaky Bucket with Finite Servers," *Proceedings of the 1997 Conference on Information Sciences and Systems*, Baltimore, March 1997.

31. Shin, S.W., Min, P.S., and Kim, J.H., "Real Time Traffic Management System at Korean Mobile Telecom," *Proceedings of 19th Annual Pacific Telecommunications Conference*, pp. 113-121, Honolulu, Hawaii, January 1997.

32. Min, P.S., Hegde, M.V., Chandra, A., and Maunder, A.S., "Analysis of Banyan Based Copy Networks with Internal Buffering," *Journal of High Speed Networks*, Volume 5, No. 3, pp. 259-275 November 1996.

33. Vargas, C., Hegde, M.V., Naraghi-Pour, M., and Min, P.S., "Shadow Prices for Least Loaded Routing and Aggregated Least Busy Alternate Routing," *IEEE Transactions on Networking*, Volume 4, No. 5, pp. 796-807, October 1996.

34. Shin, S.W., Kwon, S.M., and Min, P.S., "Capacity Analysis of CDMA with Nonuniform Cell Loading and Sizes," *Proceedings of the 34th Annual Allerton Conference*, October 1996.

35. Hegde, M.V., Min, P.S., and Sohraby, K., "Note from Guest Editors," Journal of Network and Systems Management, Volume 4, No. 2, pp. 101-102, June 1996.

36. Rayes, A. and Min, P.S., "Application of Shadow Price in Capacity Expansion of State Dependent Routing," *Journal of Network Systems Management*, Volume 4, No. 1, pp. 71-93, March 1996.

37. Min, P.S., "PCS Revolution in the United States," Electronics News, No. 2277, January 22, 1996. Translated and published in Korean.

38. Hegde, M.V., Min, P.S., and Sohraby, K., "Guest Editorial," Journal of Network and Systems Management, Volume 3, No. 4, pp. 347-349, December 1995.

39. Min, P.S., Hegde, M.V., Saidi, H., and Chandra, A., "Nonblocking Copy Networks in Multi-Channel Switching," *IEEE Transactions on Networking*, Volume 3, No. 6, pp. 857-871, December 1995.

40. Rayes, A. and Min, P.S., "Capacity Expansion of Least Busy Alternate Routing with Shadow Price," *Proceedings of GLOBECOM 95*, Singapore, November 1995.

41. Min, P.S., Hegde, M.V., Chandra, A., and Maunder, A., "Throughput and Delay for Copy Networks with Internal Buffers," *Proceedings of the 33rd Annual Allerton Conference*, October 1995.

42. Min, P.S., Hegde, M.V., Saidi, H., and Chandra, A., "Fanout Splitting in Nonblocking Copy Networks with Shared Buffering," *Proceedings of the 33rd Annual Allerton Conference*, October 1995.

43. Min, P.S., Hegde, M.V., and Rayes, A., "Estimation of Exogenous Traffic Based on Link Measurements in Circuit-Switched Networks," *IEEE Transactions on Communications*, Volume 43, No. 8, pp. 2381-2390, August 1995.

44. Maunder, A., Rayes, A., and Min, P.S., "Analysis of Routing Policies in Broadband Networks." Invited paper. *Canadian Journal of Electrical and Computer Engineering*, Special Issue on Planning and Designing of Broadband Networks, Volume 20, No. 3, pp. 125-136, July 1995.

45. Min, P.S., Hegde, M.V., Saidi, H., and Chandra, A., "Architecture and Performance of Nonblocking Copy Networks with Multi-Channel Switching," *Proceedings of APCC 95*, pp. 531-535, Osaka, Japan, June 1995.

46. Saidi, H., Min, P.S., and Hegde, M.V., "A New Structural Property of Statistical Data Fork," *IEEE Transactions on Networking*, Volume 3, No. 3, pp. 289-298, June 1995.

47. Min, P.S., Saidi, H., and Hegde, M.V., "A Nonblocking Architecture for Broadband Multi-Channel Switching," *IEEE Transactions on Networking*, Volume 3, No. 2, pp. 181-198, April 1995.

