# EXHIBIT 1

# Dr. Alan H Jones

Born: 1/1/1959
Home Address:  67 Narrow Lane
              Histon
              Cambridge
              CB24 9YP
              England
Telephone:    +44 1223 710357
Mobile:       +44 7768 151521

## Academic Qualifications

1981  BA degree in Physics (Cambridge University)
      project with British Antarctic Survey on tracking of Radiosonde Balloon beacons
1982  Diploma in Computer Science (Cambridge University)
      project with British Rail to plan itineraries over complete network
1986  PhD in Computer Science (Cambridge University)
      on integration of solid-state sensor systems with digital electronics.

## Professional Experience

1978  Maths Assistant at **British Aerospace** working on guidance and simulation.
1979  Analyst at **Marconi Space and Defense Systems** working on Problem Statement Databases/Analysers.
1981  Contractor to **British Antarctic Survey**:
      Feasibility study of radio tracker for balloon beacons.
      Developed software package for processing incomplete data logs.
      Analysed navigation and sensor data from Southern Ocean cruise and submitted to International Conference.
1982  **Furniture Industry Research Association** and **Pattern Systems Ltd**:
      Chief Programmer: Developed optimisation system for 2-D stock cutting problem. Deployed internationally.
1984  Released **Cambridge Packet Radio** system for radio amateurs.
1984  Summer internship at **Digital Equipment Corporation**, Maynard MA, USA.
      Investigated novel applications of Walsh Transforms to hardware optimisation.
      Delivered CAD tools for the above.
1986  Taught Professional ULA Design Course and manned trade show stands for **Qudos Ltd**.
1986-  **Olivetti Research Ltd.**, later **AT&T Laboratories-Cambridge Ltd**.
2002   Research Engineer, later Assistant Director.
       Implemented Floorplan optimiser for VLSI systems.
       High density interconnect research using special test chips.
       Designed and implemented high level extensible simulator for large digital systems.
       Simulation studies of Crossbar Multiprocessor.
       Implemented real-time system software and all device drivers for multimedia data streams (Pandora).
             Project led to spin-out of ATML, later Virata, later **Globespan Virata**
       Managed software development for highly distributed multimedia system (Medusa).
             Patented dual timestamping techniques.
             Project led to spin-out of TSL, later **Internet Pro Video**
       Sensor projects including:
             TRIP: targets for digital imagers (continued by LCE, Cambridge)
             Active floor (continued by Georgia Tech)
       Managed Radio ATM project prior to spin-out as ABL, later **Cambridge Broadband Limited**


Jones
EXHIBIT NO. 1
1-8-08
S. LANCASTER

    Directed research into low power ad-hoc wireless networks.
      Piconet, later Pen, continued by Laboratory for Communication Engineering, Cambridge University
    Jointly invented ultrasonic tagging technology (bats). Several patents.
    Developed personal text messaging server (SMS server) and mobile applications (Two patents applied for).
    Responsible for Intellectual Property protection, including academic relationships and contracts.
    Tasked with co-ordination of projects and setting new project directions.

2002-present  Director and co-owner of **Cotares Limited**, a small consulting and research company.
    **Visiting Industrial Fellow** at Laboratory for Communication Engineering, University of Cambridge
    Recipient of a **Smart Award** to investigate the feasibility of some novel in-car software systems.
    Three patent applications filed on applications of vehicle history.
    Co-managed major **Ofcom** project deploying experimental Broadband Wireless around Cambridge.
    Acted as an **expert witness** for an IT patent litigation:
      Firstly for the defendants in an infringement case which settled out of court, and later for new claimants seeking to have the patent invalidated. Wrote numerous reports, attended ten days of court, and gave evidence in person across four days.
    Acting as an expert witness and adviser in two further IT litigations.
    Performed **feasibility study** for University-led project involving traffic monitoring and communications.
    Consulted by **DfT** and **TfL** on Congestion Charging.
    **Evaluator** of EU projects in 2003 and 2005.
    Director of **Cambridge Vehicle Information Technology**
      a subsidiary of Cotares Limited seeking to commercialise new features for car navigation systems
    Director and minority shareholder of **Cantego Limited**
      a small consulting and research company run by Dr. G Mapp
    Won an 18 month **Grant for Research and Development** to investigate some novel telematics techniques.

