# EXHIBIT 2

# File History Report

☐ Paper number _____ is missing from the United States Patent Trademark Office's copy of the file History. No additional information is available.

☐ The following page(s) _____ of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

☐ The following checked item(s) below of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available
☐ **PTO 1449**
☐ **PTO 892**
☐ **PTO 948**
☐ **PTO 1474**
☐ **Assignment**
☐ **Cover page**

**Additional comments: Wrapper Jacket 7203788**

DL 000019

7203788

**USB-TO-VGA CONVERTER**

**Transaction History**

| Date | Transaction Description |
|---|---|
| 12/11/2002 | Initial Exam Team nn |
| 12/14/2002 | IFW Scan & PACR Auto Security Review |
| 1/27/2003 | Application Dispatched from OIPE |
| 1/27/2003 | Application Is Now Complete |
| 2/11/2003 | Case Docketed to Examiner in GAU |
| 12/16/2003 | Case Docketed to Examiner in GAU |
| 5/24/2004 | IFW TSS Processing by Tech Center Complete |
| 11/30/2004 | Case Docketed to Examiner in GAU |
| 3/16/2005 | Mail Non-Final Rejection |
| 3/16/2005 | Non-Final Rejection |
| 6/16/2005 | Response after Non-Final Action |
| 6/21/2005 | Date Forwarded to Examiner |
| 8/31/2005 | Final Rejection |
| 9/1/2005 | Mail Final Rejection (PTOL - 326) |
| 1/17/2006 | Request for Continued Examination (RCE) |
| 1/17/2006 | Request for Extension of Time - Granted |
| 1/17/2006 | Workflow - Request for RCE - Begin |
| 1/26/2006 | Date Forwarded to Examiner |
| 1/26/2006 | Date Forwarded to Examiner |
| 1/26/2006 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 3/1/2006 | Examiner Interview Summary Record (PTOL - 413) |
| 3/3/2006 | Supplemental Response |
| 3/29/2006 | Date Forwarded to Examiner |
| 4/24/2006 | Miscellaneous Communication to Applicant - No Action Count |
| 5/12/2006 | Notice of Allowance Data Verification Completed |
| 5/15/2006 | Mail Miscellaneous Communication to Applicant |
| 5/16/2006 | Mail Notice of Allowance |
| 6/13/2006 | Information Disclosure Statement considered |
| 6/13/2006 | Reference capture on IDS |
| 6/13/2006 | Information Disclosure Statement (IDS) Filed |
| 6/13/2006 | Information Disclosure Statement (IDS) Filed |
| 6/26/2006 | Miscellaneous Communication to Applicant - No Action Count |
| 6/29/2006 | Mail Miscellaneous Communication to Applicant |
| 8/16/2006 | Information Disclosure Statement considered |
| 8/16/2006 | Reference capture on IDS |
| 8/16/2006 | Information Disclosure Statement (IDS) Filed |
| 8/16/2006 | Information Disclosure Statement (IDS) Filed |
| 8/16/2006 | Request for Continued Examination (RCE) |
| 8/16/2006 | Workflow - Request for RCE - Begin |

DL 000020

| 8/25/2006 | Date Forwarded to Examiner |
| 8/25/2006 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 10/12/2006 | Notice of Allowance Data Verification Completed |
| 10/23/2006 | Mail Notice of Allowance |
| 11/1/2006 | Issue Fee Payment Verified |
| 11/1/2006 | Issue Fee Payment Received |
| 11/6/2006 | Application Is Considered Ready for Issue |
| 2/6/2007 | Pubs Case Remand to TC |
| 2/20/2007 | TC Return to Pubs |
| 2/27/2007 | Case Docketed to Examiner in GAU |
| 3/6/2007 | Dispatch to FDC |
| 3/21/2007 | Issue Notification Mailed |
| 4/10/2007 | Recordation of Patent Grant Mailed |
| 4/10/2007 | Patent Issue Date Used in PTA Calculation |

DL 000021

## Search Notes

| Application No. | Applicant(s) |
|---|---|
| 10/316,013 | LIU, PEI-CHUNG |
| **Examiner** | **Art Unit** |
| Kim T. Huynh | 2112 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 710 | 315 | 3/5/2005 | KH |
| 710 | 22 | 3/5/2005 | KH |
| 710 | 308 | 3/5/2005 | KH |
| 710 | 310 | 3/5/2005 | KH |
| 710 | 100 | 8/22/2005 | KH |
| 710 | 305-306 | 8/22/2005 | KH |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| East search uspat, uspgpub, epo, jpo, derwent | 3/5/2005 | KH |
| Updated prior search | 8/22/2005 | KH |
| | | |
| | | |
| | | |
| | | |
| | | |

U.S. Patent and Trademark Office

Part of Paper No. 20050305

DL 000022



### Index of Claims

| Application No. | Applicant(s) |
|---|---|
| 10/316,013 | LIU, PEI-CHUNG |
| Examiner | Art Unit |
| Kim T. Huynh | 2112 |

| | | | | | |
|---|---|---|---|---|---|
| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected |
| = | Allowed | + | Restricted | I | Interference |
| A | Appeal | | | O | Objected |

U.S. Patent and Trademark Office

Part of Paper No. 20050305

DL 000023



DL 000024

| Issue Classification | Application/Control No. 10/316,013 | Applicant(s)/Patent under Reexamination LIU, PEI-CHUNG |
|---|---|---|
| | Examiner Kim T. Huynh | Art Unit 2112 |

## ISSUE CLASSIFICATION

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | | CLAIMED | | | | NON-CLAIMED | |
| 710 | 315 | G | 06 | F | 13 | /36 | | / |
| | | | | | | / | | / |

| CROSS REFERENCES | | | |
|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
| 710 | 107 | 100 | 895-300 |
| 710 | 305 | 306 | |

(L)

| Kim T. Huynh 5/11/06 (Assistant Examiner) (Date) | REHAN AHMED SUPERVISORY PATENT EXAMINER | Total Claims Allowed: 19 | |
|---|---|---|---|
| (Legal Instruments Examiner) (Date) 10-12-06 | (Primary Examiner) (Date) 10/12/06 | O.G. Print Claim(s) 1 | O.G. Print Fig. 3 |

☒ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

U.S. Patent and Trademark Office    Part of Paper No. 20060511

US007203788B2

(12) **United States Patent**
Liu

(10) Patent No.:  **US 7,203,788 B2**
(45) Date of Patent:  **Apr. 10, 2007**

(54) **USB-TO-VGA CONVERTER**

(75) Inventor: **Pei Chung Liu**, Chungilo (TW)

(73) Assignee: **Magic Central Technology Corporation**, Taipei (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 392 days.

(21) Appl. No.: **10/316,013**

(22) Filed: **Dec. 11, 2002**

(65) **Prior Publication Data**
US 2004/0117538 A1    Jun. 17, 2004

(51) Int. Cl.
*G06F 13/36*    (2006.01)

(52) U.S. Cl. ..................... 710/315; 710/107; 710/100; 710/305; 710/306

(58) Field of Classification Search ............ 710/315, 710/22, 308, 310, 100, 305–306
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,175,789 B1 * | 1/2001 | Beckert et al. | 701/33 |
| 6,202,008 B1 * | 3/2001 | Beckert et al. | 701/33 |
| 6,285,398 B1 * | 9/2001 | Shinsky et al. | 348/223.1 |
| 6,624,797 B1 * | 9/2003 | Wheeler et al. | 345/1.2 |
| 6,629,926 B1 * | 10/2003 | Faque et al. | 600/437 |
| 2001/0032280 A1 * | 10/2001 | Osinida et al | 710/129 |

| | | | |
|---|---|---|---|
| 2002/0135584 A1 * | 9/2002 | Loe | 345/531 |
| 2004/0021615 A1 | 2/2004 | Benson et al. | |
| 2004/0153778 A1 * | 8/2004 | Cheng | 714/25 |

OTHER PUBLICATIONS

Subramanian, K, "WinChip Announces Release of USB-PCI Device Bridge IP", San Jose, CA.
National Semiconductor, USBN9602 (Universal Serial Bus) Full Speed Function Controller With DMA Support, Nov. 1976.

* cited by examiner

*Primary Examiner*—Rehana Perveen
*Assistant Examiner*—Kim T. Huynh
(74) *Attorney, Agent, or Firm*—Rosenberg, Klein & Lee

(57)    **ABSTRACT**

A USB-to-VGA converter includes a USB controller connectable to a USB port of a computer for receiving USB based display signals from the computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller. The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner. The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn applies the VGA signals to the display device. No display interface card is required inside the host computer for generation of the VGA signals.

**19 Claims, 6 Drawing Sheets**





FIG.1

DL 000027



FIG.2

DL 000028



FIG.3

DL 000029





FIG.4

DL 000030



FIG.5

DL 000031



FIG.6

DL 000032

US 7,203,788 B2

| 1 | 2 |

USB-TO-VGA CONVERTER

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a USB (Universal Serial Bus) to VGA (Video Graphics Array) converter, and in particular to a USB-to-VGA converter connectable between a USB port of a computer and a VGA display device.

2. The Related Art

A computer system comprises a display device connected to a host machine of the computer system for receiving display signals from the host computer and displaying messages associated with the display signals. The connection between the display device and the host computer is provided by an interface circuit built in the host computer, such as a PCI (Peripheral Component Interconnect) display interface and an AGP (Accelerated Graphics Port) display interface. A display interface card is mounted on a main board of the host computer for transmission of VGA signals to the display device. The display interface card occupies a portion of the limited space inside the host computer and in addition, increases the overall costs of the computer system. The display interface card is often connected to the display device by a cable for transmission of the display signals. The cable is adverse to the management of peripheral devices of the computer system and limits the distance that the display signals can be transmitted therethrough.

SUMMARY OF THE INVENTION

Thus, an object of the present invention is to provide a USB-to-VGA converter which converts USB based display signals issued from a host computer into VGA signals that can be received and recognized by a display device whereby image to be displayed can be transmitted from the host computer in USB form.

Another object of the present invention is to provide a USB-to-VGA converter that converts USB based display signals from a host computer into VGA signals in a first-in-first-out manner for display in a VGA display device.

A further object of the present invention is to provide a USB-to-VGA converter that allows for direct transmission of USB signals from a host computer to a display device without adding any display interface card inside the host computer.

To achieve the above objects, in accordance with the present invention, there is provided a USB-to-VGA converter comprising a USB controller connectable to a USB port of a computer for receiving USB based display signals from the computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller. The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner. The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn supplies the VGA signals to the display device. No display interface card is required inside the host computer for generation of the VGA signals.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be apparent to those skilled in the art by reading the following description of preferred embodiments thereof, with reference to the attached drawings, in which:

FIG. 1 is a system block diagram of a USB-to-VGA converter constructed in accordance with the present invention;

FIG. 2 is a block diagram of a bridge circuit of the USB-to-VGA converter of the present invention;

FIG. 3 is a block diagram of a bridge circuit of the USB-to-VGA converter in accordance with a different embodiment of the present invention;

FIG. 4 is a flow chart illustrating a process for a host computer to issue USB display signals to a USB controller;

FIG. 5 is a schematic view illustrating an application of the USB-to-VGA converter in connecting a display device to a host computer; and

FIG. 6 is a schematic view illustrating a different application of the USB-to-VGA converter in connecting a display device to a host computer.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to the drawings and in particular to FIG. 1, a USB-to-VGA converter constructed in accordance with the present invention, generally designated with reference numeral 100, comprises a USB controller 10, a VGA controller 20 and a bridge 30 connected between the USB controller 10 and the VGA controller 20. The USB controller 10 is connectable to a USB port 210 of a host computer 200 for receiving USB based display signals from the host computer 200. The VGA controller 20 is connectable to a display device 300 whereby the USB-to-VGA converter 100 provides a signal conversion and connection between the host computer 200 and the display device 300.

The bridge 30 that is connected between the USB controller 10 and the VGA controller 20 receives the USB based display signals from the USB controller 10 in a first-in-first-out (FIFO) manner and converts the USB based display signals into corresponding standard VGA signals which is then applied to the VGA controller 20. The VGA controller 20 in turn forwards the VGA signals to the display device 300 for display by the display device 300.

Also referring to FIG. 2, the bridge 30 comprises a firmware interface 31, a first-in-first-out (FIFO) controller 32 and a display interface conversion device 33. The firmware interface 31 is connected to the USB controller 10 and receives a bus control command A from the USB controller 10. The firmware interface 31 is also connected to the display interface conversion device 33 by a control bus B and a data bus C for transmission of a DMA control signal, a firmware control signal and a control command therebetween for allowing the display interface conversion device 33 to convert the USB based display signals into the corresponding VGA signals D which can be of PCI type or AGP type, but is not limited thereto.

The FIFO controller 32 is connected to the USB controller 10 by a data bus E and a control line F. The FIFO controller 32 issues control instructions to the USB controller 10 via the control line F for controlling the USB controller 10 to forward the USB based display signals received from the host computer 200 to the FIFO controller 32 in a FIFO manner via the data bus E. The FIFO controller 32 is connected to the display interface conversion device 33 by a data bus G and a control line H whereby the FIFO controller 32 issues FIFO control instruction to the display interface conversion device 33 via the control line I in order to convey the USB based display signals from the FIFO controller 32 to the display interface conversion device 33 in a FIFO manner via the data bus G. The display interface

DL 000033

US 7,203,788 B2

**3**

conversion device 33 then converts the USB based display
signals into the corresponding VGA signals D and applies
the VGA signals D to the display device 300.

FIG. 3 shows a block diagram of a different embodiment
of the bridge 30 in which the display interface conversion
device, which is designated with reference numeral 33' for
distinction, is embodied as a PCI interface. The firmware
interface 31 receives a PIO bus control command A' that is
issued by the USB controller 10. The firmware interface 31
is connected to the display interface conversion device 33'
by a DMA address control line B1, a DMA length control
line B2, a DMA trigger control line B3, a firmware trigger
control line B4 and a data bus C whereby the firmware
interface 31 controls DMA address, data length and trigger
signal of the display interface conversion device 33' and the
triggering of the firmware by means of the DMA address
control line B1, the DMA length control line B2, the DMA
trigger control line B3, and the firmware trigger control line
B4 and forwards control instructions and data to the display
interface conversion device 33' via the data bus C.

In the embodiment illustrated in FIG. 3, similar to that
shown in FIG. 2, the FIFO controller 32 is connected to the
USB controller 10 by a data bus E and a control line F. The
FIFO controller 32 issues control instructions to the USB
controller 10 via the control line F for controlling the USB
controller 10 to forward the USB based display signals
received from the host computer 200 to the FIFO controller
32 in a FIFO manner via the data bus E. The FIFO controller
32 is connected to the display interface conversion device
33' by a data bus G and a control line H whereby the FIFO
controller 32 issues a FIFO control instruction to the display
interface conversion device 33' via the control line H in
order to convey the USB based display signals from the
FIFO controller 32 to the display interface conversion
device 33' in a FIFO manner via the data bus G. The display
interface conversion device 33', based on the control signals
including the DMA address, the data length, the trigger
signal and the firmware triggering signal issued by the
firmware interface 31 via the DMA address control line B1,
the DMA length control line B2, the DMA trigger control
line B3 and the firmware trigger control line B4, converts the
USB based display signals into the corresponding PCI type
VGA signals D' and applies the VGA signals D' to the
display device 300.

The bridge 30 comprised of the USB-to-VGA converter
of the present invention is embodied in for example a FPGA
(Field Programmable Gate Array) chip. However, it can also
be embodied in a single chip integrated circuit of different
form, such as an ASIC, in which the firmware interface 31,
the FIFO controller 32 and the display interface conversion
device 33 (33') are integrated.

FIG. 4 shows an operation process of the USB-to-VGA
converter 100 working with a host computer 200 to control
the display device 300. The operation process discussed
herein is based on the WINDOWS operation system
released by Microsoft Company, comprising the following
steps: In step 400, application software of the host computer
200 issues a request for display of messages. In step 410, the
host computer 200 initiates GDI32 display control function
and forward the display messages of the application soft-
ware to a graphics engine. The graphics engine is started in
step 420 for processing the messages to be displayed. In step
430, a graphics driver is actuated to process and drive the
displayed screen information. In step 440, the information is
transmitted via the USB interface.

