# EXHIBIT 3b

1  follows.
2      Q. Does the '788 patent disclose any alternate
3  embodiment to that which you just described?
4      A. Well --
5      Q. A different implementation?
6      A. Well, it discloses a couple of -- it lists
7  two, maybe three different embodiments. But each of
8  those cases, basically, maybe the signal naming is a
9  little different. One goes from a PCI interface to
10  AGP and -- I mean slightly different signal type.
11  But the concept of what bridge does is the same. It
12  operates in the manner that I described to you
13  earlier.
14      Q. Can I ask why, in this instance, you
15  construed the term bridge according to the lone
16  embodiment that's disclosed in the '788 patent, but
17  when it comes to display device and VGA signals that
18  go to that, you don't -- you don't similarly limit
19  that term?
20      A. Actually, Mr. -- I always have a hard time
21  saying your name. Dietzel?
22      Q. Dietzel. Yes.
23      A. Actually, I don't do what you just said.
24      If you look at what I construed here, it
25  says, "Device that converts electrical signals

Page 98

1  between different domains in the form understood by
2  the receiving domains" -- it's very generic --
3  "through which each signal travels over a fixed
4  path." It's what bridges do, in a generic term as
5  one of ordinary skill in the art would.
6      I mean, this -- when I say, "intrinsic
7  evidence," is just to -- I used that intrinsic
8  evidence to confirm that the definition that I have
9  given is consistent. And it is. That's not really
10  the basis for this development. I mean, it's just to
11  make sure that the bridge that is stated here is
12  really what the claims language meant, and then make
13  sure that that is also consistent with what is being
14  stated in the patent specification.
15      Q. Did you have an opportunity to look at in
16  DisplayLink's intrinsic evidence, the IEEE dictionary
17  definition for bridge?
18      A. Yeah. You know what, the IEEE dictionary
19  definition that I received is incomplete. It kind of
20  ends there. We didn't get a complete dictionary
21  term. It still said it here. It's one bus to
22  another, dot, dot, dot. And I don't know what else
23  is coming after that.
24      But as far as this intrinsic portion, the
25  IEEE dictionary -- and, you know, you have to

Page 99

1  understand, IEEE is a standard organization. And it
2  talks about logical protocol translation from one bus
3  to another. The bridge does not have to go from bus
4  to another bus, like in the case of VGA here. VGA
5  device does not have to be necessarily a bus.
6      It just -- I think it's more appropriate to
7  say one electrical domain to another electrical
8  signal domain. Because, you know, it doesn't have
9  to -- there is nothing in the bridge that says it has
10  to be buses on both sides; in that manner, it has to
11  work on logical protocol translation. I mean, I
12  think that's quite a bit restrictive.
13      Q. Are you aware of a VGA controller that can
14  receive data not over a bus?
15      A. Well, once again, I have a comment regarding
16  that as well. The VGA controller chip that Dr. Jones
17  was mentioning -- describing this morning, I don't
18  think there is a generic term for VGA controller,
19  that everybody knows exactly what that is.
20      However, I do know VGA controller chips --
21  there are many chips of such. I think he made that
22  point pretty clearly. There are many commercial
23  chips that does VGA controlling on the motherboard,
24  as part of a motherboard. You know, because the
25  motherboard in a computer is a really quite well-

Page 100

1  defined architecture. So many vendors will compete
2  for that particular socket, the VGA controller chip
3  socket.
4      But having said that, VGA controller is
5  really not a generally-defined term, I don't think.
6  I mean nobody -- if I say "VGA controller," it could
7  have many variations, or it could have many
8  connotation.
9      In fact, Dr. Jones this morning also said
10  that a VGA controller board, the graphics board,
11  could have a PCI here, AGP here, and he even has his
12  own something different one that he mentioned. I
13  even don't know what he said. I --
14      Q. He said ISA, I-S-A.
15      A. Yeah, I-S-A. So it could have others, too.
16  I mean, those are just three.
17      So when you say "VGA controller," I don't
18  think there is really general definition for it. So,
19  once again, in a context of a patent, that VGA
20  controller just means, you know, it's connecting one
21  side, a bridge, and connecting the other side, the
22  VGA device drive.
23      Q. Is there a description in the '788 patent
24  that has the VGA controller, as used in the '788
25  patent, coupled to the bridge by anything other than

Page 101

26 (Pages 98 to 101)

1 a bus?
2   A. Let me take that.
3     Actually, this diagram -- So VGA controller
4 20 is connected to bridge 30 by a signal "D." Now,
5 if I look at "D" in the specification -- I think "D"
6 is mentioned as a bus. It's just to say "VGA
7 signals."
8     I'm even looking at "D." No, I don't think
9 that "D" was mentioned as a bus at all. It's only
10 mentioned as a VGA signal or some VGA -- yes, it says
11 the VG -- the corresponding VGA signal -- that's on
12 column 3, on line, you know, 1, 2, 3, and, you know,
13 in the beginning at the top.
14     It says, "Conversion device 33 then converts
15 USB based display signal into the corresponding VGA
16 signal D and applies the VGA signals D to the display
17 device 300."
18     Now, other signals, for example, just coming
19 down a little more below, in line 13 of that same
20 column, it says the "C" is a data bus. Okay. It
21 talks about bus there specifically. But I don't
22 think VGA signal was ever mentioned as a bus.
23   Q. Column 2, line 52?
24   A. Let me see.
25   Q. "USB based display signals into the

Page 102

1 have to put the information but also have to say
2 which one is the target. It could be all of it, but
3 you still need to say.
4     Now, if there is one device connected
5 directly to another device and there is no other
6 possibility in between, generally they're like a
7 wiring or cable, you know, like a cable that connects
8 to your computer to a VGA device. We call that a
9 cable, not particularly a bus. Because there is no
10 confusion as to where this signal needs to go. It's
11 over there, it's connected right at the other side.
12 We don't really call that a bus. I think bus is a
13 little different from having something directly
14 connected.
15   Q. So is it your contention, then, that a
16 person of ordinary skill in the art would create a
17 PCI type VGA signal, but not send that over a PCI bus?
18   A. PCI type -- PCI type of a VGA signal. VGA
19 signal is not shared. It could come from PCI bus.
20 Okay? The PCI bus is what inputs that information
21 from. The PCI is one of a bus that's inside of your
22 computer motherboard, for example. And so the
23 central processor would put that information -- the
24 display information on the PCI bus. And then that
25 PCI bus is picked up by the VGA controller, say. But

Page 104

1 corresponding VGA signal D which can be of PCI type
2 or AGP type, but is not limited thereto."
3   A. I'm sorry. Could you repeat that once
4 again, please.
5   Q. It's column 2, line 52 -- 51. "VGA signal
6 D which can be of PCI type" --
7   A. I need to read this a little more carefully.
8     No, this doesn't say this is a bus VGA, the
9 "D" is a bus. It just says the signal is the PCI
10 type signal or AGP type signal, that it needs to be
11 made into it. It doesn't really say it's a bus.
12   Q. Are you telling me a person of ordinary
13 skill in the art wouldn't see PCI as a bus?
14   A. Oh. PCI is a bus.
15   Q. AGP is a bus?
16   A. No, it is their bus. But it's not really
17 talking about VGA signal D is a bus signal.
18     See, a person of ordinary skill in the art,
19 to them a bus is a -- there is data and then also
20 there is some kind of a control scheme that tells
21 which device that are connected in the bus. You need
22 to identify which one as well. The bus means it's
23 just a big, long, linear connection, and it allows
24 different points of different devices to be attached.
25     So to identify communication, you not only

Page 103

1 what output? For example, the D -- okay? The D, it
2 goes in here.
3     I guess -- Okay. I mean, you know, it could
4 be. Okay. I think you're right. I mean, you know,
5 you could have -- I mean, if it was really like
6 what's happening in the PC, that could be a bus. But
7 it doesn't have to be here. And, in fact, it doesn't
8 really say it has to. Because this VGA controller is
9 not the chip that you are thinking, the VGA
10 controller chip that has a socket in the motherboard.
11 It doesn't have to be. There is nothing that says
12 you have to be that chip. In fact, in all
13 likelihood, it's probably better not to be. Because
14 you want this kind of device to be compact and
15 inexpensive. And using, you know, the chip that does
16 a lot more than necessary. It's not something that
17 this invention is about. It wants to make, you know,
18 the device inexpensive and compact and provide a
19 utility of not having to worry about, you know, the
20 extra VGA port.
21     So, once again, it doesn't preclude, you
22 know, the scenario that you mentioned. But it's
23 really not limited to that, and that's why it doesn't
24 say it here as a bus, VGA signal bus.
25   Q. Okay. And you recall at column 2 here.

Page 105

27 (Pages 102 to 105)

1  where we read, "the corresponding VGA signal D which
2  can be of PCI type or AGP type"; right?
3      A. Right. That's right. It could -- I think
4  what it really meant here is, it would be like the
5  signal that would be coming from PCI bus or AGP bus.
6  But that doesn't mean that the "D" has to be the bus
7  itself. I mean, the signal could be --
8      Q. Yes. Yes, I agree.
9      A. Okay?
10     Q. I understand.
11     A. Okay. Mm-hmm.
12     Q. Okay. Let's turn to page 1 of the Joint
13  Claims Construction Statement, the term USB
14  controller.
15     A. Okay.
16     Q. MCT's construction is: "Device that
17  communicates with the computer according to the USB
18  standard and communicates with the bridge in the
19  signal form understood by the bridge."
20     A. Mm-hmm.
21     Q. My first question is going to be: What is
22  the USB standard that you referred to there?
23     A. Okay. So the patent was filed in 2002.
24  That was the application date. So to follow the
25  strict guideline of being a year before. So it will

Page 106

1  understood by the bridge," why is that required to be
2  a part of your construction for the term USB
3  controller?
4      A. So if you look at Figure 1 once again. USB
5  controller talks to the host computer. Okay? On the
6  left-hand side of that Figure 1, from the USB
7  controller bus 10, talks to host computer through the
8  USB port. And that interface between the USB port
9  210 and USB controller 10 is a standard USB.
10  That's -- that's defined by USB spec.
11         Whereas, USB controller 10 talking to bridge
12  30, that's once again inside -- inside of this
13  device, USB-to-VGA converter. There is nothing in
14  the specification that says it has to be a standard
15  that confirms to USB standard. You know, in fact, if
16  a person of ordinary skill is a good engineer, the
17  person will try to find ways to cut corners to save
18  the money. That's what they will do.
19         So based on that, USB controller says it
20  will talk to the computer according to USB standard
21  because that is exposed USB interface between 210
22  and 10. But there is nothing that USB standard needs
23  to do when it talks to bridge. So I said any form of
24  a signal is okay, talking to the bridge, as long as
25  bridge understands it. It doesn't have to be USB at

Page 108

1  be whatever the latest USB standard that was
2  available in 2001. And that would be what at that
3  time a person of ordinary skill in the art would look
4  at that. I mean, that's really what I meant by "USB
5  standard."
6      Q. That would be the USB standard as defined by
7  the -- you said whatever the current USB specification
8  would have been as of 2002 or whatever?
9      A. Yes, that's right.
10         By the way, USB standard -- I'm talking
11  about the USB standard here. Not to imply that USB
12  controller is a term that is defined by USB standard.
13  USB standard does not define what USB controller is.
14  It defines a host controller.
15     Q. I agree.
16     A. Right?
17         And, in fact, another thing that I want to
18  make clear is that USB controller, if this was like
19  really controlling the USB device, it's in the wrong
20  place. The USB controller in this case is actually
21  on the device, which is the bridge. Okay? So I want
22  to make it clear that this is not the host controller
23  that the USB standard is talking about.
24     Q. The portion of your construction, "and
25  communicates with the bridge in the signal form

Page 107

1  that point.
2      Q. The '788 patent, Exhibit 2, I believe, if
3  you'll turn to column 5.
4      A. Column 5?
5      Q. Yes. Lines 1 through 3 there. It says,
6  "A bridge disposed external to the computer and
7  connecting the USB controller and the VGA controller
8  one to the other for the passage of data
9  therebetween."
10     A. Mm-hmm.
11     Q. Does that not include the ability of the USB
12  controller to be able to transfer data to the bridge?
13     A. USB controller would transfer the data to
14  the bridge. And, in fact, that's what it -- what the
15  diagram shows. There is a USB controller in
16  Figure 1. There is the arrow that connects between
17  the USB controller to the bridge. And there would
18  be -- In fact, there is no other path that they would
19  go. The data would go from USB controller, somehow
20  through the bridge, through the VGA controller if
21  that data is a display signal. And that's really the
22  only way that will follow. And that's really my --
23  consistent with my earlier explanation. The bridge
24  does not really change anything in terms of a path.
25  So data would go through there.

