# EXHIBIT 4

Preliminary Draft May 19th 1992

# Video Subsystem

DL 018926

Preliminary Draft May 19th 1992

2

DL 018927

Preliminary Draft May 19th 1992

# Video Subsystem

Section 1. Introduction ........................... 1-1
Video Subsystem ............................... 1-2

Section 2. VGA Function ......................... 2-1
VGA Function Introduction ...................... 2-5
Major Components .............................. 2-7
Hardware Considerations ....................... 2-11
Modes of Operation ............................ 2-12
Video Memory Organization ..................... 2-24
Registers ..................................... 2-41
VGA Programming Considerations ................ 2-97
Video Digital-to-Analog Converter .............. 2-104
VGA Video Extensions .......................... 2-107

Section 3. XGA Function ......................... 3-1
XGA Function Introduction ...................... 3-7
VGA compatibility ............................. 3-16
132-Column Text Mode .......................... 3-16
Extended Graphics Mode ........................ 3-20
XGA Display Controller Registers ............... 3-34
Coprocessor Description ....................... 3-90
Coprocessor Registers ......................... 3-132
XGA System Interface .......................... 3-169
Virtual Memory Description .................... 3-177
| XGA Adapter Identification, Location and XGA Mode Setting   3-192
| VGA Modes .................................... 3-223
| Programming the XGA subsystem ................. 3-230

Section 4. Display Connector .................... 4-1
Display Connector Introduction ................. 4-2

Index ......................................... X-1

© Copyright IBM Corp. 1989, 1991                                     i

DL 018928

Preliminary Draft May 19th 1992

DL 018929

Preliminary Draft May 19th 1992

# Figures

| | | |
|---|---|---|
| 2-1. | Diagram of the VGA Function | 2-6 |
| 2-2. | Graphics Controller | 2-9 |
| 2-3. | Attribute Controller | 2-10 |
| ! 2-4. | BIOS Video Modes | 2-12 |
| 2-5. | Double Scanning and Border Support | 2-13 |
| 2-6. | Direct-Drive Analog Displays | 2-14 |
| 2-7. | Character/Attribute Format | 2-16 |
| 2-8. | Attribute Byte Definitions | 2-16 |
| 2-9. | BIOS Color Set | 2-17 |
| 2-10. | Video Memory Format | 2-18 |
| 2-11. | PEL Format, Modes Hex 4 and 5 | 2-19 |
| 2-12. | Color Selections, Modes Hex 4 and 5 | 2-19 |
| 2-13. | PEL Format, Mode Hex 6 | 2-20 |
| 2-14. | Bit Definitions C2,C0 | 2-21 |
| 2-15. | Compatible Color Coding | 2-23 |
| 2-16. | 256KB Video Memory Map | 2-24 |
| 2-17. | Data Flow for Write Operations | 2-39 |
| 2-18. | Color Compare Operations | 2-40 |
| 2-19. | Video Subsystem Register Overview | 2-41 |
| 2-20. | General Registers | 2-42 |
| 2-21. | Miscellaneous Output Register, Hex 03CC/03C2 | 2-42 |
| 2-22. | Display Vertical Size | 2-43 |
| 2-23. | Clock Select Definitions | 2-43 |
| 2-24. | Input Status Register 0, Hex 03C2 | 2-44 |
| 2-25. | Input Status Register 1, Hex 03DA/03BA | 2-45 |
| 2-26. | Feature Control Register, Hex 03DA/03BA and 03CA | 2-46 |
| 2-27. | Video Subsystem Enable Register, Hex 03C3 | 2-46 |
| 2-28. | Sequencer Registers | 2-47 |
| 2-29. | Sequencer Address Register | 2-47 |
| 2-30. | Reset Register, Index Hex 00 | 2-48 |
| 2-31. | Clocking Mode Register, Index Hex 01 | 2-49 |
| 2-32. | Map Mask Register, Index Hex 02 | 2-51 |
| 2-33. | Character Map Select Register, Index Hex 03 | 2-52 |
| 2-34. | Character Map Select A | 2-53 |
| 2-35. | Character Map Select B | 2-53 |
| 2-36. | Memory Mode Register, Index Hex 04 | 2-54 |
| 2-37. | Map Selection, Chain 4 | 2-54 |
| 2-38. | CRT Controller Registers | 2-55 |
| 2-39. | CRT Controller Address Register, Hex 03B4/03D4 | 2-56 |
| 2-40. | Horizontal Total Register, Index Hex 00 | 2-56 |

