# EXHIBIT 5

# Contents—ABIOS

**Section 1.  Introduction to Advanced BIOS** . . . . . . . . . . . . . . . . 1-1
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3
Data Structures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4
Initialization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-5
Transfer Conventions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-6
Interrupt Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-7
Extending ABIOS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-8

**Section 2.  Data Structures** . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3
Common Data Area . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3
Function Transfer Table . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-7
Device Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-9

**Section 3.  Initialization** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-3
Build System Parameters Table—Operating System . . . . . . . . . 3-4
Build System Parameters Table—BIOS . . . . . . . . . . . . . . . . . 3-4
Build Initialization Table—Operating System . . . . . . . . . . . . . . 3-6
Build Initialization Table—BIOS . . . . . . . . . . . . . . . . . . . . . . 3-6
Build Common Data Area—Operating System . . . . . . . . . . . . . 3-8
Initialize Pointers—Operating System . . . . . . . . . . . . . . . . . . 3-9
Initialize Data Structures—ABIOS . . . . . . . . . . . . . . . . . . . . 3-10
Logical ID 2 Initialization . . . . . . . . . . . . . . . . . . . . . . . . . . 3-12
Build Protected-Mode Tables . . . . . . . . . . . . . . . . . . . . . . . 3-13

**Section 4.  Transfer Conventions** . . . . . . . . . . . . . . . . . . . . . . 4-1
Request Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3
　　Functional Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5
　　Service-Specific Parameters . . . . . . . . . . . . . . . . . . . . . . 4-5
ABIOS Transfer Convention . . . . . . . . . . . . . . . . . . . . . . . . . 4-13
Operating-System Transfer Convention . . . . . . . . . . . . . . . . . 4-15

**Section 5.  Additional Information** . . . . . . . . . . . . . . . . . . . . . . 5-1
Interrupt Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-3
　　Interrupt Flow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-3
　　Interrupt Sharing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-3
　　Default Interrupt Handler . . . . . . . . . . . . . . . . . . . . . . . . 5-5
Adding, Patching, Extending, and Replacing . . . . . . . . . . . . . . 5-6
　　Adapter-ROM Structure . . . . . . . . . . . . . . . . . . . . . . . . . 5-7
　　RAM-Extension Structure . . . . . . . . . . . . . . . . . . . . . . . . 5-9
　　Adding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-11

© Copyright IBM Corp. 1991

**3**

DL 019362

Patching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-12
Extending . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-13
Replacing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-15
Considerations for RAM Extensions . . . . . . . . . . . . . . . 5-16
Operating-System Implementation Considerations . . . . . . . . . 5-18
ABIOS Rules . . . . . . . . . . . . . . . . . . . . . . . . . . 5-18
Considerations for Bimodal Implementations . . . . . . . . . . 5-20

**Section 6. Interfaces** . . . . . . . . . . . . . . . . . . . . . . . 6-1
Device ID 01H—Diskette . . . . . . . . . . . . . . . . . . . . . . 6-ID01-1
Device ID 02H—Fixed Disk . . . . . . . . . . . . . . . . . . . . . 6-ID02-1
Device ID 03H—Video . . . . . . . . . . . . . . . . . . . . . . . 6-ID03-1
Device ID 04H—Keyboard . . . . . . . . . . . . . . . . . . . . . 6-ID04-1
Device ID 05H—Parallel Port . . . . . . . . . . . . . . . . . . . 6-ID05-1
Device ID 06H—Asynchronous Communication . . . . . . . . . . . 6-ID06-1
Device ID 07H—System Timer . . . . . . . . . . . . . . . . . . . 6-ID07-1
Device ID 08H—Real-Time Clock . . . . . . . . . . . . . . . . . . 6-ID08-1
Device ID 09H—System Services . . . . . . . . . . . . . . . . . . 6-ID09-1
Device ID 0AH—Nonmaskable Interrupt (NMI) . . . . . . . . . . 6-ID0A-1
Device ID 0BH—Pointing Device . . . . . . . . . . . . . . . . . . 6-ID0B-1
Device ID 0EH—Nonvolatile Random Access Memory
   (NVRAM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-ID0E-1
Device ID 0FH—Direct Memory Access (DMA) . . . . . . . . . . 6-ID0F-1
Device ID 10H—Programmable Option Select (POS) . . . . . 6-ID10-1
Device ID 16H—Keyboard Security . . . . . . . . . . . . . . . . 6-ID16-1
Device ID 17H—SCSI Subsystem Interface . . . . . . . . . . . . 6-ID17-1
Device ID 18H—SCSI Peripheral Type . . . . . . . . . . . . . . 6-ID18-1

