# EXHIBIT 7

# Universal Serial Bus Specification

**Compaq**

**Intel**

**Microsoft**

**NEC**

**Revision 1.1**
**September 23, 1998**

DL 017105

Universal Serial Bus Specification Revision 1.1

**Scope of this Revision**
The 1.1 revision of the specification is intended for product design. Every attempt has been made to ensure a consistent and implementable specification. Implementations should ensure compliance with this revision.

**Revision History**

| Revision | Issue Date | Comments |
|---|---|---|
| 0.7 | November 11, 1994 | Supersedes 0.6e. |
| 0.8 | December 30, 1994 | Revisions to Chapters 3-8, 10, and 11. Added appendixes. |
| 0.9 | April 13, 1995 | Revisions to all the chapters. |
| 0.99 | August 25, 1995 | Revisions to all the chapters. |
| 1.0 FDR | November 13, 1995 | Revisions to Chapters 1, 2, 5-11. |
| 1.0 | January 15, 1996 | Edits to Chapters 5, 6, 7, 8, 9, 10, and 11 for consistency. |
| 1.1 | September 23, 1998 | Updates to all chapters to fix problems identified. |

Universal Serial Bus Specification
Copyright © 1998, Compaq Computer Corporation,
Intel Corporation, Microsoft Corporation, NEC Corporation.
All rights reserved.

INTELLECTUAL PROPERTY DISCLAIMER
THIS SPECIFICATION IS PROVIDED "AS IS" WITH NO WARRANTIES WHATSOEVER INCLUDING
ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, OR ANY
WARRANTY OTHERWISE ARISING OUT OF ANY PROPOSAL, SPECIFICATION, OR SAMPLE.
A LICENSE IS HEREBY GRANTED TO REPRODUCE AND DISTRIBUTE THIS SPECIFICATION FOR
INTERNAL USE ONLY. NO OTHER LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR
OTHERWISE, TO ANY OTHER INTELLECTUAL PROPERTY RIGHTS IS GRANTED OR INTENDED
HEREBY.
AUTHORS OF THIS SPECIFICATION DISCLAIM ALL LIABILITY, INCLUDING LIABILITY FOR
INFRINGEMENT OF PROPRIETARY RIGHTS, RELATING TO IMPLEMENTATION OF
INFORMATION IN THIS SPECIFICATION. AUTHORS OF THIS SPECIFICATION ALSO DO NOT
WARRANT OR REPRESENT THAT SUCH IMPLEMENTATION(S) WILL NOT INFRINGE SUCH
RIGHTS.

GeoPort and Apple Desktop Bus are trademarks of Apple Computer, Inc.
Windows and Windows NT are trademarks and Microsoft and Win32 are registered trademarks of Microsoft Corporation.
IBM, PS/2, and Micro Channel are registered trademarks of International Business Machines Corporation.
AT&T is a registered trademark of American Telephone and Telegraph Company.
Compaq is a registered trademark of Compaq Computer Corporation.
UNIX is a registered trademark of UNIX System Laboratories.
$I^2C$ is a trademark of Phillips Semiconductors.
DEC is a trademark of Digital Equipment Corporation.
All other product names are trademarks, registered trademarks, or servicemarks of their respective owners.

*Please send comments via electronic mail to techsup@usb.org*
*For industry information, refer to the USB Implementers Forum web page at http://www.usb.org*

DL 017106

# Chapter 1
# Introduction

## 1.1 Motivation

The motivation for the Universal Serial Bus (USB) comes from three interrelated considerations:

- **Connection of the PC to the telephone**
  It is well understood that the merge of computing and communication will be the basis for the next generation of productivity applications. The movement of machine-oriented and human-oriented data types from one location or environment to another depends on ubiquitous and cheap connectivity. Unfortunately, the computing and communication industries have evolved independently. The USB provides a ubiquitous link that can be used across a wide range of PC-to-telephone interconnects.

- **Ease-of-use**
  The lack of flexibility in reconfiguring the PC has been acknowledged as the Achilles' heel to its further deployment. The combination of user-friendly graphical interfaces and the hardware and software mechanisms associated with new-generation bus architectures have made computers less confrontational and easier to reconfigure. However, from the end user's point of view, the PC's I/O interfaces, such as serial/parallel ports, keyboard/mouse/joystick interfaces, etc., do not have the attributes of plug-and-play.

- **Port expansion**
  The addition of external peripherals continues to be constrained by port availability. The lack of a bi-directional, low-cost, low-to-mid speed peripheral bus has held back the creative proliferation of peripherals such as telephone/fax/modem adapters, answering machines, scanners, PDA's, keyboards, mice, etc. Existing interconnects are optimized for one or two point products. As each new function or capability is added to the PC, a new interface has been defined to address this need.

  The USB is the answer to connectivity for the PC architecture. It is a fast, bi-directional, isochronous, low-cost, dynamically attachable serial interface that is consistent with the requirements of the PC platform of today and tomorrow.

## 1.2 Objective of the Specification

This document defines an industry-standard USB. The specification describes the bus attributes, the protocol definition, types of transactions, bus management, and the programming interface required to design and build systems and peripherals that are compliant with this standard.

The goal is to enable such devices from different vendors to interoperate in an open architecture. The specification is intended as an enhancement to the PC architecture, spanning portable, business desktop, and home environments. It is intended that the specification allow system OEMs and peripheral developers adequate room for product versatility and market differentiation without the burden of carrying obsolete interfaces or losing compatibility.

1

DL 017121

## 1.3 Scope of the Document

- **Target audience**
  The specification is primarily targeted to peripheral developers and system OEMs, but provides valuable information for platform operating system/ BIOS/ device driver, adapter IHVs/ISVs, and platform/adapter controller vendors.

- **Benefit**
  This version of the USB Specification can be used for planning new products, engineering an early prototype, and preliminary software development. All final products are required to be compliant with the USB Specification 1.1.

## 1.4 Document Organization

Chapters 1 through 5 provide an overview for all readers, while Chapters 6 through 11 contain detailed technical information defining the USB.

- Peripheral implementers should particularly read Chapters 5 through 11.

- USB Host Controller implementers should particularly read Chapters 5 through 8, 10, and 11.

- USB device driver implementers should particularly read Chapters 5, 9, and 10.

This document is complemented and referenced by the *Universal Serial Bus Device Class Specifications*. Device class specifications exist for a wide variety of devices. Please contact the USB Implementers Forum for further details.

Readers are also requested to contact operating system vendors for operating system bindings specific to the USB.

2

DL 017122

Universal Serial Bus Specification Revision 1.1

# Chapter 4
# Architectural Overview

This chapter presents an overview of the Universal Serial Bus (USB) architecture and key concepts. The USB is a cable bus that supports data exchange between a host computer and a wide range of simultaneously accessible peripherals. The attached peripherals share USB bandwidth through a host-scheduled, token-based protocol. The bus allows peripherals to be attached, configured, used, and detached while the host and other peripherals are in operation.

Later chapters describe the various components of the USB in greater detail.

## 4.1 USB System Description

A USB system is described by three definitional areas:

- USB interconnect
- USB devices
- USB host.

The USB interconnect is the manner in which USB devices are connected to and communicate with the host. This includes the following:

- Bus Topology: Connection model between USB devices and the host.
- Inter-layer Relationships: In terms of a capability stack, the USB tasks that are performed at each layer in the system.
- Data Flow Models: The manner in which data moves in the system over the USB between producers and consumers.
- USB Schedule: The USB provides a shared interconnect. Access to the interconnect is scheduled in order to support isochronous data transfers and to eliminate arbitration overhead.

USB devices and the USB host are described in detail in subsequent sections.

15

DL 017135

Universal Serial Bus Specification Revision 1.1

# Chapter 6
# Mechanical

This chapter provides the mechanical and electrical specifications for the cables, connectors, and cable assemblies used to interconnect USB devices. The specification includes the dimensions, materials, electrical, and reliability requirements. This chapter documents minimum requirements for the external USB interconnect. Substitute material may be used as long as it meets these minimums.

## 6.1 Architectural Overview

The USB physical topology consists of connecting the downstream hub port to the upstream port of another hub or to a device. The USB can operate at two speeds. Full-speed, 12 Mb/s, requires the use of a shielded cable with two power conductors and twisted pair signal conductors. Low-speed, 1.5 Mb/s, relaxes the cable requirement. Low-speed cable does not require shielding or twisted pair signal conductors.

The connectors are designed to be hot plugged. The USB Icon on the plugs provides tactile feedback making it easy to obtain proper orientation.

## 6.2 Keyed Connector Protocol

To minimize end user termination problems, USB uses a "keyed connector" protocol. The physical difference in the Series "A" and "B" connectors insure proper end user connectivity. The "A" connector is the principle means of connecting USB devices. All USB devices must have an "A" connector. The "B" connector allows device vendors to provide a standard detachable cable. This facilitates end user cable replacement. Figure 6-1 illustrates the keyed connector protocol.



| Series "A" Connectors | Series "B" Connectors |
|---|---|
| ♦ Series "A" plugs are always oriented **upstream** towards the *Host System* | ♦ Series "B" plugs are always oriented **downstream** towards the *USB Device* |

"A" Plugs
*(From the USB Device)*

"B" Plugs
*(From the Host System)*

"A" Receptacles
*(Downstream Output from the USB Host or Hub)*

"B" Receptacles
*(Upstream Input to the USB Device or Hub)*

**Figure 6-1.  Keyed Connector Protocol**

The following list explains how the plugs and receptacles can be mated:

73

DL 017193

Universal Serial Bus Specification Revision 1.1

- Series "A" receptacle mates with a Series "A" plug. Electrically, Series "A" receptacles function as outputs from host systems and/or hubs.

- Series "A" plug mates with a Series "A" receptacle. The Series "A" plug always is oriented towards the host system.

- Series "B" receptacle mates with a Series "B" plug (male). Electrically, Series "B" receptacles function as inputs to hubs or devices.

- Series "B" plug mates with a Series "B" receptacle. The Series "B" plug is always oriented towards the USB hub or device.

## 6.3 Cable

USB cable consists of four conductors, two power conductors and two signal conductors.

Full-speed cable consists of a signaling twisted pair, V$_{BUS}$, GND, and an overall shield. Full-speed cable must be marked to indicate suitability for USB usage (see Section 6.6.2). Full-speed cable may be used with either Low-speed or Full-speed devices. When Full-speed cable is used with Low-speed devices, the cable must meet all Low-speed requirements.

Low-speed cable does not require twisted signaling conductors or the overall shield.

## 6.4 Cable Assembly

This specification describes three USB cable assemblies. Detachable cable, Full-speed captive cable, and Low-speed captive cable.

The color used for the cable assembly is vendor specific, recommended colors are White, Grey, or Black.

### 6.4.1 Detachable Cable Assemblies

Full-speed devices can utilize the "B" connector. This allows the device to have a detachable USB cable. This eliminates the need to build the device with a hardwired cable and minimizes end user problems if cable replacement is necessary.

Devices utilizing the "B" connector must be designed to work with worst case maximum length detachable cable. Detachable cable assemblies may be used only on Full-speed devices. Using a Full-speed detachable cable on a Low-speed device may exceed the maximum Low-speed cable length.

Figure 6-2 illustrates a detachable cable assembly.

74

DL 017194

Universal Serial Bus Specification Revision 1.1



Figure 6-2. USB Detachable Cable Assembly

DL 017195

Universal Serial Bus Specification Revision 1.1

Detachable Cables must meet the following electrical requirements:

- The cable must be terminated on one end with an overmolded Series "A" plug and the opposite end is terminated with an overmolded Series "B" plug.

- The cable must be rated for Full-speed.

- The cable impedance must match the impedance of the Full-speed drivers. The drivers are characterized to drive specific cable impedance. Refer to Section 7.1.1 for details.

- The maximum allowable cable length is determined by signal pair attenuation. Refer to Section 7.1.17 for details.

- The maximum allowable cable length determined by the cable propagation delay. The USB utilizes an unterminated transmission scheme. Exceeding this limit will cause signaling reflections to interfere with data transmission. Refer to Section 7.1.14 for details.

- Differences in propagation delay between the two signal conductors must be minimized. Refer to Chapter 7.1.3 for details.

- The GND lead provides a common ground reference between the upstream and downstream ports. The maximum cable length is limited by the voltage drop across the GND lead. Refer to Section 7.2.2 for details. The minimum acceptable wire gauge is calculated assuming the attached device is high power

- The V$_{BUS}$ lead provides power to the connected device. For detachable cables, the V$_{BUS}$ requirement is the same as the GND lead.

