# EXHIBIT 15



# IBM Personal Computer

For the home, office, classroom



*Affordable, versatile and easily expandable...*
## The IBM Personal Computer

Your first personal computer should be an affordable, versatile and easily expandable system... whether you're buying it for business, educational, entertainment, professional or personal needs.

The IBM Personal Computer is all that and more. It provides advanced design features and a variety of productive program packages which add to the rewards and enjoyment of having a computer of your very own.

The IBM Personal Computer can be used at work, at home, in the classroom or the lab. And it can be placed just about anywhere—on a table, a desk or any other convenient work surface. It offers:

- High-speed, high-performance, 16-bit microprocessor which handles information quickly and efficiently
- Detached, 83-key adjustable keyboard which makes it easy to provide instructions to the computer
- Large-capacity permanent memory (40,060 characters) and expandable user memory (from 16,384 to more than 524,288 characters)
- High-resolution display of information, color and graphics (with appropriate color monitor)
- Printing capability for producing graphics, letters, reports and other documents
- Communications capability for accessing outside information services and host systems or other remote devices
- Space for one or two optional diskette drives to record information and run programs stored on 5¼-inch diskettes—as well as room for additional capabilities and more memory via optional plug-in adapters
- Diagnostic capabilities that automatically check the system components—including Power-on Self-testing and parity checking

### Easy does it

IBM put more than 30 years of experience and knowledge about computers into the IBM Personal Computer—not to make it complicated, but to make it easy.

*Easy to set up.* The basic components of the IBM Personal Computer—System Unit and keyboard, as well as the optional IBM Monochrome Display and the IBM Graphics Printer—can be quickly connected and ready to use in a matter of minutes. The System Unit plugs into a standard grounded outlet. Plug it in, turn it on…your IBM Personal Computer is ready to go.

*Easy to learn.* You don't have to be a computer expert to learn how to use your IBM Personal Computer. You, or any member of your family, can do it—with just a little time and practice. A special set of easy-to-understand instructional materials is provided by IBM to help take the mystery out of computing and to familiarize you with your IBM Personal Computer.

*Easy to use.* The IBM Personal Computer comes with an enhanced version of the popular BASIC programming language. BASIC is an easy-to-use language for interacting with your personal computer. It's also ideal for writing your own programs. Programming languages such as COBOL, MACRO Assembler, FORTRAN and Pascal are available for more advanced programming.

*Easy to service.* IBM and a nationwide network of Authorized IBM Personal Computer Dealers will provide the high standards of warranty service associated with all IBM products. In addition, post-warranty service will be offered by IBM and participating authorized dealers.



## Check us out

Together, you and your IBM Personal Computer can make a powerful team. For flexibility, performance and ease of use, the IBM Personal Computer offers many advanced capabilities. The box below briefly explains why.

---

### IBM Personal Computer Specifications

**User Memory** (RAM)
✔ 16KB to more than 512KB

**Permanent Memory**
✔ (ROM) 40KB

**Microprocessor**
✔ High-speed, 16-bit (8088)

**Auxiliary Storage**
One or two optional 5¼", double-density, single-sided 160KB or double-sided 320KB diskette drives

**Keyboard**
✔ 83 keys, 6' cord attaches to System Unit
✔ 10 function keys
✔ 10-digit numeric pad
✔ Tactile and audio feedback

**Display Screen**
✔ High resolution (720h x 350v) 80 characters x 25 lines 256 characters and symbols
✔ Anti-glare screen, green phosphor characters

**Diagnostics**
✔ Power-on Self-testing
✔ Parity checking

**Operating Systems**
✔ DOS, UCSD p-System, CP/M-86

**Languages**
BASIC, COBOL, MACRO Assembler, FORTRAN, Pascal

**Printer**
✔ Graphics capability
✔ Bi-directional 80 characters/second
✔ 18 character styles, up to 132 characters/line
✔ 9 x 9-dot character matrix

**Color/Graphics**
*Text mode:*
✔ 16 foreground and 8 background colors
✔ 256 characters and symbols
*Graphics mode:*
✔ 4-color resolution: 320h x 200v
✔ Black-and-white resolution: 640h x 200v
✔ Simultaneous graphics and text capabilities

**Communications**
RS-232-C interface Asynchronous (start/stop) protocol Up to 9600 bps

✔ Advanced features for personal computers

---

## The basic components

*System Unit.* This compact unit houses the 16-bit microprocessor, permanent or Read Only Memory, user or Random Access Memory, power supply, a speaker for audio and music applications—plus the five expansion slots which allow you to easily expand your system via optional plug-in adapters.

The System Unit also contains an interface for attaching a home audio cassette recorder/player† to record information and run programs stored on audio cassette tapes. One or two diskette drives can also be mounted in the System Unit for rapid access to programs and data recorded on single-sided, double-density, 5¼-inch diskettes (160KB capacity); and/or double-sided, double-density 5¼-inch diskettes (320KB capacity).

