JAMES C. YOON, State Bar No. 177155
  Email: jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
  Email: sshanberg@wsgr.com
BRIAN DIETZEL, *Pro Hac Vice*
  Email: bdietzel@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese Corporation;<br><br>　　　　Defendant.<br><br>AND ALL RELATED COUNTERCLAIMS | CASE NO.: CV07-01998-RMW<br><br>**[PROPOSED]**<br>**CLAIM CONSTRUCTION ORDER**<br><br>Date: March 3, 2008<br>Time: 1:30 pm<br>Courtroom: Courtroom 6 – 4th Floor<br>Before: Hon. Ronald M. Whyte |

　　　　WHEREAS the Court has considered the briefs, exhibits, declarations and other papers submitted by the parties regarding the construction of disputed claim terms in U.S. Patent No. 7,203,788 ("the '788 Patent") and received technology tutorials and heard oral arguments on claim construction on March 3, 2008, and for good cause appearing therefor:

　　　　IT IS HEREBY ORDER THAT

The following agreed-upon terms are construed as follows:

| TERM, PHRASE, OR CLAUSE | AGREED CONSTRUCTION |
|---|---|
| the USB controller issuing a bus control command | The USB controller generating electrical signals representing a bus control command. |
| bus control command | Instruction for a task issued on electrical line(s) that specifies type, timing, location, and other details of the task to be performed. |
| the bridge receiving the bus control command | The bridge receiving electrical signals representing the bus control command. |
| VGA signals | DisplayLink maintains its positions that the term "VGA signals" is indefinite under 35 U.S.C. § 112, ¶ 2, but, in the alternative, DisplayLink agrees to MCT's construction: Signals according to the VGA standard. |
| the bridge...issuing a first-in-first-out control signal to the USB controller | The bridge generating signals instructing the USB controller to read data in the order in which it was received by the USB controller |
| to receive the USB based display signals from the USB controller in a first-in-first-out manner | To receive USB based display signals from the USB controller in the order in which they were received by they USB controller |

IT IS FURTHER ORDERED that the following disputed terms are construed as follows:

| TERM, PHRASE, OR CLAUSE | COURT'S CONSTRUCTION |
|---|---|
| bridge | Component(s) for communicating between two or more buses each using different interface standards. |
| the bridge circuit converting the USB based display signals into corresponding VGA signals | The bridge circuit translating the USB signals containing display information into corresponding display signals according to the VGA standard. |
| connecting the USB controller and the VGA controller one to the other for the passage of data therebetween | Connecting the USB controller to the VGA controller such that the VGA controller can receive video data only from the USB controller via the bridge. |
| display device | Electronic device for visually representing VGA signals. |
| for receiving exclusively therethrough USB based display signals | For receiving only USB based display signals into the USB controller. |
| USB | Universal Serial Bus, the technology described in the Universal Serial Bus Specification Revision 2.0 and its predecessor revisions. |
| USB based display signals | USB encoded display signals. |

| TERM, PHRASE, OR CLAUSE | COURT'S CONSTRUCTION |
|---|---|
| USB based display signals from the computer | USB encoded display signals representing the image rendered by the computer. |
| USB controller | Component(s) that controls the receipt, storage, and routing of USB encoded data. |
| VGA | Video Graphics Array, the technology described in IBM Corporation, *Personal System/2 Hardware Interface Technical Reference* (1988 and as updated in 1991) and in *IBM Personal System/2 and Personal Computer BIOS Interface Technical Reference* (1991). |
| VGA controller | Component(s) that controls the routing of VGA signals pursuant to the VGA standard. |

IT IS ORDERED.

Dated:_____     _____
                             The Honorable Ronald M. Whyte
                             UNITED STATES DISTRICT COURT JUDGE