IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISPLAYLINK CORPORATION,

    Plaintiff,

v.

MAGIC CONTROL TECHNOLOGY CORPORATION,

    Defendant.

*E-FILED - 2/12/08*

CASE NO.: C-07-01998-RMW

**CLERK'S NOTICE OF CONTINUANCE OF CLAIMS CONSTRUCTION HEARING AND CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that the Claims Construction Hearing and Case Management Conference in the above-entitled matter which was previously set for March 3, 2008, has been continued to **April 29, 2008 @ 1:30 p.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a revised Joint Case Management Statement by April 22, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: February 12, 2008

*[signature]*

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record: