| | |
|---|---|
| JAMES C. YOON<br>  State Bar No. 177155 (jyoon@wsgr.com)<br>STEFANI E. SHANBERG<br>  State Bar No. 206717 (sshanberg@wsgr.com)<br>BRIAN DIETZEL<br>  *Pro Hac Vice* (bdietzel@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>DISPLAYLINK CORPORATION | RICHARD F. CAULEY<br>  State Bar No. 109194<br>FRANKLIN E. GIBBS<br>  State Bar No. 189015<br>WANG, HARTMANN & GIBBS, P.C.<br>A Professional Corporation<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA  92660<br>Telephone: (949) 833-8483<br>Facsimile:   (949) 833-2281<br>Email:  rcauley@WHGLawFirm.com<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>MAGIC CONTROL TECHNOLOGY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 5:07-CV-01998-RMW<br><br>STIPULATION TO ALLOW FILING OF CORRECT VERSION OF DECLARATION OF ALAN H. JONES, PH.D., IN SUPPORT OF DISPLAYLINK CORPORATION'S RESPONSIVE CLAIM CONSTRUCTION BRIEF |

WHEREAS, Plaintiff DisplayLink Corporation ("DisplayLink") realized after filing its Responsive Claim Construction Brief on February 11, 2008, that it had filed the wrong version of the Declaration of Alan H. Jones, PH.D., in support of DisplayLink Corporation's Responsive Claim Construction Brief ("Jones Decl.");

1  WHEREAS, the exhibits filed on February 12, 2008, were correct and do not, therefore,
2  need to be refiled;

3  WHEREAS, the declaration that Dr. Jones signed was slightly different from the
4  declaration filed;

5  WHEREAS, the differences between the version signed by Dr. Jones and the version
6  submitted were that the declaration submitted was reformatted; typographical errors, including
7  citations to the '788 Patent, were corrected; and a pin cite in paragraph 29 was mistakenly
8  changed from "1:7" to "1:2";

9  WHEREAS, counsel for Defendant Magic Control Technology Corporation ("MCT")
10  does not object to DisplayLink filing the correct version of the Jones Decl. (*i.e.*, the unmodified
11  version that Dr. Jones signed yesterday);

12  IT IS HEREBY STIPULATED AND AGREED between DisplayLink and MCT, through
13  their respective counsel that DisplayLink may file the corrected version of the Jones Decl. and
14  MCT has no objection to the same.

15

16  Dated: February 12, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
17

18
                                                By:   /s/ Stefani E. Shanberg
19                                                    Stefani E. Shanberg

20                                              Attorneys for Plaintiff/Counterclaim Defendant
                                                DisplayLink Corporation
21

22  Dated: February 12, 2008                    WANG, HARTMANN & GIBBS, P.C.
                                                A Professional Corporation
23

24
                                                By:   /s/ Richard F. Cauley
25                                                    Richard F. Cauley

26                                              Attorneys for Defendant/Counterclaim Plaintiff
                                                Magic Control Technology Corporation
27

28

**ATTESTATION CLAUSE**

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Richard F. Cauley of Wang, Hartmann & Gibbs, P.C. has concurred in this filling

Dated: February 12, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
     Stefani E. Shanberg

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation