| | |
|---|---|
| 1 | **WANG, HARTMANN, GIBBS & CAULEY, P.C.** |
|   | A Professional Law Corporation |
| 2 | Richard F. Cauley (SBN: 109194) |
|   | Franklin E. Gibbs (SBN: 189015) |
| 3 | Erick P. Wolf (SBN: 224906) |
|   | 1301 Dove Street, Suite 1050 |
| 4 | Newport Beach, CA  92660 |
|   | Telephone: (949) 833-8483 |
| 5 | Facsimile:  (949) 833-2281 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation, | ) ) ) | CASE NO.:  5:07-CV-01998-RMW |
| Plaintiff, | ) ) | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | ) ) | |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation; | ) ) ) ) | |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIMS | ) ) ) | |

///

///

---

1    TO: THE PARTIES HERETO AND THEIR RESPECTIVE COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT the law firm of Wang, Hartmann & Gibbs, P.C. has

3 changed its name to Wang, Hartmann, Gibbs & Cauley, P.C.  The address and telephone

4 numbers remain the same – 1301 Dove Street, Suite 1050, Newport Beach, California, 92660;

5 telephone 949-833-8483; fax 949-833-2281.

Respectfully Submitted

Dated: February 13, 2008          WANG, HARTMANN, GIBBS & CAULEY

By:  /s/Richard F. Cauley
     Richard F. Cauley
     Franklin E. Gibbs
     Erick P. Wolf
     Attorneys for Defendant and Counter
     Plaintiff MAGIC CONTROL
     TECHNOLOGY CORPORATION