# EXHIBIT 11

US 20040021615A1

(19) **United States**

(12) **Patent Application Publication**   (10) Pub. No.: US 2004/0021615 A1

Benson et al.   (43) Pub. Date: **Feb. 5, 2004**

(54) **METHODS AND APPARATUS FOR IMPROVED DISPLAY OF VISUAL DATA FOR POINT OF SALE TERMINALS**

(75) Inventors: **Christopher Michael Benson,** Lawrenceville, GA (US); **Daniel Frederick White,** Lilburn, GA (US)

Correspondence Address:
**PAUL W. MARTIN**
**LAW DEPARTMENT, WHQ-5E**
**1700 S. PATTERSON BLVD.**
**DAYTON, OH 45479-0001 (US)**

(73) Assignee: **NCR Corporation,** Dayton, OH

(21) Appl. No.: **10/208,285**

(22) Filed: **Jul. 30, 2002**

**Publication Classification**

(51) Int. Cl.$^7$ ..................................................... G09G 5/00

(52) U.S. Cl. ............................................................. 345/1.1

(57) **ABSTRACT**

Improved techniques for transmission and display of video data are described. A point of sale terminal includes a processor, memory and software executed by the processor to create frames of data and to analyze the frames of data to create differential data defining differences between preceding and succeeding frames of data. The differential data can be applied to the preceding frames to construct the succeeding frames. At least one frame is transmitted to an external video interface using an external connection such as a universal serial bus port. Differential data is also transmitted to the external video interface. The differential data is applied to the frame which has been transmitted in order to create succeeding frames. The frames of video data are displayed using a display connected to the video interface.



DL 016246

Case 5:07-cv-01998-RMW     Document 44-6     Filed 03/03/2008     Page 3 of 61
Case 5:07-cv-01998-RMW     Document 37-13     Filed 02/11/2008     Page 3 of 13



FIG. 1

DL 016247

Case 5:07-cv-01998-RMW    Document 44-6    Filed 03/03/2008    Page 4 of 61
Case 5:07-cv-01998-RMW    Document 37-13    Filed 02/11/2008    Page 4 of 13

# FIG. 2



DL 016248

Case 5:07-cv-01998-RMW    Document 44-6    Filed 03/03/2008    Page 5 of 61
Case 5:07-cv-01998-RMW    Document 37-13    Filed 02/11/2008    Page 5 of 13

# FIG. 3



DL 016249



FIG. 4

Patent Application Publication    Feb. 5, 2004  Sheet 5 of 5    US 2004/0021615 A1



FIG. 5

501 — CREATE AND DISPLAY PRIMARY VIDEO DATA

502 — CONSTRUCT AND STORE FRAMES OF SECONDARY VIDEO DATA

500

504 — TRANSMIT FIRST FRAME TO SECONDARY VIDEO GENERATOR AND DISPLAY FRAME

506 — CREATE DIFFERENTIAL DATA

508 — TRANSMIT DIFFERENTIAL DATA

510 — USE DIFFERENTIAL DATA TO CREATE FRAMES; DISPLAY AND CLEAR FRAMES

512 — CREATE ADDITIONAL FRAMES

SYNCHRONIZATION FRAME DUE FOR TRANSMISSION

514 — TRANSMIT SYNCHRONIZATION FRAME

SYNCHRONIZATION FRAME NOT DUE FOR TRANSMISSION

DL 016251

US 2004/0021615 A1
Feb. 5, 2004

1

## METHODS AND APPARATUS FOR IMPROVED DISPLAY OF VISUAL DATA FOR POINT OF SALE TERMINALS

### FIELD OF THE INVENTION

[0001] The present invention relates generally to improved display of visual information in point of sale terminals. More particularly, the invention relates to techniques for analyzing video data to create differential video data which can be used to reconstruct the video data and which can be transmitted using a channel having a relatively narrow bandwidth, transmitting the differential data to a supplemental decoding device and allowing the supplemental decoding device to reconstruct the video data for display.

### BACKGROUND OF THE INVENTION

[0002] Visual displays of one kind or another have been present in point of sale terminals for many years. The steadily increasing sophistication of electronics used in point of sale terminals has increased the amount of visual information which may displayed. Retailer awareness of the ability of point of sale terminals to display large amounts of information has tended to increase the amount of information which retailers desire to display.

[0003] Modern point of sale terminal hardware and software can easily generate enough visual information to be displayed on multiple displays. For example, a terminal might have two displays, one displaying the details of the transaction and another displaying promotional messages. One point of constraint which tends to inhibit the use of multiple displays is that prior art terminals typically employ one of two techniques in order to drive multiple displays. One such technique is the use of multiple video cards, one video card for each display. This approach adds expense because an additional video card is added for each added display. In addition, each video card requires an expansion slot, making the slot unavailable for other uses. Another commonly used technique is the use of special video adapter cards which are designed to drive two or more displays. These cards tend to be expensive.

[0004] Modern point of sale terminals are typically built using computers such as personal computers. Personal computers typically provide one or more data output ports that may include serial ports, wireless interfaces and ports, universal serial bus ports and the like. The data output ports allow the computers to transmit data to and receive data from other devices. For example, the universal serial bus port is widely used and allows connection to a wide variety of different devices. However, version 1.1 of the universal serial bus port in particular does not provide sufficient bandwidth for acceptable driving of a display using typical prior art video technology which is cost effective from a customer point of view.

[0005] The use of additional hardware, or specialized, expensive hardware to enable a terminal to drive two or more displays limits the appeal of the terminal because retailers who need only a single display will not wish to pay for the added capability provided by a terminal that can drive two or more displays. However, it will be recognized that even retailers presently needing only one display may greatly desire the flexibility of adding one or more additional displays in the future if that flexibility is achieved at little or no additional cost for the initial purchase of the terminal. Furthermore, the retail business is a highly competitive and cost conscious so that even retailers wanting two or more displays will want them at the lowest possible cost. There exists, therefore, a need for techniques which allow a terminal to be optionally configured to drive two or more displays without a need to build additional hardware into the terminal, and which allow the terminal to transmit video data to two or more displays using standard output ports commonly included in computers used in point of sale terminals.

### SUMMARY OF THE INVENTION

[0006] A point of sale terminal according to an aspect of the present invention includes a computer such as a personal computer (PC), suitably including a conventional video card for controlling a primary display. The data processing hardware within the computer prepares images and transfers the images to the video card in the form of frames, which are displayed in sequence. The video card is controlled using conventional video driver software. The video driver software receives and processes the frames to be displayed and furnishes the frames to the video card for display.

[0007] In addition, the computer hosts a secondary video control program, or secondary video generator, which processes video data for display by each of one or more secondary displays. The secondary video generator receives frames of video data and analyzes the frames to identify differential information defining changes between a frame and an immediately succeeding frame. The first frame to be displayed is transferred to one or more secondary video interfaces, each of which may suitably be connected to the computer using a relatively low bandwidth common system port such as a universal serial bus (USB) port. The secondary video interface or interfaces which display the frame using a conventional video card controlling a secondary display. Appropriate differential data is then transferred to the secondary video interfaces, each of which combines the first frame with the differential data to construct the second frame, and continues to combine the second and subsequent frames with incoming differential data to create a sequential series of frames for display. The creation of the differential data makes it possible to transfer data over the relatively low bandwidth channel such as the USB channel in order to allow addition of one or more secondary displays without a need for additional video cards or a need to redesign a computer or open an existing in-store computer in order to add additional hardware to retrofit it. Instead, supplemental video interfaces designed to decode the differential data for display are connected using existing external connection ports. Such interfaces may be built into the secondary displays that are to be added. Moreover, it is not necessary to add a secondary terminal unless desired, so that a user who needs only the primary display need not incur the added expense of a secondary display capability.

[0008] A more complete understanding of the present invention, as well as further features and advantages of the invention, will be apparent from the following Detailed Description and the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0009] FIG. 1 illustrates a point of sale terminal according to an aspect of the present invention;

DL 016252

US 2004/0021615 A1

Feb. 5, 2004

2

[0010]  FIG. 2 illustrates additional details of a point of sale terminal according to an aspect of the present invention;

[0011]  FIG. 3 illustrates details of the preparation of video frames for transmission to a video interface according to the present invention;

[0012]  FIG. 4 illustrates a video interface according to an aspect of the present invention; and

[0013]  FIG. 5 illustrates a process of video display according to an aspect of the present invention.

## DETAILED DESCRIPTION

[0014]  FIG. 1 shows an external perspective view of a point of sale terminal 100 according to the present invention. The terminal 100 may suitably include a keypad 102, printer 104 and primary display 106. The primary display 106 may suitably be driven by a conventional video output produced by a conventional video card contained inside the terminal 100.

[0015]  In addition to the primary display, the terminal 100 may also include one or more secondary displays such as the display 112. The display 112 is driven by an external video interface 114. The video interface 114 preferably receives video data from a universal serial bus (USB) port 116 located in the terminal 100. The video interface 114 processes the video data into a visual signal and provides this visual signal to the display 112 using a conventional video port 118. For simplicity of illustration, only one secondary display and external video interface are shown here, but a terminal such as the terminal 100 may accommodate a number of additional secondary displays and accompanying video interfaces. For each display, a video interface is plugged into and used to drive an accompanying display. It will be recognized that a video interface such as the video interface 114 may be built into a display such as the display 112, but the video interface 114 and the display 112 are shown separately here for ease of description.

[0016]  FIG. 2 illustrates selected internal functional components of the point of sale terminal 100 of FIG. 1. The terminal 100 includes a computer 202 which operates to receive operator inputs and other data, to process and store data and to provide visual and other information for the operator. The computer 202 may suitably be a personal computer (PC) with appropriate software to support its operation as a point of sale terminal. The computer 202 includes a processor 204 and memory 206. The processor 204 and memory 206 communicate between themselves and with other components through a bus 208. The computer 202 also includes a video controller, illustrated here as a video card 210, used to drive the primary display 106. It will be recognized that the video controller need not be implemented as a video card, but may be integrated into the system board (not shown) of the computer 202, using techniques that are known in the art. In addition, the computer 202 hosts a secondary video generator 212, preferably implemented as a software program executed by the processor 204, to allow compact transmission of video data to one or more secondary displays. The secondary video generator 212 is seen here as residing in the memory 206. The memory 206 can be seen to include secondary video memory 214, which is a portion of the memory 206 allo-

cated to the secondary video generator 212 in order to support the performance of its functions. The secondary video memory 214 does not differ from the memory 206 and need not be permanently allocated by the secondary video generator 212, but is simply allocated by the secondary video generator software 212 when and as needed. The secondary video generator 212 prepares video data for transmission to one or more external video interfaces such as the interface 114 of FIG. 1.

[0017]  The computer 202 also includes a universal serial bus (USB) 220. Depending on the design of the computer 202, the USB may be a version 1.1 USB with a bandwidth of approximately 12 megabits per second or a version 2.0 USB with a bandwidth on the order of hundreds of megabits per second. The present invention is not limited to the use of a version 1.1 or 2.0 USB, but can easily be adapted to other USB versions or other connection or interface techniques presently existing or to be developed in the future, for example Bluetooth or other wireless connections. In such cases, the teachings of the invention should be adapted to generally available standard interface techniques, so that the invention could be employed to generally available systems with little change.

[0018]  In the present exemplary embodiment, the USB 220 supports first and second USB ports 116 and 222, respectively, and provides a standardized connection to external devices. The USB ports 116 and 222 may be used to provide connections to video interface devices such as the video interface 114. For example, the device 114 may be connected to the port 222A and a similar device may be connected to the port 222. If additional USB ports are available, additional interface devices may be connected. All these connections may be made without any need to open the computer 202. However, a retailer or other user of a terminal such as the terminal 100 does not need to connect any video interface devices such as the interface 114 if he or she has no need for additional displays supported by these devices. Devices such as the interface 114 may be sold separately from the terminal 100 and purchased only by users who need additional display capabilities. Thus, a high degree of flexibility is provided to all customers in a highly cost effective manner.

[0019]  The computer 202 performs numerous tasks related to point of sale processing, such as receiving data from the keypad 102, transmitting data to the printer 104 or retrieving data, such as product price data, for example, from an external server (not shown). Of particular interest in connection with the present invention is the role of the computer 202 in preparing and transmitting video data for display. The computer 202 provides video data to the primary display 110 in a conventional fashion. That is, the processor 204 passes data to the video card 210, which creates frames of video data and sequentially provides frames of data to the display 110. The video card 210 operates by providing video memory which can be organized as frames. The video card 210 may, for example, provide memory space for frame spaces 224A-224E. In such a case, each frame of video data received from the processor 202 is initially stored in frame space 224E. The frame of data successively moves from frame space 224E, to frame space 224D, and so on to frame space 224A, and from frame space 224A to the display 110. As a frame of video data moves out of a frame space, that frame space becomes available for storage of a new frame. Thus,

DL 016253

US 2004/0021615 A1

Feb. 5, 2004

3

as each frame of data is transmitted to the display 110, a new frame can be accommodated in frame space 224E.

[0020] The video data to be transmitted to the secondary displays such as the display 112 is adapted to pass to the USB 220 and from there to one or more of the USB ports 116 or 222 or another USB port and from there over a USB cable 120 to an external video interface such as the interface 114. Transmitting data over the USB channel is subject to bandwidth constraints much more severe than those associated with conventional display of video data. In addition, it may be desired to support a plurality of displays using data transmitted over the USB channel. Supporting a plurality of displays adds to the demands on the channel. Therefore, in order to economize on bandwidth, the computer 202 according to the present invention typically does not transmit entire video frames over the USB channel. Instead, in most cases, the video data transmitted over the USB channel is differential data defining differences between a preceding frame and a subsequent frame.

