1
2
3
4
5
6

**WANG, HARTMANN, GIBBS & CAULEY, P.C.**
A Professional Law Corporation
Richard F. Cauley (SBN: 109194)
Franklin E. Gibbs (SBN: 189015)
Peter O. Huang (SBN: 203999)
Erick P. Wolf (SBN: 224906)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281
rcauley@whglawfirm.com

7
8

Attorneys for Defendant and Counterclaim
Plaintiff, Magic Control Technology Corporation

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN JOSE DIVISION**

12

DISPLAYLINK CORPORATION, a
Washington Corporation

Case No.: 5:07-CV-01998-RMW

13
14

Plaintiff,

**[PROPOSED] ORDER**

15

vs.

16
17

MAGIC CONTROL TECHNOLOGY,
CORPORATION, a Taiwanese Corporation;

Defendant.

Hearing
Date: April 29, 2008
Time: 9:00 a.m.
Courtroom: 6

18
19
20

AND RELATED COUNTERCLAIMS

21
22      Having considered Magic Control Technology's Motion to Strike the Jones Declaration

23  and Corresponding Portions of Displaylink Corporation's Responsive Brief and the papers

24  submitted in support of such notice and motion, and good cause appearing:

25      IT IS HEREBY ORDERED that Magic Control Technology's Technology's Motion to

26  Strike the Jones Declaration and Corresponding Portions of Displaylink Corporation's

27  Responsive Brief is granted pursuant to Patent Local Rules 4-3 and 4-4.

28

1

1

2    So ORDERED and SIGNED this _____ day of April, 2008.

3

4

5    _____

RONALD M. WHYTE

6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2