| | |
|---|---|
| 1  JAMES C. YOON | RICHARD F. CAULEY |
|    State Bar No. 177155 (jyoon@wsgr.com) |    State Bar No. 109194 |
| 2  STEFANI E. SHANBERG | FRANKLIN E. GIBBS |
|    State Bar No. 206717 (sshanberg@wsgr.com) |    State Bar No. 189015 |
| 3  BRIAN DIETZEL | WANG, HARTMANN & GIBBS, P.C. |
|    *Pro Hac Vice* (bdietzel@wsgr.com) | A Professional Corporation |
| 4  WILSON SONSINI GOODRICH & ROSATI | 1301 Dove Street, Suite 1050 |
|    Professional Corporation | Newport Beach, CA  92660 |
| 5  650 Page Mill Road | Telephone: (949) 833-8483 |
|    Palo Alto, CA 94304-1050 | Facsimile:  (949) 833-2281 |
| 6  Telephone: (650) 493-9300 | Email:  rcauley@WHGLawFirm.com |
|    Facsimile:  (650) 565-5100 | |
| 7 | |
|    Attorneys for Plaintiff and Counterclaim | Attorneys for Defendant and Counterclaim |
| 8  Defendant | Plaintiff |
|    DISPLAYLINK CORPORATION | MAGIC CONTROL TECHNOLOGY |
| 9 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation, | CASE NO.:  5:07-CV-01998-RMW |
| Plaintiff, | STIPULATED [PROPOSED] ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE FOR MARCH 28, 2008, PURSUANT TO PATENT LOCAL RULE 2-1(b) |
| v. | |
| MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation; | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

IT IS HEREBY STIPULATED by and between plaintiff DisplayLink Corporation ("DisplayLink") and defendant Magic Control Technology Corporation ("MCT"), by and through their counsel of record, as follows:

1  WHEREAS, a Claim Construction Hearing in this case is scheduled for April 28, 2008;
2  and
3  WHEREAS, the Court has yet to address a number of issues with regard to the format of
4  the Claim Construction Hearing specified under Patent Local Rule 2-1(a)(2) and (4), including
5  (a) whether the Court will hear live testimony at the Claim Construction Hearing, and (b) the
6  order of presentation at the Claim Construction Hearing; and
7  WHEREAS, the parties would like further guidance from this Court with respect to these
8  issues and hereby request a further Case Management Conference under Patent Local Rule 2-
9  1(b) so that these issues may be addressed; and
10  WHEREAS, counsel for the parties have met and conferred and determined that they are
11  available on March 28, 2008, at 10:30 a.m. for a further case management conference addressing
12  these topics;
13  IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that a
14  further Case Management Case should be held in this case on March 28, 2008, at 10:30 a.m. in
15  the Courtroom of the Honorable Ronald M. Whyte.

SO STIPULATED.

Dated: March 12, 2008            WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By:   /s/ Stefani E. Shanberg
                                         Stefani E. Shanberg

                                 Attorneys for Plaintiff/Counterclaim Defendant
                                 DisplayLink Corporation


Dated: March 12, 2008            WANG, HARTMANN & GIBBS, P.C.
                                 A Professional Corporation


                                 By:   /s/ Richard F. Cauley
                                         Richard F. Cauley

                                 Attorneys for Defendant/Counterclaim Plaintiff
                                 Magic Control Technology Corporation

1  IT IS SO ORDERED.

2

3
   DATED: _____          _____
4                                          The Honorable Ronald M. Whyte

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION CLAUSE

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Richard F. Cauley of Wang, Hartmann & Gibbs, P.C. has concurred in this filling

Dated: March 12, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
     Stefani E. Shanberg

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation