JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
STEFANI E. SHANBERG, State Bar No. 206717 (sshanberg@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation

RICHARD F. CAULEY, State Bar No. 109194
FRANKLIN E. GIBBS, State Bar No. 189015
WANG, HARTMANN, GIBBS & CAULEY, P.C.
A Professional Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Attorneys for Defendant/Counterclaim Plaintiff
Magic Control Technology Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation;<br><br>　　　　Defendant.<br>_____<br>MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>DISPLAYLINK CORPORATION, a Washington corporation;<br><br>　　　　Counterclaim Defendant. | CASE NO.: CV07-01998-RMW<br><br>**JOINT CASE MANAGEMENT STATEMENT FOR [PROPOSED] FURTHER CASE MANAGEMENT CONFERENCE ON MARCH 28, 2008**<br><br>Proposed Time: 10:30 a.m.<br>Proposed CMC Date: March 28, 2008<br>Court: Hon. Ronald M. Whyte<br>　　　　Courtroom 6, 4th Floor |

Plaintiff and counterclaim defendant DisplayLink Corporation ("DisplayLink") and defendant and counterclaim plaintiff Magic Control Technology Corporation ("MCT") jointly submit this Joint Case Management Statement in advance of the further Case Management Conference pursuant to Patent Local Rule 2-1(b) they requested be held on March 28, 2008. *See* Stipulated [Proposed] Order Setting Further Case Management Conference [Docket No. 46].

### Topics to be Addressed at Further Case Management Conference

DisplayLink and MCT are scheduled to appear before this Court for a Claim Construction Hearing and Case Management Conference on April 29, 2008 at 1:30 p.m. In preparation for the Claim Construction Hearing, DisplayLink and MCT request the Court's guidance on four issues: (1) the duration and format of the technology tutorial; (2) whether the Court would like live expert testimony presented in support of the parties' claim constructions; (3) in what order the claim construction hearing will be presented; and (4) the timing for exchange of demonstratives and other information relevant to the claim construction presentation. The parties' positions on these issues are set forth below.

**1.     Format of Technology Tutorial**

The parties propose, and are in mutual agreement that, the technology tutorial should be limited to fifteen minutes per side and may be accompanied by non-evidentiary witness presentation or other demonstrative support at the parties' discretion. MCT will present its technology tutorial first followed by DisplayLink.

**2.     Use of Live Expert Testimony in Support of Claim Construction Positions**

DisplayLink's position is that live expert testimony at the Claim Construction Hearing is unnecessary because (1) the technology at issue is not complicated; (2) the claims will largely be interpreted on the basis of intrinsic evidence; (3) to the extent that extrinsic evidence is necessary or appropriate, it has already been provided in the expert declarations offered in support of the parties' claim construction briefs, and the experts have been deposed by the parties; and (4) the limited amount of time set aside for the claim construction hearing will be better spent without expert testimony, which will necessarily entail both direct and cross-examination of each parties' witnesses.

MCT's position is that if this Court rules, with respect to MCT's Motion to Strike the Declaration of Dr. Jones, that DisplayLink may present all or part of Dr. Jones' written testimony in support of its claim construction position, MCT believes that such written expert testimony should only be received by the Court in support of DisplayLink's claim construction position if Dr. Jones is made available for cross-examination at the Claim Construction Hearing. If this Court orders DisplayLink to make Dr. Jones available for cross-examination, MCT will make its expert witness, Dr. Paul Min, available for cross-examination as well.

The parties request guidance from the Court on this issue, so that they may prepare their presentations accordingly.

### 3.     Order of Presentation

Regarding the order of presentation at the claim construction hearing, DisplayLink and MCT agree that MCT, as the patent owner, should present first. The parties also agree that the Claim Construction Hearing shall proceed on a term by term basis with MCT presenting its position on the first term followed by DisplayLink and so on throughout the eleven disputed terms. The parties further agree that the terms should be presented in the following order:

1. USB
2. VGA
3. Display Device
4. USB Controller
5. VGA Controller
6. USB Based Display Signals
7. USB Based Display Signals From the Computer
8. For Receiving Exclusively Therethrough USB Based Display Signals
9. Bridge
10. Connecting the USB Controller and the VGA Controller One to the Other for the Passage of Data Therebetween
11. **The Bridge Circuit Converting the USB Based Display Signals into Corresponding VGA Signals**

### 4.     Exchange of Supporting Materials

The parties propose, and are in agreement that, one week prior to the tutorial and Claim Construction Hearing, they should mutually exchange: (a) copies of any demonstratives they plan to use during any portion of the hearing, and (b) the identification (including name, title, address) of any witnesses they plan to use (as allowed by the Court) during any portion of the tutorial or hearing.

Dated: March 18, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
      Stefani E. Shanberg

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation

Dated: March 18, 2008

WANG, HARTMAN, GIBBS & CAULEY
A Professional Law Corporation

By: /s/ Richard F. Cauley
      Richard F. Cauley

Attorneys for Defendant and
Counterclaim Plaintiff
Magic Control Technology Corporation

## **ATTESTATION**

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this JOINT CASE MANAGEMENT STATEMENT. In compliance with General Order 45.X.B, I hereby attest that Richard F. Cauley has concurred in this filing.

Dated: March 18, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Stefani E. Shanberg
      Stefani E. Shanberg