1  JAMES C. YOON, State Bar No. 177155
       Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
3  MONICA MUCCHETTI ENO, State Bar No. 164107
       Email: meno@wsgr.com
4  ROBIN L. BREWER, State Bar No. 253686
       Email: rbrewer@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8

9  Attorneys for Plaintiff and Counterclaim Defendant
   DISPLAYLINK CORPORATION
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation, | CASE NO.: CV07-01998-RMW |
| Plaintiff, | **NOTICE OF APPEARANCES OF MONICA MUCCHETTI ENO and ROBIN L. BREWER** |
| v. | |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese Corporation; | |
| Defendant. | |
| AND ALL RELATED COUNTERCLAIMS | |

NOTICE OF APPEARANCE                    - 1 -                    C:\NrPortbl\PALIB1\DF1\3322548_1.DOC
CASE NO. CV07-01998-RMW

PLEASE TAKE NOTICE that MONICA MUCCHETTI ENO and ROBIN L. BREWER enter an appearance on behalf of Defendant and Counterclaim Plaintiff DISPLAYLINK CORPORATION in the above-captioned action.

Dated:  March 26, 2008					WILSON SONSINI GOODRICH & ROSATI
							Professional Corporation


							By:    /s/ Monica Mucchetti Eno
							         Monica Mucchetti Eno

							Attorneys for Plaintiff/Counterclaim Defendant
							DisplayLink Corporation