1  JAMES C. YOON, State Bar No. 177155
        Email:  jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
        Email:  sshanberg@wsgr.com
3  MONICA MUCCHETTI ENO, State Bar No. 164107
        Email:  meno@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Plaintiff and Counterclaim Defendant
8  DISPLAYLINK CORPORATION

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

| 14 | DISPLAYLINK CORPORATION, a Washington Corporation, | ) ) | CASE NO.:  5:07-CV-01998-RMW |
|---|---|---|---|
| 15 | | ) | **DECLARATION OF STEFANI E.** |
| | Plaintiff, | ) | **SHANBERG IN SUPPORT OF** |
| 16 | | ) | **DISPLAYLINK'S OPPOSITION TO** |
| | v. | ) | **MCT'S MOTION TO STRIKE** |
| 17 | | ) | **JONES DECLARATION AND** |
| | MAGIC CONTROL TECHNOLOGY | ) | **PORTIONS OF DISPLAYLINK'S** |
| 18 | CORPORATION, a Taiwanese Corporation; | ) | **CLAIM CONSTRUCTION BRIEF** |
| | | ) | |
| 19 | Defendant. | ) | Date: April 18, 2008 |
| | | ) | Time: 9:00 a.m. |
| 20 | | ) | Courtroom: Courtroom 6 – 4th Floor |
| | | ) | Before: Hon. Ronald M. Whyte |
| 21 | | ) | |
| | AND RELATED COUNTERCLAIMS | ) | |
| 22 | | ) | |

23

24

25

26

27

28

1        I, Stefani E. Shanberg, hereby declare that:

2        1.      I am over the age of 18 and have personal knowledge about the facts

3    described below.

4        2.      I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel for

5    Plaintiff and Counterclaim Defendant, DisplayLink Corporation ("DisplayLink").  I

6    submit this declaration in support of DisplayLink's Opposition to MCT's Motion to

7    Strike Jones Declaration and Portions of DisplayLink's Claim Construction Brief.

8        3.      Attached as Exhibit 1 is a true and correct copy of the Joint Claim

9    Construction and Prehearing Statement Pursuant to Patent Local Rule 4-3 filed on

10    December 14, 2007.

11        4.      Attached as Exhibit 2 is a true and correct copy of the e-mail I sent to

12    counsel for MCT on December 21, 2007.

13        5.      Attached as Exhibit 3 is a true and correct copy of the transcript from the

14    deposition of Alan Jones taken on January 8, 2008, at Wilson Sonsini Goodrich & Rosati,

15    601 California Ave., Palo Alto, California.

16        6.      Attached as Exhibit 4 is a true and correct copy of MCT's Opening Claim

17    Construction Brief Pursuant to Local Rule 4-5 filed on January 28, 2008.

18        7.      Attached as Exhibit 5 is a true and correct copy of DisplayLink's

19    Responsive Claim Construction Brief Pursuant to Patent Local Rule 4-5 filed on February

20    11, 2008.

21        8.      Attached as Exhibit 6 is a true and correct copy of the correct version of

22    the Declaration of Alan H. Jones Ph.D., In Support Of DisplayLink Corporation's

23    Responsive Claim Construction Brief filed on February 12, 2008, to replace the incorrect

24    version filed on February 11, 2008.  The filing of the corrected version was stipulated to

25    by the parties.  A true and correct copy of the stipulation allowing such filing is attached

26    hereto as Exhibit 7.

27

28

SHANBERG DECLARATION IN SUPPORT OF                    -1-
DISPLAYLINK'S OPPOSITION TO MOTION TO
STRIKE JONES DECLARATION
CASE NO.: 5:07-CV-01998-RMW

1    9.    Attached as Exhibit 8 is a true and correct copy of an e-mail sent by

2  counsel for MCT to me on February 11, 2008.

3    10.    Attached as Exhibit 9 is a true and correct copy of the letter I sent in

4  response to counsel for MCT on February 12, 2008.

5    11.    Attached as Exhibit 10 is a true and correct copy of MCT's Reply Brief

6  Pursuant to Patent Local Rule 4-5 filed on February 18, 2008.

7    12.    Attached as Exhibit 11 is a true and correct copy of the letter I sent to

8  counsel for MCT offering a stipulation to resolve MCT's stated concerns regarding the

9  Jones Declaration on February 27, 2008.

10    13.    Attached as Exhibit 12 is a true and correct copy of the letter sent by

11  counsel for MCT on March 3, 2008, rejecting DisplayLink's proposal and stating that it

12  would be "unworkable" and "confusing" for the Court.

13    14.    Attached as Exhibit 13 is a true and correct copy of the Joint Case

14  Management Statement for [Proposed] Further CMC filed on March 18, 2008.

15    I declare under penalty of perjury under the laws of the United States that the

16  foregoing is true and correct.

17    Executed on March 28, 2008, at San Francisco, California.

18                /s/ Stefani E. Shanberg_____
            Stefani E. Shanberg

19

20

21

22

23

24

25

26

27

28

SHANBERG DECLARATION IN SUPPORT OF        -2-
DISPLAYLINK'S OPPOSITION TO MOTION TO
STRIKE JONES DECLARATION
CASE NO.: 5:07-CV-01998-RMW