# Exhibit 2

**From:** Shanberg, Stefani E.
**Sent:** Friday, December 21, 2007 12:42 PM
**To:** 'Richard Cauley'
**Cc:** 'Erick P. Wolf'; 'Franklin E. Gibbs'; 'Amber Yordy'; Dietzel, Brian; Yoon, James
**Subject:** RE: Depositions

Richard,

We have decided that we will not be calling either of the DisplayLink witnesses to provide expert testimony at the claim construction hearing. We may call Alan Jones, and, as such, we have inquired regarding his availability for deposition. He lives in the U.K., and, as I think I may have previously mentioned, he is battling cancer. He is available for deposition on January 8, 10, 11, or 14. We will need to conduct his deposition by videoconference (or in the U.K.), as he is not allowed to travel until after January 23 when he will hopefully get the go-ahead from his doctors.

As for Min's deposition, we would like to take it on January 7 or 9. Please let us know which, if either, of those dates will work.

Thank you,

Stefani