# Exhibit 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DISPLAYLINK CORPORATION,
a Washington corporation,

        Plaintiff,

    vs.                          No. 5:07-CV-01998-RMW

MAGIC CONTROL TECHNOLOGY,
CORPORATION, a Taiwanese
corporation,

        Defendant,
_____/
AND RELATED CROSS-ACTION
_____/

COPY

Videotaped Deposition of

**ALAN JONES, Ph.D.**

January 8, 2008

Pages 1-109
Reported by:
SHARON LANCASTER
CSR No. 5468

SHARI MOSS & ASSOCIATES
Certified Shorthand Reporters
877 Cowan Road, Suite A
Burlingame, California 94010-1204
(415) 402-0004
(650) 692-8900
FAX:  (650) 692-8909

1                     I N D E X
                      - - - - -
2

3                                       Page Number

4           EXAMINATION BY MR. CAULEY............ 6

5

6

7                        --oOo--

8

9                        EXHIBITS

10   Defendant's:

11   1     Curriculum Vitae of Dr. Jones; 4 pages..... 9

12   2     U.S. Patent No. 7,203,788 B2, dated........ 9
           April 10, 2007; 10 pages
13         (No Bates numbers)

14   3     Joint Claim Construction and Prehearing.... 9
           Statement Pursuant to Patent Local
15         Rule 4-3; 10 pages  (No Bates numbers)

16

17

18

19

20

21

22

23

24

25

1           BE IT REMEMBERED that, pursuant to the laws

2   governing the taking and use of depositions, and on

3   Tuesday, January 8, 2008, commencing at 4:15 a.m.

4   U.K. time, where the witness was located, and

5   teleconferenced to the offices of Wilson, Sonsini,

6   Goodrich & Rosati, 650 Page Mill Road, Palo Alto,

7   California, before me, SHARON LANCASTER, a Certified

8   Shorthand Reporter in the State of California,

9   personally appeared

10      .

11               **ALAN JONES, Ph.D.,**

12

13  called as a witness by the Defendant/Cross-Plaintiff,

14  who, being by me first duly sworn, was examined and

15  testified as is hereinafter set forth.

16

17           WILSON, SONSINI, GOODRICH & ROSATI,

18  8911 Capital of Texas Highway North, Westech 360,

19  Suite 3350, Austin, Texas 78759-8497, Telephone:

20  (512) 338-5423, represented by BRIAN A. DIETZEL,

21  Attorney at Law, appeared as counsel on behalf of

22  Plaintiff and Counterclaim Defendant Displaylink

23  Corporation.

24     ///

25     ///

1    APPEARANCES:    (Continued)

2

3         WING, HARTMANN & GIBBS, PLC, 2033 Gateway

4    Place, Suite 500, San Jose, California, Telephone:

5    (408) 451-3935, represented by RICHARD F. CAULEY,

6    Attorney at Law, appeared as counsel on behalf of

7    Defendant and Counterclaim Plaintiff MTC, Corp.

8

9

10   ALSO PRESENT:

11        MAC MacARTHUR, Videographer in the U.K.

12        PAUL S. MIN, Ph.D.

13

14

15

16

17

18

19

20

21

22

23

24

25

1   TUESDAY, JANUARY 8, 2008        4:15 P.M. UK TIME

2

3           P R O C E E D I N G S

4

5      (Note:  The witness and videographer

6   appeared via video teleconference from London,

7   England.)

8

9      THE VIDEOGRAPHER:  This is the beginning of  04:15:08

10  recording No. 1 in the deposition of Dr. Alan Jones  04:15:10

11  in the matter of *DisplayLink Corporation*, Plaintiff,  04:15:14

12  vs. *Magic Control Technology Corporation,* Defendant.  04:15:24

13  The case number is 5:07-CV-01998-RMW.  We're at the  04:15:24

14  offices of DisplayLink, Ltd., Cambridge,  04:15:36

15  United Kingdom.  The time is 16:15.  The date is  04:15:42

16  January 8th, 2008, as shown on the video screen.  04:15:46

17      Would counsel please introduce themselves  04:15:52

18  and state whom they represent.  04:15:54

19      MR. CAULEY:  Richard Cauley, C-A-U-L-E-Y,  04:15:56

20  representing Magic Control Technology.  And with me  04:16:01

21  is Dr. Paul Min.  04:16:05

22      MR. DIETZEL:  Brian Dietzel, Wilson,  04:16:07

23  Sonsini, Goodrich & Rosati, representing DisplayLink.  04:16:10

24      THE VIDEOGRAPHER:  Are there any objections  04:16:12

25  or stipulations?  04:16:19

1          MR. CAULEY:  No.                                    04:16:20

2          MR. DIETZEL:  I don't believe so.                  04:16:21

3          MR. CAULEY:  I don't think so.                     04:16:22

4          THE VIDEOGRAPHER:  Okay.  Would the Court          04:16:24

5  Reporter please swear the witness.                         04:16:26

6

7                    **ALAN JONES, Ph.D,**

8  having been first duly administered the oath, under

9  penalty of perjury, testified as follows:

10

11                      **EXAMINATION**

12  **BY MR. CAULEY:**

13      Q.   Good afternoon, Dr. Jones.                        04:16:52

14      A.   Good afternoon.                                   04:16:55

15           Can we shoot the volume slightly higher?          04:16:55

16           (Remarks off the record.)                         04:16:55

17  BY MR. CAULEY:                                             04:16:55

18      Q.   Good afternoon, Dr. Jones.                        04:17:43

19      A.   Good afternoon.                                   04:17:45

20      Q.   And I'll just get started.                        04:17:46

21           Have you ever had your deposition taken           04:17:50

22  before?                                                    04:17:54

23      A.   No, I haven't.                                    04:17:54

24      Q.   Have you ever acted as an expert witness in      04:17:56

25  a lawsuit in the United States before?                     04:18:01

1    A.   No, I haven't.

2    Q.   All right.  Has your counsel had a chance to

3    explain to you the deposition process?

4    A.   Yes.

5    Q.   All right.  I'll just add a few things just

6    because you haven't had your deposition taken before.

7         Given the delay, I don't think there is

8    probably much chance that we're going to be talking

9    over each other.  But, just for general form sake,

10   you should wait until I finish my question before you

11   start answering, because I think with the delay, it

12   will probably make it even harder for the court

13   reporter to take everything down.

14        If you don't understand one of my questions,

15   just ask for me to repeat it or reword it.  If you

16   don't ask me to do that, then I'm going to assume

17   that you understand it.

18        Do you understand that?

19   A.   Yes, I do.

20   Q.   All right.  One thing that sort of normal

21   people have to get used to in these depositions is

22   that your responses have to be audible and nods of

23   the head and, you know, shakes of the head can't be

24   taken down, so that if you answer a question, you

25   have to answer it audibly.  And, you know, everybody

1  forgets that; so if you don't answer audibly, I'll                04:19:4?

2  just remind you.  That will just make it go a little              04:19:4?

3  bit faster.                                                        04:19:51

4      A.   Thank you.                                                04:19:51

5      Q.   One, I understand from counsel that you do               04:19:52

6  have some medical issues so that -- I want to make                04:19:54

7  sure that, you know, that any time you want to take a             04:19:59

8  break, just say so.  I normally take a break --                   04:20:01

9  although I don't think this deposition is going to go             04:20:06

10  that long.  But I normally take a break every about              04:20:09

11  an hour and a quarter.  But any time you want to take            04:20:12

12  a break, just say, "I'd like to take a break."  And              04:20:15

13  don't be shy about it, either.                                   04:20:18

14      A.   I shall do that.                                         04:20:20

15      Q.   Okay.  Are you under -- and this is a                    04:20:21

16  standard question.  Are you under any medication                 04:20:29

17  which would prevent you or interfere with your                   04:20:34

18  ability to answer fully the questions you're being              04:20:39

19  asked today?                                                      04:20:43

20      A.   No, I am not.                                            04:20:45

21      Q.   All right.  Why don't we get started.                    04:20:47

22           I have marked as Exhibit 1 -- and I                      04:20:52

23  understand you have with you probably all the                    04:20:54

24  exhibits I'm going to use.  So I've had the court               04:20:58

25  reporter mark as Exhibit 1 your CV.  And could you              04:21:01

```
 1   get that in front of you.                              04:21:?1

 2             (Jones Deposition Exhibit No. 1 was marked    04:21:06

 3   for identification.)                                   04:21:08

 4             THE WITNESS:  I don't have my CV with me.    04:21:1?

 5   BY MR. CAULEY:                                         04:21:12

 6        Q.   All right.  All right.  I'll bet you have it 04:21:12

 7   memorized, though.                                     04:21:18

 8        A.   I should know most of it by heart, yes.      04:21:19

 9        Q.   I'm not going to ask you very many questions 04:21:23

10   on it anyway.                                          04:21:26

11             Just so I can verify the -- probably the     04:21:27

12   other two exhibits I'm going to use are the patent     04:21:30

13   and the Joint Claim Construction and Prehearing        04:21:33

14   Statement.                                             04:21:37

15             Do you have those with you?                  04:21:38

16        A.   I have those.  Do you want to number them?   04:21:39

17        Q.   I've already -- I think we've numbered       04:21:43

18   those.  The patent is No. 2, and the Joint Claims      04:21:44

19   Construction and Prehearing Statement is No. 3.  And   04:21:50

20   we've already marked them here for the reporter.  So   04:21:52

21   you should just put a number on them so you'll know    04:21:55

22   which one we're on.                                    04:21:59

23             (Jones Deposition Exhibits Nos. 2 and 3 were 04:21:59

24   marked for identification.)                            04:21:59

25             THE WITNESS:  I have numbered them.          04:22:02
```

```
1    BY MR. CAULEY:                                              04:22:03
2        Q.   Very good.                                         04:22:03
3             I wanted to -- let me ask you first.  Is the       04:22:04
4    CV that you provided to counsel, that they provided         04:22:15
5    to us, a current CV?                                        04:22:19
6        A.   Yes, it is.  It's my most recent CV.               04:22:22
7        Q.   All right.  So you don't have any published        04:22:27
8    patents that are after the ones that is in here?            04:22:30
9        A.   We may do.  We have three -- perhaps, would        04:22:33
10   it help if I explained what our patents are?               04:22:45
11       Q.   Yes.  And --                                       04:22:45
12       A.   Because I'm not sure of the publication            04:22:48
13   date.                                                       04:22:51
14       Q.   All right.  And I guess --                         04:22:53
15       A.   We have patents to do with vehicle                 04:22:55
16   navigation systems.  Certainly, in my CV there should      04:22:57
17   be patents to do with automatic navigation and             04:23:02
18   familiar routing.  And we have a third chain of            04:23:05
19   patents now that we started just over a year ago to        04:23:09
20   do with choice routine, which is a way of finding          04:23:12
21   multiple routes for road vehicles.                         04:23:17
22       Q.   All right.                                         04:23:19
23            Dr. Jones, are you presently employed?             04:23:21
24       A.   Yes.  I'm employed by a company that I'm           04:23:24
25   also a director of with one other person.                  04:23:31
```

1    Q.    What is the name of that company?

2    A.    That company is called Cotares Limited,

3    C-O-T-A-R-E-S, Limited.

4    Q.    And I see that now on your resume.  Is

5    that -- what is your position there?

6    A.    I'm a director.

7    Q.    And what are your duties as the director of

8    Cotares, Ltd.?

9    A.    Firstly, to run the company and, secondly,

10    to do research in navigation systems, including

11    putting together hardware and writing the software;

12    and, thirdly, to perform consultancy work to bring in

13    income that pays our salaries while we do the

14    research.

15    Q.    Have you ever done any -- I'm sorry.  Has

16    Cotares ever done any consulting work for Newnham

17    Technology, N-E-W-N-H-A-M?

18    A.    No.

19    Q.    And have you ever done any consulting

20    work -- other than for this case -- for DisplayLink?

21    A.    Oh, yes.  I have done consulting work for

22    several different companies.

23    Q.    No, I was wondering whether you had done

24    consulting work for DisplayLink, other than being an

25    expert on this case.

1      A.   No, I have not.

2      Q.   All right.  When were you first contacted by

3  DisplayLink to be an expert in this case?

4      A.   I don't have the exact date with me, but it

5  was late last year.

6      Q.   Do you remember who contacted you?

7      A.   I think the introduction was -- I think the

8  first person was Brian Dietzel.  I think the

9  introduction came via DisplayLink.

10      Q.   And that's Mr. Dietzel, who is setting here

11  to my right?

12      A.   Yes.

13      Q.   There couldn't be two Brian Dietzels.

14           MR. DIETZEL:  Probably not.

15           MR. CAULEY:  Probably not.

16  BY MR. CAULEY:

17      Q.   What did Mr. Dietzel tell you that he wanted

18  you to do?

19      A.   He said they would like me to assist them as

20  an expert in the field and an expert witness in this

21  case.

22      Q.   All right.  Did they tell you what the case

23  was about?

24      A.   Yes.  Yes.  In an overview fashion, yes.

25      Q.   Do you remember what -- you know, in general

1    what they told you, or what Mr. Dietzel told you?

2        A.    I believe there is a claim of infringement

3    of technology.  And I believe this particular claim

4    is about -- I forget the exact term -- annulment or

5    construction of the patent that Magic Control

6    Technology owned.

7        Q.    Could you characterize the technology that

8    you understand is involved in the patent that is at

9    issue in this case?

10       A.    Yes.  This is a technology for replacing

11   what would normally be a video card in a computer

12   system, with -- where the video card or controller is

13   placed remotely from the computer system and is

14   driven from a USB port that is on that computer

15   system.

16       Q.    Would you call this "patent display

17   technology"?

18       A.    Yes.

19       Q.    When Mr. Dietzel first approached you, did

20   you think that your experience and background was

21   appropriate to be an expert in this kind of case, for

22   this kind of technology?

23       A.    Yes.

24       Q.    And why was that?

25       A.    I have a background, first of all, in

1    digital systems, including networks and communication

2    systems, and also in systems handling audio and

3    video.

4            In my CV, there should be references to --

5    or there may be references to projects such as Madora

6    and Medusa multimedia projects, all of that at

7    Research, Ltd., as well as earlier work on -- I'm

8    sorry.

9        Q.   Oh, go ahead.

10       A.   Yeah.  And then there is earlier work on

11   computer networks such as the Cambridge Fast Ring,

12   which is a computer network designed for the --

13   amongst other things, for the transmission of audio

14   and video data.

