# Exhibit 7

| | |
|---|---|
| JAMES C. YOON<br>  State Bar No. 177155 (jyoon@wsgr.com)<br>STEFANI E. SHANBERG<br>  State Bar No. 206717 (sshanberg@wsgr.com)<br>BRIAN DIETZEL<br>  *Pro Hac Vice* (bdietzel@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>DISPLAYLINK CORPORATION | RICHARD F. CAULEY<br>  State Bar No. 109194<br>FRANKLIN E. GIBBS<br>  State Bar No. 189015<br>WANG, HARTMANN & GIBBS, P.C.<br>A Professional Corporation<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA 92660<br>Telephone: (949) 833-8483<br>Facsimile: (949) 833-2281<br>Email: rcauley@WHGLawFirm.com<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>MAGIC CONTROL TECHNOLOGY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 5:07-CV-01998-RMW<br><br>STIPULATION TO ALLOW FILING OF CORRECT VERSION OF DECLARATION OF ALAN H. JONES, PH.D., IN SUPPORT OF DISPLAYLINK CORPORATION'S RESPONSIVE CLAIM CONSTRUCTION BRIEF |

WHEREAS, Plaintiff DisplayLink Corporation ("DisplayLink") realized after filing its Responsive Claim Construction Brief on February 11, 2008, that it had filed the wrong version of the Declaration of Alan H. Jones, PH.D., in support of DisplayLink Corporation's Responsive Claim Construction Brief ("Jones Decl.");

1  WHEREAS, the exhibits filed on February 12, 2008, were correct and do not, therefore, need to be refiled;

3  WHEREAS, the declaration that Dr. Jones signed was slightly different from the declaration filed;

5  WHEREAS, the differences between the version signed by Dr. Jones and the version submitted were that the declaration submitted was reformatted; typographical errors, including citations to the '788 Patent, were corrected; and a pin cite in paragraph 29 was mistakenly changed from "1:7" to "1:2";

9  WHEREAS, counsel for Defendant Magic Control Technology Corporation ("MCT") does not object to DisplayLink filing the correct version of the Jones Decl. (*i.e.*, the unmodified version that Dr. Jones signed yesterday);

12  IT IS HEREBY STIPULATED AND AGREED between DisplayLink and MCT, through their respective counsel that DisplayLink may file the corrected version of the Jones Decl. and MCT has no objection to the same.

Dated:  February 12, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Stefani E. Shanberg
         Stefani E. Shanberg

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation

Dated:  February 12, 2008

WANG, HARTMANN & GIBBS, P.C.
A Professional Corporation

By:  /s/ Richard F. Cauley
         Richard F. Cauley

Attorneys for Defendant/Counterclaim Plaintiff
Magic Control Technology Corporation

| | |
|---|---|
| 1 | **<u>ATTESTATION CLAUSE</u>** |

2   I, Stefani E. Shanberg, am the ECF User whose identification and password are being
3   used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that
4   Richard F. Cauley of Wang, Hartmann & Gibbs, P.C. has concurred in this filling

6   Dated: February 12, 2008           WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        By:  /s/ Stefani E. Shanberg
                                                 Stefani E. Shanberg

                                        Attorneys for Plaintiff/Counterclaim Defendant
                                        DisplayLink Corporation