# Exhibit 8

**From:** Richard Cauley [rcauley@WHGLawFirm.com]
**Sent:** Monday, February 11, 2008 10:42 PM
**To:** Shanberg, Stefani E.; Yoon, James
**Cc:** Franklin E. Gibbs; Erick P. Wolf; Amber Yordy
**Subject:** DisplayLink's Markman Papers

James and Stefani:

I have had a chance to take a first look at the papers you filed this evening in support of your Markman briefing. As is evident, Dr. Jones' declaration contains a substantial amount of extrinsic evidence which was not disclosed, as required by Patent Local Rule 4-3(b), in the Joint Claim Construction Statement filed in December and on which we obviously did not have the opportunity to depose him.

Are you prepared to submit Dr. Jones for another deposition so that we may have the opportunity to depose him on this non-disclosed material? And, are you willing to stipulate that MCT may have additional time to respond to this belatedly-disclosed evidence?

Let me know as soon as possible.

Richard