# Exhibit 9

 Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811
www.wsgr.com

February 12, 2008

**VIA ELECTRONIC MAIL & U.S. MAIL**

Mr. Richard Cauley
Wang, Hartmann & Gibbs, PC
1301 Dove Street, Suite 1050
Newport Beach, California 92660
rcauley@whglawfirm.com

Re:  *DisplayLink Corp. v. Magic Control Technology Corp.*,
U.S.D.C., Northern District of California, Case No. CV07-01998-RMW

Dear Richard:

We write in response to your email of yesterday evening regarding the Declaration of Alan Jones ("Jones Declaration"). Exhibits 9, 12, 13, 15, and 16 were not cited in the parties' Joint Claim Construction Statement. As you have probably noticed, these exhibits were only referenced in the Background section of the DisplayLink's Responsive Claim Construction Brief. The Background section of DisplayLink's brief merely previews the technology tutorial DisplayLink will present at the hearing. These exhibits are not cited in support of or in opposition to any claim construction position. As such, we do not believe disclosure was required under Patent Local Rule 4-3(b) (requiring "identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's construction of the claim …").

On a related note, subsequent to yesterday's filing, we became aware of a separate concern pertaining to the Jones Declaration. As you know, Dr. Jones is in the United Kingdom. As such, we appear to have run into a version control issue regarding his declaration. The version of the declaration that Dr. Jones signed is attached. The version submitted with DisplayLink's brief was a little bit different. Specifically, it was reformatted; typographical errors, including citations to the '788 Patent, were corrected; and a pin cite in paragraph 29 was mistakenly changed from "1:7" to "1:2." With your permission, we intend to submit to the Court the correct version of the Jones Declaration (*i.e.*, the unmodified version that he signed yesterday).

3182422.1

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Mr. Richard Cauley
February 12, 2008
Page 2

      Please give me a call, or send me an email, if you care to further address either of these issues. We would like to resolve these issues as soon as possible.

      Sincerely,

      WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation

      */s/ Stefani E. Shanberg*

      Stefani E. Shanberg

Enclosure

3182422.1