# Exhibit 12

Case 5:07-cv-01998-RMW    Document 50-13    Filed 03/28/2008    Page 1 of 2




WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
1301 Dove Street, Suite 1050
Newport Beach, California 92660
Tel: 1-949-833-8483
Fax: 1-949-833-2281
www.WHGCLaw.com

March 3, 2008

*Via U.S. Mail and Electronic Mail*
sshanberg@wsgr.com

Stefani Shanberg
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

    Re:   *Displaylink Corporation v. Magic Control Technology Corporation*
            <u>Case No.: C07-01998</u>

Dear Stefani:

      We are in receipt of your February 27, 2008 letter directed to MCT's proposed Motion to Strike proposing a solution to DisplayLink's presentation of evidence with regard to claim construction that was not properly disclosed under the Patent Local Rules. Your solution, which, as I read it, involves telling the court that it should not rely on certain evidence presented by DisplayLink and designating other evidence as part of the "tutorial."

      MCT is unable to agree to these stipulations. Contrary to the Patent Local Rules, the exhibits, testimony, and briefing you refer to were <u>not</u> disclosed in the Joint Claim Construction Statement. While you recognize this in your letter, expecting the court to separate and categorize each instance of improper evidentiary reliance is unworkable and would make the record extremely confusing. MCT will therefore move forward with its Motion to Strike. To alleviate the burden on the Court, MCT will schedule the hearing for the same day as the <u>Markman</u> hearing - April 29, 2008.

                        Very truly yours,
                        Wang, Hartmann & Gibbs, P.C.

                        Erick P. Wolf

EPW/fa