**United States District Court**
For the Northern District of California

E-FILED on   4/8/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, | No. C-07-01998 RMW |
| Plaintiff, | |
| v. | ORDER RE: CLAIM CONSTRUCTION PROCEEDINGS |
| MAGIC CONTROL TECHNOLOGY CORPORATION, | **[Re Docket Nos. 46, 47]** |
| Defendant. | |

The parties in this case are scheduled to conduct a claim construction hearing on April 29, 2008. Defendant Magic Control Technology ("MCT") has also noticed a motion to strike the declaration of the declaration of Dr. Alan Jones, an expert for plaintiff DisplayLink Corporation ("DisplayLink"). This motion to strike is currently calendared for hearing on April 18, 2008.

On March 12, 2008, the parties submitted a stipulation to set a case management conference on March 28, 2008, prior to both the motion to strike and the claim construction hearing. They subsequently filed a joint case management statement on March 18, 2008, in advance of that proposed case management hearing. After reviewing the joint case management statement the court concludes that it is not necessary to set a case management conference until MCT's motion to strike has been heard.

ORDER RE: CLAIM CONSTRUCTION PROCEEDINGS—No. C-07-01998 RMW
MAG

1  In the joint statement, the parties have requested guidance on four issues: (1) the duration and
2  format of the technology tutorial; (2) whether live testimony is required; (3) the order in which the
3  claim construction hearing will be presented; and (4) the timing for exchange of demonstratives to
4  be presented at the hearing as part of the tutorial and claim construction arguments.  The parties
5  appear to have reached agreement on all issues except whether live testimony is required.  The
6  proposals regarding the following are acceptable to the court as set forth in the parties' March 18,
7  2008 joint case management statement:  the technology tutorial (no more than 15 minutes per side);
8  the order of presentation (MCT presenting first and discussion of the 11 disputed claim terms in the
9  order proposed); and the exchange of supporting materials (at least a week in advance of the claim
10 construction hearing).

11 With regard to the remaining issue, DisplayLink believes that live expert witness testimony
12 is not required.  MCT, on the other hand, believes that its motion to strike should inform the decision
13 whether live expert testimony is received at the claim construction hearing.  MCT argues that should
14 the court deny its motion to strike such that DisplayLink is permitted to present the written
15 testimony of Dr. Alan Jones, Dr. Jones's testimony should only be received if he is made available
16 for cross-examination at the claim construction hearing.  According to MCT, this necessity arises
17 because Dr. Jones's written testimony is based in part on materials that were not timely disclosed by
18 DisplayLink to MCT.  MCT offers to make its expert Dr. Min likewise available for cross-
19 examination.

20 As set forth above, the parties want to set a case management conference for a date in
21 advance of the motion to strike Dr. Jones' testimony.  However, based on the joint case management
22 conference statement, the parties only dispute the use of live testimony in the event the court admits
23 Dr. Jones's declaration.  It appears that this issue cannot be addressed until the court has had an
24 opportunity to review and rule on MCT's motion to strike.

25 Accordingly, the court sets a case management conference for the same date as MCT's
26 motion to strike.  The court has previously contacted the parties about its need to move the date for
27 both the motion to strike and the claim construction hearing.  Accordingly, MCT's motion to strike is
28 renoticed for April 25, 2008.  The parties shall also appear on that date at 10:30 for a case

ORDER RE: CLAIM CONSTRUCTION PROCEEDINGS—No. C-07-01998 RMW
MAG                                                     2

1  management conference to discuss any outstanding issues regarding the upcoming claim
2  construction hearing.  The parties should be prepared to discuss what, if any, impact a ruling
3  permitting all of Dr. Jones's written testimony should have on live testimony at the claim
4  construction hearing.  The claim construction hearing is continued from April 29, 2008 to May 13,
5  2008 at 2:00 p.m.

DATED:    4/8/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Brian Dietzel | bdietzel@wsgr.com |
| Stefani Elise Shanberg | sshanberg@wsgr.com |
| Ryan R. Smith | rsmith@wsgr.com |
| James Chung-Yul Yoon | jyoon@wsgr.com |

**Counsel for Defendants:**

| | |
|---|---|
| Erick Packard Wolf | ewolf@whglawfirm.com |
| Franklin Eugene Gibbs | fgibbs@whglawfirm.com |
| Richard F. Cauley | rcauley@jcpw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 4/8/08                                    /s/ MAG
                                                     **Chambers of Judge Whyte**