1 | JAMES C. YOON
   State Bar No. 177155 (jyoon@wsgr.com)
2 | STEFANI E. SHANBERG
   State Bar No. 206717 (sshanberg@wsgr.com)
3 | MONICA MUCCHETTI ENO
   State Bar No. 164107 (meno@wsgr.com)
4 | WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5 | 650 Page Mill Road
   Palo Alto, CA 94304-1050
6 | Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
7 |
   Attorneys for Plaintiff and Counterclaim
8 | Defendant
   DISPLAYLINK CORPORATION
9 |

RICHARD F. CAULEY
  State Bar No. 109194
FRANKLIN E. GIBBS
  State Bar No. 189015
WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
A Professional Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA  92660
Telephone: (949) 833-8483
Facsimile:  (949) 833-2281
Email: RichardCauley@WHGCLaw.com

Attorneys for Defendant and Counterclaim
Plaintiff
MAGIC CONTROL TECHNOLOGY
CORPORATION

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14

15 | DISPLAYLINK CORPORATION, a Washington )     CASE NO.:  5:07-CV-01998-RMW
     Corporation,                                                  )
16 |                                                              )     STIPULATED [PROPOSED] ORDER
                         Plaintiff,                         )     SETTING RULE 16 CASE
17 |                                                              )     MANAGEMENT CONFERENCE FOR
           v.                                                )     MAY 13, 2008
18 |                                                              )
     MAGIC CONTROL TECHNOLOGY,        )
19 | CORPORATION, a Taiwanese Corporation;  )
                                                               )
20 |                         Defendant.                   )
                                                               )
21 | _____)
                                                               )
22 | AND RELATED COUNTERCLAIMS      )
     _____)

23

24 |         IT IS HEREBY STIPULATED by and between plaintiff DisplayLink Corporation

25 | ("DisplayLink") and defendant Magic Control Technology Corporation ("MCT"), by and

26 | through their counsel of record, as follows:

27

28

STIPULATION                                                                          3333427_1.DOC
CASE NO. 5:07-CV-01998-RMW

1      WHEREAS, by the Clerk's Notice of Continuance of February 12, 2008 [Docket No.

2   39], the Claim Construction Hearing and Rule 16 Case Management Conference previously

3   scheduled for March 3, 2008, were continued until April 29, 2008; and

4      WHEREAS, by the Court's Order re: Claim Construction Hearing of April 8, 2008

5   [Docket No. 52], the Court rescheduled the Claim Construction Hearing for May 13, 2008, and

6   scheduled a case management conference on April 25, 2008, "to discuss any outstanding issues

7   regarding the upcoming claim construction hearing;" and

8      WHEREAS, the Court's Order re: Claim Construction Hearing is silent as to whether the

9   Rule 16 Case Management Conference previously set for April 29, 2008, is also rescheduled for

10  May 13, 2008, or whether it shall proceed on April 29, 2008, as originally ordered; and

11     WHEREAS, the parties believe it would be beneficial and convenient to have a Rule 16

12  Case Management Conference at or near the time of the Claim Construction Hearing;

13     IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that a

14  further Case Management Conference should be held in this case on May 13, 2008, after

15  completion of the Claim Construction Hearing in the Courtroom of the Honorable Ronald M.

16  Whyte.

17

18  SO STIPULATED.

19  Dated:  April 9, 2008                      WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
20

21
                                               By:   /s/ Stefani E. Shanberg
22                                                    Stefani E. Shanberg

23                                             Attorneys for Plaintiff/Counterclaim Defendant
                                               DisplayLink Corporation
24

25  Dated:  April 9, 2008                      WANG, HARTMANN, GIBBS & CAULEY,
    P.L.C.
26                                             A Professional Corporation

27

28                                             By:   /s/ Richard F. Cauley
                                                     Richard F. Cauley

STIPULATION                        -2-                                    3333427_1.DOC
CASE NO. 5:07-CV-01998-RMW

1    Attorneys for Defendant/Counterclaim Plaintiff
     Magic Control Technology Corporation

2

3  IT IS SO ORDERED.

4

5
   DATED: _____        _____

6                                        The Honorable Ronald M. Whyte

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION CLAUSE**

2        I, Stefani E. Shanberg, am the ECF User whose identification and password are being

3    used to file this Stipulation.  In compliance with General Order 45.X.B., I hereby attest that

4    Richard F. Cauley of Wang, Hartmann & Gibbs & Cauley, P.L.C. has concurred in this filling

5

6    Dated:  April 9, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
7

8
                                              By:  /s/ Stefani E. Shanberg
9                                                   Stefani E. Shanberg

10                                            Attorneys for Plaintiff/Counterclaim Defendant
                                              DisplayLink Corporation
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28