1  JAMES C. YOON
     State Bar No. 177155 (jyoon@wsgr.com)
2  STEFANI E. SHANBERG
     State Bar No. 206717 (sshanberg@wsgr.com)
3  MONICA MUCCHETTI ENO
     State Bar No. 164107 (meno@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100

   Attorneys for Plaintiff and Counterclaim Defendant
   DISPLAYLINK CORPORATION

   RICHARD F. CAULEY
     State Bar No. 109194
   FRANKLIN E. GIBBS
     State Bar No. 189015
   WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
   A Professional Corporation
   1301 Dove Street, Suite 1050
   Newport Beach, CA 92660
   Telephone: (949) 833-8483
   Facsimile:  (949) 833-2281
   Email: RichardCauley@WHGCLaw.com

   Attorneys for Defendant and Counterclaim Plaintiff
   MAGIC CONTROL TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 4/17/08*

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 5:07-CV-01998-RMW<br><br>STIPULATED [] ORDER SETTING RULE 16 CASE MANAGEMENT CONFERENCE FOR MAY 13, 2008 |

IT IS HEREBY STIPULATED by and between plaintiff DisplayLink Corporation ("DisplayLink") and defendant Magic Control Technology Corporation ("MCT"), by and through their counsel of record, as follows:

STIPULATION
CASE NO. 5:07-CV-01998-RMW

3333427_1.DOC

1     WHEREAS, by the Clerk's Notice of Continuance of February 12, 2008 [Docket No.
2 39], the Claim Construction Hearing and Rule 16 Case Management Conference previously
3 scheduled for March 3, 2008, were continued until April 29, 2008; and

4     WHEREAS, by the Court's Order re: Claim Construction Hearing of April 8, 2008
5 [Docket No. 52], the Court rescheduled the Claim Construction Hearing for May 13, 2008, and
6 scheduled a case management conference on April 25, 2008, "to discuss any outstanding issues
7 regarding the upcoming claim construction hearing;" and

8     WHEREAS, the Court's Order re: Claim Construction Hearing is silent as to whether the
9 Rule 16 Case Management Conference previously set for April 29, 2008, is also rescheduled for
10 May 13, 2008, or whether it shall proceed on April 29, 2008, as originally ordered; and

11     WHEREAS, the parties believe it would be beneficial and convenient to have a Rule 16
12 Case Management Conference at or near the time of the Claim Construction Hearing;

13     IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that a
14 further Case Management Conference should be held in this case on May 13, 2008, after
15 completion of the Claim Construction Hearing in the Courtroom of the Honorable Ronald M.
16 Whyte.

17

18 SO STIPULATED.

19 Dated: April 9, 2008                          WILSON SONSINI GOODRICH & ROSATI
                                                                          Professional Corporation
20
21
22                                                By: /s/ Stefani E. Shanberg
                                                             Stefani E. Shanberg

23                                                Attorneys for Plaintiff/Counterclaim Defendant
                                               DisplayLink Corporation
24

25 Dated: April 9, 2008                           WANG, HARTMANN, GIBBS & CAULEY,
P.L.C.
26                                                A Professional Corporation

27

28                                                By: /s/ Richard F. Cauley
                                                            Richard F. Cauley

Attorneys for Defendant/Counterclaim Plaintiff
Magic Control Technology Corporation

IT IS SO ORDERED.

DATED: <u>4/17/08</u>

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1 **ATTESTATION CLAUSE**

2     I, Stefani E. Shanberg, am the ECF User whose identification and password are being

3 used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that

4 Richard F. Cauley of Wang, Hartmann & Gibbs & Cauley, P.L.C. has concurred in this filling

5

6 Dated: April 9, 2008                                     WILSON SONSINI GOODRICH & ROSATI

7                                                                         Professional Corporation

8

9                                        By:   /s/ Stefani E. Shanberg
                                                                             Stefani E. Shanberg

10                                          Attorneys for Plaintiff/Counterclaim Defendant
                                         DisplayLink Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28