1  JAMES C. YOON, State Bar No. 177155
   Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
   Email: sshanberg@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Plaintiff and Counterclaim Defendant
7  DISPLAYLINK CORPORATION

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

| | |
|---|---|
| 12  DISPLAYLINK CORPORATION, a Washington Corporation, | CASE NO.: 5:07-CV-01998-RMW |
| 13           Plaintiff, | [XXXXXXXXX] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION RELATING CASES PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 |
| 14  v. | |
| 15  MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation; | |
| 16           Defendant. | |
| 17 | |
| 18 _____ | |
| 19  MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation, | |
| 20           Counterclaim Plaintiff, | |
| 21  v. | |
| 22  DISPLAYLINK CORPORATION, a Washington Corporation, | |
| 23           Counterclaim Defendant. | |
| 24 _____ | |

26       Having considered the Stipulated Administrative Motion Relating Cases and the papers

27  submitted in support of such notice and motion, and good cause appearing:

28

1  IT IS HEREBY ORDERED that the parties' Stipulated Administrative Motion to Relate
2  Cases is granted pursuant to L.Rs. 3-12 and 7-11. The Court finds that the present action is
3  related to Civil Action No. 3:07-05707-MEJ, *Magic Control Technology, Corp. v. Kensington*
4  *Computer Products Group*, pending in the San Francisco Division of this Court before U.S.
5  Magistrate Judge Maria-Elena James. The Court, therefore, orders that Civil Action No. 3:07-
6  05707-MEJ is reassigned pursuant to L.R. 3-12(f)(3) to the Honorable Ronald M. Whyte.

8  Dated:   April 24, 2008         *Ronald M. Whyte*
                                    The Honorable Ronald M. Whyte
9                                   United States District Court Judge

11 Presented by:

12  /s/ Stefani E. Shanberg
        Stefani E. Shanberg

14  JAMES C. YOON, State Bar No. 177155
        Email: jyoon@wsgr.com
    STEFANI E. SHANBERG, State Bar No. 206717
15      Email: sshanberg@wsgr.com
    WILSON SONSINI GOODRICH & ROSATI
16  Professional Corporation
    650 Page Mill Road
17  Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
18  Facsimile: (650) 565-5100

19  Attorneys for Plaintiff and Counterclaim Defendant
    DISPLAYLINK CORPORATION