UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: April 25, 2008

Case No. C-07-01998-RMW      JUDGE: Ronald M. Whyte

DISPLAYLINK CORPORATION     -V- MAGIC CONTROL TECHNOLOGY, et al.
Title

J. Yoon & S. Shanberg                R. Cauley
Attorneys Present                    Attorneys Present

COURT CLERK: Jackie Garcia            COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO STRIKE

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from counsel. The Court orders that each side may depose the experts for 1 ½ by phone. The Court does not require live testimony at the markman hearing. The Court to issue a ruling to the parties. The matter is deemed submitted.