JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
STEFANI E. SHANBERG, State Bar No. 206717 (sshanberg@wsgr.com)
MONICA MUCCHETTI ENO, State Bar No. 164107 (meno@wsgr.com)
ROBIN L. BREWER, State Bar No. 253686 (rbrewer@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff/Counterclaim Defendant
DISPLAYLINK CORPORATION

RICHARD F. CAULEY, State Bar No. 109194
FRANKLIN E. GIBBS, State Bar No. 189015
WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
A Professional Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Attorneys for Defendant/Counterclaim Plaintiff
MAGIC CONTROL TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation;<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: CV07-01998-RMW<br><br>RELATED CASE NO.:<br>CV07-05707-RMW<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>CMC Date: May 13, 2008<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 6 – 4th Floor<br>Before: Hon. Ronald M. Whyte |

Plaintiff and counterclaim defendant DisplayLink Corporation ("DisplayLink") and

defendant and counterclaim plaintiff Magic Control Technology Corporation ("MCT") jointly

submit this Case Management Statement and Proposed Order and request the Court to adopt it as the Case Management Order in this case:

## I. PROCEDURAL STATUS

The parties have exchanged initial disclosures and initial sets of discovery requests. No depositions of fact witnesses have occurred.[1] The claim construction hearing is scheduled for May 13, 2008.

By order of April 24, 2008, this case was related to Civil Action No. 3:07-05707-MEJ, *Magic Control Technology, Corp. v. Kensington Computer Products Group* ("the Kensington Case"). A Case Management Conference has yet to be held in the Kensington Case.

## II. SETTLEMENT AND ADR

The parties agree to contact the Court within thirty (30) days of the issuance of a claim construction order to seek a settlement conference with a Magistrate Judge.

## III. CASE SCHEDULE

Both parties have demanded a jury trial. The parties currently estimate that a trial in this case would take approximately five to eight trial days. The parties propose that the following deadlines and trial date should be set by the Court, subject to the Court's calendar and availability.

**PROPOSED SCHEDULE**

| Event | Date |
|---|---|
| Factual Discovery Closes | December 1, 2008 |
| Parties shall serve Opening Expert Reports | December 15, 2008 |
| Parties shall serve Rebuttal Expert Reports | January 16, 2009 |

---

[1] DisplayLink will shortly request this Court's issuance of letters rogatory to obtain documents and deposition testimony of two third-party engineers in India who MCT claims have knowledge relating to the development of the inventions claimed in the patent-in-suit. *See* MCT Second Supplemental Response to DisplayLink Interrogatory No. 1. DisplayLink also plans to file a motion to compel further documents and interrogatory responses before the Magistrate Judge.

| Event | Date |
|---|---|
| Last day to file summary judgment motions | January 23, 2009 |
| Expert Discovery closes | February 6, 2009 |
| Last day to file oppositions to summary judgment motions | February 6, 2009 |
| Last day to file replies to summary judgment motions | February 13, 2009 |
| Parties shall file motions *in limine* and *Daubert* motions | March 9, 2009 |
| Parties shall file pretrial disclosures and proposed jury instructions | March 9, 2009 |
| The Court will hold the final pre-trial conference | March 23, 2009 |
| A jury trial shall commence. | March 30, 2009 |

Dated: May 2, 2008                WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


By: /s/ James C. Yoon
         James C. Yoon

Attorneys for Plaintiff/Counterclaim Defendant
DISPLAYLINK CORPORATION


Dated: May 2, 2008                WANG, HARTMAN, GIBBS & CAULEY
                                  A Professional Law Corporation


By: /s/ Richard F. Cauley
         Richard F. Cauley

Attorneys for Defendant and
Counterclaim Plaintiff
MAGIC CONTROL TECHNOLOGY
CORPORATION

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with the Order

Dated:

                                        Hon. Ronald M. Whyte
                                        United States District Court Judge