| | |
|---|---|
| JAMES C. YOON | RICHARD F. CAULEY |
| State Bar No. 177155 (jyoon@wsgr.com) | State Bar No. 109194 |
| STEFANI E. SHANBERG | FRANKLIN E. GIBBS |
| State Bar No. 206717 (sshanberg@wsgr.com) | State Bar No. 189015 |
| MONICA M. ENO, State Bar No. 164107 | WANG, HARTMANN, GIBBS & CAULEY, P.L.C. |
| Email: meno@wsgr.com | A Professional Corporation |
| ROBIN L. BREWER, State Bar No. 253686 | 1301 Dove Street, Suite 1050 |
| Email: rbrewer@wsgr.com | Newport Beach, CA 92660 |
| WILSON SONSINI GOODRICH & ROSATI | Telephone: (949) 833-8483 |
| Professional Corporation | Facsimile: (949) 833-2281 |
| 650 Page Mill Road | Email: richardcauley@whgclaw.com |
| Palo Alto, CA 94304-1050 | |
| Telephone: (650) 493-9300 | |
| Facsimile: (650) 565-5100 | |
| | Attorneys for Defendant and Counterclaim Plaintiff |
| Attorneys for Plaintiff and Counterclaim Defendant | MAGIC CONTROL TECHNOLOGY CORPORATION |
| DISPLAYLINK CORPORATION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation, <br><br>         Plaintiff, <br><br>     v. <br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation; <br><br>         Defendant. <br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 5:07-CV-01998-RMW <br><br>**STIPULATION TO DISPLAYLINK CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING** <br><br>Date: May 13, 2008 <br>Time: 2:00 p.m. <br>Courtroom: Courtroom 6 – 4th Floor <br>Before: Hon. Ronald M. Whyte |

WHEREAS, a claim construction hearing and tutorial in this case has been scheduled for Tuesday, May 13, 2008, at 2:00 p.m. before Judge Whyte;

1    WHEREAS, Plaintiff and Counterclaim Defendant DisplayLink Corporation
2 ("DisplayLink") finds that it is necessary to bring certain equipment into the courtroom to be
3 used during the claim construction hearing, including the tutorial;
4    WHEREAS, counsel for Defendant Magic Control Technology Corporation ("MCT")
5 stipulates to DisplayLink's Miscellaneous and Administrative Motion for Entry of Equipment
6 into Court for Claim Construction Hearing for the following list of equipment:

1. 1 IBM laptop
2. 2 Dell laptops
3. 4 Viewsonic flatpanel displays (15")
4. 1 Sanyo high-lumens LCD projector
5. 1 Da-lite projection screen (8')
6. 1 Extron 4x1 switcher
7. 1 Extron ADA 6 300HV
8. 2 Da-lite easels
9. Miscellaneous stands, carts, cables, skirts
10. Miscellaneous exemplary converters.

17    WHEREAS, counsel for MCT does not object to DisplayLink's entrance into the
18 courtroom starting at 9:00 a.m. on Tuesday, May 13, 2008, in advance of the hearing to assemble
19 the aforementioned equipment;
20    IT IS HEREBY STIPULATED AND AGREED between DisplayLink and MCT, through
21 their respective counsel that DisplayLink may bring equipment into Court for the claim
22 construction hearing.

| | |
|---|---|
| Dated: May 7, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:   /s/ Stefani E. Shanberg<br>       Stefani E. Shanberg<br><br>Attorneys for Plaintiff/Counterclaim Defendant<br>DISPLAYLINK CORPORATION |
| Dated: May 7, 2008 | WANG, HARTMANN, GIBBS & CAULEY, P.L.C.<br>A Professional Corporation<br><br>By:   /s/ Richard F. Cauley<br>       Richard F. Cauley<br><br>Attorneys for Defendant/Counterclaim Plaintiff<br>MAGIC CONTROL TECHNOLOGY CORPORATION |

1 **ATTESTATION CLAUSE**

2 I, Stefani E. Shanberg, am the ECF User whose identification and password are being
3 used to file this Stipulation.  In compliance with General Order 45.X.B., I hereby attest that
4 Richard F. Cauley of Wang, Hartmann, Gibbs & Cauley, P.L.C. has concurred in this filling

6 Dated:  May 7, 2008                                     WILSON SONSINI GOODRICH & ROSATI
                                                         Professional Corporation

8                                                        By:   /s/ Stefani E. Shanberg
9                                                              Stefani E. Shanberg

10                                                       Attorneys for Plaintiff/Counterclaim Defendant
                                                         DISPLAYLINK CORPORATION

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28