1  JAMES C. YOON, State Bar No. 177155
       Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
3  MONICA M. ENO, State Bar No. 164107
       Email: meno@wsgr.com
4  ROBIN L. BREWER, State Bar No. 253686
       Email: rbrewer@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:   (650) 565-5100
8
   Attorneys for Plaintiff and Counterclaim Defendant
9  DISPLAYLINK CORPORATION

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN JOSE DIVISION

13

14

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation, | CASE NO.: 5:07-CV-01998-RMW |
| Plaintiff, | **DISPLAYLINK CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING** |
| v. | |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese Corporation; | |
| Defendant. | Date: May 13, 2008<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 6 – 4th Floor<br>Before: Hon. Ronald M. Whyte |
| AND RELATED COUNTERCLAIMS | |

24      Plaintiff and Counterclaim Defendant DisplayLink Corporation ("DisplayLink")

25  respectfully requests the Court's permission to bring the following equipment and demonstrative

26  exhibits into the courtroom and set-up before the claim construction hearing scheduled for 2:00

27  p.m. on May 13, 2008:

28

1. 1 IBM laptop
2. 2 Dell laptops
3. 4 Viewsonic flatpanel displays (15")
4. 1 Sanyo high-lumens LCD projector
5. 1 Da-lite projection screen (8')
6. 1 Extron 4x1 switcher
7. 1 Extron ADA 6 300HV
8. 2 Da-lite easels
9. Miscellaneous stands, carts, cables, skirts
10. Miscellaneous exemplary converters

DisplayLink further requests the Court's permission to enter the courtroom starting at 9:00 a.m. on Tuesday, May 13, 2008, to assemble the aforementioned equipment in advance of the hearing scheduled for 2:00 p.m.

Dated: May 7, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Stefani E. Shanberg_____
JAMES C. YOON, State Bar No. 177155
STEFANI E. SHANBERG, State Bar No. 206717
MONICA M. ENO, State Bar No. 164107
ROBIN L. BREWER, State Bar No. 253686
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com
Email: sshanberg@wsgr.com
Email: meno@wsgr.com
Email: rbrewer@wsgr.com

Attorneys for Plaintiff/Counterclaim Defendant
DISPLAYLINK CORPORATION