JAMES C. YOON, State Bar No. 177155
  Email: jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
  Email: sshanberg@wsgr.com
MONICA M. ENO, State Bar No. 164107
  Email: meno@wsgr.com
ROBIN L. BREWER, State Bar No. 253686
  Email: rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese Corporation; <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: 5:07-CV-01998-RMW <br><br> **[PROPOSED] ORDER GRANTING DISPLAYLINK CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING** <br><br> Date: May 13, 2008 <br> Time: 2:00 p.m. <br> Courtroom: Courtroom 6 – 4th Floor <br> Before: Hon. Ronald M. Whyte |

Having considered DisplayLink Corporation's ("DisplayLink") request to bring

electronic equipment into the Court for the claim construction hearing scheduled for May

13, 2008, it is hereby ordered that DisplayLink may bring the following electronic equipment into the Court for said hearing:

1. 1 IBM laptop
2. 2 Dell laptops
3. 4 Viewsonic flatpanel displays (15")
4. 1 Sanyo high-lumens LCD projector
5. 1 Da-lite projection screen (8')
6. 1 Extron 4x1 switcher
7. 1 Extron ADA 6 300HV
8. 2 Da-lite easels
9. Miscellaneous stands, carts, cables, skirts
10. Miscellaneous exemplary converters

DisplayLink shall also be permitted to enter the courtroom starting at 9:00 a.m. on Tuesday, May 13, 2008, to assemble the aforementioned equipment in advance of the hearing scheduled for 2:00 p.m.

IT IS SO ORDERED.

Dated: _____

The Honorable Ronald M. Whyte
United States District Judge