1

**WANG, HARTMANN, GIBBS & CAULEY, P.C**.
A Professional Law Corporation
Richard F. Cauley (SBN: 109194)
Franklin E. Gibbs (SBN: 189015)
Erick P. Wolf (SBN: 224906)
1301 Dove Street, Suite 1050
Newport Beach, CA  92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281
Email:  richardcauley@whgclaw.com

Attorneys for Defendant and
Counterclaim Plaintiff MAGIC CONTROL
TECHNOLOGY CORPORATION

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
James C. Yoon (SBN: 177155)
jyoon@wsgr.com
Stefani E. Shanberg (SBN: 206717)
sshanberg@wsgr.com
Monica M. Eno (SBN: 164107)
meno@wsgr.com
Robin L. Brewer (SBN: 253686)
rbrewer@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counterclaim
Defendant
DISPLAYLINK CORPORATION

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

15

16

17

18

19

20

21

22

23

24

DISPLAYLINK CORPORATION, a
Washington corporation

                    Plaintiff,


vs.


MAGIC CONTROL TECHNOLOGY,
CORPORATION, a Taiwanese Corporation;


                    Defendant.

AND RELATED COUNTERCLAIMS

Case No. 5:07-CV-01998-RMW

**STIPULATION TO MAGIC CONTROL TECHNOLOGY CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING**


Date: May 13, 2008
Time: 2:00 p.m.
Courtroom: Courtroom 6 – 4th Floor
Before: Hon. Ronald M. Whyte

25

26

27

28

WHEREAS, a claim construction hearing and tutorial in this case has been scheduled

for Tuesday, May 13, 2008, at 2:00 p.m. before Judge Whyte;

- 1 -

**STIPULATION TO MISCELLANEOUS ADMINISTRATIVE REQUEST FOR
ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING
CASE NO.:  5:07-CV-01998-RMW**

1    WHEREAS, Defendant and Counterclaim Plaintiff Magic Control Technology

2  Corporation ("Magic") finds that it is necessary to bring certain equipment into the courtroom

3  to be used during the claim construction hearing, including the tutorial;

4    WHEREAS, counsel for Plaintiff and Counterclaim Defendant DisplayLink

5  Corporation ("DisplayLink") stipulates to Magic's Miscellaneous and Administrative Motion

6  for Entry of Equipment into Court for Claim Construction Hearing for the following list of

7  equipment:

8    1.   1 Macintosh MacBook Laptop

9    2.   1 Sony Vaio Laptop

10    3.   Epson PowerLite S5 Series/77c Projector

11    WHEREAS, counsel for DisplayLink does not object to Magic's entrance into the

12  courtroom starting at 9:00 a.m. on Tuesday, May 13, 2008, in advance of the hearing to

13  assemble the aforementioned equipment;

14    IT IS HEREBY STIPULATED AND AGREED between Magic and DisplayLink,

15  through their respective counsel that Magic may bring equipment into Court for the claim

16  construction hearing.

17

18  Dated: May 8, 2008                    WANG, HARTMANN, GIBBS & CAULEY
                                          A Professional Law Corporation
19

20

21                                        By:  /s/ Richard F. Cauley_____
                                               Richard F. Cauley
22                                             Franklin E. Gibbs
                                               Erick P. Wolf
23                                             Attorneys for Defendant and Counterclaim
                                               Plaintiff MAGIC CONTROL
24                                             TECHNOLOGY CORPORATION

25

26

27

28

- 2 -

**STIPULATION TO MISCELLANEOUS ADMINISTRATIVE REQUEST FOR
ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING
CASE NO.:  5:07-CV-01998-RMW**

1     Dated:  May 8, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Stefani E. Shanberg
     Stefani E. Shanberg
     Attorneys for Plaintiff/Counterclaim
     Defendant DISPLAYLINK
     CORPORATION

**STIPULATION TO MISCELLANEOUS ADMINISTRATIVE REQUEST FOR
ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING
CASE NO.:  5:07-CV-01998-RMW**

**ATTESTATION CLAUSE**

I, Richard F. Cauley, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Stefani E. Shanberg of Wilson Sonsini Goodrich & Rosati P.C. has concurred in this filling.


Dated: May 8, 2008                    WANG, HARTMANN, GIBBS & CAULEY
                                      A Professional Law Corporation



                              By:  /s/ Richard F. Cauley_____
                                   Richard F. Cauley
                                   Attorneys for Defendant and Counterclaim
                                   Plaintiff MAGIC CONTROL
                                   TECHNOLOGY CORPORATION

- 4 -

**STIPULATION TO MISCELLANEOUS ADMINISTRATIVE REQUEST FOR
ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING
CASE NO.: 5:07-CV-01998-RMW**