1  **WANG, HARTMANN, GIBBS & CAULEY, P.C.**
   A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
   Franklin E. Gibbs (SBN: 189015)
3  Erick P. Wolf (SBN: 224906)
   1301 Dove Street, Suite 1050
4  Newport Beach, CA  92660
   Telephone: (949) 833-8483
5  Facsimile:  (949) 833-2281

6  Attorneys for Defendant and
   Counterclaim Plaintiff
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  DISPLAYLINK CORPORATION, a Washington corporation

13              Plaintiff,

14  vs.

15

16  MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;

17

18              Defendant.

19  AND RELATED COUNTERCLAIMS

20

Case No. 5:07-CV-01998-RMW

**MAGIC CONTROL TECHNOLOGY CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING**

Date: May 13, 2008
Time: 2:00 p.m.
Courtroom: Courtroom 6 – 4th Floor
Before: Hon. Ronald M. Whyte

21
22      Defendant and Counterclaim Plaintiff Magic Control Technology Corporation
23  ("Magic") respectfully requests the Court's permission to bring the following equipment into
24  the courtroom and set-up before the claim construction hearing scheduled for 2:00 p.m. on May 13,
25  2008:
26          1.  1 Macintosh MacBook Laptop
27          2.  1 Sony Vaio Laptop
28          3.  Epson PowerLite S5 Series/77c Projector

- 1 -

**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF
EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING
CASE NO.:  5:07-CV-01998-RMW**

1  Magic further requests the Court's permission to enter the courtroom starting at 9:00
2  a.m. on Tuesday, May 13, 2008, to assemble the aforementioned equipment in advance of the
3  hearing scheduled for 2:00 p.m.

Dated: May 8, 2008                    WANG, HARTMANN, GIBBS & CAULEY
                                      A Professional Law Corporation


                                      By: /s/ Richard F. Cauley
                                          Richard F. Cauley
                                          Franklin E. Gibbs
                                          Erick P. Wolf
                                          Attorneys for Defendant and Counterclaim
                                          Plaintiff MAGIC CONTROL
                                          TECHNOLOGY CORPORATION

- 2 -

**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF
EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING
CASE NO.: 5:07-CV-01998-RMW**