1 **WANG, HARTMANN, GIBBS & CAULEY, P.C**.
A Professional Law Corporation
2 Richard F. Cauley (SBN: 109194)
Franklin E. Gibbs (SBN: 189015)
3 Erick P. Wolf (SBN: 224906)
1301 Dove Street, Suite 1050
4 Newport Beach, CA 92660
Telephone: (949) 833-8483
5 Facsimile: (949) 833-2281

6 Attorneys for Defendant and
Counterclaim Plaintiff

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation | Case No. 5:07-CV-01998-RMW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MAGIC CONTROL TECHNOLOGY CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING** |
| vs. | |
| MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation; | Date: May 13, 2008
Time: 2:00 p.m.
Courtroom: Courtroom 6 – 4th Floor
Before: Hon. Ronald M. Whyte |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Having considered Magic Control Technology Corporation's ("Magic") request to bring electronic equipment into the Court for the claim construction hearing scheduled for May 13, 2008, it is hereby ordered the Magic may bring the following electronic equipment into the Court for said hearing:

1. 1 Macintosh MacBook Laptop

2. 1 Sony Vaio Laptop

3. Epson PowerLite S5 Series/77c Projector

- 1 -

**[PROPOSED] ORDER
CASE NO.: 5:07-CV-01998-RMW**

1  Magic shall also be permitted to enter the courtroom starting at 9:00 a.m. on Tuesday,
2  May 13, 2008, to assemble the aforementioned equipment in advance of the hearing scheduled
3  for 2:00 p.m.
4
5
6  IT IS SO ORDERED
7
   Dated: _____                    _____
8                                                The Honorable Ronald M. Whyte
                                                 United States District Judge
9