1  JAMES C. YOON, State Bar No. 177155
      Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
      Email: sshanberg@wsgr.com
3  MONICA M. ENO, State Bar No. 164107
      Email: meno@wsgr.com
4  ROBIN L. BREWER, State Bar No. 253686
      Email: rbrewer@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   Attorneys for Plaintiff and Counterclaim Defendant     *E-FILED - 5/12/08*
9  DISPLAYLINK CORPORATION

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14
   DISPLAYLINK CORPORATION, a Washington  )   CASE NO.: 5:07-CV-01998-RMW
15 Corporation,                           )
                                          )   **[] ORDER GRANTING
16         Plaintiff,                     )   DISPLAYLINK CORPORATION'S
                                          )   MISCELLANEOUS
17         v.                             )   ADMINISTRATIVE REQUEST FOR
                                          )   ENTRY OF EQUIPMENT INTO
18 MAGIC CONTROL TECHNOLOGY               )   COURT FOR CLAIM
   CORPORATION, a Taiwanese Corporation;  )   CONSTRUCTION HEARING**
19                                        )
           Defendant.                     )   Date: May 13, 2008
20                                        )   Time: 2:00 p.m.
                                          )   Courtroom: Courtroom 6 – 4th Floor
21                                        )   Before: Hon. Ronald M. Whyte
   _____)
22                                        )
   AND RELATED COUNTERCLAIMS              )
23 _____)

24

25         Having considered DisplayLink Corporation's ("DisplayLink") request to bring

26 electronic equipment into the Court for the claim construction hearing scheduled for May

27

28

   [] ORDER                              -1-
   CASE NO.: 5:07-CV-01998-RMW

1  13, 2008, it is hereby ordered that DisplayLink may bring the following electronic
2  equipment into the Court for said hearing:
3      1.  1 IBM laptop
4      2.  2 Dell laptops
5      3.  4 Viewsonic flatpanel displays (15")
6      4.  1 Sanyo high-lumens LCD projector
7      5.  1 Da-lite projection screen (8')
8      6.  1 Extron 4x1 switcher
9      7.  1 Extron ADA 6 300HV
10      8.  2 Da-lite easels
11      9.  Miscellaneous stands, carts, cables, skirts
12      10. Miscellaneous exemplary converters
13      DisplayLink shall also be permitted to enter the courtroom starting at 9:00 a.m. on
14  Tuesday, May 13, 2008, to assemble the aforementioned equipment in advance of the
15  hearing scheduled for 2:00 p.m.
16
17      IT IS SO ORDERED.
18
19  Dated: 5/12/08                                     *Ronald M. Whyte*
20                                                              The Honorable Ronald M. Whyte
                                                            United States District Judge