1  JAMES C. YOON
   State Bar No. 177155 (jyoon@wsgr.com)
2  STEFANI E. SHANBERG
   State Bar No. 206717 (sshanberg@wsgr.com)
3  MONICA MUCCHETTI ENO
   State Bar No. 164107 (meno@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
5  650 Page Mill Road
Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

RICHARD F. CAULEY
   State Bar No. 109194
FRANKLIN E. GIBBS
   State Bar No. 189015
WANG, HARTMANN, GIBBS & CAULEY,
P.L.C.
A Professional Corporation
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile:  (949) 833-2281
Email: RichardCauley@WHGCLaw.com

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION

Attorneys for Defendant and Counterclaim Plaintiff
MAGIC CONTROL TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 5:07-CV-01998-RMW<br>RELATED CASE NO.:<br>   CV07-05707-RMW<br><br>STIPULATED [PROPOSED] ORDER FOR LEAVE TO SUPPLEMENT RECORD ON CLAIM CONSTRUCTION WITH RECENTLY OBTAINED EXPERT WITNESS TESTIMONY<br><br>Claim Construction<br>   Hearing: May 13, 2008 at 2:00 pm |

IT IS HEREBY STIPULATED by and between plaintiff and counterclaim defendant DisplayLink Corporation ("DisplayLink") and defendant and counterclaim plaintiff Magic Control Technology Corporation ("MCT"), by and through their counsel of record, as follows:

1  WHEREAS, pursuant to the Court's May 5, 2008 Order re: Defendant's Motion to Strike
2  [Docket No. 59], which followed the Clerk's April 25 Minute Order regarding the same, the
3  Court ordered that DisplayLink and MCT could each depose the other party's claim construction
4  expert witness for an additional one and one half (1.5) hours; and
5  WHEREAS, on Friday, May 2, 2008, DisplayLink's expert witness Dr. Alan Jones and
6  MCT's expert witness Dr. Paul S. Min were deposed pursuant to the Court's order; and
7  WHEREAS, the parties would like to supplement their previously filed briefs on claim
8  construction with all or some of the testimony obtained during the May 2, 2008 depositions of
9  Dr. Jones and Dr. Min;
10  IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as
11  follows:
12  1.  The parties are hereby granted leave to supplement the evidentiary record on
13  claim construction by submission of the Supplemental Declaration of Stefani Shanberg
14  ("Supplemental Shanberg Declaration") attached hereto as Exhibit A.
15  2.  MCT may offer into evidence the entire May 2, 2008 transcript of Dr. Jones in
16  support of its claim construction position.[1]
17  3.  DisplayLink may offer into evidence those portions of the May 2, 2008 transcript
18  of Dr. Min identified in paragraph 5 of the Supplemental Shanberg Declaration in support of its
19  claim construction position.[2]

---

[1] The May 2, 2008 transcript of Dr. Jones is attached as Exhibit 1 to the Supplemental Shanberg Declaration.

[2] The May 2, 2008 transcript of Dr. Min is attached as Exhibit 2 to the Supplemental Shanberg Declaration.

1  SO STIPULATED.

2  Dated: May 13, 2008                             WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation
3

4
                                                   By:   /s/ Stefani E. Shanberg
5                                                        Stefani E. Shanberg

6                                                  Attorneys for Plaintiff/Counterclaim Defendant
                                                   DisplayLink Corporation
7

8  Dated: May 13, 2008                             WANG, HARTMANN, GIBBS & CAULEY,
                                                   P.L.C.
9                                                  A Professional Corporation

10

11                                                 By:   /s/ Richard F. Cauley
                                                         Richard F. Cauley
12
                                                   Attorneys for Defendant/Counterclaim Plaintiff
13                                                 Magic Control Technology Corporation

14
   IT IS SO ORDERED.
15

16

17  DATED: _____        _____
                                          The Honorable Ronald M. Whyte
18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: LEAVE TO SUPP. RECORD          -3-                                 3356329_1.DOC
CASE NO. 5:07-CV-01998-RMW

**ATTESTATION CLAUSE**

1. I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Richard F. Cauley of Wang, Hartmann & Gibbs & Cauley, P.L.C. has concurred in this filling

Dated: May 13, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
     Stefani E. Shanberg

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation