1  JAMES C. YOON, State Bar No. 177155
       Email:  jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
       Email:  sshanberg@wsgr.com
3  MONICA MUCCHETTI ENO, State Bar No. 164107
       Email:  meno@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100

7

   Attorneys for Plaintiff and Counterclaim Defendant
8  DISPLAYLINK CORPORATION

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

| | |
|---|---|
| 14  DISPLAYLINK CORPORATION, a Washington ) corporation, | CASE NO.:  5:07-CV-01998-RMW (JHL) |
| 15              ) | |
|              Plaintiff,              ) | SUPPLEMENTAL DECLARATION |
| 16              ) | OF STEFANI SHANBERG RE: |
|        v.       ) | CLAIM CONSTRUCTION |
| 17              ) | |
|  MAGIC CONTROL TECHNOLOGY,        ) | Date:  May 13, 2008 |
| 18  CORPORATION, a Taiwanese corporation;     ) | Time:  2:00 p.m. |
|              ) | Courtroom: Courtroom 6 – 4th Floor |
| 19          Defendant.      ) | Before: Hon. Ronald M. Whyte |
| 20              ) | |
|              ) | |
| 21              ) | |
| _____) | |
| 22              ) | |
|  AND RELATED COUNTERCLAIMS     ) | |
| 23  _____) | |

24

25

26

27

28

1    I, Stefani E. Shanberg, hereby declare that:

2    1.    I am over the age of 18 and have personal knowledge about the facts

3    described below.

4    2.    I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel for

5    Plaintiff and Counterclaim Defendant, DisplayLink Corporation ("DisplayLink").

6    3.    Attached as Exhibit 1 is a true and correct copy of the Deposition of Dr.

7    Paul S. Min taken on May 2, 2008 ("May 2 Min Deposition").

8    4.    Attached as Exhibit 2 is a true and correct copy of the Deposition of Dr.

9    Alan Jones taken on May 2, 2008.

10    5.    The table below sets forth the portions of the May 2 Min Deposition that

11    (subject to the Court's approval) DisplayLink designates in support of its claim

12    construction positions:

| Disputed Claim Term | Citation to May 2 Min Deposition |
|---|---|
| Background | 193:21-22; 194:15-25; 204:12-205:6; 206:22-209:7; 221:2-4; 223:11-13; 237:9-11; 238:9-14; 240:24-241:1 |
| USB | 209:8-210:10; 228:9-18; 229:23-230:17 |
| VGA | 195:18-196:1; 197:25-198:21; 200:10-20; 210:6-10; 211:11-212:12; 225:5-19; 226:11-227:5 |
| USB Controller | 235:6-11 |
| VGA Controller | 235:6-11 |
| Display Device | 197:25-198:21; 233:3-8 |
| USB Based Display Signals | 227:6-17 |
| USB Based Display Signals from the Computer | 216:18-19; 217:18-22; 218:11-14; |
| For Receiving Exclusively Therethrough USB Based Display Signals | 230:21-231:5 |
| Bridge | 231:6-23; 231:22-23 |

1    I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.

3    Executed on May 13, 2008, at Palo Alto, California.

4

5                                      ___/s/ Stefani E. Shanberg_____

6                                      Stefani E. Shanberg

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

```
 1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN JOSE DIVISION

 3

 4   DISPLAYLINK CORPORATION,
     a Washington corporation,
 5
                    Plaintiff,
 6
          vs.                         No. 5:07-CV-01998-RMW
 7
     MAGIC CONTROL TECHNOLOGY,
 8   CORPORATION, a Taiwanese
     corporation,
 9
                    Defendant.
10   _____/

     AND RELATED CROSS-ACTION
11   _____/

12

13

14                  Deposition of
15                PAUL S. MIN, Ph.D.
16                  May 2, 2008
17

18   Volume II
     Pages 187-244
19   Reported by:
     SHARON LANCASTER
20   CSR No. 5468

21

22              SHARI MOSS & ASSOCIATES
             Certified Shorthand Reporters
23             877 Cowan Road, Suite A
             Burlingame, California 94010-1204
24                    (415) 402-0004
                      (650) 692-8900
25          FAX:  (650) 692-8909
```

Page 187

```
 1              I N D E X
                - - - - -
 2
 3                        Page Number
 4    EXAMINATION BY MS. SHANBERG........... 191
 5
 6
 7                --oOo--
 8
 9              EXHIBITS
10    Plaintiff's:
11     5   Declaration of Paul Min, Ph.D............ 191
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 188

```
 1    APPEARANCES:  (Continued)
 2
 3         WANG, HARTMANN & GIBBS, PLC, 1301 Dove
 4    Street, Suite 1050, Newport Beach, California,
 5    92660-2812, Telephone:  (949) 833-8483, represented
 6    by ERICK WOLF, Attorney at Law, appeared as counsel
 7    on behalf of Defendant and Counterclaim Plaintiff
 8    MCT, Corp.  (Appeared telephonically)
 9
10
11    ALSO PRESENT:
12         ALAN JONES, Ph.D.  (Appeared telephonically)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 190

```
 1         BE IT REMEMBERED that, pursuant to the laws
 2    governing the taking and use of depositions, and on
 3    Friday, May 2, 2008, commencing at 12:03 p.m.
 4    thereof, at the offices of Wilson, Sonsini, Goodrich
 5    & Rosati, 601 S. California Boulevard, Palo Alto,
 6    California, before me, SHARON LANCASTER, a Certified
 7    Shorthand Reporter in the State of California,
 8    telephonically appeared
 9
10         PAUL S. MIN, Ph.D.,
11
12    called as a witness by the Plaintiff/Cross-Defendant,
13    who, being by me first duly sworn, was examined and
14    testified as is hereinafter set forth.
15
16         WILSON, SONSINI, GOODRICH & ROSATI, LLP,
17    650 Page Mill Road, Palo Alto, California 94304-1050,
18    Telephone:  (650) 565-3645, represented by STEFANI E.
19    SHANBERG, Attorney at Law, and ROBIN L. BREWER,
20    Attorney at Law, appeared as counsel on behalf of
21    Plaintiff and Counterclaim Defendant Displaylink
22    Corporation.
23    ///
24    ///
25
```

Page 189

```
 1              PAUL S. MIN, Ph.D.,
 2    having been first duly administered the oath, under
 3    penalty of perjury, appeared telephonically and
 4    testified as follows:
 5
 6              EXAMINATION
 7    MS. SHANBERG:
 8         Q.  Hello, Dr. Min.  I'm sorry I didn't get a
 9    chance to meet you in person.
10         A.  Yes.  This is Paul Min, from Washington
11    University.
12         Q.  All right.  Well, I'm Stefani Shanberg at
13    Wilson Sonsini, and I represent DisplayLink in this
14    case.  And we appreciate your being available on such
15    short notice for a continued deposition.
16         Because we're continuing your previous
17    deposition, you remain under oath and there is no
18    need to swear you in again.
19         And the other kind of housekeeping matter
20    that I would like to just go over before we get
21    started here is that we've already marked exhibits.
22         (MIN Deposition Exhibit 5 was marked for
23    identification.)
24    BY MS. SHANBERG:
25         Q.  So if you could just have handy your own
```

Page 191

2 (Pages 188 to 191)

1  declaration, which has been marked as Exhibit 5;
2  Dr. Jones' declaration, which has been marked as
3  Exhibit 4; and the '788 patent, which was previously
4  marked as Exhibit 2. Those are the three exhibits
5  that I anticipate using during the course of your
6  deposition.
7      **A. Could you repeat those numbers one more**
8  **time?**
9      Q. Sure. Your declaration is Exhibit 5.
10     A. Five.
11     Q. Dr. Jones' declaration is Exhibit 4.
12     A. Uh-huh.
13     Q. And the '788 patent is Exhibit 2.
14     **A. So 2, 5 and 4?**
15     Q. That's correct.
16     **A. Let me get that on there.**
17     **Okay. So the Exhibit 2 is actually the**
18  **patent, with the prosecution history. And 5 is --**
19  **Oh, I'm sorry, I must be looking at something**
20  **different because Exhibit 5 is Advanced BIOS Content.**
21     Q. You know, Dr. Min, you don't need to worry
22  about the exhibit numbers. I was really just
23  reciting those for the record. These are the court
24  reporter's exhibit numbers for the purposes of the
25  deposition, not the exhibit numbers as attached to

Page 192

1  the declaration. So I'm sorry if that was confusing.
2      **A. Okay.**
3      Q. So the important thing, from my perspective,
4  is just that you have your declaration, Dr. Jones'
5  declaration, and the patent in front of you.
6      **A. Okay. Not the deposition, but the**
7  **declaration?**
8      Q. Declaration.
9      **A. Okay. So I have mine. And then -- Okay.**
10  **I need to find the declaration for DisplayLink.**
11  **Okay. DisplayLink. Dr. Jones' declaration. So now**
12  **I have those three.**
13     Q. Excellent.
14     So I understand from your counsel that you
15  plan to offer testimony at the claims construction
16  hearing regarding the terms USB and VGA. Is that
17  correct?
18     **A. That is my understanding.**
19     Q. Okay. Then we will, for the sake of time,
20  focus on those terms today.
21     The first thing I'd like for you to do is
22  turn to the declaration of Alan Jones.
23     **A. Okay.**
24     Q. And this will take a few minutes probably,
25  but I think it's the easiest way to proceed.

Page 193

1      I'd like for you to read paragraphs 5
2  through 11 of that declaration, and I'd like for you
3  to tell me when you see something with which you
4  disagree, so that we can drill down on why.
5      We believe that the statements in the
6  background and the technology section, at least in
7  paragraphs 5 through 11, are noncontroversial
8  principles, but we want to confirm that with you.
9      **A. Okay. Please allow me.**
10     **Generally speaking -- of course, I didn't**
11  **check all the dates and, you know, the multiplication**
12  **numbers. But generally speaking, I would agree that**
13  **the words stated here describes, you know, background**
14  **behind the birth of VGA.**
15     Q. So there are no statements within paragraphs
16  5 through 11 with which you disagree; correct?
17     **A. Once again, as I said, I didn't really check**
18  **all the dates. But I am aware of the computer and**
19  **also the IBM personal computer system. I don't know**
20  **exactly that was the date as is stated. And, in**
21  **fact, I probably used one while I was at school.**
22     **So generally speaking there is nothing that**
23  **sticks out to be wrong, although I want to reserve my**
24  **opinion with regard to particular dates and, you**
25  **know, maybe some of the numbers.**

Page 194

1      Q. So if I ask you to assume that the dates and
2  the numbers are correct, there is nothing within
3  paragraphs 5 through 11 with which you disagree; is
4  that correct?
5      MR. WOLF: I'm going to object to this
6  question as being overbroad, vague and ambiguous.
7  It's asking Dr. Min, on the spot, to read a couple
8  pages and look at every single word to determine if
9  every word is accurate. It's something that I don't
10  think he's able to do on the spot.
11  BY MS. SHANBERG:
12     Q. Dr. Min, please answer if you can.
13     **A. Yeah, I mean I do not see anything that is**
14  **wrong that sticks out on top of my head. Generally**
15  **speaking, as far as I can tell right now, it seems to**
16  **be correct.**
17     Q. Okay. Thank you.
18     Turning now to paragraph 12, this paragraph,
19  it says, "At the time the application of the '788
20  patent was filed, there were other well-known video
21  graphic standards such as SVGA or super graphics."
22     Do you agree with that statement?
23     **A. Yes, VGA, SVGA was available at the time the**
24  **patent was filed. Let me check the date here. Video**
25  **was 2002, December 2002. Yes, that's right. That's**

Page 195

3 (Pages 192 to 195)

1  correct.
2      Q. And then moving along the upper middle of
3  paragraph 13, Dr. Jones makes the statement that I
4  believe you said as well: SVGA specification, as
5  well as other later published graphics standard
6  specifications provide, quote, 'backward,' close
7  quote, compatibility to the VGA standard.
8          Do you agree with that statement?
9      A. I'm trying to find the statement now. Which
10  line number? Can you tell me the line number of this
11  paragraph, please?
12      Q. It's paragraph 13, and it's four lines down
13  in the paragraph. The document I'm looking at does
14  not have pleading numbers on it.
15      A. So line number 10. SVGA specification as
16  well as other later published graphics specification
17  provides background capability to the VGA standard.
18          Yes, I agree with that statement.
19      Q. And what did you mean when you used the term
20  "backward compatible"?
21      A. It means that new technology is generally
22  built upon the older version of it; and so that when
23  the new technology is introduced, you want to make
24  sure that existing devices using the older version of
25  it can still use a part of the capability in the new

Page 196

1  version, so that the new version can be adopted more
2  gradually.
3      Q. Taking SVGA for example, a VGA signal -- and
4  this is a VGA signal by the IBM standard -- can be
5  read at least in part by an SVGA monitor; correct?
6      A. That is correct.
7      Q. And, on the other hand, a VGA monitor can
8  only support VGA signals pursuant to the IBM
9  standard; correct?
10      MR. WOLF: Objection. Vague and ambiguous.
11      THE WITNESS: So once again, when we say
12  "VGA monitors," do you mean by -- I mean, what do you
13  mean by that? Do you mean the VGA monitor that only
14  has the older IBM version of a VGA standard
15  capability? Is that what you mean by "VGA monitor"?
16  BY MS. SHANBERG:
17      Q. Yes.
18      A. Because when I say "VGA monitor," to me it
19  means something that is much more broader than what
20  is described. But if in fact what you said, based on
21  your assumption, the VGA monitor is it only has a
22  capability of supporting that IBM standard, you know,
23  back in '80s, then that is correct, that's all it can
24  display.
25      Q. So what would happen if an SVGA signal was

Page 197

1  put into a VGA monitor?
2      A. I -- I think it depends on the monitor.
3  Most likely, the monitor will not be able to display
4  whatever it is being sent as a signal correctly; it
5  will probably be garbled up and not recognized.
6      Q. What would happen if an XGA signal was put
7  into the VGA monitor?
8      A. Once again, the VGA monitor only being able
9  to support IBM late '80s, early '90 version of the
10  VGA standard, the same thing will happen: The XVGA
11  signal would not be displayed correctly in that
12  monitor.
13      Q. So would one of ordinary skill in the art
14  plug an XGA signal into a VGA monitor?
15      A. One of ordinary skill in the art would check
16  for the version and always look for what is in the
17  back of a monitor, and if the monitor is not capable,
18  then the person will note that that's not going to
19  work. Then, you know, the person might try, but it's
20  not going to work, and one will understand that it's
21  not going to work.
22      Q. So even though the plug is the same, a
23  person of ordinary skill in the art would understand
24  that it wasn't going to work?
25      A. That's correct. What you're referring to is

Page 198

1  a forward compatibility. When certain invention is
2  made, do you make something so that it will work in
3  the future, something that comes in the future?
4          You know, we don't do that. The way it
5  works is the backward compatibility, not forward
6  compatibility.
7      Q. So VGA by the IBM standard is only
8  compatible with these other video graphic standards
9  in one direction, and that's the backward direction;
10  correct?
11      MR. WOLF: Objection. Vague and ambiguous.
12      THE WITNESS: Actually, I don't quite
13  understand your question.
14  BY MS. SHANBERG:
15      Q. VGA is only compatible with the other
16  graphics standard in one direction; correct?
17      A. Well, as the newer version of the standard
18  comes out, the newer version typically — not always,
19  but typically have the older version capability as a
20  subset. So if the VGA signal according to IBM's
21  definition — I'm going to call IBM's definition as
22  the -- you know, the late '80s version of it -- to an
23  SVGA terminal, say, like to the SVGA capability, it
24  will display. That is -- that is a comparable.
25          So that -- the older VGA, the original VGA

Page 199

4 (Pages 196 to 199)

1  version -- let's call it the original VGA version --
2  will display correctly in the newer monitor that has
3  the SVGA capability.
4       I mean we see that every day. When you turn
5  on the PC, the first screen that pops up is the BIOS
6  screen, and that is the original VGA signal. So in
7  that direction, whatever is the later version of it
8  has made the original VGA as a subset capability and
9  building upon, and so it will display correctly.
10  Q. So my question was a little bit different.
11  In fact, it was the opposite of that. Which is that
12  the other graphics array standards do not display on
13  a VGA monitor, so it is only compatible in one
14  direction; correct?
15  A. If -- I think I answered this question
16  already. But let me restate that.
17       If XVGA signal or SVGA signal were to apply
18  to a monitor that has only the capability to display
19  the original VGA signal, it would not display
20  correctly.
21  Q. Okay. Thank you.
22  A. Okay.
23  Q. So turning your attention to paragraph 15 of
24  Dr. Jones's declaration, I want to ask you a couple
25  of questions here.

Page 200

1  A. Okay.
2  Q. In fact, why don't you just read that entire
3  paragraph and tell me if there is anything with which
4  you disagree.
5  A. You know, I think Dr. Jones is trying to
6  capture everything that went on in the peripheral
7  domain in one paragraph, and I mean although what he
8  said is generally correct, it's not necessarily
9  accurate.
10      For example, I could go to Officemax or
11  Circuit City to buy a PS/2 keyboard today. And, you
12  know, he said "until recently," so I don't know if I
13  would agree with that. And there are some people who
14  like the PS/2 port keyboard, for example.
15      I mean the terminology like the XP and AP
16  port, I mean, yeah, sure, I mean they are correct.
17  And I don't know if one can just make a blanket
18  statement saying that, okay, this one paragraph
19  describes the whole industry that evolved, you know,
20  in 15 years.
21      I mean this is a big industry. And it just
22  seems like it's an overly broad statement. And all
23  the things that went on, it seems like -- you know, I
24  will have a reservation of making this type of
25  statement.

Page 201

1  Q. Well, aside from the PS/2 port issue that
2  you just identified, can you point to anything else
3  in these few sentences that you believe is inaccurate
4  rather than incomplete? I understand you believe
5  it's incomplete.
6  A. When you make a general statement like this,
7  it's basically two sentences describing, you know,
8  the industry that involves tens of thousands of
9  people if not hundreds of thousands of people, with a
10  hundred million pieces being sold every year.
11      You know, this parallel port is another one
12  here. I mean the parallel port is not necessarily
13  just for printer port. And, you know, the video
14  monitors, some are parallel port.
15      And, you know, there are -- you know, I just
16  don't think this is a kind of statement that one
17  should make. It's almost like if you are the CEO of
18  a company and this is the only company who makes
19  anything in this industry, probably you can say
20  something like this. But for anyone to say something
21  in this broad spectrum, saying that this is what
22  happened in the industry, when there is thousands and
23  thousands of people who worked on this, I don't think
24  this is right. I mean I will say just the whole
25  scope of this sentence, the paragraph, is probably

Page 202

1  inappropriate.
2  Q. When did you first see Dr. Jones'
3  declaration, Dr. Min?
4  A. When did I first see it? I'm not quite
5  sure, but probably about a month ago.
6  Q. And when you first reviewed it, did you
7  notice many statements like this one with which you
8  strongly disagreed?
9  A. I read it and I thought, you know, Dr. Jones
10  was making some pretty broad statements. As a
11  scientist, I would not make a statement like this.
12  And maybe some analyst could, I don't know. But, you
13  know, it still is something that -- it's just
14  something that Dr. Jones declared in his opinion, so,
15  you know, he's entitled to that. But I would not
16  have made this statement.
17  Q. So did you consider filing a reply
18  declaration in reply to Dr. Jones' declaration?
19      MR. WOLF: Objection. Calls for a legal
20  conclusion. Vague and ambiguous.
21      THE WITNESS: Well, you know, I -- my job is
22  to provide my technical opinion. I could not, for
23  example, respond to the paragraph like 15 in a
24  technical opinion matter. I mean, that's not what I
25  do.

Page 203

5 (Pages 200 to 203)

1    No, I mean -- and also, you know, I'm an
2  expert serving a -- you know, providing my opinion
3  and as a part of the counsel's legal strategy. And
4  I -- it is not my place to make that decision.
5  BY MS. SHANBERG:
6    Q. Did you discuss whether or not you should
7  file a reply declaration with counsel for MTC?
8    **A. No.**
9    Q. Hold on just a minute, you guys. The
10  LiveNote has gone out. I don't know what's wrong.
11  Oh, I got it back. Okay.
12    Moving along to paragraph 16 of Dr. Jones'
13  declaration, do you agree with the statement that
14  "prior to the development of USB, the PC was fraught
15  with expandability problems"?
16    **A. Generally speaking, yes, I think that is**
17  **true.**
18    Q. And do you agree that part of the reason the
19  PC had these expandability problems was the limited
20  number of slots that could be used to connect the
21  computer to a peripheral?
22    **A. Yes, I think that is true. Most peripherals**
23  **at that time required a certain card that fit in the**
24  **PC. So, you know, there were like a limited number**
25  **of slots. So, in general, I think that is a true**

Page 204

1  **statement.**
2    Q. So you also agree that users were often
3  required to acquire expansion cards in order to --
4  that had to be installed into an available slot?
5    **A. I have done that myself, yes. Sometimes I**
6  **had to go and buy some expansion slots, yes.**
7    Q. And do you agree with the last sentence in
8  this paragraph, that "It was often the case that if a
9  PC was loaded to capacity with expansion cards and
10  peripherals, the rear of the PC and the path between
11  the PC and the peripherals was a mess of wires"?
12    **A. Let me think about that.**
13    **I mean, I don't know if this is a really a**
14  **true statement. I mean, it could happen. But if you**
15  **think about it, the wire is still coming from one**
16  **expansion slot and the expansion slot provides a**
17  **terminal port. So I don't know why Dr. Jones thinks**
18  **that actually the wire -- the number of wires has**
19  **increased. I'm not sure.**
20    **You know, if you have one extra peripheral,**
21  **then there is one extra wire. Until perhaps the**
22  **wireless technology came about, I don't know if that**
23  **was avoidable. I mean it's not because of expansion**
24  **card, it's because that you wanted to have more**
25  **peripherals.**

Page 205

1    Q. I don't understand that answer. You said
2  it's not because of expansion cards, it's because
3  you want --
4    **A. No, it's not --**
5    Q. I'm sorry. We can't talk at the same time,
6  or the court reporter can't take it down.
7    So what I was asking you is, you said that
8  this isn't a result of the expansion cards, but is
9  rather a result of the fact that the user wants to
10  add a lot of peripherals. And I didn't understand
11  what you meant by that.
12    **A. Well, even today, if you didn't have**
13  **wireless, even without USB, you have the same number**
14  **of cables, it's just the connector is USB.**
15    **At the time, before USB, the connector may**
16  **look a little different, but it's still the same**
17  **wire; it's the kind of a wire that has to be**
18  **connected. PS/2 mouse port has the same number of**
19  **wires as the USB mouse. So I don't know why the**
20  **number of wires increased because -- or decreased**
21  **because of USB.**
22    Q. So you would say that under the technology
23  described in the '788 patent, you still have
24  additional wires when you have additional
25  peripherals?

