UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 13, 2008

Case No. C-07-01998-RMW    JUDGE: Ronald M. Whyte

DISPLAYLINK CORPORATION    -V- MAGIC CONTROL TECHNOLOGY, et al.
Title

M. Eno, S. Shanberg                           F. Gibbs, R. Cauley, E. Wolf
Attorneys Present (Plaintiff)                 Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia             COURT REPORTER: Summer Clanton

PROCEEDINGS

CLAIMS CONSTRUCTION HEARING

**ORDER AFTER HEARING**

Hearing Held. The parties put on a tutorial. Plaintiffs put on live testimony from witness W#1 - Paul Min. A claims construction hearing was held. The Court took the matter under submission and will issue a ruling to the parties. After the claims construction ruling, the parties are to participate in court mediation. The matter is deemed submitted.