# EXHIBIT A

Welcome to DisplayLink



Home | About | News | Products | Careers | Contact



Customer support login

GO

**DisplayLink (formerly Newnham Research) is developing new and incredibly powerful ways of connecting displays to computers - ways that will transform how people make use of displays.**

DisplayLink has successfully challenged the limitations of current display connectivity to deliver a highly interactive user experience, initially across a USB 2.0 connection.

Adding extra displays to the desktop, whether directly or through accessories such as docking stations is now easier than ever.

This exciting new technology is available in silicon or PCB designs. It can be directly embedded into displays - or incorporated into a wide range of standalone accessories.

**Latest News from DisplayLink...**

**16 July 2007**
LG taps DisplayLink for North America's first Windows Vista-certified USB network display. more...industry event

**28 June 2007**
EverythingUSB review DisplayLink powered Samsung 940UX USB monitor. more...

**15 May 2007**
DisplayLink debuts network display technology for Windows Vista. more...

**See DisplayLink in Action...**

 Join us at the Intel Developer Forum (IDF) and experience DisplayLink's technology. Make an appointment to meet us! more...

**Careers with DisplayLink...**

 We're going places – why not join us on our journey? DisplayLink is recruiting now. Find out how you could share in our success. more...

© Copyright 2007 DisplayLink | Use of this website signifies your agreement to the **Terms of Use** and **Privacy Policy**

Display Link > About > Overview



| Home | About | News | Products | Careers | Contact |

Customer support login

## About DisplayLink )) Overview

Overview | Board and Founders | Executive Team

**DisplayLink is a fabless semiconductor company with its corporate headquarters in Palo Alto, CA and global R&D and engineering center in Cambridge, UK.**

The company was founded in 2003 by Dr Quentin Stafford-Fraser (a pioneer of the webcam) and Martin King (the inventor of predictive text messaging).



"...defining the future of display connectivity"

Quentin and Martin shared a vision to free displays from the constraints of the PC and VGA cable.

DisplayLink was originally called Newnham Research. It was initially based in the Newnham suburb of Cambridge, UK – a global hotspot for research and development. Newnham Research changed its name to DisplayLink in November 2006, to better reflect the emphasis of its rapidly developing technology.

DisplayLink has built a hugely capable team of people with business and technical expertise, drawn from the highest levels.

Financially, the company has welcomed **Atlas Venture, Benchmark,** and **Esprit Capital Partners,** three of the leading global venture capital organisations, as shareholders.

Atlas Venture has been investing in leading international technology companies for 25 years, and was the lead or co-lead investor in Element 14, Orchestream, Nexagent, and Radioscape amongst many others. Benchmark was founded in 1995, and counts amongst its portfolio eBay, Handspring, Betfair, Azuro and Splashpower. Esprit was formed in July 2006 from the merger of Cazenove Private Equity and Prelude Ventures and includes companies such as KVS, Alphamosaic, nCipher and Xaar amongst its past successes. The venture firms have worked with each other on a variety of investments including Icera, Kalido, LOVEFILM International and Phyworks.

About DisplayLink > Overview | Board and Founders | Executive Team

© Copyright 2007 DisplayLink | Use of this website signifies your agreement to the **Terms of Use** and **Privacy Policy**

DL 000153

DisplayLink > News > Overview



Home | About | News | Products | Careers | Contact

Customer support login

## News )) Overview

Overview | Events | Coverage | Product Reviews | News Archive | Resources

This section is designed to provide members of the media and industry analysts with easy access to DisplayLink company materials.

Older announcements are available in the archive.



View our press coverage from... Microsoft WinHEC 2007



**Latest News from DisplayLink**

16 July 2007
**LG Taps DisplayLink for North America's First Windows Vista-Certified USB Network Display.** more...

15 May 2007
**DisplayLink Debuts USB and Wireless Network Display Technology for Windows Vista**
DisplayLink debuts Windows Aero-enabled USB monitors, docking stations, and adapters at WinHEC 2007. more...

