# EXHIBIT B

Magic Control Technology Corp (MCT)-Providing Innovative Connectivity Solution



## Company Introduction

### About MCT

Magic Control Technology Corporation., Headquarter in Taipei, Taiwan, established in 1997, along with it's manufacturing branch, Long Jack, are able to leverage its vast engineering and manufacturing capabilities to bring the most cost-effective, leading-edge technologies to the market which will benefit its customers.



global sources
Electronics &
Components
China Sourcing Fair
Oct.12-15,2007
Please visit us at Booth #10M08

MCT

" Innovation, professional, quality and cost-effective" is keeping MCT continuously growing. Quality is always the core-value when MCT develops its products and sales service. Along with the marketing growing, MCT provides customers the excellent customizing solution in both product and technical development, whether it is simply USB peripherals, a complicated networking services solution or a revolutionary multi-user platform. MCT's OEM/ ODM client are all over the world, by working closely with them, MCT is able to predict the market trend and develop innovative new products for near future. MCT is always positioned to be a leading company at the forefront of new technology.

Currently, the major products are USB peripherals, including the fastest PCI-E Docking Solution, USB Connectivity products (USB to VGA Adapter/ Converter, Hub, Cable), Networking Product (Server and Network Attached Storage) and Multi-User Multimedia Workstation. Especially MCT 's USB port replicator (Docking solution) have instilled a reputation for quality among it's customers. MCT will continue to bring the same dedication to every product it pursues. In addition, MCT will leverage off its manufacturing expertise and continue to move tirelessly into new areas of related business.

### Company Vision

MCT's continuous dedication to bringing the most advanced and economical products to market will benefit its customers and allow the company to grow into the future. MCT will continue to listen to both its customers and the market, to ensure that the company continues to serve their needs. MCT is continuously expanding, and it is willing to offer its services to you at any time.

TOP  BACK  HOME

DL 000252