1  JAMES C. YOON, State Bar No. 177155
        Email: jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
        Email: sshanberg@wsgr.com
3  MONICA MUCCHETTI ENO, State Bar No. 164107
        Email: meno@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Plaintiff and Counterclaim Defendant
8  DISPLAYLINK CORPORATION

9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  DISPLAYLINK CORPORATION, a Washington )    CASE NO.: 5:07-CV-01998-RMW
    corporation,                          )    (HRL)
15                                        )
                   Plaintiff,             )    RELATED CASE NO.:
16                                        )    CV07-05707-RMW
           v.                             )
17                                        )    [PROPOSED] ORDER GRANTING
    MAGIC CONTROL TECHNOLOGY,             )    DISPLAYLINK CORPORATION'S
18  CORPORATION, a Taiwanese corporation; )    MOTION TO COMPEL
                                          )    PRODUCTION OF DOCUMENTS
19                 Defendant.             )
                                          )    Date:         June 24, 2008
20                                        )    Time:         10:00 a.m.
                                          )    Courtroom:    2, 5th Floor
21                                        )
                                          )    The Honorable Magistrate Judge
22                                        )    Howard R. Lloyd
                                          )
23                                        )
    AND RELATED COUNTERCLAIMS             )
24                                        )

25

26

27

28

[PROPOSED] ORDER GRANTING MTN TO COMPEL                    C:\NrPortbl\PALIB1\DF1\3362718_1.DOC
CASE NO.: 5:07-CV-01998-RMW (HRL)

1      Plaintiff and Counterclaim Defendant DisplayLink Corporation's ("DisplayLink's")

2  Motion to Compel Production of Documents having been fully briefed and argued by the parties,

3      IT IS HEREBY ORDERED THAT:

4      DisplayLink's Motion to Compel Production of Documents is GRANTED.  Accordingly,

5  within ten (10) business days, Defendant and Counterclaim Plaintiff Magic Control Technology

6  Corporation ("MCT") shall produce all documents responsive to DisplayLink's First Set of

7  Requests for Documents and Things, Nos. 3, 6, 7, 10, 12-14, 16-17, 19, 23, 25-26, and 31-36.

8

9  IT IS SO ORDERED.

10

11

12  Dated: _____          _____

                                   Honorable Howard R. Lloyd
13                                 UNITED STATES DISTRICT COURT MAGISTRATE
                                   JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28