| | |
|---|---|
| JAMES C. YOON | RICHARD F. CAULEY |
| State Bar No. 177155 (jyoon@wsgr.com) | State Bar No. 109194 |
| STEFANI E. SHANBERG | FRANKLIN E. GIBBS |
| State Bar No. 206717 (sshanberg@wsgr.com) | State Bar No. 189015 |
| MONICA MUCCHETTI ENO | WANG, HARTMANN, GIBBS & CAULEY, P.L.C. |
| State Bar No. 164107 (meno@wsgr.com) | A Professional Corporation |
| WILSON SONSINI GOODRICH & ROSATI | 1301 Dove Street, Suite 1050 |
| Professional Corporation | Newport Beach, CA  92660 |
| 650 Page Mill Road | Telephone: (949) 833-8483 |
| Palo Alto, CA 94304-1050 | Facsimile:  (949) 833-2281 |
| Telephone: (650) 493-9300 | Email: RichardCauley@WHGCLaw.com |
| Facsimile:  (650) 565-5100 | |
| Attorneys for Plaintiff and Counterclaim Defendant | Attorneys for Defendant and Counterclaim Plaintiff |
| DISPLAYLINK CORPORATION | MAGIC CONTROL TECHNOLOGY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/3/08*

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation, | CASE NO.: 5:07-CV-01998-RMW |
| | RELATED CASE NO.: CV07-05707-RMW |
| Plaintiff, | |
| v. | STIPULATED [] ORDER FOR LEAVE TO SUPPLEMENT RECORD ON CLAIM CONSTRUCTION WITH RECENTLY OBTAINED EXPERT WITNESS TESTIMONY |
| MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation; | |
| Defendant. | |
| | Claim Construction Hearing: May 13, 2008 at 2:00 pm |
| AND RELATED COUNTERCLAIMS | |

IT IS HEREBY STIPULATED by and between plaintiff and counterclaim defendant DisplayLink Corporation ("DisplayLink") and defendant and counterclaim plaintiff Magic Control Technology Corporation ("MCT"), by and through their counsel of record, as follows:

1    WHEREAS, pursuant to the Court's May 5, 2008 Order re: Defendant's Motion to Strike
2 [Docket No. 59], which followed the Clerk's April 25 Minute Order regarding the same, the
3 Court ordered that DisplayLink and MCT could each depose the other party's claim construction
4 expert witness for an additional one and one half (1.5) hours; and

5    WHEREAS, on Friday, May 2, 2008, DisplayLink's expert witness Dr. Alan Jones and
6 MCT's expert witness Dr. Paul S. Min were deposed pursuant to the Court's order; and

7    WHEREAS, the parties would like to supplement their previously filed briefs on claim
8 construction with all or some of the testimony obtained during the May 2, 2008 depositions of
9 Dr. Jones and Dr. Min;

10    IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as
11 follows:

12    1.    The parties are hereby granted leave to supplement the evidentiary record on
13 claim construction by submission of the Supplemental Declaration of Stefani Shanberg
14 ("Supplemental Shanberg Declaration") attached hereto as Exhibit A.

15    2.    MCT may offer into evidence the entire May 2, 2008 transcript of Dr. Jones in
16 support of its claim construction position.[1]

17    3.    DisplayLink may offer into evidence those portions of the May 2, 2008 transcript
18 of Dr. Min identified in paragraph 5 of the Supplemental Shanberg Declaration in support of its
19 claim construction position.[2]

---

[1] The May 2, 2008 transcript of Dr. Jones is attached as Exhibit 1 to the Supplemental Shanberg Declaration.

[2] The May 2, 2008 transcript of Dr. Min is attached as Exhibit 2 to the Supplemental Shanberg Declaration.

1  SO STIPULATED.

2  Dated: May 13, 2008                             WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation
3

4
                                                   By:   /s/ Stefani E. Shanberg
5                                                        Stefani E. Shanberg

6                                                  Attorneys for Plaintiff/Counterclaim Defendant
                                                   DisplayLink Corporation
7

8  Dated: May 13, 2008                             WANG, HARTMANN, GIBBS & CAULEY,
                                                   P.L.C.
9                                                  A Professional Corporation

10

11                                                 By:   /s/ Richard F. Cauley
                                                         Richard F. Cauley
12

13                                                 Attorneys for Defendant/Counterclaim Plaintiff
                                                   Magic Control Technology Corporation

14
   IT IS SO ORDERED.
15

16

17  DATED:   5/23/08                               _____
                                                   The Honorable Ronald M. Whyte
18

19

20

21

22

23

24

25

26

27

28

1 **ATTESTATION CLAUSE**

2  I, Stefani E. Shanberg, am the ECF User whose identification and password are being

3 used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that

4 Richard F. Cauley of Wang, Hartmann & Gibbs & Cauley, P.L.C. has concurred in this filling

6 Dated: May 13, 2008                WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation

                                     By: /s/ Stefani E. Shanberg
                                         Stefani E. Shanberg

                                     Attorneys for Plaintiff/Counterclaim Defendant
                                     DisplayLink Corporation