1 **WANG, HARTMANN, GIBBS & CAULEY, P.C.**
A Professional Law Corporation
2 Richard F. Cauley (SBN: 109194)
Franklin E. Gibbs (SBN: 189015)
3 Erick P. Wolf (SBN: 224906)
1301 Dove Street, Suite 1050
4 Newport Beach, CA  92660
Telephone: (949) 833-8483
5 Facsimile:  (949) 833-2281

6

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA**

9 **SAN JOSE DIVISION**

10

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation; <br><br> Defendant. | CASE NO.:  5:07-CV-01998-RMW <br><br> **DECLARATION OF ERICK P. WOLF IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF MAGIC CONTROL TECHNOLOGY'S OPPOSITION TO DISPLAYLINK'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** <br><br> Date: June 24, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 2, 5th Floor <br><br> The Honorable Magistrate Judge Howard R. Lloyd |
| AND RELATED COUNTERCLAIMS | |

1

**DECLARATION OF ERICK P. WOLF IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF MAGIC CONTROL TECHNOLOGY'S OPPOSITION TO DISPLAYLINK'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I, Erick P. Wolf, hereby declare that:

1. I am over the age of 18 and have personal knowledge about the facts described below.

2. I am an attorney at Wang, Hartmann, Gibbs & Cauley, counsel for Defendant and Counterclaim Plaintiff, Magic Control Technology Corp. ("MCT"). I submit this declaration in support of MCT's Opposition to DisplayLink's Motion to Compel Production of Documents.

3. In response to the subject document requests (3, 6, 7, 10, 12-14, 16-17, 19, 23, 25-26, and 31-36) and subject to underlying general and specific objections, MCT agreed to produce all relevant, responsive, non-privileged documents in its possession, custody or control, to the extent any such documents exist and have not already been produced, at a location and at a time mutually convenient to the parties pursuant to the protective order entered in this case.

4. To date, MCT has already produced approximately 14,000 documents over the course of seven (7) different productions including patent prosecution histories, development agreements, PowerPoint presentations, third-party documents, product specifications, actual products, video clips, marketing materials, proposals, vendor information and correspondence, product catalogs, and a plethora of emails between and among MCT employees and third-parties, as well as further documents relating to the '788 patent and this litigation.

5. DisplayLink has also subpoenaed four third-parties (Targus Group International, Inc., VinChip Systems, Inc., Cypress Semiconductor Corp., and Pinnancle Systems, Inc.) who worked with MCT.

6. On September 10, 2007, MCT produced MCT 0001-0166, on December 6, 2007 MCT produced MCT 0167-1922, on December 21, 2007, MCT produced MCT 1939-2514, on April 4, 2008, MCT produced MCT 2515-2659, on April 29, 2008, MCT produced MCT 2660-

2

**DECLARATION OF ERICK P. WOLF IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF MAGIC CONTROL TECHNOLOGY'S OPPOSITION TO DISPLAYLINK'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

4161, on May 6, 2008, MCT produced MCT 4162-8645, and on May 8, 2008, MCT produced MCT 8646-13705.

7. MCT has produced hundreds of pages in Mandarin - the majority of these documents related to product sales and financial information.

8. MCT has produced three different USB-to-VGA converter products including underlying software.

9. In response to several of DisplayLink's document requests, MCT produced many documents including the prosecution history of the '788 patent as well as underlying citations.

10. MCT has produced hundreds of pages of documents related to USB-to-VGA converter technology and the '788 patent, including documents relating to third-party vendors and related products.

11. MCT produced several hundred pages of emails and related attachments and technical documents responsive to these requests (Nos. 12-13). These documents include correspondence between MCT employees and with third-parties that relate to the development of the technology in MCT's products and the '788 patent.

12. MCT has already produced extensive documents pertaining to individual unit sales and related invoices. MCT has produced hundreds of invoices and related underlying documents.

13. MCT had already produced a number of product advertisements and flyers for domestic and foreign markets.

**DECLARATION OF ERICK P. WOLF IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF MAGIC CONTROL TECHNOLOGY'S OPPOSITION TO DISPLAYLINK'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 3, 2008, in Newport Beach, California.

/s/ Erick P. Wolf
Erick P. Wolf