JAMES C. YOON, State Bar No. 177155
   Email: jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
   Email: sshanberg@wsgr.com
MONICA MUCCHETTI ENO, State Bar No. 164107
   Email: meno@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese corporation;<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 5:07-CV-01998-RMW (HRL)<br><br>RELATED CASE NO.:<br>CV07-05707-RMW<br><br>**DECLARATION OF MONICA MUCCHETTI ENO IN SUPPORT OF DISPLAYLINK'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:　　　　June 24, 2008<br>Time:　　　　10:00 a.m.<br>Courtroom:　2, 5th Floor<br><br>The Honorable Magistrate Judge Howard R. Lloyd |

MUCCHETTI ENO DECLARATION IN SUPPORT OF
MOTION TO COMPEL
CASE NO.: 5:07-CV-01998-RMW (HRL)

1  I, Monica Mucchetti Eno, hereby declare that:

2  1. I am over the age of 18 and have personal knowledge about the facts described below.

4  2. I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel for Plaintiff and Counterclaim Defendant, DisplayLink Corporation ("DisplayLink"). I submit this declaration in support of DisplayLink's Motion to Compel Production of Documents.

8  3. Attached as Exhibit A is a true and correct copy of a February 19, 2008 letter from Stefani Shanberg to Richard Cauley.

10  4. Attached as Exhibit B is a true and correct copy of an April 15, 2008 letter from Ms. Shanberg to Richard Cauley.

12  5. Although our office has met and conferred with MCT's counsel regarding the documents at issue in DisplayLink's Motion to Compel on several occasions, prior to filing its opposition brief to DisplayLink's motion, MCT never gave any indication that it planned to search for or produce the file histories for its related foreign patents and foreign patent applications.

17  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

19  Executed on June 10, 2008, at Palo Alto, California.

          /s/ Monica Mucchetti Eno
          Monica Mucchetti Eno