**\*E-FILED 6/18/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>MAGIC CONTROL TECHNOLOGY CORPORATION,<br><br>    Defendant.<br>_____/ | No. C07-01998 RMW (HRL)<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

    Plaintiff Displaylink Corporation ("Displaylink") moves to compel the production of documents. There seems to be no serious dispute as to the relevance of the discovery sought. The only apparent point of contention is the timing of MCT's production. The requests at issue were served nearly a year ago. Displaylink argues that despite several supplemental productions, MCT has yet to produce several categories of relevant documents called for by the requests. MCT says that both sides have engaged in "rolling" document productions. It further represents that it will produce all responsive documents by June 24, 2008. As such, MCT believes that plaintiff's discovery motion is premature and unnecessary.

    Upon consideration of the moving and responding papers, and based on MCT's representations as to its impending document production, the June 24, 2008 motion hearing is **continued to July 15, 2008**, **10:00 a.m.** No later than **July 8, 2008**, the parties shall file a joint

1   status report identifying what issues (if any) remain for the court to resolve.

2       SO ORDERED.

3   Dated:   June 18, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-1998 Notice has been electronically mailed to:**

Robin Lynn Brewer dfernandes@wsgr.com, rbrewer@wsgr.com

Richard F. Cauley rcauley@jcpw.com, ayordy@whglawfirm.com, faiza@jcpw.com

Brian Dietzel bdietzel@wsgr.com

Monica Mucchetti Eno mmucchetti@wsgr.com

Franklin Eugene Gibbs fgibbs@whglawfirm.com

Stefani Elise Shanberg sshanberg@wsgr.com, fgarcia@wsgr.com, shuckaby@wsgr.com

Ryan R. Smith rsmith@wsgr.com, tnero@wsgr.com

Erick Packard Wolf ewolf@whglawfirm.com

James Chung-Yul Yoon jyoon@wsgr.com, abaranski@wsgr.com, nfurino@wsgr.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.