| | |
|---|---|
| JAMES C. YOON<br>  State Bar No. 177155 (jyoon@wsgr.com)<br>STEFANI E. SHANBERG<br>  State Bar No. 206717 (sshanberg@wsgr.com)<br>MONICA MUCCHETTI ENO<br>  State Bar No. 164107 (meno@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>DISPLAYLINK CORPORATION | RICHARD F. CAULEY<br>  State Bar No. 109194<br>FRANKLIN E. GIBBS<br>  State Bar No. 189015<br>WANG, HARTMANN, GIBBS & CAULEY, P.L.C.<br>A Professional Corporation<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA  92660<br>Telephone: (949) 833-8483<br>Facsimile:  (949) 833-2281<br>Email: RichardCauley@WHGCLaw.com<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>MAGIC CONTROL TECHNOLOGY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 5:07-CV-01998-RMW<br>RELATED CASE NO.:<br>   CV07-05707-RMW<br><br>**STIPULATED [PROPOSED] ORDER GRANTING DISPLAYLINK'S REQUEST TO ISSUE LETTER ROGATORY TO VINCHIP SYSTEMS, INC. (INDIA)** |

IT IS HEREBY STIPULATED by and between plaintiff and counterclaim defendant DisplayLink Corporation ("DisplayLink") and defendant and counterclaim plaintiff Magic Control Technology Corporation ("MCT"), by and through their counsel of record, as follows:

1  WHEREAS, MCT has identified in its responses to DisplayLink interrogatories three engineers at VinChip Systems, Inc. in Chennai India ("VinChip India") as having "participated in attempting to create a commercially viable USB-to-VGA converter" which allegedly embodies the claims of the patent-in-suit, U.S. Patent No. 7,203,788 ("the '788 patent"); and

WHEREAS, DisplayLink wishes to obtain evidence from VinChip India as to the nature and extent of its interactions with MCT as well as other entities and individuals involved in the development of commercially viable USB-to-VGA converters; and

WHEREAS, DisplayLink believes that such evidence is in the possession of VinChip India, including VinChip India engineers, Krish Subramanium, Shiv Shanker and Jeyachandran Murugesan; and

WHEREAS, DisplayLink and MCT have met and conferred and MCT has no objection to the issuance of the Letter Rogatory to the Appropriate Judicial Authority of India Seeking Documentary and Testimonial Evidence from Vinchip Systems, Inc. (India) in the form attached hereto as Exhibit A.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the Court may issue the Letter Rogatory attached hereto as Exhibit A.

Dated:  June 25, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Monica Mucchetti Eno
       Monica Mucchetti Eno

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation

1  Dated: June 25, 2008

WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
A Professional Corporation


By:   /s/ Richard F. Cauley
          Richard F. Cauley

Attorneys for Defendant/Counterclaim Plaintiff
Magic Control Technology Corporation

IT IS SO ORDERED.


DATED: _____    _____
                                    The Honorable Ronald M. Whyte
                                    United States District Court Judge

## ATTESTATION CLAUSE

I, Monica Mucchetti Eno, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Richard F. Cauley of Wang, Hartmann & Gibbs & Cauley, P.L.C. has concurred in this filling

Dated: June 25, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Monica Mucchetti Eno
    Monica Mucchetti Eno

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation

STIP. ORDER RE: LETTERS ROGATORY
CASE NO. 5:07-CV-01998-RMW

-4-

3389698_1.DOC