# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   July 15, 2008                                         Time in Court: 22 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Displaylink Corporation v. Magic Control Technology Corporation
**CASE NUMBER**: C07-01998RMW
Plaintiff Attorney present: Monica Eno
Defendant Attorney present: Erick Wolf and Richard Cauley

---

**PROCEEDINGS: Plaintiff's Motion to Compel Documents**

Counsel present argument.

Matter is taken under submission.  Court to issue written ruling.