1  JAMES C. YOON
     State Bar No. 177155 (jyoon@wsgr.com)
2  STEFANI E. SHANBERG
     State Bar No. 206717 (sshanberg@wsgr.com)
3  MONICA MUCCHETTI ENO
     State Bar No. 164107 (meno@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100

   RICHARD F. CAULEY
     State Bar No. 109194
   FRANKLIN E. GIBBS
     State Bar No. 189015
   WANG, HARTMANN, GIBBS & CAULEY,
   P.L.C.
   A Professional Corporation
   1301 Dove Street, Suite 1050
   Newport Beach, CA 92660
   Telephone: (949) 833-8483
   Facsimile:   (949) 833-2281
   Email: RichardCauley@WHGCLaw.com

7
8  Attorneys for Plaintiff and Counterclaim
   Defendant
   DISPLAYLINK CORPORATION

   Attorneys for Defendant and Counterclaim
   Plaintiff
   MAGIC CONTROL TECHNOLOGY
   CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation, | CASE NO.: 5:07-CV-01998-RMW |
| Plaintiff and Counterclaim Defendant, | RELATED CASE NO.:  CV07-05707-RMW |
| v. | |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation; | **STIPULATED [PROPOSED] ORDER GRANTING DISPLAYLINK'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Defendant and Counterclaim Plaintiff. | |

IT IS HEREBY STIPULATED by and between plaintiff DisplayLink Corporation and counterclaim defendant ("DisplayLink") and defendant and counterclaim plaintiff Magic Control Technology Corporation ("MCT"), by and through their counsel of record, as follows:

1    WHEREAS, DisplayLink filed a Complaint in the above-referenced action on April 10, 2007;

2

3    WHEREAS, MCT filed its Answer in the above-referenced action on June 5, 2007;

4    WHEREAS, DisplayLink only recently learned on or about July 21, 2008, that it has grounds for asserting an equitable conduct defense in this case, and therefore, wishes to amend its Complaint to assert a count for declaratory judgment of unenforceability based on its newly discovered defense;

WHEREAS, this action has been related to Civil Action No. CV07-05707-RMW in which, based on these same newly discovered facts:  (a) DisplayLink (as intervenor) has filed an Amended Complaint-in-Intervention asserting a declaratory judgment count of unenforceability, and (b) defendants Kensington Products Group and GWC Technology, Inc. have asserted or will soon assert the defense of inequitable conduct; and

WHEREAS, MCT has indicated it will not object to DisplayLink's filing of an Amended Complaint in this action in the form set forth in Exhibit A hereto which includes a count for declaratory judgment of unenforceability;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that DisplayLink may file the Amended Complaint attached hereto as Exhibit A.

Dated:  July 31, 2008             WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                  By:    /s/ Monica Mucchetti Eno
                                         Monica Mucchetti Eno

                                  Attorneys for Plaintiff DisplayLink
                                  Corporation

1  Dated: July 31, 2008                               WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
                                                      A Professional Corporation

4                                                     By:   /s/ Richard F. Cauley
                                                            Richard F. Cauley

                                                      Attorneys for Defendant
                                                      Magic Control Technology Corporation

7  IT IS SO ORDERED.

10 DATED: _____        _____
                                          The Honorable Ronald M. Whyte
                                          United States District Court Judge

## **ATTESTATION CLAUSE**

I, Monica Mucchetti Eno, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Richard F. Cauley of Wang, Hartmann & Gibbs & Cauley, P.L.C. has concurred in this filing

Dated: July 31, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Monica Mucchetti Eno
          Monica Mucchetti Eno

Attorneys for Plaintiff/Counterclaim Defendant
DisplayLink Corporation