| | |
|---|---|
| JAMES C. YOON | RICHARD F. CAULEY |
| State Bar No. 177155 (jyoon@wsgr.com) | State Bar No. 109194 |
| STEFANI E. SHANBERG | FRANKLIN E. GIBBS |
| State Bar No. 206717 (sshanberg@wsgr.com) | State Bar No. 189015 |
| MONICA MUCCHETTI ENO | WANG, HARTMANN, GIBBS & CAULEY, P.L.C. |
| State Bar No. 164107 (meno@wsgr.com) | A Professional Corporation |
| WILSON SONSINI GOODRICH & ROSATI | 1301 Dove Street, Suite 1050 |
| Professional Corporation | Newport Beach, CA 92660 |
| 650 Page Mill Road | Telephone: (949) 833-8483 |
| Palo Alto, CA 94304-1050 | Facsimile: (949) 833-2281 |
| Telephone: (650) 493-9300 | Email: RichardCauley@WHGCLaw.com |
| Facsimile: (650) 565-5100 | |
| Attorneys for Plaintiff and Counterclaim Defendant | Attorneys for Defendant and Counterclaim Plaintiff |
| DISPLAYLINK CORPORATION | MAGIC CONTROL TECHNOLOGY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

***E-FILED - 8/5/08***

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington corporation, | CASE NO.: 5:07-CV-01998-RMW |
| Plaintiff and Counterclaim Defendant, | RELATED CASE NO.: CV07-05707-RMW |
| v. | |
| MAGIC CONTROL TECHNOLOGY CORPORATION, a Taiwanese corporation; | **STIPULATED [] ORDER GRANTING DISPLAYLINK'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Defendant and Counterclaim Plaintiff. | |

IT IS HEREBY STIPULATED by and between plaintiff DisplayLink Corporation and counterclaim defendant ("DisplayLink") and defendant and counterclaim plaintiff Magic Control Technology Corporation ("MCT"), by and through their counsel of record, as follows:

1   WHEREAS, DisplayLink filed a Complaint in the above-referenced action on April 10,
2   2007;

3   WHEREAS, MCT filed its Answer in the above-referenced action on June 5, 2007;

4   WHEREAS, DisplayLink only recently learned on or about July 21, 2008, that it has
5   grounds for asserting an equitable conduct defense in this case, and therefore, wishes to amend
6   its Complaint to assert a count for declaratory judgment of unenforceability based on its newly
7   discovered defense;

8   WHEREAS, this action has been related to Civil Action No. CV07-05707-RMW in
9   which, based on these same newly discovered facts: (a) DisplayLink (as intervenor) has filed an
10  Amended Complaint-in-Intervention asserting a declaratory judgment count of unenforceability,
11  and (b) defendants Kensington Products Group and GWC Technology, Inc. have asserted or will
12  soon assert the defense of inequitable conduct; and

13  WHEREAS, MCT has indicated it will not object to DisplayLink's filing of an Amended
14  Complaint in this action in the form set forth in Exhibit A hereto which includes a count for
15  declaratory judgment of unenforceability;

17  IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that
18  DisplayLink may file the Amended Complaint attached hereto as Exhibit A.

20  Dated: July 31, 2008                        WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation

                                                By:   /s/ Monica Mucchetti Eno
                                                      Monica Mucchetti Eno

                                                Attorneys for Plaintiff DisplayLink
                                                Corporation

1  Dated: July 31, 2008

WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
A Professional Corporation

By:   /s/ Richard F. Cauley
      Richard F. Cauley

Attorneys for Defendant
Magic Control Technology Corporation

IT IS SO ORDERED.

DATED:   8/5/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

1 **ATTESTATION CLAUSE**

2    I, Monica Mucchetti Eno, am the ECF User whose identification and password are being

3 used to file this Stipulation.  In compliance with General Order 45.X.B., I hereby attest that

4 Richard F. Cauley of Wang, Hartmann & Gibbs & Cauley, P.L.C. has concurred in this filling

6 Dated:  July 31, 2008                                    WILSON SONSINI GOODRICH & ROSATI
                                                           Professional Corporation

                                                           By:    /s/ Monica Mucchetti Eno
                                                                  Monica Mucchetti Eno

                                                           Attorneys for Plaintiff/Counterclaim Defendant
                                                           DisplayLink Corporation