**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

E-FILED on     03/05/09

8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12
13
14
15
16
17
18

DISPLAYLINK CORPORATION,

        Plaintiffs,

   v.

MAGIC CONTROL TECHNOLOGY
CORPORATION,

        Defendant.

No. CV-07-01998 RMW

ORDER SETTING CASE MANAGEMENT
CONFERENCE

19
20

    The parties shall appear for a Case Management Conference at 10:30 a.m. on April 3, 2009.

21
22
23

DATED:     03/05/09

                                    
RONALD M. WHYTE
United States District Judge

24
25
26
27
28

ORDER SETTING CASE MANAGEMENT CONFERENCE
No. CV-07-01998 RMW
RMWLC3

Notice of this document has been electronically sent to:

Counsel for Plaintiff(s):

James C. Yoon            jyoon@wsgr.com

Counsel for Defendant(s):

Richard F. Cauley        rcauley@whglawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated:     03/05/09                                              JAS
                                                          Chambers of Judge Whyte