| | |
|---|---|
| JAMES C. YOON<br>  State Bar No. 177155<br>  (jyoon@wsgr.com)<br>STEFANI E. SHANBERG<br>  State Bar No. 206717<br>  (sshanberg@wsgr.com)<br>ROBIN L. BREWER<br>  State Bar No. 253686<br>  (rbrewer@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>DISPLAYLINK CORPORATION | JOHN D. van LOBEN SELS<br>  State Bar No. 201354<br>  (jvanlobensels@whgclaw.com)<br>RICHARD F. CAULEY<br>  State Bar No. 109194<br>  (rcauley@whgclaw.com)<br>FRANKLIN E. GIBBS<br>  State Bar No. 189015<br>  (fgibbs@whgclaw.com)<br>WANG, HARTMANN, GIBBS & CAULEY<br>Professional Corporation<br>2570 W. El Camino Real, Suite 440<br>Mountain View, CA  94040<br>Telephone: (650) 209-1230<br>Facsimile:  (650) 209-1231<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>MAGIC CONTROL TECHNOLOGY CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

*E-FILED - 8/12/09*

| | |
|---|---|
| DISPLAYLINK CORPORATION, a Washington Corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>MAGIC CONTROL TECHNOLOGY, CORPORATION, a Taiwanese Corporation;<br><br>                Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.:  5:07-CV-01998-RMW<br><br>RELATED CASE NO.: 5:07-CV-05707-RMW<br><br>**STIPULATION AND []**<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1       Plaintiff and Counterclaim Defendant DisplayLink Corporation ("DisplayLink") and Defendant and Counterclaim Plaintiff Magic Control Technology, Corporation ("MCT"), by and through their undersigned counsel, hereby stipulate that all claims for relief in the above identified action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and pursuant to a confidential license agreement between the Parties.

      The Parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully submitted,

Dated: June 25, 2009        WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
      Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION

Dated: June 25, 2009        WANG, HARTMANN, GIBBS & CAULEY
A Professional Corporation

By: /s/ John D. van Loben Sels
      John D. van Loben Sels

Attorneys for Defendant and Counterclaim Plaintiff
MAGIC CONTROL TECHNOLOGY CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/12/09        *Ronald M. Whyte*
      The Honorable Ronald M. Whyte

## ATTESTATION CLAUSE

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that John D. van Loben Sels of Wang, Hartmann, Gibbs & Cauley, P.L.C. has concurred in this filling

Dated:  June 25, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: ___/s/ Stefani E. Shanberg___
      Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant
DISPLAYLINK CORPORATION