48. Min, P.S., Hegde, M.V., Saidi, H., and Chandra, A., "Multi-Channel Copy Networks: Architecture, Performance Model, Fairness, and Cell Sequencing," *Proceedings of IEEE INFOCOM 95*, pp. 931-938, Boston, April 1995.

49. Min, P.S., Hegde, M.V., and Chandra, A., "Analysis of Packet Movements in Internally Buffered Copy Networks," *Third ORSA Telecommunications Conference*, p. 141, Boca Raton, Florida, March 1995.

50. Maunder, A. and Min, P.S., "Routing for Multi-Rate Traffic with Multiple Qualities of Service," *Proceedings of the Third International Conference on Computer Communications and Networks*, pp. 104-108, San Francisco, September 1994.

51. Saidi, H. and Min, P.S., "Performance Benefits of Multi-Channel Switching," *Proceedings of the 32nd Annual Allerton Conference*, pp. 583-592, September 1994.

52. Min, P.S., "Book Review: `Telecommunications Network Management into the 21st Century'," *IEEE Communications*, Volume 32, No. 7, pp. 5-8, July 1994.

53. Saidi, H., Min, P.S., and Hegde, M.V., "Guaranteed Cell Sequence in Nonblocking Multi-Channel Switching," *Proceedings of IEEE INFOCOM 94*, Toronto, pp. 1420-1427, June 1994.

54. Min, P.S., Hegde, M.V., Saidi, H., and Chandra, A., "Shared Buffering in Nonblocking Copy Networks," *Proceedings of the 1994 IEEE International Symposium on Information Theory*, Norway, p. 406, June 1994.

55. Min, P.S., Hegde, M.V., and Rayes, A., "Real Time Traffic Estimation in Circuit-Switched Networks," *Proceedings of the 14th International Teletraffic Congress*, France, pp. 1175-1184, June 1994.

56. Hegde, M.V., Min, P.S., and Rayes, A., "State Dependent Routing: Traffic Dynamics and Performance Benefits," *Journal of Network and Systems Management*, Volume 2, No. 2, pp. 125-149, June 1994.

57. Saidi, H., Min, P.S., and Hegde, M.V., "Control of Packet Flow in Statistical Data Forks," *Proceedings of the 1994 International Conference on Communications*, New Orleans, pp. 415-419, May 1994.

58. Saidi, H., Min, P.S., and Hegde, M.V., "Nonblocking Multi-Channel Switching in ATM Networks," *Proceedings of the 1994 International Conference on Communications*, New Orleans, pp. 701-705, May 1994.

59. Maunder, A. and Min, P.S., "Analysis and Development of Routing Schemes for Multi-Rate, Multi-Point Traffic," *Proceedings of the 1994 Conference on Information Sciences and Systems*, Princeton, pp. 1041-1046, March 1994.

60. Min, P.S., Hegde, M.V., and Chandra A., "Internal Buffering in Banyan-Based Copy Networks," *Proceedings of the 1994 Conference on Information Sciences and Systems*, Princeton, pp. 209-214, March 1994.

61. Rayes, A. and Min, P.S., "Capacity Expansion in State Dependent Routing Schemes," *Proceedings of the 1994 Conference on Information Sciences and Systems*, Princeton, pp. 237-241, March 1994.

62. Vargas, C., Hegde, M.V., Naraghi-Pour, M., and Min, P.S., "Shadow Prices for State Dependent Routing," *Proceedings of the 1994 Conference on Information Sciences and Systems*, Princeton, pp. 243-248, March 1994.

63. Saidi, H., Min, P.S., and Hegde, M.V., "Non Blocking Multi-Channel Switching." Invited paper. *Proceedings of the 31st Annual Allerton Conference*, pp. 335-344, September 1993.

64. Min, P.S., Hegde, M.V., and Rayes, A., "Model Based Estimation of Exogenous Traffic," *Proceedings of the 1993 Conference on Information Sciences and Systems*, Baltimore, pp. 126-131, March 1993.

65. Hegde, M.V., Min, P.S., and Rayes, A., "Performance Analysis of State Dependent Routing," *Proceedings of the 1993 Conference on Information Sciences and Systems*, pp. 695-700, Baltimore, March 1993.