Current research interests include all aspects of mobile systems, but particularly wireless and vehicle systems.
Delivered some "additional topics" lectures at Cambridge University on Cacheing and GPS.
Serverd as Area Editor on Mobile Systems for IEEE Concurrency, 1999-2000
Member of the **Royal Institute of Navigation** since 1992.

## Publications

Ubiquitous Networks and their Applications
James Weatherall, Alan Jones
IEEE Wireless Communications, special issue on Future Wireless Applications, February 2002

The Prototype Embedded Network (PEN)
Alan Jones, Andy Hopper
Computer Networks 35, 2001

Guest Editor's Introduction: Mobile Computing to Go
Alan Jones
IEEE Concurrency, Volume 7, Number 2, April-June 1999

The Thinnest Of Clients: Controlling It All Via Cellphone
Frank Stajano, Alan Jones
ACM Mobile Computing and Communications Review vol 2 no 4, October 1998

The ORL Active Floor
Michael D. Addlesee, Alan Jones, Finnbar Livesey, Ferdinando Samaria
IEEE Personal Communications, Vol. 4, No. 5, October 1997, pp 35-41

A New Location Technique for the Active Office
Andy Ward, Alan Jones, Andy Hopper
IEEE Personal Communications, Vol. 4, No. 5, October 1997, pp 42-47

Piconet - Embedded Mobile Networking
Frazer Bennett, David Clarke, Joseph B. Evans, Andy Hopper, Alan Jones, David Leask
IEEE Personal Communications, Vol. 4, No. 5, October 1997, pp 8-15

The ORL Radio ATM System, Architecture and Implementation
John Porter, Andy Hopper, Damian Gilmurray, Oliver Mason, John Naylon, Alan Jones
AT&T Laboratories Cambridge Ltd., Technical Report 96.5

Enhancing Network Services through Multimedia Data Analysers
Ferdinando Samaria, Harold Syfrig, Alan Jones, Andy Hopper
Proceedings of ACM Multimedia'96, 4th International MultiMedia Conference and Exhibition, Boston, USA, November 1996

Handling Audio and Video Streams in a Distributed Environment
Alan Jones, Andy Hopper
Proceedings of 14th ACM Symposium on Operating System Principles, OSR, Vol 27, No 5, December 1993

A Feasibility Study for the Fabrication of Planar Silicon Multichip Modules Using Electron Beam Lithography for Precise Location
Andy Hopper, Alan Jones, Roderick Augur, Martyn Fice, Simon Blyth, Haroon Ahmed
IEEE Transactions of Components, Hybrids, and Manufacturing Technology, Vol. 15, No. 1, February 1992

Multiple vs Wide Shared Bus Multiprocessors
Andy Hopper, Alan Jones, Dimitris Lioupis
Proceedings of the 16th Annual International Symposium of Computer Architecture, May 1989, Jerusalem, Israel
Reprinted in 'Cache and Interconnect Architectures in Multiprocessors', Kluwer Academic Publishers, 1990

Amateur Packet Radio
Peter Robinson, G3MRX and Alan Jones, G8WJL
RADio COMmunication, Journal of the Radio Society of Great Britain, vol 61, no 3, March 1985

## Published Patents

2004: GB20040020095
Apparatus for and method of predicting a future behaviour of an object

2004: GB20040020097
Apparatus for and method of providing data to an external application

2001: GB2379310

Vehicle occupant response system

2001: GB2379270
Vehicle navigation system

1998: GB2332055
Detection system for determining positional information about objects

1998: GB2332054
Detection system for determining location information about objects

1997: GB2320089
Detection system for determining positional and other information about objects

1997: GB2332053
Object position determining system

1997: GB2332052
Object position and orientation determining system

1997: GB2354073
Detection system for determining position and orientation of objects

1997: GB19970020856, WO9917566
Mobile Radio Network

1995: GB2298951
Addition of time information

1993: GB19930016031
Electronic Control of Portable Devices and Equipment