Based on the above description of the operation process of
the USB-to-VGA converter 100, the USB-to-VGA converter

**4**

100 can work with any computer systems running under any
operation systems. No hardware based display card is
required inside the computer 200. The space that is tradi-
tionally occupied by the display card inside the computer
200 is thus saved. In addition, no large cable connected
between the display device and the host computer is needed.

FIG. 5 shows an application of the USB-to-VGA con-
verter of the present invention in a computer system com-
prising a display device 300 and a host computer 200. The
USB-to-VGA converter 100 is encased in and embodied as
an "adaptor" 600. In other words, the USB controller 10, the
VGA controller 20 and the bridge 30 are arranged inside the
adaptor 600. The adaptor 600 forms a VGA plug 620
releasably mating a signal inlet port 310 of the display
device 300 and a USB socket 610 into which a USB plug
510 formed on an end of a USB cable 500 is plugged. An
opposite end of the USB cable 500 forms another USB plug
510 for engaging a USB port 210 of the host computer 200
thereby connecting the host computer 200 to the display
device 300.

FIG. 6 shows a different application of the USB-to-VGA
converter of the present invention comprising a display
device 300 and a host computer 200 connected by a USB
cable 500. The USB controller 10, the VGA controller 20
and the bridge 30 of the USB-to-VGA converter 100 of the
present invention are integrated with a display control circuit
320 built inside the display device 300. The display control
circuit 320 comprises a USB socket 330 exposed for
engagement with a USB plug 510 formed on an end of the
USB cable 500. An opposite end of the USB cable 500 forms
another USB plug 510 for engaging a USB port 210 of the
host computer 200 thereby connecting the host computer 200
to the display device 300. The VGA controller 20 is coupled
to the display control circuit 320 for direct supply of VGA
signals to the display device 300.

The present invention is aimed to provide a simple and
low cost measure for connecting a host computer to a display
device without a hardware based display interface card
mounted inside the host computer. A USB cable can simply
connect the display device to the host computer and allows
for transmission of display signals in USB form that has a
broad bandwidth and low signal loss. The USB signal is then
converted into a VGA signal for proper display by the
display device. Costs of the cable itself and the installation
of the cable between the computer and the display device are
thus substantially reduced. Flexibility of the arrangement of
the display device with respect to the computer is also
enhanced.

Although the present invention has been described with
reference to the preferred embodiments thereof, it is appar-
ent to those skilled in the art that a variety of modifications
and changes may be made without departing from the scope
of the present invention which is intended to be defined by
the appended claims.

The invention claimed is:

1. A USB-to-VGA converter interconnecting through a
USB port of a computer a display device controlled by the
computer comprising:

a USB controller disposed external to the computer and
adapted to detachably connect to a USB port of the
computer for receiving exclusively therethrough USB
based display signals from the computer, the USB
controller issuing a host control command;

a VGA controller disposed external to the computer and
adapted to connect to the display device for conveying
VGA signals to the display device; and

DL 000034

US 7,203,788 B2

5

a bridge disposed external to the computer and connecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

2. The USB-to-VGA converter as claimed in claim 1, wherein the USB controller comprises a USB socket.

3. The USB-to-VGA converter as claimed in claim 1, wherein the VGA controller comprises a VGA plug.

4. The USB-to-VGA converter as claimed in claim 1, wherein the converter is encased in an adaptor which comprises a USB socket for connection with the USB port of the computer.

5. The USB-to-VGA converter as claimed in claim 4, wherein the adaptor further comprises a VGA plug for connection with the display device.

6. The USB-to-VGA converter as claimed in claim 1, wherein the USB controller, the bridge circuit and the VGA controller are integrated with a display control circuit built inside the display device.

7. The USB-to-VGA converter as claimed in claim 6, wherein the USB controller comprises a USB socket for connection with the USB port of the computer.

8. The USB-to-VGA converter as claimed in claim 6, wherein the VGA controller is directly connected to the display control circuit of the display device.

9. The USB-to-VGA converter as claimed in claim 1, wherein the bridge circuit comprising:

a firmware interface connected to the USB controller for receiving the bus control signal from the USB controller and issuing a DMA control signal, a firmware control signal and control command data;

a first-in-first-out controller connected to the USB controller for issuing the first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner; and

a display interface conversion device connected to the firmware interface, the first-in-first-out controller and the VGA controller for receiving the DMA control command data from the firmware interface and being controlled by the first-in-first-out control signal from the first-in-first-out controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the display interface conversion device converting the USB based display signals into the corresponding VGA signals and forwarding the VGA signals to the VGA controller.

10. The USB-to-VGA converter as claimed in claim 9, wherein the bus control signal from the USB controller to the firmware interface comprises a PIO bus control signal.

6

11. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface is connected to the display interface conversion device by a control bus and a data bus.

12. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface is connected to the display interface conversion device by a DMA address control line, a DMA length control line, a DMA trigger control line, a firmware trigger control line and a data bus.

13. The USB-to-VGA converter as claimed in claim 9, wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus.

14. The USB-to-VGA converter as claimed in claim 9, wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus.

15. The USB-to-VGA converter as claimed in claim 9, wherein the VGA signals comprise PCI type VGA display signals.

16. The USB-to-VGA converter as claimed in claim 9, wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a single chip integrated circuit.

17. The USB-to-VGA converter as claimed in claim 16, wherein the integrated circuit comprises a field programmable gate array integrated circuit.

18. The USB-to-VGA converter as claimed in claim 16, wherein the integrated circuit comprises an ASIC integrated circuit.

19. A discrete USB-to-VGA converter externally interconnecting in detachable manner through a USB port of a computer a display device controlled the computer comprising:

a USB controller disposed external to the computer and detachably connected to a USB port of the computer for receiving exclusively therethrough USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer for connection to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and interconnecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

* * * * *

DL 000035

**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

CONFIRMATION NO. 2895

| SERIAL NUMBER 10/316,013 | FILING OR 371(c) DATE 12/11/2002 RULE | CLASS 710 | GROUP ART UNIT 2112 | ATTORNEY DOCKET NO. MR1115-429 |
|---|---|---|---|---|

**APPLICANTS**

Pei-Chung Liu, ChungHo City, TAIWAN;

** CONTINUING DATA *********************    Naco Wt    10/12/06

** FOREIGN APPLICATIONS *****************    None Wt    10/12/06

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 01/27/2003

| Foreign Priority claimed ☐ yes ☑ no | | STATE OR COUNTRY TAIWAN | SHEETS DRAWING 6 | TOTAL CLAIMS 18 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance | | | | | |
| Verified and Acknowledged    Examiner's Signature    Initials Wt | | | | | |

**ADDRESS**

04586

**TITLE**

USB-TO-VGA CONVERTER

| FILING FEE RECEIVED 370 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |

http://neo:8000/PrexServlet/PrexAction?serviceName=BibDataSheet&Action=display&bro...    10/12/06

DL 000036

# USB-TO-VGA CONVERTER

ABSTRACT OF THE DISCLOSURE

A USB-to-VGA converter includes a USB controller connectable to a USB port of a computer for receiving USB based display signals from the computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller. The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner. The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn applies the VGA signals to the display device. No display interface card is required inside the host computer for generation of the VGA signals.

11

DL 000037

## USB-TO-VGA CONVERTER

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

[0001]    The present invention relates generally to a USB (Universal Serial Bus)
5    to VGA (Video Graphics Array) converter, and in particular to a USB-to-VGA
converter connectable between a USB port of a computer and a VGA display device.

#### 2. The Related Art

[0002]    A computer system comprises a display device connected to a host
machine of the computer system for receiving display signals from the host computer
10    and displaying messages associated with the display signals.    The connection
between the display device and the host computer is provided by an interface circuit
built in the host computer, such as a PCI (Peripheral Component Interconnect) display
interface and an AGP (Accelerated Graphics Port) display interface.    A display
interface card is mounted on a main board of the host computer for transmission of
15    VGA signals to the display device.    The display interface card occupies a portion of
the limited space inside the host computer and in addition, increases the overall costs
of the computer system.    The display interface card is often connected to the display
device by a cable for transmission of the display signals.    The cable is adverse to the
management of peripheral devices of the computer system and limits the distance that
20    the display signals can be transmitted therethrough.

### SUMMARY OF THE INVENTION

[0003]    Thus, an object of the present invention is to provide a USB-to-VGA
converter which converts USB based display signals issued from a host computer into
VGA signals that can be received and recognized by a display device whereby image
25    to be displayed can be transmitted from the host computer in USB form.

1

DL 000038

[0004]     Another object of the present invention is to provide a USB-to-VGA converter that converts USB based display signals from a host computer into VGA signals in a first-in-first-out manner for display in a VGA display device.

[0005]     A further object of the present invention is to provide a USB-to-VGA
5      converter that allows for direct transmission of USB signals from a host computer to a display device without adding any display interface card inside the host computer.

[0006]     To achieve the above objects, in accordance with the present invention, there is provided a USB-to-VGA converter comprising a USB controller connectable to a USB port of a computer for receiving USB based display signals from the
10     computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller.   The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner.
15     The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn applies the VGA signals to the display device.   No display interface card is required inside the host computer for generation of the VGA signals.

## BRIEF DESCRIPTION OF THE DRAWINGS

20     [0007]     The present invention will be apparent to those skilled in the art by reading the following description of preferred embodiments thereof, with reference to the attached drawings, in which:

[0008]     Figure 1 is a system block diagram of a USB-to-VGA converter constructed in accordance with the present invention;

25     [0009]     Figure 2 is a block diagram of a bridge circuit of the USB-to-VGA converter of the present invention;

2

DL 000039

[0010]    Figure 3 is a block diagram of a bridge circuit of the USB-to-VGA converter in accordance with a different embodiment of the present invention;

[0011]    Figure 4 is a flow chart illustrating a process for a host computer to issue USB display signals to a USB controller;

5    [0012]    Figure 5 is a schematic view illustrating an application of the USB-to-VGA converter in connecting a display device to a host computer; and

[0013]    Figure 6 is a schematic view illustrating a different application of the USB-to-VGA converter in connecting a display device to a host computer.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

10    [0014]    With reference to the drawings and in particular to Figure 1, a USB-to-VGA converter constructed in accordance with the present invention, generally designated with reference numeral 100, comprises a USB controller 10, a VGA controller 20 and a bridge 30 connected between the USB controller 10 and the VGA controller 20.    The USB controller 10 is connectable to a USB port 210 of a 15    host computer 200 for receiving USB based display signals from the host computer 200.    The VGA controller 20 is connectable to a display device 300 whereby the USB-to-VGA converter 100 provides a signal conversion and connection between the host computer 200 and the display device 300.

[0015]    The bridge 30 that is connected between the USB controller 10 and the 20    VGA controller 20 receives the USB based display signals from the USB controller 10 in a first-in-first-out (FIFO) manner and converts the USB based display signals into corresponding standard VGA signals which is then applied to the VGA controller 20.    The VGA controller 20 in turn forwards the VGA signals to the display device 300 for display by the display device 300.

25    [0016]    Also referring to Figure 2, the bridge 30 comprises a firmware interface 31, a first-in-first-out (FIFO) controller 32 and a display interface conversion device 33.    The firmware interface 31 is connected to the USB controller 10 and receives a

3

DL 000040

bus control command **A** from the USB controller 10.   The firmware interface 31 is also connected to the display interface conversion device 33 by a control bus **B** and a data bus **C** for transmission of a DMA control signal, a firmware control signal and a control command therebetween for allowing the display interface conversion device

5      33 to convert the USB based display signals into the corresponding VGA signals **D** which can be of PCI type or AGP type, but is not limited thereto.

[0017]      The FIFO controller 32 is connected to the USB controller 10 by a data bus **E** and a control line **F**.   The FIFO controller 32 issues control instructions to the USB controller 10 via the control line **F** for controlling the USB controller 10 to

10     forward the USB based display signals received from the host computer 200 to the FIFO controller 32 in a FIFO manner via the data bus **E**.   The FIFO controller 32 is connected to the display interface conversion device 33 by a data bus **G** and a control line **H** whereby the FIFO controller 32 issues FIFO control instruction to the display interface conversion device 33 via the control line **H** in order to convey the USB

15     based display signals from the FIFO controller 32 to the display interface conversion device 33 in a FIFO manner via the data bus **G**.   The display interface conversion device 33 then converts the USB based display signals into the corresponding VGA signals **D** and applies the VGA signals **D** to the display device 300.

[0018]      Figure 3 shows a block diagram of a different embodiment of the bridge

20     30 in which the display interface conversion device, which is designated with reference numeral 33' for distinction, is embodied as a PCI interface.   The firmware interface 31 receives a PIO bus control command **A'** that is issued by the USB controller 10.   The firmware interface 31 is connected to the display interface conversion device 33' by a DMA address control line **B1**, a DMA length control line

25     **B2**, a DMA trigger control line **B3**, a firmware trigger control line **B4** and a data bus **C** whereby the firmware interface 31 controls DMA address, data length and trigger signal of the display interface conversion device 33' and the triggering of the firmware by means of the DMA address control line **B1**, the DMA length control line **B2**, the DMA trigger control line **B3**, and the firmware trigger control line **B4** and

30     forwards control instructions and data to the display interface conversion device 33' via the data bus **C**.

4

DL 000041

[0019]    In the embodiment illustrated in Figure 3, similar to that shown in Figure 2, the FIFO controller 32 is connected to the USB controller 10 by a data bus E and a control line F.  The FIFO controller 32 issues control instructions to the USB controller 10 via the control line F for controlling the USB controller 10 to forward the USB based display signals received from the host computer 200 to the FIFO controller 32 in a FIFO manner via the data bus E.  The FIFO controller 32 is connected to the display interface conversion device 33' by a data bus G and a control line H whereby the FIFO controller 32 issues a FIFO control instruction to the display interface conversion device 33' via the control line H in order to convey the USB based display signals from the FIFO controller 32 to the display interface conversion device 33' in a FIFO manner via the data bus G.  The display interface conversion device 33', based on the control signals including the DMA address, the data length, the trigger signal and the firmware triggering signal issued by the firmware interface 31 via the DMA address control line B1, the DMA length control line B2, the DMA trigger control line B3 and the firmware trigger control line B4, converts the USB based display signals into the corresponding PCI type VGA signals D' and applies the VGA signals D' to the display device 300.

[0020]    The bridge 30 comprised of the USB-to-VGA converter of the present invention is embodied in for example a FPGA (Field Programmable Gate Array) chip.  However, it can also be embodied in a single chip integrated circuit of different form, such as an ASIC, in which the firmware interface 31, the FIFO controller 32 and the display interface conversion device 33 (33') are integrated.

[0021]    Figure 4 shows an operation process of the USB-to-VGA converter 100 working with a host computer 200 to control the display device 300.   The operation process discussed herein is based on the WINDOWS operation system released by Microsoft Company, comprising the following steps:  In step 400, application software of the host computer 200 issues a request for display of messages.   In step 410, the host computer 200 initiates GDI32 display control function and forward the display messages of the application software to a graphics engine.  The graphics engine is started in step 420 for processing the messages to be displayed.   In step 430, a graphics driver is actuated to process and drive the displayed screen information.  In step 440, the information is transmitted via the USB interface.

5

DL 000042

[0022]    Based on the above description of the operation process of the USB-to-VGA converter 100, the USB-to-VGA converter 100 can work with any computer systems running under any operation systems.   No hardware based display card is required inside the computer 200.   The space that is traditionally occupied by
5    the display card inside the computer 200 is thus saved.   In addition, no large cable connected between the display device and the host computer is needed.

[0023]    Figure 5 shows an application of the USB-to-VGA converter of the present invention in a computer system comprising a display device 300 and a host computer 200.   The USB-to-VGA converter 100 is encased in and embodied as an
10    "adaptor" 600.   In other words, the USB controller 10, the VGA controller 20 and the bridge 30 are arranged inside the adaptor 600.   The adaptor 600 forms a VGA plug 620 releasably mating a signal inlet port 310 of the display device 300 and a USB socket 610 into which a USB plug 510 formed on an end of a USB cable 500 is plugged.   An opposite end of the USB cable 500 forms another USB plug 510 for
15    engaging a USB port 210 of the host computer 200 thereby connecting the host computer 200 to the display device 300.