Page 109

28 (Pages 106 to 109)

1     Q. Maybe a more precise way for me to ask my
2 question is: Doesn't the bridge element of Claim 1,
3 or Claim 19, for that matter -- doesn't that element
4 provide for communication between the USB controller
5 and the bridge itself such that the language you have
6 included here in your construction, "and communicates
7 with the bridge in the signal form understood by the
8 bridge," is redundant?
9     A. Hmm. Let me just do -- I guess I wanted to
10 make certain that communication between 210, the USB
11 port, and USB controller 10 is according to the USB
12 standard. But the only requirement between USB
13 controller and the bridge, the block 10 and 30, is
14 just to a form that's understood by the bridge.
15     Therefore, that was really the only thing --
16 you know, if for -- by taking that out, say without
17 that in the signal form understood by the bridge,
18 say, "device that communicates with the computer
19 according to the USB standard and communicates with
20 the bridge and nothing else." I mean that would be
21 okay, too, as long as it is understood that what
22 communicate does not necessarily mean in according to
23 USB standard. It's not.
24     Q. So using your construction for bridge that
25 we discussed earlier, which you said doesn't require

Page 110

1 there to be any interface standard in between the USB
2 controller and the bridge.
3     A. Yes.
4     Q. So if you use that construction along with
5 your USB controller construction, you don't need
6 everything from the "and" to the "in," correct, for
7 it to be a complete system?
8     You've got the device that communicates with
9 the computer according to the USB standard. And then
10 the bridge is just able to receive -- let's go right
11 to the description: The bridge is able to convert
12 electrical signals from the USB controller into the
13 form understood by the receiving domain.
14     A. I mean you might be right. But I don't want
15 to really say it definitively, because it gets a
16 little compounded description. So I don't really
17 want to commit to it. But you might be right.
18     You might be right in that the signal form
19 understood by the bridge might be redundant. But,
20 you know, I cannot say definitive. I need to think
21 about it a little more.
22     Q. Then it's possible? Because if you look to
23 your construction for VGA controller, it has some
24 similar language in it.
25     A. Let me see.

Page 111

1     Q. It's on page 3, in the middle of the Joint
2 Claims Construction Statement.
3     A. Right. So, you know, once again, it gets a
4 little compound. So I don't want to, you know, say
5 definitively. But you might be right that this --
6 that the form understood by the bridge might be
7 redundant, based on the fact that the definition of
8 "bridge" does not really say anything about, you
9 know, standard. As long as it understands whatever
10 the signal it comes, it doesn't have to be any
11 specific form, particularly USB or VGA.
12     Q. And while we're on VGA controller here --
13 actually, strike that. We'll move on. We'll finish
14 up with USB controller.
15     Do you have an understanding of USB
16 controller outside of the context of this '788
17 patent?
18     You mentioned earlier that the USB spec does
19 not define USB controller, it defines host
20 controller.
21     A. You're right.
22     Q. And it has a separate section that covers
23 the USB devices. But there is no USB controller in
24 the spec.
25     A. Right. That's right. Right.

Page 112

1     Q. So I guess in light of that, would you have
2 an understanding of what USB controller means outside
3 of the '788 patent?
4     A. It wouldn't be specific or definitive. I
5 mean, you know, you can conjecture. But I don't
6 think it will give me -- the word itself has a
7 definitive meaning.
8     Q. Okay. How would you define a -- just a
9 controller in the, I guess, computer area or the area
10 related to the '788 patent?
11     A. The area related to the '788 patent, meaning
12 like electronics in general or --
13     Q. Yes. In the technology of the '788 patent,
14 how would you define the controller?
15     A. The controller is one of three or four major
16 topics within electrical engineering. The controller
17 is a very broad term. But control typically has an
18 objective of whatever that action controlling, you
19 know, trying to control. So you set objective, and
20 then based on the objective, you perform tests around
21 that to achieve that objective. That's what control
22 is.
23     Q. Would you say the USB controller of the '788
24 patent is distinct from the USB plug and the USB port
25 that are mentioned in the '788 patent?

Page 113

29 (Pages 110 to 113)

1    A. Plug or port is -- I believe it's more to do
2  with the mechanical structure, the connection
3  mechanism. USB controller, as is defined by the
4  patent, the claims as well as the spec, is a
5  functional entity. It has -- I don't think it really
6  cares about the mechanical structure.
7    In fact, USB controller -- I don't think
8  there is a description on -- description on what the
9  functional block should look like in terms of a
10  mechanical structure.
11    I think USB controller in the patent is a
12  more functional structure as opposed to the physical
13  structure, USB plug and socket and so forth.
14    Q. What would you say the function of the USB
15  controller is in the context of the '788 patent?
16    A. I think it's clearly stated.
17    First of all, just reading the claims itself
18  first, and that's what the invention is defined.
19  First of all, USB controller has a function that
20  has -- that needs to talk to the host computer.
21  Okay? So that's one of the functions.
22    And then another function is the bridge. It
23  needs to provide a -- the display data to the bridge
24  so that the display data could be converted. And in
25  providing it, it also needs to tell the bridge how to

Page 114

1    THE VIDEOGRAPHER: The time is approximately
2  4:30 p.m. We are back on the record.
3  BY MR. DIETZEL:
4    Q. Okay. Dr. Min, we have discussed that the
5  USB controller of the '788 patent is distinct from
6  the host controller of the USB specifications.
7    Are you familiar with chapter 9 of the USB
8  specifications concerning the device side?
9    A. I mean, I cannot confirm if it's the right
10  chapter number. But if you say that's chapter 9, I
11  believe you. Yes, I have read through some of the
12  specs in the USB device side.
13    Q. Okay. Can you tell me what functionality
14  the USB controller of the '788 patent has, which is
15  on the device side of the invention in the '788
16  patent -- what functionality that has that is
17  included in chapter 9 of the USB specification?
18    A. I think a better question is -- I mean I
19  guess my answer to that question is, there might be
20  some. But it is not necessary that this particular
21  device, the USB-to-VGA converter, be a specific type
22  that is recognized as a part to the USB standard.
23    The only thing that this USB-to-VGA
24  converter needs to do is to be able to display the
25  signal that is coming out of a USB port in the

Page 116

1  convert it. And to do that, you have DMA access
2  control signals and the timing and the time sequence.
3  All those information also needs to be communicated
4  to the bridge so that the conversion to a VGA signal
5  would be properly done.
6    Q. As far as communicating between the USB
7  controller and the host, there is some implied
8  meaning in "communicates"; is that correct?
9    A. Yes.
10    Q. Because obviously the port itself, just the
11  leads -- there are electrical signals that go between
12  the host and the computer.
13    A. Right.
14    Q. So in the broadest sense of communicates,
15  that is communicating with it.
16    A. Right.
17    Q. So there is intelligence imparted to
18  communicate?
19    A. That's correct.
20    MR. DIETZEL: Let's see. I guess, why don't
21  we -- I think we've been going for a little while.
22  Why don't we take a break.
23    THE VIDEOGRAPHER: The time is approximately
24  4:14 p.m. We are now off the record.
25    (Brief recess taken.)

Page 115

1  computer. And this is probably not a typical type
2  that is being talked about in the chapter 9, per your
3  instruction earlier. It doesn't have to be any of
4  those typical functions. It has a particular
5  purpose.
6    Q. Okay. We agree that the USB controller is
7  outside of the host system, according to the '788
8  patent.
9    A. That's correct.
10    Q. It's within the whole USB-to-VGA converter?
11    A. Yes.
12    Q. Your construction, and as we discussed
13  earlier, said the device that communicates with the
14  computer according to the USB standard.
15    A. Mm-hmm.
16    Q. And then, as you mentioned earlier, that
17  would be -- it could be the latest USB specification
18  that existed as of the time of filing, it could be
19  one of the earlier ones. Just an implementation
20  detail as far as between those.
21    A. Okay. Sure.
22    Q. So if it communicates with the computer
23  according to the USB standard, would that not require
24  the USB controller to comply with the USB
25  specification?

Page 117

1    A. Yes. The chapter 9 that you are referring
2  to lists type of devices, like USB hub and, you know,
3  other popular types such as mouse, keyboard, and so
4  forth.
5      But in case if you come up with a USB device
6  that communicates through the USB port in your
7  computer that happens to be not one of the popular
8  types that are listed, then you can use the USB
9  protocol to communicate, but not necessarily
10  following on to that device. You can actually define
11  your own type temporarily per your specific device
12  that you want to attach, you know, to the USB port in
13  the computer.
14    Q. I'm going to introduce Revision 2.0 of the
15  USB specification.
16    A. Okay.
17    Q. I'll give you chapter 9 to start with. I'll
18  get another copy.
19    A. Okay.
20    (MIN Deposition Exhibit 4 was marked for
21  identification.)
22  BY MR. DIETZEL:
23    Q. Okay. So you have chapter 9, USB Revision
24  2 0, in front of you.
25    A. Okay.