© Copyright IBM Corp. 1989, 1991                iii

DL 018930

Preliminary Draft May 19th 1992

| | | |
|---|---|---|
| 2-41. | Horizontal Display Enable-End Register, Index Hex 01 | 2-57 |
| 2-42. | Start Horizontal Blanking Register, Index Hex 02 | 2-57 |
| 2-43. | End Horizontal Blanking Register, Index Hex 03 | 2-58 |
| 2-44. | Display Enable Skew | 2-58 |
| 2-45. | Start Horizontal Retrace Pulse Register, Index Hex 04 | 2-59 |
| 2-46. | End Horizontal Retrace Register, Index Hex 05 | 2-60 |
| 2-47. | Vertical Total Register, Index Hex 06 | 2-61 |
| 2-48. | CRT Overflow Register, Index Hex 07 | 2-62 |
| 2-49. | Preset Row Scan Register, Index Hex 08 | 2-63 |
| 2-50. | Maximum Scan Line Register, Index Hex 09 | 2-64 |
| 2-51. | Cursor Start Register, Index Hex 0A | 2-65 |
| 2-52. | Cursor End Register, Index Hex 0B | 2-66 |
| 2-53. | Start Address High Register, Index Hex 0C | 2-67 |
| 2-54. | Start Address Low Register, Index Hex 0D | 2-67 |
| 2-55. | Cursor Location High Register, Index Hex 0E | 2-68 |
| 2-56. | Cursor Location Low Register, Index Hex 0F | 2-68 |
| 2-57. | Vertical Retrace Start Register, Index Hex 10 | 2-69 |
| 2-58. | Vertical Retrace End Register, Index Hex 11 | 2-69 |
| 2-59. | Vertical Display-Enable End Register, Index Hex 12 | 2-71 |
| 2-60. | Offset Register, Index Hex 13 | 2-71 |
| 2-61. | Underline Location Register, Index Hex 14 | 2-72 |
| 2-62. | Start Vertical Blanking Register, Index Hex 15 | 2-73 |
| 2-63. | End Vertical Blanking Register, Index Hex 16 | 2-73 |
| 2-64. | CRT Mode Control Register, Index Hex 17 | 2-74 |
| 2-65. | CRT Memory Address Mapping | 2-75 |
| 2-66. | Line Compare Register, Index Hex 18 | 2-77 |
| 2-67. | Graphics Controller Register Overview | 2-78 |
| 2-68. | Graphics Controller Address Register, Hex 03CE | 2-78 |
| 2-69. | Set/Reset Register, Index Hex 00 | 2-79 |
| 2-70. | Enable Set/Reset Register, Index Hex 01 | 2-80 |
| 2-71. | Color Compare Register, Index Hex 02 | 2-81 |
| 2-72. | Data Rotate Register, Index Hex 03 | 2-82 |
| 2-73. | Operation Select Bit Definitions | 2-82 |
| 2-74. | Read Map Select Register, Index Hex 04 | 2-83 |
| 2-75. | Graphics Mode Register, Index Hex 05 | 2-84 |
| 2-76. | Write Mode Definitions | 2-85 |
| 2-77. | Miscellaneous Register, Index Hex 06 | 2-86 |
| 2-78. | Video Memory Assignments | 2-86 |
| 2-79. | Color Don't Care Register, Index Hex 07 | 2-87 |
| 2-80. | Bit Mask Register, Index Hex 08 | 2-88 |
| 2-81. | Attribute Controller Register Addresses | 2-89 |
| 2-82. | Address Register, Hex 03C0 | 2-89 |
| 2-83. | Internal Palette Registers, Index Hex 00 - 0F | 2-90 |