4

DL 019363

## Device ID 03H—Video

### Functions

The following are the video functions. The Default Interrupt Handler function (hex 00) and the Return Logical ID Parameters function (hex 01) are described in "Request Block" in the "Transfer Conventions" section.

**Note:** All reserved input fields must be set to 0.

### 00H—Default Interrupt Handler

### 01H—Return Logical ID Parameters

### 02H—Reserved

### 03H—Read Device Parameters

- This function returns parameters that indicate the current video state.

- The Character Block Specifier field returns the active character-generator blocks. The Character Block Select A field specifies the block that is used to generate alphanumeric characters when bit 3 of the character-attribute byte is set to 1. The Character Block Select B field specifies the block that is used to generate alphanumeric characters when bit 3 of the character-attribute byte is set to 0. When the value in the Character Block Select A field is equal to the value in the Character Block Select B field, character selection is disabled, and bit 3 of the character-attribute byte determines the foreground-intensity state (1 = On, 0 = Off).

- The Save/Restore Header Size field, Hardware State Size field, Device Block State Size field, and DAC State Size field are used in calculating the size of the save buffer for the Save Environment function (hex 0C). Refer to the Save Environment function (hex 0C) on page 6-ID03-5 for more information.

- The value of the Return Code field is hex 0000.

### Service-Specific Input

| Size | Offset | Description |
|------|--------|-------------|
| Word | 28H | Reserved |

DL 019480

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| Byte | 1CH | Number of scan lines on the screen |
| | | = 00H - 200 scan lines |
| | | = 01H - 350 scan lines |
| | | = 02H - 400 scan lines |
| | | = 03H - 480 scan lines |
| | | = 04H to 0FFH - Reserved |
| Word | 1EH | Video mode setting |
| | | (see Figure 6-10 on page 6-ID03-14) |
| Word | 20H | Type of display attached |
| | | Bits 15 to 1 - Reserved |
| | | Bit 0 - Color or monochrome |
| | | = 0 - Color display |
| | | = 1 - Monochrome display |
| Word | 22H | Character height (bytes per character) |
| Word | 24H | Character-block specifier |
| | | Bits 15 to 12 - Reserved |
| | | Bits 11 to 8 - Character block select A |
| | | Bits 7 to 4 - Reserved |
| | | Bits 3 to 0 - Character block select B |
| Word | 2AH | Size of data buffer that is required for the |
| | | Return ROM Fonts Information function (hex 0B) |
| Word | 2EH | Size of the save/restore buffer header, in bytes |
| Word | 30H | Size of the save/restore hardware state, in bytes |
| Word | 32H | Size of the save/restore device-block state, in bytes |
| Word | 34H | Size of the save/restore digital-to-analog converter |
| | | (DAC) state, in bytes |

## 04H—Set Device Parameters (Reserved)

## 05H—Reset/Initialize

- This function initializes the video controller to the requested mode (see Figure 6-10 on page 6-ID03-14).

- The Character Blocks to Be Loaded field indicates which character blocks will be loaded with the default ROM character font for the specified mode and number of scan lines. This parameter is required only when an alphanumeric mode (hex 0, 1, 2, 3, 7, or 14) is being set.

- The Number of Scan Lines field and the Character Block Specifier field are specified only when an alphanumeric mode (hex 0, 1, 2, 3, 7, or 14) is being set.

- In the Character Block Specifier field, the Character Block Select A field specifies the block that is used to generate alphanumeric characters when bit 3 of the character-attribute byte is set to 1. The Character Block Select B field specifies the block that is used to generate alphanumeric characters when bit 3 of the character-attribute byte is set to 0. When the value in the Character Block Select A field is equal to the value in the

6-ID03-2    Device ID 03H—Video

DL 019481

Character Block Select B field, character selection is disabled, and bit 3 of the character-attribute byte determines the foreground-intensity state (1 = On, 0 = Off).