## 6.4.2   Full-speed Captive Cable Assemblies

Full-speed captive cable assemblies may be used with either Full-speed or Low-speed devices. Assemblies are considered captive if they are provided with a vendor-specific disconnect means. When using a Full-speed captive cable on a Low-speed device the cable must meet all Low-speed requirements.

Figure 6-3 illustrates a Full-speed cable assembly.

DL 017196

Universal Serial Bus Specification Revision 1.1



Figure 6-3. USB Full-speed Hardwired Cable Assembly

DL 017197

Universal Serial Bus Specification Revision 1.1

Full-speed Captive Cables must meet the following electrical requirements:

- The cable must be terminated on one end with an overmolded Series "A" plug and the opposite end is vendor specific. If the vendor specific interconnect is to be hot plugged it must meet the same performance requirements as the USB "B" connector.

- The cable must be rated for Full-speed.

- The cable impedance must match the impedance of the Full-speed drivers. The drivers are characterized to drive specific cable impedance. Refer to Section 7.1.1 for details.

- The maximum cable length is determined by the attenuation of the signal pair. Refer to Section 7.1.17 for details.

- The maximum cable length is determined by the propagation delay though the cable. The USB utilizes an unterminated transmission scheme, exceeding this limit will cause signaling reflections to interfere with data transmission. Refer to Section 7.1.14 for details.

- Differences in propagation delay between the two signal conductors must be minimized. Refer to Section 7.1.3 for details.

- The GND lead provides a common reference between the upstream and downstream ports. The maximum cable length is determined by the voltage drop across the GND lead. Refer to Section 7.2.2 for details. The minimum wire gauge is calculated using the worst case current consumption.

- The V$_{BUS}$ lead provides power to the connected device. The minimum wire gauge is vendor specific.

## 6.4.3  Low-speed Captive Cable Assemblies

Assemblies are considered captive if they are provided with a vendor-specific disconnect means. Low-speed cable may only be used on Low-speed devices.

Figure 6-4 illustrates a Low-speed cable assembly.

78

DL 017198

Universal Serial Bus Specification Revision 1.1



Figure 6-4. USB Low-speed Hardwired Cable Assembly

79

DL 017199

Universal Serial Bus Specification Revision 1.1

Low-speed Captive Cables must meet the following electrical requirements:

- The cable must be terminated on one end with an overmolded Series "A" plug and the opposite end is vendor specific. If the vendor specific interconnect is to be hot plugged it must meet the same performance requirements as the USB "B" connector.

- Low-Speed drivers are characterized for operation over a range of capacitive loads. This value includes all sources of capacitance on the D+ and D-lines, not just the cable. Cable selection must insure that total load capacitance falls between specified minimum and maximum values. If the desired implementation does not meet the minimum requirement, additional capacitance needs to be added to the device. Refer to section 7.1.1.2 for details.

- The maximum Low-speed cable length determined by the rise and fall times of Low-speed signaling. This forces Low-speed cable to be significantly shorter then Full-speed. Refer to Section 7.1.1.2 for details.

- Differences in propagation delay between the two signal conductors must be minimized. Refer to Section 7.1.3 for details.

- The GND lead provides a common reference between the upstream and downstream ports. The maximum cable length is determined by the voltage drop across the GND lead. Refer to Section 7.2.2 for details. The minimum wire gauge is calculated using the worst case current consumption.

- The VBUS lead provides power to the connected device. The minimum wire gauge is vendor specific.

### 6.4.4   Prohibited Cable Assemblies

USB is optimized for ease of use. The expectation it that if the device can be plugged in it will work. By specification, the only conditions that prevent a USB device from being successfully utilized are lack of power, lack of bandwidth, and excessive topology depth. These conditions are well understood by the system software.

Non-acceptable cables may work in some situations but they cannot be guaranteed to work in all instances.

- ***Extension cable***
  Cables that provide a Series "A" plug with a series "A" receptacle or a Series "B" plug with a Series "B" receptacle. This allows multiple cable segments to be connected together, possibly exceeding the maximum permissible cable length.

- ***Cable assembly that violates USB topology rules***
  A cable with both ends terminated in either Series "A" plugs or Series "B" receptacles. This cable allows two downstream ports to be directly connected.

  Note: This prohibition does not prevent using a USB device to provide a bridge between two USB busses.

- ***Low-speed detachable cable***
  Detachable cables must be Full-speed. Low-speed devices are prohibited from using detachable cables. Detachable cable is Full-speed rated, using a long Full-speed cable exceeds the capacitive load of Low-speed.

### 6.5   Connector Mechanical Configuration and Material Requirements

The USB Icon is used to identify USB plugs and the receptacles. Figure 6-5 illustrates the USB Icon

DL 017200

Universal Serial Bus Specification Revision 1.1



Figure 6-5. USB Icon

## 6.5.1 USB Icon Location

The USB Icon is embossed, in a recessed area, on the topside of the USB plug. This provides easy user recognition and facilitates alignment during the mating process. The USB Icon and Manufacture's logo should not project beyond the overmold surface. The USB Icon is required, while the Manufacture's logo is recommended, for both Series "A" and "B" plug assemblies. The USB Icon is also located adjacent to each receptacle. Receptacles should be oriented to allow the Icon on the plug to be visible during the mating process. Figure 6-6 illustrates the typical plug orientation.



Figure 6-6. Typical USB Plug Orientation

81

DL 017201

### 6.5.2  USB Connector Termination Data

Table 6-1 provides the standardized contact terminating assignments by number and electrical value for Series "A" and Series "B" connectors.

**Table 6-1.  USB Connector Termination Assignment**

| Contact Number | Signal Name | Typical Wiring Assignment |
|---|---|---|
| 1 | VBUS | Red |
| 2 | D- | White |
| 3 | D+ | Green |
| 4 | GND | Black |
| Shell | Shield | Drain Wire |

### 6.5.3  Series "A" and Series "B" Receptacles

Electrical and mechanical interface configuration data for Series "A" and Series "B" receptacles are shown in Figure 6-7 and Figure 6-8.  Also, refer to Figure 6-12, Figure 6-13, and Figure 6-14 at the end of this chapter for typical PCB receptacle layouts.

DL 017202

Universal Serial Bus Specification Revision 1.1



Figure 6-7. USB Series "A" Receptacle Interface and Mating Drawing

DL 017203

Universal Serial Bus Specification Revision 1.1



Figure 6-8. USB Series "B" Recptacle Interface and Mating Drawing

84

DL 017204

### 6.5.3.1 Receptacle Injection Molded Thermoplastic Insulator Material

Minimum UL 94-V0 rated, thirty percent (30%) glass-filled polybutylene terephthalate (PBT) or polyethylene terephthalate (PET) or better.

Typical Colors: Black, Gray and Natural.

Flammability Characteristics: UL 94-V0 rated.

Flame Retardant Package must meet or exceed the requirements for UL, CSA, VDE, et cetera.

Oxygen Index (LOI): Greater than 21%. ASTM D 2863.

### 6.5.3.2    Receptacle Shell Materials

Substrate Material: 0.30 + 0.05 mm phosphor bronze, nickel silver or other copper based high strength materials.

Plating:

1.  Underplate: Optional. Minimum 1.00 micrometers (40 microinches) Nickel. In addition, manufacturer may use a copper underplate beneath the nickel.

2.  Outside: Minimum 2.5 micrometers (100 microinches) Bright Tin or Bright Tin-Lead.

### 6.5.3.3    Receptacle Contact Materials

Substrate Material: $0.30 \pm 0.05$ mm minimum half-hard phosphor bronze or other the high strength copper based material.

Plating: Contacts are to be selectively plated.

A.  Option I

1.  Underplate: Minimum 1.25 micrometers (50 microinches) Nickel. Copper over base material is optional.

2.  Mating Area: Minimum 0.05 micrometers (2 microinches) Gold over a minimum of 0.70 micrometers (28 microinches) Palladium.

3.  Solder Tails: Minimum 3.8 micrometers (150 microinches) Bright Tin-Lead over the underplate.

B.  Option II

1.  Underplate: Minimum 1.25 micrometers (50 microinches) Nickel. Copper over base material is optional.

2.  Mating Area: Minimum 0.05 micrometers (2 microinches) Gold over a minimum of 0.75 micrometers (30 microinches) Palladium-Nickel.

3.  Solder Tails: Minimum 3.8 micrometers (150 microinches) Bright Tin-Lead over the underplate.

C.  Option III

1.  Underplate: Minimum 1.25 micrometers (50 microinches) Nickel. Copper over base material is optional.

2.  Mating Area: Minimum 0.75 micrometers (30 microinches) Gold.

3.  Solder Tails: Minimum 3.8 micrometers (150 microinches) Bright Tin-Lead over the underplate.

DL 017205

Universal Serial Bus Specification Revision 1.1

### 6.5.4  Series "A" and Series "B" Plugs

Electrical and mechanical interface configuration data for Series "A" and Series "B" plugs are shown in Figure 6-9 and Figure 6-10.

86

DL 017206

Universal Serial Bus Specification Revision 1.1



Figure 6-9. USB Series "A" Plug Interface Drawing

DL 017207

Universal Serial Bus Specification Revision 1.1



**Figure 6-10. USB Series "B" Plug Interface Drawing**

DL 017208

Universal Serial Bus Specification Revision 1.1

### 6.5.4.1   Plug Injection Molded Thermoplastic Insulator Material

Minimum UL 94-V0 rated, thirty percent (30%) glass-filled polybutylene terephthalate (PBT) or polyethylene terephthalate (PET) or better.

Typical Colors:  Black, Gray and Natural.

Flammability Characteristics:  UL 94-V0 rated.

    Flame Retardant Package must meet or exceed the requirements for UL, CSA and VDE.

Oxygen Index (LOI): 21%.  ASTM D 2863.

### 6.5.4.2   Plug Shell Materials

Substrate Material: 0.30 ± 0.05 mm phosphor bronze, nickel silver or other suitable material.

Plating:

    A.  Underplate:  Optional. Minimum 1.00 micrometers (40 microinches) nickel.  In addition, manufacturer may use a copper underplate beneath the nickel.

    B.  Outside:  Minimum 2.5 micrometers (100 microinches) bright tin or bright tin-lead.

### 6.5.4.3   Plug (Male) Contact Materials

Substrate Material.  0.30 ± 0.05 mm half-hard phosphor bronze.

Plating.  Contacts are to be selectively plated.

    A.  Option I

        1.  Underplate:  Minimum 1.25 micrometers (50 microinches) nickel. Copper over base material is optional.

        2.  Mating Area:  Minimum 0.05 micrometers (2 microinches) gold over a minimum of 0.70 micrometers (28 microinches) palladium.

        3.  Solder Tails:  Minimum 3.8 micrometers (150 microinches) bright tin-lead over the underplate.

    B.  Option II

        1.  Underplate:  Minimum 1.25 micrometers (50 microinches) nickel. Copper over base material is optional.

        2.  Mating Area:  Minimum 0.05 micrometers (2 microinches) gold over a minimum of 0.75 micrometers (30 microinches) palladium-nickel.

        3.  Wire Crimp/Solder Tails: Minimum 3.8 micrometers (150 microinches) bright tin-lead over the underplate.

    C.  Option III

        1.  Underplate:  Minimum 1.25 micrometers (50 microinches) nickel. Copper over base material is optional.

        2.  Mating Area:  Minimum 0.75 micrometers (30 microinches) gold.

        3.  Solder Tails:  Minimum 3.8 micrometers (150 microinches) bright tin-lead over the underplate.

DL 017209

Universal Serial Bus Specification Revision 1.1

## 6.6 Cable Mechanical Configuration and Material Requirements

Full-speed and Low-speed cables differ in data conductor arrangement and shielding. Low-speed cable does not require twisted data conductors or a shield. Figure 6-11 shows the typical Full-speed cable construction.



**Figure 6-11. Typical Full-speed Cable Construction**

### 6.6.1 Description

Full-speed cable consists of one 28 to 20 AWG non-twisted power pair and one 28 AWG twisted data pair with an aluminum metallized polyester inner shield, 28 AWG stranded tinned copper drain wire, ≥ 65% tinned copper wire interwoven (braided) outer shield and PVC outer jacket.

Low-speed cable does not require the data pair be twisted or a shield and drain wire.