*Keyboard.* The IBM Personal Computer is controlled from a detached, 83-key typewriter-like keyboard. The slim keyboard comes with a six-foot coiled cable that allows you to place it practically anywhere, even in your lap. You can also adjust the typing angle to suit your working position. For added ease of operation, the keyboard includes a 10-digit numeric calculator pad and 10 special "function" keys for activating commonly repeated tasks.

*Monochrome Display.* With an optional plug-in adapter, the IBM Monochrome Display can be attached to your IBM Personal Computer for viewing up to 25 lines of information with 80 characters per line. This high-resolution display is powered by the System Unit. For reading comfort, it features green phosphor characters on an 11½-inch (diagonal measurement) anti-glare screen – plus brightness and contrast controls.

*Graphics Printer.* The IBM Graphics Printer is a versatile, low-cost, quality matrix printer that enables you to print both graphic images and an extensive range of text characters. Operating at up to 80 characters per second, this bi-directional printer can print 18 character styles. It also provides you with four modes of all points addressable graphics. This printer connects to your computer via the same adapter that allows you to attach the IBM Monochrome Display, or via a separate printer adapter.



## Flexibility *plus*

Your IBM Personal Computer is easily "expandable" as your needs develop and change.

For example, a starter system consisting of a keyboard and System Unit with 16,384 characters (16KB) of user memory can be connected to a black-and-white or color television set[+] by using an RF modulator.[+] You can also attach an audio cassette recorder/player as an input/output device.

As needed, you can use optional plug-in adapters to:
- Increase addressable user memory to more than 524,288 characters (more than 512KB) of information
- Add one or two single- and/or double-sided diskette drives to handle 5¼-inch diskettes—a double-sided diskette can store up to 327,680 characters (320KB), which is equivalent to approximately 164 double-spaced 8½ x 11-inch typewritten pages; a single-sided diskette can store one-half that amount of information
- Attach the IBM Monochrome Display and IBM Graphics Printer to your computer system
- Display up to 16 colors for text applications, and two levels of graphics in black-and-white and color—using a TV set equipped with an RF modulator, medium- or high-resolution video monitor[+] or an RGB monitor[+]
- Attach multiple printers for more demanding hard-copy requirements
- Connect joysticks[+] or game paddles[+]
- Take advantage of information retrieval services such as the Dow Jones News/Retrieval* Service, THE SOURCE (a product of Source Telecomputing Corporation) and The New York Times On-Line data base (a product of The New York Times Information Service)

*Dow Jones News/Retrieval is a registered trademark and Dow Jones is a trademark of Dow Jones & Company, Incorporated.

## Carefully selected programs

With the IBM Personal Computer, you can choose from a broad range of program packages which have been carefully selected by IBM to satisfy a variety of business, educational, professional, entertainment and personal needs. In addition, there's a selection of operating systems and language compilers available for developing your own programs or running programs which have already been developed.

Following you'll find a listing of the growing number of application and system software packages available for the IBM Personal Computer.

### Business programs

Accounting System by Peachtree Software Incorporated:
- General Ledger
- Accounts Receivable
- Accounts Payable
- Inventory Control
- Payroll

Accounting System by BPI Systems, Incorporated:
- General Accounting
- Accounts Receivable
- Inventory Control
- Payroll
- Job Cost

### Professional/Personal programs

- VisiCalc*
- EasyWriter*
- Microsoft Adventure
- Microsoft Decathlon
- Diskette Librarian
- Casino Games
- Dow Jones* Reporter
- Time Manager*
- Communications
- Adventure in Serenia
- Personal Editor
- Microsoft Multiplan

### Educational programs

- Arithmetic Games
- Typing Tutor
- Fact Track*

### System programs

- Disk Operating System (supports BASIC, COBOL, MACRO Assembler, FORTRAN and Pascal)
- UCSD p-System* (supports UCSD Pascal* and FORTRAN-77)
- CP/M-86*
- BASIC Programming Development System

*VisiCalc is a trademark of VisiCorp. EasyWriter is a trademark of Information Unlimited Software, Incorporated. Dow Jones is a trademark of Dow Jones & Company, Incorporated. Time Manager is a trademark of the Image Producers, Incorporated. Multiplan is a U.S. trademark of Microsoft Corporation. Fact Track is a trademark of Science Research Associates, Incorporated. UCSD p-System and UCSD Pascal are trademarks of the Regents of the University of California. CP/M-86 is a trademark of Digital Research, Incorporated.

## The next step

Find out how the IBM Personal Computer can be put to effective use in your home…your office… the classroom…the lab…wherever it makes sense for you. Ask your Authorized IBM Personal Computer Dealer for more details. And, while you're at it, have your IBM Personal Computer Dealer provide you with a "hands-on" demonstration—so you can see for yourself how you and your IBM Personal Computer make a creative and productive team.

†Video monitors, TV sets, audio cassette recorder/players, modems, joysticks, game paddles and RF modulators are not part of the IBM Personal Computer offering and must be purchased separately.

©1982
International
Business
Machines
Corporation

Printed in the
United States
of America
11-82
All Rights
Reserved

6936631



Authorized IBM Personal Computer Dealer

**IBM**