[0021] Data which is to be displayed using the secondary display such as the display 112 is passed to the secondary video generator 212, which appears to the operating system and other software of the computer 202 as a conventional video driver. The processor 204 causes frames of data to be passed to the secondary video generator 212. The first frame of data is stored in the secondary video memory 214 and also transmitted to the video interface 114. This first frame is not cleared from the secondary video memory 214 after its transmission. The transmission of the first frame is relatively slow because of the bandwidth constraints imposed by the USB channel, but this transmission is typically accomplished at initial startup of the terminal 100, when there is little need for fast display of the data.

[0022] Video data subsequent to the first frame is prepared and transmitted for display by preparation of differential data. That is, each succeeding frame to be displayed is compared with the preceding frame. The changes between the preceding frame and the succeeding frame are identified and differential data is prepared to define these changes.

[0023] As the first frame is being transmitted for display, second and subsequent frames may be prepared for display and sent to the secondary video memory 214. Frames awaiting transmission and display are held in the secondary video memory 214. In order to prepare the second frame, for example, for transmission and display, the second frame is compared to the first frame by the secondary video generator and differential video data is identified defining the differences between the first frame and the second frame. The differential video data is transmitted to the video interface 114. The video interface 114 combines the previous frame with the differential data to create a new frame differing from the previous frame as defined by the differential data. The video interface 114 then places the new frame in the position originally occupied by the first frame, transmits the new frame to the display 112 and discards the first frame. This process continues as new frames are to be transmitted.

[0024] Alternatively, it is possible to prepare differential data defining differences between a preceding and a succeeding frame and use the differential data to prepare new frames for display, even when the preceding frame is not the frame currently being displayed. For example, suppose video generator 212 has allocated sufficient secondary video memory 214 to hold the first through tenth frames and that the video interface 114 has a similar capacity. In such a case, analysis may be performed to create differential data between the first and second frame, the second and third frame, the third and fourth frame, and so on. This differential data is sent to the video interface 114, where the differential data defining differences between the first and second frames is applied to the first frame to create the second frame. The second frame is stored. The differential data defining differences between the second and third frames is applied to the second frame to create the third frame, and so on. This process may proceed as long as the secondary video memory 214 and the video interface 114 have capacity to store the necessary frames. As differential data is sent to the video interface 114, new frames can be stored in the secondary video memory 214 to create new differential data, and as frames stored in the video interface 114 are displayed, this differential data can be sent to the video interface 114 in order to create new frames. In this way, the storage capacity of the secondary video memory 214 and the video interface 114 are used to the fullest extent possible. By preparing differential data before it needs to be transmitted and by creating frames before they need to be displayed, it is possible to smooth the display of frames. For example, suppose five successive frames occur with relatively small changes between them. The differential data defining such changes will occupy a relatively narrow bandwidth and can be transmitted quickly and these five frames can be recreated in the video interface 114, ready for transmission. Suppose that a sixth frame appears, differing significantly from the fifth frame. The differential data defining the changes between the fifth and sixth frames will take longer to transmit. However, because the first through fifth frames are stored in the video interface 114 and ready for transmission, the transmission of the differential data used to define the sixth frame and the creation of the sixth frame can be accomplished while the first five frames are being displayed, without a need for a delay in the display of the sixth frame.

[0025] In order to minimize the use of bandwidth, it is possible to design the secondary video generator 212 so that it does not send differential data for each new frame. In one such embodiment, the secondary video generator 212 evaluates each frame received and compares it to the last frame for which differential data was prepared. If the changes between the currently received frame and the last frame do not reach a prescribed threshold, that is, if not enough difference exists between the currently received frame and the last frame, no differential data is prepared and the currently received frame is discarded. This procedure helps conserve bandwidth by sending data for construction of a new frame only when the new frame represents a sufficiently significant change from the last frame.

[0026] Differential data may be lost during transmission. As the loss of differential data accumulates, it may become progressively more difficult to recreate frames from the transmission of differential data. To overcome this problem, a full frame is periodically transmitted to be received and displayed, and to serve as a new baseline for the creation of differential data. Differential data is created using the synchronization frame and the following frame, the frame following that frame, and so on. Transmission of the synchronization frame may cause a slight delay or loss of smoothness in transmission, but only a relatively small number of frames will be synchronization frames and the

DL 016254

US 2004/0021615 A1

4

Feb. 5, 2004

loss of smoothness will be tolerable, and much less notice-able than if each frame were transmitted as a full frame. As an alternative or in addition to periodically transmitting a synchronization frame on a prescribed schedule, it is pos-sible to assign a sequence number to each differential data item. In this way, loss of differential data may be detected by detection of a skip in the sequence numbers. Detection of a skip in the sequence numbers can be used as an indication that a full frame needs to be transmitted in order to restore the proper sequence.

[0027] It will be recognized that while USB ports are illustrated here, any number of external interfaces may be employed, so long as the external interface has sufficient information capacity to transfer information at the desired rate. It will further be recognized that while only two USB ports 116 and 222 are illustrated here, the present invention can support more than two secondary video interfaces and may be adapted to allow connection of a secondary video interface to every available USB port. Additional USB ports may be present in a computer such as the computer 202 or may be added using widely available adapters. The number of secondary video interfaces which may be supported is constrained primarily by the bandwidth limitations of the USB channel. If a version 2.0 USB is employed, a signifi-cant number of secondary interfaces may be employed, one or more of which may display very large amounts of video information, such as large full motion displays. Such dis-plays may be used, for example, to display advertising or other promotional material while leaving the primary dis-play free to display transaction information.

[0028] FIG. 3 illustrates the memory 206, showing the secondary video memory 214 and exemplary data items which may be created and stored within the secondary video memory 214. The secondary video memory 214 can be seen to contain frame 1 through frame 7. Frames 1-7 are frames of video data which have been prepared and placed in the secondary video memory 214 so that they can be processed for transmission to the video interface 114. Frame 1 and frame 2 have been compared and the differential data for frame 2 has been stored. That is, the data defining differ-ences between frame 1 and frame 2 has been identified and stored. Similarly, frames 2 and 3 have been compared and the differential data for frame 3 have been stored, frames 3 and 4 have been compared and the differential data for frame 4 has been stored, and so on. The secondary video memory 214 can be seen to have a connection to the bus 208. The frames 1-7 are received from the bus 208 of FIG. 2 and the differential data sent to the bus 208, where it can be sent to the USB 220 and to the USB port 222. The frames of data can be transmitted to the secondary video memory 214 relatively quickly, and the processing to create the differen-tial data can also take place relatively quickly. The differ-ential data takes up much less bandwidth than would be required to transmit all the data comprising the frames.

[0029] In order to overcome the problem of loss of dif-ferential data, frame 8 is a synchronization frame, and sent to the bus 208 as a full frame for transmission and display. Creation of differential data resumes with frame 9. Differ-ential data for frame 9 is created by comparing frame 8 and frame 9, and the transmission of differential data for recon-struction and display of the frames represented by the differential data resumes and continues until the next syn-chronization frame is to be sent.

[0030] FIG. 4 illustrates additional details of the video interface 114. The video interface 114 includes an interface processor 402, interface memory 404, interface bus 406, interface video controller, shown here as an interface video card 408 including an interface video port 410, and a USB connection 412. The interface memory 404 can be seen to contain frames 1-4, and the differential data for frames 2-4. Frame 1 has been received from the computer 100 through the USB connection 412. The USB connection 412 connects to the USB port 116 of the computer 100 using a suitable cable such as the cable 120. The differential data for frames 2-4 is also received through the USB connection 412. The frames 2-4, however, are not transmitted from the computer 100. Instead, the frames 2-4 are constructed using frame 1 and the differential data. Frame 2 is constructed by suitably combining frame 1 and the differential data for frame 2. Once frame 2 is constructed, frame 3 is constructed by combining frame 2 and the differential data for frame 3, and once frame 3 is constructed, frame 4 is constructed by combining frame 3 and the differential data for frame 4.

[0031] When a frame is needed by the interface video card 408, it is passed to the interface video card 408 and cleared from the interface memory. Typically, the interface video card 408 holds two frames, the frame currently being displayed and the frame next in line for display. Therefore, initially the first two frames would be provided in rapid sequence to the interface video card 408 so that the card 408 could display the first frame and have the next frame ready for display. Once the required number of frames was passed to the card 408, the interface 114 would receive differential data to construct new frames of data to be held until needed by the card 408.

[0032] The interface video card 408 provides the frame to be displayed to a display such as the display 112 using the interface video port 410. New differential data is received and new frames created according to how much space is available in the interface memory 404 and when the differ-ential data is received from the computer 100. For simplicity of illustration, only four frames and associated differential data are shown here, but it will be recognized that a smaller or larger number of frames may be present in the interface memory 404 at any one time. It will be recognized that numerous designs exists for a secondary video interface similar to the secondary video interface 114 shown here. Such designs need not include all the separate components 402-412 shown here, but instead the functions performed by these components may be performed by alternative compo-nents. It is possible to implement a secondary video by designing an interface comprising, for example, a micro-controller and a built in liquid crystal display (LCD) con-troller, with the interface implementing the various functions shown here. Such an interface could be built using a few chips and could be integrated into a display such as the display 112, without a need for a separate interface such as the interface 114.

[0033] In addition to providing components need for the decoding and display of secondary video data received as differential data, the interface 114 may also include one or more image buffers such as the first buffer 412 and the second buffer 414. The first and second buffers 412 and 414 may be implemented by permanently or temporarily allo-cating a portion of the interface memory 404, and may hold images, such as advertising images, that are desired to be

DL 016255

US 2004/0021615 A1
Feb. 5, 2004

5

displayed on short notice. Such images may be received from the terminal 100 at startup or at another suitable time, and may be held until it is desired to display the image. When it is desired to display an image held in the first or second buffer 412 or 414, the terminal can send a command to the interface 114 to display the image held in the buffer. Because the image is residing in the interface 114, the image can be quickly transferred to the video card 408 for display.

[0034] In addition to designing or using a terminal such as the terminal 100 to support one or more secondary displays, it is also possible to install suitable software on an existing prior art terminal and connect a video interface such as the video interface 114 to the terminal, in order to support one or more secondary displays. A secondary video generator such as the secondary video generator 212 may be developed for installation on an existing terminal. The video generator 212 and video generators are preferably designed to operate on a wide variety of terminals. A video generator such as the video generator 212 is preferably adapted to operate with a computer operating system and would not be restricted to operation on a specific model of terminal or computer. Any differences between video generator software adapted for installation on a newly developed terminal and video generator software adapted for installation on a presently existing terminal would be directed more toward differences in the operating systems used by the different terminals rather than any inherent differences in the terminals. Therefore, a video generator developed for installation on an existing terminal would differ from a video generator preinstalled on a newly developed terminal only in adaptations necessary for compatibility with the correct operating system and in being adapted for installation on a terminal. Such a video generator, like the video generator 212, is implemented be installed on a PC as a video driver, and will appear to the PC operating system as a video driver. A variety of different versions of the video generator may be developed, one for each operating system with which it is desired to use the video generator. Upon installation, the video generator receives video data to be displayed on one or more secondary displays and processes the video data in a fashion similar to the video generator 212. A secondary video interface similar or identical to the interface 114 is connected to the terminal in which the secondary video generator is installed, and a secondary display similar or identical to the display 112 is attached to the interface 114. In this way, an existing terminal can be modified to add one or more secondary displays without a need to redesign the terminal or add any hardware to the terminal other than the secondary video interface and secondary display, which are attached using existing connection ports present in the terminal.

[0035] FIG. 5 illustrates a process 500 of secondary video display by a point of sale terminal according to the present invention. The process 500 may suitably be implemented using a terminal such as the terminal 100 of FIGS. 1 and 2. At step 501, primary video data is created and displayed, suitably through the use of a conventional video card and display. At step 502, a plurality of frames of secondary video data are constructed and stored. The frames of video data may suitably be designed for sequential display by a terminal such as the terminal 100 of FIG. 1, on a secondary display such as the display 112 of FIG. 1. At step 504, the first frame of video data is transmitted to a video interface and displayed. At step 506, the frames of video data are

examined and differential data is created. The differential data identifies differences between first and second members of pairs of frames, and a frame identical to the second member can be constructed by applying the differential data to the first member. Differential data is created defining differences between the first and second frame, the second and third frame, the third and fourth frame and so on. At step 508, the differential data is transmitted to the video interface. At step 510, the differential data is applied to the first and subsequent frames to create a succession of frames. The differential data defining differences between the first and second frames is applied to the first frame to reconstruct the second frame, the differential data defining differences between the second and third frames is applied to the second frame to reconstruct the third frame, and so on. As each frame is created, it is displayed and then cleared. At step 512, additional frames of video data are created, from which differential data may be created and transmitted to the video interface. If no synchronization frame is due to be sent, the process returns to step 506. If a synchronization frame is due to be sent, the process proceeds to step 512, a synchronization frame is sent as a full frame, rather than through the creation and transmission of differential data, and the process returns to step 506.

[0036] While the present invention is disclosed in the context of a presently preferred embodiment, it will be recognized that a wide variety of implementations may be employed by persons of ordinary skill in the art consistent with the above discussion and the claims which follow below. In particular, it will be recognized that the present invention need not be restricted to use with point of sale terminals, but can easily be employed with personal computers having appropriate output ports, such as USB ports, capable of transferring data at a sufficiently high rate, and the ability to accommodate a secondary video generator such as that described above.