15       Q.   All right.  All right.  Very good.

16           Let's look at Exhibit 3, which is the Joint

17   Claims Construction Prehearing Statement.

18       A.   Yes.

19       Q.   Keep the patent near you.

20       A.   Okay.

21       Q.   Did you consult with Mr. Dietzel or anyone

22   else at DisplayLink's counsel with regard to the --

23   DisplayLink's proposed definitions -- well, yeah --

24   proposed constructions of the terms of the patent

25   that are set forth in Exhibit 3?

1       A.   Yes.

2       Q.   Did you consult with them at a time prior to

3   when DisplayLink was initially proposing definitions?

4       A.   I don't know when that time was, when they

5   initially proposed the definitions.

6       Q.   Did you understand that you were helping

7   DisplayLink in coming up with definitions for these

8   terms?

9       A.   Yes.

10      Q.   And have you had a chance to review the

11  proposed definitions that DisplayLink gave to Magic?

12      A.   Insofar as they are the ones mentioned in

13  Exhibit 3, yes.

14      Q.   And did you have a chance to look at the

15  intrinsic and extrinsic evidence which is cited in

16  Exhibit 3?

17      A.   Yes.

18      Q.   And do you agree with, first, those proposed

19  constructions?

20      A.   Yes.

21      Q.   And do you agree with the citations of the

22  intrinsic and extrinsic evidence that DisplayLink

23  proposed to support those definitions?

24      A.   Yes.

25      Q.   Do you understand that -- as to whether

1   you're going to be testifying at the Markman hearing

2   in this case?

3       A.   I presume that I may be, yes.

4       Q.   Do you understand as to whether your

5   testimony is going to be presented in support of any

6   of these definitions at that hearing?

7       A.   I don't know.

8       Q.   You haven't been told yet?  You haven't been

9   told yet?

10      A.   No.  I'm not familiar with that part of the

11  procedure.

12      Q.   Okay.  But if DisplayLink asks you to

13  testify, then you will, I guess?

14      A.   Yes.  If it's physically possible, I will,

15  yes.

16      Q.   All right.  Very good.  Why don't we just

17  start out with the first one.

18           All right.  Now, look at "USB controller."

19  Now, do you agree -- I'm just going to go down one by

20  one, so I'll be sort of repeating myself.

21      A.   Yes.

22      Q.   Do you agree with the definition of USB

23  controller as "Component(s) that" -- or component

24  "that controls the receipt, storage and routing of

25  USB encoded data"?

1      A.   Yes.

2      Q.   And what's your basis for saying that that's

3   an appropriate construction of that term?

4      A.   Well, this -- the controller is the entity

5   that has to control the -- usually that controls

6   multiple other system elements.  And in the case of

7   USB, it will be receiving USB data, it will be

8   storing -- doing things with that data that involves

9   storing it and routing it.  And a generic term for

10   that data is "USB encoded data."

11      Q.   Now, I'm just curious; what is "USB encoded

12   data"?  What does that mean?

13      A.   That means data that is encoded in one of

14   the USB formats.

15           USB has four main data transport formats in

16   which you can encode data.  So you place it in a

17   wrapper according to whether it's bulk transfer data

18   or isochronous data, for instance, and they are

19   defined encodings, packet formats, if you like, where

20   you can place data into USB transactions.

21      Q.   If you could look at the patent.  And I'm

22   looking at Figure 1.

23      A.   Yes.

24      Q.   And I'm looking at -- Do you understand that

25   the term "USB controller" is represented by the block

1    that is labeled "10" in sort of the middle?

2       A.   Yes.

3       Q.   I was curious as to why you think that the

4    USB controller controls the storage of USB encoded

5    data.  Could you explain that?

6       A.   Yes.  In order to transport data over USB, a

7    device must provide buffers into which that data is

8    received, for instance, and then the USB controller

9    is responsible for allocating and deallocating that

10   buffer memory as packets come in.

11          That memory need not be direct access

12   memory.  That memory can be any form of memory, but

13   it has to be some form of memory.

14      Q.   Now, is the USB controller storing that data

15   itself, or is it controlling some other -- something

16   else's storage of that data?

17      A.   A component of the USB controller is storing

18   that data, as shown in this patent and this diagram.

19   There is no separate unit.  So the USB controller

20   must incorporate that packet buffering.

21      Q.   So you're using the term "storage" in this

22   definition to mean buffering?

23      A.   Some form of storage.  There are many

24   different forms in which you could implement the USB

25   controller.  But they would all involve some element

1    of storage.

2        Q.    But are you referring to a form of storage

3    other than buffering?

4        A.    Yes, it could be.  Well, buffering itself

5    could be stored in normal RAM memory or in a hardware

6    FIFO or -- there are different forms of storage.  And

7    USB controller could make use of any of those.

8        Q.    All right.  Now, I was wondering where in

9    the patent you find the -- I guess a reference to

10   "storage," that the USB controller is controlling

11   storage.  Because we're talking about the USB

12   controller in the patent, that's claimed in the

13   patent.

14       A.    Yes.

15             I think to start with, by virtue of it being

16   a USB controller, and in the Universal Serial Bus

17   specification, when you look at the device interface

18   as they provide for it, they specify that the device

19   interface must provide buffering.

20       Q.    Can you find that in the patent for me?

21       A.    Well, it's intrinsic in USB -- in being a

22   USB controller, so it's part of USB.  I don't know if

23   you have gone down into the patent, into the level of

24   how you implement a USB controller.  But I could have

25   a look.

1       Q.   Okay.  If you could, please.

2       A.   It's a USB controller, by its nature,

3   incorporates storage just as a PC incorporates

4   storage.

5       Q.   So is it your opinion that the support that

6   you find for the USB controller controlling storage

7   is that storage is intrinsic to a USB controller?  Is

8   that your opinion?

9       A.   Yes.

10       Q.   All right.  Okay.  Let's go to routing.

11   "The USB controller is a component that controls the

12   routing of USB encoded data."

13            Is that also your opinion?

14       A.   Yes.

15       Q.   Okay.  And could you tell me where you find

16   support for that in the patent.  And I'm just talking

17   about --

18       A.   Again -- Yes.  Again, I refer back to the

19   USB specification, on the way a USB bus has to work.

20   USB devices have to implement, for instance, a

21   control channel, which is called "end point zero,"

22   and has to respond to packets that come in over that

23   channel.  So those command packets are handled by the

24   USB controller itself, and they are routed to some

25   piece of logical storage on the controller and

1    replied to by the controller.

2           Other packets that come in will be on the

3    end points that are established for the transmission

4    of audio or video or other data.  Those end points --

5    the traffic on those ends points will be routed to an

6    external interface.  In this particular case, it's

7    the interface to the bridge.  So packets that contain

8    data to be displayed will be routed to the bridge.

9    Whereas, packets that are the USB control packets

10   will be routed internally to the USB controller.  And

11   that's how all USB controllers have to work, in that

12   way.

13       Q.   I just wanted to make sure I understood your

14   definition of "routing," as you use it there.

15       A.   Yes.

16       Q.   How would you use -- how would you define

17   the term "routing," as you use it in that definition?

18       A.   The USB encoded data is routed to an point,

19   and that end point is -- those end points are

20   connected to different systems.  So one of end point

21   zero would usually be handled internally to the

22   controller for setting up the buffers and handling

23   the tokens of control.  And typically, you have

24   another end point, perhaps end point one, that the

25   controller would specify as a -- as some sort of

1    video end point.  And USB encoded data that had that

2    end point in its protocol would be sent somewhere

3    else, and, in this particular case, that somewhere

4    else would be to the external bridge interface.

5        Q.    Okay.  And --

6        A.    So you're -- Go ahead.

7        Q.    No, go ahead.

8        A.    Yeah, go ahead.

9        Q.    I was just going to ask you another

10   question.

11       A.    Yes.  The packets that come over the USB

12   bus, which I can refer to -- actually, the USB bus

13   isn't numbered in your Figure 1.

14           But the packets that come between the USB

15   port and the USB controller have a device address and

16   an end point address that identifies where they're

17   supposed to be routed by the USB controller.  And

18   that is part of the USB specification.

19       Q.    Okay.  So is the "routing" part of that

20   definition, is that like storage implicit in a USB

21   controller, that every USB controller would do

22   routing?

23       A.    Yes.  And, specifically, this is the USB

24   controller on a device rather than on a host.

25       Q.    Very good.

1          I wanted you to look at MTC's proposed

2     construction.   And I'll just read it into the record.

3          A Device that -- and this is for USB

4     controller.

5     A.   Yes.

6     Q.   "A device that communicates with the

7     computer according to the USB standard and

8     communicates with the bridge in the signal form

9     understood by the bridge."

10         Do you disagree with that construction?

11    A.   As a construction of what a USB controller

12    is, I would disagree.

13    Q.   Why is that?

14    A.   However, what you may have there is

15    something that could be described as a USB controller.

16    But not all USB controllers could be described by

17    that.

18    Q.   Okay.   I guess we're just talking about the

19    USB controller that's claimed in the patent.   So

20    could the USB controller that's claimed in the patent

21    be described like that?

22    A.   Yes, that description is compatible with the

23    USB controller in the patent.

24    Q.   All right.   Let's go on to the next one.

25         Okay.   It is ...for receiving exclusively

1  therethrough USB based display signals.  And, of

2  course, just like lawyers, we have taken parts of

3  sentences and phrases out, so we'll -- And I can look

4  at the patent.  But I'll just read it into the record

5  so people know what we're talking about.

6         This is part of the second paragraph of

7  Claim 1.  And the full paragraph, just to put it in

8  context, is:  "A USB controller disposed external to

9  the computer and adapted to detachably connect to a

10 USB port of the computer for receiving exclusively

11 therethrough USB based display signals from the

12 computer, the USB controller issuing a bus control

13 command."

14        So the only part that we're construing here

15 is sort of the middle part of that:  "...for

16 receiving exclusively therethrough USB based display

17 signals."  So that is just for the record, just in

18 case somebody that5 we don't know picks this up.

19        Okay.  Is it your opinion that the

20 appropriate definition for this phrase is "for

21 receiving only USB based display signals into the USB

22 controller"?  Is that your opinion?

23    A.    Yes.

24    Q.    And what's the basis for that opinion?

25    A.    Because you're receiving through it

1   exclusively USB based display signals into the USB

2   controller from the host computer.

3       Q.   So it would be just USB based display

4   signals and nothing else?

5       A.   And nothing else, no.

6       Q.   Now, would it be -- is it that the only

7   signals that come -- that are received by the USB

8   controller are USB based display signals?  Or is it

9   the only display signals that are received by the USB

10  controller are USB based, meaning that it could have

11  some other --

12      A.   I take it -- Yes, I take to mean that it's

13  exclusively USB based display signals.

14      Q.   So that no other kind of signals at all

15  could be received by the USB controller?  It's not

16  just a subset of display signals, it's a subset of

17  all signals.

18      A.   Yes.  It's exclusively USB based -- those

19  signals would include the USB control signals.

20           Where you say "USB based display signals," I

21  take that to mean all the control setup signals that

22  have to go on the USB bus for the movement of those

23  display signals, and also the tokens that control the

24  flow of those display signals.

25           So "USB based display signals" means that

```
 1    the packets containing the display data and the
 2    associated USB control packets.  And that altogether
 3    makes up what I -- the way I would construe
 4    "a USB based display signal."
 5         Q.   And I'll just --
 6         A.   And then -- Yes.
 7              THE REPORTER:  Guys, slow down.
 8    BY MR. CAULEY:
 9         Q.   Okay.  I just wanted to refer you quickly
10    down to the next one, which is, in fact, USB based
11    display signals, which I think --
12         A.   Yes.
13         Q.   So those two are consistent?
14         A.   I think I have just given a definition of
15    that, yes.
16         Q.   Okay.  I just wanted to make sure, since you
17    were talking about that.
18              All right.  Why don't we go back up to the
19    "...for receiving exclusively therethrough USB based
20    display signals" and asking where you find support
21    for that in the patent.
22         A.   Well, the patent talks about receiving
23    display signals over the USB bus and does not talk
24    about receiving any other signals over the USB bus.
25         Q.   And where do you find that in the -- if you
```

04:48:11
04:48:15
04:48:18
04:48:20
04:48:20
04:48:22
04:48:22
04:48:25
04:48:25
04:48:33
04:48:37
04:48:39
04:48:40
04:48:41
04:48:44
04:48:44
04:48:47
04:48:48
04:48:51
04:48:54
04:48:58
04:49:05
04:49:10
04:49:18
04:49:26

1    could just point where that is to me in the patent.

2        A.    No.    The patent -- I'm saying the patent

3    doesn't -- as far as I can see, the patent contains

4    no references to any signals other than display

5    signals being transported across the USB bus.    So

6    there are no references to audio signals or other

7    signals.

8        Q.    So is the basis for your opinion that the

9    only signals that are received into the USB

10   controller are USB based display signals based on the

11   fact that the patent doesn't mention any other

12   signals?

13            Did I get you right?

14       A.    Yes.    The fact that it doesn't mention other

15   signals and the wording of "exclusively therethrough."

16       Q.    And before I ask you about MTC's definition,

17   let's just clear out USB based display signals.

18            When you use the term "USB encoded display

19   signals," are you referring to that packet with all

20   of the packet information?    Is that what you mean by

21   "USB encoded"?

22       A.    Yes.    Yes.    Display signals encoded and

23   transported, according to the USB specification.

24       Q.    Right.

25            And that's a -- I ran into that in a

1    different context in a different case, where you have
2    a certain kind of a signal and it's surrounded by
3    various headers and footers which tell whatever piece
4    of machinery it's receiving, like, what it is and,
5    you know, what to do with it.

6         Are those the kinds of things you're talking
7    about, sort of encapsulated?

8    A.    Yes, it's encapsulated in other headers.
9    For instance, it has an address that says this a data
10   packet rather than a control token.  And also, the
11   data will be encoded for line transmission on USB.

12        USB implements something called "bit
13   stuffing," where the actual bits of the data
14   themselves will be modified to make sure that they
15   can transit the wires correctly.  And that is also an
16   encoding. .

17   Q.    Let's look at the -- Actually, as long as
18   we're at USB based display signals, why don't we look
19   at Magic's definition for that:  "USB signals
20   containing display information."

21        Do you disagree with that definition?

22   A.    I suppose if -- in the context of what we
23   were talking about before, possibly audio or other
24   forms of information, I would say USB based display
25   signals, for example, would not contain audio.  If

1  you said this is a USB based display signal and I

2  found out it had audio as well, I would say no, it's

3  a display and audio signal.