Page 206

1    MR. WOLF: Objection. Vague and ambiguous.
2    THE WITNESS: I think one of the inventions
3  is that the USB uses a thinner wire and has four
4  conductors as opposed to 15 plus the shield, as in
5  this case of a VGA. So certainly -- and also the USB
6  cables can reach like 15 feet. I think 5 meters,
7  something on that order is the limit. You know,
8  compare that with the thick monitor cable used to be
9  in the VGA cable, certainly using the USB type
10  connection to the monitor would look neater.
11    But in terms of the number of wires, sure, I
12  mean it's still one cable, the USB cable that has
13  four conductors versus a VGA cable with 15 conductors.
14  I mean, you need this. There is not -- no way to get
15  around this unless you go wireless.
16  BY MS. SHANBERG:
17    Q. So you're saying that there's one cable per
18  peripheral; correct?
19    **A. Well, generally speaking, that's true. And**
20  **it depends on type of peripheral, of course. But**
21  **generally speaking, that's true.**
22    Q. So moving along to paragraph 17. After your
23  previous testimony, I suspect you're going to
24  disagree with this, but I need to ask you anyway
25    The first entry reads: "One of the primary

Page 207

6 (Pages 204 to 207)

1  motivations behind USB, or universal serial bus, was
2  to eliminate the trend of a new interface to PC for
3  every new function peripheral and capability
4  introduced."
5          Do you agree with that, or if not, why not?
6       A. No, actually, this statement is -- is not --
7  I mean, I don't disagree with this statement.
8          The part that is important to note here,
9  though, is where it says that one of the primary
10  motivations. It certainly is one of the primary --
11  one of the important motivations. But to eliminate
12  the trend of adding new interfaces is certainly an
13  important motivation. There are other motivations
14  that are as important if not more, such as, you know,
15  ease of use. I think that is the motivation over
16  everything else.
17          I mean we all know the USB is very easy;
18  just open the package and plug it in. As opposed to
19  the interfaces, you know, like installing a card and
20  drivers, and those are not easy tasks to do for just
21  lay people. And hot swapping and -- you know, hot
22  swapping is probably another thing, too. I mean you
23  can plug in and out without rebooting your computer
24  all the time.
25          And there are important -- I'm forgetting

Page 208

1  another one: the cost. USB is probably the least
2  expensive interconnection that is used today. It is
3  very inexpensive. So, you know, these are very
4  important motivations. And I don't know -- I don't
5  know if I want to call any specific one, such as the
6  one that Dr. Jones here mentioned, as a primary
7  motivation, but yes, it's an important motivation.
8       Q. Okay. I'm going to call your attention now
9  to the second line on page 11 in paragraph 17, which
10  reads "As of today, USB 1.0, 1.1 and 2.0 are the only
11  USB specifications."
12          Do you agree with that statement?
13       A. I think there might have been some
14  intermediate ones. There may actually have been even
15  one before zero point something, which was not really
16  meant to be the standardized. And there might also
17  be something after 1.1, as well, before 2.0. But
18  these are the important ones, the 1.0, the 1.1 and
19  2.0. These are the important ones. But there might
20  have been some intermediate ones.
21       Q. And were these -- meaning USB 1.0, 1.1 and
22  2.0 -- also the important ones at the time of the
23  filing of the '788 patent?
24       A. I would agree with that statement.
25       Q. Now, USB 1.0 was not robust enough to handle

Page 209

1  video; is that correct?
2       A. When you say "robust," it means fast enough.
3  It was not fast enough. Video required more
4  bandwidth at the time. So I agree with your
5  statement.
6       Q. And USB 2.0 was the first USB standard
7  capable of handling video; correct?
8       A. Once again, if you exclude among these
9  three, 1.0, 1.1 and 2.0, 2.0 is the one that had
10  enough bit rate to provide the acceptable video.
11       Q. And in 2002, what video standards was USB
12  able to handle?
13       A. Okay. I need to check the dates of these
14  different video standards. Certainly the 480 or
15  450 -- 480, I believe, megabits per second is good
16  enough to handle -- I mean, really, I need to check
17  the dates of different standards when they were
18  released.
19          But, you know, it's reasonably easy to
20  calculate that. Just to find out different
21  standards, number of lines and the base color
22  resolution of vertical and horizontal and then number
23  of times the frames refreshed and times the number of
24  bits, number of colors, and then based on it -- even
25  each of the different the standard, SVGA or XGA or

Page 210

1  their extended version of it, has a different mode of
2  displaying within -- even within their own individual
3  standard.
4          So I'm not sure if I can say that, you know,
5  just saying that by 2002 what was available. But
6  certainly the XGA and SVGA were. I don't know what
7  extension of those or variations of those were
8  available at the time.
9       Q. Let's use XGA as an example.
10       A. Okay.
11       Q. If you were using an XGA signal with a USB
12  device, would compression be required?
13       A. I need to check the numbers. Would you
14  allow me one second? I need to give you exactly what
15  the display mode on XGA was.
16       Q. Yes, of course.
17       A. One second, please. I need to do a
18  calculation here. One second, please.
19          XGA has a maximum availability of 1024 times
20  768, which gives me -- then let's assume that we can
21  do about 30 frames per second. And then -- and we
22  need the -- if you go to your Windows, the operating
23  system, you know, you can have different number of
24  colors. So I'm going to assume some number here,
25  let's say 32-bit color.

Page 211

7 (Pages 208 to 211)

1    Okay. Just do 1024 times 768. Now, I think
2 you would need some -- in that calculation I did, I
3 used pretty high end of the spectrum, which gives me
4 XGA at 1024 and then by 768, and then having a 32-bit
5 color and also have 30 frames per second, then the
6 rate -- the bit rate that my calculator punched out
7 is a little over 715 megabits per second. And the
8 USB-2 would not be able to do that.
9    Now, if you could decrease that and then
10 make it said [sic]. But my guess is if you just do
11 what I just said, then the USB-2 would not be able to
12 do that.
13    Q. Okay. Moving on, I'd like for you to look
14 at paragraph 52 of Dr. Jones' declaration.
15    A. Okay.
16    Q. There is one sentence that I want to confirm
17 that you agree with.
18    A. Sure.
19    Q. It's the final sentence of paragraph 52, and
20 it reads, "Rendering: The process of computing the
21 data that defines the visual image is a prerequisite
22 to the display of any image."
23    Do you agree with that definition of
24 rendering?
25    A. Rendering. Isn't "rendering" an English

1    The VGA connector 15-pin is whatever the
2 signal that comes, it just reacts on it. If there is
3 a certain recognition of a kind, the display
4 device -- that's not true. There is no -- the
5 processing that's taking place, whatever it receives
6 it displays. So I will disagree with that quote.
7    But moving on, though, the USB-based display
8 signal from the computer must represent the image
9 rendered by the computer. Well, I would have to
10 disagree with that here.
11    The USB-based display signal, certainly it
12 is information that can be displayed in some form.
13 But why does that processing has to be done
14 exclusively by the computer?
15    I mean why -- if there is something in the
16 middle -- suppose you have a digital display device,
17 and the computer sends out an analog display signal.
18 What's wrong with having a box in the middle that
19 converts the analog signal to a digital signal and
20 display it? I mean, I don't see why not.
21    And, you know, certainly many TVs would
22 probably do that. If you go and buy a digital TV and
23 today TV signal is analog still, for the most part,
24 then the conversion is made in someplace. So it
25 doesn't have to be the sending and it has to do all

1 word, just a general English word saying, you know,
2 enabling or providing in that order?
3    The process of computing the data that
4 defines the visual image is a prerequisite -- may I
5 read the whole paragraph? You know, I read --
6 certainly, I read Dr. Jones' declaration. So --
7 well --
8    Q. Of course. Take a minute and read the
9 entire paragraph.
10    MR. WOLF: I'll object on the basis it's
11 vague and ambiguous.
12    THE WITNESS: If I read this whole paragraph
13 together, the term "rendering" is some kind of a
14 process. You have data that needs to be displayed,
15 and the computer does certain processing so that it
16 can be displayed.
17    Now, in the middle of this paragraph 52,
18 perhaps a little -- to an individual of the ordinary
19 skill of the art of the '788 patent, for a given set
20 of USB-based display signals from the computer to be
21 converted into and then called VGA signal that can be
22 received and recognized by the display device --
23 well, the quote "received" is certainly true since
24 you are sending that. Display device does not do any
25 recognition, it just displays.

1 the conversion. And especially it's the case if the
2 receiving end is the one that has the capability to
3 make modification.
4    So, in other words, the rendering here
5 according to this definition, especially the
6 following by the computer must represent -- No, I
7 mean, that processing can take place outside the
8 computer. There is no reason why that has to be done
9 in the computer.
10    Q. But you would certainly agree that within
11 the context of the '788 patent, USB-based display
12 signals are from the computer; correct?
13    A. The USB-based display signal is from
14 computer. That's how it's defined. But the
15 rendering, per definition that is given here, the
16 process of computing data that defines a digital
17 image -- Well, I would say that not necessarily has
18 to be done by the computer. It can be done outside
19 of that.
20    You know, if you are referring back to '788
21 patent, I mean there is nothing that precludes the
22 situation where, you know, the computer just sends
23 out a whole chunk of data and then along the way, and
24 you can make it pretty or less pretty or -- you know,
25 I don't know why that has to be, you know, a

8 (Pages 212 to 215)

1 situation that could not be accommodated.
2     Q. So are you suggesting that USB-based display
3 signals could be defined as "a whole chunk of data"?
4     A. A whole chunk of data that has the
5 information of some image to be displayed.
6     But what I am saying here is that visual
7 image -- okay, the visual image sounds like that data
8 is already something that can be seen, the processing
9 has been completed. And then being sent out by
10 computer, that's the part that I would disagree.
11     Q. So let me get you to turn your attention to
12 Exhibit 2, the '788 patent, and specifically to
13 Figure 4.
14     A. Figure 4. Getting there. This is the flow
15 chart.
16     Q. Yes, that's correct.
17     A. Okay. Okay.
18     Q. So in Figure 4, would you agree that the
19 image is being rendered in the computer?
20     A. There is some processing being done. There
21 is a graphics engine that is a GDI-32 that is a
22 display function.
23     Now, one can have an image that is processed
24 by this and then at the bottom of this and transmit
25 via USB interface. So what comes over USB interface

Page 216

1 is a certain USB-based display signal.
2     Now, at that point -- if I may just go to
3 Figure 1 of this patent here -- that would be what is
4 being done in the block 200 in Figure 1, the host
5 computer. The USB port 210 in the Figure 1
6 corresponds to the last step where the double arrow
7 between the block 200 and block 100 in Figure 1 is
8 where that signal is going through. So that part is
9 the USB-based display signal.
10     Now, before we get to that 300, which is a
11 display device, there is this middle block which is
12 the invention. So one can receive a USB-based
13 display signal that is given from the host computer.
14 And if you look at the block diagram within the
15 100 -- maybe I can go to that Figure 2. Yes, right
16 Figure 2, as an example as one embodiment.
17 Especially the dotted line block 30 contains a
18 display interface conversion device. In other words,
19 whatever is the displayed information that came
20 through USB, the connection between the host and this
21 invention, it doesn't have to be the image that is
22 going to be finally displayed.
23     There is a -- this block is, in fact, whole
24 dedicated to do the conversion. You can just do a
25 simple conversion from USB -- you know, everything

Page 217

1 that is being done at the GDI-32 graphics, the
2 routine, and then just display it directly, or you
3 can do something else. There is nothing that the
4 patent says that is not the case.
5     And, in addition, I think it's only logical
6 that if you have -- if I want to make a chip that
7 does something like this, I have the capability to do
8 something that's a lot more. I mean, there are a lot
9 more things that you can do in terms of making that
10 display signal.
11     Q. But nothing like that is disclosed in the
12 '788 patent; correct?
13     A. You know, that's right. It's really not
14 disclosed, per se.
15     But just to describe that display interface
16 conversion device as a device that can actually
17 convert the signal, and the signal conversion is not
18 just USB format to VGA format. You can do some other
19 things there to, you know, massage the signal before
20 you send it out.
21     Q. But those other things are not described in
22 the patent; correct?
23     A. Not explicitly.
24     Q. Then going back to Figure 4. Explain to me
25 what a graphics engine does if it's not creating an

Page 218

1 image.
2     A. Well, it does some part of it. It is --
3 GDI-32 is the part of the operating system,
4 Microsoft, and it basically talks with the hardware
5 graphics engine, the graphics board. I'm sorry, the
6 graphics -- the board.
7     The patent talks about having a graphics
8 card in the -- or connected to the motherboard. So
9 there is the hardware that actually will send out the
10 signal and the data that is going to be transferred
11 to the monitor, the video display device. And it is
12 really the interfacing the hardware from the data
13 that needs to be converted and to be sent for the
14 display. And, you know, that's really what the --
15 what this GDI-32 function will do.
16     You know, as an example, I mean we know that
17 we can have like MPEG video. You know, your iPod can
18 display MPEG videos. And those are not like bitmaps
19 used in the old -- you know, the most rudimentary
20 video display devices.
21     And, you know, if you want to have the MPEG
22 video that you got downloaded from someplace and have
23 it displayed in some other device that is not part of
24 your immediate computer vicinity, you know, a good
25 way to do that is to have that connected to a device.

Page 219

9 (Pages 216 to 219)

1  Not only you convert that into a USB to VGA, but you
2  could actually convert that to a format that is most
3  suitable to the device that is receiving.
4       (Alan Jones left the teleconference.)
5       MS. SHANBERG:  It sounds like Alan might
6  have lost his connection.
7       MR. WOLF:  Okay.
8  BY MS. SHANBERG:
9       Q.  Give me just a second to read over your
10 previous answer.
11      A.  Okay.
12      Q.  It was long.
13      Just to be clear, you talk about MPEG image
14 and iPod devices, and you say that is not part of
15 your immediate computer vicinity.  A good way to do
16 that is to have that connected to a device; not only
17 you connect that to USB/VGA, but you could actually
18 convert to that format that is most suitable to the
19 device that it is receiving.
20      There is nothing in the '788 patent that
21 discloses such an embodiment; correct?
22      A.  Yes, I -- I think you're right.
23      (Dr. Alan Jones back on teleconference.)
24      Q.  So moving along to the term AGP.  Are you
25 familiar with the term AGP?

Page 220

1       Q.  And do you know what year SVGA was
2  introduced?
3       A.  Just one second.  SVGA.  It was sometime in
4  mid-'90s.  I don't know exactly what year.  Once
5  again, it's sometime in mid-'90s.
6       Q.  Did you believe that VGA, as defined by IBM,
7  is a standard that is contemporary to the '788
8  patent?
9       A.  No.  I mean it was like, you know, 12, 13,
10 14 years old.
11      Q.  Do you believe that SVGA is a contemporary
12 standard to the '788 patent?
13      A.  I think it was much more widely used at the
14 time that the '788 patent was filed.  I mean,
15 basically, the VGA, you cannot even display a Web
16 page graphically.  And we are using Internet since
17 mid-'90s.  And people are using the Internet like
18 crazy in 1999.  I mean, 2001 was the bubble.  I mean,
19 it was even beyond that, you know, the hype.  You
20 know, you couldn't imagine -- I cannot imagine people
21 buying a computer without having the capability.
22      Q.  Now, the '788 patent, it doesn't say
23 anything about being for consumer use; correct?
24      A.  Actually, the whole premise behind the
25 patent is to make usable the monitor video display

Page 222

1       A.  Oh, sure.
2       Q.  And this bus standard AGP, it can support a
3  640 x 480 VGA monitor; correct?
4       A.  Yes, that is my understanding.
5       Q.  Do you believe that either the terms USB or
6  VGA as used in the '788 patent are ambiguous in any
7  way?
8       A.  Not to me.
9       Q.  Do you think they would be ambiguous to a
10 person of ordinary skill in the art?
11      A.  No, I don't think so.
12      Q.  Do you know what year the IBM specification
13 for VGA came out?
14      A.  I don't recall exactly.  Was it -- they
15 started in late '80s.  Let me just -- it was '88 or
16 '90.  Something on that order.
17      Is it important for me to get you the exact
18 date?
19      Q.  No, it's actually not.
20      A.  Okay.
21      Q.  Late '80s, early '90s is close enough.
22      A.  Yes, that's right.
23      Q.  And do you agree that that is the seminal
24 document regarding the VGA standard?
25      A.  That is the original VGA.

Page 221

1  device more convenient for the user.  Maybe it
2  doesn't say the consumer, but it certainly is
3  described as, you know -- if you allow me, I will
4  even read the patent.  In fact, I can probably find
5  it.
6       The whole premise behind this invention was
7  not to use this bulky VGA cable; to make it easier
8  for the users to use the USB cable that can be
9  extended longer, with a thinner cable and less
10 expensive.
11      Q.  Does the '788 patent mention the Internet
12 anywhere?
13      A.  I do not believe so.
14      Q.  If SVGA was introduced in 1989 and VGA was
15 introduced in 1987 for the first time and later in
16 1991 as a revision, how can you say that VGA is not
17 contemporary to the '788 patent?
18      MR. WOLF:  Objection.  Vague and ambiguous.
19      THE WITNESS:  What I meant by "contemporary"
20 means up to date.  Is that what you mean by
21 "contemporary"?
22      I mean I use the term "contemporary" as up
23 to date.  And certainly in electronic industry, a
24 ten-year old technology is not contemporary.
25

Page 223

10 (Pages 220 to 223)

1  BY MS. SHANBERG:
2      Q. Well, then SVGA wouldn't be contemporary
3  either. Would you agree?
4      A. Well, that's the latest one from that
5  sequence, I believe. At least that was more popular
6  in use. S --
7      Q. Do you -- Go ahead.
8      A. No. I'm fine.
9      Q. Do you know what year QXGA was introduced?
10     A. No, I don't -- I don't remember all the
11  exact years. If it's important, I'll find it. But
12  it was not....
13     Q. What do you believe are the differences
14  between VGA as defined by IBM and the other video
15  graphics standards that you claim the '788 patent
16  also covers?
17     A. Almost always when it comes down -- I mean,
18  I will put an exception to this widescreen version.
19  Because there are some widescreen versions; as the
20  monitors came about, they made widescreen version at
21  a later time.
22         All other -- the video standard, they are
23  there to improve the resolution of the display, the
24  speed. And sometimes those standards came about with
25  some additional -- the way of making the hardware

Page 224

1  that are associated with it more compact and
2  inexpensive. But in the end, the goal is always to
3  make the display more in detail; so the bit rate and
4  resolution is the goal.
5      Q. The '788 patent doesn't mention anything
6  about compression; correct?
7      A. It does not mention any compression.
8      Q. Does it mention anything about effectively
9  storing frame stores?
10     A. It does not say that.
11     Q. Okay. I want to ask you about -- Do you
12  believe that the VGA standard, the one defined by IBM
13  is relevant to the '788 patent?
14     A. Certainly it is relevant, because they all
15  build upon that original VGA standard.
16     Q. Do you agree with the statement that "Even
17  today the original VGA standard is supported by most
18  computers and display devices"?
19     A. That too is true.
20     Q. And do you agree with the statement that,
21  "The original VGA standard is decade-old technology
22  that has no application to the '788 patent"?
23     A. Is that a statement that you are reading off
24  Dr. Jones' declaration, or --
25     Q. No. I'm just asking if you agree.

Page 225

1      A. Could you repeat that statement, please?
2      Q. So the statement is not from Dr. Jones'
3  declaration. But it reads, "This decade-old
4  technology has no application to the '788 patent."
5         MR. WOLF: Where are you getting that from?
6         Do you think you could point Dr. Min to that?
7         MS. SHANBERG: I actually am not sure where
8  this statement came from. I have it in an outline
9  here. But the statement speaks for itself.
10  BY MS. SHANBERG:
11     Q. Do you agree that the VGA technology defined
12  by the IBM standard is decade-old technology that has
13  no application to the '788 patent? Or do you
14  disagree with that statement?
15     A. No application -- I don't mean to be
16  difficult here, but could you repeat that statement?
17     Q. Sure. "This decade-old technology has no
18  application to the '788 patent."
19     A. Application to the '788.
20         It is a relevant technology. I don't know
21  if I want to -- when you say "application to the '788
22  patent" -- it certainly is not precluded, so I'm not
23  sure if I want to say it that way. It is not limited
24  to that "decade-old." But certainly it is certainly
25  included in other -- the later versions of the VGA

Page 226

1  standard.
2      Q. Okay.
3      A. I'm not sure if I want to make that broad
4  statement that you just made.
5      Q. Give me just one minute here.
6         For something to effectively pass through
7  the USB port of a computer, it has to be in USB
8  format; correct?
9      A. The USB format, I think Dr. Jones and I
10  agree that it is a USB-coded signal with all those --
11  the signal polarities and all that. That is correct
12  according to that definition.
13     Q. And any device that uses a USB port or plug
14  also has to conform to the USB specification;
15  correct?
16     A. The USB specification will guide that, yes.
17  I think that is true.
18     Q. Now, I'd like to turn your attention to
19  page 7 of your declaration, which has been marked by
20  the court reporter as Exhibit 5.
21     A. Give me one second. Page 5?
22     Q. Page 7.
23     A. I'm sorry. Page 7. Okay.
24     Q. In your second paragraph, towards the end,
25  you have written: "Instead, the person would have

Page 227

11 (Pages 224 to 227)

SHARI MOSS & ASSOCIATES  (650) 692-8900

1 understood that the USB was continuously evolving,
2 and its later versions would be more likely
3 backward capability with the USB port/plug defined
4 prior to 2001."
5     Do you see that statement?
6     A. Okay. Yes, I got it now. Hang on one
7 second, please. Let me read it.
8     Yeah. No, I stand by that statement.
9     Q. So it's possible that future versions could
10 be called USB, but could be something entirely
11 different; is that correct?
12     A. That's possible. Unlikely, but possible,
13 yes.
14     Q. And it's possible that those future versions
15 could be incompatible with the disclosures in the
16 '788 patent; isn't that correct?
17     A. Once again it is possible since it's the
18 future, but it's unlikely.
19     Q. And just to circle back, we talked earlier
20 about USB 1.0, 1.1 and 2.0 being all of the important
21 USB standards as of the date of filing of the '788
22 patent. Do you recall that?
23     A. Yes, I do.
24     Q. Would you agree that DisplayLink's
25 construction of USB includes all versions of the USB

Page 228

1 specification that were in existence at the time of
2 filing?
3     A. Let me just refresh myself exactly of the
4 construction. Okay? Just one second, please.
5     Okay. DisplayLink's construction says,
6 "Universal serial bus: The technology described in
7 the universal serial bus specification revision 2.0
8 and in the predecessor revisions."
9     So these were the ones that are available at
10 the time that the patent -- the '788 patent was
11 filed. So in that regard.
12     However, what I do not agree is the patent
13 has -- you know, you have an invention, and the
14 statement mentioned is just as applicable to some of
15 the tweaks that may come about at a later time. And
16 as long as certain USB characteristics is still
17 maintained, then, you know, there is no reason why
18 the USB has to be limited to that particular
19 specification. And that was my objection to this
20 construction.
21     Q. Okay. So just to circle back, to make sure
22 I have an answer to my question.
23     DisplayLink's construction of USB does
24 include all versions of the USB specification in
25 existence at the time of filing of the '788 patent

Page 229

1 and today; correct?
2     MR. WOLF: Vague and ambiguous.
3     THE WITNESS: Well, yes, at the time,
4 certainly it is true, 2.0. I believe 3.0 is about --
5 not too far down the future. So there might be some
6 intermediate version. So I do not know for sure that
7 is the case. But certainly at the time the USB --
8 sorry -- the patent, '788 patent was filed, that
9 statement is true.
10 BY MS. SHANBERG:
11     Q. Okay. And 3.0 for USB is not out as of
12 today; correct?
13     A. Yeah, it's not out yet. But it's not too
14 far -- the announcement has been made. And the
15 people who work in this USB industry, they are
16 confident that there will be a new standard coming
17 out in a short time.
18     Q. Okay. So I just have a few more questions
19 regarding certain claim terms. Turning to -- well,
20 let me see if I can do this a little different way.
21     Can you confirm that all of USB-based
22 display signals that exit the computer must pass
23 through the USB controller?
24     A. The USB controller in the invention, the
25 claimed USB controller?