26 March 2007
**DisplayLink names Iain Kellet Vice President of Finance**
Former CFO for Lucent UK Brings International Corporate Finance Expertise to Network Display Technology Innovator. more...

News > Overview | Events | Coverage | Product Reviews | News Archive | Resources

© Copyright 2007 DisplayLink | Use of this website signifies your agreement to the **Terms of Use** and **Privacy Policy**

DL 000154

DisplayLink > Products > Overview



## Products )) Overview

Overview | DisplayLink Chips | Board Designs | Sample Applications | Where to Buy



**DisplayLink technology enables more displays in more places at a lower cost.**

By using a custom lossless compression technology, DisplayLink allows for flexible connections to be made between computers and displays using standard wireless and wired interfaces.

A DisplayLink connected display is high resolution, full 32-bit color, with a higher quality and performance than competing solutions.

DisplayLink has a family of **chips** and **reference designs** that enable adding multiple displays to any computer at a very low cost, as well as a set of reference designs and software to allow customers to easily bring DisplayLink enabled products to market.

To discover how DisplayLink can enable your next generation products, please **contact us**.

Products > Overview | DisplayLink Chips | Board Designs | Sample Applications | Where to Buy

© Copyright 2007 DisplayLink | Use of this website signifies your agreement to the **Terms of Use** and **Privacy Policy**

DL 000155

DisplayLink > Products > Sample Applications



Home | About | News | Products | Careers | Contact

Customer support login

## Products )) Sample Applications

Overview | DisplayLink Chips | Board Designs | Sample Applications | Where to Buy

DisplayLink solves the problem of adding extra displays to a computer without the hassle and cost of adding additional graphics cards.

By reducing the connection process to standard wired and wireless interfaces, DisplayLink enables an inexpensive and simple solution to clone or extend a desktop onto another display.

DisplayLink technology can be integrated into several potential applications, wherever a display is required over a standard wired or wireless interface at a low cost, including:

- Wireless monitors and projectors
- Wireless digital picture frames
- USB 2.0 monitors and projectors
- USB 2.0 to VGA/DVI dongles
- Universal USB 2.0 notebook docks with VGA/DVI
- Ethernet-based thin clients
- External displays through USB 2.0 and Wireless

To find out more, click the above links.

"...DisplayLink solves the problem of adding extra displays to a computer... ...without the hassle and cost of adding additional graphics cards"

Products > OOverview | DisplayLink Chips | Board Designs | Sample Applications | Where to Buy

© Copyright 2007 DisplayLink | Use of this website signifies your agreement to the **Terms of Use** and **Privacy Policy**

DL 000194

DisplayLink > Products > Board Designs



Home | About | News | Products | Careers | Contact

Customer support login

Search: [ ] Go

## Products )) Board Designs

Overview | DisplayLink Chips | Board Designs | Sample Applications | Where to Buy

### Merlin — Highlights — Technical Specification — USB | VGA

The Merlin reference design is an ultra compact bus powered USB 2.0 to VGA adapter for low cost display expansion.

Merlin is a production ready design to allow adding multiple displays through USB 2.0 docks and dongles at a very low cost.

- Quickly and easily connect a PC with a USB 2.0 port to any VGA display device
- Resolutions up to 2.0 megapixels (DL-160)
- Highly interactive and low-latency user experience
- Fully automated and transparent software layer for Windows XP
- Mirror mode or extended desktop

- USB 2.0 input
- DisplayLink DL-120 or DL-160 ASIC
- 32-bit color support
- USB 2.0 bus powered
- 16MB external 16-bit 200Mhz DDR memory
- Cost optimized



### Kestrel — Highlights — Technical Specification — USB | DVI

The Kestrel reference core is a small form-factor USB 2.0 to DVI-I design for high performance USB 2.0 connected displays.

Possible applications include USB 2.0 to DVI-I dongles for notebook and desktop PCs, USB 2.0 notebook docks, USB 2.0 thin client devices, or any USB 2.0-connected display.