66. Hegde, M.V. and Min, P.S., "Telephone Networks," Magill Survey of Science Applied Science, Salem Press, pp. 2624-2630, 1992.

67. Saidi, H., Min, P.S., and Hegde, M.V., "Assignment of $2^k$ Trunk Groups in Multi-Channel Switches Using Generalized Binary Addresses," *Proceedings of the 30th Annual Allerton Conference*, pp. 652-661, September 1992.

68. Hegde, M.V. and Min, P.S., "Performance Analysis of State Dependent Routing." Invited paper. *Second ORSA Telecommunications Conference*, Boca Raton, Florida, February 1992.

69. Rizzoni, R. and Min, P.S., "Detection of Sensor Failures in Automotive Engines," *IEEE Transactions On Vehicular Technology*, Volume 40, No. 2, pp. 487-500, May 1991.

70. Min, P.S. and Hegde, M.V., "End-to-End Planning Models for Optimal Evolution of Telecommunications Network," *Proceedings of IEEE INFOCOM 90*, San Francisco, pp. 200-206, June 1990.

71. Min, P.S., "Validation of Controller Inputs in Electronically Controlled Engines." Invited paper. *Proceedings of the 1990 American Control Conference*, pp.2887-2890, San Diego, May 1990.

72. Min, P.S. and Youn, C., "Generic Equipment Models (GEM) for Consistent Planning of Telecommunications Networks," *Proceedings of the 1990 ISMM International Conference*, New Orleans, pp. 190-194, March 1990.

73. Min, P.S., "Robust Application of Beard-Jones Detection Filter," *Advances in Computing and Control*, Springer-Verlag, Volume 130, pp. 162-173, 1989.

74. Min, P.S. and Ribbens, W.B., "A Vector Space Solution to Incipient Sensor Failure Detection," *IEEE Transactions on Vehicular Technology*, Volume 38, No.3, pp. 148-158, August 1989.

75. Min, P.S., "Robust Application of Beard-Jones Detection Filter," *Proceedings of the 1989 American Control Conference*, Pittsburgh, pp. 859-864, June 1989.

76. Rizzoni, G. and Min, P.S., "Real Time Detection Filters for the On-board Diagnosis of Incipient Failures," *Proceedings of the 1989 International Symposium on Allied Technology and Automation*, pp. 1445-1466, Paper No. 89131, Florence, Italy, June 1989.

77. Min, P.S., "Diagnosis of On-Board Sensors in Internal Combustion (IC) Engines," *Proceedings of the 1989 American Control Conference*, Pittsburgh, pp. 1065-1070, June 1989.

78. Min, P.S., "Detection of Incipient Sensor Failures in Internal Combustion Engines," *Proceedings of the 1988 International Symposium on Allied Technology and Automation*, Paper No. 88038, Florence, Italy, June 1988.

**Articles under Review**

1. Akl, B.G., Hegde, M.V., and Min, P.S., "Intercell Effects on Throughput in CDMA Networks," in preparation, to be submitted to *IEEE Transactions on Vehicular Technology*.

2. Akl, B.G., Hegde, M.V., Min, P.S., and Naraghi-Pour, M., "Power Compensation for Flexible Allocation of Capacity in CDMA Networks," in preparation, to be submitted to *IEEE Transactions on Vehicular Technology*.

3.  Hegde, M.V., Hu, C., Oh, J.T., and Min, P.S., "Choice of GCRA parameters for Policing CBR Traffic," in preparation, to be submitted to *IEEE Transactions on Networking*.
4.  Yan, P.Y., Kim, K.S., Min, P.S., and Hegde, M.V., "Multi-Channel Deflection Crossbar (MCDC): A VLSI Optimized Architecture for Multi-Channel ATM Switching," in preparation, to be submitted to *IEEE Transactions on Networking*.
5.  Oh, M.S., Hegde, M.V., and Min, P.S., "Fault Detection, Localization and Recovery in Multichannel, Crossbar Switches," submitted to *IEEE Transactions on Networking*.