[0024]    Figure 6 shows a different application of the USB-to-VGA converter of the present invention in a computer system comprising a display device 300 and a host computer 200 connected by a USB cable 500.   The USB controller 10, the VGA
20    controller 20 and the bridge 30 of the USB-to-VGA converter 100 of the present invention are integrated with a display control circuit 320 built inside the display device 300.   The display control circuit 320 comprises a USB socket 330 exposed for engagement with a USB plug 510 formed on an end of the USB cable 500.   An opposite end of the USB cable 500 forms another USB plug 510 for engaging a USB
25    port 210 of the host computer 200 thereby connecting the host computer 200 to the display device 300.   The VGA controller 20 is coupled to the display control circuit 320 for direct supply of VGA signals to the display device 300.

[0025]    The present invention is aimed to provide a simple and low cost measure for connecting a host computer to a display device without a hardware based display
30    interface card mounted inside the host computer.   A USB cable can simply connect the display device to the host computer and allows for transmission of display signals

6

DL 000043

in USB form that has a broad bandwidth and low signal lose.  The USB signal is
then converted into a VGA signal for proper display by the display device.  Costs of
the cable itself and the installation of the cable between the computer and the display
device are thus substantially reduced.  Flexibility of the arrangement of the display
5    device with respect to the computer is also enhanced.

[0026]     Although the present invention has been described with reference to the
preferred embodiments thereof, it is apparent to those skilled in the art that a variety
of modifications and changes may be made without departing from the scope of the
present invention which is intended to be defined by the appended claims.

10

7

DL 000044

WHAT IS CLAIMED IS

1.   A USB-to-VGA converter comprising:
     a USB controller adapted to connect to a USB port of a computer for receiving
          USB based display signals from the computer, the USB controller issuing a
5         bus control command;
     a VGA controller adapted to connect to a display device for conveying VGA
          signals to the display device; and
     a bridge connected between the USB controller and the VGA controller, the
          bridge receiving the bus control command and issuing a first-in-first-out
10        control signal to the USB controller to receive the USB based display
          signals from the USB controller in a first-in-first-out manner, the bridge
          circuit converting the USB based display signals into corresponding VGA
          signals and forwarding the VGA signals to the VGA controller which in
          turn applies the VGA signals to the display device.

15   2.   The USB-to-VGA converter as claimed in Claim 1, wherein the USB controller
          comprises a USB socket.

     3.   The USB-to-VGA converter as claimed in Claim 1, wherein the VGA controller
          comprises a VGA plug.

     4.   The USB-to-VGA converter as claimed in Claim 1, wherein the converter is
20        encased in an adaptor which comprises a USB socket for connection with the
          USB port of the computer.

     5.   The USB-to-VGA converter as claimed in Claim 4, wherein the adaptor further
          comprises a VGA plug for connection with the display device.

     6.   The USB-to-VGA converter as claimed in Claim 1, wherein the USB controller,
25        the bridge circuit and the VGA controller are integrated with a display control
          circuit built inside the display device.

8

7.  The USB-to-VGA converter as claimed in Claim 6, wherein the USB controller comprises a USB socket for connection with the USB port of the computer.

8.  The USB-to-VGA converter as claimed in Claim 6, wherein the VGA controller is directly connected to the display control circuit of the display device.

9.  The USB-to-VGA converter as claimed in Claim 1, wherein the bridge circuit comprising:

a firmware interface connected to the USB controller for receiving the bus control signal from the USB controller and issuing a DMA control signal, a firmware control signal and control command data;

a first-in-first-out controller connected to the USB controller for issuing the first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner; and

a display interface conversion device connected to the firmware interface, the first-in-first-out controller and the VGA controller for receiving the DMA control signal, the firmware control signal and the control command data from the firmware interface and being controlled by the first-in-first-out control signal from the first-in-first-out controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the display interface conversion device converting the USB based display signals into the corresponding VGA signals and forwarding the VGA signals to the VGA controller.

10.  The USB-to-VGA converter as claimed in Claim 9, wherein the bus control signal from the USB controller to the firmware interface comprises a PIO bus control signal.

11.  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a control bus and a data bus.

9

DL 000046

12. The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a DMA address control line, a DMA length control line, a DMA trigger control line, a firmware trigger control line and a data bus.

5   13. The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus.

14. The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus.

10   15. The USB-to-VGA converter as claimed in Claim 9, wherein the VGA signals comprise PCI type VGA display signals.

16. The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a single chip integrated circuit.

15   17. The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises a field programmable gate array integrated circuit.

18. The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises an ASIC integrated circuit.

10

DL 000047

10316013.121102

## DECLARATION FOR PATENT APPLICATION

| Docket Number (Optional) |
|---|
| MR1115-429 |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: **USB-TO-VGA CONVERTER** , the specification of which is attached hereto unless the following box is checked.

☐ was filed on _____ as United States Application Number or PCT International Application Number _____ and was amended on _____ (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.
I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.
I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT International application having a filing date before that of the application on which priority is claimed.
Prior Foreign Application(s)                                                                     Priority Not Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |
|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| (Application Number) | (Filing Date) |
|---|---|
| (Application Number) | (Filing Date) |

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT International application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112,
I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| (Application Number) | (Filing Date) | (Status-patented, pending, abandoned) |
|---|---|---|
| (Application Number) | (Filing Date) | (Status-patented, pending, abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: MORTON J. ROSENBERG, ESQ., REG. # 26,048
DAVID I. KLEIN, ESQ., REG. # 33,253; JUN Y. LEE, ESQ., REG. # 40,262

Address all telephone calls to    MORTON J. ROSENBERG at telephone number 410-465-5678
Address all correspondence to     ROSENBERG, KLEIN & LEE
3458 ELLICOT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043
FAX # 410-461-3067
E-MAIL ADDRESS: rkl@rklpatlaw.com

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor (given name, family name)    PEI CHUNG LIU (LIU IS FAMILY NAME)
Inventor's signature _____    Date    12/3/2002
Citizenship    Taiwan, R.O.C.
Mailing Address    No. 4, Lane 181, ChungShan Road Section 3, ChungHo City, Taipei, Taiwan, R.O.C.

Full name of second joint inventor, if any (given name, family name) _____
Second inventor's signature _____    Date _____
Citizenship _____
Mailing Address _____

☐ Additional inventors are being named on separately numbered sheets attached hereto.

DL 000048



FIG.1

DL 000049

10316013.121102



FIG.2

DL 000050



FIG.3

DL 000051

10316013.121102



FIG.4

DL 000052



FIG.5

DL 000053



FIG.6

DL 000054

PTO/SB/05 (11-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box → ⊞

| UTILITY PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | MR1115-429 |
| | First Inventor | PEI-CHUNG LIU |
| | Title | USB-TO-VGA CONVERTER |
| (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Express Mail Label No. | |

| APPLICATION ELEMENTS | ADDRESS TO: | Assistant Commissioner for Patents Box Patent Application Washington, DC 20231 |
|---|---|---|

See MPEP chapter 600 concerning utility patent application contents.

1. [X] Fee Transmittal Form (e.g., PTO/SB/17)
    (Submit an original and a duplicate for fee processing)
2. [X] Applicant claims small entity status.
    See 37 CFR 1.27.
3. [X] Specification    [Total Pages  11 ]
    (Preferred arrangement set forth below)
    - Descriptive title of the invention
    - Cross References to Related Applications
    - Statement Regarding Fed sponsored R & D
    - Reference to sequence listing, a table, or a computer program listing appendix.
    - Background of the Invention
    - Brief Summary of the Invention
    - Brief Description of the Drawings (if filed)
    - Detailed Description
    - Claim(s)
    - Abstract of the Disclosure
4. [X] Drawing(s) (35 U.S.C. 113)    [Total Sheets  6 ]
5. Oath or Declaration    [Total Pages  1 ]
    a. [X] Newly executed (original or copy)
    b. [ ] Copy from a prior application (37 CFR 1.63 (d)) (for continuation/divisional with Box 18 completed)
        i. [ ] DELETION OF INVENTOR(S)
           Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [ ] Application Data Sheet. See 37 CFR 1.76

7. [ ] CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
    a. [ ] Computer Readable Form (CRF)
    b. Specification Sequence Listing on:
        i. [ ] CD-ROM or CD-R (2 copies); or
        ii. [ ] paper
    c. [ ] Statements verifying identity of above copies

| ACCOMPANYING APPLICATION PARTS |
|---|
9. [X] Assignment Papers (cover sheet & document(s))
10. [ ] 37 CFR 3.73(b) Statement (when there is an assignee)    [X] Power of Attorney
11. [ ] English Translation Document (if applicable)
12. [ ] Information Disclosure Statement (IDS)/PTO-1449    [ ] Copies of IDS Citations
13. [ ] Preliminary Amendment
14. [ ] Return Receipt Postcard (MPEP 503) (Should be specifically itemized)
15. [ ] Certified Copy of Priority Document(s) (if foreign priority is claimed)
16. [ ] Request and Certification under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent.
17. [ ] Other: _____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:

[ ] Continuation    [ ] Divisional    [ ] Continuation-in-part (CIP)    of prior application No. _____

Prior application information    Examiner _____    Group Art Unit _____

For CONTINUATION OR DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5a, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

| 19. CORRESPONDENCE ADDRESS |
|---|

[X] Customer Number or Bar Code Label  04586    or [X] Correspondence address below

| Name | Morton J. Rosenberg Esq. |
| | Rosenberg, Klein & Lee |
| Address | 3458 Ellicott Center Drive - Suite 101 |
| City | Ellicott City | State | MD | Zip Code | 21043 |
| Country | USA | Telephone | 410-465-6678 | Fax | 410-461-3067 |

| Name (Print/Type) | Morton J. Rosenberg | Registration No. (Attorney/Agent) | 26,049 |
| Signature | Morton J. [signature] | | 12/9/02 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

DL 000055

PTO/SB/17 (10-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2002

*Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | PEI-CHUNG LIU |
| Examiner Name | |
| Group Art Unit | |
| Attorney Docket No. | MR1115-429 |

**TOTAL AMOUNT OF PAYMENT** ($) 410.00

## METHOD OF PAYMENT

1. ☒ The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number: 18-2011

Deposit Account Name:

☐ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☒ Applicant claims small entity status. See 37 CFR 1.27

2. ☒ Payment Enclosed:
☒ Check  ☐ Credit card  ☐ Money Order  ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 740 | 201 | 370 | Utility filing fee | $370 |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 510 | 207 | 255 | Plant filing fee | |
| 108 | 740 | 208 | 370 | Reissue filing fee | |
| 114 | 160 | 214 | 80 | Provisional filing fee | |

**SUBTOTAL (1)** ($) $370

### 2. EXTRA CLAIM FEES

| | | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 18 | -20** = | 0 | X 9 = | 0 |
| Independent Claims | 1 | -3** = | 0 | X 42 = | 0 |
| Multiple Dependent | | | | 140 = | 0 |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 84 | 202 | 42 | Independent claims in excess of 3 |
| 104 | 280 | 204 | 140 | Multiple dependent claim, if not paid |
| 109 | 84 | 209 | 42 | ** Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent |

**SUBTOTAL (2)** ($) 0

*or number previously paid, if greater; For Reissues, see above

## SUBMITTED BY

| | | Complete if applicable |
|---|---|---|
| Name (Print/Type) | Morton J. Rosenberg | Registration No. 26,049 | Telephone 410-465-6678 |
| Signature | | Date 12/9/02 |

### 3. ADDITIONAL FEES

| Large Entity | | | Small Entity | | | | |
|---|---|---|---|---|---|---|---|
| Fee Code | Fee ($) | | Fee Code | Fee ($) | | Fee Description | Fee Paid |
| 105 | 130 | | 205 | 65 | | Surcharge - late filing fee or oath | |
| 127 | 50 | | 227 | 25 | | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | | 139 | 130 | | Non-English specification | |
| 147 | 2,520 | | 147 | 2,520 | | For filing a request for ex parte reexamination | |
| 112 | 920* | | 112 | 920* | | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | | 113 | 1,840* | | Requesting publication of SIR after Examiner action | |
| 115 | 110 | | 215 | 55 | | Extension for reply within first month | |
| 116 | 400 | | 216 | 200 | | Extension for reply within second month | |
| 117 | 920 | | 217 | 460 | | Extension for reply within third month | |
| 118 | 1,440 | | 218 | 720 | | Extension for reply within fourth month | |
| 128 | 1,960 | | 228 | 980 | | Extension for reply within fifth month | |
| 119 | 320 | | 219 | 160 | | Notice of Appeal | |
| 120 | 320 | | 220 | 160 | | Filing a brief in support of an appeal | |
| 121 | 280 | | 221 | 140 | | Request for oral hearing | |
| 138 | 1,510 | | 138 | 1,510 | | Petition to institute a public use proceeding | |
| 140 | 110 | | 240 | 55 | | Petition to revive - unavoidable | |
| 141 | 1,280 | | 241 | 640 | | Petition to revive - unintentional | |
| 142 | 1,280 | | 242 | 640 | | Utility issue fee (or reissue) | |
| 143 | 460 | | 243 | 230 | | Design issue fee | |
| 144 | 620 | | 244 | 310 | | Plant issue fee | |
| 122 | 130 | | 122 | 130 | | Petitions to the Commissioner | |
| 123 | 50 | | 123 | 50 | | Processing fee under 37 CFR 1.17(q) | |
| 126 | 180 | | 126 | 180 | | Submission of Information Disclosure Stmt | |
| 581 | 40 | | 581 | 40 | | Recording each patent assignment per property (times number of properties) | $ 40 |
| 146 | 740 | | 246 | 370 | | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 740 | | 249 | 370 | | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 740 | | 279 | 370 | | Request for Continued Examination (RCE) | |
| 169 | 900 | | 169 | 900 | | Request for expedited examination of a design application | |

Other fee (specify)

*Reduced by Basic Filing Fee Paid

**SUBTOTAL (3)** ($) 40

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

DL 000056

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Chang Liu | MRH115-429 | 2895 |

| | | |
|---|---|---|
| 4586        7590        10/16/2005 | EXAMINER | |
| ROSENBERG, KLEIN & LEE | HUYNH, KIM T | |
| 3458 ELLICOTT CENTER DRIVE-SUITE 101 | ART UNIT | PAPER NUMBER |
| ELLICOTT CITY, MD  21043 | 2112 | |

DATE MAILED: 08/16/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

DL 000057

| Office Action Summary | Application No. | Applicant(s) |
| --- | --- | --- |
| | 10/318,013 | LIU, PEI-CHUNG |
| | Examiner | Art Unit |
| | Kim T. Huynh | 2112 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on _11 December 2002_.

2a)☐ This action is FINAL.      2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under _Ex parte Quayle_, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1-18_ is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) _1-18_ is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on _11 December 2002_ is/are: a)☒ accepted or b)☐ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  a)☐ All  b)☐ Some * c)☐ None of:

    1.☐ Certified copies of the priority documents have been received.

    2.☐ Certified copies of the priority documents have been received in Application No. _____.

    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
application from the International Bureau (PCT Rule 17.2(a)).

  * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____.

U.S. Patent and Trademark Office
PTOL-326 (Rev. 1-04)            Office Action Summary            Part of Paper No./Mail Date 20050306

DL 000058

Application/Control Number: 10/316,013                                    Page 2
Art Unit: 2112

## DETAILED ACTION

### Claim Rejections - 35 USC § 102

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(e) the invention was described in (1) an application for patent, published under section 122(b), by
another filed in the United States before the invention by the applicant for patent or (2) a patent
granted on an application for patent by another filed in the United States before the invention by the
applicant for patent, except that an international application filed under the treaty defined in section
351(a) shall have the effects for purposes of this subsection of an application filed in the United States
only if the international application designated the United States and was published under Article 21(2)
of such treaty in the English language.