Page 118

1      Q. At the top of the page there, it mentions
2  three layers of a USB device.
3    A. Yes.
4    Q. So among what's listed there, what would you
5  say would or would not -- what would you say would be
6  implemented in a USB controller according to the
7  '788 patent?
8    A. Yes. Certainly, the bottom layer. That's,
9  basically, the physical and data link layer. So it's
10  just the communication that would be implemented.
11    Q. The first two layers?
12    A. I said first one. The bottom layer, yes.
13      So having that, you have now the means to
14  communicate between this converter and the USB port.
15  So you need to have that.
16      And certainly it has the component. So, for
17  example, the last one that you see, it says:
18  "The top layer is the functionality provided by the
19  serial bus device." So in this case, it is not mouse
20  or ISDN interface or anything. It's not something
21  that is ordinarily defined or at least in a popular
22  way because it says "USB-to-VGA converter." I can't
23  imagine that being one of the popular devices among
24  the USB device framework.
25      So the top layer is a function that is

Page 119

1  specific to this particular device, USB-VGA. So it
2  will have a version of that here as well.
3      And "The middle layer handles routing data
4  between the bus interface..." Probably little to none
5  of the middle part. That function will be very light
6  in this device because it doesn't really have various
7  endpoint device attached. And this is really for the
8  hub device; when you have a USB hub connected to USB
9  port, and then having the hub to fan out to multiple
10  devices. I mean, we don't really have that function
11  here. So if there is any function here, that will be
12  a very light in the middle.
13    Q. So the USB controller of the '788 patent
14  would not have multiple endpoints?
15    A. No. It's just one point, one device.
16  I mean, it doesn't have a hub function.
17      You take USB data from the host controller
18  and then send it out to the VGA controller, which it
19  displays the data to the VGA display.
20      So the endpoint in this case, as far as the
21  USB is concerned, will end somewhere within the
22  device. Because by the time it reaches the outermost
23  portion of the USB-to-VGA converter, you are no
24  longer in USB domain. So that endpoint ends
25  somewhere within that chain of the data flow, and

Page 120

1  there is only one. Whatever that endpoint is, that's
2  where it ends within that chain.
3    Q. So would a USB -- would a device that had
4  multiple endpoints and did USB-to-VGA conversion then
5  not fall within -- would it not have a USB
6  controller?
7    A. No. It will just have something different.
8  And the patent, as it states, does not really
9  address -- list it specifically. I need to to read
10  this.
11      I mean, it doesn't really talk about having
12  a multiple display device. And all the instances
13  where display device is stated, it's singular
14  display device.
15      So although it doesn't really limit that, I
16  mean, you could have others if necessary. But it
17  doesn't really address that specifically in the
18  patent claims language.
19    Q. So if the USB-to-VGA converter of the '788
20  patent was implemented in a multi-display device
21  system, would it have more than one endpoint in its
22  USB controller?
23    A. Well, I think -- I think it depends.
24  I mean, if it is simply duplicating the same thing to
25  multiple screen, then, you know, one might not

Page 121

31 (Pages 118 to 121)

1   logically consider those as two different endpoints.
2   It may be just a signal being duplicated, without
3   having any logical operations on it. But one could
4   have a little more intelligence that, you know,
5   might -- one might have to consider having a multiple
6   endpoint in that regard.
7        But, in any event, I don't think the patent
8   specifically addresses that issue here and to having
9   it concentrated on having one display device as the
10  claims language states as a singular display device.
11       Although, once again, I mean depending on
12  exactly how you want to extend that; there might be
13  some very straightforward way of doing that.
14       Q. Outside of the '788 patent for USB compliant
15  to design and develop a USB-compliant device,
16  something external to the host, do you have to
17  implement it according to the USB specification and
18  including chapter 9?
19       A. I believe some of the popular devices would.
20  You know, there are some very popular devices under
21  USB spec, like a mouse and keyboard and the hubs. So
22  there are some very popular, well-known devices. I
23  believe most of those devices tend to be following
24  the USB spec that is further specified according to
25  the device framework.

Page 122

1   Q. So if I can try and summarize what we have
2   covered here. The USB controller of the '788 patent
3   wouldn't include all three of the layers listed here
4   at the beginning of chapter 9 of the USB --
5        A. Actually, no. What I said was the middle
6   part would be a very light portion. That's little to
7   none, I guess maybe I should have said. You know, it
8   doesn't really skip over the layer entirely. That's
9   the framework.
10       But the middle layer, which handles the
11  routing functions and all that, and then defining a
12  multiple endpoint, that is really not a function that
13  would be necessary for the USB-to-VGA converter.
14       Q. Which part, the --
15       A. Middle part.
16       Q. The routing part or the multiple endpoints?
17       A. Well, the routing is associated with having
18  more than one endpoint. Right? A list defining --
19  if they are point to point, there would be no
20  routing.
21       Q. The USB spec here says on Bates label
22  DL 017794: "The middle layer handles routing data
23  between the bus interface and various endpoints on
24  the device. An endpoint is the ultimate consumer or
25  provider of data. It may be thought of as a source

Page 123

1   or sink for data."
2        A. Mm-hmm.
3        Q. You said there would be some middle layer in
4   the USB controller of the '788 patent, but it would
5   not be the -- it would not need to have the routing
6   or various endpoints.
7        A. Yeah, that's right.
8        Q. So what is left of the middle layer then?
9        A. Like any other spec, the major function
10  being missing, you still have to have an interface
11  between what comes from below. So there would be
12  some soft tier [sic] sockets between the first and
13  the second -- the bottommost to the middle.
14       And although the middle layer would not have
15  much in terms of routing; in fact, would have little
16  to none on routing and defining the middle point for
17  the case of the '788 patent, you still have this
18  interface, you know, providing the interface from the
19  bottommost layer to allow the bottommost layer to
20  call, you know -- be called or used in the middle
21  layer through the socket so that they can go up the
22  top layer, which really defines the functionality of
23  this system, I mean this device USB-to-VGA.
24       So there is some still framework left in
25  there to make that traversal of information up and

Page 124

1   down on the stack would be still maintained, but not
2   necessarily much in the functionality at least to the
3   middle part.
4        Q. So the USB controller of the '788 patent
5   would include all three layers --
6        A. It'll have the --
7        Q. -- except it wouldn't implement the routing
8   in various endpoints portion of this chapter?
9        A. Yeah, that would be my -- right.
10       Q. But still, there would be the placeholder so
11  that everything would still fit within the USB
12  framework --
13       A. Right.
14       Q. -- if you were expecting -- maybe in packet
15  terms, there might be a null set where no layer was,
16  because you wouldn't have any data.
17       A. That's right.
18       Q. As an example. Okay. Good.
19       Let's see. Let's move on to VGA controller,
20  which is on page 3 of the Joint Claim Construction
21  Statement, there in the middle.
22       A. Okay.
23       Q. So here we have: "A device that
24  communicates with a display device according to the
25  VGA standard and communicates with the bridge in the

Page 125

32 (Pages 122 to 125)

SHARI MOSS & ASSOCIATES                                    (415 ) 402-0004

(415) 402-0004

feddff36-9c5d-4976-bedf-ac500a4a86ed

1 signal form understood by the bridge" is MCT's
2 construction.
3        Do you agree that that's correct?
4    A. That is correct.
5    Q. And we had the discussion earlier of
6 possibly being able to -- in the portion of this
7 construction "in the signal form understood by the
8 bridge" being redundant?
9    A. That's correct.
10   Q. The VGA standard that's mentioned here, what
11 is the VGA standard?
12   A. VGA standard, first of all, has the use of
13 the pins, the wires that is physically connecting to
14 the VGA display terminal. So it's got -- it's called
15 HDVD-15, the connector with 15 pins on it. So the
16 VGA display devices would have that type of a
17 connector in there. So it will be a port that is
18 associated with the VGA display device. And each of
19 those pins are used in a very specific way. You
20 know, one is used for the red, and one is used for --
21 you know, it has all the list of how the 15 pins are
22 used.
23      And that is really what the VGA standard is.
24 I mean, just usable -- how to use those pins. And as
25 long as the device that has those connectors can

Page 126

1    Q. So we basically have the VGA interface
2 standard, going from your position earlier.
3    A. Right. So, first of all, back in -- I think
4 Dr. Jones was pretty elaborate about this this
5 morning -- you know, 19 -- I forget exact year,
6 sometime in the '80s --
7    Q. Yes. He was referencing the 1992 VGA spec,
8 is the one he was talking about earlier.
9    A. Yeah. The VGA spec that he -- was it 1990
10 version of it?
11   Q. 1992.
12   A. 1992.
13   Q. Yes.
14   A. Yes. So he talked about the VGA spec. And
15 is that same spec -- other than the fact that he is,
16 you know, stuck on that one particular version of all
17 this 640 by 480, the frame resolution -- other than
18 that, the VGA is any type of graphics display
19 mechanism whereby sending the signal, the red, green
20 and blue and all other -- the power and ground and
21 sink, regardless of what the speed is, as long as you
22 send those information through that terminal, then
23 VGA terminals would display those in some form. I
24 mean, it would be.
25      So when you go and, say, buy a VGA or, you

Page 128

1 display the signal that is given by the cable that
2 provides the signals, then that's really what the
3 VGA standard is.
4    Q. Is a VGA an interface?
5    A. VGA is an interface, yes.
6    Q. So earlier, when we were discussing the term
7 bridge, one of the problems you had with DisplayLink's
8 construction was that it had this language in it
9 "interface standards."
10   A. That's right.
11   Q. And you said that implied that that would be
12 something in particular, that there would be a spec
13 associated with. You knew, it's the USB standard,
14 it's the VGA standard --
15   A. That's right.
16   Q. -- or it's XYZ standard as adopted by --
17   A. That's right.
18   Q. -- some consortium, or however that works
19 out. Right?
20      So what document would I turn to to figure
21 out what the VGA standard referenced in your
22 construction for VGA controller?
23   A. What document. Let me try to --
24   Q. You said VGA is an interface --
25   A. Mm-hmm.

Page 127

1 know, what looks like video display, we don't worry
2 so much about what -- you know, can SVGA work or XGA
3 work? We don't worry about that about so much.
4      And if you connect that to a computer, say,
5 like your computer has, once again, the graphics
6 display card of some kind in it, we're not really
7 particularly concerned about what that graphics card
8 is, XGA, VGA or -- you know?
9      As you connect these two devices together,
10 the device between the video display and your
11 computer will recognize what the best possible
12 arrangement is between the two and it will just
13 display it.
14      A person of ordinary skill -- and certainly
15 in 2001, when this patent was filed -- was not really
16 concerned about saying that, "Oh, the VGA is what I
17 need to limit the patent to." Because it would be
18 silly to think that when you have so many other
19 possibilities, the variations of the VGA interface.
20 It's just a signal format that is on that line that
21 is different and it evolved over the years. But the
22 physical interface is the same, that same 15-pin
23 using RGB on it, with all the sink characters. It's
24 the same. It's just signal format on that has
25 changed or evolved over the years.