DL 018931

Preliminary Draft May 19th 1992

| | | |
|---|---|---|
| 2-84. | Attribute Mode Control Register, Index Hex 10 | 2-92 |
| 2-85. | Overscan Color Register, Index Hex 11 | 2-94 |
| 2-86. | Color Plane Enable Register, Index Hex 12 | 2-94 |
| 2-87. | Horizontal PEL Panning Register, Index Hex 13 | 2-95 |
| 2-88. | Image Shifting | 2-95 |
| 2-89. | Color Select Register, Index Hex 14 | 2-96 |
| 2-90. | Character Table Structure | 2-101 |
| 2-91. | Character Pattern Example | 2-102 |
| 2-92. | Split Screen Definition | 2-102 |
| 2-93. | Screen Mapping within the Display Buffer Address Space | 2-103 |
| 2-94. | Video DAC Register | 2-104 |
| 2-95. | Auxiliary Video Connector Interface | 2-108 |
| 2-96. | Video Extension | 2-109 |
| 2-97. | Video Extension Signal Timing (DAC Signals) | 2-111 |
| 3-1. | XGA-NI Functional Enhancements | 3-9 |
| 3-2. | XGA Video Subsystem | 3-10 |
| 3-3. | MFI Alternate Attribute Select BIOS Call | 3-17 |
| 3-4. | MFI Attribute Byte | 3-18 |
| 3-5. | MFI Blink Rates | 3-18 |
| 3-6. | Intel Order of the XGA Memory Map | 3-21 |
| 3-7. | Motorola Order of the XGA Memory Map | 3-22 |
| 3-8. | CRT Controller Register Definitions | 3-24 |
| 3-9. | Display PEL Map Offset and Width Definitions | 3-25 |
| 3-10. | Sprite Appearance Defined by 2-bit PEL | 3-26 |
| 3-11. | Sprite Positioning | 3-28 |
| 3-12. | Direct Color Mode Data Word | 3-31 |
| 3-13. | XGA Direct Color Palette Load | 3-32 |
| 3-14. | Display Controller Register Addresses | 3-34 |
| 3-15. | Operating Mode Register, Address Hex 21x0 | 3-36 |
| 3-16. | Display Mode Bit Assignments | 3-37 |
| 3-17. | Aperture Control Register, Address Hex 21x1 | 3-38 |
| 3-18. | Aperture Size and Location Bit Assignments | 3-38 |
| 3-19. | Interrupt Enable Register, Address Hex 21x4 | 3-39 |
| 3-20. | Interrupt Status Register, Address Hex 21x5 | 3-41 |
| 3-21. | Aperture Index Register, Address Hex 21x8 | 3-43 |
| 3-22. | Aperture Index Bit Assignments | 3-43 |
| 3-23. | Memory Access Mode Register, Address Hex 21x9 | 3-44 |
| 3-24. | PEL Size Bit Assignments | 3-44 |
| 3-25. | Index Register, Address Hex 21xA | 3-45 |
| 3-26. | XGA Index Register Assignments (Part I) | 3-45 |
| 3-27. | XGA Index Register Assignments (Part II) | 3-45 |
| 3-28. | Auto-Configuration Register, Index Hex 04 | 3-48 |
| 3-29. | System Interface Bus Size | 3-48 |
| 3-30. | System Bus Type | 3-48 |