- The summing bit of the Device Control Flags field is required only when a color display is attached. Summing is performed automatically for monochrome displays.

- When a monochrome display is used in a color mode, the colors are displayed as shades of gray. Of 64 gray shades, 16 are available in all modes except mode hex 13. In mode hex 13, all 64 gray shades are available.

- Modes hex 0, 2, and 4 are identical to modes hex 1, 3, and 5, respectively.

- The value of the Return Code field is hex 0000.

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 1AH | Device control flags |
| | | Bits 15 to 3 - Reserved |
| | | Bit 2 - Summing |
| | | = 0 - Summing disabled |
| | | = 1 - Summing enabled |
| | | Bit 1 - Initialize digital-to-analog |
| | | converter (DAC) to default |
| | | = 0 - Do not initialize DAC to default |
| | | = 1 - Initialize DAC to default |
| | | Bit 0 - Regenerative buffer flag |
| | | = 0 - Do not clear buffer |
| | | = 1 - Clear buffer |
| Byte | 1CH | Number of scan lines |
| | | = 00H - 200 scan lines (modes 0, 1, 2, 3, and 14) |
| | | = 01H - 350 scan lines (modes 0, 1, 2, 3, 7, and 14) |
| | | = 02H - 400 scan lines (modes 0, 1, 2, 3, 7, and 14) |
| | | = 03H to FFH - Reserved |
| Word | 1EH | Video mode to be set |
| | | (see Figure 6-10 on page 6-ID03-14) |
| Word | 24H | Character block specifier |
| | | Bits 15 to 12 - Reserved |
| | | Bits 11 to 8 - Character block select A |
| | | Bits 7 to 4 - Reserved |
| | | Bits 3 to 0 - Character block select B |
| Word | 26H | Character blocks to be loaded with default ROM font |
| | | Bit $n$ - Block $n$ flag |
| | | = 0 - Do not update font |
| | | = 1 - Update font |
| Word | 28H | Reserved |

DL 019482

**Service-Specific Output**

| Size | Offset | Description |
|---|---|---|
| None | | |

**06H—Enable (Reserved)**

**07H—Disable (Reserved)**

**08H—Read (Reserved)**

**09H—Write (Reserved)**

**0AH—Additional Data Transfer Function (Reserved)**

**0BH—Return ROM Fonts Information**

- This function returns the following information about each of the ROM fonts:

    - The pointer to the ROM font

    - The character size (row and column)

    - Whether it is a total font or a partial font

    - If it is a partial font, which font it relates to.

- There are 12 bytes of information for each ROM font. They are stored sequentially in the specified data area.

- Each ROM-font entry has the following format:

    ```
    Word  - Reserved
    DWord - Pointer to ROM font
    Word  - Reserved
    Byte  - Character size (number of columns)
    Byte  - Character size (number of rows)
    Byte  - Total-/partial-font indicator
            = 00H - Total font
            = 01H - Partial font
            = 02H to FFH - Reserved
    Byte  - Related font
            If this is a partial font, this byte contains a
            number to indicate which font this font goes with.
            The font number is based on the place a particular
            font occupies in the ROM-font entries.
    ```

- Before this function is used, the Read Device Parameters function (hex 03) must be issued to determine the size of the buffer that is required to save the ROM-fonts information.

- The value of the Return Code field is hex 0000.

**6-ID03-4**    Device ID 03H—Video

DL 019483

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 10H | Reserved |
| DWord | 12H | Pointer to buffer to store ROM-fonts information |
| Word | 16H | Reserved |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| None | | |

## 0CH—Save Environment

- This function stores the caller's requested video states in the specified buffer.

- The video environment consists of the following states:

  - Hardware state
  - Device block state
  - Digital-to-analog converter (DAC) state.

- To calculate the size of the save buffer that is required, the Read Device Parameters function (hex 03) must be issued. It gives the individual sizes of the possible states to be saved and the size of the save/restore header. Then:

  Save-buffer size = (A + B + C + D)

  where:

  A = Size of the save/restore header
  B = Environment (bit 0) × (size of hardware state)
  C = Environment (bit 1) × (size of device block state)
  D = Environment (bit 2) × (size of DAC state)

- The value of the Return Code field is hex 0000.