90

DL 017210

### 6.6.2   Construction

Raw materials used in the fabrication of this cable shall be of such quality that the fabricated cable is capable of meeting or exceeding the mechanical and electrical performance criteria of the most current USB Specification Revision, and all applicable domestic and international safety/testing agency requirements, e.g., UL, CSA, BSA, NEC, et cetera, for electronic signaling and power distribution cables in its category.

**Table 6-2.  Power Pair**

| American Wire Gauge (AWG) | Nominal Conductor Outer Diameter | Stranded Tinned Conductors |
|---|---|---|
| 28 | 0.381 mm (0.015") | 7 x 36 |
| | 0.406 mm (0.016") | 19 x 40 |
| 26 | 0.483 mm (0.019") | 7 x 34 |
| | 0.508 mm (0.020") | 19 x 38 |
| 24 | 0.610 mm (0.024") | 7 x 32 |
| | 0.610 mm (0.024") | 19 x 36 |
| 22 | 0.762 mm (0.030") | 7 x 30 |
| | 0.787 mm (0.031") | 19 x 34 |
| 20 | 0.890 mm (0.035") | 7 x 28 |
| | 0.931 mm (0.037") | 19 x 32 |

Note:  Minimum conductor construction shall be stranded tinned copper.

Non-Twisted Power Pair:

    A.  Wire Gauge:  Minimum 28 AWG or as specified by the user contingent upon the specified cable length.  Refer to Table 6-2.

    B.  Wire Insulation:  Semirigid polyvinyl chloride (PVC).

        1.  Nominal Insulation Wall Thickness:  0.25 mm (0.010").

        2.  Typical Power ($V_{BUS}$) Conductor:  Red Insulation.

        3.  Typical Ground Conductor:  Black Insulation.

Signal Pair:

    A.  Wire Gauge:  28 AWG minimum.  Refer to Table 6-3.

**Table 6-3.  Signal Pair**

| American Wire Gauge (AWG) | Nominal Conductor Outer Diameter | Stranded Tinned Conductors |
|---|---|---|
| 28 | 0.381 mm (0.015") | 7 x 36 |
| | 0.406 mm (0.016") | 19 x 40 |

DL 017211

**Universal Serial Bus Specification Revision 1.1**

Note: Minimum conductor construction shall be stranded tinned copper

  B. Wire Insulation: High-density polyethylene (HDPE), alternately foamed polyethylene or foamed polypropylene.

  1. Nominal Insulation Wall Thickness: 0.31 mm (0.012").

  2. Typical Data Plus (+) Conductor: Green Insulation.

  3. Typical Data Minus (-) Conductor: White Insulation.

  C. Nominal Twist Ratio (not required for Low-speed): One full twist every 60 mm (2.36") to 80 mm (3.15").

Aluminum Metallized Polyester Inner Shield (not required for Low-speed):

  A. Substrate Material: Polyethylene terephthalate (PET) or equivalent material.

  B. Metallizing: Vacuum deposited aluminum.

  C. Assembly:

  1. The aluminum metallized side of the inner shield shall be positioned facing out to ensure direct contact with the drain wire.

  2. The aluminum metallized inner shield shall over lap by approximately one-quarter turn.

Drain Wire (not required for Low-speed):

  A. Wire Gauge: Minimum 28 AWG stranded tinned copper (STC) non-insulated. Refer to Table 6-4.

**Table 6-4. Drain Wire Signal Pair**

| American Wire Gauge (AWG) | Nominal Conductor Outer Diameter | Stranded Tinned Conductors |
|---|---|---|
| 28 | 0.381 mm (0.015") | 7 x 36 |
|  | 0.406 mm (0.016") | 19 x 40 |

Interwoven (Braided) Tinned Copper Wire (ITCW) Outer Shield (not required for Low-speed):

  A. Coverage Area: Minimum 65%.

  B. Assembly. The interwoven (braided) tinned copper wire outer shield shall encase the aluminum metallized PET shielded power and signal pairs and shall be in direct contact with the drain wire.

Outer Polyvinyl Chloride (PVC) Jacket:

  A. Assembly: The outer PVC jacket shall encase the fully shielded power and signal pairs and shall be in direct contact with the tinned copper outer shield.

  B. Nominal Wall Thickness: 0.64 mm (0.025").

Marking: The cable shall be legibly marked using contrasting color permanent ink.

  A. Minimum marking information for Full-speed cable shall include:

    USB SHIELDED <Gauge/2C + Gauge/2C> UL CM 75° C — UL Vendor ID

  B. Minimum marking information for Low-speed cable shall include:

    USB specific marking is not required for Low-speed cable.

DL 017212

Universal Serial Bus Specification Revision 1.1

Nominal Fabricated Cable Outer Diameter:

This is a nominal value and may vary slightly from manufacturer to manufacturer as function of the conductor insulating materials and conductor specified. Refer to Table 6-5.

**Table 6-5. Nominal Cable Diameter**

| Shielded USB Cable Configuration | Nominal Outer Cable Diameter |
|---|---|
| 28/28 | 4.06 mm (0.160") |
| 28/26 | 4.32 mm (0.170") |
| 28/24 | 4.57 mm (0.180") |
| 28/22 | 4.83 mm (0.190") |
| 28/20 | 5.21 mm (0.205") |

## 6.6.3    Electrical Characteristics

All electrical characteristics shall be measured at or referenced to +20° C (68° F).

Voltage Rating: 30 Vrms maximum.

Conductor Resistance:  Conductor resistance shall be measured in accordance with ASTM-D-4566 Section 13.  Refer to Table 6-6.

Conductor Resistance Unbalance (Pairs):  Conductor resistance unbalance between two (2) conductors of any pair shall not exceed five percent (5%) when measured in accordance with ASTM-D-4566 Section 15.

**Table 6-6. Conductor Resistance**

| American Wire Gauge (AWG) | Ohms ($\Omega$) / 100 Meters Maximum |
|---|---|
| 28 | 23.20 $\Omega$ |
| 26 | 14.60 $\Omega$ |
| 24 | 9.09 $\Omega$ |
| 22 | 5.74 $\Omega$ |
| 20 | 3.58 $\Omega$ |

## 6.6.4    Cable Environmental Characteristics

Temperature Range:

A.  Operating Temperature Range:  0° C to +50° C.

B.  Storage Temperature Range:  -20° C to +60° C.

C.  Nominal Temperature Rating:  +20° C.

Flammability:  All plastic materials used in the fabrication of this product shall meet or exceed the requirements of NEC Article 800 for communications cables Type CM (Commercial).

93

DL 017213

Universal Serial Bus Specification Revision 1.1

### 6.6.5    Listing

The product shall be UL listed per UL Subject 444, Class 2, Type CM for Communications Cable Requirements.

## 6.7 Electrical, Mechanical and Environmental Compliance Standards

Table 6-7 lists the minimum test criteria for all USB cable, cable assemblies and connectors

**Table 6-7.  USB Electrical, Mechanical and Environmental Compliance Standards**

| Test Description | Test Procedure | Performance Requirement |
|---|---|---|
| Visual and Dimensional Inspection | EIA 364-18<br><br>Visual, dimensional and functional inspection in accordance the USB quality inspection plans. | Must meet or exceed the requirements specified by the most current version of Chapter 6 of the USB Specification. |
| Insulation Resistance | EIA 364-21<br><br>The object of this test procedure is to detail a standard method to assess the insulation resistance of USB connectors.  This test procedure is used to determine the resistance offered by the insulation materials and the various seals of a connector to a DC potential tending to produce a leakage of current through or on the surface of these members. | 1,000 M$\Omega$ minimum. |
| Dielectric Withstanding Voltage | EIA 364-20<br><br>The object of this test procedure is to detail a test method to prove that a USB connector can operate safely at its rated voltage and withstand momentary over potentials due to switching, surges and/or other similar phenomena. | The dielectric must withstand 500 VAC for one minute at sea level. |
| Low Level Contact Resistance | EIA 364-23<br><br>The object of this test is to detail a standard method to measure the electrical resistance across a pair of mated contacts such that the insulating films, if present, will not be broken or asperity melting will not occur. | 30 m$\Omega$ maximum when measured at 20 mV maximum open circuit at 100 mA. Mated test contacts must be in a connector housing. |

94

Universal Serial Bus Specification Revision 1.1

Table 6-7.  USB Electrical, Mechanical and Environmental Compliance Standards (Continued)

| Test Description | Test Procedure | Performance Requirement |
|---|---|---|
| **Contact Current Rating** | **EIA 364-70 — Method B**<br><br>The object of this test procedure is to detail a standard method to assess the current carrying capacity of mated USB connector contacts. | 1.5 A at 250 VAC minimum when measured at an ambient temperature of 25° C.  With power applied to the contacts, the $\Delta$ T shall not exceed +30° C at any point in the USB connector under test. |
| **Contact Capacitance** | **EIA 364-30**<br><br>The object of this test is to detail a standard method to determine the capacitance between conductive elements of a USB connector. | 2 pF maximum unmated per contact |
| **Insertion Force** | **EIA 364-13**<br><br>The object of this test is to detail a standard method for determining the mechanical forces required for inserting a USB connector. | 35 Newtons maximum at a maximum rate of 12.5 mm (0.492") per minute |
| **Extraction Force** | **EIA 364-13**<br><br>The object of this test is to detail a standard method for determining the mechanical forces required for extracting a USB connector. | 10 Newtons minimum at a maximum rate of 12.5 mm (0.492") per minute |
| **Durability** | **EIA 364-09**<br><br>The object of this test procedure is to detail a uniform test method for determining the effects caused by subjecting a USB connector to the conditioning action of insertion and extraction, simulating the expected life of the connectors. Durability cycling with a gauge is intended only to produce mechanical stress.  Durability performed with mating components is intended to produce both mechanical and wear stress. | 1,500 insertion/extraction cycles at a maximum rate of 200 cycles per hour |

95

DL 017215

Universal Serial Bus Specification Revision 1.1

Table 6-7. USB Electrical, Mechanical and Environmental Compliance Standards (Continued)

| Test Description | Test Procedure | Performance Requirement |
|---|---|---|
| Cable Pull-Out | **EIA 364-38**<br><br>**Test Condition A**<br><br>The object of this test procedure is to detail a standard method for determining the holding effect of a USB plug cable clamp without causing any detrimental effects upon the cable or connector components when the cable is subjected to inadvertent axial tensile loads. | After the application of a steady state axial load of 40 Newtons for one minute |
| Physical Shock | **EIA 364-27**<br><br>**Test Condition H**<br><br>The object of this test procedure is to detail a standard method to assess the ability of a USB connector to withstand specified severity of mechanical shock. | No discontinuities of 1 μS or longer duration when mated USB connectors are subjected to 11 ms duration 30 Gs half-sine shock pulses.  Three shocks in each direction applied along three mutually perpendicular planes for a total of 18 shocks |
| Random Vibration | **EIA 364-28**<br><br>**Test Condition V Test Letter A**<br><br>This test procedure is applicable to USB connectors that may, in service, be subjected to conditions involving vibration. Whether a USB connector has to function during vibration or merely to survive conditions of vibration should be clearly stated by the detailed product specification. In either case, the relevant specification should always prescribe the acceptable performance tolerances. | No discontinuities of 1 μS or longer duration when mated USB connectors are subjected to 5.35 Gs RMS.  15 minutes in each of three mutually perpendicular planes |

96

DL 017216

Universal Serial Bus Specification Revision 1.1

Table 6-7. USB Electrical, Mechanical and Environmental Compliance Standards (Continued)

| Test Description | Test Procedure | Performance Requirement |
|---|---|---|
| Thermal Shock | **EIA 364-32**<br><br>**Test Condition I**<br><br>The object of this test is to determine the resistance of a USB connector to exposure at extremes of high and low temperatures and to the shock of alternate exposures to these extremes, simulating the worst case conditions for storage, transportation and application. | 10 Cycles --55°C and +85°C. The USB connectors under test must be mated |
| Humidity Life | **EIA 364-31**<br><br>**Test Condition A Method III**<br><br>The object of this test procedure is to detail a standard test method for the evaluation of the properties of materials used in USB connectors as they are influenced by the effects of high humidity and heat. | 168 Hours minimum (seven (7) complete cycles). The USB connectors under test shall be tested in accordance with EIA 364-31 |
| Solderability | **EIA 364-52**<br><br>The object of this test procedure is to detail a uniform test method for determining USB connector solderability. The test procedure contained herein utilizes the solder dip technique. It is not intended to test or evaluate solder cup, solder eyelet, other hand-soldered type or SMT type terminations. | USB contact solder tails shall pass 95% coverage after one hour steam aging as specified in Category 2 |
| Flammability | **UL 94 V-0**<br><br>This procedure is to ensure thermoplastic resin compliance to UL flammability standards. | The manufacturer will require its thermoplastic resin vendor to supply a detailed C of C with each resin shipment. The C of C shall clearly show the resin's UL listing number, lot number, date code, et cetera. |