We claim:

1. A point of sale terminal comprising:

a processor for processing data, the processor being operative to create and process video data, the video data being organized in the form of frames of video data;

memory for receiving and storing data including the frames of video data;

a video card for receiving frames of video data and organizing the data for display;

a primary display for displaying video data received from the video card;

a secondary video generator for analyzing and processing video data for display by a secondary display, the secondary video generator being operative to analyze frames of video data to create differential data to allow reconstruction of the video frames using the differential data.

2. The terminal of claim 1 wherein the secondary video generator is a software program executed by the processor.

3. The terminal of claim 2 further comprising a plurality of external data communication ports to allow transmission of video data to an external device.

4. The terminal of claim 3 wherein the external data communication ports include universal serial bus ports.

DL 016256

US 2004/0021615 A1

6

Feb. 5, 2004

5. The terminal of claim 4 wherein the secondary video generator is operative to transmit one or more frames of video data and differential data to an external device using an external communication port.

6. The terminal of claim 5 wherein the differential data is created by analyzing pairs of frames of video data, each pair comprising a preceding frame and a subsequent frame, and wherein a set of differential data for each frame following the first frame is created and stored, each set of differential data defining differences between the frame for which it is created and stored and the preceding frame.

7. The terminal of claim 6 further comprising a secondary video interface operative to receive one or more frames of video data transmitted by the video controller, wherein the secondary video interface is further operative to receive differential data transmitted by the video controller and to use the received frames of data and the differential data to reconstruct subsequent frames of data.

8. The terminal of claim 7 wherein the secondary video interface receives the first frame and the sets of differential data and uses the first frame and the sets of differential data to successively reconstruct each frame for which a set of differential data was created.

9. The terminal of claim 8 further comprising a secondary display operative to receive and display video data from the secondary video interface.

10. The terminal of claim 9 wherein the secondary video interface further comprises a video card and wherein the secondary video interface provides the reconstructed frames to the video card for display.

11. The terminal of claim 10 wherein the external data communication ports include wireless communication interfaces.

12. The terminal of claim 11 wherein the secondary video interface comprises one or more video buffers for holding stored video information received from the terminal and stored within the video buffers, the secondary video interface being operative to transfer the stored video information for display upon a command from the terminal.

13. A method of displaying video data in a point of sale terminal comprising the steps of:

creating and displaying video data using a primary display;

constructing a plurality of frames of secondary video data;

analyzing the frames of secondary video data to identify differential data defining differences between frames of secondary video data;

transmitting and displaying a first frame of secondary video data;

transmitting the differential data;

using the differential data to reconstruct and display subsequent frames of secondary video data.

14. The method of claim 13 wherein the steps of transmitting and displaying the first frame of video data and transmitting the differential data are accomplished using a universal serial bus connection.

15. The method of claim 14 wherein the step of using the differential data to reconstruct and display subsequent frames includes successively applying differential data to each of a plurality of preceding frames to create a succession of subsequent frames.

16. A system for adapting a computer for support of a secondary display for the display of secondary video information, comprising:

a secondary video controller for analyzing and processing video data for display by a secondary display, the secondary video controller being operative to analyze frames of video data to create differential data to allow reconstruction of the video frames using the differential data, the secondary video controller being a software program adapted for installation as a video driver in the existing computer; and

a secondary video interface operative to receive one or more frames of video data transmitted by the video controller, wherein the secondary video interface is further operative to receive differential data transmitted by the video controller and to use the received frames of data and the differential data to reconstruct subsequent frames of data, the secondary video interface including a connection point for connection to an available port on the computer.

17. The system of claim 16 wherein the connection point belonging to the secondary video interface is a universal serial bus connection for connection to a universal serial bus port on the computer.

* * * * *

DL 016257

# EXHIBIT 12

US 20040017333A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2004/0017333 A1
Cooper et al. (43) Pub. Date: **Jan. 29, 2004**

(54) **UNIVERSAL SERIAL BUS DISPLAY UNIT**

(76) Inventors: **Alan Neal Cooper**, Coppell, TX (US); **Christopher Michael Fritz**, Dallas, TX (US); **James Walter Exner**, Plano, TX (US)

Correspondence Address:
**Raffi Gostanian, Jr.,**
**Jackson Walke L.L.P.**
**Suite 600**
**2435 North Central Expressway**
**Richardson, TX 75080 (US)**

(21) Appl. No.: **10/202,257**

(22) Filed: **Jul. 24, 2002**

**Publication Classification**

(51) Int. Cl.[7] ....................................................... G09G 5/00
(52) U.S. Cl. ................................................................. 345/3.1

(57) **ABSTRACT**

The present invention provides a universal serial bus (USB) display unit comprising a microprocessor with a USB interface, where the USB interface is adapted to receive video data from a first source, and a video decoder adapted to receive other video data from a second source. The USB unit also comprises a field-programmable gate array (FPGA) adapted to process the video data and the other video data, a memory adapted to store the processed video data and the processed other video data, and a display adapted to contemporaneously display the processed video data and the processed other video data. The microprocessor is adapted to transmit the processed other video data to the first source via the USB interface which is adapted to receive audio data from the first source. The USB unit further comprises an audio circuit adapted to provide the audio data via the FPGA, where the video decoder, the audio circuit, the microprocessor, the display, and the memory are operably coupled to the FPGA.

10



DL 016258



Figure 1

DL 016259



FiguRE 2

DL 016260



**Figure 3**

DL 016261



displaying video on the first module 80

converting the video into a form that is transferable via a USB connection between the second module and the first module, wherein the converted video is transferable from the second module to the first module without utilizing a processor and platform of the first module 82

transferring the converted video to the second module via the USB connection 84

displaying the converted video via the second module 86

receiving other video at the second module from the third module via a video input 88

contemporaneously displaying the converted video and the other video via the second module 90

**Figure 4**

DL 016262

US 2004/0017333 A1                                                           Jan. 29, 2004

1

## UNIVERSAL SERIAL BUS DISPLAY UNIT

### RELATED APPLICATIONS

[0001]  The present invention is related to patent application [docket number 120745.00001] titled DIGITAL OBSERVATION SYSTEM, to patent application [docket number 120745.00002] titled DIGITAL TRANSMISSION SYSTEM, and to patent application [docket number 120745.00003] titled DIGITAL CAMERA SYNCHRONIZATION. These applications are commonly assigned, commonly filed, and are incorporated by reference herein.

### FIELD OF THE INVENTION

[0002]  The present invention relates to monitors for displaying video images and, more particularly, to a universal serial bus display unit adapted to display multimedia images.

### BACKGROUND OF THE INVENTION

[0003]  When utilizing a personal computer (PC), a user typically inputs commands to the PC, via user interfaces such as a keyboard and mouse, and outputs are displayed on a PC monitor based on the input commands. There are scenarios, however, in which the PC user may want to concurrently perform multiple tasks or run certain applications on the PC and view video simultaneously from sources such as a security camera, a DVD player, cable TV, etc. There are various solutions for performing these task but all include the limitation of using a PC processor or platform to view the video signal. A further limitation involves a user accessing built in operating system capabilities such as a multi-screen operation. In such a scenario, the user is required to have a PC platform with, or the addition of, a second display driver.

[0004]  It is therefore desirable for the present invention to overcome the limitations described above that are involved in concurrently performing multiple tasks on the PC and viewing video simultaneously from various sources.

### SUMMARY OF THE INVENTION

[0005]  The present invention achieves technical advantages as a universal serial bus (USB) display unit adapted to display multimedia images. In an exemplary embodiment, a USB display unit comprises a microprocessor with a USB interface, where the USB interface is adapted to receive video data from a first source, and a video decoder adapted to receive other video data from a second source. The USB unit also comprises a field-programmable gate array (FPGA) adapted to process the video data and the other video data, a memory adapted to store the processed video data and the processed other video data, and a display adapted to contemporaneously display the processed video data and the processed other video data. The microprocessor is adapted to transmit the processed other video data to the first source via the USB interface which is adapted to receive audio data from the first source. The USB unit further comprises an audio circuit adapted to provide the audio data via the FPGA, where the video decoder, the audio circuit, the microprocessor, the display, and the memory are operably coupled to the FPGA.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0006]  FIG. 1 illustrates a USB display unit operably coupled to a PC and a video source in accordance with an exemplary embodiment of the present invention.

[0007]  FIG. 2 illustrates a block diagram of the USB display unit in accordance with an exemplary embodiment of the present invention.

[0008]  FIG. 3 illustrates a flow chart for transferring data between a second module that is operably coupled to a first module and a third module in accordance with an exemplary embodiment of the present invention.

[0009]  FIG. 4 illustrates a further flow chart for transferring data between a second module that is operably coupled to a first module and a third module in accordance with an exemplary embodiment of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

[0010]  Referring now to FIG. 1, a system 10 is presented which includes a USB display unit 12 operably coupled to a USB monitor or display 13, a PC 14 operably coupled to a PC monitor 16 (for purposes of this invention, the term PC 14 shall mean the PC 14 and the PC monitor 16 unless otherwise stated), and a video source 18. Commands are received at the PC 14 via devices such as a keyboard 17 and a mouse 20. The USB display unit 12 is operably coupled to the PC 14 via a connection 24 and to the video source 18 via a connection 26. The connection 24 is a USB connection to the PC's USB which is a "plug and play" port. This USB connection 24 allows video images to be transferred and received at the USB display unit 12 where they may be displayed via the display 13 without utilizing the PC's 14 microprocessor (not shown) and/or platform (not shown). This connection 24 enhances the PC 14 and the USB display unit 12 without additional hardware having to be added to either device.

[0011]  The PC 14 includes a software application which, when activated, converts an image (which may be retrieved from, for example, hyper-text markup language pages, spreadsheets, and other applications) to a bitmap that can be transferred to the USB display unit 12 via the connection 24. In such a scenario, the USB display unit 12 operates as a multimedia secondary monitor for the PC's 14 applications. Similarly, any displayed image on the USB display unit 12 from the video source 18 via the connection 26 can be transmitted as a bitmap to the PC 14. The PC 14 can then store the image, display the image, or retransmit the image. A user can utilize the USB display unit 12 as a video viewing station that can be controlled from the PC 14 via the connection 24 and also use the connection 24 to select images received from the video source 18 to transfer to the PC.

[0012]  Referring now to FIG. 2, the USB display unit 12 is presented which comprises a microprocessor including a USB interface 28 that receives (or is adapted to receive) video data from a first source, such as the PC 14 via a physical USB interface or data port 30, and a video decoder 32 that receives other video data from a second source, such as the video source 18, via a connection plug 33. The microprocessor 28 manages and controls the operational functions of the display unit 12 including managing the display 13 and also controls the user interface. The microprocessor 28 further controls the USB interface and the data associated with it including data flow management, data transfer and reception. The video decoder 32 is used to digitize the incoming analog video signal and the decoder's

DL 016263

US 2004/0017333 A1    Jan. 29, 2004

2

32 output, in an exemplary embodiment, is the spatial resolution of 4:2:2 (intensity:reddishness:blueishness) YUV digital video data. There are a plurality of bits of data for each pixel and horizontal and vertical synchronization signals are output from the decoder 32 in addition to a data valid signal.

[0013] A field-programmable gate array (FPGA) 34 processes the video data and the other video data (that may both operate at different data rates) which can be stored in memory 36 and/or contemporaneously displayed via the display or monitor 13. The memory 36 is, in an exemplary embodiment, a synchronous dynamic random access memory (SDRAM).

[0014] The FPGA 34 is the primary controller for the functions of the various portions of the display unit 12. One of these functions includes managing (which includes reading, writing, and refreshing) the memory 36 which is utilized to store the images that are to be displayed on the display 13. The data input to the memory 36 is received from the video decoder 32 or the USB microprocessor 28. The memory 36 size is dependant on the screen resolution of the display 13 and can contain multiple images for display as well as buffer memory that will be utilized as a receiving buffer for new images. The output of the memory data is sent to a scalar (not shown) which is located in the FPGA 34 to convert the data to the appropriate data size for the display 13.

[0015] Other functions of the FPGA 34 include controlling the data flow from the USB data port 30, the video decoder 32, the memory 36, and the display 13, interfacing to the display, developing all the necessary signals for a time-base of the display, direct memory access controlling of the data from the microprocessor 28 to the memory 36, managing the user interfaces, transmitting the data to the microprocessor, generating an On Screen Display thereby enabling a user to program and adjust display parameters, buffering video data as it transfers from different circuit areas that operate at different data rates and scaling the video data to be displayed to the appropriate resolution for the display 13. Further functions include performing video processing such as enhancing the video by controlling the contrast, brightness, color saturation, sharpness, and color space conversion of the video data that is received from the video decoder 32 or the USB data port 30, and receiving data from the video decoder 32, which digitizes an analog video signal.

[0016] The microprocessor 28 transmits the FPGA 34 processed other video data to the first source via the USB port 30 which further receives audio data from the first source. An audio circuit 40 provides the audio data via the FPGA 34 which is operably coupled to the microprocessor 28, the video decoder 32, the memory 36, the display 13, and the audio circuit 40. The audio circuit 40 takes the audio data and amplifies it for output to a speaker 41. Audio information can also be received via the connection plug 43 and can also be sent over the USB port 30 for output provided a D/A converter was present in the audio circuit. A real-time clock 42 transmits and receives time and date information between the video decoder 32, the microprocessor 28 and a second memory 44 and further stores configuration registers and timer functions. The second memory 44, which is operably coupled to the microprocessor 28 and the video decoder 32, maintains operation code of the microprocessor. The USB display unit 12 operates from an external 12V DC wall

mount power supply 45 that supplies all the power necessary for the display unit 12 to operate. A power supply 46 is designed to protect the display unit 12 from excess voltage inputs and to filter any noise from entering or exiting the display unit. The power supply 46 further creates multiple DC voltages (such as 1.8V, 3.3V, and 5V) to supply the various portions of the display unit 12. The display unit 12 may further be controlled by a keyboard 19 which is operably coupled to the FPGA 34.