4       So I think the MTC construction, "USB

5  signals containing display information," would imply

6  that they could contain all sorts of other

7  information as well, which I would not expect in

8  something called a "USB based display signal."

9  Q.  Now, is your definition and your

10 understanding of the term "USB display signals" as I

11 guess not including audio, for example, is that

12 based on something you're finding in the patent, or

13 is that something based on your understanding of, I

14 guess, USB?

15 A.  Yes.  In constructing what I think "USB

16 based display signals" means, I'm using my

17 understanding of USB and my -- and what I take the

18 terms "USB based display signals" to be both

19 extrinsically and intrinsically from anything I found

20 in the patent.  So I haven't found parts of the

21 patent that would say that a USB based display signal

22 encodes anything other than display signals.

23 Q.  Have you found anything in the patent that

24 would exclude the possibility that a USB display

25 signal could include something like audio?

1       A.   I would have to think carefully about that,

2   whether that was excluded by the form of this bridge

3   interface, and so on.

4           I would think it's -- if there were going to

5   be different streams of video and audio coming out of

6   that USB controller, I would expect to see them going

7   somewhere other than just a VGA controller.  So if

8   you take Figure 2 as an example, there is no

9   provision for an audio stream or other data stream to

10  come out of that USB controller.

11      Q.   Is there anything else that could possibly

12  be part of a USB signal -- I'm sorry, that might

13  go -- is from a USB controller other than -- we

14  talked about audio as being something else that might

15  go through.

16          Is there anything else that might go

17  through, that you think might also -- you know, that

18  theoretically could go through but wouldn't, in your

19  mind, be included in the USB based display signals in

20  the patent?

21      A.   Yes.  Potentially, it could be USB signals

22  containing display information that could potentially

23  then contain other information that USB can transport,

24  such as file transfers, bulk file transfers.

25      Q.   What about images that weren't video, just a

 1   static image?

 2        A.   That would be covered by a bulk file

 3   transfer.  So a JPEG image taken by a digital camera.

 4        Q.   Yes, for example.

 5        A.   All of these forms of data can be

 6   transported across a USB bus.

 7        Q.   So would you consider, for example, a JPEG

 8   image file -- would you consider that to be a display

 9   signal?

10        A.   No, I would not.

11        Q.   And I'm just talking about USB display

12   signals as used in the patent.  And that's still your

13   opinion?

14        A.   Yes.

15        Q.   And why is that?

16        A.   Yes.

17        Q.   And what's the basis for that opinion?

18        A.   Yes.  Again, we have here a USB controller

19   talking to a VGA controller and not, for example,

20   decompressing a JPEG image or any of the other still

21   image formats.

22             MR. CAULEY:  Could you read back his answer?

23             (Record read by the Reporter:

24             "Answer:  Yes.  Again, we have here a USB

25   controller talking to a VGA controller and not, for

1    example, decompressing a JPEG image or any of the

2    other still image formats.")

3    BY MR. CAULEY:

4        Q.    And what's your basis for saying that the

5    USB controller -- strike that.

6            What about if it wasn't a JPEG image, but

7    just the image of the screen; would you consider that

8    to not be a display signal?

9        A.    Yes.  I should say here I was using, yes,

10   JPEG here -- we're using an example of a file

11   transfer, bulk file transfer.

12       Q.    Right.

13       A.    So a better example might be something that

14   is not rendered as video.  Perhaps a set of meter

15   readings is more what I'm thinking of for bulk file

16   transfer.

17           I realize there is confusion here in that

18   the format you might use for the display signal

19   themselves to be sent to the VGA controller, you may

20   wish -- you may think of encoding them as JPEG

21   images.

22           Again, nowhere in the patent itself -- I

23   will say, USB based display signals themselves could

24   be of different forms.

25           THE REPORTER:  I'm sorry.  Could you repeat

1  that again?

2        THE WITNESS:  Yes.  USB based display

3  signals, it's not specified exactly what the format

4  of that display signal should be.

5  BY MR. CAULEY:

6     Q.  So if it doesn't specify the format then,

7  it's still your opinion that it would exclude

8  something like JPEG.  Is that correct?

9     A.  In -- I think other things in the patent

10 would exclude JPEG.  The term USB based display

11 signals itself, taken outside the patent, could

12 include a JPEG encoding of display signals sent over

13 the USB.

14    Q.  Okay.  But are you finding something in the

15 patent that would narrow that term to exclude

16 something like JPEG?

17    A.  Yes.  An absence of the -- of any mention of

18 JPEG decompression hardware, and also that it's

19 driving a VGA controller, which implies that it's

20 more of a -- instead of just a single still image,

21 that it's a series of images being sent.

22    Q.  What about things that weren't images at

23 all, but they might -- you might have information

24 that went along with some sort of display image, you

25 know, like, say, instant messages or something like

1  that, or some sort of text that --

2     A.   Or -- yes.

3          No.  I think they have to be display

4  signals, but they do not have to be pixel-by-pixel

5  elements of the display.

6     Q.   And just so I'm clear and so -- let me say

7  what I think you said, and you can correct me if I'm

8  wrong.  They --

9     A.   Yes.

10    Q.   That your basis for the exclusion of these

11 other kinds of information in USB based display

12 signals is based on the fact that they are not

13 mentioned in the patent.  Is that correct?

14    A.   There is no provision for them in -- I

15 suppose there are several things:  There is no

16 provision for them in the patent; an audio signal

17 could not be described as a display signal; and a VGA

18 controller could not accept an audio signal.

19 Similarly, if it was a file of electricity meter

20 readings, you could not call that a display signal,

21 and a VGA controller could not accept that.

22          So I think both the use of the term "display

23 signals" and the presence of a VGA controller rules

24 out these other forms of data that are not destined

25 to be displayed by the VGA controller.

1     Q.   Could you have in a USB signal -- and I

2    guess that's what where you're talking about where

3    you had data that had the USB encapsulation -- and

4    I'm talking about sort of just outside the patent,

5    just out in the world -- could you have what you

6    would call a USB signal that contained something

7    other than display information?

8          MR. DIETZEL:  Objection.  Form.

9    BY MR. CAULEY:

10    Q.   And if you don't understand --

11    A.   Yes.  Yes.  In the outside world --

12    Q.   Yes.

13    A.   In the outside world, outside the patent, a

14   USB signal will produce the signals, will transport

15   all sorts of data.

16    Q.   It's basically anything that comes over --

17    A.   As I mentioned --

18    Q.   It's anything that comes out of the USB port

19   would have to have that USB encoding; correct?

20    A.   Yes.

21    Q.   And that can be pretty much anything;

22   correct?

23    A.   There are limitations.  But in USBs designed

24   for the transport of certain sorts of data, which

25   they define, for instance, as bulk data, isochronous

1  data, interrupt data -- there are some forms of data         05:04:2

2  which you would not send in one of those four ways,          05:04:2

3  although I'd probably have to think quite hard to            05:04:31

4  find out what they are -- but those four ways cover          05:04:3

5  the ability to send, yes, many different forms of            05:04:3

6  data, such as, as we mentioned, audio streams,              05:04:40

7  filing -- they can remote a filing system typically        05:04:45

8  by USB hard drives, where files are transferred to          05:04:48

9  and from that hard drive using a filing system              05:04:5

10 protocol which is carried as USB encoded packets.           05:04:55

11     Q.   Is it possible to have more than one kind of       05:04:59

12 data within one USB packet?                                 05:05:03

13     A.   Yes, it is.                                        05:05:08

14     Q.   And so it would be -- out in the world, it         05:05:08

15 would be possible to have a USB packet that had             05:05:18

16 display information and something else in it; is that       05:05:22

17 correct?  Out in the world, outside of the patent.          05:05:25

18     A.   Yes.                                               05:05:25

19     Q.   So it's your opinion --                            05:05:25

20     A.   Outside of the patent?                             05:05:26

21     Q.   Yes.                                               05:05:26

22     A.   Yes.                                               05:05:27

23     Q.   Okay.  So it's your opinion that there is          05:05:27

24 something in the patent that restricts the kinds of         05:05:30

25 USB display -- I guess that restricts USB display           05:05:35

1   signals to just having display information in that

2   packet.  Did I understand your opinion right?

3       A.   Yes.  Yes.

4            I think there's two things.  One is the use

5   of the term "display signals" restricts it to display

6   information.  And, secondly, I cannot find anywhere

7   in the patent anything that would handle data other

8   than display signals.

9       Q.   Okay.  So did I get the whole basis for your

10  opinion on that?  I think I did.  But I just want to

11  make sure that there's no other basis for your

12  opinion that the USB packets could only contain

13  display information as used in the patent, other than

14  what you just said.

15      A.   Yes, that's correct.

16      Q.   All right.  Okay.  Let's go -- I'm going to

17  hit Magic's definition of the "for receiving

18  exclusively therethrough," and then I'm going to take

19  a break.

20           So let's go back to -- we sort of going

21  around the circle here -- Magic's definition of the

22  term "for receiving exclusively therethrough USB

23  based display signals."

24           Do you disagree with Magic's definition of

25  that term?

1     A.   Just check one of the figures.

2          I'm just checking that -- we're talking here

3     about the USB controller; is that right?  I just need

4     to check --

5     Q.   Yes.

6     A.   -- the context of "for receiving

7     exclusively."

8     Q.   Yes.  It's the first indented paragraph in

9     Claim 1.

10    A.   Yes.  Yes.

11         Again, I think the Magic definition is

12    consistent with what is shown in the patent, in that

13    what is shown in the patent is that all of the USB

14    signals containing display information are forwarded

15    to the USB controller, and it does forward them to

16    the bridge in an understandable signal form.

17    Q.   But do you disagree with that definition?

18    A.   I wouldn't say that that definition is

19    untrue.

20    Q.   Do you think that Magic's definition is

21    inconsistent with DisplayLink's definition?

22    A.   No.  In the context of the patent, where

23    we're only talking about display signals, then --

24    just be careful here.  Receiving only --

25         Yes.  I think given that we're sending USB

1    based display signals, then, yes, the two definitions

2    are consistent.

3        Q.    All right.

4        A.    I would not say that either -- both of them

5    can be said to be true in a logical sense.

6            MR. CAULEY:   Okay.   I'm going to take a

7    break, About five or ten minutes.

8            THE VIDEOGRAPHER:   Going off the record.

9    The time is 17:09.

10           (Brief recess taken.)

11           THE VIDEOGRAPHER:   Back on the record.   The

12   time is 17:24.

13   BY MR. CAULEY:

14       Q.    Dr. Jones, let's just keep on moving.

15       A.    Yes.

16       Q.    Let's go down to the next term, which is

17   "bridge."   And I'll just read the definition that

18   DisplayLink has provided for the term "bridge," which

19   is component -- it's component -- Do you see, it's on

20   page 4?

21       A.    Yes.   Oh.   We moved over the other terms on

22   page 3?

23       Q.    I think we did -- Oh, I'm sorry.   Thank you

24   very much.   I flipped a page.   I was closer to the

25   end than I was.   Yes, let's go to page 3.   Thank you.

1    All right.  Page 3.  The next term is "USB
2    based display signals from the computer."
3    And DisplayLink's definition of that term
4    is:  "USB encoded display signals representing the
5    image rendered by the computer."
6    And I think we have already -- I assume that
7    we're all in agreement as to what your opinion is
8    about the USB display signals part of that
9    definition, so we'll just talk about the rest of it.
10    So DisplayLink's definition, "USB encoded
11    display signals representing the image rendered by
12    the computer," is that your opinion as to what the
13    appropriate definition of that term should be?
14    A.  Yes, it is.
15    Q.  So I guess we're just talking about the
16    "...representing the image rendered by the computer."
17    And that's your opinion, correct, that part?
18    A.  Yes, it is.
19    Q.  And I was wondering, sort of, what the
20    meaning were to a couple of those terms.  What do you
21    mean there by the term "image"?
22    A.  That is, the image is the information that
23    is going to be used to construct the display.  Or
24    it's the information that is going to be used -- it's
25    hard to define it without saying "image data."

1          It's the information that is going to be

2    used to make the image that shows up on the display.

3    So it's the thing that is going to eventually result

4    in the correct pixels being set in the correct places

5    on the display.

6          Q.   Okay.   Then I guess before I ask you another

7    question about image, I'll ask you what you mean by

8    the term "rendered."

9          A.   That means given, given by the computer.

10   So, you see, it's rather the -- it's the image

11   rendered by the computer.   So if you like, it's the

12   display signals are representing the two-dimensional

13   sets of pixels that you want to show up on the

14   display eventually.

15         Q.   Now, we were talking about JPEGs and bitmaps

16   earlier.   Why aren't those images, the way you use

17   the term "image" here?

18         A.   It -- it could be.   You could represent

19   the -- the image itself could be represented in a

20   format which used JPEG.

21         Q.   I had thought that you --

22         A.   In this part -- in this part alone, just

23   taking USB display signals from the computer in its

24   generality, so we're not restricting this to

25   something that a VGA controller would process.   We're

1    now saying it could be something that a JPEG

2    decompressor could process, something that is not

3    referred to in the patent.

4        Q.   Okay.  I'm --

5        A.   But an image itself could be encoded in

6    JPEG.  I think the points about the images is it's --

7    is what I'm taking to mean were these display signals

8    from the computer.  So the computer is not giving you

9    a three-dimensional wire frame model to be rendered

10   by the display.

11       Q.   Now, if you're reading the USB based display

12   signals from the computer as used in Claim 1 of the

13   patent, would that exclude JPEGs?

14       A.   On its own, that would not exclude JPEGs.

15       Q.   And I'm only talking about as used in the

16   patent, as opposed to out in the world.

17       A.   Yes.

18       Q.   So it would include JPEGs?

19       A.   Oh.  No.  No, the patent itself does not --

20   does not make provision for JPEGs because of the way

21   that the bridge is attached to the VGA controller.

22       Q.   So your use of the term "image" in this

23   definition excludes like JPEGs and screen images and

24   bitmaps, like we discussed, for USB based display

25   signals; is that right?