Page 230

1     Q. That's correct.
2     A. Yeah, that's right.
3     Q. And this is just common sense, because there
4 is nowhere else for them to go; correct?
5     A. That's correct.
6     Q. And can you confirm that USB and VGA are
7 different interface standards from one another?
8     A. That is correct.
9     Q. And can you also confirm that the word
10 "domain" appears nowhere in the '788 patent?
11     A. Yes, that's correct as well.
12     Q. And the word "path" appears nowhere in the
13 '788 patent; correct?
14     A. Now, that I don't remember. That I don't
15 remember. But it may not have appeared. You want me
16 to just quickly look through and make sure? I can do
17 that.
18     Q. Sure. If you have it in searchable form,
19 that could be great.
20     A. Yes, I do have it in searchable form. So
21 let me just go ahead and do that. (Pause.)
22     I think you are right. The "path" does not
23 appear.
24     Q. Okay. My next question is: Can you confirm
25 that lightening is an electrical signal?

Page 231

12 (Pages 228 to 231)

1    A. Lightening?
2    Q. Lightening.
3    A. Lightening is not an electrical signal.
4  It will be an electromagnetic signal.
5    Q. Does the term "electrical signals" also
6  include electromagnet signals?
7    A. No. Those are two different things.
8    Q. So would static electricity be an electrical
9  signal?
10    A. Static electricity? You mean like static as
11  in charges in someplace?
12    Q. That's correct.
13    A. No, there would not be a signal. It's a
14  charge. Charge is not signal.
15    Q. So give me some examples of electrical
16  signals other than display signals.
17    MR. WOLF: Objection. Calls for a
18  narrative.
19    THE WITNESS: An electrical signal is any
20  type of electrical flow of a current that conveys
21  information. That would be the electrical signal.
22    So if it's not a display signal, then I
23  could have a control signal. The control signal as
24  in a handshake control signal in a computer bus would
25  be an electrical signal. Timing signal would be

Page 232

1  another example of the electrical signal.
2  BY MS. SHANBERG:
3    Q. What about sound, can it be represented in
4  an electrical signal?
5    A. Oh, yes, of course.
6    Q. And would that be a display signal?
7    A. No. It is not meant to be a display signal,
8  no.
9    Q. Let me ask you a different question.
10    What do you view as the difference between a
11  VGA controller and a VGA controller chip? Or would
12  they be the same thing?
13    A. Well, you know, you could use -- I assume
14  that a certain VGA controller chip could do the
15  function that may be a certain embodiment of that
16  function of that VGA controller is defined in the
17  claims of the '788 patent. But those two are really
18  not the same thing.
19    Q. How are they different?
20    A. Well, in fact, the '788 patent says that you
21  could implement this whole thing in a chip.
22  Certainly, if you do that, then the chip that the
23  invention is talking about is a much broader function
24  as VGA controller chip. The VGA controller would be
25  a small block of that chip that the invention talked

Page 233

1  about -- you know, talked about as one of the
2  embodiments.
3    The VGA controller chip is a -- there are
4  chips called VGA controller chips, they are out
5  there; and certainly that chip is capable of driving
6  the VGA display device. And what goes into the chip
7  does not necessarily have to be the same form as what
8  comes out of the middle block, the bridge block of
9  our invention. It doesn't have to be.
10    So the -- you know, the VGA in the invention
11  description, what comes out of the bridge that
12  connects to the VGA controller and the invention, if
13  you are to apply that signal, that does not
14  necessarily have to be -- or that signal may not be
15  compatible with the VGA controller chip that's out
16  there.
17    Q. But it would have to be compatible with the
18  VGA controller of the '788 patent; correct?
19    A. Well, it has to function with that VGA
20  controller as defined in the '788 patent. But the
21  '788 patent defined that to be a device that talks to
22  the bridge on the one side and, basically, talking to
23  the display device on the other side. And that
24  function is the VGA controller chip. You might be
25  able to use that, but that's not necessarily the case

Page 234

1  at all times. And certainly the specification itself
2  described that we can make the whole chip -- the
3  whole invention into a single chip. And, of course,
4  then VGA controller chip is certainly not going to go
5  inside of that chip.
6    Q. So the word "controller," focusing on that
7  for just a minute -- to one of ordinary skill in the
8  art, wouldn't a controller typically be an active
9  device as opposed to a passive one?
10    A. Yeah, I think that would be a reasonable
11  assumption.
12    Q. Okay. So I want to move on and actually do
13  just some summary questions here.
14    In your own words, what would you describe
15  as the key to the invention of the '788 patent? Or
16  just in your own words, describe the invention of the
17  '788 patent.
18    MR. WOLF: Objection. Vague and ambiguous.
19  Calls for a narrative.
20    THE WITNESS: Well, the invention is -- I
21  mean the device is a converter, it's a USB to VGA
22  converter. Right? I mean, that's what the title of
23  this invention is.
24    And the USB port is conveniently used; it's
25  a small port. And the VGA is a much bulkier port,

Page 235

13 (Pages 232 to 235)

1  and the connector is more expensive, the cable is
2  more expensive, and the distance usually is not as
3  good for the VGA.
4      So the key to the invention here is: How do
5  you actually use something that is much simpler, USB,
6  to drive the video display, the bulk of which is
7  still assuming the VGA signal to come, and you do
8  that in an inexpensive way? I mean in the PC
9  industry, the cost factor is important. And you do
10 that in an inexpensive way. The '788 patent says,
11 then, here is a way, and you can do this whole thing
12 in just a single chip, possibly, or a VGA.
13     So that is the key invention: Making that
14 possible in a compact, inexpensive, and a convenient
15 way.
16 BY MS. SHANBERG:
17     Q. Do you agree that the purpose of USB is to
18 provide a universal port for peripherals?
19     A. It's a purpose. Certainly there are
20 other -- the interface of such that aims for the
21 same, and each has a different positioning in their
22 own -- the niche that they are going after.
23     So certainly what you describe is one of the
24 purposes, but not the only purpose.
25     Q. And a monitor would be considered a

Page 236

1  peripheral device; correct?
2      A. It is a peripheral device, yes.
3      Q. You are not a member of the USB Implementers
4  Forum; correct?
5      A. That is correct.
6      Q. Have you ever been a member of the USB
7  Implementers Forum?
8      A. No.
9      Q. Have you ever designed, personally, a USB to
10 VGA converter?
11     A. No, I have not done that.
12     Q. And according to your testimony from your
13 first deposition, the subject of USB to VGA
14 conversion is not an academic one; correct?
15     A. I'm sorry. Repeat that, please, once again.
16     Q. According to your testimony from your first
17 deposition, the subject of a USB to VGA converter is
18 not an academic topic; correct?
19     MR. WOLF: Objection. Mischaracterizes
20 testimony.
21     THE WITNESS: Certainly I would not write a
22 paper about it.
23     You know, if you point to that specific
24 sentence that I said, maybe I can give you a better
25 explanation. Can you point that --

Page 237

1  BY MS. SHANBERG:
2      Q. I can. But I don't think it's really worth
3  the time to do that.
4      A. Okay.
5      Q. Let's see. If I can find it very quickly, I
6  will. (Pause.)
7      No, I can't find it that easily. And I
8  don't think it's that important.
9      Have you ever supervised someone who
10 designed a USB to VGA converter?
11     A. I have not.
12     Q. Have you ever worked at a company that
13 designed a USB to VGA converter?
14     A. I have not done that.
15     Q. Have you ever designed a USB to video
16 converter?
17     A. Let me just preface it in this way. I'm
18 going to try to answer your question as precisely as
19 I can.
20     I have worked with USB as a portable. Many
21 CPUs these days gives you the USB drive built in.
22 And certainly having that -- building any type of
23 controller board that has a CPU in the USB capability
24 will build the USB port. We could certainly use that
25 port to do the monitor interface and all that.

Page 238

1  I have not particularly used that as an application
2  to do a video display. However, I have done a USB --
3  enabled the controller of many different types to be
4  able to convert the signal into any form that is
5  necessary. So the video is precluded, although I
6  have not worked on that in a specific way.
7      Q. Specially talking about a USB to video
8  converter, have you ever supervised the design of
9  such a converter?
10     A. No, I have not supervised anybody working on
11 the USB to VGA conversion directly.
12     Q. And have you ever worked at a company that
13 designed USB to video converters?
14     A. No, I have not worked in a company that
15 makes products or doing the work of that nature you
16 just described.
17     Q. You did not participate in the writing of
18 the VGA standard either; correct?
19     A. I was not part of writing the VGA standard.
20     Q. Did you write any other video graphics
21 standards?
22     A. You know, I worked on some of the MPEG-4,
23 the late -- you know, as the way to improve the
24 delivery of the content delivery over the Internet.
25 I worked on some video delivery mechanism. So the

Page 239

14 (Pages 236 to 239)

1  MPEG-4 being one of the standards, yeah, I have done
2  that.
3      Q. Have you ever designed a VGA card?
4      A. No, I have not built any VGA card.
5      Q. Have you ever designed a VGA controller?
6      A. I'm trying to recall. I know I worked on
7  some -- the board that actually had the connectors.
8      I would have to say not directly, but I may
9  have been involved in some related issues.
10      Q. Okay. Have you ever designed any other kind
11  of video card or controller?
12      A. As I said, you know, I was working on the
13  MPEG-4, and I certainly developed some architectures
14  to do that. So I would have to say yes.
15      Q. And other than the MPEG-4 work, have you
16  done any work designing video controllers or cards?
17      A. Well, you know, the MPEG-4 also has the
18  backward capability. So many of the MPEG type of
19  work. The Washington University should to be known
20  for doing the signal processing related work
21  including the delivering of video, so over MPEG and
22  all different kinds. So, yes, I've worked on the
23  whole sequence of those other videos.
24      Q. Have you ever designed a VGA monitor?
25      A. No, I certainly have not made any VGA

Page 240

1  And, yeah, I would have to say yes.
2      Q. Can you expand on that, please.
3      A. Well, you know, the data that is being
4  captured, and the controller -- the embedded
5  controller for communication device, and that data
6  gets dubbed out to some small display panel that we
7  built, so that we can monitor what's going on on the
8  inside of a communication device.
9      And the format that data is being captured
10  is not necessarily the exact data format that has to
11  be displayed on the display panel. So there is a
12  controller that receives and then doing some
13  conversion and driving on the display site.
14      And that's almost always the case. The raw
15  data is not something that you want to display
16  directly; there's always something in the middle, and
17  that responds to a controller function.
18      Q. Okay. So can I get you to look -- Actually,
19  let me just ask this question without the exhibit.
20  It will be faster.
21      Do you agree that the following is an
22  accurate description of the technology described in
23  the '788 patent: "The present invention relates
24  generally to a USB (universal serial bus) to VGA
25  (video graphics array) converter and in particular to

Page 242

1  monitors.
2      Q. Have you ever designed any other kind of
3  video display device?
4      A. Yeah, there's some -- the patterns that
5  display data. Yeah, I have done that.
6      Q. Under what standard?
7      A. Well, these were bitmap. There are -- you
8  know, it's basically a bitmap, applying each pixel
9  with, you know, three-color combination. And there
10  are -- I mean, this is just a bitmap. I don't know
11  if you want to call it a standard. Basically, we are
12  fixing one pixel at a time. So I have done that.
13  And the display device was displaying those signals.
14      Q. And is that the only video display device
15  that you've designed?
16      A. That I can think of right now, yes.
17      Q. Could you really even call a bitmap display
18  a video display?
19      A. Of course it is. Of course it is. Even VGA
20  is a bitmap.
21      Q. Okay. And have you ever designed a
22  converter from a PC to a monitor?
23      A. Have I ever designed -- The controller board
24  to the display, the one that I just described to you,
25  there is certainly a conversion that's going on.

Page 241

1  a USB to VGA converter connectable between a USB port
2  of a computer and a VGA display device"?
3      A. So you are reading from the patent; right?
4      Q. I am.
5      A. Yeah. Yes, I think that's a reasonable
6  statement for this patent.
7      MS. SHANBERG: Okay. No further questions,
8  Dr. Min. Thank you very much for your time.
9      THE WITNESS: Thank you.
10      MR. WOLF: I don't have any questions. But
11  before we get off the line, is it possible to get --
12  and I'm asking Madam Court Reporter. Is it possible
13  to get a rough?
14      THE REPORTER: Yes, it is. Tomorrow.
15      MR. WOLF: Stefani, are we going to have the
16  same steps for signing these as we did for the other
17  depo?
18      MS. SHANBERG: Fine with me.
19      MR. WOLF: Okay, very good. I don't have
20  anything further to add.
21      MS. SHANBERG: Well, thank you all.
22      (TIME ENDED: 1:36 p.m.)
23
24      _____
25      PAUL S. MIN, Ph.D.

Page 243

15 (Pages 240 to 243)

```
 1          CERTIFICATE OF REPORTER
 2
 3
 4          I, SHARON LANCASTER, do hereby certify that
 5   the witness in the foregoing deposition was present
 6   and by me sworn as a witness in the above-entitled
 7   action at the time and place therein specified;
 8          That said deposition was taken before me, a
 9   Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct record of said
13   deposition and of the proceedings which took place;
14          That I am a disinterested person in the said
15   action.
16          IN WITNESS WHEREOF, I have hereunto set my
17   hand this_____, 2008.
18
19
20
21          _____
22          SHARON LANCASTER, CSR No. 5468
23
24
25
```

Page 244

16 (Page 244)

**A**

able 195:10 198:3,8
    210:12 212:8,11
    234:25 239:4
about 192:22 203:5
    205:12,15,22 211:21
    219:7 220:13 222:23
    224:20,24 225:6,8,11
    228:20 229:15 230:4
    233:3,23 234:1,1
    237:22 239:7
above-entitled 244:6
academic 237:14,18
acceptable 210:10
accommodated 216:1
according 199:20 215:5
    227:12 237:12,16
accurate 195:9 201:9
    242:22
acquire 205:3
action 244:7,15
active 235:8
actually 192:17 199:12
    205:18 208:6 209:14
    218:16 219:9 220:2
    220:17 221:19 222:24
    226:7 235:12 236:5
    240:7 242:18
add 206:10 243:20
adding 208:12
addition 218:5
additional 206:24,24
    224:25
administered 191:2
adopted 197:1
Advanced 192:20
after 207:22 209:17
    236:22
again 191:18 194:17
    197:11 198:8 210:8
    222:5 228:17 237:15
ago 203:5
AGP 220:24,25 221:2
agree 194:12 195:22
    196:8,18 201:13
    204:13,18 205:2,7
    208:5 209:12,24
    210:4 212:17,23
    215:10 216:18 221:23
    224:3 225:16,20,25
    226:11 227:10 228:24
    229:12 236:17 242:21
ahead 224:7 231:21
aims 236:20
Alan 190:12 193:22
    220:4,5,23
allow 194:9 211:14
    223:3
almost 202:17 224:17

242:14
along 196:2 204:12
    207:22 215:23 220:24
already 191:21 200:16
    216:8
although 194:23 201:7
    239:5
Alto 189:5,17
always 198:16 199:18
    224:17 225:2 242:14
    242:16
ambiguous 195:6
    197:10 199:11 203:20
    207:1 213:11 221:6,9
    223:18 230:2 235:18
among 210:8
analog 214:17,19,23
analyst 203:12
announcement 230:14
another 202:11 208:22
    209:1 231:7 233:1
answer 195:12 206:1
    220:10 229:22 238:18
answered 200:15
anticipate 192:5
anybody 239:10
anyone 202:20
anything 195:13 201:3
    202:2,19 222:23
    225:5,8 243:20
anyway 207:24
anywhere 223:12
AP 201:15
appear 231:23
APPEARANCES
    190:1
appeared 189:8,20
    190:6,8,12 191:3
    231:15
appears 231:10,12
applicable 229:14
application 195:19
    225:22 226:4,13,15
    226:18,19,21 239:1
apply 200:17 234:13
applying 241:8
appreciate 191:14
architectures 240:13
around 207:15
array 200:12 242:25
arrow 217:6
art 198:13,15,23
    213:19 221:10 235:8
aside 202:1
asking 195:7 206:7
    225:25 243:12
associated 225:1
ASSOCIATES 187:22
assume 195:1 211:20

211:24 233:13
assuming 236:7
assumption 197:21
    235:11
attached 192:25
attention 200:23 209:8
    216:11 227:18
Attorney 189:19,20
    190:6
availability 211:19
available 191:14
    195:23 205:4 211:5,8
    229:9
avoidable 205:23
aware 194:18

**B**

back 197:23 198:17
    204:11 215:20 218:24
    220:23 228:19 229:21
background 194:6,13
    196:17
backward 196:6,20
    199:5,9 228:3 240:18
bandwidth 210:4
base 210:21
based 197:20 210:24
basically 202:7 219:4
    222:15 234:22 241:8
    241:11
basis 213:10
Beach 190:4
before 189:6 191:20
    206:15 209:15,17
    217:10 218:19 243:11
    244:8
behalf 189:20 190:7
behind 194:14 208:1
    222:24 223:6
being 189:13 191:14
    195:6 198:4,8 202:10
    216:9,19,20 217:4
    218:1 222:23 228:20
    240:1 242:3,9
believe 194:5 196:4
    202:3,4 210:15 221:5
    222:6,11 223:13
    224:5,13 225:12
    230:4
better 237:24
between 205:10 217:7
    217:20 224:14 233:10
    243:1
beyond 222:19
big 201:21
BIOS 192:20 200:5
birth 194:14
bit 200:10 210:10 212:6
    225:3

bitmap 241:7,8,10,17
    241:20
bitmaps 219:18
bits 210:24
blanket 201:17
block 217:4,7,7,11,14
    217:17,23 233:25
    234:8,8
board 219:5,6 238:23
    240:7 241:23
bottom 216:24
Boulevard 189:5
box 214:18
BREWER 189:19
bridge 234:8,11,22
broad 201:22 202:21
    203:10 227:3
broader 197:19 233:23
bubble 222:18
build 225:15 238:24
building 200:9 238:22
built 196:22 238:21
    240:4 242:7
bulk 236:9
bulkier 235:25
bulky 223:7
Burlingame 187:23
bus 208:1 221:2 229:6
    229:7 232:24 242:24
buy 201:11 205:6
    214:22
buying 222:21

**C**

cable 207:8,9,12,12,13
    207:17 223:7,8,9
    236:1
cables 206:14 207:6
calculate 210:20
calculation 211:18
    212:2
calculator 212:6
California 187:1,23
    189:5,6,7,17 190:4
    244:10
call 199:21 200:1 209:5
    209:8 241:11,17
called 189:12 213:21
    228:10 234:4
Calls 203:19 232:17
    235:19
came 205:22 217:19
    221:13 224:20,24
    226:8
capability 196:17,25
    197:15,22 199:19,23
    200:3,8,18 208:3
    215:2 218:7 222:21
    228:3 238:23 240:18

capable 198:17 210:7
    234:5
capacity 205:9
capture 201:6
captured 242:4,9
card 204:23 205:24
    208:19 219:8 240:3,4
    240:11
cards 205:3,9 206:2,8
    240:16
case 191:14 205:8
    207:5 215:1 218:4
    230:7 234:25 242:14
CEO 202:17
certain 199:1 204:23
    213:15 214:3 217:1
    229:16 230:19 233:14
    233:15
certainly 207:5,9
    208:10,12 210:14
    211:6 213:6,23
    214:11,21 215:10
    223:2,23 225:14
    226:22,24,24 230:4,7
    233:22 234:5 235:1,4
    236:19,23 237:21
    238:22,24 240:13,25
    241:25
CERTIFICATE 244:1
Certified 187:22 189:6
    244:9
certify 244:4
chance 191:9
characteristics 229:16
charge 232:14,14
charges 232:11
chart 216:15
check 194:11,17 195:24
    198:15 210:13,16
    211:13
chip 218:6 233:11,14
    233:21,22,24,25
    234:3,5,6,15,24 235:2
    235:3,4,5 236:12
chips 234:4,4
chunk 215:23 216:3,4
circle 228:19 229:21
Circuit 201:11
City 201:11
claim 224:15 230:19
claimed 230:25
claims 193:15 233:17
clear 220:13
close 196:6 221:21
color 210:21 211:25
    212:5
colors 210:24 211:24
combination 241:9
come 229:15 236:7

comes 199:3,18 214:2
  216:25 224:17 234:8
  234:11
coming 205:15 230:16
commencing 189:3
common 231:3
communication 242:5
  242:8
compact 225:1 236:14
company 202:18,18
  238:12 239:12,14
comparable 199:24
compare 207:8
compatibility 196:7
  199:1,5,6
compatible 196:20
  199:8,15 200:13
  234:15,17
completed 216:9
compression 211:12
  225:6,7
computer 194:18,19
  204:21 208:23 213:15
  213:20 214:8,9,14,17
  215:6,8,9,12,14,18,22
  216:10,19 217:5,13
  219:24 220:15 222:21
  227:7 230:22 232:24
  243:2
computers 225:18
computing 212:20
  213:3 215:16
conclusion 203:20
conductors 207:4,13,13
confident 230:16
confirm 194:8 212:16
  230:21 231:6,9,24
conform 227:14
confusing 193:1
connect 204:20 220:17
connectable 243:1
connected 206:18
  219:8,25 220:16
connection 207:10
  217:20 220:6
connector 206:14,15
  214:1 236:1
connectors 240:7
connects 234:12
consider 203:17
considered 236:25
constitutes 244:12
construction 193:15
  228:25 229:4,5,20,23
consumer 222:23 223:2
contains 217:17
contemporary 222:7
  222:11 223:17,19,21
  223:22,24 224:2

content 192:20 239:24
context 215:11
continued 190:1 191:15
continuing 191:16
continuously 228:1
control 187:7 232:23
  232:23,24
controller 230:23,24,25
  233:11,11,14,16,24
  233:24 234:3,4,12,15
  234:18,20,24 235:4,6
  235:8 238:23 239:3
  240:5,11 241:23
  242:4,5,12,17
controllers 240:16
convenient 223:1
  236:14
conveniently 235:24
conversion 214:24
  215:1 217:18,24,25
  218:16,17 237:14
  239:11 241:25 242:13
convert 218:17 220:1,2
  220:18 239:4
converted 213:21
  219:13
converter 235:21,22
  237:10,17 238:10,13
  238:16 239:8,9
  241:22 242:25 243:1
converters 239:13
converts 214:19
conveys 232:20
Corp 190:8
corporation 187:4,4,8
  187:8 189:22
correct 192:15 193:17
  194:16 195:2,4,16
  196:1 197:5,6,9,23
  198:25 199:10,16
  200:14 201:8,16
  207:18 210:1,7
  215:12 216:16 218:12
  218:22 220:21 221:3
  222:23 225:6 227:8
  227:11,15 228:11,16
  230:1,12 231:1,4,5,8
  231:11,13 232:12
  234:18 237:1,4,5,14
  237:18 239:18 244:12
correctly 198:4,11
  200:2,9,20
corresponds 217:6
cost 209:1 236:9
counsel 189:20 190:6
  193:14 204:7
counsel's 204:3
Counterclaim 189:21
  190:7

couple 195:7 200:24
course 192:5 194:10
  207:20 211:16 213:8
  233:5 235:3 241:19
  241:19
court 187:1 192:23
  206:6 227:20 243:12
covers 224:16
Cowan 187:23
CPU 238:23
CPUs 238:21
crazy 222:18
creating 218:25
CROSS-ACTION
  187:10
CSR 187:20 244:22
current 232:20