- Quickly and easily connect a PC with a USB 2.0 port to any DVI-I display device
- Resolutions up to 1600x1200 (DL-160)
- Highly interactive and low-latency user experience
- Fully automated and transparent software layer for Windows XP
- Mirror mode or extended desktop

- USB 2.0 input
- DisplayLink DL-120 or DL-160 ASIC
- 32-bit color support
- 16MB external 16-bit 200Mhz DDR memory
- Cost optimized



return to top of page

DL 000195

DisplayLink > Products > Board Designs

**Products > Overview | DisplayLink Chips | Board Designs | Sample Applications | Where to Buy**

© Copyright 2007 DisplayLink | Use of this website signifies your agreement to the **Terms of Use** and **Privacy Policy**

DL 000196



# Introducing DisplayLink
## Company Fact Sheet

- DisplayLink's network graphics technology allows more flexible connections to be made between computers and monitors

- The DL-120 and DL-160 chips are the first chips available from DisplayLink and allow up to 6 additional displays to be connected to PCs over a USB 2.0 connection

- DisplayLink's technology is the first serious contender to the VGA cable, especially for notebook PCs

- DisplayLink chips have been embedded into a variety of products, including notebook docking stations and LCD monitors, by tier-1 PC peripheral companies

Displaylink Technology Corp.
480 South California Ave
Suite 304
Palo Alto
CA 94306, USA

Tel: +1 650-838-0481
Fax: +1 650-838-0482
info@displaylink.com
www.displaylink.com

Displaylink (UK) Limited
Mount Pleasant House
Mount Pleasant
Cambridge
CB3 0RN, UK

Tel: +44 (0)1223 443920
Fax: +44 (0)1223 443921
info@displaylink.com
www.displaylink.com

**Summary**
DisplayLink is a fabless semiconductor and software company that develops network graphics technology allowing for more flexible connections between computers and displays.

The company is privately owned with headquarters in Palo Alto California and a development office in Cambridge, UK. The company also has a sales and support presence in Japan and Taiwan.

**Website**
www.displaylink.com

**Management**
Hamid Farzaneh, President & CEO
Iain Kellet, VP Finance
Dennis Crespo, Executive VP, Marketing and Business Development
Michael Ledzion, Executive VP, Worldwide Sales
Tom Foster, Vice President, Sales
Scott Tandy, Vice President of Strategic Marketing
Dr. Andy Fisher, Chief Technologist, Hardware
Dr. Tim Glauert, Chief Technologist, Software
Adrian van den Heever, Vice President, Strategic Engineering and IP
Jonathan Jeacocke, VP Engineering
Sue Gibson, Director, Human Resources

**Products**
DisplayLink has a family of semiconductor products consisting of the DL-120 and DL-160 chips. Devices using these chips allow a user to connect monitors to PCs via USB 2.0 providing the ability to "plug and play" connect multiple monitors to a PC. This solution combines the graphics quality of a VGA or DVI cable with the ease of USB of a USB device.

The DL-120 and DL-160 chips are currently integrated into USB to VGA dongles, notebook docking stations, and USB-enabled LCD monitors that allow for easy expandability of by adding up to six additional monitors through USB 2.0.

These chips have also been used to demonstrate DisplayLink connected displays over Wireless USB, Ethernet, and Wi-Fi interfaces.

**Technology**
DisplayLink technology is based on a proprietary lossless graphics technology which provides highly interactive graphical content, smooth DVD playback, and crisp high-resolution graphics.

The full solution is comprised of Virtual Graphics Card (VGC) software that runs on a Windows host PC and a silicon-based Hardware Rendering Engine (HRE) connected to, or embedded within, one or more monitors.

The VGC compresses the changes to the display from the last update and can send it over any standard network including USB, Wireless USB, Ethernet, and Wi-Fi. After receiving the data, the HRE can then transform it back into pixels to be displayed on the monitor.