2.      Claims 1-8 are rejected under 35 U.S.C. 102(e) as being anticipated by Finger et

al. (US Patent 6,629,926)

        As per claim 1, Finger discloses a USB-to-VGA converter comprising:

- a USB controller(fig.2, 66 ie peripheral interface includes usb controller)

    adapted to connect to a USB port of a computer for receiving USB based

    display signals from the computer, the USB controller issuing a bus control

    command; (col.9, lines 22-51, ie the peripheral(usb) interfaces 66

    connected to data processing system 52 allows communication from any

    peripherals via system bus 56 (col.8, lines 41-53) and stored data to

    memory 72, from memory 72 , data processing system process

    reconstruction and conversion and output to the display)

- a VGA controller(fig.5, 64 video controlling paths) adapted to connect to a

    display device for conveying VGA signals to the display device(fig.5, 34 ie

    display device); and (col.4, lines 12-21, ie data provide by peripherals to

DL 000059

Application/Control Number: 10/316,013                                    Page 3
Art Unit: 2112

    data processing system 52 process and reconstruction and conversion

    and output to the display 34)

  • a bridge(fig.2, 70, ie interface device) connected between the USB

    controller and the VGA controller the bridge receiving the bus control

    command and issuing a first-in-first-out control signal to the USB controller

    to receive the USB based display signals from the USB controller in a first-

    in-first-out manner (col.10, line 65-col.11, line 64, ie interface device 70

    connected to data transfer controller 68 for converting USB signal to the

    display signals and output to the display 34, included event ID stored in

    buffer 308(FIFO) when a request for transfer is made, the control 300

    uses the event ID to access transfer control parameters, including logical

    address which generated sequentially which implies FIFO manner) the

    bridge circuit converting the USB based display signals into corresponding

    VGA signals and forwarding the VGA signals to the VGA controller which

    in turn applies the VGA signals to the display device. (col.9, lines 22-51, ie

    the peripheral(usb) interfaces 66 connected to interface device 70

    comprising data transfer controller 68 allows communication from any

    peripherals via system bus 56 and stored data to memory 72, from

    memory 72 , data transfer controller process reconstruction and

    conversion and output to the display 34 via video controlling path 64,

    col.5, lines 4-52)

DL 000060

Application/Control Number: 10/316,013                                    Page 4
Art Unit: 2112

As per claim 2, Finger discloses wherein the USB controller comprises a USB

socket. (fig.7, 200, the adaptor module, col.10, lines 11-40)

As per claim 3, Finger discloses wherein the VGA controller comprises a VGA .

plug. (col.11, lines 40-65), (fig.5, 64, video controlling paths connected to display

device 34 via controlling of fig.6, 68 ie data transfer controller)

As per claim 4, Finger discloses wherein the converter is encased in an adaptor

which comprises a USB socket for connection with the USB port of the computer.

(fig.7, 200, ie the adaptor module), (col.10, lines 11-40)

As per claim 5, Finger discloses wherein the adaptor further comprises a VGA

plug for connection with the display device. (fig.5, 64, video controlling paths

connected to display device 34 via fig.6, 68 ie data transfer controller)

As per claim 6, Finger discloses wherein the USB controller, the bridge circuit

and the VGA controller are integrated with a display control circuit built inside the

display device. (fig1, 62, ie data processing system)

As per claim 7, Finger discloses wherein the USB controller comprises a USB

socket for connection with the USB port of the computer. (col.9, lines 22-51, ie

Application/Control Number: 10/316,013                                    Page 5
Art Unit: 2112

the peripheral(usb) interfaces 66 allow communication from any the various

peripheral to data processing system 62)

As per claim 8, Finger discloses wherein the VGA controller is directly connected

to the display control circuit of the display device. (fig.5, 64, video controlling

paths connected to display device 34 via fig.6, 68 ie data transfer controller)

### *Claim Rejections - 35 USC § 103*

3.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

4.      Claims 9-18 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Finger et al. (US Patent 6,629,926) in view of Cheng (Pub No US20040153778)

As per claim 9, Finger discloses  wherein the bridge circuit comprising:

- a firmware interface (fig.2, 70 ie interface device) connected to the USB

    controller for receiving the bus control signal from the USB controller and;

    (col.9, lines 22-51, ie the peripheral(usb) interfaces 66 connected to

    interface device 70 comprising data transfer controller 68 allows

    communication from any peripherals via system bus 56 ,col.8, lines 41-53)

- a first-in-first-out controller connected to the USB controller for issuing the

    first-in-first-out control signal to the USB controller to receive the USB

DL 000062

based display signals from the USB controller in a first-in-first-out manner ;

and (col.10, line 65-col.11, line 64, ie interface device 70 connected to

data transfer controller 68 for converting usb signal into display signals

and output to the display 34, included event ID stored in buffer 308(FIFO)

when a request for transfer is made, the control 300 uses the event ID to

access transfer control parameters, including logical address which

generated sequentially which implies FIFO manner)

- a display interface conversion device connected to the firmware interface,

  the first-in-first-out controller and the VGA controller (fig.5, 64 video

  controlling paths) for receiving the control signal, the firmware control

  signal and the control command data from the firmware interface and

  being controlled by the first-in-first-out control signal from the first-in-first-

  out controller to receive the USB based display signals from the USB

  controller in a first-in-first-out manner(col.10, line 65-col.11, line 64, ie

  interface device 70 connected to data transfer controller 68 for converting

  usb signal to display signal output to display device included event ID

  stored in buffer 308(FIFO) when a request for transfer is made, the control

  300 uses the event ID to access transfer control parameters, including

  logical address which generated sequentially and transfer to memory 72,

  AGP command generator requests transfer to or from the memory 72, the

  controller 300 writes the event ID into the interrupt buffer 304, the cpu

  indicate the availability of the data and the data transfer controller 68

DL 000063

Application/Control Number: 10/316,013                                    Page 7
Art Unit: 2112

arbitrate request and output to the display) the display interface

conversion device converting the USB based display signals into the

corresponding VGA signals and forwarding the VGA signals to the VGA

controller. (col.9, lines 22-51, ie the peripheral(usb) interfaces 66

connected to interface device 70 comprising data transfer controller 38

allows communication from any peripherals via system bus 56 and stored

data to memory 72, from memory 72 , data transfer controller process

reconstruction and conversion and output to the display 34 via video

controlling path 64, col.5, lines 4-52)

    Finger discloses all the limitations as above except issuing a DMA

control signal, a firmware control signal and control command data.

However, Cheng discloses graphics data is transferred from system

memory to graphics device using DMA bus-mastering and graphics

commands from memory to device also use DMA bus-mastering. [0022]

    It would have been obvious to one having ordinary skills in the art at

the time the invention was made to incorporate Cheng's teaching into

Finger's system so as it will be apparent that a solution to better integrate

data buses within motherboards and graphics display devices is needed.

[0006]

As per claim 10, Finger discloses wherein the bus control signal from the USB

controller to the firmware interface comprises a PIO bus control signal. (fig.3, 70,

DL 000064

Application/Control Number: 10/316,013                                  Page 8
Art Unit: 2112

ie interface 66 provides I/O signals), (col.11, lines 40-65)

As per claim 11, Finger discloses wherein the firmware interface (fig.6, 68, ie
data transfer controller) is connected to the display interface (fig.5, 64 video
controlling paths) conversion device by a control bus and a data bus. (col.9, lines
22-51, ie the peripheral(usb) interfaces 66 connected to interface device 70
comprising data transfer controller 68 allows communication from any peripherals
via system bus 56 (col.8, lines 41-53) and stored data to memory 72, from
memory 72 , data processing system process reconstruction and conversion and
output to the display )

As per claim 12, Finger discloses all the limitations as above except  wherein the
firmware interface is connected to the display interface conversion device by a
DMA address control line, a DMA length control line, a DMA trigger control line, a
firmware trigger control line and a data bus. However, Cheng discloses graphics
data is transferred from system memory to graphics device using DMA bus-
mastering and graphics commands from memory to device also use DMA bus-
mastering. [0022]

It would have been obvious to one having ordinary skills in the art at the
time the invention was made to incorporate Cheng's teaching into Finger's
system so as it will be apparent that a solution to better integrate data buses
within motherboards and graphics display devices is needed. [0006]

DL 000065

Application/Control Number: 10/316,013                                    Page 9
Art Unit: 2112

As per claim 13, Finger discloses wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus. (col.10, line 65-col.11, line 64, ie interface device 70 connected to data transfer controller 68 for converting usb signal to display signals and output to display 34, included event ID stored in buffer 308(FIFO) when a request for transfer is made, the control 300 uses the event ID to access transfer control parameters, including logical address which generated sequentially which implies FIFO manner)

As per claim 14, Finger discloses wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus. (col.11, lines 40-65) (col.10, line 65-col.11, line 64, ie interface device 70 connected data transfer controller 68 for converting usb signal to display signals and output to the display 34 included event ID stored in buffer 308(FIFO) when a request for transfer is made, the control 300 uses the event ID to access transfer control parameters, including logical address transferring via data control line)

As per claim 15, Finger discloses wherein the VGA signals comprise PCI type VGA display signals. (col.12, lines 8-13)

As per claim 16, Finger discloses wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a

DL 000066

Application/Control Number: 10/316,013                          Page 10
Art Unit: 2112

single chip integrated circuit. (fig.1, 62, data processing system)

As per claim 17, Finger discloses wherein the integrated circuit comprises a field

programmable gate array integrated circuit. (fig.1, 62, data processing system)

As per claim 18, Finger discloses wherein the integrated circuit comprises an

ASIC integrated circuit. (fig.1, 62, data processing system)

### Conclusion

5.     Any inquiry concerning this communication or earlier communications from the examiner should

be directed to Kim Huynh whose telephone number is (571)272-3635 or via e-mail addressed to

[kim.huynh3@uspto.gov]. The examiner can normally be reached on M-F 9.00AM- 6:00PM. If attempts to

reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mark Rinehart can be

reached at (571)272-3632 or via e-mail addressed to [mark.Rinehart@uspto.gov].

      The fax phone numbers for the organization where this application or proceeding is assigned are

(703)872-9306 for regular communications and After Final communications. Any inquiry of a general

nature or relating to the status of this application or proceeding should be directed to the receptionist

whose telephone number is (571)272-2100.

Kim Huynh

March 6, 2005

**TIM VO
PRIMARY EXAMINER**

DL 000067

| | Notice of References Cited | | Application/Control No. 10/316,013 | Applicant(s)/Patent Under Reexamination LIU, PEI-CHUNG | |
|---|---|---|---|---|---|
| | | | Examiner Kim T. Huynh | Art Unit 2112 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-6,624,797 B1 | 09-2003 | Wheeler et al. | 345/1.2 |
| | B | US-2004/0153776 A1 | 08-2004 | Cheng, Jeffrey Gongxian | 714/026 |
| | C | US-6,202,006 B1 | 03-2001 | Beckert et al. | 701/33 |
| | D | US-2002/0135584 A1 | 09-2002 | Lee, Eun Seog | 345/531 |
| | E | US-6,285,398 B1 | 09-2001 | Shinsky et al. | 348/223.1 |
| | F | US-6,629,926 B1 | 10-2003 | Finger et al. | 600/437 |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 20050305

DL 000068

MR1115-429



2112

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Pei-Chung Liu | : | Group |
| Serial No: | 10/316,013 | : | Art Unit #2112 |
| Filed: | 11 December 2002 | : | Examiner: |
| Title: | USB-TO-VGA CONVERTER | : | K.T. Huynh |

## AMENDMENT

Mail Stop - Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Responsive to the Office Action dated 16 March 2005, please amend the

above-referenced Patent Application as follows:


**Amendments to the Claims** are reflected in the Listing of Claims which

begins on page 2 of this paper.

**Remarks** begin on page 7 of this paper.

Page 1 of 10

DL 000069

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

### IN THE CLAIMS:

This Listing of Claims will replace all prior versions, and listings, of claims in the subject Patent Application:

Listing of Claims:

1.    (Currently amended)    A USB-to-VGA converter for interconnecting a computer and a display device controlled thereby comprising:

a USB controller disposed external to the computer and adapted to connect to a USB port of a the computer for receiving USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer and adapted to connect to a the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and connected between the USB controller and the VGA controller, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

Page 2 of 10

DL 000070

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

2.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the USB controller comprises a USB socket.

3.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the VGA controller comprises a VGA plug.

4.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the converter is encased in an adaptor which comprises a USB socket for connection with the USB port of the computer.

5.   (Original)  The USB-to-VGA converter as claimed in Claim 4, wherein the adaptor further comprises a VGA plug for connection with the display device.

6.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the USB controller, the bridge circuit and the VGA controller are integrated with a display control circuit built inside the display device.

7.   (Original)  The USB-to-VGA converter as claimed in Claim 6, wherein the USB controller comprises a USB socket for connection with the USB port of the computer.

8.   (Original)  The USB-to-VGA converter as claimed in Claim 6, wherein the VGA controller is directly connected to the display control circuit of the display device.

DL 000071

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

9. (Original) The USB-to-VGA converter as claimed in Claim 1, wherein the bridge circuit comprising:

a firmware interface connected to the USB controller for receiving the bus control signal from the USB controller and issuing a DMA control signal, a firmware control signal and control command data;

a first-in-first-out controller connected to the USB controller for issuing the first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner; and

a display interface conversion device connected to the firmware interface, the first-in-first-out controller and the VGA controller for receiving the DMA control signal, the firmware control signal and the control command data from the firmware interface and being controlled by the first-in-first-out control signal from the first-in-first-out controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the display interface conversion device converting the USB based display signals into the corresponding VGA signals and forwarding the VGA signals to the VGA controller.

10. (Original) The USB-to-VGA converter as claimed in Claim 9, wherein the bus control signal from the USB controller to the firmware interface comprises a PIO bus control signal.

DL 000072

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

11. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a control bus and a data bus.

12. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a DMA address control line, a DMA length control line, a DMA trigger control line, a firmware trigger control line and a data bus.

13. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus.

14. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus.

15. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the VGA signals comprise PCI type VGA display signals.

16. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a single chip integrated circuit.

Page 5 of 10

DL 000073

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

17. (Original)  The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises a field programmable gate array integrated circuit.

18. (Original)  The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises an ASIC integrated circuit.

19. (New)  A discrete USB-to-VGA converter for externally interconnecting a computer and a display device controlled thereby comprising:

a USB controller disposed external to the computer and detachably connected to a USB port of the computer for receiving USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer for connection to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and connected between the USB controller and the VGA controller, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

DL 000074

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

## REMARKS

This case has been carefully reviewed and analyzed in view of the Office Action dated 16 March 2005. Responsive to that Office Action, Claim 1 is now amended and Claim 19 newly-inserted for further prosecution with the other pending Claims. It is believed that with such amendment and insertion of Claims, there is a further clarification of the pending Claims' recitations.

In the Office Action, the Examiner rejected Claims 1-8 under 35 U.S.C. § 102(e) as being anticipated by the Finger, et al. reference. The Examiner also rejected Claims 9-18 under 35 U.S.C. § 103(a) as being unpatentable over Finger, et al. in view of the Cheng reference. In setting forth the latter rejection, the Examiner acknowledged that Finger, et al. fails to disclose the use of a DMA control signal, a firmware control signal, or control command data. The Examiner, however, cited Cheng for disclosing these features and concluded that it would have been obvious to one of ordinary skill in the art to have incorporated as much into the Finger, et al. system, so as to better integrate data buses within motherboards and graphics display devices. The Examiner also cited Cheng for disclosing various DMA control lines as well as a firmware trigger control line and a data bus, concluding again that it would have been obvious to one of ordinary skill in the art to have incorporated such features into the Finger, et al. system for better integration of data buses.

Page 7 of 10

MRI115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

As each of the newly-amended independent Claim 1 and newly-inserted independent Claim 19 each now more clearly recite, Applicant's converter is one which "interconnect[s] a computer and a display device controlled thereby." The converter includes among its combination of features a USB controller, a VGA controller, and a bridge connected therebetween, each of which is "disposed external to the computer," as Claims 1 and 19 also now more clearly recite. The requisite interface capability for driving a display device typically provided through graphics cards or other such measures integrated into the controlling computer is thereby "disposed external to the computer."