Page 129

33 (Pages 126 to 129)

1    So one of ordinary skill in the art in 2001,
2  when that person reads the patent, and then assume
3  that this VGA must be something that's finalized in
4  1992, almost ten years before, and the person
5  wouldn't know that there has been a half a dozen, if
6  not more, upgrades that took place since then, with
7  all different names and variations. So it would be
8  silly for us to assume that that is limited to this
9  particular version of VGA defined in 1992.
10    Q. So the specification that Dr. Jones was
11  referring to earlier, the 1992 IBM VGA spec, that
12  would define how to use the 15 pins of this port that
13  you're talking about, the D set pin?
14    A. Yes. And at that time, not only how to use
15  the pins and what the wires are, the signal format
16  that was defined to the maximum, which was what
17  Dr. Jones also referred to, 640 by 480, and that's
18  what it was at 1992.
19    And that same usable line has not changed.
20  It's still the same 15 lines assigned to, you know, a
21  certain pin assigned to red and certain pin assigned
22  to green, and so forth. The assignment is still the
23  same.
24    But the electronics in the computer, as well
25  as the displays on display device -- ten years is a

Page 130

1  long time. It evolved over the time so that you can
2  send something faster over the same line in the same
3  meaning. If I put something here, the red line, a
4  certain voltage, it knows what it means.
5    Q. Okay. So the question was: The
6  specification that he referred to defines how to use
7  those 15 pins. And I think you agreed that that's
8  correct, it will have the definition of how to use
9  those 15 pins.
10    A. Yes, that's right.
11    Q. There may be later specifications that also
12  define that, SVGA specification, for example, UXGA
13  specification, for example, that also include those
14  definitions of how to use those 15 pins?
15    A. Yes, that's right.
16    Q. But those would be separate specs that
17  someone might refer to if they're going to implement
18  UXGA or if they're going to implement SVGA?
19    A. I mean, if you want to develop a card that
20  is specifically for -- so if one is designing a
21  graphics card with the capability for, say, a
22  particular version of VGA, it will take that extra
23  effort, of course. But whatever that version is that
24  is being implemented by the designer would have what
25  they call the backward compatibility, which always --

Page 131

1  almost always will include VGA.
2    In other words, all of the graphics display
3  mechanism, be it SVGA or XGA or W, you know, SVGA, or
4  whichever version it is, it will always have the
5  reference back to VGA being one of the backward mode,
6  which really tells us that -- where all these new
7  terms came from. It all evolved from the VGA concept
8  back in when.
9    Q. I agree.
10    My question was basically -- you said that
11  VGA standard here meant being able to use the pins.
12  And apparently, according to you, use of the pins,
13  the 15 pins that are a part of the common connector,
14  to a VGA display device --
15    A. That's correct.
16    Q. They are used the same in VGA as they are in
17  SVGA as they are in UXGA, and everything else that
18  flows from the original VGA specification?
19    A. That is correct.
20    Q. Okay. So you could -- a person of ordinary
21  skill in the art, to be compliant or to meet the
22  limitation that you said here, to be able to use
23  those pins as they are defined uniformly across all
24  of those various specifications, they could refer to
25  the 1992 VGA spec just as they could refer to

Page 132

1  whatever year the SVGA spec came out?
2    A. I need to understand your question better,
3  because that was a long question.
4    I think a person of ordinary skill in the
5  art in 19 -- I'm sorry -- 2001, the year before this
6  application was filed, would understand that any
7  computer would have something more than just a VGA, a
8  list of new ones at that time. 2000, I don't think
9  the computer makers would make a computer with a
10  display capability that's limited to VGA.
11    Q. But they could?
12    A. I would be hard pressed to find one at the
13  time, In 2000.
14    I mean, Dr. Jones mentioned this morning
15  also, when you first turn on the computer, while the
16  computer is being booted up, your screen looks
17  terrible and it gets better later. We all know that.
18  That's because the beginning is still VGA mode.
19    Q. The VGA mode.
20    A. And then it gets better. And I'd have to go
21  back many, many years before 2000, actually, to find
22  a computer that really didn't improve as it turns on,
23  during the bios bootup and actually when the
24  computer, you know, kicks in the proper mode of
25  operation.

Page 133

34 (Pages 130 to 133)

SHARI MOSS & ASSOCIATES                                    (415 ) 402-0004
                        (415) 402-0004

feddff36-9c5d-4976-bedf-ac500a4a86ed

1    Q. Dr. Jones also mentioned that he had a
2  display system in his car that was VGA, 640 by 480,
3  1992 spec through and through.
4       So there is a current application in which
5  you would have a display device driven to VGA
6  specification and nothing more in the new advanced
7  area?
8     A. I suppose it's possible. But, you know,
9  that will be commercially unviable then.
10      MR. CAULEY: Dr. Jones did not mention how
11 old his car was.
12      MR. DIETZEL: That's true. He did not.
13      THE WITNESS: May I just to point out I
14 said, "commercially unviable."
15      THE REPORTER: Thank you.
16 BY MR. DIETZEL:
17     Q. So the VGA standard here associated with the
18 VGA controller is the ability to use the pins of a
19 common VGA port or plug according to any of the -- to
20 the VGA specification or any of the later-developed
21 display protocol specifications like SVGA, UXGA;
22 correct?
23     A. I think that's correct.
24     Q. If you were worried about implementing
25 nothing -- a display that had no better resolution

Page 134

1  Because, you know, all these display devices would
2  have a backward capability that is routed back to
3  VGA. So my expectation is, it will refer to a VGA
4  spec in some way to make sure that it's compatible
5  backward.
6     Q. But it makes sense to you that a person of
7  ordinary skill in the art, if they're going to try
8  and design an VGA system, they'll look to the SVGA
9  specification. If they're going to design a UXGA
10 system, they'll look to the appropriate specification
11 related to that and all of its functionality,
12 whatever's incorporated?
13     A. They would be the place they will look at
14 first. And they might have to refer back, you know,
15 whatever needs to be compatible.
16     Q. Okay. So, again, the VGA controller, like
17 USB controller, the USB controller is distinct from
18 the VGA port and plug? Did I say that right?
19      The VGA controller is distinct from the VGA
20 port and plug, not the USB controller?
21     A. Yes, that's correct.
22     Q. And similar to the USB controller, the VGA
23 controller has in it some intelligence associated
24 with it, akin to your description above with the USB
25 controller; correct?

Page 136

1  than 640 by 480, you wouldn't need to refer to
2  anything beyond a 1992 IBM specification to implement
3  a VGA controller that met your construction?
4     A. I suppose so, since your resolution is
5  limited to 640 by 480. But, once again, that would
6  be a pretty big "if." I don't know why would anybody
7  do that, and limit themselves to something that was
8  pretty outdated in 2001.
9     Q. So if a person of ordinary still in the art
10 had a particular resolution in mind, let's say it was
11 UXGA, whatever that resolution happens to be -- which
12 I might actually have -- if they were going to
13 implement a VGA controller that fit your construction
14 to meet the UXGA standard or the UXGA resolution,
15 that's what they wanted as their optimal resolution --
16      THE REPORTER: I'm sorry. Slow down.
17 BY MR. DIETZEL:
18     Q. That implemented UXGA, or the optimal
19 resolution of UXGA -- I think is what I said there --
20 they wouldn't refer to the 1992 VGA spec to
21 accomplish that, correct? They would have to refer
22 to the later UXGA specification to implement that?
23     A. They would certainly need the specs
24 dedicated for that new technology whose spec is --
25 would be a backward compatible to a VGA spec.

Page 135

1     A. I would say not -- I mean perhaps
2  "intelligence" is not the right word. What I said
3  was "functional." It's a functional specification,
4  as opposed to a physical specification.
5     Q. I believe you mentioned earlier that you
6  didn't think that VGA controller has a common meaning
7  outside of the '788 specification.
8     A. Yes, I would. Yeah, I would say that.
9     Q. And looking at DisplayLink's construction
10 for VGA controller components -- "component or
11 components that controls the routing of VGA signals
12 pursuant to the VGA standard."
13      You disagree with that construction, I
14 assume?
15     A. I mean, first of all, the word "routing"
16 makes me nervous, because the routing is not
17 something that is associated with VGA controller in
18 the strict sense of a term of art. Routing has a
19 very specific meaning as a term of art, such as a
20 bridge and switching. So it seems like the word is
21 misplaced.
22      And the second is that the VGA standard is
23 really applied to the one direction; that is, going
24 from VGA controller to VGA display device.
25      It's not necessary, once again as we said

Page 137

35 (Pages 134 to 137)

SHARI MOSS & ASSOCIATES

(415) 402-0004

(415) 402-0004

1  here -- talking to the bridge, you don't need to
2  conform to anything in terms of a VGA standard. You
3  can have a completely proprietary way of communicating
4  to the bridge as long as the signal to be displayed
5  fits into that -- you know, the way the VGA device
6  expects. Anything else around it, it can be any
7  form. I mean you don't need to be, you know,
8  completely conforming to this VGA standard.
9      Q. Where in DisplayLink's construction do you
10 see that it requires the ability of the VGA
11 controller to talk to the bridge according to the VGA
12 standard?
13     A. Because it says it's a component that
14 controls the routing of a VGA signal.
15         Now, I suppose if you do have routing, I
16 assume that it means what's received from the bridge
17 and then route to the VGA display device. So the
18 entire process is the routing, taking in and then
19 sending it out. That's what routing is. And then
20 making a decision. And then it says "pursuant to the
21 VGA standard."
22         And VGA standard, I don't think it has --
23 any reference in VGA standard has anything to do with
24 the routing. You know, VGA standard is just -- you
25 know, I just mentioned to you how to use the pins and

Page 138

1      A. Right.
2      Q. So the bridge seems to take care of putting
3  data in a format that can be understood -- that
4  enables the VGA controller to communicate with the
5  bridge; correct?
6      A. Right.
7      Q. So that functionality wouldn't necessarily
8  need to be within the VGA controller if you have a
9  bridge.
10     A. Right.
11     Q. Using your construction.
12     A. So, you know, I -- I prepare -- when I talk
13 to my daughter, I prepare my language so that I
14 assume that she will understand it. But it's really
15 up to her to want to understand.
16         So when I describe the function of bridge,
17 the bridge will put the electrical signal according
18 to the form that is understood by the controller,
19 VGA controller. But VGA controller must work
20 together with bridge to receive that data. And that
21 part of the transaction is quite well shown here.
22         The bridge to VGA controller has a
23 bidirectional arrow. So the bridge prepares the data
24 in the form that is understood by VGA controller.
25 The VGA controller still needs to work with bridge to

Page 140

1  send the signal format. It has nothing to do with
2  the routing.
3         So it just makes me uncomfortable when the
4  routing shows up, and then somehow the VGA standard
5  specifies how to control that routing. I don't think
6  VGA standard controls the routing.
7      Q. Would it be more accurate if it said,
8  "component that controls the transmission of VGA
9  signals pursuant to the VGA standard"?
10     A. Well, that would be half the case, because
11 that addresses the part from the VGA controller to
12 the VGA display device. But we still have to worry
13 about the other half, which is the VGA controller
14 still talks to the bridge as well. So we need to say
15 that part. That's part of the function of a VGA
16 controller.
17     Q. But the bridge is, according to your
18 definition, in your construction says that the bridge
19 prepares a signal so that it can be understood by the
20 receiving domain.
21     A. Right.
22     Q. So in using your construction, the bridge
23 would prepare whatever incoming signals and transmit
24 it along to the VGA controller so that it could be
25 understood by the VGA controller.

Page 139

1  make sure that the transfer or the communication to
2  the bridge is done appropriately.
3      Q. For VGA controller, you've got your citation
4  to intrinsic evidence here.
5         Is there anything you have in addition to
6  that to put forth in support of your construction or
7  to show why DisplayLink's construction is not
8  accurate?
9      A. No. I think this is what I can think of.
10 I think the VGA controller definition given by
11 DisplayLink is -- at least some parts of it is not
12 supported, such as routing and pursuant to VGA
13 standard. I don't think that is stated in the
14 patent.
15         If you recall, I don't think Dr. Jones had
16 disagreed with what is stated here other than the --
17 I don't recall. I think he, in general, agreed with
18 what is proposed as the MCT's construction of the VGA
19 controller.
20     Q. Do you see a distinction in your
21 construction according to the VGA standard and our
22 construction pursuant to the VGA standard?
23     A. Yes, I do.
24     Q. What is the difference?
25     A. The difference here is that, first of all,

Page 141

36 (Pages 138 to 141)

SHARI MOSS & ASSOCIATES

(415) 402-0004

(415) 402-0004

1  the VGA standard is the overriding principle on the
2  routing and the control of the routing process for
3  DisplayLink. In other words, flow from the beginning
4  to the end through that, the VGA controller.
5      In our definition, the VGA standard is only
6  applied from the interface between the VGA controller
7  to VGA display device. That's really where the
8  external interface lies. And internally to
9  USB-to-VGA controller, there is nothing that really
10 says or stated in the patent that says we have to
11 follow the VGA standard.
12     MR. DIETZEL: I think we need to take a
13 break to change tapes.
14     THE VIDEOGRAPHER: The time is approximately
15 5:16 p.m. This is the end of Videotape No. 2. We
16 are now off the record.
17     (Brief recess taken.)
18     THE VIDEOGRAPHER: We are back on record at
19 approximately 5:24 p.m. This is the beginning of
20 Videotape No. 3 of the deposition of Dr. Paul Min on
21 January 8th, 2008.
22 BY MR. DIETZEL:
23     Q. Dr. Min, if you'll turn to page 6 of the
24 Joint Claims Construction Statement. I want to go
25 over the term USB.