DL 018932

3-31.  Horizontal Total Registers, Indexes Hex 10 and 11 . 3-50
3-32.  Horizontal Total Registers Value Assignments . . . 3-50
3-33.  Horizontal Display End Registers, Indexes Hex 12 and 13 . . . . . . . . . . . . . . . . . . . . . . . . . . 3-51
3-34.  Horizontal Display End Registers Value Assignments 3-51
3-35.  Horizontal Blanking Start Registers, Indexes Hex 14 and 15 . . . . . . . . . . . . . . . . . . . . . . . . . . 3-52
3-36.  Horizontal Blanking Start Registers Value Assignments . . . . . . . . . . . . . . . . . . . . . . . 3-52
3-37.  Horizontal Blanking End Registers, Indexes Hex 16 and 17 . . . . . . . . . . . . . . . . . . . . . . . . . . 3-53
3-38.  Horizontal Blanking End Registers Value Assignments . . . . . . . . . . . . . . . . . . . . . . . 3-53
3-39.  Horizontal Sync Pulse Start Registers, Indexes Hex 18 and 19 . . . . . . . . . . . . . . . . . . . . . . . . . 3-54
3-40.  Horizontal Sync Pulse Start Registers Value Assignments . . . . . . . . . . . . . . . . . . . . . . . 3-54
3-41.  Horizontal Sync Pulse End Registers, Indexes Hex 1A and 1B . . . . . . . . . . . . . . . . . . . . . . . . . 3-55
3-42.  Horizontal Sync Pulse End Registers Value Assignments . . . . . . . . . . . . . . . . . . . . . . . 3-55
3-43.  Horizontal Sync Pulse Position Registers (Index 1C and 1E) . . . . . . . . . . . . . . . . . . . . . . . . . . 3-56
3-44.  Horizontal Sync Pulse Delay Bit Assignments . . . . 3-56
3-45.  Vertical Total Registers, Indexes Hex 20 and 21 . . . 3-57
3-46.  Vertical Total Registers Value Assignments . . . . . 3-57
3-47.  Vertical Display End Registers, Indexes Hex 22 and 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-58
3-48.  Vertical Display End Registers Value Assignments . 3-58
3-49.  Vertical Blanking Start Registers, Indexes Hex 24 and 25 . . . . . . . . . . . . . . . . . . . . . . . . . . 3-59
3-50.  Vertical Blanking Start Registers Value Assignments 3-59
3-51.  Vertical Blanking End Registers, Indexes Hex 26 and 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-60
3-52.  Vertical Blanking End Registers Value Assignments 3-60
3-53.  Vertical Sync Pulse Start Registers, Indexes Hex 28 and 29 . . . . . . . . . . . . . . . . . . . . . . . . . . 3-61
3-54.  Vertical Sync Pulse Start Registers Value Assignments . . . . . . . . . . . . . . . . . . . . . . . 3-61
3-55.  Vertical Sync Pulse End Register, Index Hex 2A . . 3-62
3-56.  Vertical Line Compare Registers, Indexes Hex 2C and 2D . . . . . . . . . . . . . . . . . . . . . . . . . . 3-63
3-57.  Vertical Line Compare Registers Value Assignments 3-63
3-58.  Sprite Horizontal Start Registers, Indexes Hex 30 and 31 . . . . . . . . . . . . . . . . . . . . . . . . . . 3-64