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 10H | Reserved |
| DWord | 12H | Pointer to environment save area |
| Word | 16H | Reserved |
| Word | 2CH | Video-environment states to be saved |
| | | Bits 15 to 3 - Reserved (set to 0) |
| | | Bit 2 - DAC state |
| | | = 1 - Save state |
| | | Bit 1 - Device block state |
| | | = 1 - Save state |
| | | Bit 0 - Hardware state |
| | | = 1 - Save state |

Device ID 03H—Video  **6-ID03-5**

DL 019484

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| None | | |

**0DH—Restore Environment**

- This function restores the video environment from the specified buffer location.  Refer to the Save Environment function (hex 0C) for more information about the contents and structure of the video environment.

- Restoring a state that was not previously saved can cause unpredictable results.

- The value of the Return Code field is hex 0000.

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 10H | Reserved |
| DWord | 12H | Pointer to environment restore area |
| Word | 16H | Reserved |
| Word | 1AH | Device control flag |
| | | Bits 15 to 1 - Reserved |
| | | Bit 0 - Regenerative-buffer flag |
| | | = 0 - Do not clear buffer |
| | | = 1 - Clear buffer |
| Word | 2CH | Video-environment states to be restored |
| | | Bits 15 to 3 - Reserved (set to 0) |
| | | Bit 2 - DAC state |
| | | = 1 - Restore state |
| | | Bit 1 - Device block state |
| | | = 1 - Restore state |
| | | Bit 0 - Hardware state |
| | | = 1 - Restore state |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| None | | |

**0EH—Select Character-Generator Block**

- This function selects up to two character-generator blocks.

- In the Character Block Specifier field, the Character Block Select A field specifies the block that is used to generate alphanumeric characters when bit 3 of the character-attribute byte is set to 1. The Character Block Select B field specifies the block that is used to generate alphanumeric characters when bit 3 of the character-attribute byte is set to 0.  When the value in the Character Block Select A field is equal to the value in the

DL 019485

Character Block Select B field, character selection is disabled, and bit 3 of the character-attribute byte determines the foreground-intensity state (1 = On, 0 = Off).

- The value of the Return Code field is hex 0000.

### Service-Specific Input

| Size | Offset | Description |
|------|--------|-------------|
| Word | 18H | Reserved |
| Word | 24H | Character-block specifier |
| | | Bits 15 to 12 - Reserved |
| | | Bits 11 to 8 - Character block select A |
| | | Bits 7 to 4 - Reserved |
| | | Bits 3 to 0 - Character block select B |

### Service-Specific Output

| Size | Offset | Description |
|------|--------|-------------|
| None | | |

### 0FH—Alphanumeric Load

- This function loads the requested character generator, or part of it, to the specified character blocks.

- This function does not update the hardware registers. Refer to the Enhanced Alphanumeric Load function (hex 10) if hardware updating is required.

- When any of the ROM character generators is being loaded (the Character Generator Type field is set to 1, 2, or 3), the full set of characters (hex 100) is loaded. Therefore, the only parameters that are required to invoke this function are the Character Generator Type field and the Character Block Specifier field.

- When a user font is being loaded (the Character Generator Type field is set to 0), all parameters are required.

- When a user font is being loaded, if the Count of Characters field is set to 0, no character is loaded, and the Return Code field is set to hex 0000 (Operation Successfully Completed).

- When a user font is being loaded, the sum of the values in the Count of Characters field and the Character Offset field must not exceed the maximum valid number of characters in a set (hex 100). If the sum does exceed the maximum valid number of characters, the Return Code field is set to hex C005 (Invalid Video Parameter).

- The possible values of the Return Code field are hex 0000 and C005.