97

DL 017217

Universal Serial Bus Specification Revision 1.1

Table 6-7.  USB Electrical, Mechanical and Environmental Compliance Standards (Continued)

| Test Description | Test Procedure | Performance Requirement |
|---|---|---|
| **Cable Imedance**<br>**Only required for Full-speed** | The object of this test is to insure the signal conductors have the proper impedance.<br><br>1. Connect the Time Domain Reflectometer (TDR) outputs to the impedance/delay/skew test fixture (Note 1). Use separate 50 Ohm cables for the plus (or true) and minus (or complement) outputs. Set the TDR head to differential TDR mode.<br><br>2. Connect the Series "A" plug of the cable to be tested to the text fixture, leaving the other end open-circuited.<br><br>3. Define a waveform composed of the difference between the true and complement waveforms, to allow measurement of differential impedance.<br><br>4. Measure the minimum and maximum impedances found between the connector and the open circuited far end of the cable. | Impedance must be in the range specified in Table 7-9 (ZO). |

98

DL 017218

**Table 6-7.  USB Electrical, Mechanical and Environmental Compliance Standards (Continued)**

| Test Description | Test Procedure | Performance Requirement |
|---|---|---|
| **Signal Pair Attenuation**<br><br>**Only required for Full-speed** | The object of this test is to insure that adequate signal strength is presented to the receiver to maintain a low error rate.<br><br>1. Connect the Network Analyzer output port (port 1) to the input connector on the attenuation test fixture (Note 2).<br><br>2. Connect the Series "A" plug of the cable to be tested to the test fixture, leaving the other end open-circuited.<br><br>3. Calibrate the network analyzer and fixture using the appropriate calibration standards, over the desired frequency range.<br><br>4. Follow the method listed in Hewlett Packard Application Note 380-2 to measure the open-ended response of the cable.<br><br>5. Short circuit the Series "B" end (or bare leads end, if a captive cable), and measure the short-circuit response.<br><br>6. Using the software in H-P App. Note 380-2 or equivalent, calculate the cable attenuation, accounting for resonance effects in the cable as needed. | Refer to Section 7.1.17 for frequency range and allowable attenuation. |

DL 017219

Universal Serial Bus Specification Revision 1.1

Table 6-7.  USB Electrical, Mechanical and Environmental Compliance Standards (Continued)

| Test Description | Test Procedure | Performance Requirement |
|---|---|---|
| Propagation Delay | The purpose of the test is to verify the end to end propagation of the cable.<br><br>1.  Connect one output of the TDR sampling head to the D+ and D- inputs of the impedance/delay/skew test fixture (Note 1).  Use one 50Ω cable for each signal, and set the TDR head to differential TDR mode.<br><br>2.  Connect the cable to be tested to the test fixture.  If detachable, plug both connectors in to the matching fixture connectors.  If captive, plug the series "A" plug into the matching fixture connector, and solder the stripped leads on the other end to the test fixture.<br><br>3.  Measure the propagation delay of the test fixture by connecting a short piece of wire across the fixture from input to output, and recording the delay.<br><br>4.  Remove the short piece of wire and re-measure the propagation delay. Subtract from it the delay of the test fixture measured in the previous step. | **Full-speed**<br><br>See Section 7.1.1.1, Section 7.1.4, Section 7.1.16 and Table 7-9 (TFSCBL)<br><br>**Low-speed**<br><br>See Section 7.1.1.2, Section 7.1.16 and Table 7-9 (TLSCBL) |

100

DL 017220

Universal Serial Bus Specification Revision 1.1

Table 6-7.  USB Electrical, Mechanical and Environmental Compliance Standards (Continued)

| Test Description | Test Procedure | Performance Requirement |
|---|---|---|
| **Propagation Delay Skew** | This test insures that the signal on both the D+ and D- lines arrive at the receiver at the same time.<br><br>1. Connect the TDR to the fixture with test sample cable, as in the previous section.<br><br>2. Measure the difference in delay for the two conductors in the test cable. Use the TDR cursors to find the open-circuited end of each conductor (where the impedance goes infinite), and subtract the time difference between the two values. | Propagation skew must meet the requirements as listed in Section 7.1.3. |
| **Capacitive Load**<br><br>**Only required for Low-speed** | The purpose of this test is to insure the distributed inter-wire capacitance is less then the lumped capacitance specified by the Low-speed transmit driver.<br><br>1. Connect the one lead of the Impedance Analyzer to the D+ pin on the impedance/delay/skew fixture (Note 1), and the other lead to the D- pin.<br><br>2. Connect the series "A" plug to the fixture, with the series "B" end leads open-circuited.<br><br>3. Set the Impedance Analyzer to a frequency of 100 kHz, to measured the capacitance. | See Section 7.1.1.2 and Table 7-7 (C$_{LINUA}$) |

Note1:   **Impedance, propagation delay and skew test fixture.**
This fixture will be used with the TDR for measuring the time domain performance of the cable under test. The fixture impedance should be matched to the equipment, typically 50Ω. Coaxial connectors should be provided on the fixture for connection from the TDR.

Note 2:   **Attenuation text fixture**
This fixture provides a means of connection from the network analyzer to the Series "A" plug. Since USB signals are differential in nature and operate over balanced cable, a transformer or balun (North Hills NH13734 or equivalent) is ideally used.  The transformer converts the unbalanced (also known as single-ended) signal from the signal generator which is typically a 50Ω output, to the balanced (also known as differential) and likely different impedance loaded presented by the cable.  A second transformer or balun

101

DL 017221

Universal Serial Bus Specification Revision 1.1

should be used on the other end of the cable under test, to convert the signal back to unbalanced from of the correct impedance to match the network analyzer.

### 6.7.1  Applicable Documents

American National Standard/Electronic Industries Association

| | |
|---|---|
| ANSI/EIA-364-C (12/94) | Electrical Connector/Socket Test Procedures Including Environmental Classifications |

American Standard Test Materials

| | |
|---|---|
| ASTM-D-4565 | Physical and Environmental Performance Properties of Insulation and Jacket for Telecommunication Wire and Cable, Test Standard Method |
| ASTM-D-4566 | Electrical Performance Properties of Insulation and Jacket for Telecommunication Wire and Cable, Test Standard Method |

Underwriters' Laboratory, Inc.

| | |
|---|---|
| UL STD-94 | Test for Flammability of Plastic materials for Parts in Devices and Appliances |
| UL Subject-444 | Communication Cables |

## 6.8   USB Grounding

The shield must be terminated to the connector plug for completed assemblies. The shield and chassis are bonded together. The user selected grounding scheme for USB devices and cables must be consistent with accepted industry practices and regulatory agency standards for safety and EMI/ESD/RFI.

## 6.9 PCB Reference Drawings

The following drawings describe typical receptacle PCB interfaces.  This is included for information purposes only.

DL 017222

Universal Serial Bus Specification Revision 1.1



Figure 6-12. Single Pin-Type Series "A" Receptacle

103

DL 017223



**Figure 6-13.  Dual Pin-Type Series "A" Receptacle**

DL 017224

Universal Serial Bus Specification Revision 1.1



Figure 6-14.  Single Pin-Type Series "B" Receptacle

105

DL 017225

Universal Serial Bus Specification Revision 1.1

DL 017226

# Chapter 9
# USB Device Framework

A USB device may be divided into three layers:

- The bottom layer is a bus interface that transmits and receives packets.

- The middle layer handles routing data between the bus interface and various endpoints on the device. An endpoint is the ultimate consumer or provider of data. It may be thought of as a source or sink for data.

- The top layer is the functionality provided by the serial bus device; for instance, a mouse or ISDN interface.

This chapter describes the common attributes and operations of the middle layer of a USB device. These attributes and operations are used by the function-specific portions of the device to communicate through the bus interface and ultimately with the host.

## 9.1  USB Device States

A USB device has several possible states. Some of these states are visible to the USB and the host, while others are internal to the USB device. This section describes those states.

### 9.1.1  Visible Device States

This section describes USB device states that are externally visible (see Figure 9-1). Table 9-1 summarizes the visible device states.

Note: USB devices perform a reset operation in response to reset signaling on the upstream port. When reset signaling has completed, the USB device is reset.

DL 017295

Universal Serial Bus Specification Revision 1.1



Figure 9-1.  Device State Diagram

176

DL 017296

Universal Serial Bus Specification Revision 1.1

Table 9-1.  Visible Device States

| Attached | Powered | Default | Address | Configured | Suspended | State |
|---|---|---|---|---|---|---|
| No | -- | -- | -- | -- | -- | Device is not attached to the USB.  Other attributes are not significant. |
| Yes | No | -- | -- | -- | -- | Device is attached to the USB, but is not powered. Other attributes are not significant. |
| Yes | Yes | No | -- | -- | -- | Device is attached to the USB and powered, but has not been reset. |
| Yes | Yes | Yes | No | -- | -- | Device is attached to the USB and powered and has been reset, but has not been assigned a unique address.  Device responds at the default address. |
| Yes | Yes | Yes | Yes | No | -- | Device is attached to the USB, powered, has been reset, and a unique device address has been assigned.  Device is not configured. |
| Yes | Yes | Yes | Yes | Yes | No | Device is attached to the USB, powered, has been reset, has a unique address, is configured, and is not suspended. The host may now use the function provided by the device. |
| Yes | Yes | -- | -- | -- | Yes | Device is, at minimum, attached to the USB and is powered and has not seen bus activity for 3 ms. It may also have a unique address and be configured for use. However, because the device is suspended, the host may not use the device's function. |

DL 017297

### 9.1.1.1 Attached

A USB device may be attached or detached from the USB. The state of a USB device when it is detached from the USB is not defined by this specification. This specification only addresses required operations and attributes once the device is attached.

## 9.1.1.2 Powered

USB devices may obtain power from an external source and/or from the USB through the hub to which they are attached. Externally powered USB devices are termed self-powered. Although self-powered devices may already be powered before they are attached to the USB, they are not considered to be in the Powered state until they are attached to the USB and VBUS is applied to the device.

A device may support both self-powered and bus-powered configurations. Some device configurations support either power source. Other device configurations may be available only if the device is self-powered. Devices report their power source capability through the configuration descriptor. The current power source is reported as part of a device's status. Devices may change their power source at any time; e.g., from self- to bus-powered. If a configuration is capable of supporting both power modes, the power maximum reported for that configuration is the maximum the device will draw from VBUS in either mode. The device must observe this maximum, regardless of its mode. If a configuration supports only one power mode and the power source of the device changes, the device will lose its current configuration and address and return to the Powered state. If a device is self-powered and its current configuration requires more than 100mA, then if the device switches to being bus-powered, it must return to the Address state. Self-powered hubs that use VBUS to power the Hub Controller are allowed to remain in the Configured state if local power is lost. Refer to Section 11.14 for details.

A hub port must be powered in order to detect port status changes, including attach and detach. Bus-powered hubs do not provide any downstream power until they are configured, at which point they will provide power as allowed by their configuration and power source. A USB device must be able to be addressed within a specified time period from when power is initially applied (refer to Chapter 7). After an attachment to a port has been detected, the host may enable the port, which will also reset the device attached to the port.

## 9.1.1.3 Default

After the device has been powered, it must not respond to any bus transactions until it has received a reset from the bus. After receiving a reset, the device is then addressable at the default address.

## 9.1.1.4 Address

All USB devices use the default address when initially powered or after the device has been reset. Each USB device is assigned a unique address by the host after attachment or after reset. A USB device maintains its assigned address while suspended.

A USB device responds to requests on its default pipe whether the device is currently assigned a unique address or is using the default address.

## 9.1.1.5 Configured

Before a USB device's function may be used, the device must be configured. From the device's perspective, configuration involves writing a non-zero value to the device configuration register. Configuring a device or changing an alternate setting causes all of the status and configuration values associated with endpoints in the affected interfaces to be set to their default values. This includes setting the data toggle of any endpoint using data toggles to the value DATA0.

DL 017298

Universal Serial Bus Specification Revision 1.1

### 9.1.1.6 Suspended

In order to conserve power, USB devices automatically enter the Suspended state when the device has observed no bus traffic for a specified period (refer to Chapter 7). When suspended, the USB device maintains any internal status, including its address and configuration.