[0017] In an exemplary embodiment, the display 13 is a video display monitor utilizing an LCD active matrix display with a VGA resolution of 640 pixels by 480 lines (although the resolution could be higher or lower). The interface to the display 13 is comprised of a plurality of logic level clock signals that are used for clocking, synchronization, and data transfer. The power supply module 46, which receives power from an external adapter, creates a plurality of voltages to supply the display 13 and a backlight 48. The backlight 48 applies a voltage to tubes (not shown) that illuminate the display 13, where the tubes are operably coupled to the monitor.

[0018] The USB display unit 12 has two primary connections. The first is a Video/Audio input port for composite video and line level audio input, while the second is a USB 1.1, 2.0 or similar connection. The USB port is a slave type device, which means it must connect to a master type USB host. The display unit 12 can be operated by either the video input connection or the USB connection or both ports. When only the video connection is attached, the display unit 12 will operate like a normal video monitor. When the USB port is the only connection the display will show bitmap images transferred to the display over the USB connection. Each of the file formats would be converted in an application running on the PC 14 to a bitmap form (in other embodiments, the data could be sent in other forms such as YUV and the FPGA could convert to USB). When the USB monitor 13 receives the complete image it will display it. Depending on the transfer rate and the file size of the image, motion video can be displayed on the monitor 13 from data sent over the USB connection. The display unit 12 will have enough memory, such as the memory 36, to store a number of images so that the rate for switching display images is not effected by the transfer time of the data sent by the PC 14 over the USB connection 26.

[0019] Referring now to FIG. 3, a flow chart of a method for transferring data between a second module (for example, the USB display unit 12) that is operably coupled to a first module (for example, the PC 14) and a third module (for example, the video source 18) is presented. The method begins at step 60 where video is converted into a form that is transferable via a connection (such as a universal serial bus connection) between the first module and the second module. This conversion is performed by an application running on the first module. At step 62, the converted video is transferred to the second module via the connection and, at step 64, is displayed on a display of the second module. The method proceeds to step 66 where other video is received at the second module from the third module (via a video input) and, at step 68, is displayed on the display of the second module. At steps 70 and 72, respectively, the other video is converted into a form that is transferable via the connection, and the converted other video is transferred to the first module via the connection. This conversion is

DL 016264

3

performed by an application running on the second module. Audio may also be transferred between the first module and the second module via the connection and between the third module and the second module via an audio input.

[0020]   Referring now to FIG. 4, a further flow chart of a method for transferring data between a second module that is operably coupled to a first module and a third module is presented. The method begins at step 80 where video is displayed on the first module. At step 82, the video is converted into a form that is transferable via a universal serial bus (USB) connection between the second module and the first module. The converted video is transferable from the second module to the first module without utilizing a processor and platform of the first module. At steps 84 and 86, respectively, the converted video is transferred to the second module via the USB connection, and is displayed via the second module. The method proceeds to step 88 where other video is received at the second module from the third module via a video input and, at step 90, the converted video and the other video are contemporaneously displayed via the second module.

[0021]   Although an exemplary embodiment of the system and method of the present invention has been illustrated in the accompanied drawings and described in the foregoing detailed description, it will be understood that the invention is not limited to the embodiments disclosed, but is capable of numerous rearrangements, modifications, and substitutions without departing from the spirit of the invention as set forth and defined by the following claims. For example, the resolution on the USB monitor 13 can be greater than VGA including XGA (1024×768), QVGA (1280×960), SXGA (1280×1024), SXGA+(1400×1050), UXGA (1600×1200), etc. Further, a CRT display, plasma display, etc. may be used with the present invention. Also, other types of memory other than the SDRAM memory 36 and a plurality of these memories may be used. Additionally, the USB monitor 13 may dynamically display received images. Still further, other spatial resolutions of YUV digital video data can be output from the decoder 32 and the data transferred over the USB port can be of many forms with the appropriate convertor at either end.

What we claim is:

1. A universal serial bus (USB) display unit comprising:

  a microprocessor with a USB interface, wherein the USB interface is adapted to receive video data from a first source;

  a video decoder adapted to receive other video data from a second source;

  a field-programmable gate array (FPGA) adapted to process the video data and the other video data;

  a memory adapted to store the processed video data and the processed other video data;

  a display adapted to contemporaneously display the processed video data and the processed other video data;

  wherein the microprocessor is adapted to transmit the processed other video data to the first source via the USB interface;

  wherein the USB interface is adapted to receive audio data from the first source; and

an audio circuit adapted to provide the audio data via the FPGA, wherein the video decoder, the audio circuit, the microprocessor, the display, and the memory are operably coupled to the FPGA.

2. The USB display unit of claim 1 further comprising a real-time clock adapted to transmit and receive timing information between the video decoder, the microprocessor and a second memory, wherein the real-time clock is operably coupled to the video decoder, the microprocessor and the second memory.

3. The USB display unit of claim 2, wherein the second memory is adapted to maintain operation code of the microprocessor, and wherein the second memory is operably coupled to the microprocessor and the video decoder.

4. The USB display unit of claim 1 further comprising a power supply module adapted to receive power from an external adapter and create a plurality of voltages to supply the display and a backlight.

5. The USB display unit of claim 4, wherein the backlight is adapted to apply one of the plurality of voltages to tubes adapted to illuminate the display, wherein the tubes are operably coupled to the display.

6. A universal serial bus (USB) display unit comprising:

  a microprocessor with a USB interface, wherein the USB interface is adapted to receive video data from a first source;

  a video decoder adapted to receive other video data from a second source;

  a field-programmable gate array (FPGA) adapted to process and initiate a storing of the video data and the other video data that operate at different data rates;

  memory adapted to store the processed video data and the processed other video data;

  a display adapted to contemporaneously display the stored processed video data and the stored processed other video data; and

  wherein the microprocessor is adapted to transmit the processed other video to the first source via the USB interface, wherein the video decoder, the microprocessor, the display, and the memory are operably coupled to the FPGA.

7. A field-programmable gate array (FPGA) comprising:

  an input adapted to receive video via a video decoder;

  an input adapted to receive video via a universal serial bus (USB) interface;

  an output adapted to store the received videos in memory;

  an input adapted to receive the stored videos; and

  an output to a display, wherein the display is adapted to display the stored videos.

8. The FPGA of claim 7 further comprising logic adapted to read, write, and refresh the stored videos.

9. The FPGA of claim 7 further comprising logic adapted to control a rate the videos are received.

10. The FPGA of claim 7 further comprising logic adapted to enhance the received video by altering at least one of: a contrast, a brightness, a color saturation, a sharpness, and a color space conversion.

11. The FPGA of claim 7 further comprising logic adapted to interact with a time-base of the display.

DL 016265

US 2004/0017333 A1

4

Jan. 29, 2004

12. The FPGA of claim 7 further comprising logic adapted to digitize the received video from the video decoder.

13. The FPGA of claim 7 further comprising logic adapted to control the video between the USB connection and the memory.

14. The FPGA of claim 7 further comprising logic adapted to transmit the video decoder video to a microprocessor operably coupled to the FPGA and the USB interface.

15. The FPGA of claim 7 further comprising logic adapted to enable a user to program parameters on the display.

16. The FPGA of claim 7 further comprising logic adapted to store the videos in the memory as they are received at the FPGA at different data rates.

17. The FPGA of claim 7 further comprising logic adapted to scale the videos to an appropriate display resolution.

18. The FPGA of claim 7 further comprising logic adapted to create, modify and delete functions of the display via commands received from a keyboard interface that is operably coupled to the FPGA.

19. The FPGA of claim 7 further comprising an output to a power supply, wherein the power supply is adapted to create a voltage to contemporaneously display the stored videos.

20. A universal serial bus (USB) display unit comprising:

a monitor;

a video port; and

a USB slave port; wherein the monitor is operably coupled to the unit via the video port and the USB slave port;

wherein the unit operates as a video display when the video port is connected to a video source;

wherein the unit operates as a bitmap display when the USB slave port is connected to a computer; and

wherein the video and the bit map are contemporaneously displayed via the monitor.

21. A method for transferring data between a second module that is operably coupled to a first module and a third module, the method comprising:

converting video into a form that is transferable via a connection between the first module and the second module;

transferring the converted video to the second module via the connection;

displaying the converted video on a display of the second module;

receiving other video at the second module from the third module;

displaying the other video on the display of the second module;

converting the other video into a form that is transferable via the connection; and

transferring the converted other video to the first module via the connection.

22. The method of claim 21 further comprising transferring audio between the first module and the second module via the connection.

23. The method of claim 21 further comprising transferring audio between the third module and the second module via an audio input.

24. The method of claim 21, wherein the converting of the video is performed by an application running on the first module.

25. The method of claim 21, wherein the converting of the other video is performed by an application running on the second module.

26. The method of claim 21, wherein the connection is via a universal serial bus.

27. The method of claim 21, wherein the second module receives the other video via a video input.

28. A method for transferring data between a second module that is operably coupled to a first module and a third module, the method comprising:

displaying video on the first module;

converting the video into a form that is transferable via a universal serial bus (USB) connection between the second module and the first module, wherein the converted video is transferable from the second module to the first module without utilizing a processor and platform of the first module;

transferring the converted video to the second module via the USB connection;

displaying the converted video via the second module;

receiving other video at the second module from the third module via a video input; and

contemporaneously displaying the converted video and the other video via the second module.

* * * * *

DL 016266

# EXHIBIT 13

US 20030120849A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2003/0120849 A1

Roslak et al. (43) Pub. Date: **Jun. 26, 2003**

(54) **PDA PRESENTATION SYSTEM**

(76) Inventors: **Thomas K. Roslak**, Eastport, NY (US); **Dominick Salvato**, North Salem, NY (US); **Michael Sasloff**, Hastings on Hudson, NY (US); **Andrew M. Doorty**, Stony Brook, NY (US); **Charles S. Bolen**, Kings Park, NY (US)

Correspondence Address:
**Glenn F. Frankenberger**
**Symbol Technologies, Inc.**
**One Symbol Plaza A-6**
**Holtsville, NY 11742-1300 (US)**

(21) Appl. No.: 10/155,602

(22) Filed: May 23, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/297,290, filed on Jun. 11, 2001.

**Publication Classification**

(51) Int. Cl.$^7$ ................................................. G06F 13/00
(52) U.S. Cl. ...................................................... 710/303

(57) **ABSTRACT**

An accessory module is provided for connection to the USB docking port of a personal digital assistant (PDA). The accessory unit provides additional functionality to the PDA, and in an exemplary embodiment provides a video driver for retrieving display data from the PDA and generating a video driving signal for a display of the data, for example, for a presentation.



DL 016267

Patent Application Publication      Jun. 26, 2003    Sheet 1 of 8        US 2003/0120849 A1



FIG. 1

DL 016268



FIG. 2

DL 016269



FIG. 3

DL 016270

Patent Application Publication    Jun. 26, 2003  Sheet 4 of 8    US 2003/0120849 A1



F I G. 4



F I G. 5



Fig 6

DL 016271

Patent Application Publication    Jun. 26, 2003    Sheet 5 of 8        US 2003/0120849 A1



FIG. 7



FIG 8

DL 016272



FIG. 9

DL 016273



FIG. 10

DL 016274



Fig. 11

DL 016275

US 2003/0120849 A1

1

Jun. 26, 2003

## PDA PRESENTATION SYSTEM

[0001] This application claims the benefit of Provisional Application Serial No. 60/297,290, filed Jun. 11, 2001.

### BACKGROUND OF THE INVENTION

[0002] This invention relates to accessories for use with programmable digital assistant (PDA) devices. In particular, the invention relates to accessories for displaying images, such as PowerPoint presentations slides, on a display device using a PDA and to accessories for providing additional wireless local area network (WLAN) radio communications and/or bar codes scanning capabilities to a PDA. It is an object of the present invention to provide accessories and methods which expand the capability of a PDA for purposes of making presentations and communicating.

### SUMMARY OF THE INVENTION

[0003] In accordance with the invention, there is provided an accessory for use with a PDA device having a docking connector. The accessory includes an accessory connector arranged to mate with docking connector. The accessory further includes an interface controller connected to the accessory connector and arranged to act as a host to the PDA for receiving display data from the PDA. A video controller is provided in the accessory for receiving the display data from the interface controller and for generating video display signals A video output connector is provider on the accessory for receiving the video display signals and providing them as output signals to a display.

[0004] The accessory connector and video output connector are preferably arranged on a housing and the housing is arranged to mechanically mount to the PDA. In one arrangement, the housing includes first and second extending sidewalls and the sidewalls are arranged to slidingly receive the PDA there between. The accessory may also include a further connector for attachment of a ether accessory. The further accessory may comprise a memory device.

[0005] In accordance with the invention, there is provided an accessory for use with a PDA device having a docking connector. The accessory includes an accessory connector is arranged to mate with the docking connector. An interface controller is connected to the accessory connector and arranged to act as the host to the PDA for sending and receiving data to and from the PDA. An accessory circuit is provided for providing accessory functionality to the PDA.