1      A.    Yes.   Yes.   Yes, yes, yes, yes.                    05:31:06

2            In terms -- in the context of the patent, it        05:31:15

3    excludes JPEG -- yes, other formats.                        05:31:18

4      Q.    And is your reason for excluding those other        05:31:23

5    formats from your definition of the term "image" in        05:31:26

6    this definition the same reasons that you excluded         05:31:29

7    those kinds of things from the definition of the term      05:31:34

8    "USB display signals" in the previous definition?          05:31:37

9    Because we went through that for quite a while.            05:31:44

10     A.    Yes.   Yes, it is.   Yes.                           05:31:47

11     Q.    And I guess just to tie it up, is there            05:31:48

12   anything else other than the reasons you gave for         05:31:51

13   excluding those kinds of files from the previous          05:31:55

14   definition that you would use to exclude those other      05:31:58

15   kinds of image kind of files from your use of the         05:32:02

16   term "image" in this definition?                          05:32:04

17     A.    Not that I can think of at the moment.            05:32:09

18     Q.    All right.   If you could look at Magic's         05:32:14

19   definition of USB display signals -- I'm sorry --         05:32:16

20   "USB based display signals from the computer."   And      05:32:17

21   that definition is:   "USB signals containing display     05:32:22

22   information from the computer."                           05:32:27

23           Do you disagree with that definition?             05:32:28

24   Although, I guess, basically all that --                  05:32:33

25     A.    Yes.                                              05:32:33

1    Q.   All that is is just --

2    A.   Yes.

3    Q.   It's just the same as our definition of the

4    term USB display signals with "from the computer" on

5    it.

6    A.   That's right.  And, again, the objection is

7    that a USB signal containing display information

8    could potentially have a lot of other information in

9    it.  And there is no way -- there is no mention and

10   no hardware in this example where something other

11   than display information could be handled.  So the

12   objection to that is that it's not -- that your

13   construction would allow USB signals that contained

14   things other than display information.

15   Q.   Okay.  Did you have anything to add with

16   regard to Magic's definition for this particular term

17   "from the computer" that we didn't already discuss in

18   the term without the "from the computer" in the

19   previous definition?

20        Because I think, as with DisplayLink's

21   definition, I think we went through that pretty

22   extensively before.  I just wanted to make sure there

23   wasn't anything else that we needed to discuss with

24   regard to Magic's definition of this term.

25   A.   Not that I can see at the moment, no.

1       Q.   We should have numbered these things.  Ah,

2   too late.

3           All right.  The next term is "VGA

4   controller."  And DisplayLink's definition of that

5   is:  "Component or component(s) that controls the

6   routing of VGA signals pursuant to the VGA standard."

7           Is that your definition?

8       A.   Yes.

9       Q.   I'm sorry.  That's your opinion, that's your

10  opinion that that definition is correct; correct?

11      A.   Yes.

12      Q.   And what's the basis for that opinion?

13      A.   This is the -- a VGA controller is a

14  specific piece of hardware and software that operates

15  in order to control the routing of VGA signals.

16          The term "VGA" means "video graphics array."

17  This is a hardware and possibly software implemented

18  system defined by IBM.  And the VGA controller is the

19  thing that controls that video graphics array.

20          It was in common use as a term you -- for

21  instance, you could buy a VGA controller chip, which

22  is a chip that is programmed by registers and a

23  memory aperture on a computer and generates video

24  signals according to the VGA standard.

25      Q.   What do you mean by the term "routing" in

1  that definition?

2      A.    The controller is the thing that decides

3  where the VGA signals will go.  So when they are

4  addressing data signals to place a character at a

5  particular location in the screen, the VGA controller

6  will make sure it gets to the right place in the

7  memory chip.  From that memory chip, the VGA

8  controller will arrange for the character byte to be

9  read and translate it into pixels that will go on the

10 screen through a translator.  So the VGA controller

11 moves data from one place to another, routes it

12 around on the chip or on the VGA adapter card

13 according to the VGA standard.

14     Q.    And what's your basis for your opinion that

15 that's what the -- I guess, that definition of

16 "routing" would apply to the VGA controller that's

17 claimed in the patent?

18     A.    Well, the patent is placing the -- is giving

19 you a way to place the -- take the VGA controller out

20 of the PC and place it remotely.  And the VGA

21 controller is something that controls the routing of

22 VGA signals pursuant to the VGA standard.  If you buy

23 a VGA adapter card as made by IBM, the VGA controller

24 is one of the components on that card that controls

25 the routing of the VGA signals.

1          And in the patent, we see that the VGA

2    controller is effectively the remote, a remote copy

3    of that card, or chip, or system that implements the

4    VGA standard.

5       Q.   If you could look at the patent at column 2,

6    line 39.  It's the sentence that's from 38 to 40,

7    column 2.

8       A.   Column 2, 38 to 40.  "The VGA controller in

9    turn forwards..."

10      Q.   Yes.  Is there a difference between the term

11   "forwards," as used in that sentence, and what you

12   mean by "routing"?

13      A.   No, I think it -- in principle, it depends

14   whether it should -- you could take the term

15   "forwards" to mean forwards directly or forwards via

16   some other -- well, forwards via the VGA memory

17   buffer.

18          So I would say that the term "forwards"

19   includes -- does cover routing.

20      Q.   Now, is your opinion that a VGA controller

21   routes VGA -- I guess, a VGA controller controls the

22   routing of VGA signals, is that intrinsic to VGA

23   controllers?  Remember, we talked about the same sort

24   of thing with USB controllers.

25          Is it your knowledge of how a VGA controller

1    has to work?

2        A.    Yes, Yes.   A VGA controller is the entity

3    that -- in hardware terms, it decouples the detailed

4    display timing from the rest of the hardware.   So the

5    VGA -- one of the VGA controller's responsibilities

6    is to keep the display refreshed at the correct rate

7    at all times.

8        Q.    So your definition of the term "VGA

9    controller" is something that is inherent in every

10   VGA controller, I guess, inside or outside the

11   patent.   Is that right?

12       A.    Yes.

13       Q.    All right.   Is that the same thing as -- I

14   guess, the VGA controller, is that the same thing as

15   a VGA graphics card?

16       A.    No, no.   The VGA controller will be

17   implemented on a VGA graphics card.   But a VGA

18   graphics card also consists of other components, such

19   as a bus interface.   So it might be an ISA graphics

20   card or a PCI graphics card, and that graphics card

21   will implement on it a VGA controller.

22            But the card itself -- it would be bad usage

23   to call the card a VGA controller.   You would

24   normally call it a VGA card or a VGA adapter.

25       Q.    In your definition here, you talk about the

1    "VGA standard."  What does that mean?

2        A.   That means the definition of the video

3    graphics array as defined by IBM.

4        Q.   Now, I see here extrinsic evidence is "PS/2

5    Video Subsystem Technical Reference Manual (May 19,

6    1992)."

7             Is that the VGA standard you're referring

8    to?

9        A.   Yes, it is.

10       Q.   Now, that standard is -- I guess, now it's

11   16 years old.  Are you restricting your definition of

12   the term "VGA standard" just to the 1992 one?

13       A.   I -- Yes.  Yes, I am here.

14            I don't actually know if there were previous

15   or subsequent VGA standards.  But they would all be

16   very similar to this one.  The standards are such

17   that sometimes they are revised in minor ways and

18   reissued.  But this one seems to accord with all of

19   my knowledge of VGA.

20       Q.   Are you familiar with, I guess -- I've heard

21   the term "SVGA" and other --

22       A.   Yes.

23       Q.   I guess there are other acronyms that end

24   with VGA and have other letters in front of them,

25   which probably somebody will tell me what they are.

1      A.    Yes.                                                    05:43:31

2      Q.    Would you not include those as part of VGA             05:43:37

3   in your definition where you're talking about VGA              05:43:37

4   controller here?                                               05:43:42

5      A.    A VGA controller, I would not include SVGA            05:43:43

6   or XGA or NVIDIA chipsets as a VGA controller.                 05:43:48

7   A particular piece of hardware might include a VGA             05:43:55

8   controller, you know, an advanced modern graphics             05:43:58

9   card, but you would not call it a VGA controller              05:44:01

10  itself.                                                        05:44:03

11        So, for example, once VGA was -- a later               05:44:04

12  standard was SVGA, as you mentioned, and you would            05:44:09

13  then go out and buy an SVGA controller, or an XGA             05:44:11

14  controller.                                                    05:44:17

15     Q.    Do video controller chips these days support         05:44:19

16  SVGA?  Do you know?                                            05:44:26

17     A.    Some do and some don't.                              05:44:28

18     Q.    Now, I guess we're talking about the way the         05:44:38

19  term VGA is used in the patent.                               05:44:41

20        What's your basis for restricting the term            05:44:44

21  VGA to the one that's disclosed in 1992 and excluding         05:44:48

22  all of the other ones?                                         05:44:56

23     A.    I think that's one -- that's one of the             05:44:57

24  latest definitions of the VGA standard.  I don't know         05:45:02

25  if there is a more recent version of the standard            05:45:09

1    after 1992.  But it would only -- it would be -- it

2    would differ only in very minor ways.  So the 1992

3    standard seems to be a particularly good one to

4    define what the VGA standard means.

5        Q.   Just so we're all clear, what does "VGA"

6    stand for?

7        A.   Video graphics array.

8        Q.   And so what does -- I asked my buddy here to

9    see how many of these other ones there were.  I guess

10   there's SVGA and SGA and SXGA.

11       Do you know of any other graphics array

12   standards?  There are a lot of them.

13       A.   Oh, there's -- you know, these days there

14   are all sorts of different terms like UXGA, WXGA.

15   Manufacturers invent new standards and give them

16   different acronyms like that as the years go by.

17       Q.   But it's your opinion that the term VGA, as

18   used in the patent, just refers to that one 1992

19   standard; is that right?  And doesn't refer to, say,

20   SVGA?

21       A.   No, no.  If you say something is a VGA

22   controller then -- if you meant an SVGA controller,

23   you would say "SVGA controller."

24       There are chips -- you know, a manufacturer

25   might have in their catalog a VGA controller, an SVGA

1    controller, an XGA controller; and these chips have

2    different functionalities, support different pixel

3    rates and different resolutions.  But VGA controller

4    is well defined by the IBM VGA standard.

5        Q.  Now, the VGA standard has a certain

6    resolution rate, supports a certain size screen?

7        A.  It supports a number of modes.  Off the top

8    of my head, I think about 14 different modes, which

9    have different resolutions and different color

10   depths.  But the highest resolution that the VGA

11   standard supports is 640 by 480.

12       Q.  So the highest resolution that the VGA

13   standard supports a 640 by 480.

14           What is the standard resolution for screens

15   used these days?

16       A.  They don't really have a standard.  They can

17   be of all sorts of different resolutions; 1028 by

18   768, 1280 by 1024.  Those are to accommodate the

19   later standards such at SVGA or XGA.  And indeed,

20   those resolutions are named by those later standards.

21   So you might have an XGA display, for example, on a

22   laptop.

23       Q.  Now, is it your opinion that in December of

24   2002, which is when the patent was applied for, that

25   the term VGA was not used generically by persons of

1   ordinary skill in the art to describe all of these

2   graphics array standards?

3       A.   No.  The term "VGA controller" meant a

4   controller that implemented the VGA standard which,

5   for example, is restricted to a maximum resolution of

6   640 by 480.

7       Q.   And my question was actually not about VGA

8   controller.  And you can flip down to the last -- we

9   might as well -- we might as well deal with it now,

10  since --

11      A.   Okay.  Yes.

12      Q.   So just turn to the very last definition of

13  VGA.  Your definition --

14      A.   Page 7.  Yes.

15      Q.   Your definition of the term VGA is

16  consistent with the way you're using -- you're

17  restricting the term "VGA" in "VGA controller";

18  correct?

19      A.   Yes.  Yes.

20      Q.   So we might as well talk about them both at

21  the same time.

22      A.   Yes.

23      Q.   So just divorcing this, for the moment, from

24  VGA controller and just talking about the term VGA --

25  so we're just talking about the last term -- is it

1    your opinion that in 2002, that persons of ordinary

2    skill in the art would not have used the term VGA

3    generically to describe all of the different graphics

4    array standards?

5        A.    Yes.

6        Q.    And what's your basis?

7        A.    They would not have used the term VGA -- for

8    example, an extended graphics array, an XGA system,

9    you would not call it VGA, you would call it XGA.

10       Q.    Actually, let me ask you -- this is probably

11   something I should have asked you at the beginning.

12            Do you have an opinion as to the academic

13   and experience background of a person of ordinary

14   skill in the art for purposes of this case?

15       A.    Yes.  I was asked to consider that.  And I

16   think the -- Well, first of all, I would try to give

17   a name to the person, and I would suspect they would

18   be a digital systems architect.

19            In English law, I guess we're trying to

20   say -- I'm trying to say who the patent is addressed

21   to.  Is that correct?

22       Q.    Well, we'll go with that.

23       A.    Yes.

24       Q.    I'm not sure that's --

25       A.    And for that I -- yes.  I think that I would

1    call them a digital systems architect.

2         In order to implement the system according

3    to the patent, they would have to have skills in

4    understanding, for instance, all the different timing

5    constraints in the system; they would have to

6    understand how to synchronize between the different

7    pieces of hardware, because that's not spelled out

8    here; they would have to understand the constraints

9    and capabilities of VGA and USB.

10        And the person who has those -- and they

11   would have to have a certain understanding of

12   software:  How this was going to be driven at each

13   end in order to work out whether the timing was going

14   to work, whether the whole thing was going to work.

15   So for that reason, I call them a systems architect.

16        They don't have to be a general electronic

17   systems architect; they don't have to necessarily

18   know about the impedence levels and such of the

19   analog signals.  So I would call them -- I would

20   restrict it to be a digital systems architect, who

21   would be trying to implement the system based upon

22   this patent.

23        Is that the sort of answer you were after?

24      Q.   That's part of it.  Let me ask you just a

25   little bit more.

1          Would this person have a certain -- would

2     they have an academic degree of -- in a certain field

3     and of a certain, you know, like bachelor's degree,

4     master's degree, Ph.D. --

5          A.   Yes.

6          Q.   -- for this type of person?

7          A.   It's very likely.  I would think that a

8     person who is a digital systems architect is likely

9     to have a degree in electrical engineering or

10    computer science.

11         Q.   All right.  And would that person have a

12    certain level of experience in the industry?

13         A.   Yes.  That person would need to have

14    experience in, let's say, in specifying hardware

15    design and working out the high-level system concepts

16    such as timing and data throughputs.  And they would

17    have to have an awareness of both the software and

18    the hardware side, so they would need to understand

19    how a device driver was going to need to interact

20    with this system.

21         Q.   Now, do you have an understanding of

22    DisplayLink's products?

23         A.   Not a deep understanding, no.

24         Q.   Do you have an understanding as to whether

25    the DisplayLink products only work with the displays

1    that use the -- with the resolution that is provided

2    for by VGA, or do they work with other types of

3    screen resolution?