D

D 188:1
data 212:21 213:3,14
  215:16,23 216:3,4,7
  219:10,12 241:5
  242:3,5,9,10,15
date 194:20 195:24
  221:18 223:20,23
  228:21
dates 194:11,18,24
  195:1 210:13,17
day 200:4
days 238:21
decade-old 225:21
  226:3,12,17,24
December 195:25
decision 204:4
declaration 188:11
  192:1,2,9,11 193:1,4
  193:5,7,8,10,11,22
  194:2 200:24 203:3
  203:18,18 204:7,13
  212:14 213:6 225:24
  226:3 227:19
declared 203:14
decrease 212:9
decreased 206:20
dedicated 217:24
Defendant 187:9
  189:21 190:7
defined 215:14 216:3
  222:6 224:14 225:12
  226:11 228:3 233:16
  234:20,21
defines 212:21 213:4
  215:16
definition 199:21,21
  212:23 215:5,15
  227:12
delivering 240:21
delivery 239:24,24,25

depends 198:2 207:20
depo 243:17
deposition 187:14
  191:15,17,22 192:6
  192:25 193:6 237:13
  237:17 244:5,8,13
depositions 189:2
describe 218:15 235:14
  235:16 236:23
described 197:20
  206:23 218:21 223:3
  229:6 235:2 239:16
  241:24 242:22
describes 194:13
  201:19
describing 202:7
description 234:11
  242:22
design 239:8
designed 237:9 238:10
  238:13,15 239:13
  240:3,5,10,24 241:2
  241:15,21,23
designing 240:16
detail 225:3
determine 195:8
developed 240:13
development 204:14
device 211:12 213:22
  213:24 214:4,16
  217:11,18 218:16,16
  219:11,23,25 220:3
  220:16,19 223:1
  227:13 234:6,21,23
  235:9,21 237:1,2
  241:3,13,14 242:5,8
  243:2
devices 196:24 219:20
  220:14 225:18
diagram 217:14
difference 233:10
differences 224:13
different 192:20 200:10
  206:16 210:14,17,20
  210:25 211:1,23
  228:11 230:20 231:7
  232:7 233:9,19
  236:21 239:3 240:22
difficult 226:16
digital 214:16,19,22
  215:16
direction 199:9,9,16
  200:7,14
directly 218:2 239:11
  240:8 242:16
disagree 194:4,16
  195:3 201:4 207:24
  208:7 214:6,10
  216:10 226:14

disagreed 203:8
disclosed 218:11,14
discloses 220:21
disclosures 228:15
discuss 204:6
disinterested 244:14
display 197:24 198:3
  199:24 200:2,9,12,18
  200:19 211:15 212:22
  213:20,22,24 214:3,7
  214:11,16,17,20
  215:11,13 216:2,22
  217:1,9,11,13,18
  218:2,10,15 219:11
  219:14,18,20 222:15
  222:25 224:23 225:3
  225:18 230:22 232:16
  232:22 233:6,7 234:6
  234:23 236:6 239:2
  241:3,5,13,14,17,18
  241:24 242:4,6,11,13
  242:15 243:2
displayed 198:11
  213:14,16 214:12
  216:5 217:19,22
  219:23 242:11
displaying 211:2
  241:13
Displaylink 187:4
  189:21 191:13 193:10
  193:11
DisplayLink's 228:24
  229:5,23
displays 213:25 214:6
distance 236:2
DISTRICT 187:1,1
DIVISION 187:2
document 196:13
  221:24
doing 239:15 240:20
  242:12
domain 201:7 231:10
done 205:5 214:13
  215:8,18,18 216:20
  217:4 218:1 237:11
  238:14 239:2 240:1
  240:16 241:5,12
dotted 217:17
double 217:6
Dove 190:3
down 194:4 196:12
  206:6 224:17 230:5
downloaded 219:22
Dr 191:8 192:2,11,21
  193:4,11 195:7,12
  196:3 200:24 201:5
  203:2,3,9,14,18
  204:12 205:17 209:6
  212:14 213:6 220:23

225:24 226:2,6 227:9
  243:8
drill 194:4
drive 236:6 238:21
drivers 208:20
driving 234:5 242:13
dubbed 242:6
duly 189:13 191:2
during 192:5

**E**

E 188:1 189:18
each 210:25 236:21
  241:8
earlier 228:19
early 198:9 221:21
ease 208:15
easier 223:7
easiest 193:25
easily 238:7
easy 208:17,20 210:19
effectively 225:8 227:6
either 221:5 224:3
  239:18
electrical 231:25 232:3
  232:5,8,15,19,20,21
  232:25 233:1,4
electricity 232:8,10
electromagnet 232:2
electromagnetic 232:4
electronic 223:23
eliminate 208:2,11
embedded 242:4
embodiment 217:16
  220:21 233:15
embodiments 234:2
enabled 239:3
enabling 213:2
end 212:3 215:2 225:2
  227:24
ENDED 243:22
engine 216:21 218:25
  219:5
English 212:25 213:1
enough 209:25 210:2,3
  210:10,16 221:21
entire 201:2 213:9
entirely 228:10
entitled 203:15
entry 207:25
ERICK 190:6
especially 215:1,5
  217:17
even 198:22 206:12,13
  209:14 210:24 211:2
  222:15,19 223:4
  225:16 241:17,19
ever 237:6,9 238:9,12
  238:15 239:8,12

240:3,5,10,24 241:2
  241:21,23
every 195:8,9 200:4
  202:10 208:3
everything 201:6
  208:16 217:25
evolved 201:19
evolving 228:1
exact 221:17 224:11
  242:10
exactly 194:20 211:14
  221:14 222:4 229:3
EXAMINATION
  188:4 191:6
examined 189:13
example 197:3 201:10
  201:14 203:23 211:9
  217:16 219:16 233:1
examples 232:15
Excellent 193:13
exception 224:18
exclude 210:8
exclusively 214:14
exhibit 191:22 192:1,3
  192:4,9,11,13,17,20
  192:22,24,25 216:12
  227:20 242:19
exhibits 188:9 191:21
  192:4
existence 229:1,25
existing 196:24
exit 230:22
expand 242:2
expandability 204:15
  204:19
expansion 205:3,6,9,16
  205:16,23 206:2,8
expensive 209:2 223:10
  236:1,2
expert 204:2
Explain 218:24
explanation 237:25
explicitly 218:23
extended 211:1 223:9
extension 211:7
extra 205:20,21

**F**

fact 194:21 197:20
  200:11 201:2 206:9
  217:23 223:4 233:20
factor 236:9
familiar 220:25
far 195:15 230:5,14
fast 210:2,3
faster 242:20
FAX 187:25
feet 207:6
few 193:24 202:3

230:18
Figure 216:13,14,18
  217:3,4,5,7,15,16
  218:24
file 204:7
filed 195:20,24 222:14
  229:11 230:8
filing 203:17 209:23
  228:21 229:2,25
final 212:19
finally 217:22
find 193:10 196:9
  210:20 223:4 224:11
  235:7
fine 224:8 243:18
first 189:13 191:2
  193:21 200:5 203:2,4
  203:6 207:25 210:6
  223:15 237:13,16
fit 204:23
Five 192:10
fixing 241:12
flow 216:14 232:20
focus 193:20
focusing 235:6
following 215:6 242:21
follows 191:4
foregoing 244:5,11
forgetting 208:25
form 214:12 231:18,20
  234:7 239:4
format 218:18,18 220:2
  220:18 227:8,9 242:9
  242:10
forth 189:14
Forum 237:4,7
forward 199:1,5
four 196:12 207:3,13
frame 225:9
frames 210:23 211:21
  212:5
fraught 204:14
Friday 189:3
from 191:10 193:3,14
  202:1 205:15 213:20
  214:8 215:12,13
  217:13,25 219:12,22
  224:4 226:2,5,8 231:7
  237:12,16 241:22
  243:3
front 193:5
full 244:12
function 208:3 216:22
  219:15 233:15,16,23
  234:19,24 242:17
further 243:7,20
future 199:3,3 228:9,14
  228:18 230:5

**G**

garbled 198:5
GDI-32 216:21 218:1
  219:3,15
general 202:6 204:25
  213:1
generally 194:10,12,22
  195:14 196:21 201:8
  204:16 207:19,21
  242:24
gets 242:6
getting 216:14 226:5
GIBBS 190:3
give 211:14 220:9
  227:5,21 232:15
  237:24
given 213:19 215:15
  217:13
gives 211:20 212:3
  238:21
go 191:20 201:10 205:6
  207:15 211:22 214:22
  217:2,15 224:7 231:4
  231:21 235:4
goal 225:2,4
goes 234:6
going 195:5 198:18,20
  198:21,24 199:21
  207:23 209:8 211:24
  217:8,22 218:24
  219:10 235:4 236:22
  238:18 241:25 242:7
  243:15
gone 204:10
good 210:15 219:24
  220:15 236:3 243:19
Goodrich 189:4,16
governing 189:2
gradually 197:2
graphic 195:21 199:8
graphically 222:16
graphics 195:21 196:5
  196:16 199:16 200:12
  216:21 218:1,25
  219:5,5,6,7 224:15
  239:20 242:25
great 231:19
guess 212:10
guide 227:16
guys 204:9

**H**

hand 197:7 244:17
handle 209:25 210:12
  210:16
handling 210:7
handshake 232:24
handy 191:25
Hang 228:6

happen 197:25 198:6
  198:10 205:14
happened 202:22
hardware 219:4,9,12
  224:25
HARTMANN 190:3
having 191:2 212:4
  214:18 219:7 222:21
  238:22
head 195:14
hearing 193:16
Hello 191:8
hereinafter 189:14
hereunto 244:16
high 212:3
history 192:18
Hold 204:9
horizontal 210:22
host 217:4,13,20
hot 208:21,21
housekeeping 191:19
hundred 202:10
hundreds 202:9
hype 222:19

**I**

IBM 194:19 197:4,8,14
  197:22 198:9 199:7
  221:12 222:6 224:14
  225:12 226:12
IBM's 199:20,21
identification 191:23
identified 202:2
II 187:18
image 212:21,22 213:4
  214:8 215:17 216:5,7
  216:7,19,23 217:21
  219:1 220:13
imagine 222:20,20
immediate 219:24
  220:15
implement 233:21
Implementers 237:3,7
important 193:3 208:8
  208:11,13,14,25
  209:4,7,18,19,22
  221:17 224:11 228:20
  236:9 238:8
improve 224:23 239:23
inaccurate 202:3
inappropriate 203:1
include 229:24 232:6
included 226:25
includes 228:25
including 240:21
incompatible 228:15
incomplete 202:4,5
increased 205:19
  206:20

individual 211:2
213:18
industry 201:19,21
202:8,19,22 223:23
230:15 236:9
inexpensive 209:3
225:2 236:8,10,14
information 214:12
216:5 217:19 232:21
inside 235:5 242:8
installed 205:4
installing 208:19
Instead 227:25
interconnection 209:2
interface 208:2 216:25
216:25 217:18 218:15
231:7 236:20 238:25
interfaces 208:12,19
interfacing 219:12
intermediate 209:14,20
230:6
Internet 222:16,17
223:11 239:24
introduced 196:23
208:4 222:2 223:14
223:15 224:9
invention 199:1 217:12
217:21 223:6 229:13
230:24 233:23,25
234:9,10,12 235:3,15
235:16,20,23 236:4
236:13 242:23
inventions 207:2
involved 240:9
involves 202:8
iPod 219:17 220:14
issue 202:1
issues 240:9

___ J ___

job 203:21
Jones 190:12 192:2,11
193:4,11,22 196:3
201:5 203:2,9,14,18
204:12 205:17 209:6
212:14 213:6 220:4
220:23 225:24 226:2
227:9
Jones's 200:24
JOSE 187:2
just 191:20,25 192:22
193:4 201:2,17,21
202:2,13,15,24
203:13 204:9 206:14
208:18,20 210:20
211:5 212:1,10,11
213:1,25 214:2
215:22 217:2,24
218:2,15,18 220:9,13

221:15 222:3 225:25
227:4,5 228:19 229:3
229:4,14,21 230:18
231:3,16,21 235:7,13
235:16 236:12 238:17
239:16 241:10,24
242:19

___ K ___

key 235:15 236:4,13
keyboard 201:11,14
kind 191:19 202:16
206:17 213:13 214:3
240:10 241:2
kinds 240:22
know 192:21 194:11,13
194:19,25 197:22
198:19 199:4,22
201:5,12,12,17,19,23
202:7,11,13,15,15
203:9,12,13,15,21
204:1,2,10,24 205:13
205:17,20,22 206:19
207:7 208:14,17,19
208:21 209:3,4,5
210:19 211:4,6,23
213:1,5 214:21
215:20,22,24,25,25
217:25 218:13,19
219:14,16,16,17,19
219:21,24 221:12
222:1,4,9,19,20 223:3
224:9 226:20 229:13
229:17 230:6 233:13
234:1,10 237:23
239:22,23 240:6,12
240:17 241:8,9,10
242:3
known 240:19

___ L ___

L 189:19
LANCASTER 187:19
189:6 244:4,22
last 205:7 217:6
late 198:9 199:22
221:15,21 239:23
later 196:5,16 200:7
223:15 224:21 226:25
228:2 229:15
latest 224:4
Law 189:19,20 190:6
laws 189:1
lay 208:21
least 194:6 197:5 209:1
224:5
left 220:4
legal 203:19 204:3
less 215:24 223:9

let 192:16 195:24
200:16 205:12 216:11
221:15 228:7 229:3
230:20 231:21 233:9
238:17 242:19
let's 200:1 211:9,20,25
238:5
lightening 231:25
232:1,2,3
like 191:20 193:21
194:1,2 199:23
201:14,15,22,23
202:6,17,20 203:7,11
203:23 204:24 207:6
208:19 212:13 216:7
218:7,11 219:17,18
220:5 222:9,17
227:18 232:10
likely 198:3 228:2
limit 207:7
limited 204:19,24
226:23 229:18
line 196:10,10,15 209:9
217:17 243:11
lines 196:12 210:21
little 200:10 206:16
212:7 213:18 230:20
LiveNote 204:10
LLP 189:16
loaded 205:9
logical 218:5
long 220:12 229:16
longer 223:9
look 195:8 198:16
206:16 207:10 212:13
217:14 231:16 242:18
looking 192:19 196:13
lost 220:6
lot 206:10 218:8,8

___ M ___

Madam 243:12
made 199:2 200:8
203:16 214:24 224:20
227:4 230:14 240:25
MAGIC 187:7
maintained 229:17
make 196:23 199:2
201:17 202:6,17
203:11 204:4 212:10
215:3,24 218:6
222:25 223:7 225:3
227:3 229:21 231:16
235:2
makes 196:3 202:18
239:15
making 201:24 203:10
218:9 224:25 236:13
many 203:7 214:21

238:20 239:3 240:18
marked 191:21,22
192:1,2,4 227:19
massage 218:19
matter 191:19 203:24
maximum 211:19
may 187:16 189:3
206:15 209:14 213:4
217:2 229:15 231:15
233:15 234:14 240:8
maybe 194:25 203:12
217:15 223:1 237:24
MCT 190:8
mean 195:13 196:19
197:12,12,13,13,15
200:4 201:7,15,16,16
201:21 202:12,24
203:24 204:1 205:13
205:14,23 207:12,14
208:7,17,22 210:16
214:15,20 215:7,21
218:8 219:16 222:9
222:14,18,18 223:20
223:22 224:17 226:15
232:10 235:21,22
236:8 241:10
meaning 209:21
means 196:21 197:19
210:2 223:20
meant 206:11 209:16
223:19 233:7
mechanism 239:25
meet 191:9
megabits 210:15 212:7
member 237:3,6
mention 223:11 225:5
225:7,8
mentioned 209:6
229:14
mess 205:11
meters 207:6
Microsoft 219:4
mid 222:4,5,17
middle 196:2 213:17
214:16,18 217:11
234:8 242:16
might 198:19 209:13
209:16,19 220:5
230:5 234:24
Mill 189:17
million 202:10
Min 187:15 188:11
189:10 191:1,8,10,12
192:21 195:7,12
203:3 226:6 243:8,25
mine 193:9
minute 204:9 213:8
227:5 235:7
minutes 193:24

Mischaracterizes
237:19
mode 211:1,15
modification 215:3
monitor 197:5,7,13,15
197:18,21 198:1,2,3,7
198:8,12,14,17,17
200:2,13,18 207:8,10
219:11 221:3 222:25
236:25 238:25 240:24
241:22 242:7
monitors 197:12
202:14 224:20 241:1
month 203:5
more 192:7 197:1,19
205:24 208:14 210:3
218:8,9 222:13 223:1
224:5 225:1,3 228:2
230:18 236:1,2
MOSS 187:22
most 198:3 204:22
214:23 219:19 220:2
220:18 225:17
motherboard 219:8
motivation 208:13,15
209:7,7
motivations 208:1,10
208:11,13 209:4
mouse 206:18,19
move 235:12
moving 196:2 204:12
207:22 212:13 214:7
220:24
MPEG 219:17,18,21
220:13 240:18,21
MPEG-4 239:22 240:1
240:13,15,17
MTC 204:7
much 197:19 222:13
233:23 235:25 236:5
243:8
multiplication 194:11
must 192:19 214:8
215:6 230:22
myself 205:5 229:3

___ N ___

N 188:1
narrative 232:18
235:19
nature 239:15
neater 207:10
necessarily 201:8
202:12 215:17 234:7
234:14,25 242:10
necessary 239:5
need 191:18 192:21
193:10 207:14,24
210:13,16 211:13,14

211:17,22 212:2
needs 213:14 219:13
new 196:21,23,25 197:1
208:2,3,12 230:16
newer 199:17,18 200:2
Newport 190:4
next 231:24
niche 236:22
noncontroversial 194:7
NORTHERN 187:1
note 198:18 208:8
nothing 194:22 195:2
215:21 218:3,11
220:20
notice 191:15 203:7
nowhere 231:4,10,12
number 188:3 196:10
196:10,15 204:20,24
205:18 206:13,18,20
207:11 210:21,22,23
210:24 211:23,24
numbers 192:7,22,24
192:25 194:12,25
195:2 196:14 211:13

**O**

oath 191:2,17
object 195:5 213:10
objection 197:10
199:11 203:19 207:1
223:18 229:19 232:17
235:18 237:19
off 225:23 243:11
offer 193:15
Officemax 201:10
offices 189:4
often 205:2,8
Oh 192:19 204:11
221:1 233:5
okay 192:17 193:2,6,9
193:9,11,19,23 194:9
195:17 200:21,22
201:1,18 204:11
209:8 210:13 211:10
212:1,13,15 216:7,17
216:17 220:7,11
221:20 225:11 227:2
227:23 228:6 229:4,5
229:21 230:11,18
231:24 235:12 238:4
240:10 241:21 242:18
243:7,19
old 219:19 222:10
223:24
older 196:22,24 197:14
199:19,25
once 194:17 197:11
198:8 210:8 222:4
228:17 237:15

one 192:7 194:21
198:13,15,20 199:9
199:16 200:13 201:7
201:17,18 202:11,16
203:7 205:15,20,21
207:2,12,17,25 208:9
208:10,11 209:1,5,6
209:15 210:9 211:14
211:17,18 212:16
215:2 216:23 217:12
217:16 222:3 224:4
225:12 227:5,21
228:6 229:4 231:7
234:1,22 235:7,9
236:23 237:14 240:1
241:12,24
ones 209:14,18,19,20
209:22 229:9
only 197:8,13,21 198:8
199:7,15 200:13,18
202:18 209:10 218:5
220:1,16 236:24
241:14
oOo 188:7
open 208:18
operating 211:22 219:3
opinion 194:24 203:14
203:22,24 204:2
opposed 207:4 208:18
235:9
opposite 200:11
order 205:3 207:7
213:2 221:16
ordinary 198:13,15,23
213:18 221:10 235:7
original 199:25 200:1,6
200:8,19 221:25
225:15,17,21
other 191:19 195:20
196:5,16 197:7 199:8
199:15 200:12 208:13
215:4 217:18 218:18
218:21 219:23 224:14
224:22 226:25 232:16
234:23 236:20 239:20
240:10,15,23 241:2
243:16
out 194:23 195:14
199:18 204:10 208:23
210:20 212:6 214:17
215:23 216:9 218:20
219:9 221:13 230:11
230:13,17 234:4,8,11
234:15 242:6
outline 226:8
outside 215:7,18
over 191:20 208:15
212:7 216:25 220:9
239:24 240:21

overbroad 195:6
overly 201:22
own 191:25 211:2
235:14,16 236:22

**P**

package 208:18
page 188:3 189:17
209:9 222:16 227:19
227:21,22,23
pages 187:18 195:8
Palo 189:5,17
panel 242:6,11
paper 237:22
paragraph 195:18,18
196:3,11,12,13
200:23 201:3,7,18
202:25 203:23 204:12
205:8 207:22 209:9
212:14,19 213:5,9,12
213:17 227:24
paragraphs 194:1,7,15
195:3
parallel 202:11,12,14
part 196:25 197:5
204:3,18 208:8
214:23 216:10 217:8
219:2,3,23 220:14
239:19
participate 239:17
particular 194:24
229:18 242:25
particularly 239:1
pass 227:6 230:22
passive 235:9
patent 192:3,13,18
193:5 195:20,24
206:23 209:23 213:19
215:11,21 216:12
217:3 218:4,12,22
219:7 220:20 221:6
222:8,12,14,22,25
223:4,11,17 224:15
225:5,13,22 226:4,13
226:18,22 228:16,22
229:10,10,12,25
230:8,8 231:10,13
233:17,20 234:18,20
234:21 235:15,17
236:10 242:23 243:3
243:6
path 205:10 231:12,22
patterns 241:4
Paul 187:15 188:11
189:10 191:1,10
243:25
Pause 231:21 238:6
PC 200:5 204:14,19,24
205:9,10,11 208:2