The DisplayLink approach is unique because it is content agnostic, very low latency making it fully interactive, can be adapted to any operating system, is very easy to use, and can be integrated into a wide range of PC peripheral products at a low cost.

**DisplayLink Fact Sheet**

**Market Impact**
DisplayLink's technology revolutionizes the way that computers connect to monitors and is the first serious contender to the VGA cable in terms of easy of use, ubiquitous connection interface, and image quality. The market for the company's products leverages increasing demand for computer monitors in new applications like signage, or in new locations like the home.

The company's first products are aimed at knowledge workers who need multi-monitor computing-especially using notebook PCs - and are seeking the low cost, ease-of-use, and high image quality of the DisplayLink solution.

**History**
DisplayLink was founded in 2003 by Dr Quentin Stafford-Fraser (co-inventor of the webcam) and Martin King (inventor of T9 predictive text messaging), who shared a vision to free displays from the constraints of the VGA cable.

The company was originally called Newnham Research and derives its name from its original location in Cambridge's Newnham village, a global hotspot for research and development. Newnham Research was renamed DisplayLink in November 2006. To date DisplayLink has raised $22m in financing from leading global venture capital organizations Atlas Venture, Benchmark Europe and Esprit.

**Target Customers**
- PC OEMs (original equipment manufacturers)
- PC accessory companies
- Monitor, projector, and display companies

Updated: June 2007

Press Contact:
David Rodewald
The David James Agency
805/494-9508
david@davidjamesagency.com



© 2007 DisplayLink. All rights reserved.
All company and product names may be trademarks of their respective companies. Whilst every effort is made to ensure the information given is accurate, Displaylink does not accept liability for any errors or mistakes which arise. Specifications and other information in this document may be subject to change without notice. DISPLAYLINKFACT0607.

DL 000210

*Veritas et Visus*         *Display Standard*         *April 2007*

## DisplayLink – easy multi-monitor setup
### And at great distances if needed...

*by Jon Peddie*



Dr. Jon Peddie is one of the pioneers of the graphics industry, starting his career in computer graphics in 1962. After the successful launch of several graphics manufacturing companies, Peddie began JPA in 1984 to provide comprehensive data, information and management expertise to the computer graphics industry. In 2001 Peddie left JPA and formed Jon Peddie Research (JPR) to provide customer intimate consulting and market forecasting services. Peddie lectures at numerous conferences on topics pertaining to graphics technology and the emerging trends in digital media technology. Recently named one of the most influential analysts, he is frequently quoted in trade and business publications, and contributes articles to numerous publications including as well as appearing on CNN and TechTV. Peddie is also the author of several books including *Graphics User Interfaces and Graphics Standards*, *High Resolution Graphics Display Systems*, and *Multimedia and Graphics Controllers*, and a contributor to *Advances in Modeling, Animation, and Rendering*.

Anyone who has sat through one of my lectures, or been forced to read my diatribe, knows I'm fond of saying, "the more you can see, the more you can do". This comes from the fact that the notion of trying to cram a real desktop of stuff into a 17-inch 1280x1024 screen is not only impossible, it's ridiculous - it simply can't be done. But you can add more displays and get a larger desktop and when you do, you'll see more, and therefore be able to do more.

And this isn't just some theoretical philosophical idea I'm pushing here, for the benefit of monitor manufacturers, it's based on research and surveys I've been conducting since the mid 1990s. In our last survey (of over 3,000 people worldwide) we found productivity gains between 20% to 50% and many people reported 100%. And with those kinds of findings, it amazes me the monitor manufacturers are not actively touting the concept of productivity gains from additional displays - go figure.

Also in our surveys and various discussions we have been surprised to find out that most people don't know they have the ability to add a second monitor. All laptops have a VGA output and you can run a projector and many of us do, or a local display. And thanks to Microsoft's XP and Vista, and Apple's OS-X, you can, for free, set up an extended desktop. What's more, all graphics boards sold since 2002 or earlier have dual display output – for free.