The full combination of these and other features now more clearly recited by Applicant's pending Claims is nowhere disclosed by the cited references. Note in this regard that the peripheral interfaces 66, video/audio reconstruction pad 64, and memory port-containing interface device 70 – which the Examiner respectively correlated to the claimed USB controller, VGA controller, and bridge - are prescribed to be formed in the data processing system 52 itself. That is, these devices are built into the computer-based system 52 which controls the various external devices, including a display 34, connected directly thereto. This teaches quite plainly away from any USB-to-VGA converter having "a USB controller disposed external to the computer," "a VGA controller disposed external to the computer," and "a bridge disposed external to the computer," as Claims 1 and 19 each now more clearly recites.

Page 8 of 10

DL 000076

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

Note also that within Finger, et al.'s data processing system 52, each of the internal devices 66, 64, and 70 are shown separately connected to a shared system bus, without direct interconnection therebetween. This teaches away from the operational structure of Applicant's converter, wherein "a bridge ... [is] connected between the USB controller and the VGA controller," as Claims 1 and 19 also now more clearly recite.

Given such contrary teachings of the primarily-cited Finger, et al. reference, the teachings of the secondarily-cited Cheng reference are found to be quite ineffectual to the present patentability analysis. The Examiner merely cited Cheng for disclosing DMA control capabilities, the reference's focus being the better integration of data buses within motherboard-equipped systems. Such actively departs from the features now more clearly recited by Applicant's pending independent Claims 1 and 19.

It is respectfully submitted, therefore, that the cited Finger, et al. and Cheng references, even when considered together, fail to disclose the unique combination of elements now more clearly recited by Applicant's pending Claims for the purposes and objectives disclosed in the subject Patent Application.

The other references cited by the Examiner but not used in the rejection are found to be further remote from Applicant's claimed converter when patentability considerations are taken properly into account.

Page 9 of 10

DL 000077

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 16 March 2005

It is now believed that the subject Patent Application has been placed in

condition for allowance, and such action is respectfully requested.

Respectfully submitted,
For:   ROSENBERG, KLEIN & LEE

*Jun Y. Lee*

Jun Y. Lee
Registration #40,262

Dated:  15 June 2005

Suite 101
3458 Ellicott Center Drive
Ellicott City, MD 21043
(410) 465-6678

Customer No.
04586

DL 000078



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Chang Liu | MR1115-429 | 2893 |

| | | | EXAMINER |
|---|---|---|---|
| 4586 | 7590 | 09/01/2005 | HUYNH, KIM T |
| ROSENBERG, KLEIN & LEE | | | |
| 3458 ELLICOTT CENTER DRIVE-SUITE 101 | | ART UNIT | PAPER NUMBER |
| ELLICOTT CITY, MD 21043 | | 2112 | |

DATE MAILED: 09/01/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

DL 000079

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 10/316,013 | LIU, PEI-CHUNG |
| | Examiner | Art Unit |
| | Kim T. Huynh | 2112 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on 16 June 2005.

2a)☒ This action is FINAL.    2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) 1-19 is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) 1-19 is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on 12/11/02 is/are: a)☒ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All   b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____

5) ☐ Notice of Informal Patent Application (PTO-152)

6) ☐ Other: _____

U.S. Patent and Trademark Office
PTOL-326 (Rev. 1-04)          Office Action Summary          Part of Paper No./Mail Date 20050623

DL 000080

Application/Control Number: 10/316,013                                      Page 2
Art Unit: 2112

## DETAILED ACTION

### *Claim Rejections - 35 USC § 103*

1.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

2.      Claims 1-8, 19 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Finger et al. (US Patent 6,629,926) in view of Beckert et al. (US Patent 6,175,789)

        As per claims 1, 19, Finger discloses a USB-to-VGA converter for

interconnecting computer and a display device controlled thereby comprising:

- a USB controller(fig.2, 66 ie peripheral interface includes usb controller)

    adapted to connect to a USB port of a computer for receiving USB based

    display signals from the computer, the USB controller issuing a bus control

    command; (col.9, lines 22-51, ie the peripheral(usb) interfaces 66

    connected to data processing system 52 allows communication from any

    peripherals via system bus 56 (col.8, lines 41-53) and stored data to

    memory 72, from memory 72, data processing system process

    reconstruction and conversion and output to the display)

- a VGA controller(fig.5, 64 video controlling paths) adapted to connect to a

    display device for conveying VGA signals to the display device(fig.5, 34 ie

    display device); and (col.4, lines 12-21, ie data provide by peripherals to

DL 000081

Application/Control Number: 10/316,013                              Page 3
Art Unit: 2112

data processing system 52 process and reconstruction and conversion

and output to the display 34)

- a bridge(fig.2, 70, ie interface device) connected between the USB

controller and the VGA controller the bridge receiving the bus control

command and issuing a first-in-first-out control signal to the USB controller

to receive the USB based display signals from the USB controller in a first-

in-first-out manner (col.10, line 65-col.11, line 64, ie interface device 70

connected to data transfer controller 68 for converting USB signal to the

display signals and output to the display 34,  included event ID stored in

buffer 308(FIFO) when a request for transfer is made, the control 300

uses the event ID to access transfer control parameters, including logical

address which generated sequentially which implies FIFO manner) the

bridge circuit converting the USB based display signals into corresponding

VGA signals and forwarding the VGA signals to the VGA controller which

in turn applies the VGA signals to the display device. (col.9, lines 22-51, ie

the peripheral(usb) interfaces 66 connected to interface device 70

comprising data transfer controller 68 allows communication from any

peripherals via system bus 56 and stored data to memory 72, from

memory 72 , data transfer controller process reconstruction and

conversion and output to the display 34 via video controlling path 64,

col.5, lines 4-52)

DL 000082

Application/Control Number: 10/316,013                                    Page 4
Art Unit: 2112

Finger discloses all the limitations as above except features of a USB

controller, a VGA controller and a bridge each of which is disposed

external to the computer. However, Berkert discloses the support module

62 resides in stationary base unit 46(disposed external to the computer)

which includes a USB interface 92 is driven from the bus and provides the

interconnection to the various usb peripherals and a VGA controller 94 is

provides on the support module 62 to drive the display 24. The usb

interface and VGA controller incorporated into the logic 90. (col.5, lines

39-67, figures 1 and 3)

It would have been obvious to one having ordinary skills in the art

at the time the invention was made to incorporate Berkert's teaching into

Finger's system so as to offer a general purpose computing platform that

allows for easy expandability. (col.2, lines 8-17)

As per claim 2, Finger discloses wherein the USB controller comprises a USB

socket. (fig.7, 200, the adaptor module, col.10, lines 11-40)

As per claim 3, Finger discloses wherein the VGA controller comprises a VGA

plug.  (col.11, lines 40-65), (fig.5, 64, video controlling paths connected to display

device 34 via controlling of fig.6, 68 ie data transfer controller)

As per claim 4, Finger discloses wherein the converter is encased in an adaptor

which comprises a USB socket for connection with the USB port of the computer.

Application/Control Number: 10/316,013                              Page 5
Art Unit: 2112

(fig.7, 200, ie the adaptor module), (col.10, lines 11-40)

As per claim 5, Finger discloses wherein the adaptor further comprises a VGA

plug for connection with the display device. (fig.5, 64, video controlling paths

connected to display device 34 via fig.6, 68 ie data transfer controller)

As per claim 6, Finger discloses wherein the USB controller, the bridge circuit

and the VGA controller are integrated with a display control circuit built inside the

display device. (fig1, 62, ie data processing system)

As per claim 7, Finger discloses wherein the USB controller comprises a USB

socket for connection with the USB port of the computer. (col.9, lines 22-51, ie

the peripheral(usb) interfaces 66 allow communication from any the various

peripheral to data processing system 62)

As per claim 8, Finger discloses wherein the VGA controller is directly connected

to the display control circuit of the display device. (fig.5, 64, video controlling

paths connected to display device 34 via fig.6, 68 ie data transfer controller)

3.      Claims 9-18 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Finger et al. (US Patent 6,629,926) in view of Beckert et al. (US Patent

6,175,789) and further in view of Cheng (Pub No US20040153778)

DL 000084

Application/Control Number: 10/316,013                          Page 6
Art Unit: 2112

As per claim 9, the modified of Finger discloses wherein the bridge circuit
comprising:

- a firmware interface (fig.2, 70 ie interface device) connected to the USB
  controller for receiving the bus control signal from the USB controller and;
  (col.9, lines 22-51, ie the peripheral(usb) interfaces 66 connected to
  interface device 70 comprising data transfer controller 68 allows
  communication from any peripherals via system bus 56 ,col.8, lines 41-53)

- a first-in-first-out controller connected to the USB controller for issuing the
  first-in-first-out control signal to the USB controller to receive the USB
  based display signals from the USB controller in a first-in-first-out manner ;
  and (col.10, line 65-col.11, line 64, ie interface device 70 connected to
  data transfer controller 68 for converting usb signal into display signals
  and output to the display 34, included event ID stored in buffer 308(FIFO)
  when a request for transfer is made, the control 300 uses the event ID to
  access transfer control parameters, including logical address which
  generated sequentially which implies FIFO manner)

- a display interface conversion device connected to the firmware interface,
  the first-in-first-out controller and the VGA controller (fig.5, 64 video
  controlling paths) for receiving the control signal, the firmware control
  signal and the control command data from the firmware interface and
  being controlled by the first-in-first-out control signal from the first-in-first-
  out controller to receive the USB based display signals from the USB

DL 000085

Application/Control Number: 10/316,013                                    Page 7
Art Unit: 2112

controller in a first-in-first-out manner(col.10, line 65-col.11, line 64, ie
interface device 70 connected to data transfer controller 68 for converting
usb signal to display signal output to display device included event ID
stored in buffer 308(FIFO) when a request for transfer is made, the control
300 uses the event ID to access transfer control parameters, including
logical address which generated sequentially and transfer to memory 72,
AGP command generator requests transfer to or from the memory 72, the
controller 300 writes the event ID into the interrupt buffer 304, the cpu
indicate the availability of the data and the data transfer controller 68
arbitrate request and output to the display) the display interface
conversion device converting the USB based display signals into the
corresponding VGA signals and forwarding the VGA signals to the VGA
controller. (col.9, lines 22-51, ie the peripheral(usb) interfaces 66
connected to interface device 70 comprising data transfer controller 38
allows communication from any peripherals via system bus 56 and stored
data to memory 72, from memory 72 , data transfer controller process
reconstruction and conversion and output to the display 34 via video
controlling path 64, col.5, lines 4-52)

Finger discloses all the limitations as above except issuing a DMA
control signal, a firmware control signal and control command data.
However, Cheng discloses graphics data is transferred from system

DL 000086

Application/Control Number: 10/316,013                                    Page 8
Art Unit: 2112

memory to graphics device using DMA bus-mastering and graphics

commands from memory to device also use DMA bus-mastering. [0022]

It would have been obvious to one having ordinary skills in the art at

the time the invention was made to incorporate Cheng's teaching into

Finger's system so as it will be apparent that a solution to better integrate

data buses within motherboards and graphics display devices is needed.

[0006]

As per claim 10, Finger discloses wherein the bus control signal from the USB

controller to the firmware interface comprises a PIO bus control signal. (fig.3, 70,

ie interface 66 provides I/O signals), (col.11, lines 40-65)

As per claim 11, Finger discloses wherein the firmware interface (fig.6, 68, ie

data transfer controller) Is connected to the display interface (fig.5, 64 video

controlling paths) conversion device by a control bus and a data bus. (col.9, lines

22-51, ie the peripheral(usb) interfaces 66 connected to interface device 70

comprising data transfer controller 68 allows communication from any peripherals

via system bus 56 (col.8, lines 41-53) and stored data to memory 72, from

memory 72 , data processing system process reconstruction and conversion and

output to the display )

As per claim 12, Finger discloses all the limitations as above except wherein the

DL 000087

Application/Control Number: 10/316,013                              Page 9
Art Unit: 2112

firmware interface is connected to the display interface conversion device by a

DMA address control line, a DMA length control line, a DMA trigger control line, a

firmware trigger control line and a data bus. However, Cheng discloses graphics

data is transferred from system memory to graphics device using DMA bus-

mastering and graphics commands from memory to device also use DMA bus-

mastering. [0022]

It would have been obvious to one having ordinary skills in the art at the

time the invention was made to incorporate Cheng's teaching into Finger's

system so as it will be apparent that a solution to better integrate data buses

within motherboards and graphics display devices is needed. [0006]


As per claim 13, Finger discloses  wherein the first-in-first-out controller is

connected to the USB controller by a control line and a data bus.  (col.10, line 65-

col.11, line 64, ie interface device 70 connected to data transfer controller 68 for

converting usb signal to display signals and output to display 34, included event

ID stored in buffer 308(FIFO) when a request for transfer is made, the control

300 uses the event ID to access transfer control parameters, including logical

address which generated sequentially which implies FIFO manner)


As per claim 14, Finger discloses wherein the first-in-first-out controller is

connected to the display interface conversion device by a control line and a data

bus. (col.11, lines 40-65) (col.10, line 65-col.11, line 64, ie interface device 70

DL 000088

Application/Control Number: 10/316,013                          Page 10
Art Unit: 2112

> connected data transfer controller 68 for converting usb signal to display signals
> and output to the display 34 included event ID stored in buffer 308(FIFO) when a
> request for transfer is made, the control 300 uses the event ID to access transfer
> control parameters, including logical address transferring via data control line)

As per claim 15, Finger discloses wherein the VGA signals comprise PCI type
VGA display signals. (col.12, lines 8-13)

As per claim 16, Finger discloses wherein the firmware interface, the first-in-first-
out controller and the display interface conversion device are integrated in a
single chip integrated circuit. (fig.1, 62, data processing system)

As per claim 17, Finger discloses wherein the integrated circuit comprises a field
programmable gate array integrated circuit. (fig.1, 62, data processing system)

As per claim 18, Finger discloses wherein the integrated circuit comprises an
ASIC integrated circuit. (fig.1, 62, data processing system)

### *Response to Amendment*

4.      Applicant's amendment filed on 6/16/05 have been fully considered but are moot
in view of the new ground(s) of rejection.

DL 000089

Application/Control Number: 10/316,013                                         Page 11·
Art Unit: 2112

### Conclusion

5.      Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action.  Accordingly, THIS ACTION IS MADE FINAL.  See MPEP

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

        A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

6.      *Any inquiry concerning this communication or earlier communications from the examiner should*

*be directed to Kim  Huynh whose telephone number is (571)272-3635  or via e-mail addressed to*

*[kim.huynh3@uspto.gov].  The examiner can normally be reached on M-F 9.00AM- 6.00PM. If attempts to*

*reach the examiner by telephone are unsuccessful, the examiner's supervisor, Rehana Perveen can be*

*reached at (571)272-3676 or via e-mail addressed to [rehana.perveen@uspto.gov].*

        *The fax phone numbers for the organization where this application or proceeding is assigned are*

*(571)273-8300 for regular communications and After Final communications. Any inquiry of a general*

*nature or relating to the status of this application or proceeding should be directed to the receptionist*

*whose telephone number is (571)272-2100.*

*Kim Huynh*

*August 22, 2005*

                                                        Khanh Dang
                                                        Primary Examiner

DL 000090

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| *Notice of References Cited* | | 10/316,013 | LIU, PEI-CHUNG |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Kim T. Huynh | 2112 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-6,175,789 B1 | 01-2001 | Beckert et al. | 701/33 |
| | B | US-2001/0032280 | 10-2001 | Osakada et al. | 710/129 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                     Notice of References Cited                     Part of Paper No. 20050823

DL 000091



MR1115-429

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Pei-Chung Liu | : | Group |
| Serial No: | 10/316,013 | : | Art Unit #2112 |
| Filed: | 11 December 2002 | : | Examiner: |
| Title: | USB-TO-VGA CONVERTER | : | K.T. Huynh |

### REQUEST FOR EXTENSION OF TIME UNDER RULE 1.136

Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant hereby requests an Extension of Time for two (2) months to respond to the outstanding Official Action dated 1 September 2005. With this Request for Extension of Time being granted, the Applicant shall have to and including 1 February 2006 to respond to the outstanding Official Action. In fact, an Amendment is being filed concurrently with this Request for Extension of Time.

A check in the amount of $225.00 is hereby enclosed to cover the filing fees associated with this Extension of Time. If there are any further fees necessary in this filing, the Director of Patents and Trademarks is hereby authorized to charge Deposit Account #18-2011 for such additional charges.