1  with so many bits per, you know, pixel, that would be
2  the document that one would turn to.
3      But by 2001, there were so many different
4  versions of VGA that came out, and I would imagine
5  the person of ordinary skill in the art would consult
6  whatever that target set of VGA specs that the person
7  wished to implement, if, in fact, that's the test
8  that is given. And based on those specs, which will
9  obviously be backward compatible with some of this
10 earlier one that includes the VGA spec that is
11 specified here.
12     So, once again, the issue here is it would
13 be just so silly for a person in 2001 to go back and
14 refer back to a 1988 and 1991 spec of, you know,
15 display, the VGA, and then just implement that and
16 not worry about all the later versions of it.
17     Q. Unless that was their target solution, which
18 was just a VGA, a 640 by 480, 16-bit color device.
19     A. Right. Unless that was the only thing that
20 person wanted to do.
21     Q. And then you mentioned if they wanted to
22 implement SVGA, they would look to an SVGA spec, I
23 think you said. If they were going to a higher
24 resolution, they would most likely start at that
25 point and then possibly go back in time as needed, if

1      A. Okay.
2      Q. Let's begin with, what do you see as
3  problematic in DisplayLink's proposed construction
4  for this term?
5      A. You know, I suppose there is really nothing
6  fundamentally wrong with this. It's just that USB
7  was such a well-understood term that we didn't think
8  it was necessary to define this.
9      Q. Do you disagree that -- I mean USB is
10 defined by the various specifications covering USB;
11 correct?
12     A. Yeah, that is correct.
13     Q. And that's where -- if someone wanted to
14 design a system that implemented USB, they would turn
15 to one or more of the USB specifications; correct?
16     A. That is correct, yes.
17     Q. Let's go to VGA. It's on page 7 of the
18 Joint Claims Construction Statement, Exhibit 3.
19     A. Okay.
20     Q. And here, would you agree that if someone
21 wanted to implement a 640-by-480 system VGA-compliant
22 device, they would turn to the specification
23 mentioned here by DisplayLink, this 1992 or 1991
24 reference to the original video graphics array?
25     A. If one wants to do that for a 640 by 480

1  they needed to refer to an earlier spec to accomplish
2  backwards compatibility.
3      A. Most likely in -- most likely, SVGA or all
4  the later versions would also implement so that it
5  would be backward compatible, for the most part.
6      Q. So there might not be a need to refer to an
7  earlier spec?
8      A. Yes, it would actually be including the
9  backward compatibilities.
10     Q. All right. Let's turn to page 2 of the
11 Joint Claim Construction Statement, a term listed at
12 about line 24, "USB based display signals."
13     A. Mm-hmm.
14     Q. And I guess why don't we go ahead and
15 discuss this one in conjunction with the first term
16 on page 3, which is "USB based display signals from
17 the computer."
18     A. Okay.
19     Q. Beginning with "USB based display signals,"
20 what do you see is the differences between the
21 construction proffered by MCT and that proffered by
22 DisplayLink?
23     A. Right. So when I first read this document
24 at hand, I wasn't sure what this USB encoded display
25 signal really meant, what exactly mean by USB

**Page 146**

1 encoded.
2   And this morning, when Dr. Jones described
3 what was meant here was -- it just means that the
4 USB, the signaling format, the signal format with,
5 you know, all this line coding and the CRCs and all
6 other -- the electrical signal, that he -- you know,
7 he described that to be what "USB encoding" mean.
8   And based on that definition, I think "USB
9 encoded display signal" is really the same meaning as
10 a USB signal containing display information.
11 Although, he mentioned that display signals, in his
12 term, has everything else on it, like all the control
13 signals, not just the display the information on that
14 image. There are all kinds of -- not only like the
15 vertical or horizontal sink and all that. He meant
16 even to include the maintenance information.
17   Q. Did you say "maintenance"?
18   A. Maintenance information. I think that's
19 what he said; includes everything to make this work.
20 Now, if he is saying that, then I think he has -- he
21 is including way too much.
22   I think this "USB based display signal" just
23 means something that you need for the displaying the
24 information, not like a maintenance of the USB line
25 and all that.

**Page 147**

1 So I think, once again, I did not really
2 understand what this "USB encoded display signal"
3 meant, you know, by Dr. Jones. But as he described
4 this morning what that "USB encoded" meant, I would
5 agree with him on that, which means that there is a
6 line signal format on the line of all this USB.
7   Q. The data is packaged according to the USB
8 specifications?
9   A. Not data. Signal format. That, I would
10 agree. But I do not particularly agree that the
11 display signals contains everything, not only for the
12 image information but also control and maintenance,
13 all that information. I will have to disagree with
14 him.
15   Q. Okay. So if we were talking about VGA,
16 would the display signals -- that would only include
17 the RGB and the sink information, for example?
18   A. I mean that's all there is; the RGB and the
19 sink, the vertical sink, horizontal sink, you know,
20 all this sink information. There is not a signal
21 that goes to VGA display devices.
22   Q. So under the USB based display signals, the
23 display signals, they would be whatever the digital
24 data is corresponding to the color combinations, as
25 well as the sink information that tells you where to

**Page 148**

1 put each color on the screen?
2   A. Well, that would be a version of it. But,
3 you know, it doesn't have to be.
4   I mean, one of the issues that was talked
5 about a lot today, earlier on, was can a JPEG be sent
6 over this device be converted into the VGA type and
7 be displayed? And there is nothing in the patent
8 that precludes that possibility.
9   I mean, you know, there is nothing
10 that says, if that JPEG information is sent over USB
11 line -- which you certainly can, because we can store
12 that JPEG file on a USB stick, so it must be able to
13 go through that USB interface. And if a USB
14 converter, a USB-to-VGA converter has a built-in
15 function, say as an example, as part of a display
16 interface conversion device where things happen, I
17 mean, we could program something there so that
18 whenever you have a JPEG or an MPEG data coming, do
19 certain things. Then there is nothing that precludes
20 for us to display that JPEG or MPEG or any other of
21 the compressed images in the display. I mean, the
22 patent doesn't preclude that. It just says it's a
23 USB-based -- USB-based information, display
24 information.
25   And under explanation given by Dr. Jones

**Page 149**

1 this morning, if "USB based" means USB encoded in the
2 signal format on the line, then that would be okay.
3 I mean, there is nothing in the patent that precludes
4 from something like that to happen in the conversion
5 process.
6   Q. Okay. Moving to "USB based display signals
7 from the computer," top of page 3, of Exhibit 3.
8   A. Yeah.
9   Q. The first portion of that construction is
10 the same for MCT. And then you've added "from the
11 computer."
12   A. Just like what the phrase says. The phrase
13 says "USB based display signal," whatever that
14 meaning is, and it's got that extra three words,
15 "from the computer." So I added "from the computer."
16   I don't know why the part "from the
17 computer" needs to be interpreted, and somehow adding
18 that "from the computer" changes this information by
19 USB encoded display signal from the computer.
20   Instead of saying that, why does it say "USB
21 encoded display signals representing the image
22 invented by the computer"? I don't know why that is
23 necessary, because there is no mystery from -- about
24 the phrase "from the computer."
25   Q. Looking at Exhibit 2, the '788 patent, can

38 (Pages 146 to 149)

1  you refer to column 3, lines 52 through 65, which I
2  believe is the written description surrounding
3  Figure 4.
4       A. Column 2, you said?
5       Q. Column 3. Sorry.
6       A. Okay.
7       Q. Lines 52 through 65, which will be the last
8  full paragraph that is in Figure 4.
9          I would like to get your understanding of
10  the process that is described there.
11      A. Okay. Okay. So this is the four chart in
12  the Figure 4.
13      Q. Yes, sir.
14      A. I mean, I think I agree with really
15  everything that Dr. Jones said this morning.
16         This is part of software processing that
17  takes place within the context of Microsoft Windows
18  operating system. So request for display happens by
19  initiation of an application that uses the graphics
20  function. And then we have this GD-132, which is the
21  feature that is embedded in the Microsoft Windows
22  operating system. And depending on the kind of
23  graphics capability that is in your computer, the
24  operating system understands what is in there, and
25  then it starts the graphics driver. And then once

Page 150

1  you have that, then instead of driving that --
2  typically driving that information through that
3  VGA connection directly, we will just send that
4  information, the data, through the USB interface.
5  That's really the only thing that is shown here.
6       Q. What is the data coming out of step 430?
7  It's not analog signals. I mean it's not the analog
8  VGA signals, correct?
9       A. Yeah, that's correct. It's the digital
10  signal here.
11      Q. So that would be digital data representing
12  pixels? Would it be digital data --
13      A. It doesn't preclude anything -- any digital
14  data. It could be a bitmap like pixel data, or it
15  could be compressed data, and then which needs to be
16  decompressed before it gets converted to the VGA
17  signal down the stream. So that decompressing plus
18  the version to VGA could be taking place in the
19  display interface conversion device. There is
20  nothing that precludes from that decompressing taking
21  place.
22      Q. In the process described here, with respect
23  to Figure 4 and in Column 3, does the the
24  image as being rendered on the host system?
25      A. You're still talking about the last

Page 151

1  paragraph under column 3?
2       Q. Yes, sir.
3       A. Mm-hmm. Perhaps there is nothing wrong
4  about the description and representing the image you
5  rendered by the computer to, you know, describe what
6  "from the computer" means. It seems like this
7  definition added so many words that was not
8  necessary. I mean I don't necessarily disagree with
9  what it was trying to meant, outside, of course, this
10  "USB encoded display signals."
11      Q. And your problem there was mainly his
12  interpretation of what all display signals included;
13  right? You thought he was over --
14      A. Right. Yes, that's right. That's right.
15         And, here again, I cannot imagine anybody
16  having problem with "from the computer." If it's
17  from the computer, then just say "from the computer."
18  And this seems like representing the image rendered
19  by the computer seems like unnecessary descriptor.
20      Q. But you said not necessarily incorrect. I
21  think is what you mentioned earlier.
22      A. Well, yeah. I mean, you know, "image" is a
23  pretty broad terminology. So I think -- I think --
24  I think you're right. I mean, you're right. It's
25  not necessarily wrong.