DL 018933

Preliminary Draft May 19th 1992

| | | |
|---|---|---|
| 3-59. | Sprite Horizontal Start Registers Value Assignments | 3-64 |
| 3-60. | Sprite Horizontal Preset, Index Hex 32 | 3-65 |
| 3-61. | Sprite Horizontal Preset Value Assignments | 3-65 |
| 3-62. | Sprite Vertical Start Registers, Indexes Hex 33 and 34 | 3-66 |
| 3-63. | Sprite Vertical Start Registers Value Assignments | 3-66 |
| 3-64. | Sprite Vertical Preset, Index Hex 35 | 3-67 |
| 3-65. | Sprite Vertical Preset Value Assignments | 3-67 |
| 3-66. | Sprite Control Register, Index Hex 36 | 3-68 |
| 3-67. | Sprite Color Registers, Indexes Hex 38– 3D | 3-69 |
| 3-68. | Display PEL Map Offset Registers, Indexes Hex 40– 42 | 3-70 |
| 3-69. | Display PEL Map Offset Registers Value Assignments | 3-70 |
| 3-70. | Display PEL Map Width Registers, Indexes Hex 43 and 44 | 3-71 |
| 3-71. | Display PEL Map Width Registers Value Assignments | 3-71 |
| 3-72. | Display Control 1 Register, Index Hex 50 | 3-72 |
| 3-73. | Sync Polarity Bit Assignments | 3-72 |
| 3-74. | Display Blanking Bit Assignments | 3-73 |
| 3-75. | Display Control 2 Register, Index Hex 51 | 3-74 |
| 3-76. | Vertical Scale Factor Bit Assignments | 3-74 |
| 3-77. | Horizontal Scale Factor Bit Assignments | 3-74 |
| 3-78. | Display Control 2 Register PEL Size Bit Assignments | 3-75 |
| 3-79. | Display ID and Comparator, Index Hex 52 | 3-76 |
| 3-80. | Clock Frequency Selector Register, Index Hex 54 | 3-77 |
| 3-81. | Border Color Register, Index Hex 55 | 3-77 |
| 3-82. | Programmable PEL Clock register, Index Hex 58 | 3-78 |
| 3-83. | Programmable Frequency Ranges | 3-78 |
| 3-84. | Direct Color Control register, Index Hex 59 | 3-79 |
| 3-85. | Direct Color Modes | 3-79 |
| 3-86. | Sprite/Palette Index Registers, Indexes Hex 60 and 61 | 3-80 |
| 3-87. | Sprite/Palette Prefetch Index Registers, Indexes 62 and 63 | 3-81 |
| 3-88. | Palette Mask Register, Index Hex 64 | 3-82 |
| 3-89. | Palette Data Register, Index Hex 65 | 3-82 |
| 3-90. | Palette Sequence Register, Index Hex 66 | 3-83 |
| 3-91. | Palette Sequence Register Color Order Bit Assignment | 3-83 |
| 3-92. | Palette Sequence Register Palette Color Bit Assignments | 3-83 |
| 3-93. | Palette Red Prefetch Register, Index Hex 67 | 3-84 |
| 3-94. | Palette Green Prefetch Register, Index Hex 68 | 3-84 |