Device ID 03H—Video    **6-ID03-7**

DL 019486

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 10H | Reserved |
| Word | 10H | Reserved |
| DWord | 12H | Pointer to user font |
| Word | 16H | Reserved |
| Word | 18H | Count of characters |
| | | = 001H to 100H - Valid count of characters |
| Byte | 1DH | Character-generator type: |
| | | = 00H - User's alphanumeric font |
| | | = 01H - 8x8 alphanumeric ROM font |
| | | = 02H - 8x14 alphanumeric ROM font |
| | | = 03H - 8x16 alphanumeric ROM font |
| | | = 04H to FFH - Reserved |
| Word | 22H | Character height (bytes per character) |
| Word | 24H | Character block to be loaded |
| | | = 0000H to 0007H - Valid values of character blocks to be loaded |
| | | = 0008H to FFFFH - Reserved |
| Word | 28H | Character offset into the table |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| None | | |

### 10H—Enhanced Alphanumeric Load

- This function loads the requested character generator, or part of it, to the specified character block and updates the hardware registers.

- When any of the ROM character generators is being loaded (the Character Generator Type field is set to 1, 2, or 3), the full set of characters (hex 100) is loaded. Therefore, the only parameters that are required to invoke this function are the Character Generator Type field and the Character Blocks to Be Loaded field.

- When a user font is being loaded (the Character Generator Type field is set to 0), all parameters are required.

- When a user font is being loaded, if the Count of Characters field is set to 0, no character is loaded, and the Return Code field is set to hex 0000 (Operation Successfully Completed).

- When a user font is being loaded, the sum of the values of the Count of Characters field and the Character Offset field must not exceed the maximum valid number of characters in a set (hex 100). If the sum does exceed the maximum valid number of characters, the Return Code field is set to hex C005 (Invalid Video Parameter).

DL 019487

- The possible values of the Return Code field are hex 0000 and
  C005.

**Service-Specific Input**

| Size  | Offset | Description |
|-------|--------|-------------|
| Word  | 10H    | Reserved |
| DWord | 12H    | Pointer to user font |
| Word  | 16H    | Reserved |
| Word  | 18H    | Count of characters |
|       |        | = 001H to 100H - Valid count of characters |
| Byte  | 1DH    | Character-generator type |
|       |        | = 00H - User's alphanumeric font |
|       |        | = 01H - 8x8 alphanumeric ROM font |
|       |        | = 02H - 8x14 alphanumeric ROM font |
|       |        | = 03H - 8x16 alphanumeric ROM font |
|       |        | = 04H to FFH - Reserved |
| Word  | 22H    | Character height (bytes per character) |
| Word  | 24H    | Character block to be loaded |
|       |        | = 0000H to 0007H - Valid values of character blocks |
|       |        | to be loaded |
|       |        | = 0008H to FFFFH - Reserved |
| Word  | 28H    | Character offset into the table |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| None |        |             |

### 11H—Read Palette Register

- This function reads a palette register.
- The value of the Return Code field is hex 0000.

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 16H    | Reserved |
| Word | 32H    | Palette register to be read |
|      |        | = 0000H to 000FH - Valid values of palette register |
|      |        | to be read |
|      |        | = 0010H to FFFFH - Reserved |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 34H    | Palette value that was read |

DL 019488

**12H—Write Palette Register**

- This function writes a value to a palette register.

- Execution of this function is not supported in mode hex 13. The hardware requires that the values in these registers not be changed after they are set by the Reset/Initialize function (hex 05). Changing the values in these registers can cause unpredictable results.

- The value of the Return Code field is hex 0000.

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 16H | Reserved |
| Word | 32H | Palette register to be written |
|      |     | = 0000H to 000FH - Valid values of palette register to be written |
|      |     | = 0010H to FFFFH - Reserved |
| Word | 34H | Palette value to be loaded |
|      |     | = 0000H to 003FH - Valid palette values |
|      |     | = 0040H to FFFFH - Reserved |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| None |        |             |

**13H—Read Color Register**

- This function reads the red, green, and blue values of a color register from the video digital-to-analog converter.

- The value of the Return Code field is hex 0000.

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 16H | Reserved |
| Word | 2AH | Color register to be read |
|      |     | = 0000H to 00FFH - Valid values of color register to be read |
|      |     | = 0100H to FFFFH - Reserved |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 2CH | Red value that was read |
| Word | 2EH | Green value that was read |
| Word | 30H | Blue value that was read |

**6-ID03-10**    Device ID 03H—Video

DL 019489

**14H—Write Color Register**

- This function loads a digital-to-analog converter color register with the specified red, green, and blue values.