All devices must suspend if bus activity has not been observed for the length of time specified in Chapter 7. Attached devices must be prepared to suspend at any time they are powered, whether they have been assigned a non-default address or are configured. Bus activity may cease due to the host entering a suspend mode of its own. In addition, a USB device shall also enter the Suspended state when the hub port it is attached to is disabled. This is referred to as selective suspend.

A USB device exits suspend mode when there is bus activity. A USB device may also request the host to exit suspend mode or selective suspend by using electrical signaling to indicate remote wakeup. The ability of a device to signal remote wakeup is optional. If a USB device is capable of remote wakeup signaling, the device must support the ability of the host to enable and disable this capability. When the device is reset, remote wakeup signaling must be disabled.

### 9.1.2 Bus Enumeration

When a USB device is attached to or removed from the USB, the host uses a process known as bus enumeration to identify and manage the device state changes necessary. When a USB device is attached to a powered port, the following actions are taken:

1.  The hub to which the USB device is now attached informs the host of the event via a reply on its status change pipe (refer to Section 11.13.3 for more information). At this point, the USB device is in the Powered state and the port to which it is attached is disabled.

2.  The host determines the exact nature of the change by querying the hub.

3.  Now that the host knows the port to which the new device has been attached, the host then waits for at least 100 ms to allow completion of an insertion process and for power at the device to become stable. The host then issues a port enable and reset command to that port. Refer to Section 7.1.7.1 and Figure 7-19 for sequence of events and timings of connection through device reset.

4.  The hub maintains the reset signal to that port for 10 ms (See Section 11.5.1.5). When the reset signal is released, the port has been enabled. The USB device is now in the Default state and can draw no more than 100mA from VBUS. All of its registers and state have been reset and it answers to the default address.

5.  The host assigns a unique address to the USB device, moving the device to the Address state.

6.  Before the USB device receives a unique address, its Default Control Pipe is still accessible via the default address. The host reads the device descriptor to determine what actual maximum data payload size this USB device's default pipe can use.

7.  The host reads the configuration information from the device by reading each configuration zero to $n$-1, where $n$ is the number of configurations. This process may take several milliseconds to complete.

8.  Based on the configuration information and how the USB device will be used, the host assigns a configuration value to the device. The device is now in the Configured state and all of the endpoints in this configuration have taken on their described characteristics. The USB device may now draw the amount of VBUS power described in its descriptor for the selected configuration. From the device's point of view it is now ready for use.

When the USB device is removed, the hub again sends a notification to the host. Detaching a device disables the port to which it had been attached. Upon receiving the detach notification, the host will update its local topological information.

179

DL 017299

Universal Serial Bus Specification Revision 1.1

## 9.2   Generic USB Device Operations

All USB devices support a common set of operations. This section describes those operations.

### 9.2.1   Dynamic Attachment and Removal

USB devices may be attached and removed at any time. The hub that provides the attachment point or port is responsible for reporting any change in the state of the port.

The host enables the hub port where the device is attached upon detection of an attachment, which also has the effect of resetting the device. A reset USB device has the following characteristics:

- Responds to the default USB address
- Is not configured
- Is not initially suspended.

When a device is removed from a hub port, the hub disables the port where the device was attached and notifies the host of the removal

### 9.2.2   Address Assignment

When a USB device is attached, the host is responsible for assigning a unique address to the device. This is done after the device has been reset by the host and the hub port where the device is attached has been enabled.

### 9.2.3   Configuration

A USB device must be configured before its function(s) may be used. The host is responsible for configuring a USB device. The host typically requests configuration information from the USB device to determine the device's capabilities.

As part of the configuration process, the host sets the device configuration and, where necessary, selects the appropriate alternate settings for the interfaces.

Within a single configuration, a device may support multiple interfaces. An interface is a related set of endpoints that present a single feature or function of the device to the host. The protocol used to communicate with this related set of endpoints and the purpose of each endpoint within the interface may be specified as part of a device class or vendor-specific definition.

In addition, an interface within a configuration may have alternate settings that redefine the number or characteristics of the associated endpoints. If this is the case, the device shall support the GetInterface() and SetInterface() requests to report or select the current alternative setting for the specified interface.

Within each configuration, each interface descriptor contains fields that identify the interface number and the alternate setting. Interfaces are numbered from zero to one less than the number of concurrent interfaces supported by the configuration. Alternate settings range from zero to one less than the number of alternate settings for a specific interface. The default setting when a device is initially configured is alternate setting zero.

In support of adaptive device drivers that are capable of managing a related group of USB devices, the device and interface descriptors contain *Class*, *SubClass*, and *Protocol* fields. These fields are used to identify the function(s) provided by a USB device and the protocols used to communicate with the function(s) on the device. A class code is assigned to a group of related devices that has been characterized as a part of a USB Class Specification. A class of devices may be further subdivided into subclasses and within a class or subclass a protocol code may define how the Host Software communicates with the device.

180

DL 017300

Note: the assignment of class, subclass and protocol codes must be coordinated but is beyond the scope of this specification.

## 9.2.4  Data Transfer

Data may be transferred between a USB device endpoint and the host in one of four ways. Refer to Chapter 5 for the definition of the four types of transfers. An endpoint number may be used for different types of data transfers in different alternate settings. However, once an alternate setting is selected (including the default setting of an interface), a USB device endpoint uses only one data transfer method until a different alternate setting is selected.

## 9.2.5  Power Management

Power management on USB devices involves the issues described in the following sections.

### 9.2.5.1  Power Budgeting

USB bus power is a limited resource. During device enumeration, a host evaluates a device's power requirements. If the power requirements of a particular configuration exceed the power available to the device, Host software shall not select that configuration.

USB devices shall limit the power they consume from VBUS to one unit load or less until configured. Suspended devices, whether configured or not, shall limit their bus power consumption as defined in Chapter 7. Depending on the power capabilities of the port to which the device is attached, a USB device may be able to draw up to five unit loads from VBUS after configuration.

### 9.2.5.2  Remote Wakeup

Remote wakeup allows a suspended USB device to signal a host that may also be suspended. This notifies the host that it should resume from its suspended mode, if necessary, and service the external event that triggered the suspended USB device to signal the host. A USB device reports its ability to support remote wakeup in a configuration descriptor. If a device supports remote wakeup, it must also allow the capability to be enabled and disabled using the standard USB requests.

Remote wakeup is accomplished using electrical signaling described in Section 7.1.7.5.

## 9.2.6  Request Processing

With the exception of SetAddress() requests (see Section 9.4.6), a device may begin processing of a request as soon as the device returns the ACK following the Setup. The device is expected to "complete" processing of the request before it allows the Status stage to complete successfully. Some requests initiate operations that take many milliseconds to complete. For requests such as this, the device class is required to define a method other than Status stage completion to indicate that the operation has completed. For example, a reset on a hub port takes at least 10 ms to complete. The SetPortFeature(PORT_RESET) (see Chapter 11) request "completes" when the reset on the port is initiated. Completion of the reset operation is signaled when the port's status change is set to indicate that the port is now enabled. This technique prevents the host from having to constantly poll for a completion when it is known that the request will take a relatively long period of time.

### 9.2.6.1  Request Processing Timing

All devices are expected to handle requests in a timely manner. USB sets an upper limit of 5 seconds as the upper limit for any command to be processed. This limit is not applicable in all instances. The limitations are described in the following sections. It should be noted that the limitations given below are intended to encompass a wide range of implementations. If all devices in a USB system used the

DL 017301

maximum allotted time for request processing the user experience would suffer. For this reason, implementations should strive to complete requests in times that are as short as possible.

### 9.2.6.2 Reset/Resume Recovery Time

After a port is reset or resumed, the USB System Software is expected to provide a "recovery" interval of 10 ms before the device attached to the port is expected to respond to data transfers. The device may ignore any data transfers during the recovery interval.

After the end of the recovery interval (measured from the end of the reset or the end of the EOP at the end of the resume signaling) the device must accept data transfers at any time.

### 9.2.6.3 Set Address Processing

After the reset/resume recovery interval, if a device receives a SetAddress() request, the device must be able to complete processing of the request and be able to successfully complete the Status stage of the request within 50 ms. In the case of the SetAddress() request, the Status stage successfully completes when the devices sends the zero-length Status packet or when the device sees the ACK in response to the Status stage data packet.

After successful completion of the Status stage, the device is allowed a SetAddress() recovery interval of 2 ms. At the end of this interval, the device must be able to accept Setup packets addressed to the new address. Also, at the end of the recovery interval the device must not respond to tokens sent to the old address (unless, of course, the old and new address is the same.)

### 9.2.6.4 Standard Device Requests

For standard device requests that require no Data stage, a device must be able to complete the request and be able to successfully complete the Status stage of the request within 50 ms of receipt of the request. This limitation applies to requests to the device, interface, or endpoint.

For standard device requests that require data stage transfer to the host, the device must be able to return the first data packet to the host within 500 ms of receipt of the request. For subsequent data packets, if any, the device must be able to return them within 500 ms of successful completion of the transmission of the previous packet. The device must then be able to successfully complete the status stage within 50 ms after returning the last data packet.

For standard device requests that require a data stage transfer to the device, the 5-second limit applies. This means that the device must be capable of accepting all data packets from the host and successfully completing the Status stage if the host provides the data at the maximum rate at which the device can accept it. Delays between packets introduced by the host add to the time allowed for the device to complete the request.

### 9.2.6.5 Class-specific Requests

Unless specifically exempted in the class document, all class-specific requests must meet the timing limitations for standard device requests. If a class document provides an exemption, the exemption may only be specified on a request-by-request basis.

A class document may require that a device respond more quickly than is specified in this section. Faster response may be required for standard and class-specific requests.

### 9.2.7 Request Error

When a request is received by a device that is not defined for the device, is inappropriate for the current setting of the device, or has values that are not compatible with the request, then a Request Error exists.

182

DL 017302

Universal Serial Bus Specification Revision 1.1

The device deals with the Request Error by returning a STALL PID in response to the next Data stage transaction or in the Status stage of the message. It is preferred that the STALL PID be returned at the next Data stage transaction, as this avoids unnecessary bus activity.

## 9.3   USB Device Requests

All USB devices respond to requests from the host on the device's Default Control Pipe. These requests are made using control transfers. The request and the request's parameters are sent to the device in the Setup packet. The host is responsible for establishing the values passed in the fields listed in Table 9-2. Every Setup packet has eight bytes.

Table 9-2.  Format of Setup Data

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 0 | bmRequestType | 1 | Bitmap | Characteristics of request: D7:  Data transfer direction  0 = Host-to-device  1 = Device-to-host   D6...5:  Type  0 = Standard  1 = Class  2 = Vendor  3 = Reserved   D4...0:  Recipient  0 = Device  1 = Interface  2 = Endpoint  3 = Other  4...31 = Reserved |
| 1 | bRequest | 1 | Value | Specific request (refer to Table 9-3) |
| 2 | wValue | 2 | Value | Word-sized field that varies according to request |
| 4 | wIndex | 2 | Index or Offset | Word-sized field that varies according to request; typically used to pass an index or offset |
| 6 | wLength | 2 | Count | Number of bytes to transfer if there is a Data stage |

## 9.3.1   bmRequestType

This bitmapped field identifies the characteristics of the specific request. In particular, this field identifies the direction of data transfer in the second phase of the control transfer. The state of the *Direction* bit is ignored if the *wLength* field is zero, signifying there is no Data stage.

The USB Specification defines a series of standard requests that all devices must support. These are enumerated in Table 9-3. In addition, a device class may define additional requests. A device vendor may also define requests supported by the device.

183

DL 017303

**Universal Serial Bus Specification Revision 1.1**

Requests may be directed to the device, an interface on the device, or a specific endpoint on a device. This field also specifies the intended recipient of the request. When an interface or endpoint is specified, the *wIndex* field identifies the interface or endpoint.

## 9.3.2 bRequest

This field specifies the particular request. The *Type* bits in the *bmRequestType* field modify the meaning of this field. This specification defines values for the *bRequest* field only when the bits are reset to zero, indicating a standard request (refer to Table 9-3).

## 9.3.3 wValue

The contents of this field vary according to the request. It is used to pass a parameter to the device, specific to the request.

## 9.3.4 wIndex

The contents of this field vary according to the request. It is used to pass a parameter to the device, specific to the request.