[0006] In one embodiment, the accessory circuit comprises a radio module. Alternatively, the accessory circuit can include a bar code scanner. In one arrangement, the accessory circuit can include a microcontroller for handling the flow of data to other accessory circuits. The accessory may include a further connector for attachment to a further accessory.

[0007] In accordance with the invention there is provided a method for presenting information on a display connected to a network. Display information is provided on a server connected to the network. A PDA having a wireless connection to the network is provided. The PDA is operated to communicate display commands to the server via wireless network connection, and display information is communicated to the display via the network.

[0008] In one arrangement, the display data is communicated to the display over a wired network. In an alternate arrangement the display data is communicated to the display over a wireless network. In one arrangement, there is provided a further step of identifying a network address of the display to the server. The network address can be provided to the server by providing the PDA with a bar code scanner. The step of identity may include scanning a bar code with the PDA to derive display identification data from the bar code and communicating the display identification data to the server via the wireless connection.

[0009] In accordance with another aspect of the invention, audience feedback during a presentation can be obtained using PDA's having WLAN radios. In one arrangement oral presentation sounds are recorded in a first memory loop having a selected duration. Audience entries on a PDA are recorded in a second memory with the current content of the first memory loop.

[0010] Inquiries may be presented to the audience as part of a presentation or using the PDA.

[0011] In another variation audience feedback entries are recorded with a designation of the last display electronically presented to the audience in a sequence.

[0012] For a better understanding of the present invention, together with other and further objects, reference is made to the following description, taken in conjunction with the accompanying drawings, and its scope will be pointed out in the appended claims.

### BRIEF DESCRIPTION OF TIRE DRAWINGS

[0013] FIG. 1 is a block diagram showing an accessory in accordance with the invention connected between a PDA and a display monitor.

[0014] FIG. 2 is a block diagram showing further details of the PDA and accessory of FIG. 1.

[0015] FIG. 3 is a detailed block diagram showing an alternative accessory arrangement in accordance with the present invention.

[0016] FIG. 4 is a side view showing a possible physical arrangement for the PDA and accessory of FIG. 1.

[0017] FIG. 5 is a top view of the FIG. 4 accessory without the PDA.

[0018] FIG. 6 is a left end view of the FIG. 4 accessory without the PDA.

[0019] FIG. 7 is a perspective view of the accessory of FIGS. 4, 5 and 6 with an upper cover open.

[0020] FIG. 8 is an end view of an alternate embodiment of the accessory of FIGS. 4 through 9.

[0021] FIG. 9 is a block diagram showing a PDA and an alternate accessory configuration.

[0022] FIG. 10 is a block diagram illustrating the use of a PDA in connection with presentation methods according to the invention.

### DESCRIPTION OF THE INVENTION

[0023] FIG. 1, is a block diagram showing a personal digital assistant (PDA) 10 having a connector 12 for docking

DL 016276

2

to a host computer docking port. An accessory module 14 is provided with a connector 16 which is arranged to mate with connector 12 for purposes of providing accessory functions to PDA 10. In the particular arrangement of FIG. 1, accessory module 14 is a video driver module and will be further explained. Video driver module 14 has a video output connector 18, which is a conventional 15 pin video connector. Connector 18 is connected by video cable 20 to a display monitor 22 of the type conventionally used with personal computers. By the use of an accessory 14 with PDA 10, it is possible to make a presentation on a video monitor, such as a PowerPoint type slide presentation, using data stored in PDA 10. Accordingly, an individual can make a presentation to a small group using a computer type video monitor 22, or to a larger group using a computer type projector using accessory 14, which provides the function of the video display driver of personal computer, which is otherwise not available in PDA 10. Accordingly, rather than carrying a bulky notebook type computer for making a presentation, an individual can carry personal digital assistant 10 and a relatively small accessory unit 14 and use a projector or monitor supplied by those he is visiting and to whom the presentation is made.

[0024] Referring to FIG. 2, there is shown a detailed block diagram of the personal digital assistant 10 and video driver accessory 14. PDA 10 includes a central processing unit 24 which includes an application program 26, which may be a program for providing a PowerPoint type presentation. In addition, CPU 24 includes software for driving the universal serial bus port of the PDA 10 which is normally connected to a host computer when the PDA is docked in a host computer. The USB port driver 28 is usually arranged to act as slave unit when the PDA 10 is docked to a host computer. PDA 10 includes a USB peripherally controller 13 and a connector 12 for docking. Accessory unit 14 includes a USB host controller 17 with a connector 16 for mating to connector 12 of PDA 10. Host controller 17 is arranged to emulate the host controller which is used by a personal computer when a PDA is docked, for purposes of data exchange. In accessory unit 14 the USB host controller is used to initiate and control communications with the USB peripheral controller 13 of PDA 10 for purpose of obtaining data therefrom. In contrast to using the RS232 port of the CPU 24 in PDA 10, use of the USB port conventionally used for docking the PDA to a host computer enables a much higher rate of data transfer between PDA 10 and Accessory 14. Accessory 14 includes a video controller 30, which is designed to generate a video signal using data transferred from PDA 10 via USB host controller 17. The output of video controller 30 is a set of video signals which is provided to video connector 18 for subsequent transfer to a video monitor, such as computer monitor 22 or a computer projector, for projecting a display corresponding to the transferred data.

[0025] FIG. 3 is a block diagram of an alternate arrangement for an accessory unit 40 according to the present invention. Accessory 40 is similar to accessory unit 14 of FIG. 2 and corresponding portions thereof are given the same reference numbers. Accessory 40 additional has an onboard microcontroller 42, which may be a one chip microcomputer or may include an appropriately programmed digital signal processor chip. Microcontroller 42 is connected to receive display data alternatively from USB host controller 17 or from flash memory 46 which is

connected to microcontroller 42 by flash connector 44. Accordingly, it is possible to alternately receive data to be displayed by video controller 30 either from PDA 10 or from flash memory 46. PDA 10, can be used to provide signals to control the operation of microcontroller 42 to select the display data to be provided to video controller 30 from either flash memory 46 or from memory within PDA 10 and to control presentation thereof. Accessory 40 of FIG. 2 can optionally include a further connector (60) which would enable the accessory 40 to be connected to a further accessory, such as wireless local area network (WLAN) radio transmitter/receiver or an optical bar code reader for providing data to PDA 10.

[0026] FIGS. 4 through 6 show respectively a side view, a top view and a front view of an advantageous mechanical arrangement for a housing for an accessory to a PDA in accordance with the present invention. The side view of FIG. 4 shows a PDA 10 fitted into the accessory 14. The accessory housing includes extended sides 31 and 33 which are spaced to receive the sides of the PDA as it is inserted into a connector 16 which mates with the docking connector of the PDA. The accessory housing further includes a standard 15 pin video cable connector 18 for connection to a video monitor as discussed above. Referring to FIG. 5, in one arrangement the accessory may include a hinged opening 50 on the top wall thereof which includes a latch 52. As shown in detail in FIG. 7, when latch 15 is opened there is a provided a recess 56 which may receive the flash memory card 46 in the embodiment of FIG. 3. FIG. 8 shows a right side end view of an alternate version of the housing for an accessory 14 wherein a further connector 60 is provided for connection to other accessory units.

[0027] FIG. 9 shows a block diagram of an alternate arrangement of an accessory for operation with a PDA 10. The same reference numerals are used in FIG. 9 as in respect to earlier embodiments. CPU 24 of PDA 10 of FIG. 9 includes a software module 66 which is a radio driver and a software module 64 which is a scanner driver. PDA 10 of FIG. 9 includes a USB peripheral controller 13 and connector 12 which interfaces with connector 16' and USB host controller 17' of accessory unit 71. The USB host controller 17' of accessory 71 is connected to an address/data bus 76 which is also connected to microcontroller 70 and WLAN radio 72 of accessory 71. The input/output interface of microcontroller 70 is coupled to a bar code scan engine 74. Accessory 71 of FIG. 9 interfaces with PDA 10 and provides additional functionality which is not present in PDA 10, such as the WLAN radio 72 and a bar code scan engine 74, or both of them. Host controller 17' acts to control communications through the USB interface between PDA 10 and accessory 71. With accessory 71 attached, PDA 10 can function as a bar code scanner to read bar codes on items and communicate on WLAN radio unit 72 to relay data to a host computer over a wireless network, such as an IEEE type 802.11 wireless local area network, such as the Spectrum 24 network which is available from the assignee of the present invention.

[0028] FIG. 10 illustrates a network system 80 wherein a server 82 is interconnected over a wired network 84 with client computer 86 having a display monitor and with an access point 88 of a wireless local area network. Access point 88 is arranged for wireless data communications with a personal digital assistant 94 having a wireless local area

DL 016277

US 2003/0120849 A1

3

Jun. 26, 2003

network radio and with a wireless capable personal computer 90 having a display monitor. The system 80 of FIG. 10 is arranged to provide the capability of controlling a presentation display on personal computer 86 or personal computer 90 using PDA 94 as a control unit. It should be understood that wired network 84 may be a dedicated proprietary wired network but may also be the internet wherein a server can engage in data communications with personal computer 86 or personal compute 90 in order to provide information thereto.

[0029]  The arrangement of FIG. 10 may use a PDA 94 having an accessory, such as the accessory 71 illustrated in FIG. 9. In particular, PDA 94 is used to control a flow of data from server 82 to a selected personal computer, 86 or 90, using either wired network 84 or a wireless network connected with the server 82 by access point 88. PDA 94 is in communication with access point 88 and it can provide a command to server 82 to download selected data, such as presentation data, for example slide displays, such as Power Point, or a video file, such as an MPEG file, to a selected computer which is accessed by network 84, such as computer 86 or computer 90. In response to the command from PDA 94, server 82 will download data for purposes of, for example, a display on the selected personal computer. In the case of personal computer 86, the data is provided over wired network 84, which may have greater bandwidth, to handle MPEG video segments, for example. In the case of portable computer 90 data may be provided through access point 88 via a WLAN to personal computer 90. Personal computer 90 and/or personal computer 86 or other items may be provided with a bar code 92 for purposes of identifying the personal computer to which server 82 will download data to the display. For example, if the accessory 71 shown in FIG. 9, is provided on PDA 94, by reading bar code 92 on PC 90, PDA is able to send the identification, and consequently, the network address of PC 90 via access point 88 and network 84 to server 82 so that server 82 has an address to which data can be downloaded.

[0030]  In the arrangement and method illustrated in FIG. 10, the communications from PDA 94 to server 82 are in the nature of commands, particularly where the display is made on PC 86, the data to be displayed can be downloaded from server 82 over a high capacity network 84. In addition, the PDA is not required to have the capability of storing and handling what might be a large amount of data for a slide or video presentation. It will be recognized that, as an alternative, where the PDA 94 is provided with both the accessory 14 of FIG. 2 and accessory 71 of FIG. 9, or alternatively, where a WLAN radio is built into the PDA, it is possible to request that server 82 download data to be displayed to PDA 94 and the data can be provided to accessory 14 for generation of a video signal to be provided directly to a display monitor 22 in the configuration of FIG. 1.

[0031]  Another feature of the configuration of FIG. 10 is that members of an audience viewing a presentation can be provided with further PDA devices 96A, 96B, etc. The further PDA devices can communicate with access point 88 over the WLAN and provide audience reaction and feedback as the presentation progresses. In one arrangement server 82 can record feedback data from PDA's 96 associated with the display data currently being presented to coordinate the feedback with the appropriate portion of the presentation. This feedback can be recorded by server 82, or alternatively

provided to the presenter via PDA 94 to give the presenter an indication of whether his message is being positively received and/or understood by the audience members.

[0032]  As an additional feature, the presenter's PDA 94 can be programmed to receive the voice message via microphone and record the voice presentation as digital sound in a continuous memory loop for example, having a length of for example 30 seconds, that overwrites itself. The voice loop segment can be stored along with a feedback reaction, for example if the audience members indicate a lack of comprehension by entries on their PDA's 96. The storage of a voice can be triggered by an indication of a low level of comprehension by the audience. Thereafter the presenter can determine which portions of the presentation need to be expanded or explained in more detail at a future lesson.

[0033]  While there have been described what are believed to be the preferred embodiments of the invention, those skilled in the art will recognize that other and further changes and modifications will be made thereto without departing from the spirit of the invention and it is intended to claim all such changes and modification as fall within the scope of the invention.

I claim:

1. An accessory for use with a PDA device having a docking connector, comprising: an

accessory connector arranged to mate with said docking connector;

an interface controller connected to said accessory connector and arranged to act as a host to said PDA for receiving display data from said PDA;

a video controller for receiving said display data from said interface controller and for generating video display signals; and

a video output connector for providing said video display signals to a display.

2. An accessory as specified in claim 1 wherein said accessory connector and said video output connector are arranged on a housing, and wherein said housing is arranged to mechanically mount to said PDA.

3. An accessory as specified in claim 2 wherein said housing includes first and second extending sidewalls, and wherein said sidewalls are arranged to slidingly receive said PDA there between.

4. An accessory as specified in claim 1 wherein said accessory includes a further connector for attachment of a further accessory.