4        A.    I don't know that.

5        Q.    In your mind, would a USB-to-VGA product

6    that only worked with screens that used just the VGA

7    standard, would that be competitive in the

8    marketplace?

9        A.    I don't know.

10        Q.    Does anybody really use screens that just

11    use the VGA resolution anymore?

12        A.    Oh, yes.  The -- well, the VGA -- the VGA

13    resolution has a special place in that many computer

14    systems, when they first start up, will only have the

15    device -- will only have the capability of displaying

16    graphics using the IBM VGA standard.  So when the

17    bios itself boots and needs to tell you things that

18    it's doing, it can't drive the clever graphics chips

19    or XGA controller, and so on, in many systems.  Not

20    all systems.  But in many systems, the common

21    denominator is to drive a VGA chipset.

22        Q.    Now, you're aware, are you not, that

23    DisplayLink uses the term VGA generically in its

24    promotional material?

25        A.    I'm not aware of that.

1    Q.   I'm going to read to you from a --

2    A.   I haven't looked at DisplayLink's

3 promotional material or their technology in detail.

4    Q.   Let me read to you from a press release that

5 was released yesterday, that was on DisplayLink's

6 website.  I'll just read to you the first paragraph.

7         It's announcing the 2008 Consumer

8 Electronics System.  "2008 International CES," press

9 release dated January 7th, 2008:  "IOGEAR and

10 DisplayLink announced today they will showcase

11 IOGEAR's Wireless USB to VGA Video Card."

12        Does that change your opinion as to whether

13 the term VGA is used generically in the industry?

14    A.   No.  It could mean that they are restricting

15 to VGA graphics standards, or it could mean that they

16 are using VGA loosely for the consumer to refer to

17 other graphics standards as well.  But that's a loose

18 definition of the term that I would not expect to be

19 used by a digital systems architect.

20    Q.   So it's your understanding that a person of

21 ordinary skill in the art, as you have defined them,

22 when they looked at the '788 patent, would understand

23 that the term VGA only referred to the VGA

24 standard -- that one VGA standard which is very

25 restrictive?  Is that your understanding and your

1    opinion?

2        A.    Yes, I think the person -- a person with the

3    skills necessary to implement this patent would have

4    the understanding to know that VGA meant that

5    original IBM VGA standard.

6        Q.    What is your basis for that, for that

7    opinion?

8        A.    That's my experience.  I have had several

9    computers that work with VGA controllers to a VGA

10   standard.  They were later upgraded to work with SVGA

11   controllers to drive screens at high resolutions,

12   such as 800 by 600, and those were not referred to as

13   VGA controllers; they were SVGA controllers, they

14   were SVGA screens, They were SVGA everything.

15       Q.    Is there anything in the patent that would,

16   in your mind, restrict the definition of VGA just to

17   the original VGA standard?

18       A.    The use of the term VGA -- there is nothing

19   in the patent that widens it to SVGA, XGA, or other

20   standards.  It --

21       Q.    So it's your --

22       A.    So there is nothing -- I mean, there's

23   nothing to say that the term VGA doesn't mean "coffee

24   pot."  But there is no evidence that the term VGA

25   means anything other than the IBM VGA standard.

1      Q.   Let's look at -- on page 7, at Magic's

2  definition, which is:  "VGA has an ordinary and

3  customary meaning to a person of ordinary skill in

4  the art.  VGA generically refers to all video display

5  standards compatible with any 15-pin VGA port/plug."

6        I take it that you disagree with that

7  definition?

8      A.   Yes.  Yes, I do.

9      Q.   What is the basis for your -- other than

10  what you've just told me --

11      A.   Yes.

12      Q.   -- for disagreeing with that definition?

13      A.   Yes.  Well, I could -- that would apply

14  to anything that is compatible with any 15-pin VGA

15  port or plug.

16        Now, the 15-pin VGA port or plug is defined

17  by the IBM VGA standard.  But to be compatible with

18  that port or plug, you don't have to send RGB signals

19  on it, you don't have to send timing.  You could do

20  any signals at all that could go through that 15-pin

21  plug electrically, and they would come under your

22  definition.  So you wouldn't have to have the same

23  signals in the same ordering.  I mean, they would

24  just be a set of 15 signals that were a video display

25  standard that could be pushed through that 15-pin

1    plug.  And I would not say that they are VGA, because

2    they could -- they could even be a digital video

3    standard being pushed through that plug and nothing

4    to do with, as I say, with the IBM VGA standard.

5        Q.   Now, let me summarize what I think is the

6    basis for your opinion about VGA, and let me see if I

7    got it right.  That it's your experience, as to the

8    use of the term VGA and also the use of the term SVGA

9    and all of the other ones, and the fact that the

10   patent just mentions VGA and doesn't mention any of

11   the other standards.

12       Did I get the basis for your opinion right?

13       A.   Yes.  Yes.

14       Q.   All right.  Good.

15       Let's go back, then, to VGA controller.  And

16   we -- I think we have exhausted VGA standards, so

17   we'll talk about the rest of the VGA controller.

18       And I'm going to look at Magic's definition.

19   "Device that communicates with the display device

20   according to the VGA standard and communicates with

21   the bridge in the signal form understood by the

22   bridge."

23       Now, other than VGA standard, do you

24   disagree with that definition?

25       A.   I should just check the diagram in the

1  patent.                                                      06:22:34

2         Yes, that's -- the MTC definition is                 06:02:57

3  consistent with the patent.                                 06:03:01

4     Q.  All right.  Okay.  Then let's go down to             06:03:03

5  display device.  Okay.                                      06:03:08

6         DisplayLink's definition is:  "Electronic            06:03:13

7  device for visually representing VGA signals."              06:03:15

8         And I think we've -- Okay.  Do you agree             06:03:18

9  with that definition?                                       06:03:26

10    A.   Yes, I do.                                           06:03:28

11    Q.  And what's the basis for that opinion?               06:03:30

12    A.   My understanding of what a display device is        06:03:34

13 in the context of this patent.                              06:03:44

14    Q.  And I think it might make more sense to just         06:03:57

15 compare the two definitions.  And Magic's definition        06:04:01

16 is:  "Device that converts electric signals to             06:04:06

17 images."                                                     06:04:11

18        Do you disagree with that definition?                06:04:12

19    A.   That's a generic definition of a display            06:04:17

20 device.  On its own, I do not disagree with that            06:04:23

21 definition.                                                 06:04:26

22        Well, I probably should.  Because it needn't         06:04:27

23 be fed by electrical signals.  A display device, in         06:04:30

24 general, is something that displays images and it           06:04:35

25 needn't come from electrical signals for a generic          06:04:41

1    display device.

2         But in the context of this patent, yes, they

3    are converting electrical signals to images; and in

4    particular in the context of this patent, they are

5    VGA signals.

6         Q.    So, I guess, would your disagreement with

7    that be to the extent that it might include signals

8    that didn't comply with the VGA standard?

9         A.    Yes.

10         Q.    And so when we're talking about VGA signals,

11    then, why don't I make sure that I understand what

12    your definition of the term "VGA signals" in your

13    definition means.

14         A.    Yes.  By "VGA signals," I mean signals as

15    defined in the IBM VGA specification that we have

16    referred to.  So that specification defines the

17    layout of the signals and the timing of the signals

18    and so forth.  So it defines what a VGA signal is.

19         Q.    So, do you have a disagreement with Magic's

20    definition other than, I guess, the implicit

21    inclusion of signals other than VGA signals as you

22    define them?

23         A.    Yes, that would be correct.

24         Q.    So that's the only difference?

25         A.    I -- I don't -- Yes.

1    Q.   Yes, that's the only point of disagreement?    06:06:36

2    A.   Well, actually, no.   There is a slight    06:06:38

3    other -- there is another one, there is another    06:06:41

4    slight difference in that a device that converts    06:06:42

5    electrical signals to images could be doing them for    06:06:45

6    purposes other than display.   It could be converting    06:06:50

7    electrical signals to images for the purposes of    06:06:54

8    motion analysis for security alarms or things like    06:06:57

9    that.    06:07:05

10    Q.   Okay.    06:07:05

11    A.   Whereas, a display device implicitly is    06:07:06

12   going to visually represent those signals for a human    06:07:10

13   to see.   Or it's going to visually represent them for    06:07:14

14   something to see.   So I think the visually    06:07:17

15   representing VGA signal -- the "visually representing"    06:07:21

16   is another important part.    06:07:24

17    Q.   Okay.    06:07:28

18    A.   Because if those images are going to be    06:07:29

19   displayed rather than further processed by other    06:07:32

20   computer systems and so forth.   So it's a detailed    06:07:35

21   point, but it's important.    06:07:39

22    Q.   Okay.   Do I have all of your disagreements    06:07:40

23   between your definition and Magic's?    06:07:43

24    A.   Yes.   The visually -- yes.   The visually    06:07:51

25   representing and the VGA, yes.    06:07:53

1    Q.    All right.  Very good.  Okay.  Let's go on

2    to the next one, "bridge."

3         DisplayLink's definition is:  "Component or

4    component(s) for communicating between two or more

5    buses each using different interface standards."

6         Do you agree with that definition?

7    A.    Yes, I do.

8    Q.    And what's the basis for that?

9    A.    My knowledge of what a bridge is in the

10   context of this patent.

11   Q.    And what's your understanding of what a

12   bridge is in the context of this patent?

13   A.    Well, this bridge is a bridge that is

14   bridging buses.  So it's not -- it's not a bridge as

15   in road bridge or network bridge.  It's a bridge that

16   is going between two buses which are using different

17   interface standards.

18   Q.    And is the term bridge a term that would be

19   familiar to a person of ordinary skill in the art?

20   A.    Yes, it would.  Yes.

21   Q.    Do you understand that it's being used in

22   the patent in that context?

23   A.    Yes.

24   Q.    And so what is your understanding of what a

25   bridge is or does?

1      A.    A bridge allows data to flow from one bus to

2  another bus when they have different standards.

3      Q.    Does a bridge do routing?

4      A.    A bridge, in general, does not do routing,

5  not in terms -- it depends on what you mean by

6  "routing."  But in terms of -- if it's bridging, yes,

7  if it's actually bridging between more than two

8  buses, then it will have to do routing.  But this is

9  a very simple form of routing.

10         There are bridges where they learn about the

11 peripherals that might be attached to the buses on

12 either side and only forward packets that they know

13 to be for something that's on the bus on the other

14 side.  That's a common attribute to a bridge.  So it

15 does do some routing in that it examines something

16 very simple in the packet and decides whether to put

17 it on one bus or another bus.

18     Q.    Okay.  If you could look at Figure 1 of the

19 patent.

20     A.    Yes.  Yes.

21     Q.    And I'll just refer you back, just in

22 column 2, line 33, where it talks -- and I guess

23 line 25, where it says a "bridge 30."  And that's

24 the "30" in Figure 1.

25     A.    Sorry.  Column 2, line 41.

1    Q.   No, line 25, line 31, Or in any of the

2   places where it says "bridge 30."

3    A.   Yes.  Yes.

4    Q.   So do you understand that the square that is

5   denoted "30" in Figure 1 is the bridge that we're

6   talking about in this definition?

7    A.   Yes.

8    Q.   Now, is that bridge doing routing?

9    A.   I have to look in more detail to see whether

10  it is doing routing.  If there are some transactions

11  that come from the USB controller that do not cause a

12  transaction to a corresponding transaction to the VGA

13  controller.  So if the USB controller is sending a

14  transaction to the bridge which configures it in some

15  way or warns it about data to come, or something like

16  that, then that bridge could be said to be doing

17  routing of that rudimentary form.

18        It cannot be said to be doing routing

19  between multiple buses, Because in this particular

20  usage, it is bridging only between only two buses:

21  the bus to the USB controller and the bus to the VGA

22  controller.  But inside itself, it can be doing

23  routing of transactions, because some of them may

24  terminate at the bridge and some of them may go

25  through to the VGA controller.  I would have to look

1    at a lot more detail to answer that fully.

2        Q.   Okay.  If you could look at Magic's

3    definition:  "Device that converts electrical signals

4    between different domains in the form understood by

5    the receiving domains, through which each signal

6    travels over a fixed path."

7            Now, I think -- and correct me if I'm

8    wrong -- that the part that is before the comma is

9    pretty much what you said in different words.

10           Is that consistent?

11       A.   Yes.  I mean, the intention is to

12   convert not so much electrical signals, but it's to

13   convert transactions between different domains.

14           The electrical signals are converted and

15   changed everywhere all the time, because there might

16   be 500 electrical signals involved from one side of

17   the bridge to the other.  But what the bridge is

18   doing is converting transactions on one bus into

19   transactions on another bus.

20       Q.   Okay.  So would you -- just looking at the

21   part before the comma, would you have a disagreement

22   with Magic's definition, the part of it before the

23   word "through"?

24       A.   Yes.  Yes.  If I was going to try and --

25   Yes, I do.  Yes.

1    Q.    And so what is that disagreement?

2    A.    It's that the bridge is converting bus

3    transactions between the different domains, not

4    directly converting electrical signals.  So there may

5    be an electrical signal coming from the USB

6    controller which is not converted and sent on to the

7    VGA controller.

8    Q.    Are these --

9    A.    In your own diagram, you have many electrical

10   signals that come into the bridge from the USB

11   controller that do not go out, that do not have

12   corresponding signals going out the VGA controller.

13         You could take my -- if you look at

14   Figure 3, line F, there is an electrical signal.  And

15   it's not converted into the other domain.  So what

16   I'm saying is the electrical signals, the two lower

17   levels to describe this, the bridge converts

18   transactions between different domains.

19   Q.    Would you classify terminating an electrical

20   signal as a type of conversion?

21   A.    No.

22   Q.    And why not?

23   A.    A simple device that converts electrical

24   signals might be something that amplifies them, so

25   doubles -- maybe perhaps doubles the voltage of an

1  electrical signal.

2     Q.  So, if I understand you correctly, your

3  disagreement with the first part of this is that you

4  think the term "electrical signals" is too broad, and

5  it should be restricted to just transactions?

6     A.  Yes.  I wouldn't say one is necessarily

7  broader or narrower than the other.  It's different.

8  I think the bridge is not directly converting

9  electrical signals; it's converting transactions on

10 one bus to transactions on another bus.  So they may

11 have different timing, they may have different

12 voltage levels, they may have different layouts of

13 the number of pins.

14    Q.  All right.  Okay.  Let's go through to

15 the --

16    A.  I should say, a bridge could bridge an 8-bit

17 bus onto a 16-bit bus by breaking a 16-bit

18 transaction into two 8-bit transactions.  And I

19 wouldn't describe that as converting electrical

20 signals.  I would describe that as converting a

21 transaction.  And then more generically, it's

22 communicating between the two buses.