236:8 241:22
penalty 191:3
people 201:13 202:9,9
202:23 208:21 222:17
222:20 230:15
per 207:17 210:15
211:21 212:5,7
215:15 218:14
perhaps 205:21 213:18
peripheral 201:6
204:21 205:20 207:18
207:20 208:3 237:1,2
peripherals 204:22
205:10,11,25 206:10
206:25 236:18
perjury 191:3
person 191:9 198:18,19
198:23 221:10 227:25
244:14
personal 194:19
personally 237:9
perspective 193:3
Ph.D 187:15 188:11
189:10 190:12 191:1
243:25
pieces 202:10
pixel 241:8,12
place 204:4 214:5
215:7 244:7,13
Plaintiff 187:5 189:21
190:7
Plaintiff's 188:10
Plaintiff/Cross-Defe...
189:12
plan 193:15
PLC 190:3
pleading 196:14
please 194:9 195:12
196:11 211:17,18
226:1 228:7 229:4
237:15 242:2
plug 198:14,22 208:18
208:23 227:13
plus 207:4
point 202:2 209:15
217:2 226:6 237:23
237:25
polarities 227:11
pops 200:5
popular 224:5
port 201:14,16 202:1
202:11,12,13,14
205:17 206:18 217:5
227:7,13 235:24,25
235:25 236:18 238:24
238:25 243:1
portable 238:20
port/plug 228:3
positioning 236:21

possible 228:9,12,12,14
228:17 236:14 243:11
243:12
possibly 236:12
precisely 238:18
precluded 226:22
239:5
precludes 215:21
predecessor 229:8
preface 238:17
premise 222:24 223:6
prerequisite 212:21
213:4
present 190:11 242:23
244:5
pretty 203:10 212:3
215:24,24
previous 191:16 207:23
220:10
previously 192:3
primary 207:25 208:9
208:10 209:6
principles 194:8
printer 202:13
prior 204:14 228:4
probably 193:24
194:21 198:5 202:19
202:25 203:5 208:22
209:1 214:22 223:4
problems 204:15,19
proceed 193:25
proceedings 244:13
process 212:20 213:3
213:14 215:16
processed 216:23
processing 213:15
214:5,13 215:7 216:8
216:20 240:20
products 239:15
prosecution 192:18
provide 196:6 203:22
210:10 236:18
provides 196:17 205:16
providing 204:2 213:2
PS/2 201:11,14 202:1
206:18
published 196:5,16
punched 212:6
purpose 236:17,19,24
236:24
purposes 192:24
236:24
pursuant 189:1 197:8
put 198:1,6 224:18
p.m 189:3 243:22

**Q**

question 195:6 199:13
200:10,15 229:22
231:24 233:9 238:18

242:19
questions 200:25
  230:18 235:13 243:7
  243:10
quickly 231:16 238:5
quite 199:12 203:4
quote 196:6,7 213:23
  214:6
QXGA 224:9

**R**

rate 210:10 212:6,6
  225:3
rather 202:4 206:9
raw 242:14
reach 207:6
reacts 214:2
read 194:1 195:7 197:5
  201:2 203:9 213:5,5,6
  213:8,12 220:9 223:4
  228:7
reading 225:23 243:3
reads 207:25 209:10
  212:20 226:3
really 192:22 194:17
  205:13 209:15 210:16
  218:13 219:12,14
  233:17 238:2 241:17
rear 205:10
reason 204:18 215:8
  229:17
reasonable 235:10
  243:5
reasonably 210:19
rebooting 208:23
recall 221:14 228:22
  240:6
receive 217:12
received 213:22,23
receives 214:5 242:12
receiving 215:2 220:3
  220:19
recently 201:12
reciting 192:23
recognition 213:25
  214:3
recognized 198:5
  213:22
record 192:23 244:12
referring 198:25
  215:20
refresh 229:3
refreshed 210:23
regard 194:24 229:11
regarding 193:16
  221:24 230:19
related 187:10 240:9
  240:20
relates 242:23

released 210:18
relevant 225:13,14
  226:20
remain 191:17
remember 224:10
  231:14,15
REMEMBERED
  189:1
rendered 214:9 216:19
rendering 212:20,24,25
  212:25 213:13 215:4
  215:15
repeat 192:7 226:1,16
  237:15
reply 203:17,18 204:7
Reported 187:19
reporter 189:7 206:6
  227:20 243:12,14
  244:1,9
Reporters 187:22
reporter's 192:24
represent 191:13 214:8
  215:6
represented 189:18
  190:5 233:3
required 204:23 205:3
  210:3 211:12
reservation 201:24
reserve 194:23
resolution 210:22
  224:23 225:4
respond 203:23
responds 242:17
restate 200:16
result 206:8,9
reviewed 203:6
revision 223:16 229:7
revisions 229:8
right 191:12 195:15,25
  202:24 217:15 218:13
  220:22 221:22 231:2
  231:22 235:22 241:16
  243:3
Road 187:23 189:17
ROBIN 189:19
robust 209:25 210:2
Rosati 189:5,16
rough 243:13
routine 218:2
rudimentary 219:19

**S**

S 187:15 189:5,10
  191:1 224:6 243:25
sake 193:19
same 198:10,22 206:5
  206:13,16,18 233:12
  233:18 234:7 236:21
  243:16

SAN 187:2
saying 201:18 202:21
  207:17 211:5 213:1
  216:6
says 195:19 208:9
  218:4 229:5 233:20
  236:10
school 194:21
scientist 203:11
scope 202:25
screen 200:5,6
se 218:14
searchable 231:18,20
second 209:9 210:15
  211:14,17,18,21
  212:5,7 220:9 222:3
  227:21,24 228:7
  229:4
section 194:6
see 194:3 195:13 200:4
  203:2,4 214:20 228:5
  230:20 238:5
seems 195:15 201:22
  201:23
seen 216:8
seminal 221:23
send 218:20 219:9
sending 213:24 214:25
sends 214:17 215:22
sense 231:3
sent 198:4 216:9
  219:13
sentence 202:25 205:7
  212:16,19 237:24
sentences 202:3,7
sequence 224:5 240:23
serial 208:1 229:6,7
  242:24
serving 204:2
set 189:14 213:19
  244:16
Shanberg 188:4 189:19
  191:7,12,24 195:11
  197:16 199:14 204:5
  207:16 220:5,8 224:1
  226:7,10 230:10
  233:2 236:16 238:1
  243:7,18,21
SHARI 187:22
SHARON 187:19
  189:6 244:4,22
shield 207:4
short 191:15 230:17
Shorthand 187:22
  189:7 244:9
sic 212:10
side 234:22,23
signal 197:3,4,25 198:4
  198:6,11,14 199:20

200:6,17,17,19
  211:11 213:21 214:2
  214:8,11,17,19,19,23
  215:13 217:1,8,9,13
  218:10,17,17,19
  219:10 227:10,11
  231:25 232:3,4,9,13
  232:14,19,21,22,23
  232:23,24,25,25
  233:1,4,6,7 234:13,14
  236:7 239:4 240:20
signals 197:8 213:20
  215:12 216:3 230:22
  232:5,6,16,16 241:13
signing 243:16
simple 217:25
simpler 236:5
since 213:23 222:16
  228:17
single 195:8 235:3
  236:12
site 242:13
situation 215:22 216:1
skill 198:13,15,23
  213:19 221:10 235:7
slot 205:4,16,16
slots 204:20,25 205:6
small 233:25 235:25
  242:6
sold 202:10
some 194:25 201:13
  202:14 203:10,12
  205:6 209:13,20
  211:24 212:2 213:13
  214:12 216:5,20
  218:18 219:2,23
  224:19,25 229:14
  230:5 232:15 235:13
  239:22,25 240:7,9,13
  241:4 242:6,12
someone 238:9
someplace 214:24
  219:22 232:11
something 192:19
  194:3 195:9 197:19
  199:2,3 202:20,20
  203:13,14 207:7
  209:15,17 214:15
  216:8 218:3,7,8
  221:16 227:6 228:10
  236:5 242:15,16
sometime 222:3,5
sometimes 205:5
  224:24
Sonsini 189:4,16
  191:13
sorry 191:8 192:19
  193:1 206:5 219:5
  227:23 230:8 237:15

sound 233:3
sounds 216:7 220:5
speaking 194:10,12,22
  195:15 204:16 207:19
  207:21
speaks 226:9
Specially 239:7
specific 209:5 237:23
  239:6
specifically 216:12
specification 196:4,15
  196:16 221:12 227:14
  227:16 229:1,7,19,24
  235:1
specifications 196:6
  209:11
specified 244:7
spectrum 202:21 212:3
speed 224:24
spot 195:7,10
stand 228:8
standard 196:5,7,17
  197:4,9,14,22 198:10
  199:7,16,17 210:6,25
  211:3 221:2,24 222:7
  222:12 224:22 225:12
  225:15,17,21 226:12
  227:1 230:16 239:18
  239:19 241:6,11
standardized 209:16
standards 195:21 199:8
  200:12 210:11,14,17
  210:21 224:15,24
  228:21 231:7 239:21
  240:1
started 191:21 221:15
State 189:7 244:9
stated 194:13,20
statement 195:22 196:3
  196:8,9,18 201:18,22
  201:25 202:6,16
  203:11,16 204:13
  205:1,14 208:6,7
  209:12,24 210:5
  225:16,20,23 226:1,2
  226:8,9,14,16 227:4
  228:5,8 229:14 230:9
  243:6
statements 194:5,15
  203:7,10
STATES 187:1
static 232:8,10,10
Stefani 189:18 191:12
  243:15
step 217:6
steps 243:16
sticks 194:23 195:14
still 196:25 203:13
  205:15 206:16,23

SHARI MOSS & ASSOCIATES  (650) 692-8900

207:12 214:23 229:16
236:7
stores 225:9
storing 225:9
strategy 204:3
Street 190:4
strongly 203:8
subject 237:13,17
subset 199:20 200:8
suggesting 216:2
suitable 220:3,18
Suite 187:23 190:4
summary 235:13
super 195:21
supervised 238:9 239:8
239:10
support 197:8 198:9
221:2
supported 225:17
supporting 197:22
suppose 214:16
sure 192:9 196:24
201:16 203:5 205:19
207:11 211:4 212:18
221:1 226:7,17,23
227:3 229:21 230:6
231:16,18
suspect 207:23
SVGA 195:21,23 196:4
196:15 197:3,5,25
199:23,23 200:3,17
210:25 211:6 222:1,3
222:11 223:14 224:2
swapping 208:21,22
swear 191:18
sworn 189:13 244:6
system 194:19 211:23
219:3

T
Taiwanese 187:8
take 193:24 206:6
213:8 215:7
taken 244:8
taking 189:2 197:3
214:5
talk 206:5 220:13
talked 228:19 233:25
234:1
talking 233:23 234:22
239:7
talks 219:4,7 234:21
tasks 208:20
technical 203:22,24
technology 187:7 194:6
196:21,23 205:22
206:22 223:24 225:21
226:4,11,12,17,20
229:6 242:22

teleconference 220:4
220:23
Telephone 189:18
190:5
telephonically 189:8
190:8,12 191:3
tell 194:3 195:15
196:10 201:3
tens 202:8
ten-year 223:24
term 196:19 213:13
220:24,25 223:22
232:5
terminal 199:23 205:17
terminology 201:15
terms 193:16,20 207:11
218:9 221:5 230:19
testified 189:14 191:4
testimony 193:15
207:23 237:12,16,20
thank 195:17 200:21
243:8,9,21
their 211:1,2 236:21
thereof 189:4
thick 207:8
thing 193:3,21 198:10
208:22 233:12,18,21
236:11
things 201:23 218:9,19
218:21 232:7
think 193:25 195:10
198:2 200:15 201:5
202:16,23 204:16,22
204:25 205:12,15
207:2,6 208:15
209:13 212:1 218:5
220:22 221:9,11
222:13 226:6 227:9
227:17 231:22 235:10
238:2,8 241:16 243:5
thinks 205:17
thinner 207:3 223:9
though 198:22 208:9
214:7
thought 203:9
thousands 202:8,9,22
202:23
three 192:4 193:12
210:9
three-color 241:9
through 194:2,7,16
195:3 217:8,20 227:6
230:23 231:16
time 192:8 193:19
195:19,23 204:23
206:5,15 208:24
209:22 210:4 211:8
222:14 223:15 224:21
229:1,10,15,25 230:3

230:7,17 238:3
241:12 243:8,22
244:7
times 210:23,23 211:19
212:1 235:1
Timing 232:25
title 235:22
today 193:20 201:11
206:12 209:2,10
214:23 225:17 230:1
230:12
together 213:13
Tomorrow 243:14
top 195:14
topic 237:18
towards 227:24
transcribed 244:10
transcript 244:11
transferred 219:10
transmit 216:24
trend 208:2,12
true 204:17,22,25
205:14 207:19,21
213:23 214:4 225:19
227:17 230:4,9
244:12
try 198:19 238:18
trying 196:9 201:5
240:6
turn 193:22 200:4
216:11 227:18
turning 195:18 200:23
230:19
TV 214:22,23
TVs 214:21
tweaks 229:15
two 202:7 232:7 233:17
type 201:24 207:9,20
232:20 238:22 240:18
types 239:3
typewriting 244:11
typically 199:18,19
235:8

U
Uh-huh 192:12
under 191:2,17 206:22
241:6
understand 193:14
198:20,23 199:13
202:4 206:1,10
understanding 193:18
221:4
understood 228:1
UNITED 187:1
universal 208:1 229:6,7
236:18 242:24
University 191:11
240:19

unless 207:15
unlikely 228:12,18
until 201:12 205:21
upper 196:2
usable 222:25
USB 193:16 204:14
206:13,14,15,19,21
207:3,5,9,12 208:1,17
209:1,10,11,21,25
210:6,6,11 211:11
216:25,25 217:5,20
217:25 218:18 220:1
221:5 223:8 227:7,7,9
227:13,14,16 228:1,3
228:10,20,21,25,25
229:16,18,23,24
230:7,11,15,23,24,25
231:6 235:21,24
236:5,17 237:3,6,9,13
237:17 238:10,13,15
238:20,21,23,24
239:2,7,11,13 242:24
243:1,1
USB-based 213:20
214:7,11 215:11,13
216:2 217:1,9,12
230:21
USB-coded 227:10
USB-2 212:8,11
USB/VGA 220:17
use 189:2 196:25
208:15 211:9 222:23
223:7,8,22 224:6
233:13 234:25 236:5
238:24
used 194:21 196:19
204:20 207:8 209:2
212:3 219:19 221:6
222:13 235:24 239:1
user 206:9 223:1
users 205:2 223:8
uses 207:3 227:13
using 192:5 196:24
207:9 211:11 222:16
222:17
usually 236:2

V
vague 195:6 197:10
199:11 203:20 207:1
213:11 223:18 230:2
235:18
variations 211:7
version 196:22,24
197:1,1,14 198:9,16
199:17,18,19,22
200:1,1,7 211:1
224:18,20 230:6
versions 224:19 226:25

228:2,9,14,25 229:24
versus 207:13
vertical 210:22
very 208:17 209:3,3
238:5 243:8,19
VGA 193:16 194:14
195:23 196:7,17
197:3,4,7,8,12,13,14
197:15,18,21 198:1,7
198:8,10,14 199:7,15
199:20,25,25 200:1,6
200:8,13,19 207:5,9
207:13 213:21 214:1
218:18 220:1 221:3,6
221:13,24,25 222:6
222:15 223:7,14,16
224:14 225:12,15,17
225:21 226:11,25
231:6 233:11,11,14
233:16,24,24 234:3,4
234:6,10,12,15,18,19
234:24 235:4,21,25
236:3,7,12 237:10,13
237:17 238:10,13
239:11,18,19 240:3,4
240:5,24,25 241:19
242:24 243:1,2
via 216:25
vicinity 219:24 220:15
video 195:20,24 199:8
202:13 210:1,3,7,10
210:11,14 219:11,17
219:20,22 222:25
224:14,22 236:6
238:15 239:2,5,7,13
239:20,25 240:11,16
240:21 241:3,14,18
242:25
videos 219:18 240:23
view 233:10
visual 212:21 213:4
216:6,7
Volume 187:18
vs 187:6

W
WANG 190:3
want 194:8,23 196:23
200:24 206:3 209:5
212:16 218:6 219:21
225:11 226:21,23
227:3 231:15 235:12
241:11 242:15
wanted 205:24
wants 206:9
Washington 187:4
191:10 240:19
wasn't 198:24
way 193:25 199:4

207:14 215:23 219:25
  220:15 221:7 224:25
  226:23 230:20 236:8
  236:10,11,15 238:17
  239:6,23
**Web** 222:15
**well** 191:12 196:4,5,16
  199:17 202:1 203:21
  206:12 207:19 209:17
  213:7,23 214:9
  215:17 219:2 224:2,4
  230:3,19 231:11
  233:13,20 234:19
  235:20 240:17 241:7
  242:3 243:21
**well-known** 195:20
**went** 201:6,23
**were** 195:20 200:17
  204:24 205:2 209:21
  210:17 211:6,7,11
  229:1,9 241:7
**we're** 191:16
**we've** 191:21
**WHEREOF** 244:16
**while** 194:21
**whole** 201:19 202:24
  213:5,12 215:23
  216:3,4 217:23
  222:24 223:6 233:21
  235:2,3 236:11
  240:23
**widely** 222:13
**widescreen** 224:18,19
  224:20
**Wilson** 189:4,16
  191:13
**Windows** 211:22
**wire** 205:15,18,21
  206:17,17 207:3
**wireless** 205:22 206:13
  207:15
**wires** 205:11,18 206:19
  206:20,24 207:11
**witness** 189:12 197:11
  199:12 203:21 207:2
  213:12 223:19 230:3
  232:19 235:20 237:21
  243:9 244:5,6,16
**WOLF** 190:6 195:5
  197:10 199:11 203:19
  207:1 213:10 220:7
  223:18 226:5 230:2
  232:17 235:18 237:19
  243:10,15,19
**word** 195:8,9 213:1,1
  231:9,12 235:6
**words** 194:13 215:4
  217:18 235:14,16
**work** 198:19,20,21,24

199:2 230:15 239:15
  240:15,16,19,20
**worked** 202:23 238:12
  238:20 239:6,12,14
  239:22,25 240:6,22
**working** 239:10 240:12
**works** 199:5
**worry** 192:21
**worth** 238:2
**wouldn't** 224:2 235:8
**write** 237:21 239:20
**writing** 239:17,19
**written** 227:25
**wrong** 194:23 195:14
  204:10 214:18

—————————————
**X**
—————————————
**x** 188:1 221:3
**XGA** 198:6,14 210:25
  211:6,9,11,15,19
  212:4
**XP** 201:15
**XVGA** 198:10 200:17

—————————————
**Y**
—————————————
**yeah** 195:13 201:16
  228:8 230:13 231:2
  235:10 240:1 241:4,5
  242:1 243:5
**year** 202:10 221:12
  222:1,4 224:9
**years** 201:20 222:10
  224:11

—————————————
**Z**
—————————————
**zero** 209:15

—————————————
**1**
—————————————
**1** 217:3,4,5,7
**1.0** 209:10,18,21,25
  210:9 228:20
**1.1** 209:10,17,18,21
  210:9 228:20
**1:36** 243:22
**10** 196:15
**100** 217:7,15
**1024** 211:19 212:1,4
**1050** 190:4
**11** 194:2,7,16 195:3
  209:9
**12** 195:18 222:9
**12:03** 189:3
**13** 196:3,12 222:9
**1301** 190:3
**14** 222:10
**15** 200:23 201:20
  203:23 207:4,6,13
**15-pin** 214:1
**16** 204:12

**17** 207:22 209:9
**187-244** 187:18
**191** 188:4,11
**1987** 223:15
**1989** 223:14
**1991** 223:16
**1999** 222:18

—————————————
**2**
—————————————
**2** 187:16 189:3 192:4
  192:13,14,17 216:12
  217:15,16
**2.0** 209:10,17,19,22
  210:6,9,9 228:20
  229:7 230:4
**200** 217:4,7
**2001** 222:18 228:4
**2002** 195:25,25 210:11
  211:5
**2008** 187:16 189:3
  244:17
**210** 217:5

—————————————
**3**
—————————————
**3.0** 230:4,11
**30** 211:21 212:5 217:17
**300** 217:10
**32-bit** 211:25 212:4

—————————————
**4**
—————————————
**4** 192:3,11,14 216:13
  216:14,18 218:24
**402-0004** 187:24
**415** 187:24
**450** 210:15
**480** 210:14,15 221:3

—————————————
**5**
—————————————
**5** 188:11 191:22 192:1
  192:9,14,18,20 194:1
  194:7,16 195:3 207:6
  227:20,21
**5:07-CV-01998-RMW**
  187:6
**52** 212:14,19 213:17
**5468** 187:20 244:22
**565-3645** 189:18

—————————————
**6**
—————————————
**601** 189:5
**640** 221:3
**650** 187:24,25 189:17
  189:18
**692-8900** 187:24
**692-8909** 187:25

—————————————
**7**
—————————————
**7** 227:19,22,23
**715** 212:7

**768** 211:20 212:1,4
**788** 192:3,13 195:19
  206:23 209:23 213:19
  215:11,20 216:12
  218:12 220:20 221:6
  222:7,12,14,22
  223:11,17 224:15
  225:5,13,22 226:4,13
  226:18,19,21 228:16
  228:21 229:10,25
  230:8 231:10,13
  233:17,20 234:18,20
  234:21 235:15,17
  236:10 242:23

—————————————
**8**
—————————————
**80s** 197:23 198:9
  199:22 221:15,21
**833-8483** 190:5
**877** 187:23
**88** 221:15

—————————————
**9**
—————————————
**90** 198:9 221:16
**90s** 221:21 222:4,5,17
**92660-2812** 190:5
**94010-1204** 187:23
**94304-1050** 189:17
**949** 190:5

# Exhibit 2

1                UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2                    SAN JOSE DIVISION

3

4   DISPLAYLINK CORPORATION,
    a Washington corporation,
5
                    Plaintiff,
6
        vs.                        No. 5:07-CV-01998-RMW
7
    MAGIC CONTROL TECHNOLOGY,
8   CORPORATION, a Taiwanese
    corporation,
9
                    Defendant,
10  _____/
    AND RELATED CROSS-ACTION
11  _____/

12

13

                            Deposition of
14
                        ALAN JONES, Ph.D.
15
                          May 2, 2008
16

17
    Volume II
18  Pages 110-147
    Reported by:
19  SHARON LANCASTER
    CSR No. 5468
20

21

22                  SHARI MOSS & ASSOCIATES
                 Certified Shorthand Reporters
23                 877 Cowan Road, Suite A
                Burlingame, California 94010-1204
24                      (415) 402-0004
                        (650) 692-8900
25             FAX:  (650) 692-8909

                                                    Page 110



1                    I N D E X
                     - - - - -
2
3                    Page Number
4   EXAMINATION BY MR. WOLF................ 114
5
6
7                    --oOo--
8
9                   EXHIBITS
10  Defendant's:
11    4  Declaration of Dr. Jones................. 115
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                      Page 111

1   APPEARANCES:  (Continued)
2
3        WANG, HARTMANN & GIBBS, PLC, 1301 Dove
4   Street, Suite 1050, Newport Beach, California,
5   92660-2812, Telephone:  (949) 833-8483, represented
6   by ERICK WOLF, Attorney at Law, appeared as counsel
7   on behalf of Defendant and Counterclaim Plaintiff MCT
8   Corp.  (Appeared telephonically)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                      Page 113