So for the cost a monitor - and monitor prices have been coming down rapidly - you can have a dual display setup allowing you to see more, and therefore do more. But I want to do even more, so I have to be able to see even more. I want three or maybe four monitors, or more. And that's where DisplayLink comes in. Read on.

**DisplayLink wireless multi-display:** DisplayLink showed their promised groundbreaking display connectivity over Wireless USB connections at the CES conference. The demonstration showed how the company's technology can be used to deliver excellent image quality and high-performance monitor/mouse/keyboard interactivity over a Wireless USB connection between a display and a PC. This demonstration builds upon DisplayLink's USB-based display connectivity technology and represents a natural progression from wired USB to wireless USB display connectivity.

"The display is the last PC peripheral to go wireless, and our demonstration at CES will show that this can now be achieved with



*Figure 1: DisplayLink's PCB and chip*

DL 000238

*Veritas et Visus*  *Display Standard*  *April 2007*

the same level of image quality and responsiveness as a VGA or DVI connection," said Hamid Farzaneh, DisplayLink president and CEO. "The industry's transition to more flexible links is a paradigm-shifting moment for display connectivity as consumers can easily keep adding monitors, photo frames and other application specific displays to PCs in their work or home environments using wireless USB."

Wireless USB is based on the WiMedia Alliance UWB common radio platform, which is capable of sending 480 Mbps at distances up to 3 meters and 110 Mbps at up to 10 meters. It operates in the 3.1 GHz to 10.6 GHz frequency range and spreads communication over an ultra-wideband of frequencies.

DisplayLink is a fabless chip supplier that allows monitor manufacturers, PC OEMs and PC accessory companies to develop products for multi-display computing including USB-connected monitors, video-enabled USB notebook docking stations, display connectivity accessories and other devices.

**How big?** When DisplayLink first came out (they were called Newnham in those days), the first modules they offered were only capable of driving a 1280x1204 display. The newer version with a custom ASIC can now drive 1600x1200, which is the one I'm personally suing.

**How many?** The DisplayLink will let you add as many displays, via USB, as you like. It will allow you to either replicate your desktop for remote viewing, or extend it for local views. When we tested the units we strung three monitors together, along with a fourth on the VGA output of the laptop, giving me five displays, it was quite impressive. We used wired units, and now the company has wireless units as well making the usage model even more attractive.

**How much?** A good 17-inch monitor with 1280x1024 resolution can be had for as low as $140, and great 20-inch 1600x1200 LCD monitor can be found for $290 (a CRT 19-inch can be had for $80). The DisplayLink module sells for around $150 or less from OEM suppliers of DisplayLink; they don't sell them directly.

**Why bother?** If you're in the market for a second or third monitor you might just consider the Samsung SyncMaster 940UX, a 19-inch (1280x1024) display powered by the DisplayLink DL-120 chip. The monitor is connected to your computer with just a USB cable and the monitor also acts as a hub offering with a four-port USB hub built into the display, up to five additional SyncMaster 940UX monitors can be daisy chain connected to a PC while consuming only one USB 2.0 port on the computer. Pricing is expected to be in the $600 range.

Another approach is the Kensington docking station (33367), which connects to your PC via USB and then has a VGA connector as well as more USB ports, a printer port, and even Ethernet. They sell for about $145.

**Summary:** You can get more work done, but to do that you have to be able to see the work. Whether we want to admit it or not, we all time-share, look at e-mail while surfing the Net, and piddling with a spreadsheet and/or a Word doc, and all that requires a lot of screen space. Therefore I advocate getting more screen space, see more and do more.



*At the CeBIT show in March, Samsung showed a 20-inch version (at 1600x1200 pixels) of its USB monitor which will be released this summer. The device is based on DisplayLink's daisy chain principle. Samsung reportedly revealed that a 22-inch version is being considered should their 19 and 20-inch models prove successful.*

DL 000239



DL 000240