Respectfully submitted,

For: ROSENBERG, KLEIN & LEE

Jun Y. Lee
Registration #40,262

Dated: 1/16/2006

01/18/2006 HGLI11  00000008 10316013
01 FC:2252                 225.00 OP

Suite 101
3458 Ellicott Center Drive
Ellicott City, MD 21043
(410) 465-6678
Customer No. 04586

DL 000092

RCE *
*-PH

PTO/SB/30 (04-05)
Approved for use through 07/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Request for Continued Examination (RCE) Transmittal | Application Number | 10/316,013 |
|---|---|---|
| | Filing Date | 11 DECEMBER 2002 |
| Address to: Mail Stop RCE Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 | First Named Inventor | PEI-CHUNG LIU |
| | Art Unit | 2112 |
| | Examiner Name | K.T. HUYNH |
| | Attorney Docket Number | MR1115-429 |

(stamp: JAN 17 2006 MAIL & TRADEMARK)

This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. [Submission required under 37 CFR 1.114] *Note:* If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____
      ii. ☐ Other _____

   b. ☑ Enclosed

      i. ☑ Amendment/Reply        iii. ☐ Information Disclosure Statement (IDS)
      ii. ☑ Affidavit(s)/Declaration(s)   iv. ☑ Other 2-Month Extension of Time

2. [Miscellaneous]

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)
   b. ☐ Other _____

3. [Fees] The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 18-2011. I have enclosed a duplicate copy of this sheet.

      i. ☐ RCE fee required under 37 CFR 1.17(e)
      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)
      iii. ☑ Other Deficiencies associated with this filing only.

   b. ☑ Check in the amount of $ 620.00 enclosed ($395 - RCE Fee, $225 - Extension Fee)
   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | |
|---|---|---|
| Signature | | Date 1/16/2006 |
| Name (Print/Type) Jun Y. Lee | | Registration No. 40,262 |

CERTIFICATE OF MAILING OR TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | |
|---|---|
| Name (Print/Type) | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

01/18/2006 HML111   00000007 10316013
01 FC:2801          395.00 OP

DL 000093

MR1115-429

OIPE
JAN 1 7 2006

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Applicant: | Pei-Chung Liu | : | Group |
| Serial No: | 10/316,013 | : | Art Unit #2112 |
| Filed: | 11 December 2002 | : | Examiner: |
| Title: | USB-TO-VGA CONVERTER | : | K.T. Huynh |

AMENDMENT AFTER FINAL OFFICE ACTION

Mail Stop - AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The Examiner issued a Final Office Action dated 1 September 2005 in the above-referenced Patent Application. In that Office Action, the Examiner set a three-month shortened statutory period for reply. The reply period having now expired, a Request and Fee for a Two-month Extension of Time is concurrently filed herewith to ensure timely filing.

Responsive to the Office Action dated 1 September 2005 and the discussions had at the interview, please amend the above-referenced Patent Application as follows:

Amendments to the Claims are reflected in the Listing of Claims which begins on page 2 of this paper.

Remarks begin on page 8 of this paper.

Page 1 of 12

DL 000094

MRI115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

## IN THE CLAIMS:

This Listing of Claims will replace all prior versions, and listings, of claims in the subject Patent Application:

Listing of Claims:

1.    (Currently amended)    A USB-to-VGA converter for interconnecting a computer and a display device controlled thereby comprising:

a USB controller disposed external to the computer and adapted to detachably connect to a USB port of the computer for receiving USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer and adapted to connect to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and connecting connected between the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

Page 2 of 12

DL 000095

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

2.  (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the
    USB controller comprises a USB socket.

3.  (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the
    VGA controller comprises a VGA plug.

4.  (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the
    converter is encased in an adaptor which comprises a USB socket for
    connection with the USB port of the computer.

5.  (Original)  The USB-to-VGA converter as claimed in Claim 4, wherein the
    adaptor further comprises a VGA plug for connection with the display device.

6.  (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the
    USB controller, the bridge circuit and the VGA controller are integrated with
    a display control circuit built inside the display device.

7.  (Original)  The USB-to-VGA converter as claimed in Claim 6, wherein the
    USB controller comprises a USB socket for connection with the USB port of
    the computer.

8.  (Original)  The USB-to-VGA converter as claimed in Claim 6, wherein the
    VGA controller is directly connected to the display control circuit of the
    display device.

Page 3 of 12

DL 000096

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

9.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the

bridge circuit comprising:

a firmware interface connected to the USB controller for receiving the bus

control signal from the USB controller and issuing a DMA control

signal, a firmware control signal and control command data;

a first-in-first-out controller connected to the USB controller for issuing the

first-in-first-out control signal to the USB controller to receive the USB

based display signals from the USB controller in a first-in-first-out

manner; and

a display interface conversion device connected to the firmware interface, the

first-in-first-out controller and the VGA controller for receiving the

DMA control signal, the firmware control signal and the control

command data from the firmware interface and being controlled by the

first-in-first-out control signal from the first-in-first-out controller to

receive the USB based display signals from the USB controller in a first-

in-first-out manner, the display interface conversion device converting

the USB based display signals into the corresponding VGA signals and

forwarding the VGA signals to the VGA controller.

10.  (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the

bus control signal from the USB controller to the firmware interface

comprises a PIO bus control signal.

DL 000097

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

11.  (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a control bus and a data bus.

12.  (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a DMA address control line, a DMA length control line, a DMA trigger control line, a firmware trigger control line and a data bus.

13.  (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus.

14.  (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus.

15.  (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the VGA signals comprise PCI type VGA display signals.

16.  (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a single chip integrated circuit.

DL 000098

MR.1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

17.  (Original)  The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises a field programmable gate array integrated circuit.

18.  (Original)  The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises an ASIC integrated circuit.

19.  (Currently amended)  A discrete USB-to-VGA converter for externally interconnecting in detachable manner a computer and a display device controlled thereby comprising:

   a USB controller disposed external to the computer and detachably connected to a USB port of the computer for receiving USB based display signals from the computer, the USB controller issuing a bus control command;

   a VGA controller disposed external to the computer for connection to the display device for conveying VGA signals to the display device; and

   a bridge disposed external to the computer and interconnecting connected between the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and

Page 6 of 12

DL 000099

MRI115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

forwarding the VGA signals to the VGA controller which in turn applies

the VGA signals to the display device.

DL 000100

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

## REMARKS

Responsive to the Final Office Action dated 1 September 2005, Claims 1 and 19 are amended for further prosecution with the other pending Claims. It is believed that with such amendment of Claims, there is a further clarification of the pending Claims' recitations.

In the Office Action, the Examiner rejected Claims 1-8 and 19 under 35 U.S.C. § 103(a) as being unpatentable over the Finger, et al. reference in view of the Beckert, et al. reference. The Examiner acknowledged in this regard that Finger, et al. fails to disclose a USB controller, VGA controller, and bridge disposed external to a computer, cut cited Beckert, et al. for disclosing as much in its support module 62. The Examiner stated that Becker, et al.'s support module 62 resides in a stationary base unit 46 which is disposed external to the computer (referring presumably to the computer module 64). The Examiner then concluded that it would have been obvious to one of ordinary skill in the art to have incorporated Beckert, et al.'s disclosed features into the Finger, et al. system to arrive at the claimed apparatus.

Also in the Office Action, the Examiner rejected Claims 9-18 under 35 U.S.C. § 103(a) as being unpatentable over Finger, et al. in view of Beckert, et al., further in view of the Cheng reference. In this regard, the Examiner cited Cheng for disclosing the use of DMA bus-mastering commands, and concluded that it

Page 8 of 12

DL 000101

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

would have been obvious to one of ordinary skill in the art to have incorporated such feature into the Finger, et al. system.

As newly-amended independent Claims 1 and 19 each now more clearly recite, Applicant's USB-TO-VGA converter includes among its combination of features "a USB controller disposed external" to the given "computer" which "detachably connect[s] to a USB port of the computer," as well as a VGA controller also "disposed external to the computer." The USB-TO-VGA converter includes in addition a bridge disposed external to the computer that connects "the USB controller and the VGA controller one to the other for the passage of data therebetween," as each of the newly-amended independent Claims 1 and 19 also now more clearly recites.

The full combination of these and other features now more clearly recited by Applicant's pending Claims is nowhere disclosed by the cited references. As the Examiner readily acknowledged, the primarily-cited Finger, et al. reference fails to disclose any USB controller, VGA controller, and bridge disposed external to the given computer. Even beyond this, though, Finger, et al.'s peripheral interfaces 66, video/audio reconstruction and output 64, and interface device 70 (which the Examiner correlated respectively to the claimed USB controller, VGA, controller and bridge) merely share the same system bus 50. It does not follow that because they utilize the same system bus 50 for their respective purposes that

DL 000102

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

these functional components necessarily interact during operation in the manner now more clearly set forth in each of the newly-amended independent Claims 1 and 19. Indeed, Finger, et al. makes apparent that these system components 66, 64, and 70 typically operate rather independently. This teaches plainly away from a bridge that actually interconnects "the USB controller and the VGA controller one to the other for the passage of data therebetween," as Claims 1 and 19 now more clearly recite.

Referring to the Beckert, et al. reference which the Examiner cited for disclosing the disposition of certain components external to the computer, the reference discloses a computer system 22 prescribed to be mounted in a vehicle's dashboard. As such, such functional modules of Becker, et al. as the support module 62 and computer module 64 are both integrated into the "centralized computer 22." As Beckert, et al. specifically prescribes, not only does the "support module 62 reside[ ] in the typically stationary base unit 46 ... that is mounted in the vehicle dashboard, ... the computer module 64 resides in the dashboard-mounted base unit 46" as well (column 5; lines 40-42 and column 6; lines 47-48).

Thus, Becker, et al.'s support module 62, which the Examiner cited for containing the USB controller, VGA controller, and bridge of Applicant's Claims, is necessarily provided as a built-in part of Becker, et al.'s dashboard-mounted

Page 10 of 12

DL 000103

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

computer system, not as a separate part "external" thereto.  Even if the computer module 64, rather than the actual centralized computer 22, were taken to be the given "computer," that support module 62 is built into the same dashboard-mounted base unit 46 with the computer module 64.  It could hardly be considered "detachably connect[ed]" to such computer module 64, as Claims 1 and 19 recite.

If these were not significant departures enough from the claimed subject matter, the USB interface 92 and VGA controller 94 of Becker, et al.'s support module 62 are not in any way prescribed by the reference to be, nor are they intended to be, connected "one to the other for the passage of data therebetween" (as Claims 1 and 19 also now more clearly recite).  To the contrary, Becker, et al. plainly prescribes each to serve separate, not necessarily related, purposes.  The reference notes that the "USB interface 92 is driven from the PCI bus 66 and provides the interconnection to the various USB peripherals shown in Fig. 2," whereas the "VGA controller 94 is provided on the support module 62 to drive the display 24," (column 5; lines 57-59 and lines 62-63).

Given such contrary teachings of the Finger, et al. and Beckert, et al. references, the secondarily-cited Cheng reference is found to be quite ineffectual to the present patentability analysis.  Cheng was merely cited for disclosing the use of DMA bus-mastering commands.  The reference nowhere relates otherwise to any other deficiencies of the Finger, et al. and Beckert, et al. disclosures.

DL 000104

MR1115-429
Serial Number: 10/316,013
Reply to Office Action dated 1 September 2005

It is respectfully submitted, therefore, that the cited Finger, et al., Beckert, et al., and Cheng references, even when considered together, fail to disclose the unique combination of elements now more clearly recited by Applicant's pending Claims for the purposes and objectives disclosed in the subject Patent Application. In fact, the references teach quite clearly away from the claimed subject matter in certain notable respects.

The other references cited by the Examiner but not used in the rejection are believed to be further remote from Applicant's claimed apparatus when patentability considerations are taken properly into account.

It is now believed that the subject Patent Application has been placed fully in condition for allowance, and such action is respectfully requested.

Respectfully submitted,
For:   ROSENBERG, KLEIN & LEE

Jun Y. Lee
Registration #40,262

Dated:  1/16/2006

Suite 101
3458 Ellicott Center Drive
Ellicott City, MD 21043
(410) 465-6678
Customer No. 04586

Page 12 of 12

DL 000105

MR1115-429

*TEO*
*2112*



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Pei-Chung Liu | : | Group |
| Serial No: | 10/316,013 | : | Art Unit #2112 |
| Filed: | 11 December 2002 | : | Examiner: |
| Title: | USB-TO-VGA CONVERTER | : | K.T. Huynh |

## SUPPLEMENTAL AMENDMENT AND STATEMENT
## OF THE SUBSTANCE OF INTERVIEW

Mail Stop - AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

An interview of the Examiner her supervising Examiner was conducted by the undersigned Attorney at the U.S. Patent and Trademark Office on 1 March 2006. Responsive to the discussions had at the interview, and as a supplement to the earlier-filed 16 January 2006 Amendment, please further amend the above-referenced Patent Application as follows:

**Amendments to the Claims** are reflected in the Listing of Claims which begins on page 2 of this paper.

**Remarks** begin on page 8 of this paper.

Page 1 of 10

DL 000106

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

## IN THE CLAIMS:

This Listing of Claims will replace all prior versions, and listings, of claims in the subject Patent Application:

Listing of Claims:

1.    (Currently amended)  A USB-to-VGA converter ~~for~~ interconnecting through a USB port of a computer ~~and~~ a display device controlled ~~thereby~~ the computer comprising:

a USB controller disposed external to the computer and adapted to detachably connect to a USB port of the computer for receiving exclusively therethrough USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer and adapted to connect to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and connecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller which in turn applies the VGA signals to the display device.

Page 2 of 10

DL 000107

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

2.  (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the
    USB controller comprises a USB socket.

3.  (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the
    VGA controller comprises a VGA plug.

4.  (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the
    converter is encased in an adaptor which comprises a USB socket for
    connection with the USB port of the computer.

5.  (Original)  The USB-to-VGA converter as claimed in Claim 4, wherein the
    adaptor further comprises a VGA plug for connection with the display device.

6.  (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the
    USB controller, the bridge circuit and the VGA controller are integrated with
    a display control circuit built inside the display device.

7.  (Original)  The USB-to-VGA converter as claimed in Claim 6, wherein the
    USB controller comprises a USB socket for connection with the USB port of
    the computer.

8.  (Original)  The USB-to-VGA converter as claimed in Claim 6, wherein the
    VGA controller is directly connected to the display control circuit of the
    display device.

DL 000108

MRI 115-429
Serial Number: 10/316,013
Supplemental Reply

9.   (Original)  The USB-to-VGA converter as claimed in Claim 1, wherein the

bridge circuit comprising:

a firmware interface connected to the USB controller for receiving the bus

control signal from the USB controller and issuing a DMA control

signal, a firmware control signal and control command data;

a first-in-first-out controller connected to the USB controller for issuing the

first-in-first-out control signal to the USB controller to receive the USB

based display signals from the USB controller in a first-in-first-out

manner; and

a display interface conversion device connected to the firmware interface, the

first-in-first-out controller and the VGA controller for receiving the

DMA control signal, the firmware control signal and the control

command data from the firmware interface and being controlled by the

first-in-first-out control signal from the first-in-first-out controller to

receive the USB based display signals from the USB controller in a first-

in-first-out manner, the display interface conversion device converting

the USB based display signals into the corresponding VGA signals and

forwarding the VGA signals to the VGA controller.

10.  (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the

bus control signal from the USB controller to the firmware interface

comprises a PIO bus control signal.

Page 4 of 10

DL 000109

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

11. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a control bus and a data bus.

12. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface is connected to the display interface conversion device by a DMA address control line, a DMA length control line, a DMA trigger control line, a firmware trigger control line and a data bus.

13. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the USB controller by a control line and a data bus.

14. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the first-in-first-out controller is connected to the display interface conversion device by a control line and a data bus.

15. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the VGA signals comprise PCI type VGA display signals.

16. (Original)  The USB-to-VGA converter as claimed in Claim 9, wherein the firmware interface, the first-in-first-out controller and the display interface conversion device are integrated in a single chip integrated circuit.