Page 152

1       Q. Continuing in the mode of helping to pick up
2  the pace and free everyone, let's look at page 5 of
3  Exhibit 3, the Joint Claim Construction Statement.
4          MR. CAULEY: Actually, I will have a few
5  questions.
6          MR. DIETZEL: Okay.
7  BY MR. DIETZEL:
8       Q. The term at the top of the page there,
9  line 3, "Connecting the USB controller and the VGA
10  controller one to the other by the passage of data
11  therebetween."
12      A. Mm-hmm.
13      Q. I guess, let's start with why DisplayLink's
14  construction is inaccurate.
15      A. If I recall correctly, Dr. Jones clarified
16  that this only is descriptive for what follows. Only
17  from the USB controller via the bridge, not video
18  data only. I think that was his explanation this
19  morning. So that made me feel a little bit better.
20         But just looking at this, it just seems like
21  still we're talking about one-way communication in
22  DisplayLink's definition. It talks about USB
23  controller sending something to VGA controller. And
24  that's really what's described in DisplayLink's
25  construction.

Page 153

39 (Pages 150 to 153)

1    Whereas, if you look at the claims phrase,
2  it says, "Connecting USB controller and the VGA
3  controller one to the other for the passage of data
4  therebetween." And, to me, the term -- the phrase in
5  the claim is more bidirectional. And that is also
6  pretty apparent if you look at the Figure 1. And
7  between the USB controller and VGA controller and
8  having a bridge in between, there is a bidirectional
9  arrow in each of the blocks.
10    And one of the things that Dr. Jones
11  mentioned this morning was that it's not electrical
12  signal -- there is no electrical signal that pass
13  through. That's really not what it says here.
14  Electrical signal contains -- electrical signal
15  contains information. Okay? I mean, it contains
16  information. The signal contains information.
17    When we say "exchange electrical signal,"
18  that means these two functional blocks, which is the
19  USB controller and VGA controller, are exchanging the
20  information in between. Which is exactly what the
21  phrase says. It says "passage of data," data
22  referring to information therebetween.
23    So I was just trying to use a more general
24  descriptor that's corresponding to the claims phrase
25  by saying, you have a USB controller and VGA

Page 154

1  controller and there is a flow of information between
2  them and that really is represented by electrical
3  signal.
4    And in my definition, there is nothing that
5  says the same electrical signal goes from the USB to
6  bridge to VGA. It's not implied here. It's just
7  said they exchange electrical signal.
8    Q. So if DisplayLink's construction isn't
9  limited to one direction, then based on what you said
10  earlier, it sounds like you don't have a problem with
11  the construction as it stands. Is that correct?
12    A. Well, one other thing is just the video data
13  thing. Here in the claims language, it's just a
14  passage of data. And how does that become a video
15  data? I think there is a jump there. Because
16  between USB and VGA controllers, there is some
17  control data that needs to be exchanged.
18    And at least looking at the functional block
19  diagram here, and this USB to VGA converter is
20  probably not a device that has a power source, like,
21  you know, you don't have any plugs that you can
22  connect. It probably needs to be powered by the host
23  computer through USB, the USB format, the +B, -D and
24  then there is a power and ground. And that has to be
25  somehow flowing down.

Page 155

1    And since it does not really show how the
2  power is going to be connected in any other way, I
3  assume that USB will talk to USB controller and then
4  part of that information contains power, so that the
5  whole device can be powered up.
6    And then if, in fact, according to this
7  diagram in there, the communication is done through
8  in this way, then there might have to be some power
9  path that's going down this way as well.
10    Q. So power is an electrical signal, according
11  to you?
12    A. Power is a -- power is a form of a signal,
13  too, I guess. I mean, some people would not say
14  that.
15    But if -- you know, we say power signal, and
16  it's certainly electrical. You know, it doesn't
17  contain really information. So the power signal is
18  electrical signal that contains power, as opposed to
19  other electrical signal that contains information.
20    Q. So it sounds like here you mentioned that
21  the unit -- you were reading unidirectional into
22  DisplayLink's construction, that you thought it only
23  allowed data to travel one way, from the USB
24  controller to the VGA controller. That was one of
25  the problems you mentioned with this construction

Page 156

1  earlier.
2    A. Well, let me try to be clear as to what I'm
3  trying to do when I try to construct a claims phrase
4  or terms. I try to construct it to represent what
5  the passage says here, so there will be a match to
6  match. I don't try to extrapolate what the claims
7  language says to include something like, you know,
8  the VGA controller video data only or something like
9  that.
10    If, in fact, this particular phrase is meant
11  to operate that way, then it probably have a further
12  limitation that states that fact elsewhere. But this
13  particular phrase does not say video data only
14  from -- and then does a one-directional
15  communication. It says clearly, it says data is
16  exchanged therebetween.
17    Q. Okay. And that's what I was trying to get
18  at. You mentioned earlier that you thought
19  DisplayLink's construction doesn't permit two-way
20  communication. You've said that more than once now.
21    A. Okay.
22    Q. You've also said, now, that video data here,
23  you're interpreting to be only -- it sounds like
24  you're interpreting that to be only the data that
25  ends up as the image on the computer, or on the

Page 157

40 (Pages 154 to 157)

1  display device. Is that correct?
2      And you don't think this limitation is
3  limited to just that data, because it just says "the
4  passage of data therebetween."
5      A. Yes, I think that's a reasonably accurate
6  assessment.
7      Q. So if video data here were construed to
8  include more information similar to what Dr. Jones
9  was talking about this morning when he said display
10  signals, and as we were just talking about not too
11  long ago with regards to the claim term "USB based
12  display signals," where he said it could include
13  control information and additional information like
14  that -- if video data in this construction were
15  interpreted broadly, then it seems like those are the
16  problems -- those are the two problems you saw with
17  DisplayLink's construction. And as long as each of
18  those were not the case -- and by "each of those," I
19  mean video data were not limited to just image data,
20  and this permits communication in two directions, it
21  appears you have no conflict with this construction.
22      A. I mean, what Dr. Jones said earlier was not
23  regarding video data. He said "display signals" --
24      Q. That's correct.
25      A. -- contains everything. So now you are --

Page 158

1  permits two-way communications, then do you have a
2  problem with DisplayLink's construction?
3      A. Well, it's not permanent. But it's just to
4  illustrate that it is happening.
5      Q. Okay. Then it's fine?
6      A. Yeah, it's fine.
7      Q. With respect to this term earlier, when we
8  started talking and you said you read portions of the
9  file history which you thought were the relevant
10  portions, the highlights, based on your own
11  prosecution experience, do you recall reading the
12  office action where the claims were amended to
13  include this language?
14      A. Vaguely. I don't recall -- I remember
15  seeing it, but I don't recall the detail of what that
16  was about.
17      Q. So then you probably don't recall the prior
18  art reference that was discussed --
19      A. I don't recall.
20      Q. -- with respect to this.
21      So you have no opinion, as we sit here right
22  now, of how the prior art -- or how this claim
23  limitation got around the particular piece of prior
24  art the examiner cited?
25      A. That is correct.

Page 160

1      Q. I guess what I'm asking you is, if you
2  interpret video data here to be equivalent to how
3  Dr. Jones defined display signals --
4      A. Which includes everything.
5      Q. Correct. Pretty close, it seems.
6      -- does that then eliminate your concerns
7  about DisplayLink's proposed construction?
8      A. How about this "therebetween" part? I would
9  like for it to also say that, you know, the
10  communication can take place in both directions.
11      Q. Where does it say it can't take place
12  in both directions?
13      A. I understand that. But the claims phrase
14  itself said explicitly that it is happening
15  therebetween. But DisplayLink's construction just
16  describes one part. So, you know, some part of it is
17  missing here.
18      Q. I guess I'll try and rephrase so that we
19  can -- So interpreting video data to include both the
20  image data that comes across as well as additional
21  signaling where there's control power --
22      A. It means everything, basically.
23      Q. Yes. And not importing into DisplayLink's
24  construction communication is permitted in only one
25  direction, meaning that DisplayLink's construction

Page 159

1      Q. So besides the evidence you mentioned here
2  in support of your construction, this intrinsic
3  evidence on page 5, do you have any additional
4  intrinsic or extrinsic evidence you have in support
5  of your construction to dispute DisplayLink's?
6      A. No.
7      Q. Let's see. Okay. I want to go to it looks
8  like the top of page 6 of Exhibit 3, the Joint Claim
9  Construction Statement. Actually, beginning at the
10  bottom of page 5 and going over to the top of page 6.
11      MR. CAULEY: Don't make the same mistake I
12  made.
13  BY MR. DIETZEL:
14      Q. The bridge circuit -- the term at issue is:
15  "The bridge circuit converting the USB based display
16  signals into corresponding VGA signals."
17      So MCT's construction here is: "The bridge
18  circuit translating the USB signals containing
19  display information into corresponding display
20  signals according to the VGA standard."
21      A. Mm-hmm.
22      Q. Let's begin with, is the VGA standard
23  mentioned here the same one we discussed earlier?
24      A. Yes.
25      Q. The ability to use the 15 pins of a --

Page 161

41 (Pages 158 to 161)

1    A. That's correct.
2    Q. Do you have an understanding of what USB
3  based display signals mean outside of the '788
4  patent?
5    A. Oh, sure. Yeah. I mean, you know, USB
6  based in this case is like what Dr. Jones said. It
7  will be data that can be communicated over USB
8  interface. So the signal has to be encoded according
9  to USB standard.
10    Q. So that's just sort of the plain and
11  ordinary meaning from the words themselves?
12    A. Yes.
13    Q. It's USB based display signal.
14    A. Yes.
15    Q. Okay. I guess the question to you would be:
16  Can USB based display signals be directly converted
17  to VGA signals?
18    MR. CAULEY: Objection to form.
19    THE WITNESS: Directly?
20    MR. CAULEY: Can you read his question back.
21    (Record read by the Reporter:
22    "Question: Okay. I guess the question to
23  you would be: Can USB based display signals be
24  directly converted to VGA signals?")
25    THE WITNESS: Could you clarify that

Page 162

1    But the image is basically like taking a
2  picture what needs to be displayed at any given time,
3  instance of time on the display. So it could be
4  really anything; it could be text, it could be your
5  JPEG signal, or it could be one frame out of a motion
6  picture.
7    Q. So the USB based display signals will then
8  be, most likely, a stream of USB data packets that
9  represent the image to be displayed on the display
10  device?
11    A. Well, that's a possible form. But it
12  doesn't have to be. I mean, it just has to contain
13  information enough to generate the images to be
14  displayed. So it doesn't have to be necessarily in
15  the format that is packets, You know.
16    Q. I guess when I say "packets," I mean it's
17  just in -- it has to be in a form that can be
18  transmitted and understood by the USB link.
19    A. That is correct, yes. And that's the only
20  requirement for this USB based display signal means.
21  And I think Dr. Jones agreed that that was what USB
22  encoded by -- you know, he meant by that as well.
23    Q. And it would be a -- obviously, an image on
24  a screen, possibly be a significant amount of data,
25  so you would break that up in one or more ways by

Page 164

1  question a little bit better for me? Because
2  "converted" means -- of course USB display signal can
3  be converted to VGA. So I'm trying to understand
4  what that "directly" means there.
5  BY MR. DIETZEL:
6    Q. I guess, would there be a one-to-one
7  correspondence between a USB based display signal and
8  the VGA signal into which it was converted?
9    A. USB based image that you -- so it's a
10  display signal. What you are displaying is image.
11  The image is represented by USB based signal. There
12  is a one-to-one correspondence between that image
13  that is captured in this USB based signal to VGA.
14    In that context, yes, there is one-to-one
15  correspondence.
16    Q. When you say the "image," can you elaborate
17  on that?
18    A. Image is just a snapshot of the screen at
19  any given time. So if whatever is being displayed
20  happened to be a motion picture, then that image
21  changes in time according to that motion. Or it
22  could be text that I see here. That image, one to
23  another, would be the same image probably refreshed
24  over and over until that image -- whatever is
25  changing.