DL 018934

Preliminary Draft May 19th 1992

| | | |
|---|---|---|
| 3-95. | Palette Blue Prefetch Register, Index Hex 69 | 3-84 |
| 3-96. | Sprite Data Register, Index Hex 6A | 3-85 |
| 3-97. | Sprite Prefetch Register, Index Hex 6B | 3-85 |
| 3-98. | Miscellaneous Control Register, Index 6C | 3-86 |
| 3-99. | MFI Control Register, Index 6D | 3-86 |
| 3-100. | Clock Frequency Select Registers | 3-88 |
| 3-101. | Clock Selected Bit Assignments | 3-88 |
| 3-102. | Video Clock Scale Factor Bit Assignments | 3-89 |
| 3-103. | Coprocessor Data Flow | 3-92 |
| 3-104. | XGA PEL Map Origin | 3-98 |
| 3-105. | Repeating Pattern (Tiling) | 3-99 |
| 3-106. | Destination Map Guardband | 3-100 |
| 3-107. | Mask Map Origin X and Y Offsets | 3-101 |
| 3-108. | Destination Boundary Scissor | 3-104 |
| 3-109. | Mask Map Boundary Scissor | 3-105 |
| 3-110. | Mask Map Enabled Scissor | 3-107 |
| 3-111. | Draw and Step Code | 3-108 |
| 3-112. | Draw and Step Example | 3-109 |
| 3-113. | Draw and Step Direction Codes | 3-110 |
| 3-114. | Programming Fewer Than Four Step Codes | 3-111 |
| 3-115. | Bresenham Line Draw Octant Encoding | 3-112 |
| 3-116. | Memory to Memory Line Draw Address Stepping | 3-114 |
| 3-117. | PxBlt Direction Codes | 3-117 |
| 3-118. | Inverting PxBlt | 3-119 |
| 3-119. | Pattern Filling | 3-120 |
| 3-120. | Foreground and Background Mixes | 3-123 |
| 3-121. | Carry Chain Mask for an 8-bit PEL | 3-124 |
| 3-122. | Color Compare Conditions | 3-126 |
| 3-123. | XGA Coprocessor Register Space, Intel Format | 3-133 |
| 3-124. | XGA Coprocessor Register Space, Motorola Format | 3-134 |
| 3-125. | Auxiliary Coprocessor Status Register, Offset Hex 09 | 3-136 |
| 3-126. | Coprocessor Control Register, Offset Hex 11 | 3-137 |
| 3-127. | PEL Map Index Register, Offset Hex 12 | 3-140 |
| 3-128. | PEL Map Index | 3-141 |
| 3-129. | PEL Map n Base Pointer Register, Offset Hex 14 | 3-141 |
| 3-130. | PEL Map n Width Register, Offset Hex 18 | 3-142 |
| 3-131. | PEL Map n Height Register, Offset Hex 1A | 3-143 |
| 3-132. | PEL Map n Format Register, Offset Hex 1C | 3-144 |
| 3-133. | PEL Size Value Assignments | 3-144 |
| 3-134. | Bresenham Error Term E Register, Offset Hex 20 | 3-146 |
| 3-135. | Bresenham Constant K1 Register, Offset Hex 24 | 3-147 |
| 3-136. | Bresenham Constant K2 Register, Offset Hex 28 | 3-147 |
| 3-137. | Direction Steps Register, Offset Hex 2C | 3-148 |
| 3-138. | Foreground Mix Register, Offset Hex 48 | 3-150 |

DL 018935

Preliminary Draft May 19th 1992

| | | |
|---|---|---|
| 3-139. | Background Mix Register, Offset Hex 49 | 3-150 |
| 3-140. | Destination Color Compare Condition Reg, Offset Hex 4A | 3-151 |
| 3-141. | Destination Color Compare Condition Bit Definition | 3-151 |
| 3-142. | Destination Color Compare Value Register, Offset Hex 4C | 3-152 |
| 3-143. | PEL Bit Mask (Plane Mask) Register, Offset Hex 50 | 3-153 |
| 3-144. | Carry Chain Mask Field Register, Offset Hex 54 | 3-154 |
| 3-145. | Foreground Color Register, Offset Hex 58 | 3-155 |
| 3-146. | background Color Register, Offset Hex 5C | 3-155 |
| ! 3-147. | Operation Dimension 1 Register, Offset Hex 60 | 3-157 |
| ! 3-148. | Operation Dimension 2 Register, Offset Hex 62 | 3-157 |
| 3-149. | Mask Map Origin X Offset Register, Offset Hex 6C | 3-158 |
| 3-150. | Mask Map Origin Y Offset Register, Offset Hex 6E | 3-158 |
| 3-151. | Source X Address Register, Offset Hex 70 | 3-159 |
| 3-152. | Source Y Address Register, Offset Hex 72 | 3-159 |
| 3-153. | Pattern C Address Register, Offset Hex 74 | 3-160 |
| 3-154. | Pattern Y Address Register, Offset Hex 76 | 3-160 |
| 3-155. | Destination X Address Register, Offset Hex 78 | 3-161 |
| 3-156. | Destination Y Address Register, Offset Hex 7A | 3-161 |
| 3-157. | PEL Operations Register, Offset Hex 7C | 3-162 |
| 3-158. | PEL Operations Register, Byte 3 | 3-163 |
| 3-159. | PEL Operations Register Background Source Value Assignments | 3-163 |
| 3-160. | PEL Operations Register Foreground Source Value Assignments | 3-164 |
| 3-161. | PEL Operations Register Step Function Value Assignments | 3-164 |
| 3-162. | PEL Operations Register, Byte 2 | 3-165 |
| 3-163. | PEL Operations Register Source PEL Map Value Assignments | 3-165 |
| 3-164. | PEL Operations Register Destination PEL Map Value Assignments | 3-165 |
| 3-165. | PEL Operations Register, Byte 1 | 3-166 |
| 3-166. | PEL Operations Register Pattern PEL Map Value Assignments | 3-166 |
| 3-167. | PEL Operations Register, Byte 0 | 3-167 |
| 3-168. | PEL Operations Register Mask PEL Map Value Assignments | 3-167 |
| 3-169. | PEL Operations Register Drawing Mode Value Assignments | 3-167 |
| 3-170. | PEL Operations Register Direction Octant Values | 3-168 |
| 3-171. | POS Register 2, Base Address + 2 | 3-172 |
| 3-172. | XGA ROM, Memory-Mapped Register Assignments | 3-173 |
| 3-173. | I/O Device Address Bit Assignment | 3-173 |