- In the Device Control Flags field, the summing bit is disregarded when a monochrome display is attached. Summing always occurs with a monochrome display that is operating in a color mode.

- The value of the Return Code field is hex 0000.

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 18H | Reserved |
| Word | 1AH | Device control flags |
| | | Bits 15 to 3 - Reserved |
| | | Bit 2 - Summing |
| | | = 0 - Summing disabled |
| | | = 1 - Summing enabled |
| | | Bits 1, 0 - Reserved |
| Word | 2AH | Color register to be written |
| | | = 0000H to 00FFH - Valid values of color registers to be written |
| | | = 0100H to FFFFH - Reserved |
| Word | 2CH | Red value to be written |
| | | = 0000H to 003FH - Valid red values to be written |
| | | = 0040H to FFFFH - Reserved |
| Word | 2EH | Green value to be written |
| | | = 0000H to 003FH - Valid green values to be written |
| | | = 0040H to FFFFH - Reserved |
| Word | 30H | Blue value to be written |
| | | = 0000H to 003FH - Valid blue values to be written |
| | | = 0040H to FFFFH - Reserved |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| None | | |

**15H—Read Block of Color Registers**

- This function reads a block of digital-to-analog converter color registers into the specified save area, beginning at the specified color register.

- The format of the data that is returned is "red value, green value, blue value, red value, green value, blue value, . . . , red value, green value, blue value."

- The range for the red, green, and blue values is from hex 00 to hex 3F.

Device ID 03H—Video   **6-ID03-11**

DL 019490

- If the Number of Color Registers to Be Read field is set to 0, no action is performed, and the Return Code field is set to hex 0000 (Operation Successfully Completed).

- If the sum of the values of the First Color Register to Be Read field and the Number of Color Registers to Be Read field is greater than the maximum valid number of color registers, no action is performed, and the Return Code field is set to hex C005 (Invalid Video Parameter).

- The possible values of the Return Code field are hex 0000 and C005.

**Service-Specific Input**

| Size | Offset | Description |
|------|--------|-------------|
| Word | 10H | Reserved |
| DWord | 12H | Pointer to read save area |
| Word | 16H | Reserved |
| Word | 18H | Number of color registers to be read |
| Word | 2AH | First color register to be read |
| | | = 0000H to 00FFH - Valid values of first color register to be read |
| | | = 0100H to FFFFH - Reserved |

**Service-Specific Output**

| Size | Offset | Description |
|------|--------|-------------|
| None | | |

**16H—Write Block of Color Registers**

- This function loads a block of digital-to-analog converter color registers with the requested values, beginning with the requested color register.

- The format of the data that is returned is "red value, green value, blue value, red value, green value, blue value, . . . , red value, green value, blue value."

- If the Number of Color Registers to Be Written field is set to 0, no action is performed, and the Return Code field is set to hex 0000 (Operation Successfully Completed).

- If the sum of the values of the First Color Register to Be Written field and the Number of Color Registers field is greater than the maximum valid number of color registers, no action is performed, and the Return Code field is set to hex C005 (Invalid Video Parameter).

- In the Device Control Flags field, the summing bit is disregarded when a monochrome display is attached. Summing always

DL 019491

occurs with a monochrome display that is operating in a color mode.

- The possible values of the Return Code field are hex 0000 and C005.

**Service-Specific Input**

| Size | Offset | Description |
|---|---|---|
| Word | 10H | Reserved |
| DWord | 12H | Pointer to write save area |
| Word | 16H | Reserved |
| Word | 18H | Number of color registers to be written |
| Word | 1AH | Device control flags |
| | | Bits 15 to 3 - Reserved |
| | | Bit 2 - Summing |
| | | = 0 - Summing disabled |
| | | = 1 - Summing enabled |
| | | Bits 1, 0 - Reserved |
| Word | 2AH | First color register to be written |
| | | = 0000H to 00FFH - Valid value of first color register to be written |
| | | = 0100H to FFFFH - Reserved |