The *wIndex* field is often used in requests to specify an endpoint or an interface. Figure 9-2 shows the format of *wIndex* when it is used to specify an endpoint.

| D7 | D6 | D5 | D4 | D3 | D2 | D1 | D0 |
|----|----|----|----|----|----|----|----|
| Direction | Reserved (Reset to zero) | | | Endpoint Number | | | |
| D15 | D14 | D13 | D12 | D11 | D10 | D9 | D8 |
| Reserved (Reset to zero) | | | | | | | |

**Figure 9-2. wIndex Format when Specifying an Endpoint**

The *Direction* bit is set to zero to indicate the OUT endpoint with the specified *Endpoint Number* and to one to indicate the IN endpoint. In the case of a control pipe, the request should have the *Direction* bit set to zero but the device may accept either value of the *Direction* bit.

Figure 9-3 shows the format of *wIndex* when it is used to specify an interface.

| D7 | D6 | D5 | D4 | D3 | D2 | D1 | D0 |
|----|----|----|----|----|----|----|----|
| Interface Number | | | | | | | |
| D15 | D14 | D13 | D12 | D11 | D10 | D9 | D8 |
| Reserved (Reset to zero) | | | | | | | |

**Figure 9-3. wIndex Format when Specifying an Interface**

## 9.3.5 wLength

This field specifies the length of the data transferred during the second phase of the control transfer. The direction of data transfer (host-to-device or device-to-host) is indicated by the *Direction* bit of the *bmRequestType* field. If this field is zero, there is no data transfer phase.

184

DL 017304

**Universal Serial Bus Specification Revision 1.1**

On an input request, a device must never return more data than is indicated by the *wLength* value; it may return less. On an output request, *wLength* will always indicate the exact amount of data to be sent by the host. Device behavior is undefined if the host should send more data than is specified in *wLength*.

## 9.4  Standard Device Requests

This section describes the standard device requests defined for all USB devices. Table 9-3 outlines the standard device requests, while Table 9-4 and Table 9-5 give the standard request codes and descriptor types, respectively.

USB devices must respond to standard device requests, whether the device has been assigned a non-default address or the device is currently configured.

185

DL 017305

Universal Serial Bus Specification Revision 1.1

Table 9-3.  Standard Device Requests

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 00000000B<br>00000001B<br>00000010B | CLEAR_FEATURE | Feature Selector | Zero Interface Endpoint | Zero | None |
| 10000000B | GET_CONFIGURATION | Zero | Zero | One | Configuration Value |
| 10000000B | GET_DESCRIPTOR | Descriptor Type and Descriptor Index | Zero or Language ID | Descriptor Length | Descriptor |
| 10000001B | GET_INTERFACE | Zero | Interface | One | Alternate Interface |
| 10000000B<br>10000001B<br>10000010B | GET_STATUS | Zero | Zero Interface Endpoint | Two | Device, Interface, or Endpoint Status |
| 00000000B | SET_ADDRESS | Device Address | Zero | Zero | None |
| 00000000B | SET_CONFIGURATION | Configuration Value | Zero | Zero | None |
| 00000000B | SET_DESCRIPTOR | Descriptor Type and Descriptor Index | Zero or Language ID | Descriptor Length | Descriptor |
| 00000000B<br>00000001B<br>00000010B | SET_FEATURE | Feature Selector | Zero Interface Endpoint | Zero | None |
| 00000001B | SET_INTERFACE | Alternate Setting | Interface | Zero | None |
| 10000010B | SYNCH_FRAME | Zero | Endpoint | Two | Frame Number |

186

DL 017306

Universal Serial Bus Specification Revision 1.1

Table 9-4.  Standard Request Codes

| bRequest | Value |
|---|---|
| GET_STATUS | 0 |
| CLEAR_FEATURE | 1 |
| Reserved for future use | 2 |
| SET_FEATURE | 3 |
| Reserved for future use | 4 |
| SET_ADDRESS | 5 |
| GET_DESCRIPTOR | 6 |
| SET_DESCRIPTOR | 7 |
| GET_CONFIGURATION | 8 |
| SET_CONFIGURATION | 9 |
| GET_INTERFACE | 10 |
| SET_INTERFACE | 11 |
| SYNCH_FRAME | 12 |

Table 9-5.  Descriptor Types

| Descriptor Types | Value |
|---|---|
| DEVICE | 1 |
| CONFIGURATION | 2 |
| STRING | 3 |
| INTERFACE | 4 |
| ENDPOINT | 5 |

Feature selectors are used when enabling or setting features, such as remote wakeup, specific to a device, interface, or endpoint.  The values for the feature selectors are given in Table 9-6.

187

DL 017307

Universal Serial Bus Specification Revision 1.1

Table 9-6. Standard Feature Selectors

| Feature Selector | Recipient | Value |
|---|---|---|
| DEVICE_REMOTE_WAKEUP | Device | 1 |
| ENDPOINT_HALT | Endpoint | 0 |

If an unsupported or invalid request is made to a USB device, the device responds by returning STALL in the Data or Status stage of the request. If the device detects the error in the Setup stage, it is preferred that the device returns STALL at the earlier of the Data or Status stage. Receipt of an unsupported or invalid request does NOT cause the optional *Halt* feature on the control pipe to be set. If for any reason, the device becomes unable to communicate via its Default Control Pipe due to an error condition, the device must be reset to clear the condition and restart the Default Control Pipe.

## 9.4.1 Clear Feature

This request is used to clear or disable a specific feature.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 00000000B<br>00000001B<br>00000010B | CLEAR_FEATURE | Feature Selector | Zero<br>Interface<br>Endpoint | Zero | None |

Feature selector values in *wValue* must be appropriate to the recipient. Only device feature selector values may be used when the recipient is a device, only interface feature selector values may be used when the recipient is an interface, and only endpoint feature selector values may be used when the recipient is an endpoint.

Refer to Table 9-6 for a definition of which feature selector values are defined for which recipients.

A ClearFeature() request that references a feature that cannot be cleared, that does not exist, or that references an interface or endpoint that does not exist will cause the device to respond with a Request Error.

If *wLength* is non-zero, then the device behavior is not specified.

**Default state:**     Device behavior when this request is received while the device is in the Default state is not specified.

**Address state:**     This request is valid when the device is in the Address state; references to interfaces or to endpoints other than endpoint zero shall cause the device to respond with a Request Error.

**Configured state:**     This request is valid when the device is in the Configured state.

188

DL 017308

Universal Serial Bus Specification Revision 1.1

### 9.4.2 Get Configuration

This request returns the current device configuration value.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 10000000B | GET_CONFIGURATION | Zero | Zero | One | Configuration Value |

If the returned value is zero, the device is not configured.

If *wValue*, *wIndex*, or *wLength* are not as specified above, then the device behavior is not specified.

**Default state:** Device behavior when this request is received while the device is in the Default state is not specified.

**Address state:** The value zero shall be returned.

**Configured state:** The non-zero *bConfigurationValue* of the current configuration shall be returned.

### 9.4.3 Get Descriptor

This request returns the specified descriptor if the descriptor exists.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 10000000B | GET_DESCRIPTOR | Descriptor Type and Descriptor Index | Zero or Language ID (refer to Section 9.6.5) | Descriptor Length | Descriptor |

The *wValue* field specifies the descriptor type in the high byte and the descriptor index in the low byte (refer to Table 9-5). The *wIndex* field specifies the Language ID for string descriptors or is reset to zero for other descriptors. The *wLength* field specifies the number of bytes to return. If the descriptor is longer than the *wLength* field, only the initial bytes of the descriptor are returned. If the descriptor is shorter than the *wLength* field, the device indicates the end of the control transfer by sending a short packet when further data is requested. A short packet is defined as a packet shorter than the maximum payload size or a NULL data packet (refer to Chapter 5).

The standard request to a device supports three types of descriptors: DEVICE, CONFIGURATION, and STRING. A request for a configuration descriptor returns the configuration descriptor, all interface descriptors, and endpoint descriptors for all of the interfaces in a single request. The first interface descriptor follows the configuration descriptor. The endpoint descriptors for the first interface follow the first interface descriptor. If there are additional interfaces, their interface descriptor and endpoint descriptors follow the first interface's endpoint descriptors. Class-specific and/or vendor-specific descriptors follow the standard descriptors they extend or modify.

All devices must provide a device descriptor and at least one configuration descriptor. If a device does not support a requested descriptor, it responds with a Request Error.

**Default state:** This is a valid request when the device is in the Default state.

**Address state:** This is a valid request when the device is in the Address state.

189

DL 017309

Configured state:    This is a valid request when the device is in the Configured state.

### 9.4.4 Get Interface

This request returns the selected alternate setting for the specified interface.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 10000001B | GET_INTERFACE | Zero | Interface | One | Alternate Setting |

Some USB devices have configurations with interfaces that have mutually exclusive settings. This request allows the host to determine the currently selected alternative setting.

If *wValue* or *wLength* are not as specified above, then the device behavior is not specified.

If the interface specified does not exist, then the device responds with a Request Error.

Default state:    Device behavior when this request is received while the device is in the Default state is not specified.

Address state:    A Request Error response is given by the device.

Configured state:    This is a valid request when the device is in the Configured state.

### 9.4.5 Get Status

This request returns status for the specified recipient.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 10000000B 10000001B 10000010B | GET_STATUS | Zero | Zero Interface Endpoint | Two | Device, Interface, or Endpoint Status |

The *Recipient* bits of the *bmRequestType* field specify the desired recipient. The data returned is the current status of the specified recipient.

If *wValue* or *wLength* are not as specified above, or if *wIndex* is non-zero for a device status request, then the behavior of the device is not specified.

If an interface or an endpoint is specified that does not exist then the device responds with a Request Error.

Default state:    Device behavior when this request is received while the device is in the Default state is not specified.

Address state:    If an interface or an endpoint other than endpoint zero is specified, then the device responds with a Request Error.

Configured state:    If an interface or endpoint that does not exist is specified, then the device responds with a Request Error.

190

DL 017310

Universal Serial Bus Specification Revision 1.1

A GetStatus() request to a device returns the information shown in Figure 9-4.

| D7 | D6 | D5 | D4 | D3 | D2 | D1 | D0 |
|----|----|----|----|----|----|----|----|
| Reserved (Reset to zero) | | | | | | Remote Wakeup | Self Powered |
| D15 | D14 | D13 | D12 | D11 | D10 | D9 | D8 |
| Reserved (Reset to zero) | | | | | | | |

**Figure 9-4.  Information Returned by a GetStatus() Request to a Device**

The *Self Powered* field indicates whether the device is currently self-powered. If D0 is reset to zero, the device is bus-powered. If D0 is set to one, the device is self-powered. The *Self Powered* field may not be changed by the SetFeature() or ClearFeature() requests.

The *Remote Wakeup* field indicates whether the device is currently enabled to request remote wakeup. The default mode for devices that support remote wakeup is disabled. If D1 is reset to zero, the ability of the device to signal remote wakeup is disabled. If D1 is set to one, the ability of the device to signal remote wakeup is enabled. The *Remote Wakeup* field can be modified by the SetFeature() and ClearFeature() requests using the DEVICE_REMOTE_WAKEUP feature selector. This field is reset to zero when the device is reset.

A GetStatus() request to an interface returns the information shown in Figure 9-5.

| D7 | D6 | D5 | D4 | D3 | D2 | D1 | D0 |
|----|----|----|----|----|----|----|----|
| Reserved (Reset to zero) | | | | | | | |
| D15 | D14 | D13 | D12 | D11 | D10 | D9 | D8 |
| Reserved (Reset to zero) | | | | | | | |

**Figure 9-5.  Information Returned by a GetStatus() Request to a Interface**

191

DL 017311

Universal Serial Bus Specification Revision 1.1

A GetStatus() request to an endpoint returns the information shown in Figure 9-6.



| D7 | D6 | D5 | D4 | D3 | D2 | D1 | D0 |
|----|----|----|----|----|----|----|----|
| Reserved (Reset to zero) | | | | | | | Halt |
| D15 | D14 | D13 | D12 | D11 | D10 | D9 | D8 |
| Reserved (Reset to zero) | | | | | | | |

Figure 9-6. Information Returned by a GetStatus() Request to an Endpoint

The *Halt* feature is required to be implemented for all interrupt and bulk endpoint types. If the endpoint is currently halted, then the *Halt* feature is set to one. Otherwise, the *Halt* feature is reset to zero. The *Halt* feature may optionally be set with the SetFeature(ENDPOINT_HALT) request. When set by the SetFeature() request, the endpoint exhibits the same stall behavior as if the field had been set by a hardware condition. If the condition causing a halt has been removed, clearing the *Halt* feature via a ClearFeature(ENDPOINT_HALT) request results in the endpoint no longer returning a STALL. For endpoints using data toggle, regardless of whether an endpoint has the *Halt* feature set, a ClearFeature(ENDPOINT_HALT) request always results in the data toggle being reinitialized to DATA0. The *Halt* feature is reset to zero after either a SetConfiguration() or SetInterface() request even if the requested configuration or interface is the same as the current configuration or interface.