5. An accessory as specified in claim 1 wherein said further accessory comprises a memory device.

6. An accessory for use with a PDA device having a docking connector, comprising:

an accessory connector arranged to mate with said docking connector;

an interface controller connected to said accessory connector and arranged to act as a host to said PDA for sending and receiving data to and from said PDA; and

an accessory circuit for providing accessory functionality to said PDA

7. An accessory as specified in claim 6 wherein said accessory circuit comprises a radio module.

DL 016278

US 2003/0120849 A1                                                Jun. 26, 2003

4

8. An accessory as specified in claim 6 wherein said accessory circuit comprises a bar code scanner.

9. An accessory as specified in claim 8 wherein said accessory circuit includes a microcontroller.

10. An accessory as specified in claim 6 wherein said accessory includes a further connector for attachment of a further accessory.

11. A method for presenting information on a display connected to a network, comprising:

providing display information on a server connected to said network;

providing a PDA having a wireless connection to said network;

operating said PDA to communicate display commands to said server via said wireless connection; and

communicating said display information to said display via said network.

12. A method as specified in claim 11 wherein said communicating comprises communicating over a wired network from said server to said display.

13. A method as specified in claim 11 wherein said communicating comprises communicating over a wireless network from said server to display.

14. A method as specified in claim 11 further comprising identifying a network address of said display to said server.

15. A method as specified in claim 14, wherein said providing a PDA comprises providing a PDA with a bar code scanner, and wherein said step of identifying comprises scanning a bar code with said PDA, deriving display iden-

tification data from said bar code and communicating said identification data to said server via said wireless connection.

16. A method for obtaining audience feedback during an oral presentation, comprising:

providing at least some audience members with a PDA having a WLAN radio;

recording oral presentation sounds in a continuous first memory loop having a selected duration; and

receiving audience member entries on said PDA and recording said entries in a second memory with the current content of said first memory loop.

17. A method as specified in claim 16 further including presenting inquiries to said audience members on said PDA's to elicit said audience member entries

18. A method for obtaining audience feedback during a presentation using an electronic presentation display comprising:

providing a least some audience members with a PDA having a WLAN radio; and

receiving audience member entries on said PDA's and recording said entries in a memory with a designation of the current display presented.

19. A method as specified in claim 18 further including sending inquiries to said PDA's for presentation to said audience members in coordination with the presentation of said display presentation.

* * * * *

DL 016279

# EXHIBIT 14

US 20020135584A1

(19) **United States**

(12) **Patent Application Publication**    (10) Pub. No.: US 2002/0135584 A1

Lee    (43) Pub. Date:    **Sep. 26, 2002**

(54) **VIDEO GRAPHIC ADAPTOR FOR DRIVING SUB-MONITOR OF DUAL MONITOR USING USB PORT**

(76) Inventor:    Eun Seog Lee, Seoul (KR)

Correspondence Address:
Morton J Rosenberg
Rosenberg Klein & Lee
Suite 101
3458 Ellicott Center Drive
Ellicott City, MD 21043 (US)

(21) Appl. No.:    09/890,255

(22) PCT Filed:    Apr. 2, 2001

(86) PCT No.:    PCT/KR01/00563

(30)    **Foreign Application Priority Data**

Apr. 3, 2000    (KR) ..................................... 2000-17266

**Publication Classification**

(51) Int. Cl.$^7$ ............................. G06T 1/00; G06F 15/00;
G09G 5/39
(52) U.S. Cl. .................................................. 345/531

(57)    **ABSTRACT**

A video graphic adaptor (VGA) using a universal serial bus (USB) port for driving a sub-monitor in a dual monitor including a main monitor and a sub-monitor is provided. The VGA includes a first universal serial bus (USB) port outputting video data in a computer, a second USB port receiving the video data output from the first USB port, a video memory storing the video data input via the second USB port and outputting the stored video data, a random access memory digital-to-analog converter (RAMDAC) for converting the video data stored in the video memory into analog video data and outputting the converted result to the sub-monitor, a controller for controlling the video data input via the second USB port to be stored in the video memory, and then outputting the stored video data to the RAMDAC, and a video BIOS storing control data necessary for operation of the controller.



Patent Application Publication    Sep. 26, 2002    Sheet 1 of 2    US 2002/0135584 A1

# FIG. 1



# FIG. 2



Patent Application Publication    Sep. 26, 2002    Sheet 2 of 2      US 2002/0135584 A1

# FIG. 3



DL 016282

US 2002/0135584 A1                                                    Sep. 26, 2002

1

# VIDEO GRAPHIC ADAPTOR FOR DRIVING SUB-MONITOR OF DUAL MONITOR USING USB PORT

## TECHNICAL FIELD

[0001] The present invention relates to a video graphic adaptor for driving a sub-monitor of a dual monitor using a universal serial bus (USB) port, and more particularly, to a video graphic adaptor for driving a sub-monitor using a universal serial bus (USB) in a dual monitor which is comprised of a main monitor and a sub-monitor.

## BACKGROUND ART

[0002] In general, a computer includes a main board on which a CPU is mounted, a video graphic card, a sound card, an interface card, a storage device, an input device, and an output device such as a monitor and a printer.

[0003] The monitor is a device which enables a user to see predetermined images reproduced according to signals transmitted from the CPU and the video graphic card. A dual monitor used in the present invention includes a main monitor having a relatively wide display area and a sub-monitor having a relatively narrow display area in comparison with the main monitor.

[0004] The main monitor is configured by a 15.1-inch LCD panel and has a 1024×768 resolution, and a sub-monitor is configured by a 6.4-inch LCD panel and has a 640×480 resolution.

[0005] Thus, the main monitor should be driven by a high-performance VGA card in order to transmit video data for displaying a 1024×768 resolution and a 32-bit true color.

[0006] For this purpose, a PCI bus type VGA card has been widely used in the prior art, but an accelerated graphic port (AGP) VGA card is being widely used recently.

[0007] The AGP is a video graphic adaptor which is designed to have a transmission rate of 66-133 MHz by improving an existing PCI bus and to operate at a "no wait" mode, to thereby improve a data transmission rate between a main board and a graphic card greatly and thus efficiently process a large amount of video data.

[0008] However, the sub-monitor may transmit a relatively small amount of data in comparison with the main monitor, and thus need not utilize a high-performance VGA.

[0009] Also, a single personal computer (PC) includes a single monitor basically, in which only a single accelerated graphic port (AGP) VGA port is set. Thus, a PCI type VGA should be used as another VGA which is necessary for connecting two or more monitors. In addition, in the case that there is no further PCI slots to be used, a VGA using an E-IDE slot should be used.

[0010] Most of PCs are provided with one AGP slot, three PCI slots, and one E-IDE slot.

[0011] Thus, when a scanner, a sound card and a LAN card are connected are connected in the PCI type slots, respectively, and a modem is connected in the E-IDE slot, the number of slots may lack in order to connect a separate

VGA. As being the case, there may be no bus slot in the case when a user connects and uses other kinds of peripheral devices.

[0012] In order to solve the above problems, to monitors are connected by using a VGA having a dual output port. However, in this case, a separate dual output port VGA should be provided.

[0013] Also, if a high-performance VGA is used in order to drive a sub-monitor as described above, in comparison with display surroundings of the sub-monitor, the VGA performance and processing capacity may be wasted since the sub-monitor requires a relatively small amount of necessary data.

[0014] Thus, video data may be processed by using a USB port having a new standardized specification which can transmit a larger number of data in comparison with an existing serial port or parallel port. However, a video graphic adaptor for this purpose has not been developed commercially.

## DISCLOSURE OF THE INVENTION

[0015] To solve the above problems, it is an object of the present invention to provide a video graphic adaptor (VGA) for driving a sub-monitor in a dual monitor using a universal serial bus (USB) port, to thereby enhance an efficiency of using personal computers (PCs), in which the dual monitor includes a main monitor for displaying video data thereon and a sub-monitor for displaying a relatively smaller amount of video data thereon, which are connected to a single PC, respectively and a VGA using the USB port is used as the VGA for driving the sub-monitor.

[0016] To accomplish the above object of the present invention, there is provided a video graphic adaptor (VGA) for driving a sub-monitor having a relatively low resolution in comparison with a main monitor having a relatively high resolution, in which the sub-monitor VGA is connected to a main VGA in a computer for processing a relatively large amount of video data and outputting the processed video data, to thereby display video data thereon, the video graphic adaptor (VGA) comprising: a first universal serial bus (USB) port outputting video data in a computer; a second USB port receiving the video data output from the first USB port; a video memory storing the video data input via the second USB port and outputting the stored video data; a random access memory digital-to-analog converter (RAM-DAC) for converting the video data stored in the video memory into analog video data and outputting the converted result to the sub-monitor; a controller for controlling the video data input via the second USB port to be stored in the video memory, and then outputting the stored video data to the RAMDAC; and a video BIOS storing control data necessary for operation of the controller.

[0017] The VGA according to the present invention further comprises a power supply for producing and supplying power necessary for operations of the controller, the video BIOS, the RAMDAC and the video memory. The power supply is an AC-DC converter for receiving separate external power and converting the same into power necessary for operations of the controller, the video BIOS, the RAMDAC and the video memory. Alternatively, the power supply is a DC-DC converter for receiving the power supplied from the

DL 016283

2

first USB port in the computer via the second USB port and converting the received power into power necessary for operations of the controller, the video BIOS, the RAMDAC and the video memory.

[0018] The controller monitors the video data input via the second USB port and changes an operational mode of the sub-monitor into a standby mode by using the power supply, if new video data is not input for a predetermined time or more, to thereby perform a power saving function. Alternatively, the controller controls the power supply to stop the functions of operating the sub-monitor and the self-operation if the video data is not supplied from the computer, to thereby perform a power saving function.

[0019] Also, the controller, the video BIOS, the RAMDAC and the video memory are configured into a one-chip.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0020] The above object and other advantages of the present invention will become more apparent by describing the preferred embodiments thereof in more detail with reference to the accompanying drawings in which:

[0021] FIG. 1 is a block diagram for explaining a video graphic adaptor (VGA) port for driving a sub-monitor in a dual monitor using a universal serial bus (USB) according to the present invention;

[0022] FIG. 2 is a block diagram for explaining a configuration of a USB VGA according to the present invention; and

[0023] FIG. 3 is a block diagram for explaining another configuration of a USB VGA according to the present invention.

## BEST MODE FOR CARRYING OUT THE INVENTION

[0024] A preferred embodiment of the present invention will be described below with reference to the accompanying drawings.

[0025] As peripheral devices are diversified in recent PC surroundings, the physical space of slots for connecting card type devices used in an existing PC surroundings and ports for connecting a printer, a mouse and so on has become insufficient. Further, a number of peripheral devices cannot be connected due to lack of IRQs necessary when peripheral devices are used in the PC surroundings. To solve the above problems, a new device connection method called a universal serial bus (USB) has been developed.

[0026] Peripheral devices can be easily connected with the USB via a hub from the exterior of a computer. The PC using the USB can be connected to one hundred twenty-seven peripheral devices at maximum. Also, peripheral devices can be designed based on a common interface provided by the USB, with a result that designers or developers can reduce burdens on new interface development and collision with existing peripheral devices, and support a plug and play (PnP) function more easily. Accordingly, users can install peripheral devices easily via a hub without opening the inside of the computers.

[0027] The USB having the above features has a channel speed of 12 Mbps and a sub-channel speed of 1.5 Mbps at

maximum. The USB enables users to connect at maximum 127 peripheral devices to a computer, and the length of cable becomes 5m or so, which is a next-generation interface which can replace an existing serial/parallel port.

[0028] In particular, the USB can support a PnP function perfectly, so that users do not need set jumpers, IRQs, addresses and so on. Further, all peripheral devices can be connected by identical USB connectors and cables, and can be connected and disconnected freely from the computer even at the time when power is turned on irrespective of a sequence of connections. In addition, the connection sequence is automatically recognized in the bios and operating system in the PC, and thus the peripheral devices are automatically installed without requiring a separate installation work. That is, as soon as a peripheral device is fitted into a USB terminal, the system recognizes the identification data of the peripheral device, and as soon as the peripheral device is disconnected from the USB terminal, it is reported to the system that the peripheral device has been disconnected.

[0029] Moreover, since a maximum data transfer rate becomes 360-480 Mbps in the case of USB 2.0 which is a new USB specification, a sufficient data transfer rate is secured so that video data for a sub-monitor 34 can be processed as in the present invention.

[0030] Prior to describing a video graphic adaptor using a USB port having the above-described features for driving a sub-monitor in a dual monitor, according to the present invention, a dual monitor 30 employed in the present invention will be described below.

[0031] As shown in FIG. 1, a dual monitor includes a main monitor 32 configured by a 15.1-inch LCD panel and having a 1024×768 resolution, and a sub-monitor 34 configured by a 6.4-inch LCD panel and having a 640×480 resolution.

[0032] The main monitor 32 displays video data output by a main video graphic adaptor (VGA) 14 mounted on a computer 10, and the main VGA 14 is configured by an accelerated graphic port (AGP) VGA or a PCI VGA.

[0033] The sub-monitor 34 is driven by a USB VGA 40 for receiving the video data output via a first USB port 12 in the computer 10 and processing the received video data to then output the processed result.

[0034] Thus, a cable 20 connecting the computer 10 and the dual monitor 30 includes a main video cable 22 connecting the main VGA 14 and the main monitor 32, and a USB cable 24 connecting a first USB port 12 of the computer and a second USB port 42 of the USB VGA 40.

[0035] Also, the USB VGA 40 and the sub-monitor 34 are connected by a separately auxiliary video cable 26.