23    Q.  Okay.  All right.  Let's look at the second

24 part of this:  "...through which each signal travels

25 over a fixed path."  Do you disagree with that?

1    A.    Yes.  Yes.

2    Q.    And why do you disagree with that?

3    A.    Because in digital hardware, the signals

4  travel through all sorts of different paths, even

5  though they might be destined to end up on a

6  particular interface.  They -- the way logic elements

7  work, the signals go through different parts

8  according to which cycle of a clock they have come in

9  on and many other things.

10    Q.    Okay.  So I wanted to --

11    A.    It's a strange way of trying to define it.

12    Q.    If I were to refer you back to Figure 1

13  again --

14    A.    Yes.

15    Q.    And I guess we're talking these, I guess,

16  signal by signal.  Not various different kinds of

17  signals.  But like one particular signal --

18    A.    Yes.

19    Q.    -- one at a time.

20    A.    But -- Yes.  Yes.

21    Q.    So I guess I'm trying to figure out, on

22  Figure 1, what kind of a path it would go on that

23  didn't sort of go right straight through.

24    A.    I would refer you -- perhaps it might help

25  if we look at Figure 2, which breaks it down into a

1   little more detail what the bridge does.

2            And if you take one of the signals from

3   Bus E -- you have a collection of signals marked as

4   "E" in Figure 2.  One of the electrical signals there

5   does not travel over a fixed path to one of the

6   signals coming out on "D" to the VGA controller.

7        Q.   And what's your basis for saying that?

8        A.   It's going through many hundreds of logic

9   gates, and depending on exactly when it comes in and

10  how full the FIFO was or what state the buffer was,

11  it would take a different signal path.

12           But What I'm saying is, it's not the

13  electrical signals that are being converted here;

14  it's the transactions that are being converted.

15       Q.   So I guess what you're saying is that the

16  transactions, when they come in from 10, go out to

17  20, and they go through 30 in Figure 2, they don't

18  follow a fixed path within the bridge.

19       A.   That's right.  Not necessarily.

20       Q.   But if you have -- let's talk about -- I

21  guess, so the path that isn't fixed is within the

22  bridge, is within 30?

23       A.   Well, there isn't -- No, it's more than

24  that.

25           There isn't a fixed path from every signal

1  from the USB controller to every -- to a

2  corresponding signal on the VGA controller.  They are

3  different sets of signals.  So there are signals

4  coming out to the VGA controller that have no

5  counterpart on the USB controller, and these are

6  electrical signals.  There are no electrical -- there

7  are electrical signals on the USB controller that

8  have no counterpart going into the VGA controller.

9  The signals have different names and different

10  functions and the bridge is converting between them,

11  between the transactions that are represented by

12  those collections of signals.

13      Q.  So it's the conversion --

14          THE VIDEOGRAPHER:  Sorry.  This is the video

15  operator.  We just have five minutes left on this

16  tape.

17          MR. CAULEY:  Okay.  Shouldn't be a problem.

18  BY MR. CAULEY:

19      Q.  So it's the conversion that's being done by

20  the bridge that makes it not a fixed path.  Is that

21  my understanding of what you were just talking about?

22      A.  Well, no.  It's that the bridge simply

23  converts electrical signals.  It translates

24  transactions on one bus to transactions on another

25  bus.  And these are different electrical signals on

1  each one, and there is not a one-to-one mapping

2  between them.

3         So it cannot be said to be converting an

4  electrical signal -- one electrical from the USB

5  controller into a -- into some other electrical

6  signal on the VGA controller.  A bridge is converting

7  transactions on one bus to transactions on another

8  bus.

9         MR. CAULEY:  Okay.  Why don't we change

10  tape.

11         THE VIDEOGRAPHER:  Going off the record, the

12  time is 18:21.  And this is the end of recording

13  No. 1.

14         (Brief recess taken.)

15         THE VIDEOGRAPHER:  Back on the record.  The

16  time is 18:44.  And this is the beginning of

17  recording No. 2.

18  BY MR. CAULEY:

19     Q.  We're going to go to the next term which is

20  at the top of page 5, which is:  "Connecting the USB

21  controller and the VGA controller one to the other

22  for the passage of data therebetween."

23         And DisplayLink's definition is:

24  "Connecting the USB controller to the VGA controller

25  such that the VGA controller can receive video data

1    only from the USB controller via the bridge."

2          And I guess there's one thing in here that I

3    wasn't -- I thought was a little bit confusing, is

4    that what the term "only" is modifying.  I guess you

5    should just --

6      A.   Yes.

7      Q.   For form sake, let me ask you:  Do you agree

8    with this definition?

9      A.   Yes, I do.

10     Q.   And what does the term "only" modify?

11     A.   Only.  That's video only from the USB

12   controller.

13     Q.   So it might be like solely from the USB --

14   it's not like it's only video data; it's video data

15   only from the USB controller via the bridge?

16     A.   Yes.  We're talking about for the passage --

17   yes, that's the particular thing in this instance;

18   the "only" is only from the USB controller via the

19   bridge, not via some other mechanism.

20     Q.   Okay.  So the VGA controller could receive

21   something other than video data under this definition.

22   If it's going to receive video data, it can only

23   receive it from the USB controller via the bridge.

24   Is the way this -- that's the meaning of this

25   sentence; is that correct?

1    A.   Yes.  Yes.  Yes.

2    Q.   All right.  Okay.  What do you mean by the

3 term "video data"?

4    A.   It's data that represents an image.  If you

5 like, it's data that represents -- yes, any data that

6 represents an image.

7    Q.   Now, I just refer you back to our previous

8 discussion of JPEGs and screen images and bitmaps.

9 Would video data include those kinds of images?

10    A.   "Video data" as a generic term would include

11 things like MPEGs or, yes, motion JPEG standards or

12 things like that.

13         But as narrowed to be something that a VGA

14 controller would receive, obviously, then it's image

15 data that is compatible with one of the VGA display

16 modes.  So on its own, without the VGA qualification,

17 "video data" could include other formats.

18    Q.   But in the context of this patent, the term

19 "data" in this definition you understand as meaning

20 video data, and then you further understand the term

21 "video data" as excluding the kind of static images

22 that would be JPEGs and bitmaps and screen images?

23    A.   Yes.  It's -- Yes.  It's video data that is

24 compatible with a VGA controller.

25    Q.   Okay.  So just to be perfectly clear, but

1    perhaps redundant, the term "data" in the claim

2    that's in this definition means data that is

3    compliant with the VGA standard.  Is that right?

4        A.   Yes.

5        Q.   Great.  Okay.

6        A.   Yes.  VGA -- yes, yes.  Or data that

7    represents an image that is compliant with the VGA

8    standard.

9        Q.   Okay.

10        A.   The data itself may be transported over a

11    PCI bus or something like that.  But it represents an

12    image that is compatible with the VGA standard, yes.

13        Q.   Now, what's the basis for your opinion that

14    that definition is correct?

15        A.   Well, Figure 1 of the patent is what the --

16    the words almost describe the image of box 100 in

17    Figure 1, where the bridge is connecting the USB

18    controller to the VGA controller.  So that the video

19    data, which is represented by the horizontal arrows

20    going right through the middle of the area, is only

21    coming from the USB controller via the bridge.

22        Q.   Isn't that a fixed path?

23        A.   This is a high-level fixed path.  This is

24    not -- it's not a fixed path for electrical signals

25    to follow, no.  Each of those double pairs of arrows

1    is completely -- or can be very different sets of
2    electrical signals.
3            But, yes, it's a fixed path for the video
4    data to go from one set of arrows to another, to
5    another, to the display device.  There isn't a
6    different branching path outside the box.  So at a
7    high level, it's a fixed path.  But it's not a fixed
8    path for electrical signals.
9        Q.  Got it.  Okay.  All right.
10           I wanted to ask you another question, but I
11   need to give you Magic's definition to do it.
12           So Magic's definition is:  "Connecting the
13   USB controller and the VGA controller to exchange
14   electrical signals."
15           Now, I take it that you disagree with that
16   definition?
17       A.  Yes.  Yes, because it's not a -- it's not --
18   it's not really a one-to-one exchange of electrical
19   signals, in a sense.  It's not the electrical signals
20   that are being exchanged, it's data.  Data is moving
21   from one to another, and there are many different
22   electrical signals involved.
23       Q.  So would you, instead of "electrical
24   signals," prefer "video data," the way you've defined
25   it?

1       A.   Yes.

2       Q.   And I guess the reason I want to ask you

3    this is that it looks like in the Magic definition,

4    it's referring to exchanging in that the -- whatever

5    it is going -- electrical signals in that definition

6    are going both ways.

7            And I wanted to ask you whether in

8    DisplayLink's definition, the video data is only

9    going in one direction.  That's what it looked like

10   to me, but I wasn't sure whether that's what you

11   meant.  But I wanted to put it in context.

12      A.   Yes.  In DisplayLink's definition, the video

13   is going in one direction, yes.

14      Q.   Now, in your understanding of, I guess, the

15   system that's being described in the patent, I guess,

16   in box 100, is -- are there any kind of electrical

17   signals going from the VGA controller back to the USB

18   controller via the bridge, whether they're video --

19      A.   No.

20      Q.   So there is nothing going, I guess,

21   downstream?

22      A.   As far as I can see, no.  There -- No, there

23   wouldn't be a signal that goes directly from the VGA

24   controller back to the USB controller.

25           There would be signals, electrical signals

1  that are driven by the VGA controller and read -- and

2  read at the bridge, like bus control signals.  And

3  there would be signals generated by the bridge that

4  are controlling things in the USB controller, again,

5  the bus control signals.

6        But, in general, there will not be an

7  electrical signal from the VGA controller going back

8  to the USB controller; there isn't a one-to-one

9  mapping.  And neither is there data, neither is there

10  video data going backwards from the VGA controller to

11  the USB controller.

12     Q.  Aren't there kind of -- other kinds of like

13  system-related kind of signals that would have to go

14  between like, I guess, 200 and 300, that would have

15  to go from the display device back to the computer?

16  It would have to go through the USB-to-VGA converter.

17        Aren't there signals that would have to go

18  downstream?  There'd be quite a few, I would think>?

19     A.  No.  No.  The signals are always converted

20  by each of these things.  So the display device may

21  have -- the display device may have signals coming

22  back to the VGA controller, but they don't go back to

23  the bridge and so on.  The electrical signals at each

24  of these double arrows are a different set of

25  electrical signals from each other.

1      Q.   So your disagreement with Magic's definition,

2   in that they are not going both ways, is the fact

3   that these signals are converted by the bridge to

4   something else, and they are no longer the same

5   signal.  Did I get you right?

6      A.   That's right, yes.  Yes.  Yes, that's right.

7           In fact, it doesn't make any sense to say

8   the electrical signals aren't converted.  It's the

9   bus transactions that are converted by the bridge.

10  And the bus transactions [audio cut out] by a whole

11  set of changing value, timing, a lot of associated

12  electrical signals.

13          THE REPORTER:  Brian, he needs to repeat

14  that last answer.

15          MR. DIETZEL:  Dr. Jones, can you repeat your

16  answer, please.

17          THE WITNESS:  Yes.  Yes.  They are

18  exchanging -- the bridge is exchanging bus trans --

19  is translating bus transactions from one bus to

20  another, and those bus transactions are

21  (unintelligible) by the detailed timing and voltage

22  levels on a whole set of signals that comprise each

23  bus.

24          THE REPORTER:  I think I lost one word.  I

25  didn't get it.

1          MR. CAULEY:  I think that's what he said.

2          MR. DIETZEL:  I think it's "are read by the

3    details."

4          MR. CAULEY:  Could you read that back to

5    him?  I'm looking at something else.

6          THE REPORTER:  Doctor, I missed a word.  You

7    said, "...and those bus transactions are" something

8    "by the detailed timing..."  Was the word "read"?

9          THE WITNESS:  "Defined" by.  The information          06:57:28

10   in those signals is defined by the detailed timing          06:57:29

11   and voltage levels.                                         06:57:32

12         THE REPORTER:  Thank you.  Sometimes when

13   you're speaking quickly, it -- a word gets chopped

14   out.

15         THE WITNESS:  I shall try and speak a little

16   more slowly.  I'm sorry.

17   BY MR. CAULEY:

18    Q.   Now, I take it that you understand the word          06:57:50

19   "therebetween" to not refer to signals going in both       06:57:55

20   directions, because of the reasons you gave me             06:58:02

21   before.  Is that correct?                                  06:58:07

22    A.   Yes.  I think what -- it's data that goes in         06:58:08

23   one direction.  The signals -- Yes, the signals do         06:58:14

24   not pass from the USB controller to the VGA                06:58:19

25   controller or backwards.  The electrical signals           06:58:21

1   don't pass all the way through the bridge.  The

2   bridge has all sorts of complex things.  But data

3   moves from the USB controller to the VGA controller

4   via the bridge.  So the data passes between them and

5   in one direction; that is, the video data.

6       Q.   And I'm going to go back, because I don't

7   think I asked you precisely this question.

8            In your definition, where do you find

9   support for your definition in the patent?

10      A.   Figure 1 is a good -- is a good place, I

11  think; where box 100 contains the USB controller and

12  the VGA controller, with the bridge connecting them

13  for the passage of video data between them.

14           And as is quite clear from the other devices

15  here, the video data is coming from the USB

16  controller to the bridge to the VGA controller and

17  not in the other direction.

18      Q.   And that's even given the fact that the

19  arrows between 10 and 30 and 30 and 20 point both

20  directions?

21      A.   Yes, that's --

22      Q.   Your understanding is that the video data

23  only goes to the right?

24      A.   That's right.  The video data goes to the

25  right.

1            There are electrical signals -- which those
2    double arrows, I guess, represent -- which go in both
3    directions.  There are control signals.  Although the
4    data is going one way, there are flow control
5    signals, for example, and saying, you can go ahead
6    and send me another byte now that have to go back in
7    the other direction.  So that's what I assume those
8    double-headed arrows are representing.
9        Q.  Okay.  Is there any other basis in the
10   patent for your opinion that the data only goes in
11   one direction?
12       A.  Well, for example, here in Figure 1, the
13   display device is not a source of video data.  It's a
14   sync of video data.  So there is nothing that is
15   producing video data to go the other way up that
16   pipe, for example.
17       Q.  Okay.  Is there any other --
18       A.  And you would not --
19       Q.  No, go ahead.  I was going on to something
20   else.
21       A.  No, I think it's all right.  Otherwise,
22   we just try to go into more detail on the hardware
23   itself.  But I think Figure 1, that shows it
24   sufficiently.
25       Q.  And just because I have to tie it up, is

1    there anything else in the patent that you base that

2    opinion on other than --

3        A.    Yes.    The detailed implementation and

4    description of Figure 2; Figure 4, which shows a

5    graphics pipeline where DVR-32, a well-known Windows

6    graphics device interface library is being used to

7    produce video; and all the arrows, you'll notice,

8    point down in Figure 4.