1        BE IT REMEMBERED that, pursuant to the laws
2   governing the taking and use of depositions, and on
3   Friday, May 2, 2008, commencing at 9:40 a.m., at the
4   offices of Wilson, Sonsini, Goodrich & Rosati,
5   601 S. California Boulevard, Palo Alto, California,
6   before me, SHARON LANCASTER, a Certified Shorthand
7   Reporter in the State of California, telephonically
8   appeared
9
10            ALAN JONES, Ph.D.,
11
12  called as a witness by the Defendant/Cross-Plaintiff,
13  who, being by me first duly sworn, was examined and
14  testified as hereinafter set forth.
15
16        WILSON, SONSINI, GOODRICH & ROSATI, LLP,
17  650 Page Mill Road, Palo Alto, California 94304-1050,
18  Telephone:  (650) 565-3645, represented by STEFANI E.
19  SHANBERG, Attorney at Law, and ROBIN L. BREWER,
20  Attorney at Law, appeared as counsel on behalf of
21  Plaintiff and Counterclaim Defendant Displaylink
22  Corporation.
23      ///
24      ///
25
                                      Page 112

1            ALAN JONES, Ph.D,
2   having been first duly administered the oath, under
3   penalty of perjury, appeared telephonically and
4   testified as follows:
5
6               EXAMINATION
7   BY MR. WOLF:
8        Q.  Dr. Jones, do you understand that you're
9   still under oath, like you were at your previous
10  deposition which Richard Cauley, of our office, took?
11       A.  Yes.  I do, yes.
12       Q.  Great.  Let's get started here.
13          I'm going to be referring to the declaration
14  you submitted in support of DisplayLink's response to
15  briefs in this case.
16          I'd like to ask the court reporter to mark
17  that as Exhibit No. 1.
18          MS. SHANBERG:  Actually, we talked about
19  exhibits right before we called in.  And in order to
20  continue from the previous depositions, I believe
21  that Dr. Min's declaration has already been marked by
22  the reporter as Exhibit 5.
23          Dr. Jones' declaration has been marked as
24  Exhibit 4.
25          And the patent, if you need to refer to it,
                                      Page 114

SHARI MOSS & ASSOCIATES  (650) 692-8900

1  was marked previously as Exhibit 2 and will remain
2  Exhibit 2.
3       MR. WOLF:  Okay.  Great.  Let's just do it
4  that way.
5       (JONES Deposition Exhibit 4 was marked for
6  identification.)
7  BY MR. WOLF:
8    Q.  Dr. Jones, I'm referring to page 2,
9  paragraph number 3.  It is stated there that, "I have
10  reviewed the following materials to determine the
11  proper and correct scope of Claims 1, 2, and 19."
12       Now, you go on to list a number of materials
13  here.  The first question is about Exhibit No. 9,
14  which you refer to on page 3.  Do you have that in
15  front of you?
16    A.  I do, in fact, yes.  Yes, I've got that.
17    Q.  Can you tell me how Exhibit 9 helped you
18  determine the proper and correct scope of the claims?
19       MS. SHANBERG:  Objection.  Assumes facts.
20       THE WITNESS:  This is a USB -- This is
21  showing the way that people were thinking about using
22  USB for driving a video display; and in particular at
23  the time, they were controlling the contrast and
24  brightness of the display through USB.
25

Page 115

1    Q.  Can you tell me how that helped you
2  determine the proper scope -- sorry -- proper and
3  correct scope of the claims?
4    A.  I would have to look through my declaration
5  to see exactly what it referred to.  But this is a
6  patent that uses USB and video, so it's relevant in
7  determining what the meaning of those terms might be
8  at the time.
9    Q.  Can you turn to Exhibit 11.
10    A.  Yes.
11    Q.  That's Exhibit 11 of Exhibit No. 6.
12    A.  Is this the same patent, 2004/0021615?
13    Q.  That's correct.
14    A.  Yes.  I now have that, yes.
15    Q.  Now, this is actually a patent application.
16       Are you aware that it has matured into a
17  patent yet?
18    A.  I don't know.
19    Q.  I draw your attention to paragraph No. 17,
20  which is on page 2.
21    A.  Yes.
22    Q.  I believe you referred to this paragraph in
23  your declaration when you were talking about what one
24  would interpret "USB" to mean.  Do you recall that
25  testimony?

Page 117

1  BY MR. WOLF:
2    Q.  And were they converting it to VGA?
3    A.  There they are not converting it to VGA.
4    Q.  And so how does that -- going back to my
5  question.  How does it help you determine the scope
6  of the claims here?
7    A.  Oh.  It's just one of the documents that I
8  reviewed when looking at how to scope the claims.
9    Q.  And --
10    A.  This is really just a list of the documents
11  that I reviewed.
12    Q.  Now, when you say that you determined the
13  proper and correct scope of the claim, what exactly
14  do you mean by that?
15    A.  Well, really, to determine what the
16  different terms of USB and VGA and what the wording
17  in the claims actually covers in terms of the
18  technologies that they would cover; so the scope of
19  their meaning.
20    Q.  Now, I refer again back to page 3 and this
21  time to Exhibit No. 11, which is Section K, it looks
22  like, in your declaration.  It refers to U.S. Patent
23  Application No. 2004/0021615.  And that's Exhibit
24  No. 11.
25    A.  Yes.

Page 116

1    A.  Not -- not in detail.
2    Q.  Then I would refer back to your declaration.
3  And I'll get you the page.
4    A.  Yes.
5    Q.  This is page 13 of your declaration.
6    A.  Yes.
7    Q.  And paragraph No. 25, the last sentence
8  starts, "Furthermore, the USB in the '788 patent..."
9  Do you see that?
10    A.  Yes.
11    Q.  And then you go on to refer to Exhibit
12  No. 11 at paragraph 17 on the next page.
13    A.  Yes.
14    Q.  How does Exhibit No. 11 at paragraph 17
15  enable you to limit the technology to USB revision
16  2.0 and predecessor technology?
17    A.  Well, it's just that in that paragraph they
18  talk about this USB may be the version 1.1 or the
19  version 2.0 USB.  So at that time, those were the
20  versions that people would normally talk about.
21    Q.  And --
22    A.  I think that -- Was that patent filed in
23  2002?  Yes, July 2002.  So they were talking about
24  USB version 1.1 and 2.0.
25    Q.  I'm going to read to you a sentence in that

Page 118

3 (Pages 115 to 118)

1  same paragraph. It starts off, "The present
2  invention is not limited to the use of version 1.1 or
3  2.0 USB but can easily be adapted to other USB
4  versions or other connection or interface techniques
5  presently existing or to be developed in the future;
6  for example, Bluetooth or other wireless connections."
7      A. Yes.
8      Q. So do you think -- In your opinion, would
9  this patent application cover future USB versions?
10     **A. Yes, it would, if they have the suitable**
11  **properties. Because they say future -- and other USB**
12  **versions existing or to be developed in the future;**
13  **for example, Bluetooth. They're not talking about**
14  **other USB versions, they're talking about Bluetooth,**
15  **which is completely different from USB. And they are**
16  **just saying if there are other interface techniques**
17  **other than USB, other than USB-1 or 2, which might be**
18  **other USB -- they might be called USB or they might**
19  **be Bluetooth or they might be wireless connections.**
20     Q. So are you aware of another USB that has
21  been developed after 2.0?
22     **A. Not yet, no. No. But they may name**
23  **something USB that they develop in the future.**
24  **Whether it will be anything to do with USB 1.1 or**
25  **2.0, we'll have to see. But I'm not aware at the**

Page 119

1  moment of another numerical USB.
2      Q. But if there was another numerical USB, it
3  would fall within this patent; right?
4      **A. No. I think that would be a rather complex**
5  **answer. It could be -- it could be an ultrasonic**
6  **sound bus or it could be -- just because something**
7  **called is USB doesn't necessarily mean it should fall**
8  **within the scope of the patent, I guess.**
9      **But I think that's a complex argument**
10  **that -- I'm just trying to work out what the term**
11  **"USB" meant in the claim at the time that the patent**
12  **was filed. And there the interpretation is USB 1.1**
13  **or 2.0 or the other pre-existing USB, universal**
14  **serial bus, specifications.**
15     **But I don't think they -- you're trying to**
16  **say, do I believe that the scope of the patent**
17  **included not yet invented or imagined communication**
18  **systems?**
19     Q. Well, I'm just reading from this sentence in
20  paragraph 17 It says, essentially, that the
21  invention here can be easily adapted to other USB
22  versions.
23     **A. Oh, yes, that's their intention. Yes,**
24  **that's right. Well, they have explicitly envisioned**
25  **that their invention could be used with other**

Page 120

1  **technologies other than version 1.1 or 2.0 USB to**
2  **adaptation.**
3      Q. And so the difference in the patent at issue
4  here, the '788 patent, is that they didn't put that
5  language in there?
6      **A. Yes. The language they used in the '788**
7  **patent was -- was -- at the time specifically meant**
8  **universal serial bus and the specifications that were**
9  **available at the time were 2.0 and the previous sets**
10  **of specifications. And that's -- I'm trying to**
11  **define essentially what the meaning of that claim is.**
12  **And at that time, that's what universal serial bus**
13  **meant to me and I think to most other people skilled**
14  **in the art.**
15     Q. Now, if the '788 patent said the same
16  language such as, "but can easily be adapted to other
17  USB versions," then it would be broader than how you
18  read it now. Is that true?
19     MS. SHANBERG: Objection. Incomplete
20  hypothetical.
21     THE WITNESS: No. I'm looking at the scope
22  of the claim. I'm not looking -- If the claim says
23  something other than universal serial bus, then I'll
24  look at it and see what the scope might be. But when
25  the claim says "universal serial bus," I told you

Page 121

1  what I think it means.
2  BY MR. WOLF:
3      Q. Now, in the background section where you're
4  describing your experience, the section with
5  technology and so forth, you stated that you had
6  14 patents. Is that correct?
7      **A. I don't know if that's correct at the**
8  **moment. But, yes, that's largely correct.**
9      Q. All right. Are any of those --
10     **A. I couldn't be sure of the exact number at**
11  **the moment.**
12     Q. I understand you have several pending patent
13  applications, too.
14     **A. Yes, that's right. And the patents become**
15  **granted in different countries. Most of those**
16  **patents are no longer under my control; many of them**
17  **are being prosecuted by my previous employers.**
18     Q. Did you ever work with anybody that is
19  presently employed by DisplayLink?
20     **A. Yes, I think I have worked with a couple of**
21  **people who are presently employed at DisplayLink.**
22     Q. Could you list those people for me?
23     **A. I'm not sure who they are. I think -- I'm**
24  **not sure who DisplayLink's employees are. But there**
25  **is an Andrew Fisher and I think Tim Glowerth**

Page 122

4 (Pages 119 to 122)

1  (phonetic) may work for DisplayLink.
2      Q. The second one --
3      A. It's a little different than Cambridge
4  because so many people change around between so many
5  different the companies.
6      Q. Sure. The second --
7      A. But I think at least those two, Tim Glowerth
8  and Andy Fisher I think are two, and there may be
9  others. There may be a Paul Osborne -- there's
10 another person I worked with named Paul Osborne, who
11 may be working for DisplayLink now.
12     Q. Is that everybody that you're aware of?
13     A. Yes. I think that there was another person
14 I worked with called Quentin Spaten-Fraser, but I
15 don't think he is part of DisplayLink now. But I
16 think part of the -- some of the ideas for the
17 DisplayLink might have come out of one of his
18 previous companies.
19     All these people worked for the AT&T
20 research laboratory in Cambridge, and that's where I
21 worked with them.
22     Q. Have you ever had any ownership interest in
23 any of the companies that these people have been
24 involved with?
25     A. No. Actually, it's a complicated history.

Page 123

1  think I did was about -- the first one I recall
2  filing was about putting two sets of timestamps on
3  the video or audio data. And that has certainly --
4  that certainly existed in the United States, and it
5  is currently -- I assume it is still currently being
6  prosecuted and used by AT&T.
7      There was a batch of about six patents to do
8  with indoor ultrasonic location technology. Then
9  there were two patents to do with vehicle navigation
10 systems communicating with central services via
11 wireless means.
12     Q. Were you involved in the prosecution of
13 these patents?
14     A. Yes. I was the inventor of these patents,
15 so I basically talked to the agents, had the patent
16 filed. Not -- there wasn't -- and I think for one or
17 two, yes, we must have composed replies to the search
18 reports for one or two of them.
19     Q. The U.S. search reports?
20     A. I don't actually recall the U.S. search
21 reports, but I could well have done. AT&T's legal
22 and patenting department was actually very good at
23 dealing with them themselves in most cases. But I
24 have looked at search reports on some patents, but
25 that's mostly U.K. and European.

Page 125

1  But I did have a shareholding in a company that Tim
2  Glowerth worked for many years ago, 15 years ago.
3  But he actually left our laboratory when he went
4  after a spinout company, and I had a shareholding in
5  that. But that was nothing to do with DisplayLink.
6      Q. Do you recall what company that was?
7      A. That was originally called Telemedia
8  Systems, Ltd. and later became Internet Pro Video,
9  IPV. And I believe it's still going.
10     Q. Do you still have any interest in that
11 company or any of its successors?
12     A. No.
13     Q. Okay. So back to your experience. I'm
14 going to refer you to your declaration where you do
15 talk about the background, experience, qualifications.
16     A. Yes.
17     Q. And that would be starting on page 2 of
18 Exhibit 6.
19     A. Yes.
20     Q. Are any of these patents or patent
21 applications that you referred to filed or pending in
22 the United States?
23     A. Yes.
24     Q. Which ones?
25     A. Well, there is a patent -- the first one I

Page 124

1      Q. Are you aware of any difference in the
2  patent laws between the U.K. and the U.S.?
3      A. I'm aware that the laws are different, but I
4  wouldn't know the detailed differences.
5      Q. Have you testified in connection with a U.S.
6  patent litigation before?
7      A. No. No, I haven't.
8      Q. Have you served as an expert, either as a
9  testifying expert or as a nontestifying expert, in
10 connection with a U.S. patent litigation other than
11 this case?
12     A. I just started to, actually. After this
13 case, I have been -- Well, I don't know if you call
14 it -- I have been helping a firm in Texas, really, as
15 a technology expert in their replies to a
16 reexamination of a patent.
17     Q. So when you say that you have determined the
18 proper and correct scope of the claims here, you're
19 not really talking about the scope of the claims,
20 you're talking about the particular terms; right?
21     A. Yes. Well, I'm talking about, yes, what I
22 would take the claims to mean.
23     Q. Take the claims to mean?
24     A. Yes. What are the terms in the claims.
25     Q. Okay. I'm a little bit confused.

Page 126

5 (Pages 123 to 126)

**Page 127**

1    Are you saying that you're interpreting the
2 entire claim or just individual terms in the claim?
3    A. Whatever I have been asked to do, I think --
4 what I have been asked to do is look at particular
5 terms and say what I believe they would have meant at
6 the time. And that's what I have been doing.
7    Q. And have you formed an opinion on whether
8 DisplayLink's products would infringe MTC's patent?
9    A. No. I know very little about DisplayLink's
10 products other than that they are to do with sending
11 display signals over a USB into a display. But I
12 don't actually know how DisplayLink's -- how its
13 hardware and software works. So I don't have much
14 idea whether they're infringing or not.
15    Q. Could you turn to page 13 of your
16 declaration, please.
17    A. Yes.
18    Q. Now, in paragraph 23 you're discussing one
19 of ordinary skill in the art, and you go on to list a
20 number of qualifications that that person must have:
21 a degree in electrical engineering or computer
22 science, experience in hardware design, and so forth.
23    A. Yes.
24    Q. How many years out of college would that
25 person typically have?

**Page 128**

1    A. It depends on the person. But first I'll
2 say what I'm thinking of here.
3    I'm looking for who is the sort of person
4 who, reading this patent, could implement it without
5 much further invention. So they've got all the
6 different skills and things they need, apart from
7 what is described in this patent, to actually
8 implement it. And it is possible that somebody who
9 has just come out of their degree in university, if
10 they are a very practical person and they've spent
11 five years doing their degree and have done some good
12 projects, they may have that level of experience.
13    On the other hand, if you took your average
14 person with a degree in electrical engineering or
15 computer science, I think they -- in order to
16 implement a system like this, they would have to have
17 at least a couple years of experience in a good
18 environment.
19    Q. I'm still here, I'm just going through my
20 papers.
21    A. Yeah.
22    Q. Now, I'm going to ask you a couple questions
23 about DisplayLink's definition of display device.
24    A. Okay.
25    Q. And I believe it's your testimony that that

**Page 129**

1 device is limited to displaying VGA signals; is that
2 correct?
3    A. Could you refer me to that part?
4    Q. Okay. Now you're making it difficult. I'll
5 find it, sure.
6    A. I have certainly been defining what I think
7 VGA meant in the context of that patent.
8    Q. Yeah. Let's see here.
9    It's page 16 of your declaration is where
10 you're talking about display device. Do you want to
11 have a second to read that over?
12    A. Yes. Okay.
13    Q. Is this display device capable of
14 processing, let's say, SVGA resolution signals?
15    A. No.
16    Q. So this monitor is only capable of the
17 maximum of 640 x 480 screen resolution?
18    A. Yes. And the data rates that would come
19 over the USB bus and things like that, yes. Yes.
20    Q. Okay. And in 2002, were these types of
21 monitors -- I'll strike that question.
22    Where would you go in 2002 to find this type
23 of display device?
24    A. Oh, many catalogs -- all sorts of catalogs
25 and suppliers would have this sort of display device.

**Page 130**

1    Q. Was this the type of display device --
2 strike that question again.
3    Who would typically use a display device
4 with that resolution?
5    A. It would typically be industrial computers,
6 point-of-sale terminals. Many, many sorts of --
7 point-of-sale terminals, the sorts of displays you
8 might see in a railway station, showing you the
9 timetable information and those sorts of things.
10 640 x 480 and that colordex was a very useful and
11 very common resolution.
12    Q. Could you list those -- I'm sorry to
13 interrupt you.
14    A. That's okay.
15    Q. Could you list those devices again, that you
16 just mentioned? It started with industrial something
17 or other. I couldn't quite get it.
18    A. Yes. So industrial computers that do things
19 like they display the condition of a plant, displays
20 perhaps at railway stations of timetable information.
21    Typically, you might also use them -- I used
22 to use one at work for examining computers that --
23 system administrators would use them for looking at
24 the boot-up process of the computer or the server.
25    Q. So at that time, what was the -- and I'm

1 referring to December of 2002 -- what was the typical
2 monitor, let's say, a consumer would use in terms of
3 the screen resolution?
4     A. That would probably be XVGA or XGA. It's
5 not just the resolution, it's also the speed at which
6 the pixels come out, it's the refresh rates and the
7 colordex. So it might be SVGA at 1024 x 768
8 resolution or XGA at 1280 x 1024 resolution.
9     Q. And I think you also mentioned -- and I'm
10 sorry for confusing you. But when I asked you to
11 list those devices that you'd mentioned earlier, I
12 think you also mentioned point-of-sale terminals; is
13 that correct?
14     A. Oh, yes. Point-of-sale terminals, yes. So
15 advanced cash registers that show you what you're
16 buying and that sort of thing. They -- some of those
17 are very likely to be VGA terminals.
18     Oh, another one is -- I have one in my car,
19 actually, from around that time which -- it's a car
20 mounted display which is 640 x 480 VGA.
21     Q. But what provides the feed for that signal?
22     A. That one -- that one is served with a
23 digital panel link signal.
24     Q. So is it using a PCI or AGP?
25     A. No, it's using -- it's on the motherboard.

Page 131

1     Q. Do you know when PCI was developed?
2     A. No. No, not accurately.
3     Q. All right, then.
4     A. But I think PCI was before AGP. Clearly,
5 many computers had an ISA bus to start with, and then
6 they moved on to PCI and then later PCI and AGP.
7 There might have been ISA and AGP, I don't know. But
8 I'm not sure if the two ever co-existed.
9     Q. Wasn't AGP -- Is AGP still in use?
10    A. Yes.
11    Q. Isn't AGP helpful for use in processing,
12 let's say, advanced graphics -- higher screen
13 resolutions, I should say?
14    A. Yes, AGP can support higher screen
15 resolutions than just VGA.
16    Q. Plaintiffs also mention in their brief
17 that -- I'm going to strike that, because I don't
18 want to misquote it, but something about VGA again.
19    A. Yes.
20    Q. And VGA controller is one of the terms that
21 we're defining here.
22    A. Yes.
23    Q. What would you understand -- of course, in
24 2002 -- a VGA card to be?
25    A. A VGA card or a VGA controller?

Page 133

1     Q. That point-of-sale terminal, would that be
2 using PCI or AGP?
3     A. I don't know. I would suspect not. I think
4 they would try and integrate as much as they could.
5     On the motherboard -- so I should say, on
6 the motherboard they probably would be using -- I
7 doubt they would have PCI or AGP slots. But on the
8 motherboard, they probably would be driving the VGA
9 controller through a PCI or AGP bus.
10    Q. As far as PCI and AGP, do you know when AGP
11 was developed?
12    A. I couldn't put a firm date on it, I'm
13 afraid. I suspect it was in the late '80s,
14 mid-to-late '80s. No, actually, it would be later
15 than that. It would probably be in the '90s. But
16 I'm afraid I'm that vague about when it was actually
17 developed.
18    Q. Do you know what the purpose of AGP was?
19 Was there a general reason why it was created?
20    A. Yes. It was created to upload the graphics
21 interactions from the PCI bus or ISA bus. So it was
22 an additional bus, so that whatever was being done
23 with the video wouldn't interfere with what was being
24 done in all the other peripherals plugged into the
25 PCI or the ISA bus.

Page 132

1     Q. VGA card.
2     A. Okay. A VGA card would typically be a card
3 that plugged into some framework. And a common one
4 would be to plug it into an ISA bus or a PCI bus on a
5 PC, and which provided the specific set of pixel
6 layouts and color bits and resolutions that the IBM
7 video and graphics array defined.
8     Q. Could you --
9     A. That is the VGA part.
10    Q. I'm sorry, I missed that.
11    A. Yes, that is what I would take a VGA card to
12 be: Something that adheres to the standards of the
13 IBM video graphics array.
14    So the card, I'm presuming you mean
15 something that can be plugged into a bus in a rack or
16 a PC.
17    Q. And how would you contrast that with a VGA
18 controller?
19    A. The VGA controller is a particular component
20 which knows how to handle the generation of the
21 signals of the pixel rate signals and the color
22 information that the IBM VGA standard requires.
23    Q. So there would have to be components --
24 under your definition, there would have to be
25 components added to that controller to make it a

Page 134

7 (Pages 131 to 134)

1  card; is that correct?
2      A. Yes, that's right. Yes.
3      There would be things like, physically there
4  would be analog-to-digital converters to actually
5  drive the analog signals if it was going out to an
6  analog display. And there would be bus interface
7  components that were specific to the PCI or the ISA
8  or whatever bus the VGA controller card was being
9  plugged into; your term, the VGA card.
10     And these are not necessarily that there is
11 a separate video controller on the card. I mean by
12 this time, you could integrate a lot of those
13 functions together on a single chip. So you might
14 not be able to identify a specific controller
15 necessarily, but its functions would be implemented
16 on an integrated circuit with many other functions.
17     Q. Sure.
18     Now, discussing VGA still, would you turn to
19 page 15 of your declaration.
20     A. Yes.
21     Q. Footnote 4 -- don't bother reading the whole
22 thing. But in Footnote 4, referring to VGA, part 2,
23 Exhibit No. 14; do you see that?
24     A. Yes.
25     Q. Would you turn to Exhibit 14.