Page 5 of 10

DL 000110

MRI115-429
Serial Number: 10/316,013
Supplemental Reply

17. (Original)  The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises a field programmable gate array integrated circuit.

18. (Original)  The USB-to-VGA converter as claimed in Claim 16, wherein the integrated circuit comprises an ASIC integrated circuit.

19. (Currently amended)  A discrete USB-to-VGA converter for externally interconnecting in detachable manner through a USB port of a computer and a display device controlled thereby the computer comprising:

a USB controller disposed external to the computer and detachably connected to a USB port of the computer for receiving exclusively therethrough USB based display signals from the computer, the USB controller issuing a bus control command;

a VGA controller disposed external to the computer for connection to the display device for conveying VGA signals to the display device; and

a bridge disposed external to the computer and interconnecting the USB controller and the VGA controller one to the other for the passage of data therebetween, the bridge receiving the bus control command and issuing a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner, the bridge circuit converting the USB based display signals into

Page 6 of 10

DL 000111

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

corresponding VGA signals and forwarding the VGA signals to the VGA

controller which in turn applies the VGA signals to the display device.

Page 7 of 10

DL 000112

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

## REMARKS

At the outset, the courtesies extended by the Examiner and her supervising Examiner in granting the 1 March 2006 interview are appreciatively noted. At the interview, certain of the references cited by the Examiner in the 1 September 2005 Office Action were discussed in light of the Claims amendments incorporated by the 16 January 2006 Amendment, and the further clarifying amendments to Claims 1 and 19 proposed by the undersigned Attorney, as set forth herein.

As Claims 1 and 19 each now even more clearly recite, Applicant's USB-to-VGA converter "interconnect[s] through a USB port of a computer a display device" that is then controlled by such computer. The converter includes among its combination of features that of a USB controller "external to the computer" which "detachably" connects to the computer's USB port for "receiving exclusively therethrough" the "USB based display signals from the computer," as each of these independent Claims 1 and 19 also now more clearly recites.

The Examiners acknowledged at the interview that the primarily-cited Finger, et al. reference fails to actually disclose the full combination of features recited by the pending Claims, as distinguished in the earlier-filed Amendment. The Examiners further acknowledged that the Beckert, et al. reference appears to be overcome by the Claims as amended.

Page 8 of 10

DL 000113

MRI 115-429
Serial Number: 10/316,013
Supplemental Reply

Turning more specifically to Beckert et al., the reference is generally directed to an in-dash computer system 22 for a vehicle, within which the support module 62 and computer module 64 are fixedly integrated. Apart from the fact that the disclosed in-dash structure explicitly negates any detachability feature between the computer module 64 and any component of support module 62 (as addressed in the 16 January 2006 Amendment), the modules 62 and 64 are coupled specifically through a PCI bus interconnect 66. The full interoperability prescribed for these modules contemplate and depend as much on such interconnect means. Quite telling in this regard is that the reference explicitly notes the VGA controller 94 itself to be directly "driven from the PCI bus" (column 5, line 64), rather than through any USB-to-VGA converter interconnected to a computer "through a USB port of ...[that] computer," as Claims 1 and 19 recite. Hence, the reference hardly teaches the claimed converter, much less one connected through a USB port of the given computer to receive the computer's "USB based display signals" "exclusively therethrough," as Claims 1 and 19 further clarify.

As pointed out in the earlier-filed Amendment, moreover, Beckert et al.'s USB interface 92 and VGA controller 94 are not themselves interconnected "one to the other for the passage of data therebetween" (as Claims 1 and 19 also recite). They are specified to serve separate, not necessarily related, purposes, with the USB interface 92 – like the VGA controller 94 - being "driven from the PCI bus

DL 000114

MR1115-429
Serial Number: 10/316,013
Supplemental Reply

66," so as to "provide[ ] the interconnection to the various USB peripherals shown

in Fig. 2," while the "VGA controller 94" serves separately "to drive the display

24," (column 5; lines 57-59 and lines 62-63).

It is now believed that the subject Patent Application has been placed fully

in condition for allowance, and such action is respectfully requested.

Respectfully submitted,
For:   ROSENBERG, KLEIN & LEE

Jun Y. Lee
Registration #40,262

Dated:  3/2/2006

Suite 101
3458 Ellicott Center Drive
Ellicott City, MD 21043
(410) 465-6678
Customer No. 04586

DL 000115

| *Interview Summary* | Application No. | Applicant(s) |
| --- | --- | --- |
| | 10/316,013 | LIU, PEI-CHUNG |
| | Examiner | Art Unit | |
| | Kim T. Huynh | 2112 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Kim T. Huynh, USPTO.*　　　　　　　　　　(3) *Jun Lee, 40,262.*

(2) *John Cottingham, USPTO.*　　　　　　　　　(4) _____

Date of Interview: _____ .

Type:　a)☐ Telephonic　b)☐ Video Conference
　　　c)☒ Personal [copy given to: 1)☐ applicant　　2)☐ applicant's representative]

Exhibit shown or demonstration conducted:　d)☒ Yes　　e)☐ No.
　　If Yes, brief description: *showed the product* .

Claim(s) discussed: *1* .

Identification of prior art discussed: *Finger and Becker* .

Agreement with respect to the claims f)☐ was reached.　g)☐ was not reached.　h)☒ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was
reached, or any other comments: *Discussed the proposed amendment which may appeared to be overcomed the
cited prior arts. Examiner will further search and reconsider.*

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims
allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims
allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE
INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS
GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS
INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO
FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview
requirements on reverse side or on attached sheet.

Examiner Note: You must sign this form unless it is an
Attachment to a signed Office action.　　　　　　　　　　　　Examiner's signature, if required

U.S. Patent and Trademark Office
PTOL-413 (Rev. 04-03)　　　　　　　　　Interview Summary　　　　　　　Paper No. 20060301

DL 000116

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Chung Liu | MR1115-429 | 2895 |

4586    7590    05/15/2006

ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD  21043

| EXAMINER |
|---|
| HUYNH, KIM T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2112 | |

DATE MAILED: 05/15/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

DL 000117

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Rosenberg, Klein & Lee
3458 Ellicott Center Drive
Suite 101
Ellicott City, Maryland 21043

APR 2 4 2006

| | |
|---|---|
| In re Application of: Pei-Chung Liu | ) |
| Application No. 10/316,013 | ) |
| Filed:  December 11, 2002 | )  **NOTIFICATION OF** |
| U.S. Publication No. 2004/0117538 | )  **IDENTIFICATION OF PRIOR** |
| Published: June 17, 2004 | )  **ART IN LATE PROTEST** |
| For:    USB-TO-VGA CONVERTER | )  **UNDER 37 C.F.R. § 1.291(a)** |

The protest filed April 19, 2006 under 37 C.F.R. §1.291(a) was filed after the June 17, 2004, publication date of the application.

Because the protest was filed after publication of the application it is untimely and it is not being entered in the application file.  A copy of the protest was served on applicant and the original submitted to the Office by the protestor is being discarded . (MPEP § 1901.06)

If appropriate, Applicant may wish to consider submitting prior art from the protest pursuant to 37 C.F.R. §1.97 and 37 C.F.R. §1.56 during the prosecution of the application.

Pinchas M. Laufer
Special Programs Examiner
Technology Center 2100
Computer Architecture, Software, and Information Security
(571) 272-3599

DL 000118

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Rosenberg, Klein & Lee
3458 Ellicott Center Drive
Suite 101
Ellicott City, Maryland 21043

APR 2 4 2006

In re Application of: Pei-Chung Liu          )
Application No. 10/316,013                    )
Filed:   December 11, 2002                    )     **NOTIFICATION OF**
U.S. Publication No. 2004/0117538             )     **IDENTIFICATION OF PRIOR**
Published: June 17, 2004                      )     **ART IN LATE PROTEST**
For:    USB-TO-VGA CONVERTER                  )     **UNDER 37 C.F.R. § 1.291(a)**

The protest filed April 19, 2006 under 37 C.F.R. §1.291(a) was filed after the June 17, 2004,
publication date of the application.

Because the protest was filed after publication of the application it is untimely and it is not being
entered in the application file. A copy of the protest was served on applicant and the original
submitted to the Office by the protestor is being discarded . (MPEP § 1901.06)

If appropriate, Applicant may wish to consider submitting prior art from the protest pursuant to 37
C.F.R. §1.97 and 37 C.F.R. §1.56 during the prosecution of the application.

Pinchus M. Laufer
Special Programs Examiner
Technology Center 2100
Computer Architecture, Software, and Information Security
(571) 272-3599

DL 000119

| *Notice of Allowability* | Application No. | Applicant(s) |
| --- | --- | --- |
| | 10/316,013 | LIU, PEI-CHUNG |
| | Examiner | Art Unit | |
| | Kim T. Huynh | 2112 | |

*— The MAILING DATE of this communication appears on the cover sheet with the correspondence address—*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *4/24/06*.

2. ☒ The allowed claim(s) is/are *1-19*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____.
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
       1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
       Paper No./Mail Date _____.
    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____
7. ☐ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

DL 000120

Application/Control Number: 10/316,013                                          Page 2
Art Unit: 2112

## DETAILED ACTION

### *Allowable Subject Matter*

1.    Applicant's amendment filed on 4/24/06 have been fully considered and are persuasive.

2.    The following is an examiner's statement of reasons for allowance:

Applicant's claimed invention is deemed allowable over the prior art of record as the prior art, alone or in combination, fails to teach or suggest a USB controller external to the computer which detachably connects to the computer's USB port for receiving exclusively therethrough the USB based display signals from the computer, the USB controller issuing a bus control command in combination with other limitations as recited in independent claims and further in view of the specification and applicant's arguments.

3.    Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### *Conclusion*

4.    *Any inquiry concerning this communication or earlier communications from the examiner should be directed to Kim Huynh whose telephone number is (571)272-3635 or via e-mail addressed to [kim.huynh3@uspto.gov]. The examiner can normally be reached on M-F 9.00AM- 6:00PM. If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Rehana Perveen can be reached at (571)272-3676 or via e-mail addressed to [rehana.perveen@uspto.gov].*

*The fax phone numbers for the organization where this application or proceeding is assigned are (571)273-8300 for regular communications and After Final communications. Any inquiry of a general*

DL 000121

Application/Control Number: 10/316,013                                    Page 3
Art Unit: 2112

nature or relating to the status of this application or proceeding should be directed to the receptionist

whose telephone number is (571)272-2100.


Kim Huynh

May 11, 2006

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 04586 | 7590 | 05/16/2006 |
|---|---|---|

ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043

| EXAMINER |
|---|
| HUYNH, KIM T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2112 | |

DATE MAILED: 05/16/2006

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Fei-Chung Liu | MRI1115-429 | 2895 |

TITLE OF INVENTION: USB-TO-VGA CONVERTER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 08/16/2006 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

| If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status: | If the SMALL ENTITY is shown as NO: |
|---|---|
| A. If the status is the same, pay the TOTAL FEE(S) DUE shown above. | A. Pay TOTAL FEE(S) DUE shown above, or |
| B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or | B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above. |

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER:** Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

PTOL-85 (Rev. 01/06) Approved for use through 04/30/2007.

DL 000123

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

```
04386     7590     05/16/2006
ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043
```

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Cheng Liu | MRI1115-429 | 2895 |

TITLE OF INVENTION: USB-TO-VGA CONVERTER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 08/16/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HUYNH, KIM T | 2112 | 710-315000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                     (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are enclosed:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 01/06) Approved for use through 04/30/2007.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DL 000124

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Chung Liu | MRI115-429 | 2895 |

04586    7590    05/16/2006
ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043

| EXAMINER |
|---|
| HUYNH, KIM T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2112 | |

DATE MAILED: 05/16/2006

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 352 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 352 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 01/06) Approved for use through 04/30/2007.

DL 000125



MR1115-429

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Pei-Chung Liu | : | Group |
| Serial No: | 10/316,013 | : | Art Unit #2112 |
| Filed: | 11 December 2002 | : | Examiner: |
| Title: | USB-TO-VGA CONVERTER | : | K.T. Huynh |

### INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The Applicant wishes to make the following art reference of record in the above-identified Patent Application pursuant to 37 C.F.R. §§ 1.97 and 1.98, and to the Duty of Disclosure set forth in 37 C.F.R. § 1.56.

Although the information submitted herewith may be "material" to the Examiner's consideration of the subject Patent Application, this submission is not intended to constitute an admission that such information is "prior art" as to the claimed invention.

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement (IDS) shall not be construed to mean that a search was made or that no other material information, as defined in 37 C.F.R. § 1.56(b), exists.

06/14/2006 HALI11    00000008 10316013
01 FC:1806              180.00 OP

Page 1 of 3

DL 000126

MR1115-429
Serial Number: 10/316,013

The cited Patent References are:

| Ref. No. | Patent/Appl. No. | Issue/Pub. Date | Inventor(s)/Applicant(s) |
|----------|------------------|-----------------|--------------------------|
| A1 | 2004/0021615 | 02/05/2004 | Benson, et al. |
| A2 | 2002/0135584 | 09/26/2002 | Lee |

The cited Non-Patent References are:

| Ref. No. | Pub. Title. | Pub. Date | Name(s) |
|----------|-------------|-----------|---------|
| B1 | "VinChip Announces Release of USB-PCI Device Bridge IP" | (uncertain) | K. Subramaniam |
| B2 | USBN9602 (Universal Serial Bus) Full Speed Function Controller With DMA Support | 11/1998 | National Semiconductor |

A Form PTO/SB/08A (Substitute for Form 1449/PTO) is submitted along with this document.  Reference A1 was not cited in a communication from a foreign patent office in a counterpart foreign application; however, it was not known to Applicant or any other individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this IDS.  It is requested that the Examiner consider the reference and make it of record in the above-referenced Patent Application.

DL 000127

MR1115-429
Serial Number: 10/316,013

This IDS is being submitted after the mailing of a Notice of Allowance.

Accordingly, a check in the amount of $180.00 is attached to cover the fee due for

this IDS. Should there be any additional fees due in connection with this filing,

the Director Patents and Trademarks is hereby authorized to charge Deposit

Account #18-2011 for such additional fees.

Respectfully submitted,
FOR: ROSENBERG, KLEIN & LEE

Jun Y. Lee
Registration No. 40,262

Dated: 6/13/2006

Suite 101
3458 Ellicott Center Drive
Ellicott City, MD 21043
(410) 465-6678

Page 3 of 3

DL 000128

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Chang Liu | MR1115-429 | 2895 |

4586     7590     06/29/2006

ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD  21043

| EXAMINER |
|---|
| HUYNH, KIM T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2112 | |

DATE MAILED: 06/29/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

DL 000129



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./<br>CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR /<br>PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 10 316 013 | | | |

| EXAMINER |
|---|
| |

| ART UNIT | PAPER |
|---|---|
| | 10/316,013 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

The IDS filed on 6/13/06 has been considered and made of record. Copies of the PTO form 1449 have been attached with this communication.

Kim Huynh
AU 2112

REHANA PERVEEN
SUPERVISORY PATENT EXAMINER
6/26/06

PTO-90C (Rev.04-03)

DL 000130

PTO/SB/08A (07-05)

Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**Complete if Known**

Substitute for form 1449A/PTO

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

(Use as many sheets as necessary)

Sheet | of

| Application Number | 10/318,013 |
| Filing Date | 11 DECEMBER 2002 |
| First Named Inventor | PEI-CHUNG LIU |
| Art Unit | 2112 |
| Examiner Name | K.T. HUYNH |
| Attorney Docket Number | MR1115-429 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| KH | A1 | US-2004/0021815 | 02/05/2004 | BENSON, ET AL. | |
| KH | A2 | US-2002/0135584 | 09/26/2002 | LEE | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ Number⁴ Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Kim Huynh/ | Date Considered | 06/26/2006 |

DL 000131

PTO/SB/08B (07-05)
Approved for use through 07/31/2006, OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 10/316,013 |
| Filing Date | 11 DECEMBER 2002 |
| First Named Inventor | PEI-CHUNG LIU |
| Art Unit | 2112 |
| Examiner Name | K.T. HUYNH |
| Attorney Docket Number | MR1115-429 |

Sheet | | of | 2

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| KH | B1 | SUBRAMANIAM, K,"VinChip Announces Release of USB-PCI Device Bridge IP", San Jose, CA | |
| KH | B2 | NATIONAL SEMICONDUCTOR, USBN9602 (Universal Serial Bus) Full Speed Function Controller With DMA Support, 11/1998 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Kim Huynh/ | Date Considered | 06/26/2006 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DL 000132

MR1115-429 

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Pei-Chung Liu | : | Group |
| Serial No: | 10/316,013 | : | Art Unit #2112 |
| Filed: | 11 December 2002 | : | Examiner: |
| Title: | USB-TO-VGA CONVERTER | : | K.T. Huynh |

## RESUBMISSION OF INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant wishes to resubmit the Information Disclosure Statement which was previously submitted to the USPTO on 13 June 2006. The resubmission of the Information Disclosure Statement is being made due to the fact that subsequent to the filing of the original Information Disclosure Statement on 13 June 2006, the undersigned attorney became aware that one of the references cited, namely, the Lee Patent Application Publication 2002/0135584, having a publication date of 26 September 2002 (now abandoned) was found to be an application which was filed by the undersigned attorney's firm of Rosenberg, Klein & Lee (RKL).