Page 163

1  going left to right, top to bottom and sending that
2  across, or however you --
3    A. Sure. That's correct.
4    Q. Okay. But when the USB-based display signal
5  was converted into a VGA signal, it wouldn't
6  necessarily be a one-to-one correspondence. It may
7  require when a USB -- the first portion of the image
8  that comes across in a USB based display signal may
9  be converted into two or more VGA signals so that
10  it's getting rendered. Is that correct?
11    There is nothing that requires one USB based
12  display signal to come in and one VGA signal to go
13  out?
14    A. Sure. There is no requirement that that is
15  the case. But there is a correspondence between a
16  USB based display signal and what that means in a VGA
17  signal. There is a one-to-one correspondence.
18    Now, if you choose to break it apart, that's
19  okay. But that doesn't mean that the correspondence
20  itself is lost.
21    Q. And when we say "VGA signal" here, how do
22  you define "VGA signal"?
23    A. VGA signal would be, you know, that 15-pin.
24  So red, green, and RGB. Okay? The red, green and
25  blue.

Page 165

42 (Pages 162 to 165)

SHARI MOSS & ASSOCIATES                    (415) 402-0004
(415) 402-0004

feddff36-9c5d-4976-bedf-ac500a4a86ec

1  Q. And an analog signal?
2  A. It is -- it becomes an analog signal by the
3  time you want to display it. But in this link, it's
4  still transmitted in digital form over the 15-pin
5  cable. So by the time your, say, display device
6  operates, then so many bits of that red, for example,
7  gives you a strength of a particular pixel on that
8  red, you know, position. So it's really a
9  combination of digital and analog. You know, that's
10  what a VGA signal look like.
11  Q. So you would have a USB signal that comes
12  in --
13  A. Mm-hmm.
14  Q. Or a USB based display signal that would
15  come in, that would get converted into a digital
16  signal related to the VGA side of the transaction?
17  A. Yes. Right. That's correct. And then --
18  Q. And one embodiment of the patent has PCI or
19  AGP signals. Yeah, PCI or AGP type signals, and then
20  that goes to the video controller.
21  A. Mm-hmm.
22  Q. The video controller then, at some point,
23  would create -- take those digital signals and create
24  an analog signal that would end up going out to the
25  display device?

Page 166

1  A. That's correct.
2  Q. So there is sort of that interim conversion
3  in between the USB and the digital VGA signal before
4  it gets to the back and out of the back device?
5  A. That's correct.
6  Q. Okay. Very good.
7  I believe the last term we have to
8  discuss -- it was on page 2 of Exhibit 3, Joint
9  Claims Construction Statement, line 6,
10  "For receiving exclusively therethrough USB based
11  display signals."
12  A. Yes.
13  Q. I guess let's start with -- can you show me
14  in the specification where your construction is
15  supported.
16  A. Well, I think it's easy to see from the
17  diagram. And just looking -- going back to
18  Figure 2 -- Figure 1, I'm sorry -- Figure 1, it
19  says -- just make sure that it's in the proper
20  context here.
21  Okay. So this particular phrase, "For
22  receiving exclusively therethrough USB based display
23  signal" comes from the first limitation at the
24  preamble. And it says, "A USB controller disposed
25  external to the computer and detachably connected to

Page 167

1  a USB port of the computer for receiving" -- and it
2  begins "for receiving exclusively therethrough USB
3  based display signals from the computer..." So it
4  says something that is happening at the USB
5  controller.
6  So looking at this, "receiving exclusively
7  therethrough USB based display signal" -- so I look
8  at it here, saying that since the display signal will
9  be processed and converted in the USB-to-VGA
10  converter. And there is really no other place that
11  display signal will go other than USB controller. So
12  I look at the "exclusively therethrough" to mean
13  there is really no other place that this USB based
14  display signal will go. And that's obvious from this
15  diagram. And, therefore, say, all of the USB signals
16  containing display information has to come through
17  the USB controller. And since that signal is going
18  thereto -- to the bridge in the next sequence of a
19  functional block -- so I have put down forwarding
20  them to the bridge in the signal form understood by
21  the bridge. I think it's pretty apparent from the
22  Figure 1 and that description that goes with
23  Figure 1.
24  Q. You say it's pretty apparent from Figure 1
25  simply because -- I guess, why do you say it's

Page 168

1  apparent from Figure 1? Is that because there is a
2  single line drawn between those?
3  A. Yes, that's right. In fact, the USB
4  controller is the only functional block in this
5  invention that interacts with the host computer. So
6  the host computer having display signals to go out to
7  be displayed by display device, there is no other
8  place to send it to. So all of that has to go to the
9  USB controller.
10  Q. USB is well known for its expandability, the
11  fact that you can daisy chain, I think, 128 devices
12  off the USB hub.
13  A. Yes, that's right.
14  Q. Or a USB port, rather. You can put 128
15  devices on a single chain.
16  If you had multiple USB-to-VGA converters
17  on a -- hanging off a particular USB host controller,
18  would your construction still apply in that scenario?
19  A. If you have multiple USB-to-VGA converters
20  on this chain, the USB port on this particular
21  display signal sequence would be targeted for a
22  specific end device that is, you know, defined within
23  that 128 -- up to that many addresses that are on
24  the --
25  Q. The enumeration, I guess, is what I mean.

Page 169

43 (Pages 166 to 169)

1    A. Right. So it will be targeted to that
2    particular device. So, you know, it's just all the
3    other USB devices in that port is not really part of
4    that concern.
5        Q. The language of the claim, as you were
6    reading earlier, "for receiving exclusively
7    therethrough" --
8        A. Mm-hmm.
9        Q. You mentioned earlier that in developing
10   your construction, you tried to include words that
11   addressed -- or you tried to give a construction that
12   addressed all of the terms and all of the meaning in
13   the disputed limitation; correct?
14       A. I tried to reflect what is stated in the
15   phrase in my construction.
16       Q. In your opinion, is "exclusively" read out
17   in your construction?
18       A. No. Actually, "exclusively therethrough."
19   I mean, "exclusively" modifies "therethrough."
20       So for receiving exclusively therethrough;
21   so that means all of USB signals will come to that.
22   So the part "all of" is really the exclusively
23   correspond to. So there is no other place that USB
24   based display signal goes through. It goes through
25   exclusively by the USB controller. So that's what I

Page 170

1    read.
2        And it makes sense, because in the context
3    of a patent, what used to be a 15-pin cable that
4    connects a computer to the VGA terminal, now it's a
5    very thin cable. So you might wonder, How can a
6    15-pin -- a 15-line cable that is thick became the
7    4-line USB cable? So you might wonder, Is there
8    another USB port, maybe two USB ports that is being
9    used to do this?
10       No. The patent is saying that no. Just one
11   and only one USB -- the USB-to-VGA controller is okay
12   to do this. And, therefore, all of that information
13   that used to go through the 10-pin connector now can
14   go through 4-pin connector and be okay.
15       And I -- when I read the patent -- and that
16   is an important aspect of the invention; so,
17   therefore, it makes sense to emphasize that
18   exclusively therethrough. So it just use just one
19   port USB and function just like that 15-pin thick
20   cable that didn't really stretch too far, you know.
21   It's now replaced with a very thin USB cable that can
22   go much farther. So that's a salient feature of the
23   what the claimed invention is.
24       Q. So in view of the '788 patent, there is no
25   longer a need for VGA connectors?

Page 171

1        A. I didn't say that. I just said that '788
2    patent allows the USB to -- a USB port to be used
3    for working together with a VGA display terminal,
4    which is very prevalent everywhere. We still have a
5    lot of VGA display devices. And because of that, all
6    the pieces -- at least most of them that I know --
7    has a VGA connector in the back to drive the external
8    display device. And perhaps because of this, PCs
9    maybe may not -- do not have to that 15-pin connector
10   and have a USB port. And then maybe ship it with
11   this USB-to-VGA converter, together with the PC, and
12   ask the users to use USB port instead of having that
13   thumbscrew VGA. There is one sitting in front of me
14   right here. Instead of doing that, I can have one of
15   these to work instead of a VGA connector port in the
16   back.
17       Q. Do you recall the '788 patent, that it
18   mentioned I believe more than once that one of the
19   advantages of the invention that they came up with,
20   this USB-to-VGA converter, is that you no longer have
21   to have a display interface card inside the host
22   computer to generate VGA signals?
23       A. That is correct.
24       Q. So then does the '788 patent contemplate
25   simultaneous usage of a VGA monitor and a USB-to-VGA

Page 172

1    monitor off of the same host system?
2        So I've got a display device hooked up to my
3    VGA port, and I've also got a display device hooked
4    up through the USB port. So that I can have two
5    displays, one of which is directly driven by VGA and
6    one is driven by USB?
7        A. It's doesn't really contemplate it. The
8    thing that '788 patent addresses is the use of USB
9    port to drive a VGA display device. And what else --
10   whatever else you do in the rest of the computer is
11   not really talked about here. It doesn't preclude
12   anything else that you do.
13       Q. But the patent does -- one of the
14   motivations -- one of their inspirations was to get
15   rid of the display interface card; correct?
16       A. That would be a feature that the patent
17   could provide. Although, I don't know if that was
18   really the true motivation by the inventor. That, I
19   wouldn't know.
20       Q. Well, if we look at column 1, beginning at
21   about line 11, the section called "The Related Art."
22   And, actually, if you skip down to about line 21,
23   which starts, "The display interface card occupies a
24   portion of the limited space inside the host
25   computer, and, in addition, increases the overall

Page 173

1  cost."
2      A. Yeah. Mm-hmm.
3      Q. "The display interface card is often
4  connected to the display device by a cable for
5  transmission of display signals. The cable is
6  adverse to the management of peripheral devices."
7      A. Mm-hmm.
8      Q. So does that not sound like they are trying
9  to accomplish a VGA --
10     A. Yeah. Yeah. I mean --
11     Q. -- cardless?
12     A. Right. It does.
13     Q. What about column 1, line 41? It says, "A
14  further object of the present invention is to provide
15  a USB-to-VGA converter that allows for direct
16  transmission of USB signals from a host computer to a
17  display device without adding any display interface
18  card inside the host computer."
19        Looking at DisplayLink's construction for
20  this particular term -- or, I guess, not even going
21  there. You were reasoning earlier that
22  "exclusively" modifies "therethrough."
23     A. Yes. But then I need to say something.
24  That if "USB based display signal" includes every
25  signal there is, then, as Dr. Jones mentioned this