DL 018936

| | | |
|---|---|---|
| 3-174. | POS Register 4, Base Address + 4 | 3-175 |
| 3-175. | XGA Video Memory Base Address. | 3-175 |
| 3-176. | POS Register 5, Base Address + 5 | 3-176 |
| 3-177. | 1MB Aperture Base Address Value Assignments | 3-176 |
| 3-178. | Linear Address Fields | 3-177 |
| 3-179. | Linear to Physical Address Translation | 3-178 |
| 3-180. | Page Directory and Page Table Entry | 3-179 |
| 3-181. | Page Directory and Page Table Access Rights in User Mode | 3-180 |
| 3-182. | Translate Look-Aside Buffer | 3-181 |
| 3-183. | Page Directory Base Address Register, Offset Hex 0 | 3-186 |
| 3-184. | Current Virtual Address Register, Offset Hex 4 | 3-187 |
| 3-185. | Virtual Memory Control Register | 3-188 |
| 3-186. | Virtual Memory Interrupt Status Register | 3-190 |
| 3-187. | DMQS display information file structure | 3-200 |
| 3-188. | DMQS display information file layout | 3-201 |
| 3-189. | DMQS display information file mode data | 3-202 |
| 3-190. | DMQS Extended Graphics Mode Register Settings | 3-204 |
| 3-191. | DMQS Customisation Tag Syntax | 3-207 |
| 3-192. | XGA Video Memory Base Address | 3-211 |
| 3-193. | The XGA Video Memory Base Address Diagram | 3-212 |
| 3-194. | Reading the Display ID | 3-215 |
| 3-195. | Video Memory Size Determination | 3-216 |
| 3-196. | Availability of Extended Graphics Modes | 3-216 |
| 3-197. | Extended Graphics Mode Register Settings | 3-217 |
| 3-198. | VGA Mode Write Sequence | 3-223 |
| 3-199. | 132-Column Text Mode First Write Sequence | 3-226 |
| 3-200. | 132-Column Text Mode Second Write Sequence | 3-227 |
| 3-201. | Coprocessor Register Write Values | 3-239 |
| 3-202. | Background and Foreground Mixes and Colors | 3-240 |
| 3-203. | Bit Layout PEL Operations Register | 3-244 |
| 3-204. | Operation Direction Diagram | 3-247 |
| 3-205. | Definition for PEL Operations Register (Example) | 3-248 |
| 3-206. | Palette Color Line Draw Steps | 3-247 |
| 3-207. | Background and Foreground Mixes and Colors | 3-248 |
| 3-208. | Line Draw Example in Octant 0 | 3-250 |
| 3-209. | Bit Layout PEL Operations Register | 3-253 |
| 3-210. | Direction Octant (Example) | 3-256 |
| 3-211. | Definition for PEL Operations Register (Example) | 3-257 |
| 4-1. | Display Connector | 4-2 |
| 4-2. | Display Connector Signals | 4-2 |
| 4-3. | Vertical Size of Display | 4-3 |