**Service-Specific Output**

| Size | Offset | Description |
|---|---|---|
| None | | |

Device ID 03H—Video    **6-ID03-13**

DL 019492

**Return Codes**

Return codes are returned at offset hex 0C.

| Value | Description |
|-------|-------------|
| 0000H | Operation Successfully Completed |
| C000H | Invalid Logical ID (ABIOS transfer convention only) |
| C001H | Invalid Function |
| C003H | Invalid Unit Number |
| C004H | Invalid Request-Block Length |
| C005H | Invalid Video Parameter |

*Figure   6-9.  Video Return Codes*

**Video Modes**

The following table shows the supported video modes.

| Mode (Hex) | Type | Maximum Colors | A/N Format | Buffer Start | Box Size | Maximum Pages | Display Size |
|------------|------|----------------|------------|--------------|----------|---------------|--------------|
| 00 | A/N | 16 | 40x25 | B8000H | 8x8 | 8 | 320x200 |
| 00 | A/N | 16 | 40x25 | B8000H | 8x14 | 8 | 320x350 |
| 00 | A/N | 16 | 40x25 | B8000H | 8x16 | 8 | 320x400 |
| 00 | A/N | 16 | 40x25 | B8000H | 9x16 | 8 | 360x400 |
| 01 | A/N | 16 | 40x25 | B8000H | 8x8 | 8 | 320x200 |
| 01 | A/N | 16 | 40x25 | B8000H | 8x14 | 8 | 320x350 |
| 01 | A/N | 16 | 40x25 | B8000H | 8x16 | 8 | 320x400 |
| 01 | A/N | 16 | 40x25 | B8000H | 9x16 | 8 | 360x400 |
| 02 | A/N | 16 | 80x25 | B8000H | 8x8 | 4 | 640x200 |
| 02 | A/N | 16 | 80x25 | B8000H | 8x8 | 8 | 640x200 |
| 02 | A/N | 16 | 80x25 | B8000H | 8x14 | 8 | 640x350 |
| 02 | A/N | 16 | 80x25 | B8000H | 8x16 | 8 | 640x400 |
| 02 | A/N | 16 | 80x25 | B8000H | 9x16 | 8 | 720x400 |
| 03 | A/N | 16 | 80x25 | B8000H | 8x8 | 4 | 640x200 |
| 03 | A/N | 16 | 80x25 | B8000H | 8x8 | 8 | 640x200 |
| 03 | A/N | 16 | 80x25 | B8000H | 8x14 | 8 | 640x350 |
| 03 | A/N | 16 | 80x25 | B8000H | 8x16 | 8 | 640x400 |
| 03 | A/N | 16 | 80x25 | B8000H | 9x16 | 8 | 720x400 |
| 04 | APA | 4 | 40x25 | B8000H | 8x8 | 1 | 320x200 |
| 05 | APA | 4 | 40x25 | B8000H | 8x8 | 1 | 320x200 |
| 06 | APA | 2 | 80x25 | B8000H | 8x8 | 1 | 640x200 |
| 07 | A/N | Monochrome | 80x25 | B0000H | 9x14 | 1 | 720x350 |
| 07 | A/N | Monochrome | 80x25 | B0000H | 9x14 | 8 | 720x350 |
| 07 | A/N | Monochrome | 80x25 | B0000H | 9x16 | 8 | 720x400 |
| 07 | A/N | Monochrome | 80x25 | B0000H | 8x8 | 4 | 640x200 |
| 08 | APA | 16 | 20x25 | B0000H | 8x8 | 1 | 160x200 |
| 09 | APA | 16 | 40x25 | B0000H | 8x8 | 1 | 320x200 |