It is neither required nor recommended that the *Halt* feature be implemented for the Default Control Pipe. However, devices may set the *Halt* feature of the Default Control Pipe in order to reflect a functional error condition. If the feature is set to one, the device will return STALL in the Data and Status stages of each standard request to the pipe except GetStatus(), SetFeature(), and ClearFeature() requests. The device need not return STALL for class-specific and vendor-specific requests.

## 9.4.6  Set Address

This request sets the device address for all future device accesses.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---------------|----------|--------|--------|---------|------|
| 00000000B | SET_ADDRESS | Device Address | Zero | Zero | None |

The *wValue* field specifies the device address to use for all subsequent accesses.

As noted elsewhere, requests actually may result in up to three stages. In the first stage, the Setup packet is sent to the device. In the optional second stage, data is transferred between the host and the device. In the final stage, status is transferred between the host and the device. The direction of data and status transfer depends on whether the host is sending data to the device or the device is sending data to the host. The Status stage transfer is always in the opposite direction of the Data stage. If there is no Data stage, the Status stage is from the device to the host.

Stages after the initial Setup packet assume the same device address as the Setup packet. The USB device does not change its device address until after the Status stage of this request is completed successfully. Note that this is a difference between this request and all other requests. For all other requests, the operation indicated must be completed before the Status stage.

If the specified device address is greater than 127, or if *wIndex* or *wLength* are non-zero, then the behavior of the device is not specified.

DL 017312

Universal Serial Bus Specification Revision 1.1

Device response to SetAddress() with a value of 0 is undefined.

**Default state:**     If the address specified is non-zero, then the device shall enter the Address state; otherwise, the device remains in the Default state (this is not an error condition).

**Address state:**     If the address specified is zero, then the device shall enter the Default state; otherwise, the device remains in the Address state but uses the newly-specified address.

**Configured state:**     Device behavior when this request is received while the device is in the Configured state is not specified.

## 9.4.7  Set Configuration

This request sets the device configuration.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 00000000B | SET_CONFIGURATION | Configuration Value | Zero | Zero | None |

The lower byte of the *wValue* field specifies the desired configuration. This configuration value must be zero or match a configuration value from a configuration descriptor. If the configuration value is zero, the device is placed in its Address state. The upper byte of the *wValue* field is reserved.

If *wIndex*, *wLength*, or the upper byte of *wValue* is non-zero, then the behavior of this request is not specified.

**Default state:**     Device behavior when this request is received while the device is in the Default state is not specified.

**Address state:**     If the specified configuration value is zero, then the device remains in the Address state. If the specified configuration value matches the configuration value from a configuration descriptor, then that configuration is selected and the device enters the Configured state. Otherwise, the device responds with a Request Error.

**Configured state:**     If the specified configuration value is zero, then the device enters the Address state. If the specified configuration value matches the configuration value from a configuration descriptor, then that configuration is selected and the device remains in the Configured state. Otherwise, the device responds with aRequest Error.

## 9.4.8  Set Descriptor

This request may be used to update existing descriptors or new descriptors may be added.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 00000000B | SET_DESCRIPTOR | Descriptor Type and Descriptor Index | Language ID (refer to Section 9.6.5) or zero | Descriptor Length | Descriptor |

193

DL 017313

Universal Serial Bus Specification Revision 1.1

The *wValue* field specifies the descriptor type in the high byte and the descriptor index in the low byte (refer to Table 9-5). The *wIndex* field specifies the Language ID for string descriptors or is reset to zero for other descriptors. The *wLength* field specifies the number of bytes to transfer from the host to the device.

If this request is not supported then the device will respond with a Request Error.

**Default state:**   Device behavior when this request is received while the device is in the Default state is not specified.

**Address state:**   If supported, this is a valid request when the device is in the Address state.

**Configured state:**  If supported, this is a valid request when the device is in the Configured state.

## 9.4.9 Set Feature

This request is used to set or enable a specific feature.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 00000000B<br>00000001B<br>00000010B | SET_FEATURE | Feature<br>Selector | Zero<br>Interface<br>Endpoint | Zero | None |

Feature selector values in *wValue* must be appropriate to the recipient. Only device feature selector values may be used when the recipient is a device; only interface feature selector values may be used when the recipient is an interface, and only endpoint feature selector values may be used when the recipient is an endpoint.

Refer to Table 9-6 for a definition of which feature selector values are defined for which recipients. A SetFeature() request that references a feature that cannot be set or that does not exist causes a STALL to be returned in the Status stage of the request.

If *wLength* is non-zero, then the behavior of the device is not specified.

If an endpoint or interface is specified that does not exist, then the device responds with a Request Error.

**Default state:**   Device behavior when this request is received while the device is in the Default state is not specified.

**Address state:**   If an interface or an endpoint other than endpoint zero is specified, then the device responds with a Request Error.

**Configured state:**  This is a valid request when the device is in the Configured state.

194

DL 017314

## 9.4.10 Set Interface

This request allows the host to select an alternate setting for the specified interface.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 00000001B | SET_INTERFACE | Alternative Setting | Interface | Zero | None |

Some USB devices have configurations with interfaces that have mutually exclusive settings. This request allows the host to select the desired alternate setting. If a device only supports a default setting for the specified interface, then a STALL may be returned in the Status stage of the request.

If the interface or the alternative setting does not exist, then the device responds with a Request Error. If *wLength* is non-zero, then the behavior of the device is not specified.

**Default state:**     Device behavior when this request is received while the device is in the Default state is not specified.

**Address state:**     The device shall respond with a Request Error.

**Configured state:**     This is a valid request when the device is in the Configured state.

## 9.4.11 Synch Frame

This request is used to set and then report an endpoint's synchronization frame.

| bmRequestType | bRequest | wValue | wIndex | wLength | Data |
|---|---|---|---|---|---|
| 10000010B | SYNCH_FRAME | Zero | Endpoint | Two | Frame Number |

When an endpoint supports isochronous transfers, the endpoint may also require per-frame transfers to vary in size according to a specific pattern. The host and the endpoint must agree on which frame the repeating pattern begins. The number of the frame in which the pattern began is returned to the host. This frame number is the one conveyed to the endpoint by the last SOF prior to the first frame of the pattern. Alternatively, the device may use this request to restart the pattern. In this case, the device would save the frame number in each SOF and return this value in the Data stage of this transfer and restart the pattern on each IN of the Data stage.

This value is only used for isochronous data transfers using implicit pattern synchronization. If *wValue* is non-zero or *wLength* is not two, then the behavior of the device is not specified.

If the specified endpoint does not support this request, then the device will respond with a Request Error.

**Default state:**     Device behavior when this request is received while the device is in the Default state is not specified.

**Address state:**     The device shall respond with a Request Error.

**Configured state:**     This is a valid request when the device is in the Configured state.

195

DL 017315

Universal Serial Bus Specification Revision 1.1

## 9.5  Descriptors

USB devices report their attributes using descriptors. A descriptor is a data structure with a defined format. Each descriptor begins with a byte-wide field that contains the total number of bytes in the descriptor followed by a byte-wide field that identifies the descriptor type.

Using descriptors allows concise storage of the attributes of individual configurations because each configuration may reuse descriptors or portions of descriptors from other configurations that have the same characteristics. In this manner, the descriptors resemble individual data records in a relational database.

Where appropriate, descriptors contain references to string descriptors that provide displayable information describing a descriptor in human-readable form. The inclusion of string descriptors is optional. However, the reference fields within descriptors are mandatory. If a device does not support string descriptors, string reference fields must be reset to zero to indicate no string descriptor is available.

If a descriptor returns with a value in its length field that is less than defined by this specification, the descriptor is invalid and should be rejected by the host. If the descriptor returns with a value in its length field that is greater than defined by this specification, the extra bytes are ignored by the host, but the next descriptor is located using the length returned rather than the length expected.

A device may return class- or vendor-specific descriptors in two ways.

1. If the class or vendor specific descriptors use the same format as standard descriptors (e.g. start with a length byte and followed by a type byte), they may be returned interleaved with standard descriptors in the configuration information returned by a GetDescriptor(Configuration) request. In this case, the class or vendor-specific descriptors typically follow a related standard descriptor they modify or extend.

2. If the class or vendor specifric descriptors are independentof configuration infomrationor use a non-standard format, a GetDescriptor() request specifying the class or vendor specific descriptor type and index may be used to retrieve the descriptor from the device. A class or vendor specification will define the appropriate way to retrieve these descriptors.

## 9.6  Standard USB Descriptor Definitions

The standard descriptors defined in this specification may only be modified or extended by revision of the Universal Serial Bus Specification.

Note: An extension to the USB 1.0 standard endpoint descriptor has been published in Device Class Specification for Audio Devices Revision 1.0. This is the only extension defined outside USB Specification that is allowed. Future revisions of the USB Specification that extend the standard endpoint descriptor will do so as to not conflict with the extension defined in the Audio Device Class Specification Revision 1.0.

### 9.6.1  Device

A device descriptor describes general information about a USB device. It includes information that applies globally to the device and all of the device's configurations. A USB device has only one device descriptor.

All USB devices have a Default Control Pipe. The maximum packet size of a device's Default Control Pipe is described in the device descriptor. Endpoints specific to a configuration and its interface(s) are described in the configuration descriptor. A configuration and its interface(s) do not include an endpoint descriptor for the Default Control Pipe. Other than the maximum packet size, the characteristics of the Default Control Pipe are defined by this specification and are the same for all USB devices.

The *bNumConfigurations* field identifies the number of configurations the device supports. Table 9-7 shows the standard device descriptor.

DL 017316

Universal Serial Bus Specification Revision 1.1

Table 9-7. Standard Device Descriptor

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 0 | bLength | 1 | Number | Size of this descriptor in bytes |
| 1 | bDescriptorType | 1 | Constant | DEVICE Descriptor Type |
| 2 | bcdUSB | 2 | BCD | USB Specification Release Number in Binary-Coded Decimal (i.e., 2.10 is 210H). This field identifies the release of the USB Specification with which the device and its descriptors are compliant. |
| 4 | bDeviceClass | 1 | Class | Class code (assigned by the USB).<br><br>If this field is reset to zero, each interface within a configuration specifies its own class information and the various interfaces operate independently.<br><br>If this field is set to a value between 1 and FEH, the device supports different class specifications on different interfaces and the interfaces may not operate independently.  This value identifies the class definition used for the aggregate interfaces.  (For example, a CD-ROM device with audio and digital data interfaces that require transport control to eject CDs or start them spinning.)<br><br>If this field is set to FFH, the device class is vendor-specific. |
| 5 | bDeviceSubClass | 1 | SubClass | Subclass code (assigned by the USB).<br><br>These codes are qualified by the value of the bDeviceClass field.<br><br>If the bDeviceClass field is reset to zero, this field must also be reset to zero.<br><br>If the bDeviceClass field is not set to FFH, all values are reserved for assignment by the USB. |

197

DL 017317

Universal Serial Bus Specification Revision 1.1

Table 9-7.  Standard Device Descriptor (Continued)

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 6 | bDeviceProtocol | 1 | Protocol | Protocol code (assigned by the USB). These codes are qualified by the value of the bDeviceClass and the bDeviceSubClass fields.  If a device supports class-specific protocols on a device basis as opposed to an interface basis, this code identifies the protocols that the device uses as defined by the specification of the device class.<br><br>If this field is reset to zero, the device does not use class-specific protocols on a device basis.  However, it may use class-specific protocols on an interface basis.<br><br>If this field is set to FFH, the device uses a vendor-specific protocol on a device basis. |
| 7 | bMaxPacketSize0 | 1 | Number | Maximum packet size for endpoint zero (only 8, 16, 32, or 64 are valid) |
| 8 | idVendor | 2 | ID | Vendor ID (assigned by the USB) |
| 10 | idProduct | 2 | ID | Product ID (assigned by the manufacturer) |
| 12 | bcdDevice | 2 | BCD | Device release number in binary-coded decimal |
| 14 | iManufacturer | 1 | Index | Index of string descriptor describing manufacturer |
| 15 | iProduct | 1 | Index | Index of string descriptor describing product |
| 16 | iSerialNumber | 1 | Index | Index of string descriptor describing the device's serial number |
| 17 | bNumConfigurations | 1 | Number | Number of possible configurations |

198

DL 017318

Universal Serial Bus Specification Revision 1.1

## 9.6.2  Configuration

The configuration descriptor describes information about a specific device configuration. The descriptor contains a *bConfigurationValue* field with a value that, when used as a parameter to the SetConfiguration() request, causes the device to assume the described configuration.