[0036] As shown in FIG. 2, the USB VGA 40 includes the second USB port 42 which is connected to the first USB port 12 of the computer 10 by the USB cable 24, for receiving video data, a video memory 45 storing the video data input via the second USB port 42 and outputting the stored video data, a random access memory digital-to-analog converter (RAMDAC) 44 for converting the video data stored in the video memory into analog video data and outputting the converted result to the sub-monitor 34, a controller 41 for controlling the video data input via the second USB port 42

DL 016284

3

to be stored in the video memory 45, and then outputting the stored video data to the RAMDAC 44, a video BIOS 43 for storing control data necessary for operation of the controller 41, and a power supply 46 for producing and supplying power necessary for operations of the controller 41, the video BIOS 43, the RAMDAC 44, and the video memory 45.

[0037] Here, the power supply 46 may be an AC-DC converter for receiving separate external power and converting the same into power necessary for operations of the components such as the controller 4, the video BIOS 43, the RAMDAC 44 and the video memory 45, to thereby supply the converted result to the components, or may be a DC-DC converter for receiving the power supplied from the first USB port 12 in the computer 10 via the second USB port 42 and converting the received power into power necessary for operations of the components, to thereby supply the converted result to the components.

[0038] In the case of the AC-DC converter receiving separate external power and converting the received power into an appropriate voltage thereby supplying the converted result to the components in order to be used as the operational voltages of the components as shown in FIG. 2, a sufficient power can be supplied, which thus does not cause any problems. However, the power of DC 5V voltage and 500 mA current at maximum supplied via the first USB port 12 of the computer 10 limits an amount of current which can be available stably into 100 mA. Accordingly, in the case that the power consumption of the components is larger than the limited value, inappropriate problems may happen.

[0039] Thus, a power supply system is determined considering the power consumption of the USB VGA 40.

[0040] Meanwhile, the controller 41 monitors the video data input via the second USB port 42 and changes an operational mode of the sub-monitor 34 into a standby mode by using the power supply 46, if new video data is not input for a predetermined time or more, to thereby perform a power saving function. Alternatively, the power supply 46 does not need to operate if the video data is not supplied from the computer 10, and the operational power is interrupted in order to make the USB VGA 40 as well as the sub-monitor 34 stop the operations thereof, to thereby perform a power saving function.

[0041] The above embodiment has been described with respect to the case that each chip set is used to configure the USB VGA 40. However, since the USB VGA 40 may be designed to perform only a particular function and to have a specification of processing a smaller amount of video data, the components which can be integrated together, for example, the controller 41, the video BIOS 43, the RAMDAC 44 and the video memory 45 are configured into a one-chip.

## INDUSTRIAL APPLICABILITY

[0042] As described above, the present invention realizes an auxiliary VGA for driving a sub-monitor by using a USB mode in a dual mode monitor including a main monitor having a relatively high resolution and a sub-monitor having a relatively low resolution, to thereby solve the problems of lacking in the number of the slots in the computer. Also, the present invention processes video data having a low resolution, so as to be embodied by a low-specification chip set.

[0043] As described above, the present invention has been described with respect to the above-described particularly preferred embodiment. However, the present invention is not limited in the above-described embodiment. It is apparent to one who is skilled in the art that there are many variations and modifications, without departing off the spirit of the present invention.

1. A video graphic adaptor (VGA) for driving a sub-monitor having a relatively low resolution in comparison with a main monitor having a relatively high resolution, in which the sub-monitor VGA is connected to a main VGA in a computer for processing a relatively large amount of video data and outputting the processed video data, to thereby display video data thereon, the video graphic adaptor (VGA) comprising:

a first universal serial bus (USB) port outputting video data in a computer;

a second USB port receiving the video data output from the first USB port;

a video memory storing the video data input via the second USB port and outputting the stored video data;

a random access memory digital-to-analog converter (RAMDAC) for converting the video data stored in the video memory into analog video data and outputting the converted result to the sub-monitor;

a controller for controlling the video data input via the second USB port to be stored in the video memory, and then outputting the stored video data to the RAMDAC; and

a video BIOS storing control data necessary for operation of the controller.

2. The video graphic adaptor of claim 1, further comprising a power supply for producing and supplying power necessary for operations of the controller, the video BIOS, the RAMDAC and the video memory.

3. The video graphic adaptor of claim 2, wherein said power supply comprises an AC-DC converter for receiving separate external power and converting the same into power necessary for operations of the controller, the video BIOS, the RAMDAC and the video memory.

4. The video graphic adaptor of claim 2, wherein said power supply comprises a DC-DC converter for receiving the power supplied from the first USB port in the computer via the second USB port and converting the received power into power necessary for operations of the controller, the video BIOS, the RAMDAC and the video memory.

5. The video graphic adaptor of any one of claims 1 through 4, wherein said controller monitors the video data input via the second USB port and changes an operational mode of the sub-monitor into a standby mode by using the power supply, if new video data is not input for a predetermined time or more, to thereby perform a power saving function.

6. The video graphic adaptor of any one of claims 1 through 4, wherein said controller controls the power supply to stop the functions of operating the sub-monitor and the self-operation if the video data is not supplied from the computer, to thereby perform a power saving function.

7. The video graphic adaptor of claim 1, wherein the controller, the video BIOS, the RAMDAC and the video memory are configured into a one-chip.

*  *  *  *  *

DL 016285

# EXHIBIT 15



Case 5:07-cv-01998-RMW    Docu

## *Affordable, versatile and easily expandable...*
## The IBM Personal Computer

Your first personal computer should be an affordable, versatile and easily expandable system... whether you're buying it for business, educational, entertainment, professional or personal needs.

The IBM Personal Computer is all that and more. It provides advanced design features and a variety of productive program packages which add to the rewards and enjoyment of having a computer of your very own.

The IBM Personal Computer can be used at work, at home, in the classroom or the lab. And it can be placed just about anywhere—on a table, a desk or any other convenient work surface. It offers:

- High-speed, high-performance, 16-bit microprocessor which handles information quickly and efficiently
- Detached, 83-key adjustable keyboard which makes it easy to provide instructions to the computer
- Large-capacity permanent memory (40,060 characters) and expandable user memory (from 16,384 to more than 524,288 characters)
- High-resolution display of information, color and graphics (with appropriate color monitor)
- Printing capability for producing graphics, letters, reports and other documents
- Communications capability for accessing outside information services and host systems or other remote devices
- Space for one or two optional diskette drives to record information and run programs stored on 5¼-inch diskettes—as well as room for additional capabilities and more memory via optional plug-in adapters
- Diagnostic capabilities that automatically check the system components—including Power-on Self-testing and parity checking

## Easy does it

IBM put more than 30 years of experience and knowledge about computers into the IBM Personal Computer—not to make it complicated, but to make it easy.

*Easy to set up.* The basic components of the IBM Personal Computer—System Unit and keyboard, as well as the optional IBM Monochrome Display and the IBM Graphics Printer—can be quickly connected and ready to use in a matter of minutes. The System Unit plugs into a standard grounded outlet. Plug it in, turn it on...your IBM Personal Computer is ready to go.

*Easy to learn.* You don't have to be a computer expert to learn how to use your IBM Personal Computer. You, or any member of your family, can do it—with just a little time and practice. A special set of easy-to-understand instructional materials is provided by IBM to help take the mystery out of computing and to familiarize you with your IBM Personal Computer.

*Easy to use.* The IBM Personal Computer comes with an enhanced version of the popular BASIC programming language. BASIC is an easy-to-use language for interacting with your personal computer. It's also ideal for writing your own programs. Programming languages such as COBOL, MACRO Assembler, FORTRAN and Pascal are available for more advanced programming.

*Easy to service.* IBM and a nationwide network of Authorized IBM Personal Computer Dealers will provide the high standards of warranty service associated with all IBM products. In addition, post-warranty service will be offered by IBM and participating authorized dealers.



## Check us out

Together, you and your IBM Personal Computer can make a powerful team. For flexibility, performance and ease of use, the IBM Personal Computer offers many advanced capabilities. The box below briefly explains why.

---

### IBM Personal Computer Specifications

**User Memory (RAM)**
- 16KB to more than 512KB

**Permanent Memory**
- (ROM) 40KB

**Microprocessor**
- High-speed, 16-bit (8088)

**Auxiliary Storage**
One or two optional 5¼″, double-density, single-sided 160KB or double-sided 320KB diskette drives

**Keyboard**
- 83 keys, 6′ cord attaches to System Unit
- 10 function keys
- 10-digit numeric pad
- Tactile and audio feedback

**Display Screen**
- High resolution (720h x 350v) 80 characters x 25 lines
- 256 characters and symbols
- Anti-glare screen, green phosphor characters

**Diagnostics**
- Power-on Self-testing
- Parity checking

**Operating Systems**
- DOS, UCSD p-System, CP/M-86

**Languages**
BASIC, COBOL, MACRO Assembler, FORTRAN, Pascal

**Printer**
- Graphics capability
- Bi-directional 80 characters/second
- 18 character styles, up to 132 characters/line
- 9 x 9-dot character matrix

**Color/Graphics**
*Text mode:*
- 16 foreground and 8 background colors
- 256 characters and symbols
*Graphics mode:*
- 4-color resolution: 320h x 200v
- Black-and-white resolution: 640h x 200v
- Simultaneous graphics and text capabilities

**Communications**
RS-232-C interface Asynchronous (start/stop) protocol Up to 9600 bps

- Advanced features for personal computers

---

## The basic components

*System Unit.* This compact unit houses the 16-bit microprocessor, permanent or Read Only Memory, user or Random Access Memory, power supply, a speaker for audio and music applications—plus the five expansion slots which allow you to easily expand your system via optional plug-in adapters.

Case 5:07-cv-01998-RMW    Do(

The System Unit also contains an interface for attaching a home audio cassette recorder/player[1] to record information and run programs stored on audio cassette tapes. One or two diskette drives can also be mounted in the System Unit for rapid access to programs and data recorded on single-sided, double-density, 5¼-inch diskettes (160KB capacity); and/or double-sided, double-density 5¼-inch diskettes (320KB capacity).

**Keyboard.** The IBM Personal Computer is controlled from a detached, 83-key typewriter-like keyboard. The slim keyboard comes with a six-foot coiled cable that allows you to place it practically anywhere, even in your lap. You can also adjust the typing angle to suit your working position. For added ease of operation, the keyboard includes a 10-digit numeric calculator pad and 10 special "function" keys for activating commonly repeated tasks.

**Monochrome Display.** With an optional plug-in adapter, the IBM Monochrome Display can be attached to your IBM Personal Computer for viewing up to 25 lines of information with 80 characters per line. This high-resolution display is powered by the System Unit. For reading comfort, it features green phosphor characters on an 11½-inch (diagonal measurement) anti-glare screen—plus brightness and contrast controls.

**Graphics Printer.** The IBM Graphics Printer is a versatile, low-cost, quality matrix printer that enables you to print both graphic images and an extensive range of text characters. Operating at up to 80 characters per second, this bi-directional printer can print 18 character styles. It also provides you with four modes of all points addressable graphics. This printer connects to your computer via the same adapter that allows you to attach the IBM Monochrome Display, or via a separate printer adapter.



## Flexibility *plus*

Your IBM Personal Computer is easily "expandable" as your needs develop and change.

For example, a starter system consisting of a keyboard and System Unit with 16,384 characters (16KB) of user memory can be connected to a black-and-white or color television set[†] by using an RF modulator.[†] You can also attach an audio cassette recorder/player as an input/output device.

As needed, you can use optional plug-in adapters to:
- Increase addressable user memory to more than 524,288 characters (more than 512KB) of information
- Add one or two single- and/or double-sided diskette drives to handle 5¼-inch diskettes—a double-sided diskette can store up to 327,680 characters (320KB), which is equivalent to approximately 164 double-spaced 8½ x 11-inch typewritten pages; a single-sided diskette can store one-half that amount of information
- Attach the IBM Monochrome Display and IBM Graphics Printer to your computer system
- Display up to 16 colors for text applications, and two levels of graphics in black-and-white and color—using a TV set equipped with an RF modulator, medium- or high-resolution video monitor[†] or an RGB monitor[†]
- Attach multiple printers for more demanding hard-copy requirements
- Connect joysticks[†] or game paddles[†]
- Take advantage of information retrieval services such as the Dow Jones News/Retrieval* Service, THE SOURCE (a product of Source Telecomputing Corporation) and The New York Times On-Line data base (a product of The New York Times Information Service)

[*]Dow Jones News/Retrieval is a registered trademark and Dow Jones is a trademark of Dow Jones & Company, Incorporated.

## Carefully selected programs

With the IBM Personal Computer, you can choose from a broad range of program packages which have been carefully selected by IBM to satisfy a variety of business, educational, professional, entertainment and personal needs. In addition, there's a selection of operating systems and language compilers available for developing your own programs or running programs which have already been developed.

Following you'll find a listing of the growing number of application and system software packages available for the IBM Personal Computer.

**Business programs**

Accounting System by Peachtree Software
Incorporated:
- General Ledger
- Accounts Receivable
- Accounts Payable
- Inventory Control
- Payroll

Accounting System by BPI Systems, Incorporated:
- General Accounting
- Accounts Receivable
- Inventory Control
- Payroll
- Job Cost

**Professional/Personal programs**

- VisiCalc*
- EasyWriter*
- Microsoft Adventure
- Microsoft Decathlon
- Diskette Librarian
- Casino Games
- Dow Jones* Reporter
- Time Manager*
- Communications
- Adventure in Serenia
- Personal Editor
- Microsoft Multiplan

**Educational programs**

- Arithmetic Games
- Typing Tutor
- Fact Track*

**System programs**

- Disk Operating System (supports BASIC, COBOL, MACRO Assembler, FORTRAN and Pascal)
- UCSD p-System* (supports UCSD Pascal* and FORTRAN-77)
- CP/M-86*
- BASIC Programming Development System

*VisiCalc is a trademark of VisiCorp. EasyWriter is a trademark of Information Unlimited Software, Incorporated. Dow Jones is a trademark of Dow Jones & Company, Incorporated. Time Manager is a trademark of the Image Producers, Incorporated. Multiplan is a U.S. trademark of Microsoft Corporation. Fact Track is a trademark of Science Research Associates, Incorporated. UCSD p-System and UCSD Pascal are trademarks of the Regents of the University of California. CP/M-86 is a trademark of Digital Research, Incorporated.