9            So there are many things that point to

10   unidirectional data.    And everything in the patent is

11   consistent with only unidirectional data.    And I

12   haven't found anything in the patent that describes

13   data going in the other direction, video data going

14   in the other direction.

15       Q.    Okay.    So is there anything else you want to

16   refer to in the patent to support that?    I just need

17   to get everything that you have.

18       A.    I'd have to -- I think there are many, many

19   things in the patent that support it.    I couldn't

20   enumerate them all now.    But I think you have some of

21   them in those -- in what is shown in those figures

22   and the accompanying descriptions.

23       Q.    Isn't Figure 4 --

24       A.    The descriptions that go with the figures do

25   clearly show video data going in one direction, and

1    do not describe video data going in the other

2    direction.  But there are probably many other things

3    in the patent which show it going in that one

4    direction.  I mean, the whole patent is written

5    towards the passage of video data.  So most things in

6    the patent do show video data moving in one

7    direction.  But I cannot find anything in the patent

8    that shows video data moving in the other direction.

9        Q.    Now, I just wanted to take you back to

10   Figure 4 for a second.  And it's described on

11   column 3, starting at line 52, if you wanted to look

12   there.

13            Doesn't that describe an operation that is

14   going on inside the computer?

15       A.    Yes.

16       Q.    So that's not going on within the USB-to-VGA

17   converter?

18       A.    No.  No.  But the point about it is, it's

19   producing video data, this in Figure 4; it's not

20   consuming video data.

21            So there is no corresponding figure showing

22   video data being received over the USB link by the

23   computer, and doing something with it.  And there is

24   no description of any such thing in the patent, or

25   how you would do it.

1    Q.   Okay.   I wanted to focus on the word "data"

2    in the claim element there.   And, as we said before,

3    you're defining the term "data" as referring to video

4    data.   And you're referring to "video data" as data

5    that is compliant with the VGA standard.   Did I get

6    that right?

7          We've been over that.   I'm just --

8    A.   Yes.   Yes, yes, yes.   In the context -- yes,

9    in the context of the patent, yes, that's what I

10   understand.

11   Q.   And so I'm going to ask you what your

12   basis -- in the patent -- is for defining the term

13   "data" in that manner.

14   A.   Again, it's that we -- in the patent, we are

15   driving a VGA controller.   So the data that we are

16   providing to the VGA controller must be data that

17   represents an image according to the VGA standard.

18   Q.   So is there anything in particular in the

19   patent that you're looking at that restricts the term

20   "data" in that manner?

21   A.   Yes.   The use of the term VGA controller.

22         Again, this is video graphics array, and

23   it's designed to handle video data in a set of

24   prescribed formats.

25   Q.   All right.   Let's move on to the next one.

1          The bridge issuing -- let's see.  This is

2      "the bridge...issuing a first-in-first-out control

3      signal to the USB controller."

4          And DisplayLink's definition is:  "The

5      bridge generating signals instructing the USB

6      controller to read data in the order in which it was

7      received by the USB controller."

8          Is it your opinion that that's the

9      appropriate definition for that term?

10     A.   Yes, it is.

11     Q.   All right.  I wanted to ask you what you

12     meant by the term "read data," or even just "read."

13     What the USB controller is supposed to be doing.

14     A.   Oh, it's -- yes, It -- it's to transfer

15     data, but in a particular direction.

16          Yes, here -- the way this reads is that

17     there is a -- it reads as though there is a FIFO in

18     the USB controller which is being read rather than

19     written.  So the USB controller is being instructed

20     to read a piece of data from its FIFO and to present

21     it on the firmway interface to the firmway interface,

22     or to the FIFO controller.

23          So the FIFO control signal is being sent to

24     the USB controller, and a FIFO control signal will be

25     on the -- a FIFO has two sides; it has the side at

1  which you write the FIFO, and it has the side at

2  which you read from the FIFO.  And this signal will

3  be going to the side where you read from the FIFO.

4      Q.   So in your definition, what is the USB

5  controller doing here?

6      A.   It's reading a piece of data from a FIFO and

7  presenting it to whatever the other part of the

8  bridge is that is supposed to be receiving it.

9      Q.   So is the USB controller doing anything more

10  with the data than passing it on in a particular

11  order?  Is it doing anything --

12      A.   The FIFO control signal -- yes, it's what

13  the FIFO control signal is doing, or what the FIFO

14  control signal is.  And a FIFO control signal is a

15  signal that says, "Read me a unit of data from the

16  FIFO," or "Write me a unit of data to the FIFO."  And

17  in this particular direction, it's reading a unit of

18  data from the FIFO.

19          So that's what I take the FIFO control

20  signal here that's issued to the USB controller to be

21  doing:  it's saying, "I want a piece of data read

22  from the FIFO."

23      Q.   Now, if you could just look at Figure 1.

24          Where is the FIFO in Figure 1?

25      A.   In the USB controller.

1    Q.   All right.  So that the bridge is telling

2    the USB controller to read data from -- I guess

3    the USB controller gets --

4    A.   Yeah, it -- sorry.  Go ahead.

5    Q.   No, no, no.  I'm just trying to reformulate

6    my question.

7    A.   Yes.  It needn't be -- it needn't be from a

8    FIFO.  It's just in a FIFO manner, in a first -- in

9    the order in which it was received.

10         By first-out -- by first-in-first-out

11   control signal to the USB controller, I'm taking that

12   to mean a signal that requests the unit of data from

13   the USB controller in the order in -- to be presented

14   in the same order that those items of data were

15   received by the USB controller.

16   Q.   And I guess --

17   A.   That is, the items of data that went in

18   first are the ones that come out first.

19   Q.   Right.  Is the USB controller -- and I may

20   have asked you this question already, but I may not

21   have understood it.

22         Is the USB controller doing anything with

23   the data other than receiving it and sending it on,

24   when it reads it?

25   A.    I would have to analyze the patterns in more

1  detail to answer that question.

2      Q.  I guess what my next question is, is that I

3  think that the -- when you're talking about a

4  first-in-first-out control signal to the USB

5  controller, you're talking about the -- you know, it

6  would be the first -- the first data into the USB

7  controller would also be the first one to leave it.

8  And that would be first-in-first-out; correct?

9      A.  Yes.  Yes, that's if -- yes.  That's if the

10  first-in-first-out refers to the USB controller as a

11  whole, yes.  And that's what I take this to mean,

12  yes.

13      Q.  And so what I was asking you, at least, is:

14  Do you think that the phrase that we're looking at

15  requires the USB controller to also internally read

16  that data in that same order in addition to, you

17  know, sending out the data in the order in which it

18  received it, and internally also has to process it in

19  that order?  Which is I think --

20      A.  Yes, I think because it's -- Yes, I think

21  with FIFO, yes, the first-in-first-out control

22  signal, yes, implies that.  Otherwise, it would just

23  be a READ control signal.

24      Q.  And I guess, is there a -- Outside of the

25  patent, is there a situation in which you had like a

1    FIFO controller where it would say, Okay, the first

2    signal I got in is the first one I'm going to send

3    out, but I'm going to accumulate, you know, ten

4    signals internally, read them in any order I feel

5    like, as long as I send the first one out was the

6    first one I got in.  Is that technologically

7    possible?

8        A.    Sort of.  It's getting a bit deep.

9            But you can implement -- a FIFO can be

10   implemented in different ways, so long as externally,

11   the data that comes out in the same order that it

12   went in, it's a FIFO.

13           But, in fact, the data can be stored in

14   different locations inside that FIFO.  So you might

15   even have an addressable memory array and you write

16   them in, and you keep a couple of pointers to know

17   where to get the next one out and where to put the

18   next one in on that array.  I think that's the way

19   many high-speed FIFOs are done these days.

20           In the old days, sometimes you have a FIFO

21   where the data trickled down through a second storage

22   element and passed through each one of them till it

23   dropped to the output.  But that's too slow for a lot

24   of FIFOs.

25           But the main thing about a FIFO is -- the

1  internals of the FIFO are somewhat irrelevant so long

2  as the data comes out in the order in which it went

3  in.  That's the important thing.

4      Q.  Now, but --

5      A.  One of the -- yes.  Yes.  One of the

6  distinguishing features of a FIFO system is that you

7  don't have to present it with an address in order to

8  read data.  You don't say, "I want the data element

9  in address 5;" you just say, "Give me a data element."

10  That is one of the characterizing features of a FIFO.

11          But that could also -- that also could be a

12  last-in-first-out system.  So one of the other

13  characterizing features of a FIFO is that data is

14  read out in the order in which it was put in.

15      Q.  Now, is it your understanding that the term

16  that we're looking at here, "the bridge...issuing a

17  first-in-first-out control signal to the USB

18  controller," would exclude the kind of situation you

19  were describing where there might be some processing

20  going on within the device that's doing FIFO, where

21  it might have different addresses and point to

22  different places -- that that sort of device isn't

23  covered by this patent?

24          Did I get -- Is that your opinion?

25      A.  No.  No.  No.  A device where the FIFO is

1    implemented by memory and pointers internally could

2    be covered by this.

3        Q.   So, would --

4        A.   The important thing about the FIFO is the

5    order in which the data is put in compared to the

6    order in which it comes out.

7        Q.   So if you had a situation in which you had

8    these different memories and different pointers, that

9    it wouldn't necessarily be read in that order.  As

10   long as it came out in the same order it came in, it

11   wouldn't really matter; is that right?

12       A.   Yes.

13       Q.   Okay.

14            Okay.  Let's go on to the next one:  "To

15   receive the USB based display signals from the USB

16   controller in a first-in-first-out manner."

17            I think that may be pretty close to what we

18   were talking about.  But I'll go through --

19       A.   I think it's very similar again, yes.

20       Q.   Let me go through the exercise of asking you

21   whether that's your opinion.

22            Is that your opinion as to whether that's

23   the correct definition?

24       A.   Yes, it is.

25       Q.   Okay.  And let me just look here.

1        And so I'll just ask you, what is the basis

2   for that opinion?  I think I understand it.

3        A.   Again, it's the language of in a

4   first-in-first-out manner.  "First-in-first-out"

5   defines the ordering in which they come out compared

6   to the ordering in which they went in, and it says

7   it's the same order.  That's what FIFO means.

8        Q.   Now, the Magic definitions for the last one

9   and this one use the term "time sequence."

10       Do you have a disagreement with that term?

11       A.   Yes, because a time sequence -- for

12  instance, if you have a LIFO, a last-in-first-out --

13  which a "stack" is a term for something like that --

14  then, again, you write to the stack and you read from

15  the stack, and the order in which things come off the

16  stack is the reverse of the order in which they were

17  put on, if you like.  It's a little more complex than

18  that.  But it is in a time sequence manner, but it

19  certainly isn't a FIFO.  So a stack is an example of

20  something which would come under your definition,

21  which is not a FIFO.

22       Q.   So your disagreement with the term "time

23  sequence," in those two, is that it would include

24  time sequences that weren't FIFO.  Is that right?

25       A.   Yes.

1    Q.    Okay.

2    A.    Yes, that's right.

3    Q.    If you were to assume that the term "time

4    sequence" was restricted to FIFO, would you have a

5    disagreement with the use of that term to refer to

6    FIFO, in that is FIFO a time sequence?

7    A.    No.  I think if you change "time sequence"

8    into FIFO, you'd have almost the sentence you've got

9    anyway.  So I think that is -- to receive the USB

10   signals -- in a FIFO time sequence manner is fine,

11   yes.  I think that is equivalent to the DisplayLink

12   definition, if you say it's a FIFO time sequence

13   manner.

14   Q.    And I think we've already dealt with the USB

15   based display signals before in previous depositions,

16   so I'm not going to revisit that.  Okay.

17        Let's go on the next one.  Okay.  We're

18   almost done.  "Converting the USB based display

19   signals into corresponding VGA signals."

20        MR. DIETZEL:  It actually starts on the

21   bottom of page 5.

22        MR. CAULEY:  I'm sorry.  See.

23        MR. DIETZEL:  There's just a few terms

24   missing.

25        MR. CAULEY:  Yes, I completely screwed that

1    up.  Let me start over.

2           MR. DIETZEL:  In case you want to cover

3    that.

4           MR. CAULEY:  Yes, in case I want to cover

5    the first three words.  Okay, That's right.

6           THE WITNESS:  Okay.

7           MR. CAULEY:  All right.  Let's start over.

8    BY MR. CAULEY:

9       Q.  The next term is:  "The bridge circuit

10   converting the USB based display signals into

11   corresponding VGA signals."  That makes a lot more

12   sense.

13          And the DisplayLink definition is:  "The

14   bridge circuit converting the USB based display

15   signals into" -- take that out -- "PCI type or AGP

16   type, or equivalent bus topology, encoded display

17   signals for passage to the VGA controller."

18          And is it your opinion that is the proper

19   definition for that term?

20      A.  Yes, it is.

21      Q.  And what's the basis for that?

22      A.  That the VGA controller itself is mentioned

23   in the patent as being interfaced via a bus.  And the

24   two examples given -- examples of buses are PCI type

25   or AGP type.  Would you like me to find that?

1    Q.    Yes, please.

2    A.    It's column 2, line 52.

3          So what I'm saying is that it's actually

4    the -- the bridge is converting the USB based display

5    signals into actually corresponding PCI or AGP or

6    other bus transactions which contain the display

7    information.

8          Display signals, according to the VGA

9    standard, could mean the analog signals coming out of

10   the VGA controller after the digital-to-analog

11   converters you see.  "Bridge" is certainly not

12   generating the analog (audio interrupted), for

13   example.

14   Q.    You broke up there.  Could you say that

15   again?

16   A.    Yes.  The bridge is not -- for example, the

17   bridge is not generating the analog VGA signals.  But

18   your definition would cover that.

19   Q.    Okay.  When you use the term "equivalent bus

20   topology," what do you mean by that?

21   A.    Other buses that are similar to the PCI or

22   the AGP type.  They have broadly equivalent sets of

23   bus operations for transferring data.