Page 135

1  sub-monitor having a -- this is one of their
2  examples; their example is you could have a 640 x 480
3  resolution.
4      Q. Yes. Okay, I see that.
5      A. And that's important, because that's half
6  the resolution that you could support over USB-2
7  without extra compression or invention.
8      If I could just mention, you know, they were
9  considering driving that resolution over the USB and
10 not higher resolution displays.
11     Q. Could you look at paragraph 5 of that
12 patent.
13     A. Yes.
14     Q. Paragraph 5 reads, "Thus, the main monitor
15 should be driven by a high-performance VGA card in
16 order to transmit video data for displaying a
17 1024 x 748 resolution."
18     A. Yes. But they are using their VGA there.
19 They mean video adapter. They might as well have
20 said "should be driven by a high-performance video
21 adaptor card in order to transmit video data for
22 displaying a 1024 x 748 resolutionm," because they
23 define VGA as meaning "video graphic adapter."
24     Q. So that VGA card is different than the VGA
25 card we were just talking about?

Page 137

1      A. Yes.
2      Q. Now, the VGA in Exhibit No. 14, it stands
3  for "video graphic adapter"; is that correct?
4      A. That's what they define it to mean, yes,
5  that's right.
6      Q. So that's different than the VGA in the '788
7  patent; is that correct?
8      A. Yes. It's a different meaning of a
9  three-letter acronym, yes. It's quite unusual, in my
10 experience, yes. It would have been a lot simpler if
11 they would have just called it a VA, a video adapter,
12 rather than a video graphics adapter. Then there
13 wouldn't be any confusion.
14     Q. I just want to make it clear that there is a
15 distinction between the two. And I guess my question
16 is for you, if -- Well, my question is: For what
17 purpose are you relying on Exhibit No. 14?
18     A. Oh. Just in Exhibit No. 14, the video
19 display that they're driving over the USB is
20 specifically mentioned somewhat to be a VGA
21 resolution -- sorry. It's specifically mentioned to
22 be 640 x 480 resolution, which is suggestive of the
23 IBM video graphics array resolution.
24     I don't know if I can find -- I think
25 paragraph 31 of that patent mentions that the

Page 136

1      A. Yes, there is a separate -- there is a
2  separate VGA subsystem which sits on the other end of
3  the USB bus.
4      I mean, there they're talking about a normal
5  video adapter. But the particular thing in this
6  patent that sits on the other end of the USB is a
7  640 x 480 resolution. That's really just the point I
8  wanted to make. And they don't actually say that it
9  is IBM -- that's it's a 640 x 480 resolution;
10 they're driving something that is an IBM video
11 graphics adapter, but the 640 x 480 is certainly
12 suggestive of that.
13     Q. Could you look at paragraph 21.
14     A. Yes.
15     Q. It says there that "Figure 1 is a block
16 diagram for explaining a video graphic adapter (VGA)
17 port for driving a sub-monitor in a dual monitor
18 using a universal serial bus (USB) according to the
19 present invention."
20     A. Yes.
21     Q. Now, when they say "VGA port," is that
22 different than the VGA port in the '788 patent?
23     A. Yes, I think it has to be. Because they
24 specifically define VGA as being video graphics
25 adapter.

Page 138

8 (Pages 135 to 138)

1  In that paragraph 21, they say that VGA here
2  refers to video graphic adapter. So it's not video
3  graphic array or IBM VGA or any other term.
4  Q. So they are misusing the term VGA?
5  A. Well, no. They define the term VGA to mean
6  that it's something other than the IBM video graphic
7  array.
8  Q. How many pins would that VGA port have?
9  A. I don't know. A video graphic adapter port
10 can have any number of pins.
11 Q. When you analyzed the proper scope of the
12 claims at issue here, did you also analyze whether or
13 not there could be equivalents to those claims?
14 MS. SHANBERG: Objection. Calls for a legal
15 conclusion.
16 BY MR. WOLF:
17 Q. Go ahead and answer.
18 A. Sorry, I don't quite understand. I didn't
19 understand the question.
20 Q. The question is whether there are any
21 equivalents. The doctrine of equivalents, did you
22 look at that in connection with your analyzation of
23 the scope of the claims here?
24 A. No.
25 Q. Are you familiar with the doctrine of

Page 139

1  defined at the time. But it would be one of the
2  sockets defined in the USB 2.0 and preceding
3  standards, of which there may have been one or two.
4  Q. Was it practical in 2002 to use this
5  invention for surfing the Internet, say?
6  MS. SHANBERG: Objection. Incomplete
7  hypothetical.
8  THE WITNESS: Can I still answer?
9  BY MR. WOLF:
10 Q. Yes, you can still answer.
11 A. With this invention as it stands, you
12 couldn't surf the Internet. If you're saying
13 could -- because it's not a computer.
14 Q. When you use the invention in connection
15 with a computer and you have this -- you're saying
16 the screen resolution would be limited to 640 x 480;
17 correct?
18 A. Yes.
19 Q. Would that be practical to surf the Internet
20 with a 640 x 480 resolution?
21 A. Well, yes.
22 Q. So was that what people in 2002 were
23 generally doing?
24 MS. SHANBERG: Objection. Calls for
25 speculation.

Page 141

1  equivalents?
2  A. No.
3  MR. WOLF: All right. Stefani, it you don't
4  mind, I'd like to take a 10-minute break. And then
5  we can finish everything in an hour and a half.
6  MS. SHANBERG: Okay. So what time do you
7  want us to come back on?
8  MR. WOLF: 10:30.
9  (Brief recess taken.)
10 BY MR. WOLF:
11 Q. Dr. Jones, I just have a couple questions
12 for you.
13 A. Yes.
14 Q. In the '788 patent, they refer to the term
15 "VGA plug." And what do you interpret that to mean?
16 Sorry. What would a person of ordinary skill in the
17 art, in December 2002, interpret "VGA plug" to mean?
18 A. I would take that to mean the plug defined
19 and used by IBM with their video graphics array.
20 Q. That's the 15-pin plug?
21 A. Yes.
22 Q. And how about for the term "USB socket" as
23 used in the '788 patent?
24 A. That would be a USB type socket. I would
25 have to check which particular socket types were

Page 140

1  THE WITNESS: Yes.
2  BY MR. WOLF:
3  Q. Dr. Jones, you can answer unless your
4  counsel advises you not to.
5  A. Oh, yes. Yes, people surf the Internet on
6  320 x 420 displays on their mobile phones. It might
7  have even been later than 2002 that 640 x 480
8  displays on mobile phones or on packs became
9  available for surfing the Internet. But, yes,
10 certainly people did.
11 Q. How about with your desktop PC?
12 A. I don't see why you shouldn't, no. Using
13 you desktop PC to surf the Internet would be -- you
14 can certainly do that, and you can do that at
15 640 x 480 resolution.
16 Q. Would all the features be enabled?
17 MS. SHANBERG: Objection. Incomplete
18 hypothetical.
19 THE WITNESS: It would work as -- it's up to
20 the browser to make the best use of that 640 x 480
21 display and all its colors. But they certainly did.
22 BY MR. WOLF:
23 Q. So was that a common practice, as far as you
24 know?
25 MS. SHANBERG: Objection. Calls for

Page 142

9 (Pages 139 to 142)

1  speculation.
2        THE WITNESS: Yes, it was certainly on
3  mobile devices. On desktop PCs, I think if they have
4  a 640 x 480 monitor, I don't see why they shouldn't
5  surf the Internet.
6  BY MR. WOLF:
7        Q. I thought you testified earlier that it was
8  uncommon for a consumer to have a 640 x 480 monitor.
9        MS. SHANBERG: Objection. Mischaracterizes
10 earlier testimony.
11       THE WITNESS: It's common in those days for
12 PCs to be supplied with a monitor of higher
13 resolution. But that doesn't stop you from browsing
14 the Web on a monitor of 640 x 480 resolution.
15 BY MR. WOLF:
16       Q. And the monitor we're talking about is
17 different than the monitor or the -- strike that.
18       The monitor you're referring to now is going
19 to be different than the display device that you were
20 referring to earlier that was limited to that VGA
21 resolution; is that correct?
22       MS. SHANBERG: Objection. Confusing.
23       THE WITNESS: Which monitor?
24 BY MR. WOLF:
25       Q. Earlier, you had stated -- and correct me if

Page 143

1        A. I'm not sure. It all depends how much you
2  want to pay. They were available in a range of
3  different -- displays were available in several
4  different resolutions at that time.
5        Q. Could you look at the '788 patent for me.
6  And we're looking at column 1, starting with line
7  number 10, where it discusses the related art.
8        A. Yes.
9        Q. And the related art section here discusses a
10 computer system having a display device, a host
11 machine, sets of display signals and so forth.
12       A. Yes.
13       Q. In the course of your reading the '788
14 patent, was this device they're discussing limited to
15 a 640 x 480 screen resolution?
16       A. Yes.
17       Q. So when they discuss the terms PCI display
18 interface and AGP display interface, the
19 understanding was that those display interfaces were
20 to be used only in connection with the 640 x 480
21 resolution?
22       A. In the context of this patent, yes.
23       MR. WOLF: I don't have any further
24 questions.
25       MS. SHANBERG: I don't have any questions.

Page 145

1  I'm wrong -- that the display of this device -- of
2  this invention is limited to a 640 x 480 screen
3  resolution.
4        A. Yes.
5        Q. And that monitor or -- strike that. That
6  display device wouldn't commonly be used by a
7  consumer; correct?
8        A. Yes, it could be used by a consumer.
9        Q. I thought your prior testimony --
10       A. I don't know whether it would be the market
11 leader size of display device. But certainly there
12 would be consumers buying machines with that sort of
13 display device.
14       Q. Was that commonly available in retail stores
15 in 2002?
16       MS. SHANBERG: If you know. Calls for
17 speculation.
18       THE WITNESS: Yes.
19 BY MR. WOLF:
20       Q. I didn't get that answer, I'm sorry.
21       A. Those sorts of displays were commonly
22 available. Whether they were in retail stores, I
23 don't know.
24       Q. In retail stores around December 2002, what
25 would be the most commonly available screen --

Page 144

1        MR. WOLF: Then we'll start with Dr. Min at
2  noon.
3        MS. SHANBERG: That sounds good.
4        MR. WOLF: Thank you very much, Dr. Jones.
5        THE WITNESS: Okay. Thank you.
6        (TIME ENDED: 10:41 a.m.)
7
8
9
10       _____
11       ALAN JONES, Ph.D.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 146

10 (Pages 143 to 146)

```
 1              CERTIFICATE OF REPORTER
 2
 3
 4          I, SHARON LANCASTER, do hereby certify that
 5   the witness in the foregoing deposition was present
 6   and by me sworn as a witness in the above-entitled
 7   action at the time and place therein specified;
 8          That said deposition was taken before me, a
 9   Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct record of said
13   deposition and of the proceedings which took place;
14          That I am a disinterested person in the said
15   action.
16          IN WITNESS WHEREOF, I have hereunto set my
17   hand this_____, 2008.
18
19
20
21          _____
22          SHARON LANCASTER, CSR No. 5468
23
24
25
                                        Page 147
```

## A

able 135:14
about 114:18 115:13,21
117:23 118:18,20,23
119:13,14 124:15
125:1,2,7 126:19,20
126:21 127:9 128:23
129:10 132:16 133:18
137:25 138:4 140:22
142:11 143:16
above-entitled 147:6
according 138:18
accurately 133:2
acronym 136:9
action 147:7,15
actually 114:18 116:17
117:15 123:25 124:3
125:20,22 126:12
127:12 128:7 131:19
132:14,16 135:4
138:8
adaptation 121:2
adapted 119:3 120:21
121:16
adapter 136:3,11,12
137:19,23 138:5,11
138:16,25 139:2,9
adaptor 137:21
added 134:25
additional 132:22
adheres 134:12
administered 114:2
administrators 130:23
advanced 131:15
133:12
advises 142:4
afraid 132:13,16
after 119:21 124:4
126:12
again 116:20 130:2,15
133:18
agents 125:15
ago 124:2,2
AGP 131:24 132:2,7,9
132:10,10,18 133:4,6
133:7,9,9,11,14
145:18
ahead 139:17
ALAN 110:14 112:10
114:1 146:10
already 114:21
Alto 112:5,17
analog 135:5,6
analog-to-digital 135:4
analyzation 139:22
analyze 139:12
analyzed 139:11
Andrew 122:25
Andy 123:8

## another

another 119:20 120:1,2
123:10,13 131:18
answer 120:5 139:17
141:8,10 142:3
144:20
anybody 122:18
anything 119:24
apart 128:6
APPEARANCES
113:1
appeared 112:8,20
113:6,8 114:3
application 116:23
117:15 119:9
applications 122:13
124:21
argument 120:9
around 123:4 131:19
144:24
art 121:14 127:19
140:17 145:7,9
asked 127:3,4 131:10
ASSOCIATES 110:22
assume 125:5
Assumes 115:19
attention 117:19
Attorney 112:19,20
113:6
AT&T 123:19 125:6
AT&T's 125:21
audio 125:3
available 121:9 142:9
144:14,22,25 145:2,3
average 120:13
aware 117:16 119:20
119:25 123:12 126:1
126:3
a.m 112:3 146:6

## B

back 116:4,20 118:2
124:13 140:7
background 122:3
124:15
basically 125:15
batch 125:7
Beach 113:4
became 124:8 142:8
become 122:14
before 112:6 114:19
126:6 133:4 147:8
behalf 112:20 113:7
being 112:13 122:17
125:5 132:22,23
135:8 138:24
believe 114:20 117:22
120:16 124:9 127:5

128:25
best 142:20
between 123:4 126:2
136:15
bit 126:25
bits 134:6
block 138:15
Bluetooth 119:6,13,14
119:19
boot-up 130:24
bother 135:21
Boulevard 112:5
break 140:4
BREWER 112:19
brief 133:16 140:9
briefs 114:15
brightness 115:24
broader 121:17
browser 142:20
browsing 143:13
Burlingame 110:23
bus 120:6,14 121:8,12
121:23,25 129:19
132:9,21,21,22,25
133:5 134:4,4,15
135:6,8 138:3,18
buying 131:16 144:12

## C

California 110:1,23
112:5,5,7,17 113:4
147:10
call 126:13
called 112:12 114:19
119:18 120:7 123:14
124:7 136:11
Calls 139:14 141:24
142:25 144:16
Cambridge 123:3,20
capable 129:13,16
car 131:18,19
card 133:24,25 134:1,2
134:2,11,14 135:1,8,9
135:11 137:15,21,24
137:25
case 114:15 126:11,13
cases 125:23
cash 131:15
catalogs 129:24,24
Cauley 114:10
central 125:10
certainly 125:3,4 129:6
138:11 142:10,14,21
143:2 144:11
CERTIFICATE 147:1
Certified 110:22 112:6
147:9
certify 147:4
change 123:4

## check

check 140:25
chip 135:13
circuit 135:16
claim 116:13 120:11
121:11,22,22,25
127:2,2
claims 115:11,18 116:6
116:8,17 117:3
126:18,19,22,23,24
139:12,13,23
clear 136:14
Clearly 133:4
college 127:24
color 134:6,21
colordex 130:10 131:7
colors 142:21
column 145:6
come 123:17 128:9
129:18 131:6 140:7
commencing 112:3
common 130:11 134:3
142:23 143:11
commonly 144:6,14,21
144:25
communicating 125:10
communication 120:17
companies 123:5,18,23
company 124:1,4,6,11
completely 119:15
complex 120:4,9
complicated 123:25
component 134:19
components 134:23,25
135:7
composed 125:17
compression 137:9
computer 127:21
128:15 130:24 141:13
141:15 145:10
computers 130:5,18,22
133:5
conclusion 139:15
condition 130:19
confused 126:25
confusing 131:10
143:22
confusion 136:13
connection 119:4 126:5
126:10 139:22 141:14
145:20
connections 119:6,19
considering 137:9
constitutes 147:12
consumer 131:2 143:8
144:7,8
consumers 144:12
context 129:7 145:22
continue 114:20
Continued 113:1

## contrast

contrast 115:23 134:17
control 110:7 122:16
controller 132:9 133:20
133:25 134:18,19,25
135:8,11,14
controlling 115:23
converters 135:4
converting 116:2,3
Corp 113:8
corporation 110:4,4,8
110:8 112:22
correct 115:11,18
116:13 117:3,13
122:6,7,8 126:18
129:2 131:13 135:1
136:3,7 141:17
143:21,25 144:7
147:12
counsel 112:20 113:6
142:4
Counterclaim 112:21
113:7
countries 122:15
couple 122:20 128:17
128:22 140:11
course 133:23 145:13
court 110:1 114:16
cover 116:18 119:9
covers 116:17
Cowan 110:23
co-existed 133:4
created 132:19,20
CROSS-ACTION
110:10
CSR 110:19 147:22
currently 125:5,5

## D

D 111:1
data 125:3 129:18
137:16,21
date 132:12
days 143:11
dealing 125:23
December 131:1
140:17 144:24
declaration 111:11
114:13,21,23 116:22
117:4,23 118:2,5
124:14 127:16 129:9
135:19
Defendant 110:9
112:21 113:7
Defendant's 111:10
Defendant/Cross-Pla...
112:12
define 121:11 136:4
137:23 138:24 139:5
defined 134:7 140:18

Page 149

141:1,2
**defining** 129:6 133:21
**definition** 128:23
  134:24
**degree** 127:21 128:9,11
  128:14
**department** 125:22
**depends** 128:1 145:1
**deposition** 110:13
  114:10 115:5 147:5,8
  147:13
**depositions** 112:2
  114:20
**described** 128:7
**describing** 122:4
**design** 127:22
**desktop** 142:11,13
  143:3
**detail** 118:1
**detailed** 126:4
**determine** 115:10,18
  116:5,15 117:2
**determined** 116:12
  126:17
**determining** 117:7
**develop** 119:23
**developed** 119:5,12,21
  132:11,17 133:1
**device** 128:23 129:1,10
  129:13,23,25 130:1,3
  143:19 144:1,6,11,13
  145:10,14
**devices** 130:15 131:11
  143:3
**diagram** 138:16
**difference** 121:3 126:1
**differences** 126:4
**different** 116:16 119:15
  122:15 123:3,5 126:3
  128:6 136:6,8 137:24
  138:22 143:17,19
  145:3,4
**difficult** 129:4
**digital** 131:23
**discuss** 145:17
**discusses** 145:7,9
**discussing** 127:18
  135:18 145:14
**disinterested** 147:14
**display** 115:22,24
  127:11,11 128:23
  129:10,13,23,25
  130:1,3,19 131:20
  135:6 136:19 142:21
  143:19 144:1,6,11,13
  145:10,11,17,18,19
**displaying** 129:1
  137:16,22
**Displaylink** 110:4

112:21 122:19,21
  123:1,11,15,17 124:5
**DisplayLink's** 114:14
  122:24 127:8,9,12
  128:23
**displays** 130:7,19
  137:10 142:6,8
  144:21 145:3
**distinction** 136:15
**DISTRICT** 110:1,1
**DIVISION** 110:2
**doctrine** 139:21,25
**documents** 116:7,10
**doing** 127:6 128:11
  141:23
**done** 125:21 128:11
  132:22,24
**doubt** 132:7
**Dove** 113:3
**Dr** 111:11 114:8,21,23
  115:8 140:11 142:3
  146:1,4
**draw** 117:19
**drive** 135:5
**driven** 137:15,20
**driving** 115:22 132:8
  136:19 137:9 138:10
  138:17
**dual** 138:17
**duly** 112:13 114:2

**E**

**E** 111:1 112:18
**earlier** 131:11 143:7,10
  143:20,25
**easily** 119:3 120:21
  121:16
**either** 126:8
**electrical** 127:21
  128:14
**employed** 122:19,21
**employees** 122:24
**employers** 122:17
**enable** 118:15
**enabled** 142:16
**end** 138:2,6
**ENDED** 146:6
**engineering** 127:21
  128:14
**entire** 127:2
**environment** 128:18
**envisioned** 120:24
**equivalents** 139:13,21
  139:21 140:1
**ERICK** 113:6
**essentially** 120:20
  121:11
**European** 125:25
**even** 142:7

**ever** 122:18 123:22
  133:8
**everybody** 123:12
**everything** 140:5
**exact** 122:10
**exactly** 116:13 117:5
**EXAMINATION**
  111:4 114:6
**examined** 112:13
**examining** 130:22
**example** 119:6,13
  137:2
**examples** 137:2
**Exhibit** 114:17,22,24
  115:1,2,5,13,17
  116:21,23 117:9,11
  117:11 118:11,14
  124:18 135:23,25
  136:2,17,18
**exhibits** 111:9 114:19
**existed** 125:4
**existing** 119:5,12
**experience** 122:4
  124:13,15 127:22
  128:12,17 136:10
**expert** 126:8,9,9,15
**explaining** 138:16
**explicitly** 120:24
**extra** 137:7

**F**

**fact** 115:16
**facts** 115:19
**fall** 120:3,7
**familiar** 139:25
**far** 132:10 142:23
**FAX** 110:25
**features** 142:16
**feed** 131:21
**Figure** 138:15
**filed** 118:22 120:12
  124:21 125:16
**filing** 125:2
**find** 129:5,22 136:24
**finish** 140:5
**firm** 126:14 132:12
**first** 112:13 114:2
  115:13 124:25 125:1
  128:1
**Fisher** 122:25 123:8
**five** 128:11
**following** 115:10
**follows** 114:4
**Footnote** 135:21,22
**foregoing** 147:5,11
**formed** 127:7
**forth** 112:14 122:5
  127:22 145:11
**framework** 134:3

**Friday** 112:3
**from** 114:20 119:15
  120:19 128:6 131:19
  132:21 143:13
**front** 115:15
**full** 147:12
**functions** 135:13,15,16
**further** 128:5 145:23
**Furthermore** 118:8
**future** 119:5,9,11,12,23

**G**

**general** 132:19
**generally** 141:23
**generation** 134:20
**GIBBS** 113:3
**Glowerth** 122:25 123:7
  124:2
**go** 115:12 118:11
  127:19 129:22 139:17
**going** 114:13 116:4
  118:25 124:9,14
  128:19,22 133:17
  135:5 143:18
**good** 125:22 128:11,17
  146:3
**Goodrich** 112:4,16
**governing** 112:2
**granted** 122:15
**graphic** 136:3 137:23
  138:16 139:2,3,6,9
**graphics** 132:20 133:12
  134:7,13 136:12,23
  138:11,24 140:19
**Great** 114:12 115:3
**guess** 120:8 136:15

**H**

**half** 137:5 140:5
**hand** 128:13 147:17
**handle** 134:20
**hardware** 127:13,22
**HARTMANN** 113:3
**having** 114:2 137:1
  145:10
**help** 116:5
**helped** 115:17 117:1
**helpful** 133:11
**helping** 126:14
**hereinafter** 112:14
**hereunto** 147:16
**higher** 133:12,14
  137:10 143:12
**high-performance**
  137:15,20
**history** 123:25
**host** 145:10
**hour** 140:5
**hypothetical** 121:20