However, in the original Information Disclosure Statement filed on 13 June 2006, a statement was made that the references were "not known to Applicant or any other individual designated in 37 CFR § 1.56(c) more than three months prior

Page 1 of 3

DL 000133

MR1115-429
Serial Number: 10/316,013

to the filing of this IDS." In fact, the original IDS was filed responsive to a protest

made by a third party and at the time the IDS was filed with the USPTO, the

attorneys for Applicant, namely, RKL did not notice that the Lee Patent

Application was filed by RKL.

Subsequent to the filing of the original IDS, it was noticed that RKL were

the attorneys for the Lee application.

Thus, in order to remove even the remotest appearance of impropriety, an

RCE has been requested in the above-referenced patent application with this

resubmission of the Information Disclosure Statement being made.

The cited Patent References which are the same as those filed in the

original Information Disclosure are:

| Ref. No. | Patent/Appl. No. | Issue/Pub. Date | Inventor(s)/Applicant(s) |
|----------|------------------|-----------------|--------------------------|
| A1 | 2004/0021615 | 02/05/2004 | Benson, et al. |
| A2 | 2002/0135584 | 09/26/2002 | Lee |

The cited Non-Patent References are:

| Ref. No. | Pub. Title. | Pub. Date | Name(s) |
|----------|-------------|-----------|---------|
| B1 | "VinChip Announces Release of USB-PCI Device Bridge IP" | (uncertain) | K. Subramaniam |
| B2 | USBN9602 (Universal Serial Bus) Full Speed Function Controller With DMA Support | 11/1998 | National Semiconductor |

DL 000134

MR1115-429
Serial Number: 10/316,013

A Form PTO/SB/08A (Substitute for Form 1449/PTO) is submitted along

with this document.

This resubmission of the IDS is being submitted after the mailing of the

Notice of Allowance.  It is not known whether a further check in the amount of

$180.00 is payable to the USPTO for this resubmission of the IDS.

Should there be any fees due in connection with this filing, the Honorable

Director of Patents and Trademarks is hereby authorized to charge Deposit

Account 18-2011 for such additional fees.

Respectfully submitted,
FOR: ROSENBERG, KLEIN & LEE

Morton J. Rosenberg
Registration No. 26,049

Dated: 15 Aug. 2006

Suite 101
3458 Ellicott Center Drive
Ellicott City, MD 21043
(410) 465-6678

Page 3 of 3

DL 000135

PTO/SB/08A (07-05)
Approved for use through 07/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

## INFORMATION DISCLOSURE
## STATEMENT BY APPLICANT
(Use as many sheets as necessary)

Sheet | 1 | of | 2

| Complete if Known | |
|---|---|
| Application Number | 10/316,013 |
| Filing Date | 11 DECEMBER 2002 |
| First Named Inventor | PEI-CHUNG LIU |
| Art Unit | 2112 |
| Examiner Name | K.T. HUYNH |
| Attorney Docket Number | MR1115-429 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| KH | A1 | US- 2004/0021615 | 02/05/2004 | BENSON, ET AL. | |
| KH | A2 | US- 2002/0135584 | 09/26/2002 | LEE | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document — Country Code³ Number⁴ Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Kim Huynh/ | Date Considered | 10/11/2006 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DL 000136

PTO/SB/08 (07-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT  (Use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | 10/318,013 |
| | Filing Date | 11 DECEMBER 2002 |
| | First Named Inventor | PEI-CHUNG LIU |
| | Art Unit | 2112 |
| | Examiner Name | K.T. HUYNH |
| Sheet | 2 | of | 2 | Attorney Docket Number | MR1115-429 |

Substitute for form 1449/PTO

OIPE
AUG 1 6 2005

| NON PATENT LITERATURE DOCUMENTS | | | | |
|---|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | | T² |
| KH | B1 | SUBRAMANIAM, K,"VinChip Announces Release of USB-PCI Device Bridge IP", San Jose, CA | | |
| KH | B2 | NATIONAL SEMICONDUCTOR, USBN9602 (Universal Serial Bus) Full Speed Function Controller With DMA Support, 11/1998 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Examiner Signature | /Kim Huynh/ | Date Considered | 10/17/2006 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Applicant's unique citation designation number (optional). ² Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DL 000137

RCE$

PTO/SB/30 (07-06)
Approved for use through 09/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Request for Continued Examination (RCE) Transmittal | Application Number | 10/316,013 |
|---|---|---|
| | Filing Date | 11 December 2002 |
| | First Named Inventor | Pei-Chung Liu |
| Address to: Mail Stop RCE Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 | Art Unit | 2112 |
| | Examiner Name | K. T. Huynh |
| | Attorney Docket Number | MR1115-429 |

AUG 16 2006

This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      ii. ☐ Other _____

   b. ☑ Enclosed

      i. ☐ Amendment/Reply          iii. ☑ Information Disclosure Statement (IDS)

      ii. ☐ Affidavit(s)/ Declaration(s)    iv. ☐ Other _____

2. **Miscellaneous**

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   b. ☐ Other _____

3. **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 19-2011. I have enclosed a duplicate copy of this sheet.

      i. ☐ RCE fee required under 37 CFR 1.17(e)

      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)

      iii. ☐ Other _____

   b. ☑ Check in the amount of $ 395.00 _____ enclosed

   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

   **WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | |
|---|---|---|
| Signature | Date | 8/16/2006 |
| Name (Print/Type) Morton J. Rosenberg | Registration No. | 26,049 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | |
|---|---|
| Name (Print/Type) | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Customer No.
04586

DL 000138

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 10/316,013 | LIU, PEI-CHUNG |
| | Examiner | Art Unit |
| | Kim T. Huynh | 2112 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEEP 1308.

1. ☒ This communication is responsive to 8/16/06.

2. ☒ The allowed claim(s) is/are 1-18.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All    b) ☐ Some*   c) ☐ None    of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ Including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
      1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
   (b) ☐ Including changes required by the attached Examiner's Amendment / Comment or in the Office action of
      Paper No./Mail Date _____ .

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO/SB/08),
   Paper No./Mail Date 8/16/06
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413),
   Paper No./Mail Date _____ .
7. ☐ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

REHANA PERVEEN
SUPERVISORY PATENT EXAMINER
10/12/06

U.S. Patent and Trademark Office
PTOL-37 (Rev. 08-06)                    Notice of Allowability                    Part of Paper No./Mail Date 20061011

 **United States Patent and Trademark Office**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | EXAMINER |
|---|---|---|---|
| 04586 | 7590 | 10/23/2006 | HUYNH, KIM T |

ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043

| ART UNIT | PAPER NUMBER |
|---|---|
| 2112 | |

DATE MAILED: 10/23/2006

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Chang Liu | MR1115-429 | 2895 |

TITLE OF INVENTION: USB-TO-VGA CONVERTER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 01/23/2007 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

DL 000140

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** Mail   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or Fax   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

04586    7290    10/23/2006

ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Chang Liu | MR1115-429 | 2895 |

TITLE OF INVENTION: USB-TO-VGA CONVERTER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 01/23/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HUYNH, KIM T | 2112 | 710-315000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,   1 _____
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.   2 _____   3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
   ☐ Issue Fee
   ☐ Publication Fee (No small entity discount permitted)
   ☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
   ☐ A check is enclosed.
   ☐ Payment by credit card. Form PTO-2038 is attached.
   ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
   ☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DL 000141



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,913 | 12/11/2002 | Pei-Chang Liu | MR1115-429 | 2895 |

| EXAMINER |
|---|
| HUYNH, KIM T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2112 | |

04584    7590    10/23/2006
ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043

DATE MAILED: 10/23/2006

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 352 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 352 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/10/2007.

DL 000142

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

| 04586 | 7590 | 10/23/2006 |
| | | |

ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043

*[stamp: OIPE NOV 0 1 2006]*

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 12/11/2002 | Pei-Chung Liu | MR1115-429 | 2895 |

TITLE OF INVENTION: USB-TO-VGA  CONVERTER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 01/23/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HUYNH, KIM T | 2112 | 710-315000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   □ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   □ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,    1 _Rosenberg, Klein & Lee_
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.    2 _____
   3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Magic Control Technology Corporation    Taipei, Taiwan, R.O.C.

Please check the appropriate assignee category or categories (will not be printed on the patent):    □ Individual    ☒ Corporation or other private group entity    □ Government

4a. The following fee(s) are submitted:
   ☒ Issue Fee
   ☒ Publication Fee (No small entity discount permitted)
   □ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
   ☒ A check is enclosed.
   □ Payment by credit card. Form PTO-2038 is attached.
   ☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _18-2011_ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
   □ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    □ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____(signature)_____    Date _31 Oct 2006_

Typed or printed name _Morton J. Rosenberg_    Registration No. _26,049_

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Customer No.
04586

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007. OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DL 000143

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/316,013 | 04/10/2007 | 7203788 | MR1115-429 | 2895 |

4586     7590     03/21/2007
ROSENBERG, KLEIN & LEE
3458 ELLICOTT CENTER DRIVE-SUITE 101
ELLICOTT CITY, MD 21043

## ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 392 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Pei-Chung Liu, ChungHo City, TAIWAN;

IR103 (Rev. 11/05)

DL 000144

- BEST AVAILABLE COPY -

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2001

Application or Docket Number: 10,316,013

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY TYPE ☐ | OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|

| | | | RATE | FEE | | RATE | FEE |
|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | 15 | | | | | | |
| FOR | NUMBER FILED | NUMBER EXTRA | BASIC FEE | 370.00 | OR | BASIC FEE | 740.00 |
| TOTAL CHARGEABLE CLAIMS | 15 minus 20= | 0 | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | 1 minus 3 = | 0 | X42= | | OR | X84= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ | +140= | | OR | +280= | |
| | | | TOTAL | 370 | | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|---|

**AMENDMENT A**

| | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in th  appropriate box in column 1.

FORM PTO-875  (Rev. 8/01)    ☆U.S GPO 2001 482-124 / 59137    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

DL 000145

BEST AVAILABLE COPY

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2001

Application or Docket Number

10,316,013

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 16 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 16 minus 20= | 0 |
| INDEPENDENT CLAIMS | 1 minus 3 = | 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

SMALL ENTITY TYPE ☐ OR OTHER THAN SMALL ENTITY

| RATE | FEE | | RATE | FEE |
|---|---|---|---|---|
| BASIC FEE | 370.00 | OR BASIC FEE | 740.00 |
| X$ 9= | | OR X$18= | |
| X42= | | OR X$84= | |
| +140= | | OR +280= | |
| TOTAL | 370 | OR TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

J Feind
6 16 05

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | 19 | Minus ** | 20 | 0 |
| Independent | 2 | Minus *** | 3 | 0 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

SMALL ENTITY OR OTHER THAN SMALL ENTITY

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X$84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus ** | | |
| Independent | | Minus *** | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X$84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus ** | | |
| Independent | | Minus *** | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X$84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/01)    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

DL 000146

# MPI Family Report (Family Bibliographic and Legal Status)

In the MPI Family report, all publication stages are collapsed into a single record, based on identical application data. The bibliographic information displayed in the collapsed record is taken from the latest publication.

**Report Created Date:**   2007-08-09

**Name of Report:**

**Number of Families:**  1

**Comments:**

## Table of Contents

1.    US7203788B2   20070410   MAGIC CONTROL TECHNOLOGY CORP      TW
      USB-to-VGA converter ................................................................................................................................    1



DL 000147

**Family1**

**2 records in the family, collapsed to 1 records.**

**US7203788B2    20070410**
**US2004117538A1 20040617**

(ENG) USB-to-VGA converter

**Assignee:** MAGIC CONTROL TECHNOLOGY CORP    TW

**Inventor(s):** LIU PEI CHUNG   TW

**Application No:** US  31601302  A

**Filing Date:** 20021211

**Issue/Publication Date:** 20070410



**Abstract:** (ENG) A USB-to-VGA converter includes a USB controller connectable to a USB port of a computer for receiving USB based display signals from the computer, a VGA controller connectable to a display device for conveying VGA signals to the display device and a bridge connected between the USB controller and the VGA controller. The bridge receives a bus control command from the USB controller and issues a first-in-first-out control signal to the USB controller to receive the USB based display signals from the USB controller in a first-in-first-out manner. The bridge circuit converts the USB based display signals into corresponding VGA signals and forwarding the VGA signals to the VGA controller, which in turn applies the VGA signals to the display device. No display interface card is required inside the host computer for generation of the VGA signals.

**Priority Data:** US 31601302 20021211 A;

**Related Application(s):** 10/316013  20021211  20040117538  20040617  US

**IPC (International Class):** G06F01336

**ECLA (European Class):** G06F00314; G09G00500

**US Class:** 710315; 710100; 710107; 710305; 710306

**Publication Language:** ENG

**Filing Language:** ENG

**Agent(s):** Rosenberg, Klein & Lee

**Examiner Primary:** Perveen, Rehana

**Examiner Assistant:** Huynh, Kim T.

**US Post Issuance:**
    --US Litigations: Displaylink Corporation  Displaylink Corporation  20070410
    N.D. California  3:07cv1998   ; Displaylink Corporation  Displaylink Corporation  20070410
    N.D. California  5:07cv1998

**Assignments Reported to USPTO:**
    Reel/Frame: 13564/0969  Date Signed: 20021203  Date Recorded: 20021211
    Assignee: MAGIC CONTROL TECHNOLOGY CORPORATION 6F, NO. 120-11, CHUNGSHAN ROAD
        SECTION 3 CHUNGHO CITY TAIPEI R.O.C. TAIWAN



**DL 000148**

**Assignor:** LIU, PEI-CHUNG

**Corres. Addr:** ROSENBERG, KLEIN & LEE MORTON J. ROSENBERG 3458 ELLICOTT CENTER DRIVE, SUITE 101 ELLICOTT CITY, MD 21043

**Brief:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Legal Status:**   There is no Legal Status information available for this patent

 *MicroPatent Patent Index - an enhanced INPADOC database*

**DL 000149**

| USPTO Maintenance Report | | | | |
|---|---|---|---|---|
| Patent Bibliographic Data | | | 08/09/2007 01:41 PM | |
| Patent Number: | 7203788 | Application Number: | 10316013 | |
| Issue Date: | 04/10/2007 | Filing Date: | 12/11/2002 | |
| Title: | USB-TO-VGA CONVERTER | | | |
| Status: | 4th year fee window opens: 04/12/2010 | | Entity: | Small |
| Window Opens: | 04/12/2010 | Surcharge Date: | 10/13/2010 | Expiration: | N/A |
| Fee Amt Due: | Window not open | Surchg Amt Due: | Window not open | Total Amt Due: | Window not open |
| Fee Code: | 2551 | MAINTENANCE FEE DUE AT 3.5 YEARS | | | |
| Surcharge Fee Code: | | | | | |
| Most recent events (up to 7): | | No Maintenance History Found --- End of Maintenance History --- | | | |
| Address for fee purposes: | ROSENBERG, KLEIN & LEE 3458 ELLICOTT CENTER DRIVE-SUITE 101 ELLICOTT CITY, MD 21043 | | | | |

DL 000150