Page 174

1  morning, for receiving only USB based display signal
2  for only every signal there is, you know, to me, it
3  doesn't make sense to modify the "USB based display
4  signal" by having this "exclusively." It doesn't
5  make sense to me.
6        Because, according to this or the way that
7  it's being written here in DisplayLink, we call the
8  USB based display signal contains everything. It's
9  got control signals and everything, according to the
10  way that the --
11     Q. Everything related to the operation of the
12  display.
13     A. Yeah, that's right. Okay. Of course, the
14  operating display as well as the converter itself.
15  So, basically, it's every data.
16        Then the construction says for receiving
17  only all of the data that needs to do this into the
18  USB controller. It seems to me that makes no sense.
19  Whereas, to emphasize the fact that what used to be
20  15-pin connector is now down to this thin cable,
21  USB cable, doing the whole thing and there is nothing
22  else, all the signal that used to go to 15-pin
23  connector is now going to this USB -- the cable, and
24  there is nothing else that's happening.
25        And based on that salient feature of the

Page 175

1  patent invention, it makes sense actually to see the
2  "exclusively" modifying the "therethrough" part.
3  Because the other part, if "exclusively" modifies the
4  USB based display signal, in light of what that means
5  to the USB display signal to include everything, it
6  makes no sense.
7      Q. So you said the only modifying USB based
8  display signals when USB based display signals
9  includes so much information --
10     A. Everything. Right.
11     Q. -- that construction, the DisplayLink
12  construction doesn't make sense to you or is
13  inappropriately incorrect?
14     A. Well, what the statement in the proposed
15  construction, based on the interpretation that USB
16  based display signals includes everything, the
17  meaning of the proposed construction by DisplayLink
18  is consistent with what the patented invention is
19  doing. But that is really not what the claim phrase
20  for receiving exclusively therethrough USB based
21  display signals -- I don't think that's really what
22  is represented by DisplayLink's proposed
23  construction.
24     Q. In the '788 patent, other than USB based
25  display signals, what data is received into the

Page 176

1  USB-to-VGA converter device?
2        MR. CAULEY: Objection. Form.
3  BY MR. DIETZEL:
4      Q. If you want to reference Figure 1.
5      A. Yeah, I'm trying to understand.
6        When you say in this case, "USB based
7  display signals," is that according to DisplayLink's
8  interpretation per Dr. Jones this morning, or as what
9  I think is so, a person of ordinary skill would view
10  this display signal means related to the displaying
11  the information?
12       The control schemes that is associated with
13  the USB is really separate from the -- in my opinion,
14  from the USB based display signal. I think the
15  control signal to maintain the USB portion so that
16  the USB host and the device can communicate, for
17  example, it's really not -- in my opinion, that is
18  not really part of the display signal.
19       So can I ask you which one of those two
20  definitions that you are referring to when you say --
21  when you ask me what else is there?
22     Q. Well, let's go with your definition, where
23  the USB based display signals are primarily the image
24  data and the sink data. So that's what the USB based
25  display signals are going into block 100 of Figure 1,

Page 177

45 (Pages 174 to 177)

1  for example.
2      What additional data would be coming from
3  the host computer block 200 into block 100 of
4  Figure 1?
5      A.  Yes.  If you recall the chapter 9 on this
6  USB device framework out of -- I believe this was
7  Exhibit 4.  Was it?
8      Q.  That's right.
9      A.  And there were three layers of function.
10  The one at the bottom being the communication
11  between -- this is the physical communication between
12  host and the device, and the information that are
13  related.  There is a whole sequence of message that's
14  being exchanged between the host and device in the
15  communication.  So the data packets going back and
16  forth.  But there is an acknowledgement and negative
17  acknowledgement, and there is a flow control
18  information.  There is a host of information that is
19  all stated in the -- I believe in the much later
20  chapter.
21      For example, I think -- I'm just opening
22  randomly and finding one spot right here.  Let's say
23  just to pick up this page 534 of Exhibit 4, and just
24  to take a look at all this data being exchanged
25  between the host and the hub in this case.

Page 178

1      But I'm just saying that the hub as an
2  example.  There will be information similar to that
3  exchange like this would be done between the host
4  device and the USB controller.  Something that
5  enables the exchange of data be done correctly.  And
6  that function is one of the layers in the device
7  framework specified by the USB.
8      Q.  Would there be anything else?
9      A.  Once again, the -- I believe the power is an
10  electrical signal.  That, too, has to be provided
11  between -- somehow through the USB controller block.
12  And there might be -- when you first turn on the
13  device in the beginning, there has to be -- if you
14  plug in the USB-to-VGA converter in the beginning,
15  the first thing that has happened is the information
16  exchange so that the computer would recognize what
17  the device is.  There is some initial booting up and
18  starting-up process.
19      Q.  I think it's called "enumeration," I
20  believe.
21      A.  That's right.  So there are many things that
22  would have to happen.  And, you know, those are the
23  examples.
24      Q.  Are you aware of any other data -- strike.
25      Is there any additional data described in

Page 179

1  the '788 patent as being passed from block 200 to
2  block 100?
3      A.  The '788 patent doesn't really specify all
4  the details.
5      Q.  So it sounds like the other data that you
6  said could possibly be passing back and forth would
7  be data required by the USB specification.
8      A.  Yeah.  And a person of ordinary skill would
9  know that d the USB communicates through many
10  messages exchanged between the host controller and
11  the device.
12      Q.  Okay.
13      A.  They may not know what it is exactly, but
14  they will know that there are many messages.
15      Q.  Can I ask why in your construction for the
16  term "for receiving exclusively therethrough USB
17  based display signals," why your instruction includes
18  "and forwarding them to the bridge in the signal form
19  understood by the bridge"?
20      A.  The reason why I used the next to stage is
21  because of that word "therethrough."  So it's got
22  that -- not just to receiving it, but it's got that
23  "therethrough."  So where does that go to?  So I put
24  that to the next block just because of that.
25      Q.  In order to receive data through a port, it

Page 180

1  has to come through the port; correct?  It doesn't
2  necessarily have to go anywhere downstream from --
3      A.  No.  This is describing USB controller.  So
4  it's a functional block.  So "receiving exclusively
5  therethrough" -- so its function kind of takes it in
6  and passing it on to something else.
7      So, you're right.  I mean, it doesn't
8  necessarily have to have the second part in my
9  construction, which states "and forwarding them to
10  the bridge in the signal form understood by the
11  bridge."  I mean, that's really not absolutely
12  necessary part of it.  But I wanted to reflect
13  the term "therethrough" as part of this description.
14      Q.  Okay.  This language was added during
15  prosecution of the '788 patent.  I believe it was the
16  last amendment before the application was actually
17  allowed.
18      Do you recall reading the office action and
19  the response?
20      A.  I recall seeing it, but I don't really
21  recall the detail of the response.
22      Q.  So then you wouldn't be able to give me your
23  opinion on the meaning of the limitation or an
24  interpretation of the particular piece of prior art --
25      A.  No.

Page 181

46 (Pages 178 to 181)

1  Q. -- that MCT said was differentiated by
2 adding this limitation?
3   A. No, not at this point.
4   MR. DIETZEL: Do you want to take a quick
5 recess and let me see if I have anything remaining to
6 cover and then --
7   MR. CAULEY: Why don't we take a quick
8 recess, and I will be able to go directly to my
9 questions.
10   MR. DIETZEL: Okay.
11   THE VIDEOGRAPHER: The time is approximately
12 6:33 p.m. We are now off the record.
13   (Brief recess taken.)
14   THE VIDEOGRAPHER: The time is approximately
15 6:41 p.m. We are back on the record.
16   MR. DIETZEL: Dr. Min, I think that wraps up
17 my questioning for now. I appreciate you coming
18 down, and I certainly enjoyed the conversation.
19   THE WITNESS: Likewise. Thank you.
20   MR. DIETZEL: Mr. Cauley, your witness.
21   MR. CAULEY: Okay. I just have a couple of
22 questions.
23        EXAMINATION
24 BY MR. CAULEY:
25   Q. Dr. Min, if you could look on Exhibit 3.

Page 182

1 valid display signals that can be converted and
2 processed by the USB-to-VGA converter of the
3 invention to be displayed in VGA display device. So
4 I would have to disagree.
5   Q. If you can turn to the patent, which is
6 Exhibit 2. And counsel was referring right at the
7 end to column 1, and I think it's lines 21 through
8 the end of the "Background of the Invention," and the
9 third paragraph of the "Summary of the Invention,"
10 about whether one of the objectives of the inventor
11 was to eliminate the need for, I guess, a video
12 card -- or I guess it's displayed in here --
13 referring to a "display interface card."
14   Are they the same thing, a video card and a
15 display interface card?
16   A. Yes.
17   Q. Sort of?
18   A. Yes.
19   Q. And I think you testified that you agreed
20 that one of the objectives of the invention was to
21 eliminate the need for a display interface card.
22 Do you remember that testimony?
23   A. Yes, I do.
24   Q. Is it your opinion that the invention of the
25 '788 patent would preclude the use of a display

Page 184

1 I'm going to look at on page 2, the two terms on
2 there. I guess those two terms on that page that
3 both use the term "USB based display signals."
4   A. Mm-hmm.
5   Q. And Mr. Dietzel was asking you earlier about
6 whether you had a disagreement with Dr. Jones on the
7 interpretation of those terms. And I think that you
8 were testifying that it was your understanding that
9 Dr. Jones testified that USB display signals included
10 everything.
11   And we can go back and look later and see
12 what Dr. Jones actually testified to. My recollection
13 is that he testified that USB display signals did not
14 include static images, like JPEGs and bitmaps and
15 screen shots and things like that.
16   If Dr. Jones testified that USB display
17 signals did not include, I guess, those kinds of
18 data, or files, or whatever you want to call them,
19 would you still agree with his interpretation of
20 these terms to the extent that he used the term "USB
21 based display signals"?
22   A. No. Then I would have to disagree, because
23 it limits to -- it precludes having some other
24 signals, such as the ones that you mentioned, screen
25 shots and the JPEG signals, or -- you know, they are

Page 183

1 interface card in the computer?
2   A. No. It just says you could use USB port to
3 display the data on the VGA display device. But that
4 doesn't preclude of having anything else. I mean,
5 you could have another one for whatever the reason
6 that you may have.
7   MR. CAULEY: I have no further questions.
8 Thank you.
9   MR. DIETZEL: I think we're done.
10   THE VIDEOGRAPHER: Stand by, please.
11   The time is approximately 6:45 p.m. This
12 concludes Videotape No. 3 in today's proceedings.
13 The master videotapes will be retained by
14 Mediaxcellence.
15   We are off the record at approximately
16 6:45 p.m.
17   (ENDING TIME: 6:45 p.m.)
18
19
20
21   _____
22   PAUL S. MIN, Ph.D.
23
24
25

Page 185

47 (Pages 182 to 185)

```
 1          CERTIFICATE OF REPORTER
 2
 3
 4          I, SHARON LANCASTER, do hereby certify that
 5    the witness in the foregoing deposition was present
 6    and by me sworn as a witness in the above-entitled
 7    action at the time and place therein specified;
 8          That said deposition was taken before me, a
 9    Certified Shorthand Reporter of the State of
10    California, and was thereafter transcribed into
11    typewriting, and that the foregoing transcript
12    constitutes a full, true and correct record of said
13    deposition and of the proceedings which took place;
14          That I am a disinterested person in the said
15    action.
16          IN WITNESS WHEREOF, I have hereunto set my
17    hand this_____, 2008.
18
19
20
21          _____
22          SHARON LANCASTER, CSR No. 5468
23
24
25
                                          Page 186
```

48 (Page 186)

SHARI MOSS & ASSOCIATES

(415) 402-0004

(415 ) 402-0004

feddff36-9c5d-4976-bedf-ac500a4a86ed