DL 018937

Preliminary Draft May 19th 1992

**Notes:**

Preliminary Draft May 19th 1992

DL 018939

Preliminary Draft May 19th 1992

# Preface

This document is a Preliminary release of the PS/2 Video Subsystem Technical Reference Manual. All information herein is subject to change at any time without notice.

The document contains the hardware information on the VGA and XGA Video Subsystems as published in the PS/2 Hardware Interface Technical Reference-Common Interfaces (September 1991
! Release). Any errors in that document which have been corrected
! here are identified by the revision bars that can be seen marking
! this paragraph.

| Extensions to that document which have been made to detail the
| XGA-NI Subsystem and associated programming considerations
| are identified by the revision bars that can be seen marking this
| paragraph.

© Copyright IBM Corp. 1989, 1991                                                                xiii

DL 018940

Preliminary Draft May 19th 1992

Preliminary Draft May 19th 1992

# Section 1. Introduction

Video Subsystem . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2
   Type 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2
   Type 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

© Copyright IBM Corp. 1989, 1991

1-1

DL 018942

Preliminary Draft May 19th 1992

## Video Subsystem

The system video can be generated by a Type 1 or Type 2 video subsystem:

- Type 1 video—Video Graphics Array (VGA)
- Type 2 video—Extended Graphics Array (XGA*).

### Type 1

The Type 1 video contains the VGA function. The capabilities and operation of the VGA function are described in Section 2, "VGA Function" on page 2-1.

Only one Type 1 video subsystem is allowed in a system.

### Type 2

The Type 2 video contains the XGA function, which supports the VGA mode, 132-column text mode, and extended graphics mode. There are two levels of XGA Function available:

- XGA
- XGA-NI

The capabilities and operation of the both levels of XGA function are described in Section 3, "XGA Function" on page 3-1.

---

* XGA is a trademark of International Business Machines Corporation.

**1-2**   Video Subsystem— May 7th 1992

DL 018943

Preliminary Draft May 19th 1992

## VGA Function Introduction

The basic system video is generated by the Type 1 or Type 2 video subsystem. The circuitry that provides the VGA function includes a video buffer, a video digital-to-analog converter (DAC), and test circuitry. Video memory is mapped as four planes of 64Kb by 8 bits (maps 0 through 3). The video DAC drives the analog output to the display connector. The test circuitry determines the type of display attached, color or monochrome.

The video subsystem controls the access to video memory from the system and the cathode-ray tube (CRT) controller. It also controls the system addresses assigned to video memory. Up to three starting addresses can be programmed for compatibility with previous video adapters.

In the graphics modes, the mode determines the way video information is formatted into memory, and the way memory is organized.

In alphanumeric modes, the system writes the ASCII character code and attribute data to video memory maps 0 and 1, respectively. Memory map 2 contains the character font loaded by BIOS during an alphanumeric mode set. The font is used by the character generator to create the character image on the display.

Three fonts are contained in read-only memory (ROM): an 8-by-8 font, an 8-by-14 font, and an 8-by-16 font. Up to eight 256-character fonts can be loaded into the video memory map 2; two of these fonts can be active at one time, allowing a 512-character font.

The video subsystem formats the information in video memory and sends the output to the video DAC. For color displays, the video DAC sends three analog color signals (red, green, and blue) to the display connector. For monochrome displays, BIOS translates the color information in the DAC, and the DAC drives the summed signal onto the green output.

The auxiliary video connector allows video data to be passed between the video subsystem and an adapter plugged into the channel connector.

DL 018948