*Figure   6-10 (Part 1 of 2).  Video Modes*

DL 019493

| Mode (Hex) | Type | Maximum Colors | A/N Format | Buffer Start | Box Size | Maximum Pages | Display Size |
|---|---|---|---|---|---|---|---|
| 0A | APA | 4 | 80x25 | B0000H | 8x8 | 1 | 640x200 |
| 0B | Reserved | | | | | | |
| 0C | Reserved | | | | | | |
| 0D | APA | 16 | 40x25 | A0000H | 8x8 | 8 | 320x200 |
| 0E | APA | 16 | 80x25 | A0000H | 8x8 | 4 | 640x200 |
| 0F | APA | Monochrome | 80x25 | A0000H | 8x14 | 2 | 640x350 |
| 10 | APA | 16 | 80x25 | A0000H | 8x14 | 2 | 640x350 |
| 11 | APA | 2 | 80x30 | A0000H | 8x16 | 1 | 640x480 |
| 12 | APA | 16 | 80x30 | A0000H | 8x16 | 1 | 640x480 |
| 13 | APA | 256 | 40x25 | A0000H | 8x8 | 1 | 320x200 |
| 14 | A/N | 16 | 132x25 | B8000H | 8x8 | 4 | 1056x200 |
| 14 | A/N | 16 | 132x25 | B8000H | 8x14 | 4 | 1056x350 |
| 14 | A/N | 16 | 132x25 | B8000H | 8x16 | 4 | 1056x400 |

APA = All points addressable (graphics)
A/N = Alphanumeric (text)

*Figure  6-10 (Part 2 of 2).  Video Modes*

DL 019494

**Notes:**

6-ID03-16    Device ID 03H—Video

DL 019495

## Video-Function Compatibility

The following procedures are recommended to provide video-function compatibility for application software.

### Video-Presence Test

Use this video-presence test to determine which IBM video functions are present.

1. Issue Interrupt 10H, Read/Write Display-Combination Code function with ((AH) = 1AH), Read Display-Combination Code ((AL) = 00H).

   On return, if the value of (AL) is not hex 1A, the Read/Write Display-Combination Code function is not supported, and step 2 should be followed to determine video presence.

   On return, if the value of (AL) is hex 1A, the information that is returned in (BX) defines the video environment. The active display code is returned in (BL). The alternative display code, if any, is returned in (BH). Refer to Interrupt 10H, Read/Write Display-Combination Code function ((AH) = 1AH) for display-code definitions.

2. To determine the presence of an IBM Enhanced Graphics Adapter (EGA) when the Read/Write Display-Combination Code function is not supported, issue Interrupt 10H, Alternative Selection function ((AH) = 12H), Return EGA Information ((BL) = 10H).

   On return, if the value of (BL) is hex 10, an EGA is not present, and step 3 should be followed.

   On return, if the value of (BL) is not hex 10, an EGA is present. Note that an IBM Color/Graphics Monitor Adapter or an IBM Monochrome Display and Printer Adapter might also be present, depending on the EGA switch settings.

3. Complete steps 1 and 2 before performing this step. The video functions that might be present at this point are the IBM Color/Graphics Monitor Adapter, the IBM Monochrome Display and Printer Adapter, or both. Perform a presence test on video buffer addresses hex 0B8000 and hex 0B0000 to determine which video functions are present.

DL 019892

## Video-Mode Switching

Use the following video-mode switching procedure when applications will switch between monochrome and color video modes. A correct video-presence test, as previously described, is required. The following three system-video environments are possible:

1. A single video function that supports either monochrome or color video modes. If a monochrome function is present, only monochrome video modes are available. If a color function is present, only color video modes are available.

2. Two video functions, one supporting color video modes, and the other supporting monochrome video modes. In this case, both monochrome and color video modes are available. To switch from monochrome to color or from color to monochrome, the application program must change bits 5 and 4 (video mode type) of data area hex 40:10 to monochrome or color and issue Interrupt 10H, Set Mode function ((AH)=00H).

3. A single video function that supports both monochrome and color video modes. To determine whether a single video function supports both monochrome and color video modes, the application program should issue Interrupt 10H, Return Functionality/State Information function ((AH)=1BH).

   On return, if the value of (AL) is not hex 1B, the Return Functionality/State Information function is not supported, and support for both monochrome and color video modes on a single video function is not available.

   On return, if the value of (AL) is hex 1BH, use the returned information to determine whether bit 0 (all modes on all displays active) of byte (DI+2DH) is set to 1. If it is set to 1, both monochrome and color modes are available, and the application program should change the video-modes bits for monochrome or color and issue Interrupt 10H, Set Mode function ((AH)=00H). If it is set to 0, only monochrome modes or color modes are available, depending on the results of the video-presence test.

DL 019893