The descriptor describes the number of interfaces provided by the configuration. Each interface may operate independently. For example, an ISDN device might be configured with two interfaces, each providing 64kB/s bi-directional channels that have separate data sources or sinks on the host. Another configuration might present the ISDN device as a single interface, bonding the two channels into one 128kB/s bi-directional channel.

When the host requests the configuration descriptor, all related interface and endpoint descriptors are returned (refer to Section 9.4.2).

A USB device has one or more configuration descriptors. Each configuration has one or more interfaces and each interface has zero or more endpoints. An endpoint is not shared among interfaces within a single configuration unless the endpoint is used by alternate settings of the same interface. Endpoints may be shared among interfaces that are part of different configurations without this restriction.

Once configured, devices may support limited adjustments to the configuration. If a particular interface has alternate settings, an alternate may be selected after configuration. Table 9-8 shows the standard configuration descriptor.

**Table 9-8.  Standard Configuration Descriptor**

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 0 | bLength | 1 | Number | Size of this descriptor in bytes |
| 1 | bDescriptorType | 1 | Constant | CONFIGURATION Descriptor Type |
| 2 | wTotalLength | 2 | Number | Total length of data returned for this configuration.  Includes the combined length of all descriptors (configuration, interface, endpoint, and class- or vendor-specific) returned for this configuration. |
| 4 | bNumInterfaces | 1 | Number | Number of interfaces supported by this configuration |
| 5 | bConfigurationValue | 1 | Number | Value to use as an argument to the SetConfiguration() request to select this configuration |
| 6 | iConfiguration | 1 | Index | Index of string descriptor describing this configuration |

199

DL 017319

Universal Serial Bus Specification Revision 1.1

Table 9-8.  Standard Configuration Descriptor (Continued)

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 7 | *bmAttributes* | 1 | Bitmap | Configuration characteristics<br><br>D7:      Reserved (set to one)<br>D6:      Self-powered<br>D5:      Remote Wakeup<br>D4...0:  Reserved (reset to zero)<br><br>D7 is reserved and must be set to one for historical reasons.<br><br>A device configuration that uses power from the bus and a local source reports a non-zero value in *MaxPower* to indicate the amount of bus power required and sets D6.  The actual power source at runtime may be determined using the GetStatus(DEVICE) request (see Section 9.4.5).<br><br>If a device configuration supports remote wakeup, D5 is set to one. |
| 8 | *MaxPower* | 1 | mA | Maximum power consumption of the USB device from the bus in this specific configuration when the device is fully operational.  Expressed in 2mA units (i.e., 50 = 100mA).<br><br>Note:  a device configuration reports whether the configuration is bus-powered or self-powered.  Device status reports whether the device is currently self-powered.  If a device is disconnected from its external power source, it updates device status to indicate that it is no longer self-powered.<br><br>A device may not increase its power draw from the bus, when it loses its external power source, beyond the amount reported by its configuration.<br><br>If a device can continue to operate when disconnected from its external power source, it continues to do so.  If the device cannot continue to operate, it fails operations it can no longer support.  The USB System Software may determine the cause of the failure by checking the status and noting the loss of the device's power source. |

200

DL 017320

Universal Serial Bus Specification Revision 1.1

### 9.6.3  Interface

This descriptor describes a specific interface within a configuration. A configuration provides one or more interfaces, each with zero or more endpoint descriptors describing a unique set of endpoints within the configuration. When a configuration supports more than one interface, the endpoints for a particular interface follow the interface descriptor in the data returned by the GetConfiguration() request. An interface descriptor is always returned as part of a configuration descriptor. Interface descriptors cannot be directly accessed with a GetDescriptor() or SetDescriptor() request.

An interface may include alternate settings that allow the endpoints and/or their characteristics to be varied after the device has been configured. The default setting for an interface is always alternate setting zero. The SetInterface() request is used to select an alternate setting or to return to the default setting. The GetInterface() request returns the selected alternate setting.

Alternate settings allow a portion of the device configuration to be varied while other interfaces remain in operation. If a configuration has alternate settings for one or more of its interfaces, a separate interface descriptor and its associated endpoints are included for each setting.

If a device configuration supported a single interface with two alternate settings, the configuration descriptor would be followed by an interface descriptor with the *bInterfaceNumber* and *bAlternateSetting* fields set to zero and then the endpoint descriptors for that setting, followed by another interface descriptor and its associated endpoint descriptors. The second interface descriptor's *bInterfaceNumber* field would also be set to zero, but the *bAlternateSetting* field of the second interface descriptor would be set to one.

If an interface uses only endpoint zero, no endpoint descriptors follow the interface descriptor and the interface identifies a request interface that uses the default pipe attached to endpoint zero. In this case, the *bNumEndpoints* field shall be set to zero.

An interface descriptor never includes endpoint zero in the number of endpoints. Table 9-9 shows the standard interface descriptor.

201

DL 017321

Universal Serial Bus Specification Revision 1.1

Table 9-9.  Standard Interface Descriptor

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 0 | bLength | 1 | Number | Size of this descriptor in bytes |
| 1 | bDescriptorType | 1 | Constant | INTERFACE Descriptor Type |
| 2 | bInterfaceNumber | 1 | Number | Number of interface.  Zero-based value identifying the index in the array of concurrent interfaces supported by this configuration. |
| 3 | bAlternateSetting | 1 | Number | Value used to select alternate setting for the interface identified in the prior field |
| 4 | bNumEndpoints | 1 | Number | Number of endpoints used by this interface (excluding endpoint zero).  If this value is zero, this interface only uses the Default Control Pipe. |
| 5 | bInterfaceClass | 1 | Class | Class code (assigned by the USB).<br><br>A value of zero is reserved for future standardization.<br><br>If this field is set to FFH, the interface class is vendor-specific.<br><br>All other values are reserved for assignment by the USB. |
| 6 | bInterfaceSubClass | 1 | SubClass | Subclass code (assigned by the USB).  These codes are qualified by the value of the bInterfaceClass field.<br><br>If the bInterfaceClass field is reset to zero, this field must also be reset to zero.<br><br>If the bInterfaceClass field is not set to FFH, all values are reserved for assignment by the USB. |

202

DL 017322

Universal Serial Bus Specification Revision 1.1

Table 9-9.  Standard Interface Descriptor (Continued)

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 7 | bInterfaceProtocol | 1 | Protocol | Protocol code (assigned by the USB). These codes are qualified by the value of the bInterfaceClass and the bInterfaceSubClass fields.  If an interface supports class-specific requests, this code identifies the protocols that the device uses as defined by the specification of the device class.<br><br>If this field is reset to zero, the device does not use a class-specific protocol on this interface.<br><br>If this field is set to FFH, the device uses a vendor-specific protocol for this interface. |
| 8 | iInterface | 1 | Index | Index of string descriptor describing this interface |

## 9.6.4  Endpoint

Each endpoint used for an interface has its own descriptor.  This descriptor contains the information required by the host to determine the bandwidth requirements of each endpoint.  An endpoint descriptor is always returned as part of the configuration information returned by a GetDescriptor(Configuration) request.  An endpoint descriptor cannot be directly accessed with a GetDescriptor() or SetDescriptor() request.  There is never an endpoint descriptor for endpoint zero.  Table 9-10 shows the standard endpoint descriptor.

Table 9-10.  Standard Endpoint Descriptor

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 0 | bLength | 1 | Number | Size of this descriptor in bytes |
| 1 | bDescriptorType | 1 | Constant | ENDPOINT Descriptor Type |
| 2 | bEndpointAddress | 1 | Endpoint | The address of the endpoint on the USB device described by this descriptor.  The address is encoded as follows:<br><br>Bit 3...0:  The endpoint number<br>Bit 6...4:  Reserved, reset to zero<br>Bit 7:      Direction, ignored for control endpoints<br>0 = OUT endpoint<br>1 = IN endpoint |

DL 017323

Universal Serial Bus Specification Revision 1.1

Table 9-10.  Standard Endpoint Descriptor (Continued)

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 3 | bmAttributes | 1 | Bitmap | This field describes the endpoint's attributes when it is configured using the bConfigurationValue.<br><br>Bit 1..0:  Transfer Type<br>00 = Control<br>01 = Isochronous<br>10 = Bulk<br>11 = Interrupt<br><br>All other bits are reserved. |
| 4 | wMaxPacketSize | 2 | Number | Maximum packet size this endpoint is capable of sending or receiving when this configuration is selected.<br><br>For isochronous endpoints, this value is used to reserve the bus time in the schedule, required for the per-frame data payloads.  The pipe may, on an ongoing basis, actually use less bandwidth than that reserved.  The device reports, if necessary, the actual bandwidth used via its normal, non-USB defined mechanisms.<br><br>For interrupt, bulk, and control endpoints, smaller data payloads may be sent, but will terminate the transfer and may or may not require intervention to restart.  Refer to Chapter 5 for more information. |
| 6 | bInterval | 1 | Number | Interval for polling endpoint for data transfers.  Expressed in milliseconds.<br><br>This field is ignored for bulk and control endpoints.  For isochronous endpoints this field must be set to 1.  For interrupt endpoints this field may range from 1 to 255. |

## 9.6.5  String

String descriptors are optional.  As noted previously, if a device does not support string descriptors, all references to string descriptors within device, configuration, and interface descriptors must be reset to zero.

String descriptors use UNICODE encodings as defined by *The Unicode Standard, Worldwide Character Encoding, Version 1.0, Volumes 1 and 2,* The Unicode Consortium, Addison-Wesley Publishing Company, Reading, Massachusetts.  The strings in a USB device may support multiple languages.  When requesting a string descriptor, the requester specifies the desired language using a sixteen-bit language ID (LANGID) defined by Microsoft for Windows as described in *Developing International Software for Windows 95 and Windows NT,* Nadine Kano, Microsoft Press, Redmond, Washington.  String index zero for all languages returns a string descriptor that contains an array of two-byte LANGID codes supported by the device. Table 9-11 shows the LANGID code array.  A USB device may omit all string descriptors.  USB devices that omit all string descriptors shall not return an array of LANGID codes.

DL 017324

The array of LANGID codes is not NULL-terminated. The size of the array (in bytes) is computed by subtracting two from the value of the first byte of the descriptor.

**Table 9-11. Codes Representing Languages Supported by the Device**

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 0 | bLength | 1 | N+2 | Size of this descriptor in bytes |
| 1 | bDescriptorType | 1 | Constant | STRING Descriptor Type |
| 2 | wLANGID[0] | 2 | Number | LANGID code zero |
| ... | ... | ... | ... | ... |
| N | wLANGID[x] | 2 | Number | LANGID code x |

The UNICODE string descriptor (shown in Table 9-12) is not NULL-terminated. The string length is computed by subtracting two from the value of the first byte of the descriptor.

**Table 9-12. UNICODE String Descriptor**

| Offset | Field | Size | Value | Description |
|--------|-------|------|-------|-------------|
| 0 | bLength | 1 | Number | Size of this descriptor in bytes |
| 1 | bDescriptorType | 1 | Constant | STRING Descriptor Type |
| 2 | bString | N | Number | UNICODE encoded string |

## 9.7  Device Class Definitions

All devices must support the requests and descriptor definitions described in this chapter. Most devices provide additional requests and, possibly, descriptors for device-specific extensions. In addition, devices may provide extended services that are common to a group of devices. In order to define a class of devices, the following information must be provided to completely define the appearance and behavior of the device class.

### 9.7.1  Descriptors

If the class requires any specific definition of the standard descriptors, the class definition must include those requirements as part of the class definition. In addition, if the class defines a standard extended set of descriptors, they must also be fully defined in the class definition. Any extended descriptor definitions should follow the approach used for standard descriptors; for example, all descriptors should begin with a length field.

### 9.7.2  Interface(s) and Endpoint Usage

When a class of devices is standardized, the interfaces used by the devices, including how endpoints are used, must be included in the device class definition. Devices may further extend a class definition with proprietary features as long as they meet the base definition of the class.

DL 017325

### 9.7.3 Requests

All of the requests specific to the class must be defined.

DL 017326