## The next step

Find out how the IBM Personal Computer can be put to effective use in your home...your office... the classroom...the lab...wherever it makes sense for you. Ask your Authorized IBM Personal Computer Dealer for more details. And, while you're at it, have your IBM Personal Computer Dealer provide you with a "hands-on" demonstration--so you can see for yourself how you and your IBM Personal Computer make a creative and productive team.

[1] Video monitors, TV sets, audio cassette recorder/players, modems, joysticks, game paddles and RF modulators are not part of the IBM Personal Computer offering and must be purchased separately.

Case 5:07-cv-01998-RMW    Doc

©1982
International
Business
Machines
Corporation

Printed in the
United States
of America
11-82
All Rights
Reserved

6936631

Authorized IBM Personal Computer Dealer

IBM

# EXHIBIT 16

**IBM (Information Systems Division, Entry Systems Business) Press Release, August 12, 1981**

PERSONAL COMPUTER ANNOUNCED BY IBM

NEW YORK, August 12 -- IBM Corporation today announced its smallest, lowest-priced computer system -- the IBM Personal Computer.

Designed for business, school and home, the easy-to-use system sells for as little as $1,565. It offers many advanced features and, with optional software, may use hundreds of popular application programs.

The IBM Personal Computer will be sold through participating ComputerLand dealers and Sears, Roebuck and Co.'s new business machine stores beginning this fall. It will also be sold through IBM Product Centers and a special sales unit in the company's Data Processing Division.

"This is the computer for just about everyone who has ever wanted a personal system at the office, on the university campus or at home," said C. B. Rogers, Jr., IBM vice president and group executive, General Business Group. "We believe its performance, reliability and ease of use make it the most advanced, affordable personal computer in the marketplace."

IBM has designed its Personal Computer for the first-time or advanced user, whether a business-person in need of accounting help or a student preparing a term paper.

An enhanced version of the popular Microsoft BASIC programming language and easily understood operation manuals are included with every system. They make it possible to begin using the computer within hours and to develop personalized programs quite easily.

Among the new system's highlights are:

o    Features: Available with the system are an 83-key adjustable keyboard, up to 262,144 characters of user memory (16,384 standard), a printer that can print in two directions at 80 characters per second, self-testing capabilities that automatically check the system components and a high-speed, 16-bit microprocessor.

o    Performance: Operating at speeds measured in millionths of a second, the IBM Personal Computer can generate and display charts, graphs, text and numerical information. Business applications -- including accounts receivable and word processing -- can be run on the same system with applications covering personal finance and home entertainment.

o    Service: The IBM Personal Computer will be serviced by IBM and by a nationwide network of authorized IBM Personal Computer dealers designed to provide the high standards of service associated with all IBM products.

2408PR01

o     Color/Graphics: The capabilities provide users with a text system capable of displaying 256 characters in any of 16 foreground and 8 background colors. It is also capable of displaying graphics in four colors.

o     Compact Size: The main processor or system unit -- about the size of a portable typewriter -- contains expandable memory and a built-in speaker for audio and music applications.

o     Expandability: A starter system consisting of a keyboard and system unit can be connected to a home television set with a frequency modulator. It can then be expanded to a system with its own display, printer and auxiliary storage cassettes or diskettes. The computer can be used with color or black-and-white television sets. Information from centralized data banks such as Dow Jones News/Retrieval Service* and THE SOURCE* can be accessed and displayed.

The system's keyboard comes with a six-foot, coiled cable for flexibility. It can be used in the lap or positioned across a desk top without moving the computer itself. The 83 keys make it easy to write and edit text, enter data ranging from stock analysis to cooking recipes, figure business accounts, or play video games.

The optional IBM display and printer are attachable units. The display has an anti-glare screen, green phosphor characters for reading comfort and controls for brightness and contrast. Automatic flashing and underlining can be used to call attention to especially important information on the screen.

The printer provides 12 type styles. Both printer and system unit can run self-diagnostic checks so users can verify that components are functioning properly.

### Software for Business and Home

"We intend the IBM Personal Computer to be the most useful system of its kind," Mr. Rogers said. "Besides making it easy to set up and operate, we are offering a program library that we expect will grow with the creativity of the Personal Computer users."

Mr. Rogers said IBM has established a new Personal Computer Software Publishing Department for the system. It will publish programs written by IBM employees working on their own time and those accepted from independent software companies and outside authors.

Program packages available for the IBM Personal Computer cover popular business and home applications. For example, EasyWriter* will store letters, manuscripts and other text for editing or rapid reproduction on the printer. Businesses can use General Ledger, Accounts Payable and Accounts Receivable by Peachtree Software, Inc. to generate balance sheets, track accounts and automatically print checks.

VisiCalc* is available for applications ranging from financial analysis to budget planning. Microsoft Adventure brings players into a fantasy world of caves and treasures.

2408PR01

Advanced Operating Systems

IBM, in conjunction with Microsoft, Inc., has adapted an advanced disk operating system to support IBM Personal Computer programs and software development. It has also contracted with Digital Research, Inc. and SofTech Microsystems, Inc. to adapt the popular CP/M-86* and UCSD p-System* to the Personal Computer. These two systems should provide users with the opportunity to transfer hundreds of widely used applications to the IBM Personal Computer with minimal modifications.

The IBM Personal Computer can be tailored to fit the user's needs. A basic system with color graphics for home use attached to an audio tape cassette player and a television set would sell for approximately $1,565, in IBM Product Centers, while a more typical system for home or school with color graphics, a memory of 64,000 bytes, a single diskette drive and the IBM Disk Operating System would be priced at $2,665. An expanded system for business with two diskette drives, an IBM display and a printer would cost $4,425.

The IBM Personal Computer was developed at the Information Systems Division's Boca Raton, FL, facility and first deliveries will be scheduled for October.

# # #

· Trademarks:
THE SOURCE - Source Telecomputing Corp.
Dow Jones News/Retrieval Service - Dow Jones and Company, Inc.
EasyWriter - Information Unlimited Software, Inc.
VisiCalc - Personal Software, Inc.
CP/M-86 - Digital Research, Inc.
UCSD p-System - Regents of the University of California

IBM PERSONAL COMPUTER FACT SHEET

System Unit

| | |
|---|---|
| Size: | Width -- 20", Depth --16", Height -- 5.5" |
| Weight: | Without diskette drive -- 21 lbs. |
| | With one drive -- 25 lbs. |
| | With two drives -- 28 lbs. |
| Electrical: | 120 V. AC |
| Cycle Time: | Main storage -- 410 nanoseconds |
| | Access -- 250 nanoseconds |
| Memory: | 40K built-in read only memory (ROM) |

2408PR01

16K to 256K user memory

Standard:

    Keyboard for data and text entry
    Cassette player jack for cassette attachment
    Five expansion slots for additional memory and
     display, printer, communications and game adaptors
    Built-in speaker for musical programming
    Power-on automatic self-test of system components
    BASIC language interpreter, 16K memory

Keyboard

Size:    Width -- 20", Depth -- 8", Height -- 2"

Weight:   6 lbs.

Keys:   83 full-function for data and text entry: includes 10 for numeric entry and cursor control and 10 special function for scrolling, editing, etc. Easy access to 256 characters (ASCII and Special)

Keyboard:   Adjustable typing angle
Detached from system unit and connected by six-foot
 cable for flexibility
All keys automatically repeat

Matrix Printer

Size:    Width -- 16", Depth -- 15", Height -- 4"

Weight:   12.5 lbs.

Features:

    80 characters-per-second printing
    Continuous feed, multi-part paper
    Self-diagnostic checks to assure proper operation
    12 type styles to suit various printing needs
    Page spacing and column skip for word processing
    Bi-directional printing for increased speed
    40, 66, 80 or 132 characters-per-line formats
    Out-of-paper alarm
    Replaceable ribbon cartridge and print head

Monochrome Display

Size:    Width -- 15", Depth -- 14", Height -- 11"

2408PR01

Weight:    17 lbs.

Display Functions:

25 lines of 80 characters on 11½" screen
Underlining, high intensity blinking characters and reverse image for highlighting
    information
Non-display for security data
Upper and lower case display for word processing
Brightness and contrast controls for reading comfort

Diskette Drive

Number of diskettes: Up to two 5¼" diskette drives
Storage capacity: 160 kilobytes per diskette

Other Options

Communications:        Asynchronous communication line with data bases, other computers,
                       laboratory instruments or other products using a standard RS-232C
                       asynchronous adaptor

Games:        Permits user-supplied joy sticks and paddles to be connected to the system

Note:        All weights and measurements are approximate

SOFTWARE

System Software

BASIC Interpreter — Based on the popular Microsoft Basic and offered in three versions --
cassette, diskette and advanced.

The cassette level is included in the read-only memory of every system and provides input/output
instructions needed to enter and retrieve data. It also supports use of the keyboard, display, light pen and
printer and provides a full complement of editing and mathematical functions.

The diskette and advanced levels are optional. The diskette extension supports the use of
diskettes, while adding date, time of day and communications capabilities to the system. The advanced
extension enhances the display graphics to include features such as point, circle and get/put display,
while increasing light pen and joy stick support for design work and home entertainment.

Disk Operating System (DOS) -- DOS supports one or more diskette drives, allowing the user to
write or read from the system's removable diskettes, display a directory and rename, erase, display or
copy files.

2408PR01

Pascal Compiler -- This language compiler allows separate compilations of program elements for maximum system performance. In addition, it supports several programming features for advanced programming work.

CP/M-86* and UCSD p-System* -- IBM has contracted with Digital Research, Inc. and SofTech Microsystems, Inc. to make CP/M-86 and the UCSD p-System available for the IBM Personal

Computer. We expect their availability will provide the opportunity for many current applications to be transferred to the IBM Personal Computer with minimal modifications.

## Application Software

VisiCalc* is a problem-solving program package for financial or mathematical forecasting and computations. All data is arranged into a grid of up to 63 columns and 254 rows and interrelated so that users may create "what if" situations that will show the effect of one changed element on the remainder of the data. VisiCalc has vertical or horizontal scrolling, easy cursor movement and the ability to vary formats.

General Ledger by Peachtree Software, Inc. keeps detailed records of financial transactions and generates a balance sheet and income statement, providing timely information on a company's financial status. It has "menu" instructions for its programs, password security, departmental income statements, and the ability to compare prior-year budgets.

Accounts Receivable by Peachtree Software, Inc. is a complete invoicing and monthly statement generating package that tracks current and old accounts. A complete record is maintained for each customer and the current status of each customer account is instantly available. A complete set of "prompts" allows inexperienced operators to make full use of the system with minimal instruction.

Accounts Payable by Peachtree Software, Inc. keeps track of current and old accounts, incorporating programs to maintain a complete record for each vendor and determines vouchers to pay by due date. It also will automatically print payment checks and maintain a check register.

EasyWriter* is a versatile, easy-to-use application that lets users process words and text quickly. EasyWriter functions are highlighted and prompted from menus listing all needed commands. Texts are maintained on diskette files which can be saved, retrieved, deleted, printed, revised, linked and appended. The simple text entry and text editor are combined with the flexibility of formatting to allow users with varied skill levels, from hobbyist to typist, to be productive quickly.

Microsoft Adventure provides the IBM Personal Computer with a role-playing fantasy game. The game setting is a vast network of caves beneath the earth and the land outside. The fantasy world contains 130 rooms or nodes, 15 treasures, 40 useful objects and 12 problems to solve. The program allows players to store the status of two games on a diskette. It will provide useful hints, instructions and feedback on a player's progress.

Communications software allows users to access external data like Dow Jones News/Retrieval* and THE SOURCE* for information and to communicate with other computers. To enhance this communication capability with larger systems, IBM also said it intends to provide a full subset of 3270 emulation capabilities.

2408PR01

• Trademarks:
     VisiCalc - Personal Software, Inc.
     EasyWriter - Information Unlimited Software, Inc.
     Dow Jones News/Retrieval Service - Dow Jones and Company, Inc.
     THE SOURCE - Source Telecomputing Corp.
     CP/M-86 - Digital Research, Inc.
     UCSD p-System - Regents of the University of California

## IBM TO PUBLISH USER-GENERATED
## PROGRAMS FOR PERSONAL COMPUTER

NEW YORK, August 12 -- Computer program authors who write applications for the IBM Personal Computer may have them considered for publication by the company's new Personal Computer Software Publishing Department.

IBM employees and external authors -- from professional programmers to hobbyists -- can submit programs for consideration.

The new department was formed to ensure that IBM Personal Computer users will have a continually expanding library of quality applications. It will complement software marketed by independent software firms and will provide an opportunity for authors to have their programs published by IBM.

Software submission information packets provide additional information and submission instructions and are needed by authors before they submit programs to IBM. Packets will be available for outside authors about September 30 and can be obtained by writing IBM Personal Computer Software Submissions, Dept. 765, Armonk, New York 10504.

# # #

2408PR01