24   Q.    I wanted to refer you to, I guess, the place

25   where you were just looking in column 2 --

1    A.    Yes.

2    Q.    Line -- oh, start at 51.  And it says, "to

3    convert the USB based display signals into the

4    corresponding VGA signals "D" which can be of PCI

5    type or VGA type, but is not limited thereto."

6         Now --

7    A.    Yes.

8    Q.    -- aren't you limiting that in your

9    definition?

10    A.    No.  It's really -- it's what is usually --

11    a VGA controller -- for example, another thing that

12    you might want here is an ISA bus.

13         Originally, lot of the VGA cards were not

14    made for PCI or VGA.  So I quite appreciate why the

15    patent does not wish itself to limit -- it does not

16    wish to limit itself to that.  I have in my car a VGA

17    graphics card that sits on an ISA bus.

18         But the main thing is that the bridge is not

19    converting these USB based display signals into any

20    signal according to the VGA standard.  It's not

21    converting them into the video signals.  It's

22    converting them into a form that would normally go

23    into a VGA controller.

24    Q.    And that's VGA controller as you've defined

25    it earlier, when we talk about VGA and VGA

1  controller?

2      A.  Yes.  Yes.  Yes, that's right.

3      Q.  Now, you said that "it wouldn't convert it

4  to analog VGA signals."

5          Are there, I guess, digital VGA signals that

6  are not of PCI type or AGP type or equivalent bus

7  topologies?

8      A.  No.  Well, it's not -- here, it's really

9  what the bridge is converting the USB based display

10  signals into.  And the bridge is converting the USB

11  based display signals into transactions that the VGA

12  controller understands, and they are bus

13  transactions.  And examples are given of PCI or AGP

14  type.  But other equivalent buses such as ISA or

15  maybe -- I don't know of any other particular, more

16  modern ones -- could be accepted by a VGA controller.

17      Q.  So, is what -- if I understand --

18      A.  But it's not -- it's not -- Yes.

19      Q.  If I understand this, what you're saying is

20  that the bridge converts the USB display signals into

21  something that the VGA controller understands.  Is

22  that pretty close to what you said?

23      A.  Yes, that's right.  And, in particular, it's

24  also wrapping them in the other information that they

25  need to transit to the VGA controller.  So the PCI or

1    AGP bus sends not only the video data, but it sends

2    addressing data.  They may send -- they may send

3    error correction fields.  I'm not sure about the PCI

4    or the AGP buses.  So they wrap extra -- extra data

5    for PCI and AGP is wrapped around the video

6    information and transferred to the video controller.

7        Q.   And the video controller, that's information

8    it needs to work; is that right?  In order to work

9    properly, it's going to have --

10       A.   Yes.  Yes, that's right.  The bus -- yes,

11   the PCI and AGP bus wrappings are the information

12   that the VGA needs -- the controller needs in order

13   to receive the data in a timely and correct manner.

14       Q.   So if I'm understanding correctly -- I think

15   this is sort of what I said before -- is that the

16   bridge is converting the USB signals into a form that

17   the VGA controller can understand with whatever

18   information the VGA controller needs to work

19   properly.

20            Is that pretty close to what your

21   understanding of this is?

22       A.   Yes, that's right.  And further, that

23   it's -- and that it's being done over a bus.

24       Q.   Right.  A bridge or a bus?

25       A.   Yeah.

1    Q.   Which?  Or have I confused the two?  Is it

2    a -- It's being done over a bridge?

3    A.   Well, no.  In this case, it's a bus.

4    Because it's -- PCI and AGP are buses.  You don't

5    specify whether they are intended to be used in a

6    point-to-point manner or whether they might be buses

7    shared with other transactions.

8         From the design of the USB-to-VGA converter,

9    I wouldn't think they are shared with any other

10   transactions.  So it's simply a PCI bus with two

11   slots.  They're transferring data from the bridge to

12   the VGA controller.

13   Q.   Is the bus inside the bridge?

14   A.   There is a bus -- the bus interface that is

15   part of the bridge, and a bus interface that is part

16   of the VGA controller.  And the bus itself is within

17   box 100 on Figure 1, which is your USB-to-VGA

18   converter.

19   Q.   Got it.

20        Now, if the term VGA controller was not --

21   If a court decides the term "VGA" or "VGA controller"

22   are not going to be defined the way you want to

23   define them but defined some other way, would you

24   still apply that definition of VGA controller inside

25   this definition, you know, just replace it with

1    whatever the court decides VGA controller is?

2            MR. DIETZEL:  Objection.

3    BY MR. CAULEY:

4        Q.    And if that wasn't understandable, I can see

5    why.

6            Let me -- I think that your definition of

7    the term VGA controller is related to your definition

8    of the term VGA, is my understanding.

9        A.    Yes.

10       Q.    So you're using the term VGA controller --

11   using your definitions of the term VGA and VGA

12   controller.

13           And let's assume that the court were to

14   adopt Magic's definition of the term "VGA" and

15   Magic's definition of the term "VGA controller."

16   Would you then still keep your same definition, just

17   reading in the court's definition of the term "VGA

18   controller," or would you need to change it?

19       A.    No.  I think the definition would still be

20   the same, because it's the PCI and AGP have come from

21   the patent.  They haven't come from the definition of

22   the VGA controller.

23       Q.    The reason why I say that, I guess, is my

24   understanding of -- basically, what you mean by this

25   is that the bridge converts the data it gets from the

1   USB to whatever it is that the VGA controller --

2   whatever it is -- needs to work.

3       A.   Yes, it converts them into bus transactions

4   that will be understood by the VGA controller.

5       Q.   So whatever VGA controller you put in there,

6   it still has to work that way.  Otherwise, the --

7       A.   It still has to understand those bus

8   transactions.  Yes.

9       Q.   And that's what's really going on in this

10  definition, is just converting it to something that

11  this VGA controller, or whatever it is, can

12  understand and work with and, you know, make the

13  system work.  Is that pretty --

14      A.   Yes.

15      Q.   Okay.  Good.

16           So just to be complete here, when we talk

17  about Magic's definition:  "The bridge circuit

18  translating the USB signals containing display

19  information into corresponding display signals

20  according to the VGA standard" -- I think what the

21  real -- other than things that we have already

22  discussed, the "corresponding display signals" is the

23  real difference.  Is that correct?

24      A.   No, not just corresponding.  But they are

25  more than the VGA standard.  You need -- they are

1    actually signals that are encoded in whatever

2    transport standard, whatever bus standard is being

3    used between the bridge and the VGA controller.

4         So you would not say that they are made into

5    corresponding display signals according to the VGA

6    standard.  They are encapsulating the USB display

7    signals into transactions according to the PCI or AGP

8    bus standards, or equivalent buses.

9         Q.   Okay, I'm done with that one.

10        Last one, converter to VGA.

11        A.   Okay.

12        Q.   USB.  Your definition is:  "Universal Serial

13   Bus; the technology described in the Universal Serial

14   Bus Specification Revision 2.0 and its predecessor

15   revisions."

16        And is it your opinion that that's the

17   proper definition of "USB"?

18        A.   Yes, it is.

19        Q.   And what's your basis for that?

20        A.   That USB, if it means anything, it means

21   technology that meets that USB standard.  And there

22   have been several USB standards, and the latest one

23   at the time that this patent was filed was USB2.0.

24        So USB at the time that this patent was

25   written must refer to USB2.0 and its predecessor

1    revisions.                                              07:32:47

2        Q.   Is there a subsequent revision of USB spec?   07:32:49

3        A.   I don't think so, at the moment, no.  There   07:32:54

4    are other putative versions of USB being talked         07:32:59

5    about.  I don't know what stage they've reached.        07:33:04

6        Q.   Okay.  Let me read you Magic's definition.     07:33:07

7    "USB has an ordinary and customary meaning to a         07:33:10

8    person of ordinary skill in the art.  USB generically   07:33:14

9    refers to any serial bus specifications which support   07:33:16

10   USB based display signals from the host computer and    07:33:20

11   which are compatible with any USB port/plug."           07:33:25

12        Now, do you disagree with that definition?         07:33:29

13       A.   I just think that definition hasn't defined    07:33:30

14   what USB is.                                            07:33:33

15       Q.   Now, if there was a USB specification          07:33:39

16   revision 2.5, would it be your opinion that the         07:33:42

17   patent would not cover that?                            07:33:50

18       A.   Not directly, no.  The patent would not        07:33:54

19   cover it directly.  You may have an argument in court   07:33:58

20   that it is obvious to extend the patent, or something   07:34:02

21   like that you might try.                                07:34:04

22        But at the time the patent was filed, the          07:34:06

23   latest USB -- there were certain -- USB meant one of    07:34:09

24   those USB standards that had been published up to       07:34:11

25   that date.  And something that is named USB2.5 may be   07:34:14

1    nothing to do with serial buses; it might be                        07:34:20

2    ultrasonic bus.  Just because it has the name USB2.5                 07:34:25

3    does not necessarily bring it into the scope of this                 07:34:30

4    patent, I wouldn't have thought.                                     07:34:32

5        Q.   If you had a subsequent revision of the                     07:34:33

6    Universal Serial Bus specification after 2.0, would                  07:34:35

7    it be your opinion that that would not be covered by                 07:34:38

8    the term USB as used in the patent?                                  07:34:41

9        A.   It depends how close that standard is to the               07:34:45

10   USB2.0.                                                              07:34:49

11       Q.   And what do you mean by "close"?                            07:34:51

12       A.   Well, something that is called "USB2.5"                     07:34:57

13   might be a very different form of technology.  It                    07:35:02

14   might connect to multiple machines or millions of                   07:35:08

15   machines or something else, and it need have nothing                07:35:16

16   to do with what is claimed in this patent.                          07:35:20

17           MR. CAULEY:  I'm going to take a short break                 07:35:27

18   to talk to my friend here.  And then I think we're                  07:35:28

19   done.                                                                07:35:31

20           MR. DIETZEL:  Okay.                                          07:35:32

21           MR. CAULEY:  So just give me a couple                        07:35:33

22   minutes.                                                             07:35:36

23           THE VIDEOGRAPHER:  Going off the record.                     07:35:36

24   The time is 19:35.                                                   07:35:38

25           (Brief recess taken.)                                        07:35:43

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Back on the record. | 07:39:26 |
| 2 | The time is 19:39. | 07:39:39 |
| 3 | MR. CAULEY: I have no further questions. | 07:39:55 |
| 4 | Thank you, Dr. Jones. | 07:39:56 |
| 5 | THE WITNESS: Okay. Thank you. | 07:39:57 |
| 6 | MR. CAULEY: Thank you. | 07:40:03 |
| 7 | Your witness, if you want. | 07:40:03 |
| 8 | MR. DIETZEL: No questions. | 07:40:05 |
| 9 | THE VIDEOGRAPHER: This is the end of the | 07:40:05 |
| 10 | deposition. The number of recordings made was two. | 07:40:07 |
| 11 | Going off the record, the time is 19:39. | 07:40:10 |
| 12 | MR. CAULEY: Thank you so much, Dr. Jones. | |
| 13 | (ENDING TIME: 7:40 p.m. U.K. time.) | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | _____ | |
| 19 | ALAN JONES, Ph.D. | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

```
1                    CERTIFICATE OF REPORTER

2

3

4          I, SHARON LANCASTER, do hereby certify that

5    the witness in the foregoing deposition was present

6    and by me sworn as a witness in the above-entitled

7    action at the time and place therein specified;

8          That said deposition was taken before me, a

9    Certified Shorthand Reporter of the State of

10   California, and was thereafter transcribed into

11   typewriting, and that the foregoing transcript

12   constitutes a full, true and correct record of said

13   deposition and of the proceedings which took place;

14         That I am a disinterested person in the said

15   action.

16         IN WITNESS WHEREOF, I have hereunto set my

17   hand this _____ January 18 _____, 2008.

18

19

20

21   _____ Sharon Lancaster _____

22   SHARON LANCASTER, CSR No. 5468

23

24

25
```

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:       DISPLAYLINK v. MCT
Dep. Date:       January 8, 2008
Deponent:        ALAN JONES, PhD
                 CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|-----|-----|-----------|-------------|-------------------|
| 6 | 15 | shoot | have | transcription error (te) |
| 11 | 20 | this case | (blank) | audio dropout DVD 1 at 16:24:25 |
| 13 | 3 | of technology | from Magic Control Technology | te DVD 1 at 16::26:21 |
| 13 | 6 | owned | own | te |
| 13 | 12 | with -- where | with one that -- where | te |
| 13 | 16 | "patent display | patent "display | te |
| 14 | 5 | Madora | Pandora | te |
| 14 | 7 | Research | Olivetti Research | te |
| 21 | 18 | an point | an end point | te |
| 23 | 1 | MTC | MCT | te |
| 24 | 18 | that5 | that | te |
| 27 | 16 | MTC | MCT | te |
| 29 | 4 | MTC | MCT | te |
| 34 | 25 | by | via | te |
| 35 | 23 | But in USBs | USB is | te |
| 36 | 1 | data -- | data, control data -- | te |
| 46 | 3 | they are addressing | there are address and | te |
| 52 | 13 | a | is | te |
| 54 | 17 | suspect | say | te |
| 59 | 11 | high | higher | te |
| 62 | 2 | MTC | MCT | te |
| 66 | 14 | to | of | te |
| 67 | 12 | transaction to a corresponding transaction to | transaction to, a corresponding transaction, to | te |
| 68 | 1 | at | in | te |
| 69 | 13 | my | line | te |
| 69 | 16 | signals, the two lower levels | signal's at too low a level | te |
| 73 | 22 | simply converts | does not simply convert | te |
| 74 | 4 | from | signal from | te |
| 78 | 19 | a | any | te |

| 81 | 10 | [audio cut out] | are represented | audio is clear on DVD at 18:55:47 |
|----|----|----|----|----|
| 81 | 21 | (unintelligible) | represented | sorry, must be my accent |
| 84 | 14 | sync | sink | te |
| 85 | 5 | DVR-32 | GDI32 | te |
| 88 | 21 | firmway | firmware | 2 x te |
| 90 | 25 | patterns | patent | te |
| 92 | 21 | second storage element | set of storage elements | te |
| 92 | 23 | for a lot of | for large | te |
| 98 | 12 | (audio interrupted) | VGA signals | DVD 2 at 19:21:00 |
| 99 | 19 | any | "any" | Transcription lost the emphasis on "any" DVD 2 at 19:23:10 |
| 102 | 11 | They're | for | te |

_____
Signature of Deponent

6 - FEB - 08