141:7 142:18

**I**

**IBM** 134:6,13,22
  136:23 138:9,10
  139:3,6 140:19
**idea** 127:14
**ideas** 123:16
**identification** 115:6
**identify** 135:14
**II** 110:17
**imagined** 120:17
**implement** 128:4,8,16
**implemented** 135:15
**important** 137:5
**included** 120:17
**Incomplete** 121:19
  141:6 142:17
**individual** 127:2
**indoor** 125:8
**industrial** 130:5,16,18
**information** 130:9,20
  134:22
**infringe** 127:8
**infringing** 127:14
**integrate** 132:4 135:12
**integrated** 135:16
**intention** 120:23
**interactions** 132:23
**interest** 123:22 124:10
**interface** 119:4,16
  135:6 145:18,18
**interfaces** 145:19
**interfere** 132:23
**Internet** 124:8 141:5
  141:12,19 142:5,9,13
  143:5
**interpret** 117:24
  140:15,17
**interpretation** 120:12
**interpreting** 117:1
**interrupt** 130:13
**invented** 120:17
**invention** 119:2 120:21
  120:25 128:5 137:7
  138:19 141:5,11,14
  144:2
**inventor** 125:14
**involved** 123:24 125:12
**IPV** 124:9
**ISA** 132:21,25 133:5,7
  134:4 135:7
**issue** 121:3 139:12

**J**

**Jones** 110:14 111:11
  112:10 114:1,8,23
  115:5,8 140:11 142:3
  146:4,10

**JOSE** 110:2
**July** 118:23
just 115:3 116:7,10
    118:17 119:16 120:6
    120:10,19 126:12
    127:2 128:9,19
    130:16 131:5 133:15
    136:11,14,18 137:8
    137:25 138:7 140:11

**K**

**K** 116:21
know 117:18 122:7
    126:4,13 127:9,12
    132:3,10,18 133:1,7
    136:24 137:8 139:9
    142:24 144:10,16,23
knows 134:20

**L**

**L** 112:19
laboratory 123:20
    124:3
**LANCASTER** 110:19
    112:6 147:4,22
language 121:5,6,16
largely 122:8
last 118:7
late 132:13
later 124:8 132:14
    133:6 142:7
**Law** 112:19,20 113:6
laws 112:1 126:2,3
layouts 134:6
leader 144:11
least 123:7 128:17
left 124:3
legal 125:21 139:14
let's 114:12 115:3
    129:8,14 131:2
    133:12
level 128:12
like 114:9,16 116:22
    128:16 129:19 130:19
    135:3 140:4
likely 131:17
limit 118:5
limited 119:2 129:1
    141:16 143:20 144:2
    145:14
line 145:6
link 131:23
list 115:12 116:10
    122:22 127:19 130:12
    130:15 131:11
litigation 126:6,10
little 123:3 126:25
    127:9
**LLP** 112:16

location 125:8
longer 122:16
look 117:4 121:24
    127:4 137:11 138:13
    139:22 145:5
looked 125:24
looking 116:8 121:21
    121:22 128:3 130:23
    145:6
looks 116:21
lot 135:12 136:10
**Ltd** 124:8

**M**

machine 145:11
machines 144:12
**MAGIC** 110:7
main 137:14
make 134:25 136:14
    138:8 142:20
making 129:4
many 122:16 123:4,4
    124:2 127:24 129:24
    130:6,6 133:5 135:16
    139:8
mark 114:16
marked 114:21,23
    115:1,5
market 144:10
materials 115:10,12
matured 117:16
maximum 129:17
may 110:15 112:3
    118:18 119:22 123:1
    123:8,9,11 128:12
    141:3
**MCT** 113:7
mean 116:14 117:24
    120:7 126:22,23
    134:14 135:11 136:4
    137:19 138:4 139:5
    140:15,17,18
meaning 116:19 117:7
    121:11 136:8 137:23
means 122:1 125:11
meant 120:11 121:7,13
    127:5 129:7
mention 133:16 137:8
mentioned 130:16
    131:9,11,12 136:20
    136:21
mentions 136:25
mid-to-late 132:14
might 117:7 119:17,18
    119:18,19 121:24
    123:17 130:8,21
    131:7 133:7 135:13
    137:19 142:6
**Mill** 112:17

**Min** 146:1
mind 140:4
**Min's** 114:21
**Mischaracterizes**
    143:9
misquote 133:18
missed 134:10
misusing 139:4
mobile 142:6,8 143:3
moment 120:1 122:8
    122:11
monitor 129:16 131:2
    137:14 138:17 143:4
    143:8,12,14,16,17,18
    143:23 144:5
monitors 129:21
**MOSS** 110:22
most 121:13 122:15
    125:23 144:25
mostly 125:25
motherboard 131:25
    132:5,6,8
mounted 131:20
moved 133:6
**MTC's** 127:8
much 127:13 128:5
    132:4 145:1 146:4
must 125:17 127:20

**N**

**N** 111:1
name 119:22
named 123:10
navigation 125:9
necessarily 120:7
    135:10,15
need 114:25 128:6
**Newport** 113:4
next 118:12
nontestifying 126:9
noon 146:2
normal 138:4
normally 118:20
**NORTHERN** 110:1
nothing 124:5
number 111:3 115:9,12
    122:10 127:20 139:10
    145:7
numerical 120:1,2

**O**

oath 114:2,9
**Objection** 115:19
    121:19 139:14 141:6
    141:24 142:17,25
    143:9,22
off 119:1
office 114:10
offices 112:4

**Oh** 116:7 120:23
    129:24 131:14,18
    136:18 142:5
okay 115:3 124:13
    126:25 128:24 129:4
    129:12,20 130:14
    134:2 137:4 140:6
    146:5
one 116:7 117:23 123:2
    123:17 124:25 125:1
    125:16,18 127:18
    130:22 131:18,18,22
    131:22 133:20 134:3
    137:1 141:1,3
ones 124:24
only 129:16 145:20
oOo 111:7
opinion 119:8 127:7
order 114:19 128:15
    137:16,21
ordinary 127:19
    140:16
originally 124:7
**Osborne** 123:9,10
other 119:3,4,6,11,14
    119:16,17,17,18
    120:13,21,25 121:1
    121:13,16,23 126:10
    127:10 128:13 130:17
    132:24 135:16 138:2
    138:6 139:3,6
others 123:9
out 120:10 123:17
    127:24 128:9 131:6
    135:5
over 127:11 129:11,19
    136:19 137:6,9
ownership 123:22

**P**

packs 142:8
page 111:3 112:17
    115:8,14 116:20
    117:20 118:3,5,12
    124:17 127:15 129:7
    135:19
**Pages** 110:18
**Palo** 112:5,17
panel 131:23
papers 128:20
paragraph 115:9
    117:19,22 118:7,12
    118:14,17 119:1
    120:20 127:18 136:25
    137:11,14 138:13
    139:1
part 123:15,16 129:3
    134:9 135:22
particular 115:22

126:20 127:4 134:19
    138:5 140:25
patent 114:25 116:22
    117:6,12,15,17 118:8
    118:22 119:9 120:3,8
    120:11,16 121:3,4,7
    121:15 122:12 124:20
    124:25 125:15 126:2
    126:6,10,16 127:8
    128:4,7 129:7 136:7
    136:25 137:12 138:6
    138:22 140:14,23
    145:5,14,22
patenting 125:22
patents 122:6,14,16
    124:20 125:7,9,13,14
    125:24
**Paul** 123:9,10
pay 145:2
**PC** 134:5,16 142:11,13
**PCI** 131:24 132:2,7,9
    132:10,21,25 133:1,4
    133:6,6 134:4 135:7
    145:17
**PCs** 143:3,12
penalty 114:3
pending 122:12 124:21
people 115:21 118:20
    121:13 122:21,22
    123:4,19,23 141:22
    142:5,5,10
perhaps 130:20
peripherals 132:24
perjury 114:3
person 123:10,13
    127:20,25 128:1,3,10
    128:14 140:16 147:14
phones 142:6,8
phonetic 123:1
physically 135:3
**Ph.D** 110:14 112:10
    114:1 146:10
pins 139:8,10
pixel 134:5,21
pixels 131:6
place 147:7,13
**Plaintiff** 110:5 112:21
    113:7
**Plaintiffs** 133:16
plant 130:19
**PLC** 113:3
please 127:16
plug 134:4 140:15,17
    140:18,20
plugged 132:24 134:3
    134:15 135:9
point 138:7
point-of-sale 130:6,7
    131:12,14 132:1

port 138:17,21,22
  139:8,9
possible 128:8
practical 128:10 141:4
  141:19
practice 142:23
preceding 141:2
predecessor 118:16
present 119:1 138::9
  147:5
presently 119:5 122:19
  122:21
presuming 134:14
previous 141:9,20
  121:9 122:17 123:18
previously 115:1
pre-existing 120:13
prior 144:9
Pro 124:8
probably 131:4 132:6,8
  132:15
proceedings 147:13
process 130:24
processing 129:14
  133:11
products 127:8,10
projects 128:12
proper 115:11,18
  116:13 117:2,2
  126:18 139:11
properties 119:11
prosecuted 122:17
  125:6
prosecution 125:12
provided 134:5
provides 131:21
purpose 132:18 136:17
pursuant 112:1
put 121:4 132:12
putting 125:2

Q

qualifications 124:15
  127:20
Quentin 123:14
question 115:13 116:5
  129:21 130:2 136:15
  136:16 139:19,20
questions 128:22
  140:11 145:24,25
quite 130:17 136:9
  139:18

R

rack 134:15
railway 130:8,20
range 145:2
rate 134:21
rates 129:18 131:6

rather 120:4 136:12
read 118:25 121:18
  129:11
reading 120:19 128:4
  135:21 145:13
reads 137:14
really 116:10,15 126:14
  126:19 138:7
reason 132:19
recall 117:24 124:6
  125:1,20
recess 140:9
record 147:12
reexamination 126:16
refer 114:25 115:14
  116:20 118:2,11
  124:14 129:3 140:14
referred 117:5,22
  124:21
referring 114:13 115:8
  131:1 135:22 143:18
  143:20
refers 116:22 139:2
refresh 131:6
registers 131:15
related 110:10 145:7,9
relevant 117:6
relying 136:17
remain 115:1
REMEMBERED
  112:1
replies 125:17 126:15
Reported 110:18
reporter 112:7 114:16
  114:22 147:1,9
Reporters 110:22
reports 125:18,19,21
  125:24
represented 112:18
  113:5
requires 134:22
research 123:20
resolution 129:14,17
  130:4,11 131:3,5,8,8
  136:21,22,23 137:3,6
  137:9,10,17 138:7,9
  141:16,20 142:15
  143:13,14,21 144:3
  145:15,21
resolutionm 137:22
resolutions 133:13,15
  134:6 145:4
response 114:14
retail 144:14,22,24
reviewed 115:10 116:8
  116:11
revision 118:15
Richard 114:10
right 114:19 120:3,24

122:9,14 126:20
  133:3 135:2 136:5
  140:3
Road 110:23 112:17
ROBIN 112:19
Rosati 112:4,16

S

S 112:5
same 117:12 119:1
  121:15
SAN 110:2
saying 119:16 127:1
  141:12,15
says 120:20 121:22,25
  138:15
science 127:22 128:15
scope 115:11,18 116:5
  116:8,13,18 117:2,3
  120:8,16 121:21,24
  126:18,19 139:11,23
screen 129:17 131:3
  133:12,14 141:16
  144:2,25 145:15
search 125:17,19,20,24
second 123:2,6 129:11
section 116:21 122:3,4
  145:9
see 117:5 118:9 119:25
  121:24 129:8 130:8
  135:23 137:4 142:12
  143:4
sending 127:10
sentence 118:7,25
  120:19
separate 135:11 138:1
  138:2
serial 120:14 121:8,12
  121:23,25 138:18
served 126:8 131:22
server 130:24
services 125:10
set 112:14 134:5 147:16
sets 121:9 125:2 145:11
several 122:12 145:3
SHANBERG 112:19
  114:18 115:19 121:19
  139:14 140:6 141:6
  141:24 142:17,25
  143:9,22 144:16
  145:25 146:3
shareholding 124:1,4
SHARI 110:22
SHARON 110:19
  112:6 147:4,22
Shorthand 110:22
  112:6 147:9
show 131:15
showing 115:21 130:8

signal 131:21,23
signals 127:11 129:1,14
  134:21,21 135:5
  145:11
simpler 136:10
single 135:13
slts 138:2,6
six 125:7
size 144:11
skill 127:19 140:16
skilled 121:13
skills 128:6
slots 132:7
socket 140:22,24,25
sockets 141:2
software 127:13
some 123:16 125:24
  128:11 131:16 134:3
somebody 128:8
something 119:23
  120:6 121:23 130:16
  133:18 134:12,15
  138:10 139:6
somewhat 136:20
Sonsini 112:4,16
sorry 117:2 130:12
  131:10 134:10 136:21
  139:18 140:16 144:20
sort 128:3 129:25
  131:16 144:12
sorts 129:24 130:6,7,9
  144:21
sound 120:6
sounds 146:3
Spaten-Fraser 123:14
specific 134:5 135:7,14
specifically 121:7
  136:20,21 138:24
specifications 120:14
  121:8,10
specified 147:7
speculation 141:25
  143:1 144:17
speed 131:5
spent 128:10
spinout 124:4
standard 134:22
standards 134:12 141:3
stands 136:2 141:11
start 133:5 146:1
started 114:12 126:12
  130:16
starting 124:17 145:6
starts 118:8 119:1
State 112:7 147:9
stated 115:9 122:5
  143:25
States 110:1 124:22
  125:4

station 130:8
stations 130:20
Stefani 112:18 140:3
still 124:9,12 124:9,10
  125:5 128:19 133:9
  135:18 141:8,10
stop 143:13
stores 144:14,22,24
Street 113:4
strike 129:21 130:2
  133:17 143:17 144:5
submitted 114:14
subsystem 138:2
sub-monitor 137:1
  138:17
successors 124:11
suggestive 136:22
  138:12
suitable 119:10
Suite 110:23 113:4
supplied 143:12
suppliers 129:25
support 114:14 133:14
  137:6
sure 122:10,23,24
  123:6 129:5 133:8
  135:17 145:1
surf 141:12,19 142:5,13
  143:5
surfing 141:5 142:9
suspect 132:3,13
SVGA 129:14 131:7
sworn 112:13 147:6
system 128:16 130:23
  145:10
systems 120:18 124:8
  125:10

T

Taiwanese 110:8
take 126:22,23 134:11
  140:4,18
taken 140:9 147:8
taking 112:2
talk 118:18,20 124:15
talked 114:18 125:15
talking 117:23 118:23
  119:13,14 126:19,20
  126:21 129:10 137:25
  138:4 143:16
techniques 119:4,16
technologies 116:18
  121:1
technology 110:7
  118:15,16 122:5
  125:8 126:15
Telemedia 124:7
Telephone 112:18
  113:5

**telephonically** 112:7
 113:8 114:3
tell 115:17 117:1
**term** 120:10 135:9
 139:3,4,5 140:14,22
**terminal** 132:1
**terminals** 130:6,7
 131:12,14,17
**terms** 116:16,17 117:7
 126:20,24 127:2,5
 131:2 133:20 145:17
**testified** 112:14 114:4
 126:5 143:7
**testifying** 126:9
**testimony** 117:25
 128:25 143:10 144:9
**Texas** 126:14
**Thank** 146:4,5
**their** 116:19 120:23,25
 126:15 128:9,11
 133:16 137:1,2,18
 140:19 142:6
**themselves** 125:23
**thing** 131:16 135:22
 138:5
**things** 128:6 129:19
 130:9,18 135:3
**think** 118:22 119:8
 120:4,9,15 121:13
 122:1,20,23,25 123:7
 123:8,13,15,16 125:1
 125:16 127:3 128:15
 129:6 131:9,12 132:3
 133:4 136:24 138:23
 143:3
**thinking** 115:21 128:2
**thought** 143:7 144:9
**three-letter** 136:9
**through** 115:24 117:4
 128:19 132:9
**Tim** 122:25 123:7
 124:1
**time** 115:23 116:21
 117:8 118:19 120:11
 121:7,9,12 127:6
 130:25 131:19 135:12
 140:6 141:1 145:4
 146:6 147:7
**timestamps** 125:2
**timetable** 130:9,20
**together** 135:13
**told** 121:25
**transcribed** 147:10
**transcript** 147:11
**transmit** 137:16,21
**true** 121:18 147:12
**try** 132:4
**trying** 120:10,15
 121:10

**turn** 117:9 127:15
 135:18,25
**two** 123:7,8 125:2,9,17
 125:18 133:8 136:15
 141:3
**type** 129:22 130:1
 140:24
**types** 129:20 140:25
**typewriting** 147:11
**typical** 131:1
**typically** 127:25 130:3
 130:5,21 134:2

**U**
**ultrasonic** 120:5 125:8
**uncommon** 143:8
**under** 114:2,9 122:16
 134:24
**understand** 114:8
 122:12 133:23 139:18
 139:19
**understanding** 145:19
**United** 110:1 124:22
 125:4
**universal** 120:13 121:8
 121:12,23,25 138:18
**university** 128:9
**unless** 142:3
**unusual** 136:9
**upload** 132:20
**USB** 115:20,22,24
 116:16 117:6,24
 118:8,15,18,19,24
 119:3,3,9,11,14,15,17
 119:18,18,20,23,24
 120:1,2,7,11,12,13,21
 121:1,17 127:11
 129:19 136:19 137:9
 138:3,6,18 140:22,24
 141:2
**USB-1** 119:17
**USB-2** 137:6
**use** 112:2 119:2 130:3
 130:21,22,23 131:2
 133:9,11 141:4,14
 142:20
**used** 120:25 121:6
 125:6 130:21 140:19
 140:23 144:6,8
 145:20
**useful** 130:10
**uses** 117:6
**using** 115:21 131:24,25
 132:2,6 137:18
 138:18 142:12
**U.K** 125:25 126:2
**U.S** 116:22 125:19,20
 126:2,5,10

**V**
**VA** 136:11
**vague** 132:16
**vehicle** 125:9
**version** 118:18,19,24
 119:2 121:1
**versions** 118:20 119:4
 119:9,12,14 120:22
 121:17
**very** 125:22 127:9
 128:10 130:10,11
 131:17 146:4
**VGA** 116:2,3,16 129:1
 129:7 131:17,20
 132:8 133:15,18,20
 133:24,25,25 134:1,2
 134:9,11,17,19,22
 135:8,9,18,22 136:2,6
 136:20 137:15,18,23
 137:24,24 138:2,16
 138:21,22,24 139:1,3
 139:4,5,8 140:15,17
 143:20
**via** 125:10
**video** 115:22 117:6
 124:8 125:3 132:23
 134:7,13 135:11
 136:3,11,12,18,23
 137:16,19,20,21,23
 138:5,10,16,24 139:2
 139:2,6,9 140:19
**Volume** 110:17
**vs** 110:6

**W**
**WANG** 113:3
**want** 129:10 133:18
 136:14 140:7 145:2
**wanted** 138:8
**Washington** 110:4
**wasn't** 125:16 133:9
**way** 115:4,21
**Web** 143:14
**well** 116:15 118:17
 120:19,24 124:25
 125:21 126:13,21
 136:16 137:19 139:5
 141:21
**went** 124:3
**were** 114:9 115:21,23
 116:2 117:23 118:19
 118:23 121:8,9 125:9
 125:12 129:20 135:7
 137:8,25 140:25
 141:22 143:19 144:21
 144:22 145:2,3,19
**we'll** 119:25 146:1
**we're** 133:21 143:16
 145:6

**WHEREOF** 147:16
**whole** 135:21
**Wilson** 112:4,16
**wireless** 119:6,19
 125:11
**witness** 112:12 115:20
 121:21 141:8 142:1
 142:19 143:2,11,23
 144:18 146:5 147:5,6
 147:16
**WOLF** 111:4 113:6
 114:7 115:3,7 116:1
 122:2 139:16 140:3,8
 140:10 141:9 142:2
 142:22 143:6,15,24
 144:19 145:23 146:1
 146:4
**wording** 116:16
**work** 120:10 122:18
 123:1 130:22 142:19
**worked** 122:20 123:10
 123:14,19,21 124:2
**working** 123:11
**works** 127:13
**wouldn't** 126:4 132:23
 136:13 144:6
**wrong** 144:1

**X**
**x** 111:1 129:17 130:10
 131:7,8,20 136:22
 137:2,17,22 138:7,9
 138:11 141:16,20
 142:6,7,15,20 143:4,8
 143:14 144:2 145:15
 145:20
**XGA** 131:4,8
**XVGA** 131:4

**Y**
**Yeah** 128:21 129:8
**years** 124:2,2 127:24
 128:11,17

**1**
**1** 114:17 115:11 138:15
 145:6
**1.1** 118:18,24 119:2,24
 120:12 121:1
**10** 145:7
**10-minute** 140:4
**10:30** 140:8
**10:41** 146:6
**1024** 131:7,8 137:17,22
**1050** 113:4
**11** 116:21,24 117:9,11
 118:12,14
**110-147** 110:18
**114** 111:4

**115** 111:11
**1280** 131:8
**13** 118:5 127:15
**1301** 113:3
**14** 122:6 135:23,25
 136:2,17,18
**15** 124:2 135:19
**15-pin** 140:20
**16** 129:9
**17** 117:19 118:12,14
 120:20
**19** 115:11

**2**
**2** 110:15 112:3 115:1,2
 115:8,11 117:20
 119:17 124:17 135:22
**2.0** 118:16,19,24 119:3
 119:21,25 120:13
 121:1,9 141:2
**2002** 118:23,23 129:20
 129:22 131:1 133:24
 140:17 141:4,22
 142:7 144:15,24
**2004/0021615** 116:23
 117:12
**2008** 110:15 112:3
 147:17
**21** 138:13 139:1
**23** 127:18
**25** 118:7

**3**
**3** 115:9,14 116:20
**31** 136:25
**320** 142:6

**4**
**4** 111:11 114:24 115:5
 135:21,22
**402-0004** 110:24
**415** 110:24
**420** 142:6
**480** 129:17 130:10
 131:20 136:22 137:2
 138:7,9,11 141:16,20
 142:7,15,20 143:4,8
 143:14 144:2 145:15
 145:20

**5**
**5** 114:22 137:11,14
**5:07-CV-01998-RMW**
 110:6
**5468** 110:19 147:22
**565-3645** 112:18

**6**
**6** 117:11 124:18

Page 153

**601** 112:5
**640** 129:17 130:10
   131:20 136:22 137:2
   138:7,9,11 141:16,20
   142:7,15,20 143:4,8
   143:14 144:2 145:15
   145:20
**650** 110:24,25 112:17
   112:18
**692-8900** 110:24
**692-8909** 110:25

**7**

**748** 137:17,22
**768** 131:7
**788** 118:8 121:4,6,15
   136:6 138:22 140:14
   140:23 145:5,13

**8**

**80s** 132:13,14
**833-8483** 113:5
**877** 110:23

**9**

**9** 115:13,17
**9:40** 112:3
**90s** 132:15
**92660-2812** 113:5
**94010-1204** 110:23
**94304-1050** 112:17
**949** 113:5